```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID BUSH and              :    CIVIL ACTION
CHRISTOPHER BUSH            :
                            :
    v.                        :
                            :
S.C. ADAMS, et al.,         :    NO. 07-4936

FOURTH AMENDED SCHEDULING ORDER

AND NOW, this 3rd day of June, 2010, upon consideration of a letter request from counsel for the plaintiffs, faxed to the Court on June 1, 2010, requesting another 60-day extension of the discovery deadlines in this case, and no response or objection having been received from the defendants and sufficient cause for the extension having been shown, IT IS HEREBY ORDERED that the request is GRANTED and the pre-trial deadlines set out in this Court's prior scheduling Order are extended as follows:

    1.  All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by August 2, 2010.

    2.  Any summary judgment motion, or other dispositive motion, together with supporting brief, shall be filed on or before August 13, 2010.

    3.  The telephone conference with counsel currently scheduled for June 21, 2010, is cancelled. The Court will hold a telephone conference with counsel on August 24, 2010, at 4:30

p.m. to discuss scheduling the remainder of the case. Plaintiffs' counsel shall initiate the call.

    4.   The Court will grant no further extensions of these deadlines absent a showing of extraordinary cause.

                              BY THE COURT:

                              <u>/s/ Mary A. McLaughlin</u>
                              MARY A. McLAUGHLIN, J.