IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BUSH et al. | : | CIVIL ACTION |
| v. | : | |
| S.C. ADAMS, et al., | : | NO. 07-4936 |

ORDER

AND NOW, this 23rd day of August, 2010, upon consideration of the Plaintiffs' Motion to Enlarge the Time to Reply to the Defendants' Motion for Summary Judgment (Docket No. 50), IT IS HEREBY ORDERED that the Motion is GRANTED. The plaintiffs may file an opposition to the Motion for Summary Judgment of Defendants Hill, Ignatz and Trip (Docket No. 49) on or before October 1, 2010.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.