# PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION EXHIBIT A

November 22, 2006

Mr. Chris Bush
3645 Smith Road
Furlong, Pennsylvania 18925

Dear Mr. Bush:

The personnel complaint you filed with the Pennsylvania State Police has been referred to the Bureau of Integrity and Professional Standards, Internal Affairs Division, for processing and review. However, before an administrative investigation can be initiated, Department regulation requires that the enclosed Complaint Verification form be *completed, signed in* original, *and returned within 5 days after it is received by you*. Failure to do so will result in the termination of your complaint.

When completing Block #3, "Remarks," of the Complaint Verification form, provide a brief description of the events leading up to your initial contact with State Police personnel. In describing the incident, thoroughly detail the events surrounding your complaint, including the date, day of week, and time of day. Also list the names, addresses, and telephone numbers of anyone who was present when the incident occurred. If your complaint includes verbal abuse or rudeness, include the specific term, phrase or language you found offensive.

If an arrest action has taken place by the State Police, personnel complaints filed with this office will have *no* impact upon such cases. Issues regarding the validity of an arrest must be adjudicated before the appropriate judicial authority. In accordance with due process, you are entitled to request a hearing/appeal and present those issues before the judiciary identified on the citation/summons.

Questions regarding the status of your complaint may be directed to the Bureau of Integrity and Professional Standards at (717) 657-4200.

The Pennsylvania State Police takes great pride in the professionalism of its members. I assure you the Pennsylvania State Police remains committed to providing citizens with the finest available police services.

Sincerely,

Captain Willard M. Oliphant
Director, Internal Affairs Division
Bureau of Integrity and Professional Standards

cc:  IAD File 2006-0692

## 2. COMPLAINANT INFORMATION

**NAME:** FIRST: CHRIS   M.I.:   LAST: BUSH

**HOME ADDRESS:**
- STREET/P.O. BOX: 3645 SMITH ROAD
- CITY: FURLONG
- STATE: PA
- ZIP CODE: 18925
- HOME PHONE #: (215) 598-8610

**EMPLOYER:**
- NAME & ADDRESS: NEWTOWN TWP PD
- WORK PHONE #: (215) 504-2215

## 3. NON-COMPLAINT USE OF FORCE REPORT
☐ SHOOTING INCIDENT    ☐ PHYSICAL FORCE    ☐ LEGAL INTERVENTION

## 4. SUBJECT OF ALLEGATION/REPORT (List additional subjects on back)

**NAME:** FIRST: ?   M.I.:   LAST: TRIPP

**LOCATION:**
- TROOP/BUREAU: F
- STATION/DIVISION: MANSFIELD
- JOB ASSIGNMENT:

SSN: — — —    DOE:    ← TO BE COMPLETED IF KNOWN OR AVAILABLE

## 5. DETAILS OF ALLEGATION

ROUTE/STREET:

CITY/TWP/BORO:    COUNTY:    DATE: DVCPS    TIME:    DAY:

**TYPE OF ALLEGATION (CHECK ONE):**
☐ PHYSICAL ABUSE
☐ VERBAL ABUSE
☐ CRIMINAL CONDUCT
☐ IMPROPER CONDUCT ON DUTY
☐ IMPROPER CONDUCT OFF DUTY
☐ DISSATISFACTION WITH PERFORMANCE OF DUTY
☐ OTHER (Please explain)

**SYNOPSIS:**

On Going Incident - Starting 02/03-2006 - 08/22/06
Final Contact 10/23/06
Investigation: Missing Children Case.

Troop DA John Kelly Assigned Case to Tripp & Wissner
AWOL Mother & 3 children. Children never entered into NCIC. Rec'vd call. Tripp made unsupported accusation

## 6. RECEPTION DATA
| DATE RECEIVED | TIME RECEIVED | LOCATION RECEIVED | TROOP/BUREAU | STATION/DIVISION |
|---|---|---|---|---|
| | | | — | |

**RECEIVED BY:** NAME:    SSN: — —

## 7. FOR BUREAU USE

**INVESTIGATOR:** NAME:    SSN: — —

CONTROL NO. ISSUED BY:    DATE ASSIGNED:    DATE DUE:    SP 1-101-A ☐    LIMITED INVESTIGATION ☐

SP 1-108 (9-03/Web)

**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA STATE POLICE**
**COMPLAINT VERIFICATION**

BIP CONTROL NUMBER: 2006-0692

**COMPLAINANT INFORMATION**

1. **NAME** — FIRST: Christopher  M.I.: /  LAST: Bush
2. **HOME ADDRESS** — STREET/P.O. BOX: 100 MUNICIPAL DRIVE  CITY: NEWTOWN  STATE: PA  ZIP: 18940  HOME TELEPHONE NO.: 215 783-4027  WORK TELEPHONE NO.: 215 504-2215
3. **REMARKS** — PROVIDE A DETAILED NARRATIVE OF THE INCIDENT. IF THE COMPLAINT INVOLVES VERBAL ABUSE OR RUDENESS, STATE THE SPECIFIC TERM, PHRASE, OR LANGUAGE CONSIDERED TO BE OFFENSIVE. IF THE COMPLAINT CONCERNS DISSATISFACTION WITH AN INVESTIGATION OR OTHER POLICE SERVICE, EXPLAIN WHAT ACTION OR OMISSION WAS UNACCEPTABLE. IF ADDITIONAL SPACE IS NEEDED, USE THE REVERSE SIDE.

Summary of facts;

On or about April 2006, Tioga County District Attorney John Cowley assigned the Pennsylvania State Police Mansfield Troop, Sergeant Tripp the investigation of locating the whereabouts of three minor children and mother Sarah Bush. See Attached.

During this same time, natural father of the children, David Bush concerned for his children's welfare, contacted and met with the Pennsylvania State Police for the purpose of filing a missing children report. David Bush was told by Sergeant Tripp that because a Protection of Abuse order had been entered into by him that he had no rights to his children. David Bush only requested a PSP investigation into his missing children upon the expiration (01/2006) of the order. Sergeant Tripp not only didn't do his job but, failed as required by law, regardless of circumstances and without delay to enter David Bush's children into (CLEAN)/ N.C.I.C.

July 2006, the undersigned Detective Chris Bush, employed by the Newtown Township Police Department Bucks County Pennsylvania, entered David Bush's children into N.C.I.C. which prompted The National Center for missing and Exploited Children Investigation.

August 11, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to both Sergeant Charles Patton and this Detective. Sergeant Tripp inquired with me as to whether David Bush was a relation and if I entered his children into N.C.I.C. I informed Sergeant Tripp that I did, at which time he repeatedly laughed and refused my offer of further information. Conclusion of conversation. See Attached.

I AFFIRM THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION OR BELIEF.

4. SIGNATURE: [signed]
5. DATE: 1/15/07

October 13, 2006, David Bush's children were located in Richmond City Virginia with their mother living under assumed names. In cooperation with Richmond City Police Department, David Bush executed a valid custody order and was reunited with his children and returned with them to Pennsylvania.

On October 23, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to Sergeant Patton as well as Chief Martin Duffy and alleged that this Detective and his brother entered into a fraudulent custody order to remove David Bush's children from Virginia. Conclusion of conversation.

Sergeant Tripp was untruthful concerning the facts of the custody order he referenced. Moreover, Sergeant Tripp repeatedly demonstrated during his involvement with the matter that he is either unqualified to be a public servant or assisted the concealment of David Bush's Children.

It is my sincere hope, that this matter is fully investigated by the Pennsylvania State Police Internal affairs Unit. The aforementioned witnesses are available upon your request.

*[signature]*

## Ruiz, Noel

**From:** Ruiz, Noel
**Sent:** Friday, January 26, 2007 2:02 PM
**To:** Hill, Kenneth F (PSP)
**Subject:** IAD 2006-0692

Captain,

See attachments.

We are forwarding this complaint to you FYI and whatever action you deem appropriate as well as a response to the complainant. We will carry this complaint as "Information Only, Referred to C.O., Troop F at this time. If after reviewing the facts you feel it should be bumped up to an investigation, Supervisory Inquiry or otherwise, please advise. We asked to be copied your response to the complainant.

Noel

1/26/2007

**Fultz, Richard T**

| | |
|---|---|
| From: | Sanders, Shawn A |
| Sent: | Tuesday, February 13, 2007 7:55 AM |
| To: | Fultz, Richard T |
| Subject: | FW: Newtown Police |
| Follow Up Flag: | Follow up |
| Due By: | Monday, February 12, 2007 10:00 AM |
| Flag Status: | Flagged |

*Sergeant Shawn A. Sanders*
*Supervisor, CLEAN Administrative Section*
*Bureau of Technology Services*
*1800 Elmerton Avenue*
*Harrisburg, PA 17110*
*Office (717) 787-1330*
*Fax (717) 772-1434*
Leading the way with Duty, Courage,
Honor & Integrity for over 100 years

-----Original Message-----
**From:** Hile, Dennis C
**Sent:** Thursday, February 08, 2007 11:30 AM
**To:** Sanders, Shawn A
**Subject:** Newtown Police

Name of involved children: Stefano Ricochet SERENE, W/N-F, DOB 8/27/93, SSN 698 01 3835; Dominik Eliezer SERENE, W/N-M, DOB 11/01/00, SSN 698 01 4057; Tullia Amelie SERENE, W/N-F, DOB 6/17/02; SSN 698 01 4199.

The mother changed her name as well as the name of the children in order to avoid contact with the father, David BUSH.

The original names or the children were: Stefano was Steph Cadence BUSH, (also I have a conflict on DOB, one report says '93, the other report says '97), Dominik was Skyler Raine BUSH, and Tullia was Shiloh Deseree BUSH, (again, a DOB problem; one report says 6/17, the other report says 6/27).

The mother changed her name from Sarah MONSERRATE to Isara Isabella SERENE.

Since our department was not willing to classify and enter them as "Missing Children", the father, David BUSH went to his brother Chris BUSH, a Newtown Police officer. Officer Chris BUSH entered them in CLEAN/NCIC in order to help his brother, David BUSH, locate his children even though his department was not officially conducting an investigation.

The children were located in Richmond, Va. The father, using a flawed Court Order from Luzerne County, had Richmond City Police personnel remove the children from school and deliver them to him and he brought them back to Pa.

The mother got a new Custody Order and had the Luzerne County order vacated and turned the case over to the Richmond, Va. Police Dept. Since the children had been moved out of state, Richmond City / Va. State Police had the FBI get involved. David BUSH turned himself and the children in to the FBI at the Newtown Police Dept on 11/26/06 and the children were returned to their mother in Va.



After the children were returned, the Richmond Police and the FBI both dropped their charges against the father, David BUSH. Originally they had charged him with 3 counts each of Abduction of Children and Conspiracy to Commit Abduction.

Sometime right after the kids were returned the Newtown Police Officer, Chris BUSH, brother of the father, David BUSH, filed an Internal Affairs Complaint against our officers for not taking this as a "Missing Children" investigation. This IAD Complaint was determined to be UNFOUNDED.

Whew!

Our only question as we wrap up this investigation is whether any sanctions have been or will be taken against the Newtown Police Dept or against Newtown Police Officer Chris BUSH for entering the children in CLEAN/NCIC when he was not conducting an official investigation on behalf of his police department.

Thanks for your help. I'm not concerned about how you handle this case, I just want to be able to wrap it up. Sorry to take up so much screen space.

**PENNSYLVANIA STATE POLICE**
DEPARTMENT HEADQUARTERS
1800 ELMERTON AVENUE
HARRISBURG, PA 17110

June 6, 2007

Martin C. Duffy, Chief of Police
Newtown Township Police Department
100 Municipal Drive
Newtown, Pennsylvania 18940

Dear Chief Duffy:

The recent Commonwealth Law Enforcement Assistance Network (CLEAN) Administrative Investigation involving Detective Chris Bush of your agency has been concluded.

Please be advised that although it is apparent your agency lacked jurisdiction in the case in question, I find no violations of CLEAN or Criminal Justice Information Services (CJIS) policy. I do, however, question the truthfulness of Detective Bush. As you will recall, Detective Bush repeatedly denied having a report of the allegedly missing subjects. Only after you located the report in a folder did the detective admit to having completed such a report. Furthermore, only after you twice directed Detective Bush to allow the investigator to view the report did he do so. As you know, it is a policy requirement to have a report on file and you are compelled to make the report available under the terms of the CLEAN User Agreement.

As the CJIS Systems Agency for the Commonwealth of Pennsylvania, the Pennsylvania State Police takes seriously the integrity of CJIS data. Contrary to your initial assertion that the investigator and I were sent "by Harrisburg to harass and intimidate" Detective Bush, our sole purpose for visiting your department was to ensure the integrity of CLEAN information.

Should you have any questions or concerns regarding this investigation, please feel free to contact me at (717) 783-5575 or via email at stignatz@state.pa.us.

Sincerely,

Lieutenant Steve J. Ignatz
CJIS Systems Officer
CLEAN Administrative Section