## Ruiz, Noel

**From:** Hill, Kenneth F (PSP)
**Sent:** Tuesday, July 03, 2007 3:58 PM
**To:** Ruiz, Noel; Hile, Dennis C; Oliphant, Willard M; Ignatz, Steve J; Scott, Robert J (PSP)
**Cc:** Rice, John G
**Subject:** FW: IAD 2006-0692

Noel,

I have attached correspondence that **has yet to be sent** pending discussion with Capt. Oliphant. Please bump this to a Supervisory Inquiry and assign it to Lt. Dennis HILE. We were waiting for the CLEAN unit to finish an Administrative Investigation into the actions of Det. Bush. We have received their findings which show that while BUSH didn't violate CLEAN/CJIS policy, he did lie to them and he entered the children of his brother into NCIC without jurisdiction for personal reasons. I will not be sending the correspondence until I have full documentation of Det. BUSH's wrongdoing, via the SI.

Lt. Ignatz would you please forward a copy of the CLEAN Admin Investigation involving Det. Bush to Lt. Hile, Troop F, Montoursville for inclusion in the SI. Feel free to call with questions, and I repeat please do not forward my correspondence to Newton Twp. It is included for your information only.

-----Original Message-----
**From:** Ruiz, Noel
**Sent:** Friday, January 26, 2007 2:02 PM
**To:** Hill, Kenneth F (PSP)
**Subject:** IAD 2006-0692

Captain,

See attachments.

We are forwarding this complaint to you FYI and whatever action you deem appropriate as well as a response to the complainant. We will carry this complaint as "Information Only, Referred to C.O., Troop F at this time. If after reviewing the facts you feel it should be bumped up to an investigation, Supervisory Inquiry or otherwise, please advise. We asked to be copied your response to the complainant.

Noel

7/5/2007



**PENNSYLVANIA STATE POLICE**
TROOP F - AREA II
899 CHERRY STREET
MONTOURSVILLE, PA 17754-2009

July 3, 2007

Newtown Township Supervisors
100 Municipal Drive
Newtown, Pa.
18940

Dear Supervisors,

Enclosed please find correspondence generated by Detective Christopher Bush of the Newtown Police Department in the form of a complaint he made to the Internal Affairs Division of the Pennsylvania State Police. As a result of his complaint I directed that an inquiry be made into the actions of personnel under my command, as well as those of Detective BUSH.

Also enclosed you will find correspondence generated from me to Det. Bush, detailing my findings as well as correspondence from Lt. Steve J. Ignatz, of the Commonwealth Law Enforcement Assistance Network, Administrative Section, Pennsylvania State Police.

As you can see from the attached correspondence I have determined that Det. Bush abused his authority as a police officer for personal reasons. The abuse of authority and lack of credibility of Det. Bush has apparently been condoned by Chief Martin C. Duffy, as noted in the correspondence from Lt. Ignatz. I have forwarded this information to you for whatever action you deem appropriate.

Sincerely,

Captain Kenneth F. Hill
Commanding Officer

**PENNSYLVANIA STATE POLICE**
TROOP F - AREA II
899 CHERRY STREET
MONTOURSVILLE, PA 17754-2009

July 27, 2007

Detective Christopher Bush
Newtown Twp. Police Department
100 Municipal Drive
Newtown, Pa. 18940

Dear Mr. Bush:

Your complaint form number 2006-0692, was forwarded to me for review and response. As the Commanding Officer of Troop F, Montoursville, I exercise oversight for the Mansfield station. Sergeant TRIPP was the Station Commander of the Mansfield Station at the time of this incident. A thorough review of your concern in this matter and attendant circumstances has been conducted.

Based on the facts revealed through this inquiry, there is no evidence of any wrongdoing on the part of Sergeant Tripp or any of the other members of Troop F, Mansfield. A thorough investigation was completed following the initial complaint from your brother David BUSH, including discussions with and approval by the Tioga County District Attorney, given the extensive divorce, custody, PFA, and criminal proceedings between David and Sarah BUSH.

After reviewing the circumstances in this case, there are numerous documented instances of inappropriate conduct committed by you in your capacity as a police officer. You took advantage of your powers as a police officer for personal reasons. You made a CLEAN/NCIC entry for your brother when your department did not have jurisdiction in the case. You wrote up only a minimal investigative report, just enough to avoid a CLEAN User Agreement violation; when confronted by State Police Troopers assigned to the Commonwealth Law Enforcement Assistance Network (C.L.E.A.N.) relative this incident, you vehemently denied having done a Missing Person report. The custody order obtained by your brother in Luzerne County on 6/23/06, was subsequently vacated by that Court on 10/23/06, and termed to be, "inappropriately granted" by said court, a copy of which I have attached.

In light of the above case circumstances, the FBI became involved following the inappropriate seizure of the children in Virginia, based on the flawed court order, and required the return of the children to their Mother.

## Ruiz, Noel

**From:** Oliphant, Willard M
**Sent:** Monday, July 30, 2007 10:44 AM
**To:** Ruiz, Noel
**Subject:** FW:

file
**Captain Willard M. Oliphant**
**Director of Internal affairs**
**Bureau of Integrity and Professional Standards**

-----Original Message-----
**From:** Hill, Kenneth F (PSP)
**Sent:** Friday, July 27, 2007 3:42 PM
**To:** Foster, Julia L; Ignatz, Steve J; Tripp, Joseph A; Johnson, Steven M; Hile, Dennis C; Oliphant, Willard M
**Cc:** Rice, John G
**Subject:**

Julie, please clean my drafts up and plan to mail out Monday. I have included the rest of you for your information. Please examine the attachments and let me know if I have missed anything.

**PENNSYLVANIA STATE POLICE**
**TROOP F - AREA II**
**899 CHERRY STREET**
**MONTOURSVILLE, PA  17754-2009**

July 31, 2007

Detective Christopher Bush
Newtown Twp. Police Department
100 Municipal Drive
Newtown, Pa.  18940

Dear Detective Bush:

    Your complaint, Form Number 2006-0692, was forwarded to me for review and response.  As the Commanding Officer of Troop F, Montoursville, I exercise oversight for the Mansfield Station.  Sergeant Tripp was the Station Commander of the Mansfield Station at the time of this incident.  A thorough review of your concern in this matter and attendant circumstances has been conducted.

    Based on the facts revealed through this inquiry, there is no evidence of any wrongdoing on the part of Sergeant Tripp or any of the other members of Troop F, Mansfield.  A thorough investigation was completed following the initial complaint from your brother David BUSH, including discussions with and approval by the Tioga County District Attorney, given the extensive divorce, custody, PFA, and criminal proceedings between David and Sarah BUSH.

    After reviewing the circumstances in this case, there are numerous documented instances of inappropriate conduct committed by you in your capacity as a police officer. You took advantage of your powers as a police officer for personal reasons.  You made a CLEAN/NCIC entry for your brother when your department did not have jurisdiction in the case. You wrote up only a minimal investigative report, just enough to avoid a CLEAN User Agreement violation; when confronted by State Police Troopers assigned to the Commonwealth Law Enforcement Assistance Network (C.L.E.A.N.) relative this incident, you vehemently denied having done a Missing Person report.  The custody order obtained by your brother in Luzerne County on 6/23/06, was subsequently vacated by that Court on 10/23/06, and termed to be, "inappropriately granted" by said Court, a copy of which I have enclosed.

    In light of the above circumstances, the FBI became involved following the inappropriate seizure of the children in Virginia, based on the flawed court order, and required the return of the children to their mother.

*An Internationally Accredited Law Enforcement Agency*

24 / 105

IGNATZ-3

- 14 -

Case 2:07-cv-04936-MAM   Document 52-2   Filed 10/01/10   Page 6 of 9

This investigation has clearly revealed your abuse of authority for personal reasons, which was condoned by Chief Martin C. Duffy based on his statements to the C.L.E.A.N. Administrative Section. Your actions exposed yourself, your Chief of Police and your department to the possibility of extensive civil liability at the hands of the former Mrs. Bush.

The State Police CLEAN Administrative Unit was requested to conduct a completely independent review of the facts involving the NCIC entries you made in this case. During that review, members of the CLEAN Administrative Unit were accused by you and Chief Duffy of using the investigation as a retaliatory tactic based on your original complaint to Internal Affairs. During the course of the review, you denied having submitted an investigative report until confronted with the actual document. Given your lack of credibility and the treatment extended to the C.L.E.A.N. Administrative Unit by you and Chief Duffy, I am forwarding this letter, along with your original complaint, to the Newtown Township Police Chief and Supervisors for whatever action they deem appropriate.

Sincerely,

*[signature: Capt. K. Hill]*

Captain Kenneth F. Hill
Commanding Officer
Troop F, Montoursville

Enclosure

Copy: Chief, Newtown Twp. P.D.
      Supervisors, Newtown Twp.

*An Internationally Accredited Law Enforcement Agency*
25/105


- 15 -

TROOP F, AREA II
899 CHERRY STREET
MONTOURSVILLE, PA  17754-2009

(570) 368-5700
FAX (570) 368-5704

August 1, 2007

Sergeant Joseph A. Tripp
Pennsylvania State Police
899 Cherry Street
Montoursville, PA  17754

Dear Sergeant Tripp:

After review of a complaint made by Christopher Bush, an inquiry was conducted into events surrounding his allegations. Following a review of the investigation, I have determined that the allegations are **UNFOUNDED** and no further administrative action is warranted. I know these investigations add an amount of stress to a position already defined as highly stressful, however these investigations are necessary to protect the Department and officers like yourself from possible investigations in the future.

I would like to thank you for your cooperation in this matter. Rest assured you have the continuing support of your Troop Commander.

Sincerely,

Captain Kenneth F. Hill
Commanding Officer
Troop F, Montoursville

KFH/dd

**PENNSYLVANIA STATE POLICE**
**DEPARTMENT CORRESPONDENCE**

| | |
|---|---|
| **DATE:** | August 1, 2007 |
| **SUBJECT:** | IAD 2006-0692, Limited |
| **TO:** | Director, Internal Affairs Division<br>Through Channels |
| **FROM:** | Captain Kenneth F. HILL<br>Commanding Officer<br>Troop F, Montoursville |

**ENCLOSURE:**
(1) SP3-201, dated 7/21/07, from Lt. Dennis C. HILE
(2) Correspondence dated 7/31/07, to Complainant
(3) Correspondence dated 7/31/07, to Newtown Twp. Supervisors
(4) Correspondence dated 8/01/07, to Sgt. Joseph A. TRIPP

1. After a thorough review of Enclosure (1), I have determined that the allegations of Dissatisfaction With Performance of Duty against Sgt. TRIPP are **UNFOUNDED**. Commander, Area II, Major John G. RICE, **CONCURRED** on 7/21/07. Enclosures 2-4, were forwarded to designated recipients.

An Internationally Accredited Law Enforcement Agency

- 17 -
SP 7-0025 (10-83)

| 1. INCIDENT NO. | 2. DATE OF REPORT |
|---|---|
| 2007-06 | 06/04/07 |

**PENNSYLVANIA STATE POLICE**
**GENERAL INVESTIGATION REPORT**

3. INVESTIGATING OFFICER
TFC Richard T. FULTZ

4. TROOP – STATION
BTS - CLEAN Administration Section

5. SUBJECT (NATURE OF INVESTIGATION OR NAME AND ADDRESS OF INDIVIDUAL)
Detective Christopher Bush, Newtown Township Police Department allegedly entered his brother David BUSH's 3 children into NCIC on July 22nd, 2006 without proper jurisdiction and under false pretenses as David BUSH and his ex-wife have been involved in a custody dispute.

6.
INSTRUCTIONS: REPORT WILL BE PREPARED IN THE FOLLOWING ORDER: REASON FOR INVESTIGATION, SYNOPSIS OF INVESTIGATION, CONCLUSION, RECOMMENDATIONS AND COMMENT (WHEN APPROPRIATE), LIST OF ATTACHMENTS (IF ANY) AND DETAILS WHICH SUPPORT THE SYNOPSIS.

## REASON FOR INVESTIGATION:

David BUSH, W-N/M – 40 (08/13/1966) and his ex-wife Sarah Monserrate BUSH (aka Isara Isabella SERENE) had been entrenched in a custody battle for their three children that has been ongoing since their separation in 2000 and divorce in 2004 all filed in Tioga County Pennsylvania. David BUSH had been the defendant in a protection from abuse order issued on July 6, 2004 allowing him no contact with his ex-wife of his children for 18 months (expiring on January 6, 2006) and granting MRS. BUSH primary physical custody with no partial custody or visitation for MR. BUSH. MR. BUSH was charged with violating the PFA on 3 separate occasions. Through 2005, Mr. BUSH made several attempts to obtain custody or visitation of his children. After the PFA expired in January 2006, while there were ongoing custody proceedings in Tioga County, PA, Mr. BUSH obtained counsel in Luzerne County and fraudulently obtained an order granting him custody, by failing to disclose pending action in Tioga County where jurisdiction in the case rested. As a result of the custody order, Mr. BUSH went to PSP Mansfield to file a missing persons report on his 3 minor children in an attempt to use the law enforcement system to enforce his custody order. When PSP Mansfield determined that this was not a missing persons case and that the children were not in danger, and did not enter the children into NCIC as missing persons, Mr. BUSH solicited the assistance of his brother Detective Christopher BUSH, Newtown Township Police Department, Bucks County, Pennsylvania who entered the children into NCIC as missing juveniles on July 22, 2006 at 1059hrs., 1100hrs., and 1101hrs., without an official ongoing investigation.

## SYNOPSIS OF INVESTIGATION:

On 02/12/07 I received this investigation from Sgt. Shawn SANDERS, CLEAN Administrative Section Supervisor. He received a complaint from SGT David YOUNG, PSP Montoursville concerning misuse of the CLEAN/NCIC system to make 3 missing person entries.

I contacted both Tioga County District Attorney (570)724-1350 and Luzerne County District Attorney (570)825-1674 to obtain sufficient legal information to proceed with this investigation. Chief Detective Michael J. DESSOYE, Luzerne County District Attorney's Office forwarded all of the court documents associated with this case to me (see enclosures). I also conducted an NCIC off-line search for the entries and the cancellations for the BUSH children which showed that all 3 of the minor children were entered by ORI PA0091200, Newtown Township Police on 07/22/06 and subsequently cancelled on 10/14/2006. I found from review of the documents that when the Luzerne County Judge determined that the court order issued on 06/23/06 was obtained fraudulently, he vacated the order on 10/23/06 citing that Luzerne County did not have jurisdiction due to an ongoing custody case in Tioga County.

| 7. SIGNATURE | BADGE NO. 5916 | 8. SUPV. INITIALS | BADGE NO. | 9. ☒ ORIGINAL ☐ SUPPLEMENTAL |
|---|---|---|---|---|

Hill 5
A-15-10