SP 7-0051 (3-96)

| | | |
|---|---|---|
| PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☒<br>SUPPLEMENTAL INVESTIGATION REPORT ☐ | REPORT TYPE<br>☒ INCIDENT<br>☐ OTHER | DATE OF INCIDENT 0 /06 FRI<br>TIME(S) OF INCIDENT 1600 HRS | INCIDENT NO. F05-0891031<br>JUVENILE ☐ DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ RIGHTS WARNING AND WAIVER
- ☐ PROPERTY RECORD
- ☐ OTHER

DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED-DATE
A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: PAPSP5300/MANSFIELD
2. DATE OF REPORT: 03/01/06
3. OFFENSE: CONCEALMENT OF WHEREABOUTS OF A CHILD
4. VICTIM: David (NMN) BUSH

5. NARRATIVE

The HAVEN organization, a safe house for abused women located in Wellsboro PA, was contacted on 02/24/06. A request was made for information on the location of MONSERATE and the BUSH children for the purpose of a welfare check on the children. HAVEN personnel related that and attempt would be made to obtain their location and information on the welfare of the children at which time the organization would contact PSP with the results.

TPR. Douglas SMITH, who is part of the fugitive apprehension unit, was asked to assist in finding MONSERRATE'S current residence.

ATTACHMENTS:
- Several attachments containing court proceedings and testimonies provided by the victim
- Several copies of missing persons reports including pictures of the BUSH children filed online by the victim
- A copy of the expired PFA order that was granted to MANSERRATE
- The victim/witness assistance guide was mailed to the victim

This investigation remains open pending further interviews and investigation into the whereabouts of MONSERRATE and the BUSH children. Further consultation with the Tioga County's District Attorney's Office will be sought prior to any charges being filed if warranted.

6. OFFICER'S NAME/SIGNATURE: Tpr. Eric J. WHISNER / [signature]
BADGE NO.: 10146
7. INVEST. RECM.: ☒ CONT. ☐ TERM.
8. SUPV. INIT./BADGE NO.: [signature]
9. ☒ CONCUR ☐ NONCONCUR
10. PAGE: 03

DEPARTMENT HEADQUARTERS

| PENNSYLVANIA STATE POLICE | REPORT TYPE | DATE(S)/DAY(S) INCIDENT | INCIDENT NO. |
|---|---|---|---|
| CONTINUATION SHEET ☐ | ☐ OTHER | | F05-0891031 |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | TIME(S) OF INCIDENT 1600 HRS | JUVENILE ☐ DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

1. ORI/STATION: PAPSP5300/MANSFIELD
2. DATE OF REPORT: 03/18/06
3. OFFENSE: CONCEALMENT OF WHEREABOUTS OF A CHILD
4. VICTIM: David (NMN) BUSH

5. NARRATIVE

On 03/06/06 a HAVEN representative contacted your R/O relaying that they were unable to find any information on the location of MONSERRATE.

On 03/11/06 Tpr SMITH related that he had located two mailing addresses used by MONSERRATE outside of PA, 3305 Calle Cuervo NW Apt 921, Albuquerque, NM 87114 listed in 05/05 and PO Box 593, Romeo, CO 81148 which she listed on some form of credit June 05.

This investigation remains open pending further consultation with the Tioga Co. DA's office.

6. OFFICER'S NAME/SIGNATURE: Tpr. Eric J. WHISNER / [signature]
BADGE NO.: 10146
7. INVEST. RECM.: ☒ CONT. ☐ TERM.
8. SUPV. INIT. [signature] BADGE NO.
9. ☒ CONCUR ☐ NONCONCUR
10. PAGE: 04

DEPARTMENT HEADQUARTERS

| PENNSYLVANIA STATE POLICE | REPORT TYPE: ☒ INCIDENT ☐ OTHER | DATE(S)/DAY(S) OF INCIDENT /06 FRI | INCIDENT NO. F05-0891031 |
|---|---|---|---|
| CONTINUATION SHEET ☐ SUPPLEMENTAL INVESTIGATION REPORT ☒ | | TIME(S) OF INCIDENT 1600 HRS | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
- ☐ MISSING PERSON CHECKLIST
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ RIGHTS WARNING AND WAIVER
- ☐ PROPERTY RECORD  ☐ OTHER

DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE
A ☐ DEATH OF ACTOR        D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: PAPSP5300/MANSFIELD
2. DATE OF REPORT: 06/19/06
3. OFFENSE: CONCEALMENT OF WHEREABOUTS OF A CHILD
4. VICTIM: David (NMN) BUSH

5. NARRATIVE

On 05/26/06 a request was sent to the Albuquerque PD, in New Mexico, in an attempt to locate and check the welfare of the BUSH children and Sarah MONSERRATE (BUSH) at their last known address of 3305 Calle Cuevo NW Apt 921, Albuquerque, NM 87114. The Albuquerque PD went to that address and found that the BUSH family did not reside there. A copy of this stations teletype request and the Albuquerque PD response is submitted with this report.

This investigation was furthered, per the Tioga Co. District Attorney's Office request, into finding reasoning for MONSERRATE's possible willingness to keep the location of the BUSH children and herself from David BUSH. It was found that there were prior incidents concerning the couple that prompted the most recently expired restraining order, which afforded MONSERRATE the opportunity to conceal their whereabouts from David BUSH. An incident that occurred on 06/21/04 was investigated by PSP Mansfield from which MONSERRATE had received several bruises in and altercation with, David BUSH. The incident resulted in BUSH being found guilty of a charge of Harassment and a PFA Order being placed on BUSH. This report was filed under the incident # F05-0825596 and filed with it were several Polaroid pictures taken by the reporting officer of bruises and marks MONSERRATE had sustained in the incident. Following this incident were several violations by BUSH of the temporary PFA Order that was instituted following the harassment incident. These reports and photographs were reviewed by the Tioga Co. District Attorney John F. COWLEY, CPL. WHEELER PSP Mansfield, and your R/O.

Contact was made with MONSERRATE's sister Evelyn M. MARTIN on 06/19/06. MARTIN gave a written statement on 06/20/06 to the fact that she had purposely made it a point to end contact with MONSERRATE on 01/17/05 in order to protect MONSERRATE from further abuse by BUSH. MARTIN further related that she had witnessed several verbal threats made by BUSH towards MONSERRATE. MARTIN also related that she had seen several marks and bruises from incidents where MONSERRATE related to MARTIN that BUSH had abused her. Refer to attached written statement provided by MARTIN and submitted with this report for further information given by MARTIN on these incidents.

This investigation remains open pending further consultation with the Tioga Co. District Attorney's Office.

6. OFFICER'S NAME/SIGNATURE: Tpr. Eric J. WHISNER /
BADGE NO.: 1046
7. INVEST. RECM.: ☒ CONT. ☐ TERM.
8. SUPV/INIT./BADGE NO.: 1108
9. ☐ CONCUR ☐ NONCONCUR
10. PAGE: 05

DEPARTMENT HEADQUARTERS

| PENNSYLVANIA STATE POLICE | REPORT TYPE | DATE(S)/DAY(S) INCIDENT | INCIDENT NO. |
|---|---|---|---|
| CONTINUATION SHEET ☐<br>SUPPLEMENTAL INVESTIGATION REPORT ☒ | ☒ INCIDENT<br>☐ OTHER | ⎯⎯/06 FRI | F05-0891031 |

ATTACHMENTS:
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ MISSING PERSON CHECKLIST
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ STATEMENT FORM(S)
- ☐ RIGHTS WARNING AND WAIVER
- ☐ PROPERTY RECORD  ☐ OTHER

TIME(S) OF INCIDENT: 1600 HRS
JUVENILE ☐   DOMESTIC VIOLENCE ☐

DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED-DATE
A ☐ DEATH OF ACTOR        D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE      ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: PAPSP5300/MANSFIELD
3. OFFENSE: CONCEALMENT OF WHEREABOUTS OF A CHILD
4. VICTIM: David (NMN) BUSH
2. DATE OF REPORT: 08/13/06

5. NARRATIVE

On 08/11/06 David BUSH arrived at PSP Mansfield to submit a stack of paperwork, consisting of twenty-one pages, for this investigation.

Included in this paperwork:
- A copy of a missing persons flyer from the National Center of Missing & Exploited Children with the BUSH children pictured.
- There is a copy of an NCIC/CLEAN entry made by Newtown Twp. PD, PH # 215-598-7121, made on 07/22/06 listing the BUSH children as missing.
- A copy of an order made in the Court of Common Pleas of Luzerne County granting Mr. BUSH primary physical custody of all three of the BUSH children.
- A copy of a pick up order and order to appear issued to David BUSH by the Second Judicial District Court in the county of Bernalilo in the state of New Mexico.
- Copies of several notifications given by the attorney office of WALRATH & COOLIDGE stating that Sarah MONSERRATE is not being represented by that office.
- There were several more pages with misc information submitted by BUSH.

All of these documents were copied and submitted with this report. The Tioga Co. District Attorney's Office will be advised of the legal steps taken by Mr. BUSH.

This investigation remains open pending on consultation with the Tioga Co. District Attorney's Office.

6. OFFICER'S NAME/SIGNATURE: Tpr. Eric J. WHISNER
BADGE NO.: 10145
7. INVEST. RECM.: ☒ CONT. ☐ TERM.
8. SUPV. INIT./BADGE NO.: 1483
9. ☒ CONCUR ☐ NONCONCUR
10. PAGE: 06

DEPARTMENT HEADQUARTERS

| PENNSYLVANIA STATE POLICE | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| CONTINUATION SHEET ☐ | ☒ INCIDENT ☐ OTHER | 06/06 FRI | F05-0891031 |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | TIME(S) OF INCIDENT 1600 HRS | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ RIGHTS WARNING AND WAIVER
- ☐ PROPERTY RECORD ☐ OTHER

DISP.:
- A ☐ DEATH OF ACTOR
- B ☒ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- ☐ CLEARED BY ARREST ☐ UNFOUNDED ☒ EXCEPTIONALLY CLEARED- DATE 12/17/06
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☐ NOT APPLICABLE ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: PAPSP5300/MANSFIELD
2. DATE OF REPORT: 12/17/06
3. OFFENSE: CONCEALMENT OF WHEREABOUTS OF A CHILD
4. VICTIM: David (NMN) BUSH
5. NARRATIVE

On 10/13/06 David BUSH had taken physical custody of his children in Richmond VA with a flawed court order given to him in Luzerne County PA on 06/23/06. The children were taken out of the school that they were attending by local authorities and placed into David BUSH'S custody.

On 10/23/06 Sarah BUSH, who had changed her name to Isara Isabella SERENE, had the Luzerne Co. court order which gave David BUSH custody of the children vacated.

On 10/24/06 an emergency protection from abuse order was placed against David BUSH by the Commonwealth of Virginia forbidding him from having any contact with SERENE or any of the children.

On 10/25/06 a warrant of arrest was issued by the Commonwealth of Virginia for abduction. A request for FBI involvement was then made by the local authorities in Virginia.

On 11/26/06 David BUSH'S attorney, William GOLDMEN, contacted FBI Philadelphia to arrange BUSH'S surrender in Doylestown PA. After David BUSH turned himself in, the Newtown Police Dept returned the children to SERENE.

The preceding information was provided to this R/O by FBI Agent Timothy OMALI, PH # 570-323-5328.

The Tioga County District Attorney's Office is not seeking any prosecution towards any party involved at this time. The BUSH children were located ending this department's involvement in this incident. This investigation is closed.

In compliance with GM 7-2, General Responsibilities & Instructions, Section G-2 Terminating an Investigation, all attachments have been removed from the station copy of this report & forwarded to DHQ.

No property remains in evidence and there are no CLEAN / NCIC entries associated with this investigation

LIST OF ATTACHMENTS:

There are sixty-seven pages of miscellaneous documents that were provided by SGT. TRIPP, Station Commander PSP Mansfield, and attached to this report.

6. OFFICER'S NAME/SIGNATURE: Tpr. Eric J. WHISNER / BADGE NO.
7. INVEST. RECM. ☐ CONT. ☒ TERM.
8. SUPV. INIT./BADGE NO.
9. ☐ CONCUR ☐ NONCONCUR
10. PAGE 07

DEPARTMENT HEADQUARTERS

```
MAN591-58107 - 167
                    10/24/06 02:43:28 - 10/24/06 02:43:28 BVHJSBPH2ATJ
   ORI/PAPSP5300.INC/F05-0891031.                           PAGE 1  OF 2
   SOC/
   NME/BUSH,DAVID
                                .SDX/Y.DOB/08131966.RNG/ .LOC/F05.
                              INITIAL CRIME RESPONSE
 INCIDENT NO.: F05-0891031     DATE-OCC: 01-06-2006  STATUS: N
 OFFENSES: CC2909
 ****************************************************************
 VICTIM
                NTC/OTN:
 BUSH,DAVID                                        SOC:
 193 WHITNEYVILLE RD WELLSBORO PA 16901            DOB: 08-13-1966
 ****************************************************************
 SUSPECT                                           RACE: WN SEX: M
                NTC/OTN:                           PHONE: 570-724-2391
                                                   ****************
 MONSERRATE,SARAH NICOLE                           SOC: 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
                                                   DOB: 06-21-1975
 ****************************************************************
                                                   RACE: WH SEX: F
                                                   PHONE:
 ****************************************************************
```

```
***********************************************************************
SUSPECT                                                     SOC:
                  NTC/OTN:                                  DOB:
BUSH,SARAH                                                  RACE:    SEX:
AKA MONSERRATE,SARAH NICOLE                                 PHONE:
***********************************************************************
```

```
MKE/MISSING PERSON JUVENILE
ORI/PA0091200 NAM/BUSH,STEPH SEX/M RAC/W DOB/19930827
DOE/20110827 HGT/507 WGT/090 EYE/BLU HAI/BRO
SOC/190749643
MNP/MP DLC/20060708 OCA/5034-2006
MIS/SHOULD BE WITH MOTHER SARAH NICOLE MONSERRATTE BUSH W/F,,NON CUSTODIAL
MIS/PARENT,,AND SIBLINGS  SKYLER W/M NIC/M595905206 AND SHILOH W/F
MIS/NIC/M855910189,      LAST SEEN IN ALBUQUERQUE NM
DNA/N
ORI IS NEWTOWN TWP PD 215 968-2800
NIC/M315941442 DTE/20060722 1059 EDT
IMMED CONFIRM RECORD WITH ORI AND FOLLOW PROCEDURES
IN INTERSTATE COMPACT ON JUVENILES
```

SP 7-0054 (10-96)

# PENNSYLVANIA STATE POLICE
## VICTIM/WITNESS STATEMENT FORM

1. VICTIM/WITNESS: David Bush
2. INCIDENT NO.: F05-0891031
3. ADDRESS: 193 Whitneyville Rd. Wellsboro, PA 16901
   TELEPHONE: 570-724-2391
4. PLACE: PSP MANSFIELD
5. DATE/DAY: 02/23/06 TH
6. TIME: 1130 HR
7. OFFICER'S NAME/SIGNATURE/BADGE NO.: TPR FREE WHITOWER
8. PAGE NO./INITIALS: Pg. 1 of 3

9. STATEMENT:

On July 6, 2004 a PFA was entered by Sarah Nicole Honserrate. The PFA statement alledged that I pushed my wife at the doorway of my home at 193 Whitneyville Rd. Upon the stipulation that counseling was necessary to regain contact with my 3 children. The children's names were not listed on the original PFA. They were added after on future copies. "Steven J Banit can verify this point"

No counseling took place. A child custody hearing was scheduled 3 days later. At this session with Lynn Mader, Pricilla Walcott contended that based on the PFA there would be no visitation discussed. Ext of Mediation filings by David Bush (myself) continued throughout Jan of 2006 & the latest in Feb of 2006. A Petition for Gruber Hearing and order to appear on 3-1-06 was signed by Judge Robert E. Dalton. Service of order on 5-18-05 hearing was attempted by Tioga County Sheriffs deputy, Mr Montefusco, I possess these transcripts. Stated by the Deputy afore mentioned, "Sarah is using changed names, different social security numbers and purposely concealing whereabouts. After extensive searching utilizing Private Detectives and Retired Officers, & all means at his disposal Sarah Nicole Honserrate could not be found.

After PFA ended an extensive background report produced evidence of residences in Arlington, VA, Chester, IA, New Mexico, Colorado (Romeo).

Upon attempting to serve Sarah Nicole Honserrate, The Romeo, Co sheriff was [informed] by the postmaster in Romeo, Co, that Sarah possibly did not reside there. Also stated by postmaster that Sarah is under Protective Custody. Verified by Bill Kowalchic with the Sheriff that no documentation in post office supported this

*NOTICE*
Under Section 4904 of the Pa. Crimes Code, Unsworn Falsification to Authorities, a person commits a misdemeanor of the third degree if he makes a written false statement which he does not believe to be true.

10. VICTIM/WITNESS SIGNATURE: D Bush   2-23-06

D Bush
12-22-08