SP 7-0054 (10-96)

**PENNSYLVANIA STATE POLICE**
**VICTIM/WITNESS STATEMENT FORM**

Pg. 2

1. VICTIM/WITNESS: David Bush
3. ADDRESS: 193 Whitneyville Rd. Wellsboro, PA. 16901
2. INCIDENT NO.: F05-089103I
4. PLACE: PSP MANSFIELD
TELEPHONE: 570-724-2391
7. OFFICER'S NAME/SIGNATURE/BADGE NO.: TPR ERIC WHITSNER / 10146
5. DATE/DAY: 02/23/06 THU
6. TIME: 1130 HRS
8. PAGE NO./INITIALS: Pg. 2

9. STATEMENT:

This statement is being made by Sarah and or her Aunt. In my possesion are letters stipulating that Sarah would "Take children & disapear for Good". Sarah wrote these letters. I have had a long care giving relationship with all 3 children as a stay at home father" for a period of 2 years. I have not been permitted any contact since the PFA was entered. No abuse is alledged towards the children. I hold documentation of everything I state in this complaint. I believe Sarah Nicole Mouscriate is purposely and knowingly concealing the wherabouts of these children to hinder Service of Courts process in this case. CS 18. 2909 or 2908

Under Section 4904 of the Pa. Crimes Code, Unsworn Falsification to Authorities, a person commits a misdemeanor of the third degree if he makes a written false statement which he does not believe to be true.

*NOTICE*

10. VICTIM/WITNESS SIGNATURE: [signature] 2-23-06

SP 7-0054 (10-96)

# PENNSYLVANIA STATE POLICE
## VICTIM/WITNESS STATEMENT FORM

1. **VICTIM/WITNESS:** Evelyn Marie Martin
2. **INCIDENT NO.:** F05-0891031 PG 1
3. **ADDRESS:** 204 Granger St Apt. 1 Blossburg PA, 16912
   **TELEPHONE:** 570-638-2799
4. **PLACE:** PSP MANSFIELD
5. **DATE/DAY:** 6-20-'06 TUE
6. **TIME:** 1600
7. **OFFICER'S NAME/SIGNATURE/BADGE NO.:** TPR WHISNER 1014C
8. **PAGE NO./INITIALS:** PG 1

9. **STATEMENT:**

The last time I saw Sarah Bush was January 17, 2005 at which time I left her and her three children, who were moving to an unknown location, prior to that date we had resided together for four months. I left with no knowledge of their plans and no further contact planned in order to protect them from David Bush. I am Sarah's sister.

(1) HAVE YOU WITNESSED ANY VIOLENCE FROM DAVID BUSH TOWARDS SARAH BUSH?

I witnessed a phone call, I was on the phone along with Sarah Bush while David was threatening her repeatedly, he said "I am going to fuck you up in unimaginable ways" and "I am going to hurt you in worst imaginable ways." Several times Sarah Bush came to my house after David had hurt her. Once after he had shoved her into a wall her shoulder was so damaged she could not lift her arm. I took her to the Chiropractor's Morgan & Linda Woodworth. Sarah emailed me in 2004 (prior to this incident) that "sometimes she believed he would kill her," and that "the pain was incredible." Once Sarah came to me crying saying David had thrown her while she was nursing Shiloh. Sarah said she blacked out and woke up half under the piano; Shiloh was on the floor next to her.

(2) DID THE CHILDREN HAVE ANY EVIDENCE OF ABUSE?

The children did not have any marks on them. The two oldest would say that when they were alone with their Dad he was in a bad mood and mean.

*NOTICE* Under Section 4904 of the Pa. Crimes Code, Unsworn Falsification to Authorities, a person commits a misdemeanor of the third degree if he makes a written false statement which he does not believe to be true.

10. **VICTIM/WITNESS SIGNATURE:** Evelyn Martin

PENNSYLVANIA STATE POLICE
VICTIM/WITNESS STATEMENT FORM

SP 7-0054 (10-96)

1. VICTIM/WITNESS: Evelyn Marie Martin
2. INCIDENT NO.: F05-089103I
3. ADDRESS: 204 Granger St Blossburg Apt 1, PA 16912
   TELEPHONE: (570) 638-2799
4. PLACE: PSP MANSFIELD
5. DATE/DAY: 6/20/06 Tue
6. TIME: 1600
7. OFFICER'S NAME/SIGNATURE/BADGE NO.: TPR WHISNER / [signature] / 10146
8. PAGE NO./INITIALS: PG 2 EM

9. STATEMENT: they said he called them names like "asshole", and when Sarah moved to Covington David forced Steph Bush to show him the location by driving around with the children until Steph pointed it out.

DID SARAH BUSH TAKE ANY ACTIONS OR MAKE ANY STATEMENTS THAT COULD BE CONSIDERED IRRATIONAL OR VENGEFUL TOWARDS DAVID BUSH?

Sarah wrote repeated notes, had several discussions, and tried several different living arrangements all with the hope of getting David to let her move out without fear. There was no vengence in her and she sought council from many local professionals about how to go about leaving.

*NOTICE*
Under Section 4904 of the Pa. Crimes Code, Unsworn Falsification to Authorities, a person commits a misdemeanor of the third degree if he makes a written false statement which he does not believe to be true.

10. VICTIM/WITNESS SIGNATURE: Evelyn Martin

From: Sarah Bush <cravechange@yahoo.com>
Sent: Friday, August 6, 2004 8:40 AM
To: Lorelei Trujillo <ltrujillo35@msn.com>
Subject: RE:

| | | emails | Inbox

I just erased 15 paragraphs. I guess I reacted strongly to your assumption that this is "wrapping up soon". It is not. I respect your desire to stay away. We were hoping for your testimony because you are the only one who knows of his suicidality. I wonder if you would feel better knowing that so many other people are now will to testify. Even Rob Kathcart. Pam Kathcart said that when she spoke to me last, she thought it would be the last time. David isn't keeping his craziness quiet. And people think he will kill me. His parting statement is always the same, "No one. NO ONE will tell me that she can't be my wife." And he still claims that I hold eye contact with him and approve. He is scary, Lor. I am scared. I can't sleep here. I will be disappearing for good and then there will be no Snapfish pictures. I will have to cut all ties. To be able to have peace and to sleep has a price, I guess. So, NO. Nothing is wrapping up. David appeals and withdraws everything and the law gives him the right to do so. I am no further divorced than I was three months ago. I am just more tired.
Thanks for touching back. I hope that as the children grow, things even out for your homelife.
Love,
Sarah.
And David hasn't hung himself at all. That is my job. THe DA says David is a genius at walking the line. The man has had no consequences ... 90 days probation ... big whoop.

4-22-2004


## Hotmail

ltrujillo35@msn.com

21, 2004 1:54 PM

| | |
|---|---|
| From: | Sarah Bush <davebush@ptd.net> |
| Sent: | Thursday, April 22, 2004 11:17 AM |
| To: | <ltrujillo35@msn.com> |
| Subject: | Thank you |

*[handwritten margin note: Wall Incident Manufactured Evidence]*

... Thank you, Lor, for the food and clothes ... I really appreciate that you always remember us.

Not sure what David has been telling you ... I am divorcing him. He absolutely freaks at the word divorce, so we are just "dividing up our assets and pursuing a legal separation". Whatever ... the point is, I will be away from this abusive man. I can't believe how I have put up with so much for so many years ... actually believing that I deserved *this*. And I can't believe how I decide to finally go and how the psychotic abuse increases tenfold. That is his way of trying to keep me ... threaten me, scare me, hurt me ... I am so finished with him. He is still in denial. His denial runs deep ... I have enabled it. This time is different. I have so detached from everything here. Material possessions mean nothing when your heart is at risk.

So ... that is what I am working on ... hoping HOPING he gets a job soon ... he knows his trump there ... that he will get custody as long as he doesn't have a job. Darn law. But he has to get one sooner or later. My only trump is a PFA ... I have warned him with no uncertainty that I *will* dial 911 the next time he touches me. He hurt me really bad two weeks ago ... I went to a doctor for it ... just to get documentation, mostly. I still wince every time I move my shoulder. Bastard. He claims to love me and it is such a controlling, obcessive love ... I don't know ... the words shouldn't all be in the same sentence.

I am proud of myself. I have never been this empowered and focused. He is pulling all the stops, trying to get me to stay ... everything from threatening to do "fucking unimaginable things to me" ... to doing all these nice things for me and eliciting the "help of the children to try to send me on a guilt trip. I will not be convinced of otherwise - that this isn't the absolute right thing to do.

So ... like everything I do ... I think I can have the best ... want a "perfect" divorce ... want to do as much on our own and peaceably as possible ... in pursuit of us relating calmly and with peace in the very near future. Who knows. I will try, at least. I DO know that every move I make is met with a tenfold vengeance of retaliation from him ... so I am treading softly ... but do not be mistaken, I am as good as gone. As soon as the house is remortgaged in his name, I will get an apt. The house is set to be appraised right now. I have assured him that I will help him set up his own finances. In fact, I will help him with absolutely anything ... as long as I am not his wife.

So ... that is an update. I am sure you hear totally different from him. He pisses me off ... calling my family and friends ... he actually expects them not to tell me??? Just two nights ago, he told someone that we are doing great and he has all but won me back. Absolutely not. If he asks you, don't mislead him. I have one goal, and that is to leave. I hope, HOPE to do it quietly. But I'll leave either way. And I'll file a PFA if he touches me again ... I told him that ... I won't threaten him with the children ... the PFA will be a contact one, just against me (I found out I can do that) ... but I am done with controlling abusive people. Whoooohoooo! Oh, but, the road ahead is long.

So ... I wonder how you are ... if Michael has chilled out at all ... I know all too well the pain of an unhappy marriage and look at you and wonder how you keep trudging on, too ...

Thank you again for the clothes and fish.
Love,
Sarah.

SP 7-0100 (7-99)

# PENNSYLVANIA STATE POLICE
## INVESTIGATIVE REPORT TRANSMITTAL SHEET

DATE SENT: 7/27/06

TO: DA's Office

RE: David & Sarah Bush/Custody
CHARGE: Concealment of Whereabouts of a child
INCIDENT NUMBER: F05-0891031
INVESTIGATOR: Tpr. Eric Whisner
TROOP/STATION: F-Mansfield
ADDRESS: 

TELEPHONE NUMBER: 570-662-2151
REMARKS: 

SENDER: Cindy Mitchell

YOU SHOULD RECEIVE _____ PAGES, INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE THE LISTED NUMBER OF PAGES, CONTACT THE SENDER/INVESTIGATOR.

CONFIDENTIALITY NOTE: The material following this cover sheet contains confidential, privileged information. It is intended only for the use of the individual indicated above. Disclosing, copying, distributing, or taking any action based on the contents of this material is strictly prohibited.

If this material is received in error, please notify the Pennsylvania State Police at the telephone number listed above, and return it to the office addres listed.

# PENNSYLVANIA STATE POLICE

Troop F Montoursville
899 Cherry Street
Montoursville, Pa. 17754
(570)368-5700



Fax: (570)368-5704

## FAX TRANSMISSION COVER SHEET

Date: 10/23/06

To: SGT. MCCANN

Fax: (804) 674-6704

From: TPR. MCDERMOTT

Re: FAX (570) 368-5704

Memo:

YOU SHOULD RECEIVE 27 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570)368-5700.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.