SP 7-003 (8-2001)

# COMMONWEALTH OF PENNSYLVANIA
## PENNSYLVANIA STATE POLICE

**ASSIGNMENT REPORT** — INTELLIGENCE MEMO ☐   JUVENILE ☐

**1. INCIDENT NUMBER:** F01-0915008

**2. NATURE OF INCIDENT**
- ☐ ABANDONED VEHICLE
- ☐ ASSIST MOTORIST
- ☐ ASSIST PSP STATION
- ☐ CRASH, GOA
- ☐ DISTURBANCE
- ☐ ESCORT
- ☐ FALSE ALARM
- ☐ HIGHWAY CONDITION
- ☐ PATROL CHECK
- ☐ SEE OFFICER
- ☐ SPECIAL DRIVER'S EXAM
- ☐ SUSPICIOUS PERSON
- ☐ SUSPICIOUS VEHICLE
- ☐ TRAFFIC CONTROL
- ☐ WARRANT
- ☒ OTHER: REQ. ASSIST OTHER POLICE

**3. LOCATION:** 899 Cherry St Montoursville Pa. 17754

**4. DATE/TIME ARRIVED:** 10/23/06 / 2100

**5. DATE/TIME COMPLETED:** 10/24/06 / 0240

**6. NAME:** Virginia State Police   ☐ NCIC CHECK

**7. ADDRESS:**   **TELEPHONE NUMBER:** 804-674-2026

**8. DOB:**   **9. AGE:**   **10. SEX:**   **11. RACE:**   **12. HEIGHT:**

**13. WEIGHT:**   **14. HAIR:**   **15. EYES:**   **16. SSN:**

**17. OLN/STATE:**   **18. SMT/ID:**

**19. MISCELLANEOUS:**   **20. VEHICLE:**   ☐ NCIC CHECK

**21. REGISTRATION NUMBER/STATE:** /   **22. VIN:**   **23. VIOLATION(S)/CITATION NUMBER(S):**

**24. ACTION TAKEN:**
- ☐ DEBRIS ON ROADWAY
- ☐ GONE ON ARRIVAL
- ☐ DIRECTED TRAFFIC
- ☐ TOWED VEHICLE
- ☐ FALSE ALARM

---

On 10/23/06 I was contacted by the Virginia State Police in reference to us interviewing a Isara SERENE. They stated that she had contacted them about her three kids being missing and that the ex-husband a David BUSH, had the Richmond Police Department get the kids for him. Virginia State Police wanted me to get the information required in filling a missing person report. They stated that they usually make the person report the incident in person but due to the circumstances in this case that they would make an exception. They would file the missing person report based on my interview with SERENE.

On 10/23/06 at 2100Hrs I started interviewing Isara Isabella SERENE, DOB 06/21/75 of 5705 Park Ave Richmond Va. 23226, Phone # (804) 647-8198 at the state police station in Montoursville. SERENE stated that on 10/11/06 that her three kids were taken out of there schools by detectives Joel LAWSON, and a Mrs. EDMONDS of the Richmond Police Department. Her three kids a Stefano Ricochet SERENE, W/N/M-13 DOB 08/27/93, SSN# 698013835, Dominik Eliezer SERENE, W/N/M-6 DOB 11/01/00, SSN# 698014057 and a Tullia Amelie SERENE, W/N/F-4 DOB 06/17/02, SSN# 698014199, where all turned over to there father based on a court document from Luzerne County PA. SERENE stated that she reported the kids as missing to Richmond Va. Police Department and they would not help her. She stated that she then contacted the Virginia State Police and they told her that she had to figure out what court paper was issued from Luzerne County, before they could do anything. SERENE on 10/23/06 went to the Luzerne County Court house and retained new paper work stating that the original document that the Richmond Police Department had when they took the kids out of school should have never been issued from the Luzerne County Court House.

**25. OFFICER'S SIGNATURE/NAME/BADGE NUMBER:** Tpr. Matthew K. McNeal   MCDERMOTT / 8751

**26. SUPERVISOR'S NAME/BADGE NUMBER:** [signature]

**27. PREVIOUS CONTACT:**

The New order dated 10/23/06 states that the order issued on 06/23/06 be Vacated by the new order, based on the fact that Luzerne County had no juristical coverage on the matter. Also that the there was other orders out of Tioga County, and the fact that Isara SERENE was never served with the papers prior to them taking custody of her kids.

On 10/23/06 I contacted the Virginia State Police and spoke with a Sgt. Mike McCANN, Phone # 9804)674-2026, and he related that he would enter the kids based on my interview with SERENE. Then it was found out that the location that the kids were taken from was actually covered by Richmond City Police. McCANN stated that he had to talk with his supervisors on what should be done with this incident. McCANN then called me back and stated that the information was going up through the chain of command and that he was waiting to hear back from the Virginia state Police headquarters. McCANN then called back and stated that I would be getting a call from the Richmond Police Department.

On 10/24/06 at 035 Hrs I received a call from a Captain Mark SEGUL from the Richmond Police Department. I explained to SEGUL of the situation that was going on. SEGUL stated that it was not a missing persons report and to do with it what I wanted. I then informed SEGUL that it was a missing persons report and that I could not do the report that they had to due to the fact that the kids were taken out of his coverage area. I also informed SEGUL that his two detectives aided in this due to the fact that they took the kids out of the schools and turned them over to the father. SEGUL stated that they had court papers, and then I informed him that as of 10/23/06 it was found that the court papers should have never been issued on several different reasons. I then faxed SEGUL the new court document from Luzerne County. SEGUL then contacted me back and stated that he would take the missing persons report. SEGUL then spoke with SERENE and got all the information needed in conducting the investigation. SEGUL faxed over the paperwork and I had SERENE sign them and the paperwork was faxed back to SEGUL. I then called SEGUL at Phone # (804)646-6456 and confirmed that he received all the paperwork. SEGUL stated that he would have the kids entered into NCIC.

I then gave SEGUL the phone # for the Luzerne County Court house (570)819-4923, and the phone # for Newtown Police Department, (215)504-2215.

On 10/24/06 I spoke with Sergeant TRIPP PSP Mansfield station commander and faxed all information I had to him. He stated that he knew of the supposed actor David BUSH. He stated he would do some calling around and see what he could find out. I then received a call back from SGT. TRIPP and he informed me that there was no active custody paperwork that the PFA expired on 01/01/06. He also informed me that he made contact with Detective BUSH from the Newtown Police Department and that BUSH related that he knew where the kids were but he would not tell TRIPP. Due to the fact that there is no active custody order in place, the kids were taken out of NCIC by Richmond Va.

On 10/24/06 at 1145Hrs I contacted Isara Isabelle SERENE via phone and informed her that there was not anything that we could do until there was a custody order in place. She was informed to get a hold of Tioga County and have her case transferred down to Richmond Va. And that once she got back to Richmond to get a custody order.

Also it should be noted that the Detective BUSH from the Newtown Police Department was contacted by SGT. TRIPP via phone. BUSH stated that he knew where the kids were but he was not going to tell anyone. It should also be noted that Detective BUSH also entered the three children into NCIC prior to this incident without a ongoing investigation, due to his jurisdiction. SGT. TRIPP called him on this as well and BUSH stated that it was none of our business.

No further action taken or needed.

INCIDENT MEMO   2006/10/23                                  INCIDENT # 01-0915008

Nature of Incident: REQ. ASSIST- OTHER POLICE                              OPEN

Location: PSP MONTOURSVILLE
City/Boro/Township: 405    Zone: 99    County Code: 41

WMD Code  0  NONE

Complainant:
  VA STATE POLICE

Initiated by:  QUIGLEY TIMOTHY              Initiated: 2006/10/23 - 21:00
Assigned by:   QUIGLEY TIMOTHY              Assigned:  2006/10/23 - 21:00
                                            Arrived:   2006/10/23 - 21:00
Officer: 528171  MCDERMOTT MATTHEW          Completed: 2006/10/24 - 02:40

Remarks:
CONDUCT MISSING PERSON INTERVIEW FOR VA STATE POLICE

Domestic Violence ___  PFA Violation ___  PFA Enforcement ___  School Related ___

Report Due: 2006/10/24  Reviewed: 12/6/06  By: 136149

THIS INCIDENT IS RICHMOND CITY'S CASE # 2006-10240028
ASSIGNED OFFICER IS SGT SEAN ADAMS 804-646-6775

```
Inc History for #_____
Entered    08/11/06  11:28:28  BY PD08    748
Initial Type: PHONE    Initial Alarm Level:       Final Alarm Level:
Final Type: PHONE (PHONE MESSAGE) Pri: 5 Dspo:         Prem: [ ]
EMS Blk: 145030 Fire Blk: 55030  Police Blk: 52002  Map Page: 3037G9
Group: 52  Beat: 02  Src: N ATT: PTC - Phone the Complainant
Loc: 52PD #52S ,52 at 100 MUNICIPAL DR #52S ,52 btwn RT 413 & DEAD END
Loc Info:
Name: SGT TRIPP                  Addr: PSP MANSFIELD           Phone: 5706622151
/1128  (748    ) ENTRY:          REF TO A MISSING CHILD CASE,,WOULD LIKE TO TAL
                                 K TO THE SARGENT
```



Poster — Bush David
↓
Missing

Shilo Bush

# PENNSYLVANIA STATE POLICE

Troop F Montoursville
899 Cherry Street
Montoursville, Pa. 17754
(570)368-5700



Fax: (570)368-5704

## FAX TRANSMISSION COVER SHEET

Date: 10/24/06

To: PSP MANSFIELD

Fax:

From: TPR. MCDERMOTT

Re:

Memo:

YOU SHOULD RECEIVE ___ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570)368-5700.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.

```
B.H.1N018CHJVBPH0XGY219
PAPSP6000

DELAYED INQUIRY HIT NOTIFICATION AT 0626 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W POB/PA DOB/20001101
DOE/20181101 HGT/306 WGT/040 EYE/BLU HAI/BLN SKN/LGT SMT/PRCD L EAR
SOC/698014057
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME SKYLER RAINE BUSH, NICKNAME ELY
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
CRC/C FPA/Y
DNA/N
ORI IS RICHMOND CITY PD 804 646-5125
```



804-646-6741
804-646-5159 FAX
DET. LAWSON
1125 - REMOVING FROM NCIC

```
DELAYED INQUIRY HIT NOTIFICATION AT 0702 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,STEFANO RICOCHET SEX/M RAC/W POB/PA DOB/19930827
DOE/20110827 HGT/500 WGT/096 EYE/XXX HAI/BRO SKN/LGT SMT/BRAC TEETH
SOC/698013835
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME STEPH CANDENCE BUSH, NICKNAME RICO AND HAS A DROOPY LEFT EYE
MPC/ABDUCTED BY A NON-CUSTODIAL PARENT
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
CRC/C FPA/Y
JWT/ER
JWL/BLU STUD EARRINGS
```

```
.H.1N018CHJV                                                        9
APSP6060
DELAYED INQUIRY HIT NOTIFICATION AT 0643 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,TULLIA AMELIE SEX/F RAC/W POB/PA DOB/20020617
DOE/20200617 HGT/304 WGT/042 EYE/BLU HAI/BRO SKN/LGT SMT/PRCD EARS
SOC/698014199
INP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME SHILOH DESIREE BUSH
MPC/ABDUCTED BY A NON-CUSTODIAL PARENT
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
PA/Y
WT/ER
WL/BLU STUD EARRINGS
```

APEP00N7

PHILADELPHIA
  INTERNAL AFFAIRS
  7790 DUNGAN ROAD
  PHILADELPHIA           PA   19111

TELEPHONE : (215) 686-1287.  COUNTY : 51 PHILADELPHIA  . TERMINAL : PHILO

\*\*\*\*\*\*\*\*\*\*\*\*           LAST   PAGE              \*\*\*\*\*\*\*\*\*\*\*\*

OCT. 24. 2006 8:22AM  PSP MONTOURSVILLE 570-368-5704  NO. 7092  P. 14
ON411-30112  Case 2:07-cv-04936-MAM  Document 52-10  Filed 10/01/10  Page 9 of 9
\*\*\*\*\*\*\*\*\*\*\*\*   RESPONSE FROM THE PENNSYLVANIA ORI FILE   \*\*\*\*\*\*\*\*\*\*\*\*