# NAWAY / MISSING PERSONS

05/15/2000    Initial / Modify

| *Incident # | *Reporting Officer | *Officer Code # | Runaway (201) Missing Person (90B) | Entered: | Page # |
|---|---|---|---|---|---|
| 200610240029 | MARK K. SEGAL | 1576 | | | 1 |

| Report Date | Report Time | *Investigating Agency & Telephone Number (24 Hour Number) | Agency ORI | OCA |
|---|---|---|---|---|
| 10/24/06 | 0010 | RPD/Youth & Family Crimes Unit   (804) - 646 - 6716 | VA120010 | |

| Mic Seg # | *Last Name | *First Name | *Middle Name | Suffix |
|---|---|---|---|---|
| | SERENE | DOMINIK | ELIEZER | |

| *Race W/B/I/A/U | Ethnic H/N | *Sex M/F | SSN | OLN | OL State | OL Expiration Date |
|---|---|---|---|---|---|---|
| W | N | M | 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 | | | |

| *DOB | Emancipation Date | Country of Birth | State of Birth | *City/County of Birth | *Mother's Maiden Name (If birth state is VA) |
|---|---|---|---|---|---|
| 11-1-2000 | | US | PA | SAYRE | |

| *Height (low range) | Height (high range) | Color / Hair /Eye | Skin Tone | Location | Body Part |
|---|---|---|---|---|---|
| 3'6" | 3'6" | | | | |

*Weight (low range) 40    Weight (high range) 40

Hair Color: B L N

Eye Color: B L U

Skin Tone: L G T

| *Name of School if Juvenile | Scars,Marks,Tattoos | | | |
|---|---|---|---|---|
| | Type | Location | Body Part | Description |
| MARY MUNFORD ELEMENTARY SCHOOL | E A R | | EAR | LEFT EAR PIERCED |

School Location (City, State)
211 WESTMORELAND ST.

| Home Street # | Home Street Name | Apt # | City, State, Zip | Home Phone |
|---|---|---|---|---|
| 5705 | PARK AVENUE | | RICHMOND, VA 23226 | 301-915-5287 |

| *Date of Last Contact | Missing / Runaway Before Y/N | Number Times Missing / Runaway | Is Subject Alcohol and/or Drug User Y/N | Missing From |
|---|---|---|---|---|
| 10/13/06 | | | | 211 WESTMORELAND ST. |

Last Seen in the Company of: (Names and Addresses)
DAVID BUSH  AGE 40  DOB 8/13/66

| | Sex M/F | Race W/B/I/A/U |
|---|---|---|
| | M | W |
| | Sex M/F | Race W/B/I/A/U |
| | Sex M/F | Race W/B/I/A/U |

*Miscellaneous Information (Check All That Apply)
- [ ] Body X-Rays Available
- [x] Circumcised
- [ ] Dental X-Rays Available
- [ ] Dental Models/Photos Available

- [x] *Fingerprints Available
- [x] Footprints Available
- [ ] *Medication Available
- [x] *Current Photo Available

Blood Type:
(1) O Pos   (4) A Neg   (7) AB Pos
(2) O Neg   (5) B Pos   (8) AB Neg
(3) A Pos   (6) B Neg   (9) Unk

Fingerprint Classification

Vision Prescription
- [ ] Contacts
- [ ] Glasses

Jewelry Type

Jewelry Description
LEFT EAR PIERCED

MISCELLANEOUS DATA (Information which may assist in identification: nickname, associates, direction of travel, hairstyle, clothing, name of medication(s). Continue in Narrative on next page)

NICKNAME: ELY
BIRTH NAME: SKYLER RAINE BUSH
                FIRST    MID    LAST

---

**The following section MUST be completed and signed according to Virginia State Law (Runaways).**

I certify the person described in this report is missing and under 18 years of age and that the information I have furnished is true and correct to the best of my knowledge and belief.

Signature: Z Zsabella Serene    Date: 10/24/06    Relationship: mother

I authorize any law enforcement official to use photographs and/or any other identifying information I have provided in any manner they deem necessary in attempting to locate the person I am reporting missing.

I represent that I am the natural parent and/or legal guardian of the person named in this report, and have the legal right to sign this authorization and consent.

Signature: Z Zsabella Serene    Date: 10/24/06    Relationship: mother

**Affidavit for Missing Person Age 18 or Over**

I certify the person described in this report is missing.

Check Applicable Condition:

**Disability:** Person Missing is under proven physical/mental disability or is senile thereby subjecting herself/himself or others to personal or immediate danger.

**Endangered:** Person missing under circumstances indicating his/her physical safety is in danger.

**Involuntary:** Person missing under circumstances indicating the disappearance was not voluntary.

Signature    Date    Relationship

# RUNAWAY / MISSING PERSONS

7/2000    Initial / Modify

| *Incident # | | | | | *Reporting Officer | | | *Officer Code # | | Entered |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 1024 0029 | | | | | MARK K. SEGAL | | | 1576 | | Runaway (901) ☐  Missing Person (90B) ⊗  Page # 1 |

| Report Date 10/24/06 | Report Time 0010 | *Investigating Agency & Telephone Number (24 Hour Number) RPD/Youth & Family Crimes Unit    (804) - 646 - 6716 | Appov ORI VA1120010 | QCA# |
|---|---|---|---|---|

| Vic Seq # | *Last Name SERENE | *First Name TULLIA | *Middle Name AMELIE | Suffix |
|---|---|---|---|---|

| *Race W/ B/ H/I/A/U W | *Ethnic H/N N | *Sex M/F F | SSN 69B-01-4199 | QLN | QL State | *Expiration Date |
|---|---|---|---|---|---|---|

| *DOB 6-17-2002 | *Emancipation Date | | *Country of Birth U S | *City/County of Birth P A  SAYRE | *Mother's Maiden Name (If birth state is VA) |
|---|---|---|---|---|---|

| *Height (low range) 3' 4" | Height (high range) 3' 4" |
|---|---|

| *Weight (low range) 42 | Weight (high range) 42 |
|---|---|

| *Hair Color | B R O |
|---|---|
| *Eye Color | B L U |
| Skin Tone | L I G T |

| *Name of School If Juvenile MARY MUNFORD ELEMENTARY SCHOOL | Scars, Marks, Tattoos Type | Location | Body Part | Description |
|---|---|---|---|---|
| | E A R | EAR | BOTH EARS | PIERCED |

School Location (City, State) 211 WESTMOORELAND ST

| Home Street # 5705 | Home Street Name PARK AVENUE | Apt # | City, State, Zip RICHMOND, VA  23226 | Home Phone 301-915-5287 |
|---|---|---|---|---|

| *Date of Last Contact | Missing / Runaway Before Y / N | Number Times Missing / Runaway | Subtance/ Alcohol and/or Drug User  Y / N | Missing From |
|---|---|---|---|---|

Last Seen In the Company of: (Names and Addresses)  DAVID BUSH  AGE 40  DOB 8/13/66

| *Miscellaneous Information (Check All That Apply) | ☐ Body X-Rays Available  ☐ Circumcised  ⊗ Dental X-Rays Available  ☐ Dental Models/Photos Available | ⊗ Fingerprints Available  ☐ Footprints Available  ☐ Medication Available  ☐ Current Photo Available | Blood Type (1-O) Pos  (4) A Neg  (7) AB Pos  (2) O Neg  (5) AB Neg  (3) A Pos  (6) B Pos | Fingerprint Classification |
|---|---|---|---|---|

| Vision Prescription | ☐ Contacts  ☐ Glasses | Jewelry Type BLUE EARRINGS | Jewelry Description BLUE STUD EARRINGS |
|---|---|---|---|

MISCELLANEOUS DATA (Information which may assist in identification; nickname, associates, direction of travel, hairstyle, clothing, name of medication(s). Continue in Narrative on next page)

BIRTH NAME: SHILOH    DESIREE    BUSH
                   FIRST        MID        LAST

---

**The following section MUST be completed and signed according to Virginia State Law (Runaways).**

I certify the person described in this report is missing and under 18 years of age and that the information I have furnished is true and correct to the best of my knowledge and belief.

*Z. Isabella Serene*    10/24/06    *mother*
Signature                    Date            Relationship

I authorize any law enforcement official to use photographs and/or any other identifying information I have provided in any manner they deem necessary in attempting to locate the person I am reporting missing.

I represent that I am the natural parent and/or legal guardian of the person named in this report, and have the legal right to sign this authorization and consent.

*Z. Isabella Serene*    10/24/06    *mother*
Signature                    Date            Relationship

* Required Field

---

**Affidavit for Missing Person Age 18 or Over**

I certify the person described in this report is missing.

Check Applicable Condition:

**Disability:** Person Missing is under proven physical/mental disability or is senile thereby subjecting herself/himself or others to personal or immediate danger.

**Endangered:** Person missing under circumstances indicating his/her physical safety is in danger.

**Involuntary:** Person missing under circumstances indicating the disappearance was not voluntary.

Signature        Date        Relationship

10/24/2008  01:48    8047806859

# RUNAWAY / MISSING PERSONS

7/2000    Initial / Modify

| *Incident # | *Reporting Officer | *Officer Code # | Entered: |
|---|---|---|---|
| 200610240027 | MARK K. SEGAL | 1576 | |

| Report Date | Report Time | Investigating Agency and/or Telephone Number (24 Hour Number) | | Runaway (901) Missing Person (900B) | Page # |
|---|---|---|---|---|---|
| 10/24/06 | 0010 | RPD/Youth & Family Crimes Unit (804) - 646 - 6716 | Agency ORI VA1220010 | OCA# | 1 |

| Vic. Seq. # | *Last Name | *First Name | *Middle Name | Suffix |
|---|---|---|---|---|
| | SERENE | STEFANO | RICOCHET | |

| *Race W/B/I/J/A/X | Ethnic H/N | *Sex M/F | SSN | OLN | OL State | Expiration Date |
|---|---|---|---|---|---|---|
| W | | M | 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 | | | |

| *DOB | *Emancipation Date | Country Of Birth | State of Birth | *City/County of Birth | *Mother's Maiden Name (if birthstate is VA) |
|---|---|---|---|---|---|
| 8/27/93 | | US | PA | WELLSBORO | |

| *Height (low range) | Height (high range) |
|---|---|
| 5'0" | 5'0" |

| *Weight (low range) | Weight (high range) |
|---|---|
| 96 | 96 |

| Hair Color | B R O |
| Eye Color | O T H |
| Skin Tone | L G T |

| Name of School if Juvenile |
|---|
| ALBERT HILL MIDDLE SCHOOL |

| School Location (City, State) |
|---|
| 3400 PATTERSON AVE. |

**Scars Marks Tattoos**

| Type | Location | Body Part | Description |
|---|---|---|---|
| | FACE | FACE | LEFT DROOPY EYE |
| | | TETH | BRACES ON TEETH |

| Home Street # | Home Street Name | Apt # | City, State, Zip | Home Phone |
|---|---|---|---|---|
| 5705 | PARK AVENUE | | RICHMOND, VA  23226 | 301-915-5287 |

| *Date of Last Contact | Missing / Runaway Before  Y/N | Number Times Missing / Runaway | Is Subject Alcohol and/or Drug User  Y/N | Missing From |
|---|---|---|---|---|
| 10/13/06 | N | O | N | 3400 PATTERSON AVENUE |

| Last Seen in the Company of: (Names and Addresses) |
|---|
| DAVID BUSH  AGE 40  DOB 8/13/66 |

*Miscellaneous Information (Check All That Apply)
- [ ] Body X-Rays Available
- [x] Circumcised
- [x] Dental X-Rays Available
- [x] Dental Models/Photos Available
- [x] Fingerprints Available
- [x] Footprints Available
- [ ] Medication Available
- [x] Current Photo Available

Blood Type:
(1) O Pos  (5) A Neg
(2) O Neg  (6) B Neg
(3) A Pos  (7) AB Pos  (8) AB Neg

| Vision Prescription | Jewelry Type |
|---|---|
| [ ] Contacts  [ ] Glasses | |

Jewelry Description: LEFT EAR PIERCED

MISCELLANEOUS DATA (Information which may assist in identification: nickname, associates, direction of travel, hairstyle, clothing, name of medication(s). Continue in Narrative on next page)

NICKNAME: "RICO"

BIRTH NAME: STEPH CADENCE BUSH
              First   Mid    Last

---

**The following section MUST be completed and signed according to Virginia State Law (Runaways)**

I certify the person described in this report is missing and under 18 years of age and that the information I have furnished is true and correct to the best of my knowledge and belief.

| Signature: Z. Isabella Serene | Date: 10/24/06 | Relationship: mother |

I authorize any law enforcement official to use photographs and/or any other identifying information I have provided in any manner they deem necessary in attempting to locate the person I am reporting missing.

I represent that I am the natural parent and/or legal guardian of the person named in this report, and have the legal right to sign this authorization and consent.

| Signature: Z. Isabella Serene | Date: 10/24/06 | Relationship: mother |

**Affidavit for Missing Person Age 18 or Over**

I certify the person described in this report is missing.

Check Applicable Condition:

**Disability:** Person Missing is under proven physical/mental disability or is senile thereby subjecting herself/himself or others to personal or immediate danger.

**Endangered:** Person missing under circumstances indicating his/her physical safety is in danger.

**Involuntary:** Person missing under circumstances indicating the disappearance was not voluntary.

| Signature | Date | Relationship |

POSSIBLE LOCATIONIONS

SISTER   1) JACKOLYN PELL
           6431 CRESENT AVE          }  LAST KNOWN ADDRESS
           BENSALEM PA 19020
           P# UNKNOWN

PARENTS  2) LYLE + HELGA BUSH
           ~~RT 6~~ 2565 RT 6060
           WELLSBORO PA 16901
           P# UNKNOWN
           WORK - PINE CREEK POTTERY

FRIEND   3) LORELEI BEHRMANN, TRUJILLO
         777 STONY FORK RD. WELLSBORO PA 16901
                P# UNKNOWN

FRIEND   4) LORI KLEIN
         24 MEADE ST. WELLSBORO PA 16901

BROTHER  5) ~~DETECTIVE~~ CHRISTOPHER
            ~~DETECTIVE~~ ~~CHRIS~~ BUSH
            ~~PHILADELPHIA PA~~ 3645 SMITH RD.
                              FURLONG PA 18925

ATTORNEY 6) STEPHEN BANIK
         743 STEAM MILL RD. WELLSBORO PA 16901

ISARA  ISABELLA  SERENE
DoB 6/21/75
5705  PARK  AVE                        SSN# 698 013611
RICHMOND VA 23226
Cell P# 301 915 5287,   (804) 647-8198
CHILD 1) STEFANO  RICOCHET  SERENE - NEW  NAME
        STEPH  CADENCE  BUSH - OLD  NAME
     DoB 8/27/93 - 13 YRS OLD
     SSN# 698 013835
     5705  PARK  AVE  RICHMOND  VA 23226
     5 FOOT  96 LBS        W/M      BROWN HAIR,  HAZEL EYES
     LEFT DROPY EYE
     BRACES
     LEFT EAR PIERCED
   LAST SEEN OCT 13, 2006
   DETEVE JOEL LAWSON, MRS. EDMONDS TOOK ALL THREE
   CHILDREN + RELEASED TO DAVID BUSH
CHILD 2) DOMINIK  ELIEZER  SERENE — NEW  NAME
        SKYLER  RAINE  BUSH - OLD  NAME
     DoB 11/01/00 - 5YRS OLD.
     SSN# 698014057
     3FT 6IN.  40 LBS        BLU EYES, BLONDE HAIR
         CURLY BLONDE HAIR
         ~~BLOND~~  LEFT EAR PIERCED

CHILD 3) TULLIA AMELIE SERENE - NEW NAME
SHILOH DESIREE BUSH - OLD NAME
DOB 6/17/02 - 4 YRS OLD
SSN# 698014199
3FT 4INCH   42 LBS
BLUE EYES   LIGHT BROWN HAIR, SHOULDER LENGTH
BOTH EARS PIERCED, BLUE STUDS IN.


ACTOR: EX-HUSBAND
DAVID (WW) BUSH
DOB 8/13/66
193 WHITNEYVILLE RD. WELLSBORO PA 16901
P# 570 ~~ETH~~ 724 2391
SSN# 160 54 7108
6FT 1IN        W/M    160 LBS
CLEAN SHAVING
CONTACTS
CREW CUT
TATTOO RIGHT FOREARME - MURMAID
SHIP ON OUTSIDE OF ARM
THREE PIERCINXE ~~RIGHT~~ LEFT EAR

LAST ARREST   SEP 2, 04
BY WELLSBORO POLICE

Case 2:07-cv-04936-MAM Document 52-11 Filed 10/01/10 Page 7 of 7

THIS STATION IS CONDUCTING AN INVESTIGATION REQUIRING INFORMATION ON THE
WHEREABOUTS AND WELFARE OF THE BELOW LISTED INDIVIDUALS:
SARAH NICOLE MONSERRATE (BUSH) - DOB 06/21/75   W/F - AND HER THREE CHILDREN
STEPH CADENCE BUSH - DOB 08/27/97, SKYLER RAINE BUSH - DOB 11/01/00, AND SHILOH
DESEREE BUSH - DOB 06/27/02.  THE LAST KNOWN ADDRESS IS 3305 CALLE CUERVO NW APT
921, ALBUQUERQUE, NM 87114.

PLEASE CONTACT TPR WHISNER, PSP MANSFIELD, 570-662-2151 REFERENCE THIS INCIDENT
# F05-0891031.

AUTH OIC SP MANSFIELD PENNA/SGT JOSEPH A TRIPP                    EJW