```
                              OWNER INFORMATION
------------------------------------------------------------------------
BUSH,DAVID
193 WHITNEYVILLE RD
WELLSBORO      , PA. 16901
COUNTY = TIOGA


                             VEHICLE INFORMATION
------------------------------------------------------------------------
LIC: GJY8407.      EXPIRES: 03-07.
VMA: SUZUKI       . VYR: 1994.  VST: SW   .  VIN: JS3TD03V0R4102589     .
TLN: 46564082.     REG GR WT: 00000.  COMB GR WT: 00000.

                              LICENSE STATUS
------------------------------------------------------------------------
SUSPENSION/REVOCATION: NO

TYPE CODE:  A = RETURN CHECK,          C = CAT FUND STOP
            F = INSURANCE CANCELLATION, I = REVOCATION
```

```
                              10/23/06 21:54:56 8C0JVBPGKSX3
            RESPONSE FROM PENNSYLVANIA BUREAU OF MOTOR VEHICLES
OLN: 12760482.  VALIDATED: 2005-12-20.  EXPIRES: 2010-02-23.
NAM: BUSH,LYLE H
     2565 ROUTE 660
     WELLSBORO        PA. 16901

SSN: 201323120.       DOB: 1941-02-22.  SEX: M.    EYE: BLU.    HGT: 6' 3".
RESTRICTIONS: NONE
SUSPENSION: NO
OPERATOR CLASS: C = SINGLE VEH <= 26,000
OPERATOR TYPE: REG LICENSE
VALID DUPLICATE LICENSE NUMBER: N/A
        INFORMATION OBTAINED FROM PENNDOT FILES AND SHOULD BE VERIFIED
```

*Father* (handwritten annotation)

RESPONSE FROM PENNSYLVANIA DEPARTMENT OF MOTOR VEHICLES

```
                    OWNER INFORMATION
------------------------------------------------------------
BUSH,DAVID
193 WHITNEYVILLE RD
WELLSBORO       , PA. 16901
COUNTY = TIOGA


                    VEHICLE INFORMATION
------------------------------------------------------------
LIC: YKE0256.       EXPIRES: 02-07.
VMA: FORD           VYR: 1984.  VST: TK   .  VIN: 2FTCF15F5ECB36428
TLN: 36580341.      REG GR WT: 04900.  COMB GR WT: 00000.

                    LICENSE STATUS
------------------------------------------------------------
SUSPENSION/REVOCATION: NO

TYPE CODE: A = RETURN CHECK,         C = CAT FUND STOP
           F = INSURANCE CANCELLATION, I = REVOCATION
```

Case 2:07-cv-04936-MAM   Document 52-13   Filed 10/01/10   Page 4 of 15

LUZERNE COUNTY                               PA040CYS1
  CHILDREN AND YOUTH SERVICES
  200 NORTH RIVER STREET
  WILKES BARRE              PA   18701

  TELEPHONE : (570) 819-4923.  COUNTY : 40 LUZERNE     . TERMINAL : LUZ401

LUZERNE COUNTY                               PA040015J
  COMMON PLEAS COURT
  200 N RIVER STREET
  WILKES-BARRE              PA   18702

  TELEPHONE : (570) 819-4923.  COUNTY : 40 LUZERNE     . TERMINAL : LUZ401

MON411-30123 - CHR       10/24/06  01:38:59                    PAGE 1 OF 1
***** RESPONSE FROM THE PENNSYLVANIA ORI FILE ***********
Case 2:07-cv-04936-MAM   Document 52-13   Filed 10/01/10   Page 4 of 15

```
DELAYED INQUIRY HIT NOTIFICATION AT 0643 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,TULLIA AMELIE SEX/F RAC/W POB/PA DOB/20020617
DOE/20200617 HGT/304 WGT/042 EYE/BLU HAI/BRO SKN/LGT SMT/PRCD EARS
SOC/698014199
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME SHILOH DESIREE BUSH
MPC/ABDUCTED BY A NON-CUSTODIAL PARENT
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
FPA/Y
JWT/ER
JWL/BLU STUD EARRINGS
```

```
DELAYED INQUIRY HIT NOTIFICATION AT 0702 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,STEFANO RIC0CHET SEX/M RAC/W POB/PA DOB/19930827
DOE/20110827 HGT/500 WGT/096 EYE/XXX HAI/BRO SKN/LGT SMT/BRAC TEETH
SOC/698013835
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME STEPH CANDENCE BUSH, NICKNAME RIC0 AND HAS A DR00PY LEFT EYE
MPC/ABDUCTED BY A NON-CUSTODIAL PARENT
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
CRC/C FPA/Y
JWT/ER
JWL/BLU STUD EARRINGS
```

```
MON411-30154    C  MON411-30154  10/24/06 06:45:13
$.H.1N018CHJVBPH0XGY219    10/24/06 06:27:43 - 10/24/06 06:26:01  7AHJVBPH5SH0
PAPSP6000                                                          9CKZ0BPH5HPP

DELAYED INQUIRY HIT NOTIFICATION AT 0626 EDT 20061024
PLEASE ASSURE YOUR INQUIRY IS A REASONABLE MATCH
PRIOR TO CONTACTING ENTERING AGENCY
YOUR INQUIRY ON 0104 EDT 20061024 CONTAINING:
LIC/YKE0256
HIT ON THE FOLLOWING RECORD:
MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W POB/PA DOB/20001101
DOE/20181101 HGT/306 WGT/040 EYE/BLU HAI/BLN SKN/LGT SMT/PRCD L EAR
SOC/698014057
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME SKYLER RAINE BUSH, NICKNAME ELY
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
CRC/C FPA/Y
DNA/N
ORI IS RICHMOND CITY PD 804 646-5125
```

```
                  RESPONSE FROM PENNSYLVANIA BUREAU OF MOTOR VEHICLES
OLN: 21647454.   VALIDATED: 2006-08-09.   EXPIRES: 2010-08-14.
NAM: BUSH,DAVID
     193 WHITNEYVILLE RD
     WELLSBORO        PA. 16901

SSN: 160547108.        DOB: 1966-08-13.   SEX: M.      EYE: GRN.      HGT: 6' 0".
RESTRICTIONS: 1
SUSPENSION: NO
OPERATOR CLASS: A = COMBINATION VEHICLE   M = MOTORCYCLE/PEDACYCLE
OPERATOR TYPE: REG LICENSE
VALID DUPLICATE LICENSE NUMBER: N/A
                       -  COMMERCIAL DRIVER INFORMATION  -
DISQUALIFIED: NO

          INFORMATION OBTAINED FROM PENNDOT FILES AND SHOULD BE VERIFIED
```

INFORMATION FROM PENNSYLVANIA BUREAU OF MOTOR VEHICLES

```
OLN: 20027031.  VALIDATED: 2002-10-21.  EXPIRES: 2007-01-01.
NAM: BUSH,CHRISTOPHER
     3645 SMITH RD
     FURLONG        PA. 18925

SSN: 160547015.      DOB: 1962-12-31.   SEX: M.      EYE: BLU.       HGT:  6' 0".
RESTRICTIONS: NONE
SUSPENSION: NO
OPERATOR CLASS: C = SINGLE VEH <= 26,000  M = MOTORCYCLE/PEDACYCLE
OPERATOR TYPE: REG LICENSE
VALID DUPLICATE LICENSE NUMBER: N/A
       INFORMATION OBTAINED FROM PENNDOT FILES AND SHOULD BE VERIFIED
```

```
                                10/24/06 00:38:40   10/24/06              PAGE 1 OF 1
*** RESPONSE FROM PA COMPUTERIZED CRIMINAL HISTORY FILE ***

ORI/PAPSP6000.NAM/BUSH,CHRISTOPHER
SOC/160547015.OTN/            .FBI/        .SID/       .DOB/19621231.RNG/ .
PUR/C.ATN/TPR MCDERMOTT
                                                .OPR/.

*** RESPONSE FROM PA CCHRI - BASED ON IDENTIFIERS ABOVE ***

NO RECORD FOUND ON: SOC

NO RECORD FOUND ON: NAM
```

PAPEP00N7

PHILADELPHIA
  INTERNAL AFFAIRS
  7790 DUNGAN ROAD
  PHILADELPHIA          PA   19111


TELEPHONE : (215) 686-1287.  COUNTY : 51 PHILADELPHIA  . TERMINAL : PHILO

              ************          LAST   PAGE            ************

```
MON411430113 - CHR        10/24/06 01:37:39 10/24/06 01:37:39      PAGE 1 OF 1
         ***** RESPONSE FROM THE PENNSYLVANIA ORI FILE  ************

PAPEP00R4


INTERNAL AFFAIRS
  319 RACE STREET
  PHILADELPHIA          PA  19106



TELEPHONE : (724) 592-5655.  COUNTY : 51 PHILADELPHIA  . TERMINAL : PHILO

        ************              LAST PAGE            ************
```

CAPT MARK SEAGLE
RICHMOND VIRGINA
FAX # (804) 646-6632
P# (804) ~~646-6764~~ 646-6456

NEED TO SEE ABOUT AN INTERNAL INVESTIGATION ON
Detective CHRISTOPHER BUSH.

NEED TO SEE ABOUT INVESTIGATION INTO FALSE INFORMATION
GIVEN TO LUZERNE COUNTY, THAT ISSUED THE ORIGANAL
COURT ORDER.

F150

NEED TO CALL
SGT. MIKE McCANN - VA STATE POLICE
IN REFERENCE TO ABOVE ACTIONS, AND WHO
WILL BE HANDLING THEM.

LUZURNE COUNTY COURT HOUSE P#
    JUDGE

PHIL POLICE DEPT.
INTERNAL INFARCE

P# (804) 674 2026 / (804) 674 2000
Fax # (804) 674 6704 -
Officer - Sgt. Mike McCann        on Duty
Officer - Cowley   VA State Police

# PENNSYLVANIA STATE POLICE

Troop F Montoursville
899 Cherry Street
Montoursville, Pa. 17754
(570)368-5700



Fax: (570)368-5704

## FAX TRANSMISSION COVER SHEET

Date: 10/24/06

To: CAPT. MARK SEAGLE

Fax: (804) 646-6632

From: TPR. MCDERMOTT

Re: (570) 368-5700

Memo: FAX # (570) 368-5704

YOU SHOULD RECEIVE ___ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570)368-5700.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressees designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.