# PENNSYLVANIA STATE POLICE

Troop F Montoursville
899 Cherry Street
Montoursville, Pa. 17754
(570)368-5700



Fax: (570)368-5704

## FAX TRANSMISSION COVER SHEET

Date: 10/24/06

To: SGT. TRIPP

Fax:

From: TPR. McDERMOTT

Re:

Memo:

YOU SHOULD RECEIVE 53 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570)368-5700.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.

# PENNSYLVANIA STATE POLICE

TROOP F
1745 VALLEY ROAD
MANSFIELD PA  16933
(570) 662-2151



Fax: (570) 662-1378

## FAX TRANSMISSION COVER SHEET

Date: 10/24/06

To: Detective Lawson

Fax: 304-646-5159

From: Sgt Tripp

Re: _____

Memo: _____

YOU SHOULD RECEIVE __6__ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570) 662-2151.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State

# PENNSYLVANIA STATE POLICE

Troop F Montoursville
899 Cherry Street
Montoursville, Pa. 17754
(570)368-5700



Fax: (570)368-5704

## FAX TRANSMISSION COVER SHEET

Date: 11/9/06

To: ~~NEWS MEDIA~~ CPL. HILLS

Fax: 717-772-1434

From: SGT. DAVID YOUNG, PSP MONTOURSVILLE

Re: NCIC ENTRY

Memo:

OFFICER - CHRISTOPHER BUSH

NEWTOWN POLICE DEPT.

YOU SHOULD RECEIVE ___ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (570)368-5700.

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.

An Internationally Accredited L

DATE:  June 28, 2007

SUBJECT:  Request for Duplication of Report

TO:  Director, Bureau of Records and Identification
Attention: Investigative Records Section

FROM:  Lieutenant Dennis C. Hile
Commander, Criminal Investigation Section
Troop F, Montoursville

*Mailed 7/6/07*

1. Due to the attachments being needed, it is hereby requested that a copy of the following report(s) be forwarded to the attention of **CT2 Julia Foster**.

| | |
|---|---|
| Report Number: | F5-891031 |
| Party(ies) Involved: | BUSH, David (victim) |
| | MONSERRATE, Sarah Nicole (suspect) |
| | aka: BUSH, Sarah |
| Date of Occurrence: | 01/06/2006 |
| Requesting Personnel: | Sgt. Joseph Tripp |

DCH/jlf