Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 1 of 6

Deposition of Sergeant Sean Adams                                    Christopher Bush & David Bush V S.C Adams, et al.

40:*11*  48:*11*  56:*17*
58:*9*, *22*, *23*  59:*3*,
*18*  61:*5*, *25*  63:*10*
64:*20*  66:*12*  70:*10*
71:*12*  78:*21*  80:*17*
81:*6*  82:*14*  84:*18*,
*20*  86:*12*, *24*  90:*13*
92:*7*  134:*15*
**answered**  40:*9*
64:*18*  65:*5*  105:*7*
108:*25*  109:*3*
114:*12*  129:*12*, *14*
131:*17*  134:*10*, *14*
**answering**  84:*15*
88:*11*, *14*, *15*
**answers**  10:*25*
**anybody**  46:*1*, *3*
68:*25*  114:*10*
117:*1*  119:*8*, *25*
120:*21*  121:*10*
122:*9*, *18*, *20*  127:*7*,
*11*, *15*, *16*, *20*
128:*22*  129:*3*, *7*, *17*
137:*7*  139:*1*, *2*
**anymore**  102:*22*
**apologize**  129:*14*
**apparent**  111:*13*
**apparently**  30:*18*
**appear**  19:*18*  29:*4*
41:*22*  42:*2*  43:*19*
45:*5*  75:*18*  112:*5*
125:*1*, *3*  126:*24*
**APPEARANCES**
2:*1*  142:*1*
**appeared**  26:*6*
34:*5*  42:*8*  44:*3*, *19*
75:*20*  125:*6*
**appearing**  45:*3*
**appears**  41:*16*
42:*23*  83:*12*  111:*23*
**applicable**  99:*9*
**application**  4:*25*
**applied**  6:*15*
**appreciate**  11:*20*
**appropriate**  92:*17*
106:*20*  113:*14*
**appropriately**  75:*11*,
*12*
**approximate**  52:*4*

**approximately**  5:*13*
65:*24*  88:*17*
132:*15*, *18*
**arbiter's**  70:*23*
**Argumentative**
71:*10*  80:*7*, *15*
86:*10*
**armed**  32:*2*
**arms**  6:*15*
**arrangement**  8:*4*
**arrest**  35:*19*  36:*22*
41:*14*  47:*5*  93:*21*
105:*21*, *23*  107:*25*
112:*16*  113:*9*, *16*,
*23*  114:*4*  119:*16*
120:*22*  121:*1*, *3*, *3*,
*6*, *14*, *16*  122:*4*, *5*,
*11*, *22*  123:*2*, *3*
127:*9*
**arrested**  66:*9*
105:*11*, *14*, *18*
123:*12*
**arrests**  127:*8*
**Aside**  17:*18*  20:*20*
21:*15*  25:*22*  45:*8*
127:*19*  128:*9*
137:*25*
**asked**  11:*10*  33:*16*
40:*8*  64:*17*  65:*4*
82:*10*  98:*11*, *12*
100:*4*, *6*  101:*1*
105:*6*  109:*3*
114:*11*, *12*  120:*25*
126:*14*  127:*21*
129:*11*  131:*13*
132:*9*, *10*  138:*3*, *13*
**asking**  7:*12*  21:*6*
22:*7*  26:*10*  30:*5*,
*13*  33:*9*  34:*16*, *18*
59:*20*  61:*11*  71:*16*
77:*5*, *23*  84:*24*
90:*8*, *16*  91:*14*
97:*3*  101:*6*  103:*4*
125:*19*  128:*13*, *22*
129:*15*  131:*8*, *10*
136:*5*
**aspects**  26:*20*
**assigned**  14:*15*, *18*
24:*2*  118:*22*  119:*3*,

*12*
**assigning**  56:*16*
**assignment**  14:*22*
24:*4*
**assist**  120:*22*
**Assistant**  13:*25*
**assisted**  47:*16*
**associated**  71:*6*
**assume**  5:*5*  34:*8*
70:*2*  78:*7*  85:*5*
90:*3*  98:*14*, *15*
104:*4*, *9*
**assuming**  19:*20*
48:*8*  103:*20*  104:*3*
124:*25*  125:*1*
128:*24*
**attach**  115:*20*
**Attorney**  1:*21*  2:*8*
13:*25*  16:*25*  18:*3*
20:*22*  22:*9*  25:*3*, *5*,
*8*, *18*  26:*2*  35:*11*,
*14*  36:*10*, *25*  37:*3*,
*10*, *14*, *25*  40:*18*
49:*6*, *7*, *9*, *11*, *12*, *25*
50:*3*, *4*, *18*, *23*, *24*
51:*5*  73:*19*  74:*1*
75:*22*  76:*4*, *8*, *12*,
*23*  82:*2*, *4*  89:*2*, *12*
101:*4*  102:*14*
103:*22*  104:*8*, *12*,
*17*  105:*5*, *9*, *14*
108:*2*, *16*  117:*25*
122:*10*, *15*, *25*
123:*5*, *8*, *23*  124:*9*
125:*10*, *16*, *20*
126:*11*  127:*12*
128:*6*  140:*13*
141:*21*  142:*8*
**attorneys**  125:*15*
127:*7*
**Attorney's**  9:*25*
13:*19*, *24*  24:*21*, *23*
35:*8*  36:*2*  38:*4*, *10*
43:*22*  68:*22*  122:*12*
**authorities**  107:*12*,
*15*
**authority**  67:*7*
85:*7*, *9*, *17*, *20*, *22*
87:*22*, *24*  93:*2*

96:*17*  100:*10*
**authorized**  32:*24*
**automatically**  43:*7*
**available**  14:*17*
44:*7*  119:*22*
**aware**  32:*17*, *20*
33:*18*  56:*14*, *19*
77:*1*
**awfully**  20:*25*

< B >
**back**  15:*2*, *5*  18:*13*
26:*2*  32:*19*  33:*21*
53:*1*  103:*3*, *5*
109:*6*  121:*4*  138:*1*
**background**  5:*2*
**bail**  102:*3*, *12*, *15*,
*18*  104:*3*  123:*3*, *9*,
*9*  124:*16*
**Barracks**  47:*11*
**based**  8:*22*  13:*13*,
*18*  34:*4*, *19*  36:*14*
37:*19*  41:*20*  55:*6*
56:*3*, *6*  58:*10*  59:*7*,
*9*  61:*7*, *11*  62:*8*
67:*17*, *19*  71:*6*
72:*7*, *8*  74:*17*  76:*6*
78:*23*  81:*1*  82:*11*
84:*2*  90:*16*  96:*25*
108:*16*  109:*12*
110:*12*  113:*18*
119:*4*
**basement**  87:*12*
**basic**  5:*13*  11:*14*
84:*19*
**basically**  7:*6*  22:*3*
26:*11*  27:*2*  42:*5*
52:*22*  62:*12*  88:*18*
132:*17*
**basis**  26:*22*  72:*17*,
*21*, *22*  95:*10*
**bat**  41:*10*
**bearing**  30:*9*  116:*4*
**becoming**  5:*24*
16:*6*
**behalf**  2:*4*, *11*  3:*2*
142:*4*, *11*
**belabor**  103:*19*
135:*13*  139:*7*

Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 2 of 6

Deposition of Sergeant Sean Adams                        Christopher Bush & David Bush V S.C Adams, et al.

**belief** 61:12  76:7
  119:4, 5
**believe** 5:14  7:17
  10:6  15:2  16:14
  25:9, 12, 15  26:4
  31:6  34:2  35:20
  42:1, 16  45:16, 19,
  23  46:6, 8, 12  47:9,
  12, 14  52:17, 18
  53:21  54:21  58:5,
  12, 13, 18, 24  61:8
  66:13  68:14  72:4
  74:12  75:16  76:5
  82:19  88:5  92:22
  93:5, 10, 11  94:16
  95:25  97:14, 23
  102:2, 17  103:16
  106:2  107:8  108:6,
  6  110:14  113:15
  116:12  117:9
  118:22  119:10
  120:2  125:11
  126:12  127:5, 10
  130:23  131:18
  132:9, 21  136:7
**believed** 58:11
  59:4  62:3, 4  65:16
  66:23  76:12, 19
  79:2  97:16  98:21
  100:3
**benefit** 97:6, 21
**best** 8:1  10:4
  81:23  82:18  89:14
**beyond** 99:17
**big** 20:25
**Board** 2:9  142:9
**bond** 44:12
**bonds** 44:14
**book** 100:24  101:2,
  9, 9, 10
**box** 42:22  109:6
**break** 49:18, 24
**Brian** 2:3, 3  3:5
  4:13  120:20  142:3,
  3
**briefly** 68:5
**bring** 10:2  11:6
  16:17  47:14  79:5
  85:8, 23, 24

**bringing** 92:1
  138:1
**brings** 11:13
**Broad** 1:21  128:19
  141:21
**brother** 75:17
**brought** 11:7
  16:18  33:21  79:22
  101:15  121:23
**Bucks** 108:1, 4
**building** 43:14
**BUSH** 1:7, 7  10:10,
  12  12:8, 13, 15, 17
  13:3  15:19, 20
  16:1  22:21  23:13
  27:10  28:11  29:23
  31:9, 12  32:6, 10,
  24  33:2, 22  34:12
  36:4, 6, 11  37:5, 10
  39:4  46:25  47:4, 8,
  21, 22  51:23  52:5,
  9, 14, 19  53:16
  54:13  55:19  56:8
  58:15  59:10  62:6
  64:6, 11, 14  65:23
  66:8, 9  68:1, 3, 24,
  25  69:7  70:25
  71:6  72:1, 7  73:2
  75:7, 17  76:1
  77:11, 18  78:25
  79:18  85:7, 19
  87:22  93:21, 22
  94:5, 11, 11, 13, 13
  95:1, 25  99:2
  105:3, 11, 16
  106:21  107:25
  110:19  118:5
  119:16  120:23
  121:1, 3, 11  122:11,
  21  127:4, 7, 12
  131:13  132:24
  136:24  141:7, 7
**Bushes** 130:21
**Bush's** 29:1  35:19
  36:22  75:17
  109:20  111:10
**business** 44:4

**< C >**
**caliber** 32:2

**call** 7:8  14:16, 17,
  22  15:1, 2, 3, 6
  23:10  25:13, 15
  27:19  35:7  40:16
  41:9  108:1, 4
  114:10  115:19, 21,
  25  134:25  137:3
**called** 3:2  25:7
  39:6, 7  40:17  48:8
  51:10, 12  83:4
  114:14, 17  125:11,
  12, 16  126:11, 19,
  23, 23  131:18  137:4
**calling** 15:4  130:8
**Calls** 59:18  90:11
**Candice** 115:4, 5
  116:6, 10, 12  117:1,
  4, 11  118:25  119:5
**Captain** 130:2, 3, 13
  131:5  132:7  133:6,
  9, 20  134:1, 6, 25
  135:19  136:1, 17
**captain's** 135:8
**caption** 140:11
  143:4
**care** 78:15  129:1
**cares** 89:20
**carried** 28:22  106:9
**case** 14:16, 18
  16:9, 10, 11  29:12
  35:12  39:4  42:4
  45:22  47:14, 22
  52:10  58:11  59:10
  63:15  68:9  73:21
  78:2  87:18  90:3
  104:10, 13, 16
  105:5, 9  106:12
  107:25  108:12, 23
  109:14  122:3, 22
  123:1, 15, 18, 22, 24
  124:16, 19  125:17,
  20  126:6, 13, 16, 17
  127:2, 8, 12  130:23
  132:8, 10, 11
  136:25  137:5
**cases** 39:2, 3  59:6
  65:8, 10
**catch** 27:16
**categories** 27:12,

  18  28:6
**category** 27:14, 20
**cause** 119:16  140:6
**caused** 93:20
  127:8
**center** 123:14
**certain** 9:17  12:23
  21:2, 11  26:20
  35:23  50:16  52:23
  65:20  67:14
**certified** 3:4
**certify** 140:5, 10, 11
  143:1
**chain** 130:14, 15
**change** 4:4  21:21
  61:17
**changed** 12:13, 13
  24:16  37:3, 6
  59:15  60:2
**characterize** 24:9
**charge** 65:11
  82:19  91:19  132:11
**charged** 64:12, 15,
  22  78:11  81:13, 18
  84:6  98:20  99:2, 20
**charges** 47:14, 15
  64:5  79:5, 23
  101:21  104:5, 8
**charging** 65:2
**chasing** 89:13
**check** 17:23  32:22
  110:15, 17  135:11
**checked** 42:22
  68:21  116:5
**Chesterfield** 140:3
**chief** 127:24
**child** 7:14, 15  9:11
  20:10, 16, 21  21:20
  33:13, 17, 25  64:7
  99:20  100:6  106:7
  111:4  132:8, 25
**children** 8:6, 11
  9:3, 3  10:12, 12, 16,
  17  11:4, 4  12:8, 10,
  12  13:7, 10, 12
  15:19, 23, 25  16:23
  20:7  26:14, 15, 23
  27:13  28:23  29:1
  30:8  31:8, 10, 19
  32:5, 12, 25  33:6,

Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 3 of 6

Deposition of Sergeant Sean Adams                                Christpher Bush & David Bush V S.C Adams, et al.

16, 20  34:3, 10, 12
35:22  36:3, 12, 23
37:1, 5  47:4  52:6
53:1, 4, 14, 20
54:11, 14  56:13
59:8, 16  60:2, 23
61:15  62:7, 9
64:12, 16, 24  65:3,
21  66:15, 16, 20
67:3  68:2, 13  69:1,
8  70:6  78:12, 18
79:1, 16, 20, 24
85:1, 21, 23, 24
87:23  89:7, 18, 22,
24  91:9, 24  92:1, 3,
12, 20  93:9, 22
94:6  95:2, 4, 11
96:7, 21, 22  98:7,
13, 18  99:5, 20
100:9  132:10
134:3, 8  137:25
**children's**  24:15
29:7  130:11
**chose**  43:25
**Chris**  23:13  68:1
75:17
**CHRISTPHER**  1:7
141:7
**circumstances**
13:18  28:17  36:14
37:20  39:11, 12, 21
41:16, 18, 21, 25
43:24  45:9, 14
58:10  59:9  61:8
62:3  104:15  122:8
**City**  1:20, 21  2:8
4:17, 21, 24  5:25
12:7  13:2  14:7
15:18  24:21, 22
49:25  65:20  66:5
67:19  70:4  86:16
106:6  120:3
130:17  136:21
141:20, 21  142:8
**City's**  50:3
**Civil**  1:10  6:22, 25,
25  7:10  141:10
**claiming**  59:14
60:9, 17
**claims**  60:1

**clarify**  29:18  72:14
95:20
**classes**  27:8
**classification**  27:25
**classified**  28:16
29:15, 24  30:4, 14
47:15
**classify**  28:12  29:1
65:13
**clear**  21:16  92:25
**clearances**  23:4
**clearly**  97:9
**client**  49:6, 9  50:3,
24  128:6
**close**  128:6
**code**  80:18, 20
81:17  83:1  84:10
101:14
**come**  24:11  26:2
34:23  43:19, 25
49:17  59:14  60:8,
17  61:12  62:14
85:7  92:11  100:13
120:4  137:2, 19
**comes**  9:2  43:7
89:22
**coming**  53:16
59:25  92:3
**command**  130:18
**commander**  130:16
**commencing**  1:19
141:19
**comments**  143:2
**commission**  140:23
143:17
**commissioned**
140:5
**committed**  26:15
98:3
**common**  24:7, 10
**Commonwealth**
5:19  10:14, 16
13:19, 24  37:11, 17
81:3  82:20  85:20
128:14
**Commonwealth's**
9:25  13:25  25:2, 4,
7, 17  26:2  35:8, 11,
14  36:2, 10, 25
37:2, 10, 14, 25

38:3, 9  40:18
43:22  68:22  75:21
76:4, 8, 12, 23  82:1
102:13  103:22
104:8, 12, 17  105:4,
9, 14  108:15
122:12, 15, 25
123:4, 8  124:9
125:10, 16, 19
126:10
**communicate**  63:23
**communicated**
25:14  46:1, 3
104:7  122:10
**communicating**
47:25  109:15
**communication**
23:15, 24  25:11
26:1  46:15, 20
49:4  51:6, 18, 19,
22  63:24
**communications**
50:22  51:1, 16
63:13, 19  107:9
119:14  133:22
**compare**  21:1
**compared**  59:6
**compel**  73:24
**complete**  40:24
**completed**  140:11
**composition**  26:10
**Compound**  12:1
61:22  97:8
**concede**  82:3
**concent**  92:14
**concluded**  95:6
139:15
**conclusion**  37:21,
22
**conclusions**  95:17
**conditional**  5:3
**confer**  75:21
**conferences**  26:23
**confirm**  69:25
106:14
**confirmations**  136:8
**confirming**  136:1
**consent**  96:17, 18
**consider**  65:18

**consist**  20:2
**consisting**  19:19
**conspiracy**  83:4
**Conspired**  83:7
**constitute**  30:10
39:21
**constituted**  37:20
**constitutes**  91:19,
20  99:11
**constituting**  84:3
**constitutional**  6:22
**consult**  9:25
**consultation**  38:2
**consulted**  13:19
26:5  37:24, 24
**consulting**  11:24
43:21
**contact**  15:7  24:22
37:9  46:18, 18
48:9  51:9  52:12
54:1  107:11, 16
108:8  112:17, 24
113:14, 21  114:18
116:18  119:25
121:2, 10, 12
**contacted**  12:5
24:21  35:11  48:14,
15  114:2, 5, 21
116:16  117:11, 21
118:3  130:22
133:7, 18  134:1
**contacting**  53:18
118:16
**contacts**  107:25
119:13
**contained**  23:5, 22
**content**  25:20  30:6
31:1  45:12  47:2
48:7  51:8, 15  72:8
88:25  131:19
134:5  138:19
**continue**  88:15
**contrary**  31:24
**control**  73:24
**conversation**  14:2
25:20  30:7  32:4, 9
41:6  45:12, 13, 17,
21  47:2, 3  48:7
62:19, 20  108:17
116:22  119:4, 18

Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 4 of 6

Deposition of Sergeant Sean Adams                                Christpher Bush & David Bush V S.C Adams, et al.

121:6  122:17
123:1  126:2, 6, 25
131:1, 5, 20  134:5
**conversations** 38:3,
16  121:15  122:20
123:2  128:17
**cooperating** 113:3
**copied** 20:24
**copies** 17:2  19:21
21:9  22:13  23:3, 8
110:21, 23
**copy** 4:1  18:12
21:6, 22, 24  22:10
38:6  109:18, 23
111:17  115:15
116:4  133:4
**corner** 17:9
**correct** 5:5  17:2
19:20  23:1, 6
50:19  51:3  54:16
55:3, 21, 23  56:1, 2,
4, 5, 8, 12  57:15, 17,
23  58:3  72:10
73:19  74:24  75:9
78:25  79:16, 17
82:24  83:13, 17, 20
84:20  94:20, 24
95:9, 15  96:10, 11,
13, 14, 18, 19, 22
97:18  99:21
104:18, 21  109:24,
25  111:19, 24, 25
112:10  113:19, 23
118:8  121:19
126:1, 3, 7, 8
131:12  132:12, 20
133:7
**corrected** 67:6
**correction** 4:4
**corrections** 4:3, 3
**correctly** 54:23
61:9  69:22  83:5, 9,
19  91:17  109:7
113:11
**Counsel** 50:2
140:13
**Counselor** 102:13
**counties** 71:14
**County** 31:3, 5
38:7  52:15  71:7,

20  72:1, 6  75:8
108:1, 4  140:3
**couple** 67:23  105:7
**course** 7:10  20:3
40:22  41:3  56:21,
25  63:12  119:15
136:18
**COURT** 1:1, 18, 22
3:24  7:23, 24  8:3,
7, 10  9:12  10:15,
18  12:9, 16, 23, 24
13:2, 3, 7  23:5
26:5  31:1  32:6, 13,
14, 16, 18, 21, 24
33:3  34:8, 9  35:1
38:7  44:13, 16
53:1, 3, 7, 13, 19, 19
54:1, 6, 13, 20
55:23  56:4, 7, 22
57:23  62:5  65:11
66:24  71:21  72:6
73:16, 20, 22  74:23
77:2, 6  78:9, 24
79:7, 19  85:18
89:17  91:25  93:7
94:19, 21  101:23
103:2  111:12
123:16  124:15
132:20, 22  141:1,
18, 22
**courts** 7:15  9:15
72:18  100:11
**Court's** 74:7, 14
**cover** 115:13
117:14  118:7, 12
**covered** 50:23
127:13
**create** 23:14
**created** 46:13, 14
50:9
**crime** 28:9  84:4
91:13, 14, 15, 19, 20,
23  92:4  97:2  98:2
100:12  102:6, 12
103:23
**Crimes** 26:8, 14, 14,
23  27:3, 12  28:3
63:20, 22
**criminal** 101:14

104:16
**criteria** 84:12
**Cross** 2:18
**Crossing** 2:4  142:4
**custody** 7:15, 23
8:6, 11, 15  9:1, 3, 9,
10, 11, 12, 14, 16
10:13  12:10, 17
13:7, 12  15:25
33:13  34:4, 10
35:20, 21, 22  36:2
44:18  52:6  53:4,
14, 20  54:3, 10, 14,
18  55:3, 6, 10, 13
56:13  57:7, 7
58:15  60:10, 19
61:14  62:6  63:3
66:25  67:20, 22
68:10  69:8  70:17
71:2, 14, 21  72:2
73:4, 7, 21  75:25
78:4, 9, 17  79:19
89:24, 24  91:8
92:2  93:22, 24
94:11  97:15  98:6
100:8, 9  127:4
**cut** 133:4

< D >
**daily** 23:17
**date** 6:11  15:2, 3,
14  17:14  35:24
38:15  48:20  121:8
133:2, 2, 5  143:11
**dated** 54:21  93:17
95:4
**dates** 27:8
**DAVID** 1:7  12:8, 13,
15  29:1  49:4  141:7
**dawn** 128:11
**day** 44:5, 8  52:4,
19, 19  54:22, 23, 25
68:4, 23  127:1
133:6  140:15
**days** 123:11
**deal** 7:10  8:14
33:11  134:1
**dealing** 67:5  122:7

**decision** 13:20
67:9  68:11  70:23
73:23  93:13  104:6
**declare** 66:20  67:3
**declared** 66:15
**decreed** 8:7
**deemed** 50:2
**Defendant** 2:11
142:11
**Defendants** 1:13
141:13
**defensive** 5:16
**Definitely** 7:21
121:3
**degree** 11:14
**delay** 103:13
**delineate** 113:5
**delineated** 8:7
**delineation** 83:24
**deny** 69:25
**Department** 4:21
14:8  15:19  33:5,
19, 25  34:11, 20
36:24  67:2, 18
68:20  78:11  86:16
89:20  90:20  91:6
97:1  98:2  99:4
106:6  112:18, 23,
24  113:7, 22
118:23  120:5, 9, 17
127:21  128:3, 4, 9
130:4  131:6  133:18
**departments** 6:1
**depends** 65:14
70:15, 16, 17  107:18
**deposed** 10:3
**Deposition** 1:16
3:6  10:24  11:7
17:9  19:4, 8, 14
22:24  27:21  28:6
140:10  141:16
**describe** 116:6
121:23
**described** 24:6
28:25
**describing** 43:2
133:16
**Description** 83:3,
16  110:10

Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 5 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

**desk** 105:*25* 106:*3, 10* 109:*9, 14* 113:*13* 135:*8*
**detective** 12:*11, 25* 13:*23* 14:*1, 4, 5, 25* 15:*1, 6, 15, 17, 24* 16:*6* 23:*11* 25:*9* 76:*5* 87:*17* 92:*22* 106:*1* 117:*9, 15* 118:*12* 130:*24* 131:*14, 17* 137:*13, 20*
**detectives** 14:*13* 134:*7* 135:*1*
**detective's** 14:*6* 137:*10*
**detention** 123:*14*
**determination** 70:*22* 84:*11*
**determine** 20:*21* 53:*19* 56:*22* 57:*5, 13* 65:*25* 70:*19* 133:*23*
**determined** 13:*11* 37:*15* 66:*2* 93:*15, 21* 96:*3* 99:*7*
**develop** 28:*19*
**developed** 28:*18*
**difference** 73:*14, 17* 83:*21*
**differences** 20:*15*
**different** 29:*21* 36:*13* 45:*10* 74:*2* 81:*10* 91:*11* 98:*4* 104:*21, 22*
**DIRECT** 2:*16* 4:*11* 47:*19*
**directing** 112:*20*
**direction** 112:*17* 140:*8*
**directly** 10:*11* 14:*23*
**disagreements** 92:*11*
**disclosed** 49:*25*
**discover** 26:*22*
**discuss** 138:*20*
**discussed** 35:*24* 39:*16* 95:*14*

104:*10, 15* 117:7
**discussing** 39:*4*
**discussion** 31:*7* 50:*15* 105:*4*
**discussions** 52:*15* 127:*6*
**dismissed** 56:*15, 23, 24* 57:*2* 101:*23, 25* 104:*5* 125:*17, 20* 126:*11* 127:*3*
**disposition** 98:*6* 125:*9* 126:*15, 17, 21*
**dispute** 96:*22, 23* 107:*16*
**disregard** 76:*23*
**distraught** 52:*22*
**DISTRICT** 1:*1, 3* 108:*1* 141:*1, 3*
**divorce** 8:*8* 9:*15* 71:*22*
**divorced** 9:*7, 9, 10* 10:*13* 12:*8* 34:*22* 62:*9* 67:*22*
**DMV** 66:*4* 110:*18* 111:*9*
**document** 17:*8* 18:*6* 19:*19* 20:*23* 34:*5* 40:*16* 41:*24* 49:*7, 17* 50:*17* 83:*4* 116:*6* 117:*6* 126:*20* 135:*15, 16*
**documents** 16:*18* 17:*4, 19* 18:*1, 10, 11* 19:*2, 12, 18* 20:*1, 4, 6* 21:*1, 14, 17* 22:*7, 24, 25* 32:*1* 33:*1* 42:*12* 49:*3* 50:*1, 6, 8, 12* 54:*24* 72:*16* 85:*14* 86:*6, 15* 87:*4, 11, 14* 93:*11, 16* 111:*4* 115:*7, 9, 14, 24* 117:*7* 130:*10* 135:*19, 20* 136:*2, 9, 24*
**doing** 13:*16* 47:*20, 23* 52:*8* 108:*7, 9*
**domestic** 7:*24* 8:*22* 26:*15, 21*

27:*12* 31:*10* 91:*7*
**double** 17:*23*
**doubt** 97:*6, 22*
**downstairs** 43:*22*
**driving** 5:*16*
**dropped** 101:*21, 25* 126:*11, 16*
**drug** 6:*14*
**duly** 3:*3* 140:*4, 6*
**duplicating** 108:*9*
**duration** 66:*4*
**duties** 130:*20*
**duty** 44:*2* 125:*5*

**< E >**
**earlier** 67:*4*
**East** 2:*9* 142:*9*
**EASTERN** 1:*3* 141:*3*
**Ed** 129:*22* 130:*2*
**Edmonds** 137:*12, 18*
**effect** 96:*2*
**eight** 5:*13* 43:*18, 25*
**either** 8:*10* 15:*4* 16:*22* 23:*8* 28:*5* 41:*19* 48:*1* 52:*11* 79:*19* 94:*24* 117:*8* 124:*11* 131:*16* 136:*21* 140:*13*
**elements** 81:*2, 21* 82:*18* 84:*3, 11, 16, 24* 91:*12* 99:*24* 100:*3*
**Elizabeth** 140:*20*
**emergency** 44:*17, 18*
**employees** 7:*5*
**employment** 5:*3, 4* 24:*12*
**ended** 48:*13*
**enforce** 91:*20*
**enforcement** 5:*18* 113:*4*
**English** 140:*8*
**enrolled** 66:*3* 88:*7*
**enter** 109:*7*
**entered** 93:*23* 94:*5*

135:*21*
**entire** 73:*17*
**entirety** 71:*23*
**entity** 52:*12*
**entries** 18:*8* 133:*19*
**entry** 16:*22* 134:*2* 136:*7*
**enumerate** 6:*14* 28:*8*
**enumerates** 100:*19*
**equal** 8:*5*
**Eratta** 2:*24*
**Esq** 2:*3, 8* 142:*3, 8*
**establish** 66:*3*
**established** 59:*13* 111:*11*
**establishing** 65:*21*
**ET** 1:*12* 141:*12*
**evaluate** 67:*8*
**events** 128:*10* 130:*21* 136:*18*
**Eventually** 95:*8*
**evidence** 70:*24* 73:*1* 85:*6*
**ex** 55:*18*
**exact** 15:*14* 35:*24* 40:*12* 45:*12* 66:*3* 81:*22* 83:*1* 84:*10, 20* 91:*12*
**exactly** 6:*13* 9:*17* 13:*15* 29:*17* 42:*18* 46:*22* 47:*23* 66:*13* 75:*15* 78:*3* 92:*8* 100:*18* 106:*23* 107:*6* 115:*7* 117:*16*
**EXAMINATION** 2:*16, 18* 4:*11*
**examined** 3:*4*
**examining** 101:*13*
**example** 87:*12*
**exceptions** 100:*20*
**exchanged** 46:*21*
**exclude** 28:*5*
**exclusive** 92:*2*
**executed** 133:*2*
**Exhibit** 2:*20, 20* 19:*5, 15*
**exhibits** 139:*14*
**exist** 18:*22* 50:*1* 136:*14*

Case 2:07-cv-04936-MAM   Document 53-6   Filed 10/01/10   Page 6 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

existence  106:15
133:23
experience  6:6
24:7, 17  38:20
53:25  57:25  59:12
60:16  62:15  67:18
78:10  123:23
expires  140:23
143:17
explain  41:3  74:2
134:6
extent  7:25  122:1
138:10

< F >
faced  57:5  78:8
96:24
facilitate  33:16
105:21  113:23
114:3
facilitated  97:19
98:18  99:4
fact  11:19  12:23
33:24  35:10  51:9
58:24  61:12  62:8
77:20  78:23
100:14  117:8
126:13
factors  30:2  70:16
facts  10:2, 5, 6, 8, 8,
22, 23  11:6, 12, 14,
15, 16, 17, 25  12:4,
19, 21  13:13  16:10
24:5, 7, 11  28:17,
19, 24  29:3, 7, 11,
14  30:10  39:11, 12,
21  41:15, 18, 20, 25
43:23  45:9, 14
58:10, 13  59:9, 21,
23, 25  61:7  62:3,
10, 14  71:1, 2
92:19  96:24, 25
97:9, 13  102:25
104:15  122:5, 7, 22
127:8, 13  131:24
factual  39:3  96:20
97:25
failure  7:4, 5
fair  27:20  37:7
69:4  70:2  76:6, 22

89:12  99:25
121:23  125:14
fairly  116:6
fall  27:17  130:14
false  80:1
familiar  10:2  11:15,
16, 17  47:20  71:8,
12, 16, 23, 25  72:3
83:6
family  7:10, 11
26:8  32:18, 23
53:18  54:1, 6
far  7:3  22:5  77:16
88:18  107:24
fashion  109:17
father  9:2  10:11
135:3
fax  18:2, 8  75:16
109:18  115:13
116:4  117:13, 14
118:7, 12, 20
135:10  136:10
faxed  93:12  115:8
117:9  118:14, 21
135:14, 19  136:3, 17
faxes  133:10, 13
136:2
faxing  136:4
FBI  48:1  52:13
107:23  114:22, 25
116:14  117:2, 21
118:3, 14, 16, 19
119:13, 24
federal  6:11  7:17,
19  114:3  123:14
federally  6:15, 19
feel  139:6
felony  19:19  83:25
106:7
female  8:24
field  25:24
File  2:20  17:24
18:22, 22  19:10, 21,
22, 23, 24  20:2, 25
21:5, 7, 13, 24  22:4,
21  23:1, 6, 18, 19
32:22  33:2  40:24
41:6  54:12  85:15,
17, 18, 25  86:8, 8,
21  87:3, 10  106:11

109:19  110:15
113:13  115:8, 16,
25  116:1  117:8, 9
124:22, 23  135:9
136:10, 15, 20
filed  50:9  106:2
files  86:16
filing  71:13
filings  23:5  111:12
find  9:23  28:6
48:23  49:1  54:2,
17  57:1  74:11
81:18  86:3  93:1
99:23  115:10
116:10  124:21
128:20
finds  11:4
fine  19:7  91:4
103:6, 6  116:2
finish  19:9  88:10,
13
fire  6:15
firearm  31:6, 16, 17,
22  32:2
first  3:3  18:4
56:15  97:16
116:18  124:15
140:6
fit  27:24  84:12
fled  61:13, 18, 21
floating  21:20
focused  28:7
folder  78:2
folks  48:1
follow  34:16
following  18:17
22:17  40:18, 19
49:22
follows  3:4
force  119:3, 9, 12,
20, 24  120:2, 3, 6, 9,
11, 16  121:11
129:20
foregoing  140:8, 11
Forgive  44:6
form  3:17  8:17
9:5  11:8, 18  12:2
20:12  31:25  34:13
36:16  38:13  40:2
44:22  48:10  54:5

57:8, 19  58:7, 16,
21  59:17  60:12, 21,
24  61:3, 16, 19, 23
63:8  64:8, 17
66:10, 17  69:2
70:8  71:9, 18
73:11  76:14, 17
78:19  79:8, 25
80:4, 14  81:4
82:22  84:8, 17
86:9, 17  87:5, 16
88:1, 4  91:2  92:5
94:7  95:16  98:24
99:12  100:15
102:16  107:17
108:24  114:8
121:20  134:9
formalized  7:9
former  15:20
31:12  130:3
forward  122:6
found  31:3  35:15
foundation  73:12
82:5
four  19:19  27:11,
24  54:25
fraudulent  74:12,
15  75:3  77:11
fraudulently  70:18,
20  72:23  74:23
75:7
free  85:12  139:6
Freeman  49:5, 11
50:19
Frequently  57:18
friends  63:15
front  41:23  42:2, 4,
8, 14  45:3, 5  83:11,
12  92:10
fugitive  118:23
119:3, 9, 12, 19, 24
120:3  129:19
full  67:21
fully  3:10
function  33:17
further  98:5  99:16
140:11

< G >