Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 1 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

general  7:1   47:24
  84:16, 25   100:2
  123:20   124:4
  128:10
getting   52:25
  58:25   119:9   124:6
  125:22   138:5
gist   122:5
give   7:1, 25   8:10
  10:5   39:18   56:11
  65:1   68:25   69:7
  84:20, 23   89:24
  97:21   101:10
  105:25   123:20
  128:18   131:24
given   9:12   15:5
  30:2   31:2   40:20
  55:7   57:6   76:4
  98:18   111:6, 11
  126:10   136:11
  140:7, 9   143:3
gives   92:1
giving   10:21   22:2
  45:14   58:15   75:25
  97:5   100:7
go   4:1   21:23
  22:13   35:5   42:11
  43:9   53:9   59:3
  67:20   71:20   72:1
  85:16   90:12, 13
  99:12, 17   106:17
  119:20   134:24
  137:23, 24   138:8
goes   18:13   42:5
going   3:8   4:1
  11:24, 25   15:2
  18:20   19:25   27:11
  33:5   41:10   55:17
  57:12   58:5, 11
  59:5   61:8, 18   62:4
  68:13   74:3   81:24
  86:19   89:13   91:1
  92:15   101:12, 18
  102:25   103:7, 9, 17
  107:3   108:18
  109:17   111:3
  112:9, 15   117:8
  118:22   119:3
  121:18, 22   123:24

  126:24   128:12
  138:14, 24
good   79:12, 13, 15
  95:7, 11   96:1, 8
  97:17, 23   136:5
gotten   97:18
Grace   43:11
gracious   22:10
graciously   50:4
granted   8:10, 10
  55:6   74:20   75:1,
  11, 13   97:15   100:10
granting   67:8
grants   55:13
green   44:18
guess   89:10, 11, 13,
  14, 15   118:1
guessing   89:3
guys   90:4   94:20
  129:19

< H >
hand   17:8   136:22,
  24   140:15
handed   109:8, 13
handle   9:4   28:5
  34:21   89:21   90:6
handling   90:24
  91:7   107:9   108:11
happened   52:23
  70:1   90:7, 8
  109:12   118:2
  126:22   138:8
head   100:1
Headquarters   43:12
  120:13
hear   69:10   73:20,
  22   131:14
heard   125:10
hearing   57:7, 13
  102:3, 12, 15, 18
  124:16   125:1, 3, 12
hearings   44:12
  102:1
hears   57:23
he'll   3:18   4:8
  134:17
help   30:5   51:12
  61:18   64:1   98:22

  103:23   104:1
  120:25   132:2   139:8
hereinabove   143:5
hereinafter   3:3
hereunto   140:15
hiding   12:15
  136:13
high   59:6
hindsight   95:24
  96:6   97:4   101:6, 18
hiring   4:23, 25
history   63:12, 18
hit   106:14
hours   5:23   44:4, 4,
  5, 5, 8   54:25   125:5
  132:15

< I >
idea   7:1   100:2
  106:24   123:20
  128:18
identification   19:4,
  14
identified   18:24
  22:23   23:13   27:23
  42:21   50:10   74:12
  109:19   111:8
identify   4:14
identifying   23:4
identity   59:16, 16
  60:5
IDR   20:18
ignorance   44:6
ill   15:15, 17   16:7
imagine   57:24
immediate   109:17
imminent   109:16
implication   40:13
impression   67:21,
  24
improperly   74:16,
  17
inappropriately
  74:20, 25   75:4, 8
  77:12, 19   78:5
  93:15
incarcerated
  105:17, 18

incident   27:10
  28:11, 12   30:4
  41:19
include   41:1
including   22:8
  120:21
incorporated   115:24
incorrect   40:4
indicate   17:18
  28:19   33:2   114:17
  117:13   118:7, 9, 10
  133:9, 13
indicated   20:16
  23:10   24:20   26:4
  29:23   30:3   31:2,
  15   40:17   48:17
  52:23   66:4   108:11
  114:21   118:11
  135:18
indicates   16:20
  48:25   111:24
  118:13   135:18
indicating   54:10
  66:24   110:16
indication   32:23
  73:6
individual   12:6
  34:3   106:14, 15
  113:14, 17
individuals   7:5   8:4,
  5   107:19
inferred   13:11
information   24:2
  32:8   40:19   41:2
  46:21   77:22   106:3,
  10   109:9, 14, 20
  113:13, 18   118:21,
  24   120:4
informed   14:1
  16:12
initial   14:17   15:3
  72:13   93:16, 17
initially   87:18
  88:23   92:9
initiate   51:9
initiating   114:18
inner   136:21
inquiry   128:1
instance   1:17

Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 2 of 6

Deposition of Sergeant Sean Adams                                                   Christpher Bush & David Bush V S.C Adams, et al.

141:*17*
**instruct** 16:*7* 67:*1*
**instructed** 26:*3*
36:*10* 76:*21, 22, 25*
**instructing** 16:*11*
**instructions** 68:*25*
69:*7* 94:*21*
**intend** 128:*16*
**intended** 52:*25*
53:*17*
**interested** 18:*2*
140:*13*
**Internal** 128:*2*
**interpret** 33:*12*
**interpreting** 7:*23*
**interview** 5:*2*
**invalid** 96:*4* 99:*8*
**investigate** 26:*13*
28:*9* 98:*5*
**investigated** 28:*14*
98:*8*
**investigating** 14:*24*
27:*3*
**investigation** 15:*10,*
*12* 53:*11* 56:*22, 25*
76:*3*
**investigative** 53:*18*
**involve** 6:*11* 17:*22*
64:*1*
**involved** 4:*25* 5:*15*
15:*22, 24* 16:*22*
29:*11* 31:*6, 16, 17*
35:*25* 60:*19* 61:*14*
63:*23* 90:*2* 118:*17*
127:*20*
**involvement** 16:*4*
127:*3* 138:*7*
**involving** 5:*17*
59:*10* 65:*8* 130:*21*
**issue** 41:*20* 44:*16,*
*18* 53:*22* 54:*14*
67:*5* 89:*9* 95:*15, 18*
**issued** 35:*19* 36:*5,*
*9, 22* 47:*21* 51:*24*
58:*19* 70:*5* 74:*24*
77:*3* 93:*15, 19*
105:*20* 133:*6*
**issues** 37:*17* 41:*19*
125:*22*

**< J >**
**January** 4:*22* 5:*7*
17:*9, 12*
**job** 24:*2*
**Joel** 14:*6, 21* 15:*4*
68:*8, 12*
**jog** 131:*25* 132:*3*
**jotted** 48:*24*
**judge** 44:*21* 55:*15*
56:*16* 88:*21* 102:*5,*
*12* 103:*22* 104:*3, 4*
**Julie** 124:*11*
**July** 140:*15*
**June** 93:*17* 95:*5*
**jurisdiction** 72:*17,*
*21, 22* 73:*9, 10, 10,*
*15, 16, 20, 22* 74:*14,*
*22* 77:*20* 92:*18*
106:*20* 113:*15, 16*
**jurisdictional** 95:*15,*
*18*
**jurisdictions** 106:*13*
**juvenile** 7:*24* 26:*5*
53:*19*

**< K >**
**keep** 16:*12* 124:*22*
128:*19* 135:*22*
**keeping** 108:*8*
**Kellam** 129:*22*
130:*2*
**kept** 87:*12*
**kid** 34:*23*
**kidnapping** 47:*15*
64:*2, 5, 7, 12, 15, 22,*
*23* 65:*2* 70:*14, 25*
78:*11* 80:*6, 10, 23*
81:*3, 14* 82:*20*
83:*22* 99:*3*
**kids** 60:*18* 66:*2*
68:*5, 23* 85:*8* 88:*7*
90:*5* 93:*2, 4* 94:*11*
96:*17* 97:*18* 99:*6,*
*9* 100:*12, 13* 107:*4*
135:*1, 21* 138:*14, 25*
**kill** 115:*17*
**kind** 7:*19*
**knew** 36:*9* 52:*11*
62:*11* 66:*7* 77:*5*

96:*8, 15* 111:*20*
112:*9, 15, 16*
113:*18* 126:*17, 18*
**know** 7:*6, 20* 10:*7,*
*9* 11:*15* 12:*4*
13:*15* 16:*19* 18:*25*
21:*18, 19* 29:*17*
32:*15* 33:*13* 38:*12,*
*16, 19* 41:*11* 43:*6,*
*17* 44:*6* 45:*1* 47:*6*
48:*8, 12, 14* 49:*3*
51:*25* 52:*1, 3*
54:*19* 59:*21* 65:*7,*
*12, 18* 66:*7* 73:*8,*
*14, 17* 74:*7, 13*
77:*23* 81:*20, 22*
84:*16, 24* 86:*7, 13,*
*20* 89:*7* 90:*3, 16*
92:*20* 95:*17*
101:*16, 24* 105:*15,*
*16* 106:*19, 21, 23*
108:*13, 21, 25*
109:*8, 16* 110:*20*
112:*1, 19, 25*
113:*13* 116:*11, 16*
117:*16* 118:*2*
119:*7, 10* 120:*15*
125:*2, 6, 7* 126:*15*
129:*1, 24* 130:*25*
132:*2* 133:*25*
134:*4, 21* 135:*5*
136:*13* 137:*11*
138:*21, 22*
**Knowing** 107:*3*
**knowledge** 55:*25*
74:*18* 77:*9* 79:*21*
96:*6*
**known** 10:*12*

**< L >**
**labels** 136:*10*
**Lack** 73:*11*
**Langer** 38:*11, 17,*
*20* 124:*11*
**Large** 1:*19* 140:*4*
141:*19*
**latitude** 84:*23*
**Law** 2:*3* 5:*15, 18*
6:*11* 7:*21* 8:*13, 22*
31:*24* 41:*11* 44:*7*

68:*20* 71:*8, 13, 17,*
*24* 73:*19* 80:*3, 8, 9,*
*12, 18* 91:*16, 21*
93:*3* 96:*1* 97:*1*
98:*1, 23* 100:*18, 23*
113:*4* 142:*3*
**lawful** 53:*4* 93:*22*
95:*10*
**lawfully** 93:*4*
**Lawson** 14:*6, 21,*
*25* 15:*4, 15, 17*
16:*6* 18:*23* 24:*3,*
*24* 25:*9, 13, 16*
35:*10* 68:*12* 76:*3*
117:*9, 15* 118:*13*
130:*24* 131:*14, 17*
137:*13, 20*
**Lawson's** 17:*8, 20*
22:*8* 68:*8*
**lawsuit** 11:*13* 50:*9*
**lawyers** 128:*4, 8*
**Leadbetter** 120:*20*
**leadership** 27:*7*
**leading** 125:*21*
**leap** 24:*19*
**learn** 35:*13* 125:*9*
**learned** 51:*11*
57:*25* 126:*14*
**learning** 127:*2*
**leave** 36:*11* 69:*11*
70:*6* 78:*12* 92:*9,*
*14* 99:*5* 105:*24*
128:*20*
**leaves** 78:*18* 89:*22*
91:*10, 11*
**leaving** 79:*23* 95:*1,*
*3* 96:*7, 21* 97:*25*
**led** 34:*2*
**left** 8:*14* 10:*14*
24:*16* 25:*24* 32:*10*
37:*11, 16* 45:*19*
47:*4, 22* 60:*18*
61:*18, 21* 78:*25*
79:*2, 16, 18* 87:*18,*
*25* 91:*24* 92:*23*
99:*9* 130:*4* 133:*3*
**legal** 6:*23* 13:*11*
28:*22* 35:*7* 53:*10*
85:*4* 89:*25* 128:*3, 9*

Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 3 of 6

Deposition of Sergeant Sean Adams                                   Christpher Bush & David Bush V S.C Adams, et al.

legitimate  66:24
legitimately  28:22
length  138:20
letter  25:14
level  7:17, 19, 20
  35:25
leveled  64:6, 7
liberties  6:25
license  110:8, 9
Lieutenant  39:20
  47:17, 18  52:8, 17
  107:9  108:7
  112:19  114:2
  119:11, 15  127:17,
  19
line  81:25  91:16
  102:25  103:10
lines  8:8  17:22
  28:23  31:20
  118:18, 23
listen  36:15  44:24
listing  124:15
little  44:6
live  94:6
lived  30:24  31:9
  62:8  65:23  88:16
lives  89:18, 19
living  12:7, 11, 14
  34:25  65:19
loan  120:6
local  112:17, 24
  113:16, 22  114:25
  119:23
locate  23:20  86:5
location  31:7  33:15
locations  31:9
log  50:5
logged  106:11, 12
logical  9:11
long  8:3  59:7, 13,
  15  60:1, 9, 17
  62:10  65:13, 17, 18,
  20, 23  89:20
look  16:24, 25
  21:13  22:7, 11
  28:1  32:19  49:1
  50:5  68:17  80:8
  81:15  83:11  84:9
  85:11, 12  91:12
  94:20  100:18, 24

101:1, 9  110:4
  135:14
looked  22:8  51:4
  54:18  75:18  85:25
looking  11:4, 5
  21:10  28:4  29:14
  42:20  84:21
  106:17  126:9
  135:17
Looks  18:1  42:12,
  19  43:6
lost  86:6, 13, 15
lot  6:14  33:11
Lower  133:2
Luzerne  31:2, 5
  38:6  52:15  71:7
  75:8

< M >
magistrate  40:14
  41:14, 16, 17, 19, 23,
  25  42:9, 11, 13, 14,
  22  43:5, 13, 20
  44:1, 7, 20  70:5, 12
  77:10, 14, 18, 24
  78:3  79:11  84:13
  87:20, 21  88:9
  89:8  112:5
magistrates  44:10
  106:10
magistrate's  41:8
  43:12  44:5
mail  136:22
main  124:7
making  14:16
  21:22
mandatory  5:20
manner  11:21
  31:23
margin  48:24  50:16
mark  19:1  130:2
  131:5
marked  17:1, 7, 9,
  14  18:20, 24  19:3,
  11, 13  20:2  83:3
married  8:5  128:11
Marshals  129:20
Marshal's  119:25
  120:12, 14

Mary  1:17  38:11,
  17, 20  124:11
  140:4, 20  141:17
Mary's  124:13
material  30:10
  37:17  70:21  71:2
  77:15, 17
materially  71:1
  72:5
matter  22:21  29:23
  34:21  45:18  47:8
  54:3  73:10, 15, 20,
  21, 21, 23  127:4
  131:13  143:3
mattered  70:22
matters  23:5  91:7
McCann  129:24
McConnell  124:12
McDermott  47:10
  129:10
mean  6:17  24:14
  37:8  39:1  42:18
  45:11  46:23  63:14,
  15  65:7  77:8
  91:12  92:8  95:20
  97:10  103:3, 13, 19
  107:19  122:4, 5
meaning  3:24
  44:14  55:18  73:23
  85:18
means  73:20, 22
meant  4:5, 6
meet  104:11
members  120:4, 8
memo  127:24
memory  51:1, 13
  53:2  89:14  102:14
  103:18, 24  129:6
  131:25  132:3
  134:23  137:11
mention  31:5
mentioned  17:23
  48:20  52:24  70:11
  119:2  122:24
merely  15:10
  31:22  82:10
merits  104:10, 12,
  15  122:25  126:6
message  116:5

met  52:18  104:9
  108:15  122:24
middle  131:18
military  6:6
mind  24:19  30:17,
  20  65:18  84:4, 6
  96:25  97:13  98:1
  124:8
minutes  21:13
  22:14  85:16
miscellaneous
  27:19
mislead  97:11
misleading  97:9
misrepresented
  71:1, 2  72:5, 20
missing  20:20
  26:14, 20  27:13
  29:7  66:16, 20
  67:3  87:3, 11
  111:4  117:23
  130:11  132:8  134:3
misstatement  77:16,
  17  102:24
misstatements
  70:21
misstating  97:9
month  5:13  123:13
Montoursville  47:11
mother  8:24  30:8,
  16, 22  32:9  34:9
  98:6  99:10
motor  110:16
mouth  95:21
move  96:18
moved  98:14
myriad  5:17

< N >
name  3:5  4:13, 16
  14:5, 6  20:18
  21:21  42:17  116:4,
  10  124:13  137:10
named  43:5
  125:15  140:5
names  12:13
  16:23  24:15
  120:19  139:5
name's  130:9

Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 4 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

**Nardella** 42:13 43:2, 5, 24
**narrative** 97:8
**natural** 8:16 9:1 10:11 78:12, 18
**nature** 27:3 28:3 46:20 65:22 122:3
**NCIC** 16:23 105:25 106:13 133:19 134:2 135:21 136:7
**neatly** 27:17, 24
**necessarily** 27:4
**necessary** 20:22 55:24 113:5 125:22
**need** 21:8 37:13 67:8, 20 69:10 85:12 109:23 126:23 132:19
**needed** 37:18 53:9 67:6
**needs** 101:9
**Neither** 34:9, 25 78:8, 17, 24 89:17 91:8 97:24 100:7, 8
**never** 58:1 74:23 97:15 129:10 137:1
**Newtown** 2:4 142:4
**nexus** 31:2
**Nicholas** 2:8 142:8
**night** 130:8, 18 131:19 132:16
**nighttime** 130:17
**Nods** 112:8, 11, 13
**nol** 101:24 126:24
**non** 72:1
**Noncriminal** 6:18
**noncustodial** 28:23
**normal** 106:3 136:18
**Notary** 1:18 140:4, 22 141:18 143:13
**note** 23:16, 19, 23 40:23 41:5 48:19, 23 49:2 50:15, 17, 25 51:4 112:4
**noted** 63:6
**notes** 17:8 18:23 22:8 25:20, 22, 24 32:19 41:1 44:20 46:13 63:14, 20, 24 114:16
**notice** 1:23 73:5, 7 124:21 141:23
**noticed** 124:18
**notify** 106:19
**November** 123:10, 11
**number** 15:5 20:18 60:6 72:17 110:6, 8, 9 111:14 135:5, 8, 22
**numbers** 12:14 24:16 60:3 135:7
**numerous** 134:14

< O >
**oath** 42:6
**obey** 73:25 76:21
**object** 10:23 74:4 81:24 91:1 97:7 101:13 102:25 103:9
**objected** 103:11
**Objection** 8:17 9:5 10:19 11:8, 18 12:2 31:25 34:13 35:4 36:16 38:13 40:2, 8 44:22 48:10 54:5 56:17 57:8, 19 58:7, 16, 21 59:2, 17 60:12, 21, 24 61:3, 16, 19, 22 63:8 64:8, 17 65:4 66:10, 17 69:2 70:8 71:9, 18 73:11 76:14, 17 78:19 79:8, 25 80:4, 14 81:4 82:9, 21 84:8, 17 86:9, 17 87:5, 16 88:1, 4 90:11 92:5 94:3, 7 95:16 98:24 99:12 100:15 102:7, 16, 24 105:6 107:17 108:24 114:8, 11 121:20 129:11 134:9
**objections** 3:19
**obtain** 7:15 9:22 41:13 42:9 65:16 71:2, 21 72:2, 6 75:7 87:21
**obtained** 28:22 37:6 43:23 45:19, 25 47:5 52:2, 5, 9 56:7, 9 67:24 70:18, 20, 25 72:24 74:16, 17 75:5, 8 77:13, 20, 22 78:5 87:24 105:22 106:9, 22 108:13 133:1, 2
**obtaining** 41:12 45:18, 22 46:2, 4 77:16 104:14 125:25
**obtains** 106:7
**Obviously** 86:13
**occasion** 6:23 46:9 47:1 48:22
**occur** 7:7 123:9
**occurred** 31:11 36:6 97:2 102:15 117:17 125:5
**occurring** 32:10 47:3
**October** 15:3 131:4 132:14 133:3, 5
**Offense** 83:3, 15 84:7 99:24
**offer** 5:3, 3
**Office** 2:8 10:1 13:19, 24 24:21, 23 35:8 36:2 38:4, 10 39:2 41:8 43:12, 22 68:4, 22 106:10 108:5, 18 120:1, 12, 14 122:13 142:8
**Officer** 4:18, 24 5:7, 9, 24 6:4, 7, 10 9:24 12:5 13:14, 17 24:8, 13 41:13, 15 62:15 63:13, 18 103:13 106:7 113:8
**officers** 34:21 120:15
**offices** 1:20 2:3 141:20 142:3
**official** 3:25 17:19 75:11
**Oh** 49:6 94:15 111:18 130:3 136:7
**okay** 3:21 4:10 5:5, 9, 19 6:9 7:1, 25 9:14, 19, 22 10:5 11:1 12:19, 22 13:5, 13 16:2, 6, 24 17:6, 16 19:25 22:6, 23 23:10, 22 24:1, 5, 11, 20 27:10 28:24 29:14 33:4 37:7 38:19 39:6, 9, 18 45:5, 8 49:14 50:13 51:4, 11 52:7, 21 55:15 58:4, 12 61:11, 20 62:1, 14, 18 64:14 68:12, 16 69:3, 24 71:25 72:14, 19 73:1, 18 74:5 75:6 76:10 77:1 78:7 83:8, 11, 19 84:2 85:5 88:12 90:2 91:17, 22 96:5, 8 99:23 100:6 102:11 103:11 104:20 105:3, 13 106:5 110:5 111:18 113:7 116:13, 18, 24 124:25 125:14 126:9 127:6, 19 129:5 130:20 135:24 137:7 138:11 139:1, 4
**once** 27:16 78:22 113:9
**ones** 21:4 22:9 33:19 86:7 117:10
**one's** 8:14
**ongoing** 26:21 54:3, 18
**operate** 10:8
**operates** 106:6
**opportunities** 6:13

Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 5 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

opposed 61:21
orally 112:12
orchestrating 15:23
order 8:3, 8, 16 9:1,
 9, 10, 14, 16 10:14,
 15, 18 12:9, 16, 23,
 24 13:2, 4, 7, 8
 26:6 31:1, 4, 4
 32:6, 13, 14, 16, 18,
 21 33:3 34:8, 9
 35:2 37:15, 18
 38:7 52:14 53:1, 3
 54:4, 13, 20 55:1, 2,
 3, 5, 7, 9, 10, 10, 13,
 17, 18, 19 56:3, 10,
 11, 14, 23 57:5
 58:5, 6, 15 59:1, 1
 61:9, 13 62:6, 11,
 19 65:11, 16 66:24
 67:6 68:19 70:17
 71:3, 15 72:2, 6, 8,
 9, 10, 10, 18 73:25
 74:15 75:9, 19, 20,
 22 76:2, 7, 13, 22,
 24 77:2, 3, 11, 16,
 22, 25 78:5, 9, 17,
 25 79:6, 7, 11, 16,
 19 85:11, 18 89:17
 91:25 93:7, 11
 94:20 95:11, 14, 25
 96:9, 10 97:23
 99:15 100:7
 116:25 132:20, 22
orders 7:23 44:17,
 17, 18 57:16, 22
 58:1, 1 71:14, 21
ordinarily 54:1
 67:16 124:18, 22, 24
ordinary 57:4
original 37:18
originally 66:8
originated 88:24
outcome 140:13
outside 6:13 8:6
 133:17
overstay 92:16
overturned 53:9
 62:12 67:6 99:15
owned 31:22

< P >
p.m 139:15
PA 2:4 142:4
packet 115:11, 20
pad 23:17 109:20
page 2:20, 20 17:7
 19:19 49:1 83:2,
 11, 12
pages 2:16, 24
 16:20, 24 17:3, 4,
 18 18:21, 23 48:25
paid 125:4
paper 55:23 115:10
paperwork 16:21
 29:4 54:10 55:16
 68:6, 17
parent 7:13, 14
 8:16, 24 9:1 28:23
 33:7 34:1, 25 35:1
 54:2, 9 55:13 57:6
 60:1 64:7 65:2, 11
 78:8, 24 83:16, 22,
 24 84:5 85:1, 4
 89:16, 17, 18, 19, 21,
 24, 25 91:8, 23
 92:2, 3, 11, 12, 14,
 16 100:7, 8, 9, 12
parental 81:10, 13
 82:24 91:13 98:20
 99:3, 22 106:7
 132:25
parents 8:11 9:7
 34:22
part 5:1 6:24 15:9,
 11, 13 16:18 19:21,
 23 22:3 23:1
 35:17 38:3 49:8,
 15 78:2 83:23
 92:8 115:19 119:2,
 19 120:2, 3 135:20
 138:2
parte 55:18
particular 24:5
 27:1 41:18 44:1
 83:4, 8 91:3
particularly 63:15
parties 31:12
party 8:12 140:13

passed 5:6 24:4
Pendagrass 120:20
Pennsylvania 3:7, 8
 8:25 10:15, 17
 11:13 12:6, 9 13:1
 15:1, 6 17:10
 23:11 26:6 30:25
 31:8 32:15 34:1
 35:1 37:1 38:7
 46:2, 4, 10, 16 47:8
 48:1 49:13 50:18
 51:5, 7, 17 52:12
 53:8 55:16 67:5
 71:8, 13, 24 76:24
 78:16 85:8, 9, 18,
 23 87:23, 25 88:22,
 24 89:19 90:5
 92:21, 23, 24 93:3,
 8 96:17 100:11, 13
 107:2, 3, 12, 15
 112:9 113:22
 114:10, 19, 24
 128:16 129:7
 131:2, 6, 22 133:10,
 14, 18 134:2, 22
 135:10
people 46:14
 59:12 63:14 64:11
 76:18 128:10
 131:2 138:3
percent 29:13 89:8
period 11:5 36:6
 52:4 100:25
permanent 57:6
 58:1, 5, 11, 14, 15
 59:1, 5 61:9 62:5
 65:16
permission 85:3
permit 91:15
person 12:11 13:1,
 6 28:21, 21 37:23
 41:16 42:2, 4 43:1
 47:7, 13 59:14
 60:8, 17 61:13
 64:15, 22 67:16
 69:14 73:23, 25
 84:5, 11 106:17, 19
 109:13 112:23
 113:9, 15 116:13
 117:15 138:8

personal 73:9, 15,
 22
personally 37:9, 21
 38:1 45:5 114:5
 118:25
persons 8:14
 26:14, 20 27:13
 63:19 117:23
pertinent 118:21
petition 7:14
petitions 7:23 8:9
phone 14:16 15:5
 25:13, 15 40:15
 41:9 48:13 108:16,
 19 110:6 130:25
 131:18 134:25
 137:3
physical 5:2 13:12
physically 43:9
 105:24
pick 33:6 34:23
 68:13 99:5 100:13
 138:14, 24
picked 33:19 36:3
 90:4
picking 33:14, 15
 92:3 137:25
picks 89:22 91:9
piece 115:10
pitfalls 7:4
place 40:15 97:16
 140:10 143:4
Plaintiff 1:8, 17 2:4,
 16 3:3 4:14 141:8,
 17 142:4
plan 68:23
planned 137:20, 22,
 23
plate 110:8, 9
played 138:2
please 3:11 4:15
 17:25 78:22 88:11,
 14 101:10
pm 133:5 137:2
point 15:8 29:5
 35:15, 16 37:4, 7
 46:24 52:13 53:23
 57:22 68:22 70:15
 75:6 79:4, 5 83:6
 86:22 97:22 99:16,

Case 2:07-cv-04936-MAM   Document 53-7   Filed 10/01/10   Page 6 of 6

Deposition of Sergeant Sean Adams                                          Christpher Bush & David Bush V S.C Adams, et al.

*19* 101:*13* 104:*10* 118:*18* 122:9 124:*10* 135:*13* 138:6 139:7
**Police** 2:20 3:8 4:*17, 21, 24* 5:*14, 24, 25* 6:*4, 7, 10* 9:*4, 24* 12:5 13:*14, 16* 14:7 15:*19* 17:*11* 22:20 23:4 24:*8, 12* 33:5, *18, 21, 25* 34:*11, 20, 20* 36:*11, 23* 43:*12* 46:*11, 16* 51:*17* 52:*13* 62:*15* 63:*7, 13, 18* 67:2, *17* 68:*19* 70:4, *7* 78:*11* 86:8, *16, 16* 89:20 90:2, *20* 91:6 97:*1* 98:2 99:*4* 106:6 112:*17, 22, 24* 113:*22* 119:*24, 24* 120:5, *8, 17* 124:*23* 127:*21* 129:*18, 25* 131:6, *7, 22* 133:*11, 14, 18* 134:2, *22* 135:*10* 136:*1, 10, 20*
**policies** 34:*20* 67:*17* 68:*19* 78:*10* 90:*23* 98:2
**policy** 33:*4, 5, 9, 24* 34:*11* 89:*21* 90:*9, 17, 18, 21* 91:*3, 6, 14, 15, 16, 18* 94:*18* 109:*12* 112:*22* 113:*2, 3, 8*
**possessing** 31:*19*
**possession** 13:*10* 54:*11*
**possibility** 119:*11*
**possible** 11:*21, 22* 31:*8, 17* 46:*23* 131:*3* 132:*1*
**possibly** 30:*3* 113:*20*
**post** 121:*3, 6, 16* 123:*2*
**postbail** 126:*5*

**potential** 104:*16*
**PPO** 116:*24*
**practice** 106:*16*
**pre** 36:*1, 2* 121:*13* 123:*2* 126:*4*
**predetermined** 68:*10*
**prehearing** 126:*2, 5, 8*
**preliminary** 55:*1, 12* 56:*9* 116:*25*
**premiss** 79:*14* 96:*9*
**prepare** 16:*15*
**prepared** 118:*12*
**preparing** 40:*24*
**presence** 69:*6* 140:*7*
**present** 6:*11* 25:*10* 44:*24* 55:*19, 22* 68:*3* 102:*1, 3*
**presented** 75:*14, 15* 78:*5* 96:*1* 99:*8* 132:*21*
**presentment** 43:*10* 55:*23*
**preserved** 3:*19*
**presumably** 12:*15*
**pretenses** 80:*1*
**pretty** 8:*2* 41:*8* 63:*1* 68:*21* 84:*19* 122:*6* 126:*22* 138:*19*
**prevail** 9:*13*
**previous** 9:*12* 54:*25* 66:*4*
**previously** 17:*23* 18:*23* 23:*21* 31:*11* 52:*18*
**primary** 33:*17* 58:*13*
**principally** 28:*5*
**print** 111:*17*
**printout** 111:*9* 117:*18*
**Prior** 5:*24* 16:*6* 35:*20, 21, 22* 38:*15* 53:*16* 64:*5* 75:*25* 93:*14* 104:*14* 108:*16*
**prisoners** 5:*17*

**privilege** 49:*7, 9* 50:*3, 24* 128:*7, 15*
**privileged** 3:*16* 18:*5* 50:*5*
**privy** 25:*19*
**probability** 59:*4*
**probably** 18:*8, 25* 20:*19* 21:*19* 23:*16* 35:*6* 39:*7* 53:*8* 63:*11* 85:*3* 120:*13* 121:*25* 122:*1* 125:*12*
**problem** 8:*21* 125:*23* 126:*16*
**problems** 68:*18*
**procedure** 41:*11, 12, 22* 68:*19* 91:*7* 106:*3, 5* 113:*5*
**procedures** 57:*4* 96:*25* 136:*18*
**proceed** 9:*24* 11:*20* 16:*8* 84:*13*
**Proceedings** 18:*15* 22:*15* 44:*13, 16* 49:*20* 53:*14* 54:*19* 63:*4* 139:*15*
**process** 4:*23, 25* 5:*6* 8:*23*
**procured** 51:*23* 77:*11*
**produced** 16:*19*
**proffered** 18:*10* 117:*6* 135:*15*
**prompt** 103:*18*
**properly** 87:*13*
**prosecute** 123:*24* 125:*25*
**prosecuting** 123:*22*
**pros'ed** 101:*24* 126:*24*
**protection** 56:*12, 13* 58:*14* 62:*6*
**protections** 56:*8*
**protective** 44:*17, 17* 55:*1, 2, 5, 12* 56:*9* 116:*25*
**provide** 50:*4* 53:*3* 94:*2*

**provided** 5:*10* 23:*3* 26:*16* 31:*4* 38:*6* 40:*19* 41:*21* 103:*5*
**provides** 7:*20*
**Public** 1:*18* 140:*4* 141:*18* 143:*13*
**pull** 21:*15*
**purchasing** 4:*1*
**Puricelli** 2:*3*, 3 3:*5, 5, 12, 15, 22* 4:*10, 12, 13* 6:*18, 20, 21* 8:*18* 9:*8* 10:*21* 11:*1, 2, 11, 22* 12:*3, 18* 17:*14, 17* 18:*11, 19* 19:*6, 9, 16* 20:*8* 21:*8, 12, 18* 22:*1, 19* 25:*4, 6* 29:*20, 22* 30:*15, 21* 32:*3* 34:*14* 35:*9* 36:*19, 20* 38:*14* 40:*3, 5, 10* 44:*23* 48:*16* 49:*8, 11, 14, 18, 24* 50:*10, 14, 21* 54:*7* 56:*17, 20* 57:*9, 20* 58:*8, 17, 23* 59:*11, 20, 24* 60:*15, 22* 61:*1, 4, 17, 20, 24* 63:*9* 64:*10, 19* 65:*9* 66:*11, 19* 69:*3, 5* 70:*9* 71:*11, 19* 73:*13* 74:*5, 6* 76:*15, 20* 78:*20* 79:*9* 80:*2, 5, 11, 16* 81:*5, 8, 12* 82:*3, 7, 10, 17, 23* 84:*14, 22* 86:*11, 18, 23* 87:*1, 7, 9, 19* 88:*2, 8, 12, 20* 90:*15, 20, 24* 91:*4, 5* 92:*6* 94:*4, 9, 14, 17* 95:*19, 23* 97:*5, 10, 12* 99:*1, 18* 100:*21* 101:*8, 16, 19* 102:*10, 19* 103:*2, 6, 11, 12* 105:*2, 10* 107:*20* 109:*1, 4* 110:*21, 24* 111:*3, 8, 15* 114:*9, 14, 20* 115:*14, 17, 23* 116:*3* 121:*21* 123:*6, 7* 129:*13*