Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 1 of 7

Deposition of Sergeant Sean Adams                                      Christpher Bush & David Bush V S.C Adams, et al.

132:*6*  134:*11, 15, 20*  139:*9*  142:*3, 3*
**purpose**  26:*11, 13*  56:*11*  116:*9*
**purposes**  17:*6*  19:*3, 8, 13*  22:*24*  27:*20*  28:*12*  34:*7*  70:*3*  104:*4*
**pursuant**  1:*22, 23*  32:*6, 12, 14, 15*  141:*22, 23*
**pursue**  104:*8*
**put**  15:*7*  22:*4*  79:*12*  87:*13*  95:*20*  101:*20*  105:*25*  106:*11*  109:*6*  136:*21, 22*
**putting**  65:*21*  136:*23*

< Q >
**qualified**  140:*5*
**query**  133:*22*
**question**  3:*10, 16, 17, 17, 18*  8:*19*  10:*20*  11:*19, 23, 23*  12:*1*  20:*1*  32:*7*  34:*7*  36:*15, 17*  57:*10*  58:*22*  60:*4, 14*  64:*23*  69:*18*  70:*3*  74:*4*  76:*6*  78:*21*  80:*17*  81:*6, 7*  82:*15, 16*  86:*25*  87:*2, 6, 6, 7, 8*  88:*11, 14*  90:*13*  91:*2*  94:*8*  95:*12, 21*  99:*16, 19*  100:*16*  104:*4*  114:*12*  120:*7*  123:*25*  130:*23*  131:*17*  134:*10, 16*  136:*5*
**questioning**  103:*1, 10*
**questions**  3:*9*  10:*24*  81:*25*  82:*6*  97:*8*  101:*7*  102:*23*  103:*8, 17*
**quick**  135:*11*

**quite**  30:*25*  88:*17*

< R >
**ran**  110:*16*
**reach**  120:*22*
**reached**  37:*22, 22*
**read**  3:*23*  4:*8*  29:*6, 10*  55:*17*  77:*24*  83:*9, 15, 19*  103:*3, 5*  135:*23, 25*  139:*13*
**reading**  10:*23*  83:*5*  115:*10*  134:*22*  135:*22*
**real**  135:*11*
**really**  24:*14*  45:*23*  79:*4, 6, 15*  95:*6, 11*
**reason**  14:*15*  41:*5, 7*  58:*4*  87:*14*  89:*25*  93:*5*  107:*16*  111:*16*  117:*20*  118:*4*  126:*10*  133:*25*
**reasons**  37:*16*  65:*15*
**recall**  8:*1*  9:*19*  10:*4*  12:*20, 21*  14:*4*  16:*9, 10*  23:*12, 22*  24:*25*  25:*12, 13, 16, 19, 23, 25*  27:*2, 8*  29:*9*  31:*5, 14*  35:*17*  39:*5, 7, 17, 24*  40:*12*  45:*4, 11, 11, 24*  46:*19, 22, 25*  47:*2, 23, 24*  48:*4*  51:*21*  52:*3, 7*  53:*21, 22*  57:*3*  59:*23, 25*  60:*7*  62:*1, 17, 24*  63:*5*  64:*4, 9*  66:*13*  68:*4, 6, 8*  69:*9, 12*  77:*8, 9*  78:*1, 1, 3*  85:*14*  89:*3, 4, 11*  99:*25*  102:*4, 5, 8*  103:*14, 15*  104:*1, 23, 24*  105:*1*  107:*6*  110:*14*  112:*20*  114:*1, 6, 18*  115:*7*  117:*3*  118:*6*

119:*23*  120:*24, 25*  121:*13*  122:*4, 7, 19*  124:*3, 4, 7, 17*  125:*12, 14, 18, 19*  126:*18, 19*  129:*16*  131:*3, 5, 23*  132:*4, 5*  133:*12*  134:*13, 14*  135:*4*
**recalls**  59:*21*
**receipt**  117:*18*
**receive**  9:*17*  13:*14*  14:*22*  40:*23*
**received**  6:*3, 10, 12*  7:*9, 18*  8:*21*  14:*25*  18:*21*  36:*24*  37:*2*  39:*19, 20, 25*  41:*2*  51:*16*  75:*16*  76:*2*  136:*2, 19*
**receiving**  69:*8*  133:*10*
**recognize**  43:*4*
**recognized**  38:*21*
**recollection**  65:*1*  81:*23*  82:*19*  136:*23*  137:*4*
**recontact**  37:*8, 14*
**record**  4:*15*  10:*24*  17:*6, 20*  18:*14, 16, 18, 24*  22:*13, 16, 18*  23:*1*  41:*23*  44:*25*  49:*21, 23*  50:*15*  53:*7*  81:*25*  85:*16*  103:*14*  112:*12*  116:*9*  133:*13*
**recorded**  41:*22*
**recordings**  44:*20*
**records**  46:*13*  66:*4*  110:*16, 18, 25*  133:*15*
**recover**  15:*19, 20*
**recovering**  15:*23*
**reduced**  30:*9*  140:*7*
**refer**  22:*21*  27:*11*  59:*13*  92:*17*  94:*21*
**reference**  7:*18*  80:*9*  89:*9*
**referenced**  50:*16*
**referencing**  91:*3*

**referred**  86:*7*  130:*24*  131:*14, 16*  133:*19, 21*
**referring**  17:*5*  28:*2*  54:*6*  55:*9*  72:*10, 15*  73:*9*  74:*8*  77:*4*  90:*19*
**reflect**  116:*21*
**refresh**  51:*12*  102:*14*  103:*23*
**refreshed**  51:*1*  129:*6*
**regarding**  95:*18*
**regards**  3:*6*  23:*14*  31:*18*  46:*2, 14*  47:*22*  71:*21*  75:*22*  118:*4*  133:*19*  136:*24*
**Registration**  140:*22*
**regular**  26:*22*  44:*4*
**relating**  71:*13*
**relations**  7:*11, 11, 24*
**relationship**  52:*24*  88:*24*  89:*6*  130:*21*
**relative**  140:*13*
**relatively**  59:*6*
**relaying**  43:*23*
**releases**  3:*24*
**relevant**  59:*3*  90:*12*
**relied**  28:*25*
**relinquished**  74:*22*
**relocate**  10:*17*
**relocated**  8:*15*  13:*1*  91:*25*
**relocates**  8:*25*  11:*3*
**rely**  58:*24*  81:*17*
**Relying**  53:*24*  72:*13*  74:*10*  77:*21*  80:*13*
**remedy**  53:*10*
**remember**  35:*23*  47:*6, 25*  48:*2, 6, 7, 15*  51:*14*  53:*13*  67:*11, 15*  88:*25*  107:*19, 21, 22, 23, 24*  109:*10, 11*  121:*2, 7, 19*  123:*19, 21*  130:*22*  131:*19*

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 2 of 7

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

134:*4*, *16*  137:*9*
138:*23*  139:*2*
**remembered**  137:*8*
138:*13*
**removal**  16:*22*
29:*1*  84:*5*  98:*18*
**remove**  10:*16*
32:*24*  83:*16, 25*
89:*23*  95:*10*
**removed**  92:*4*
**removing**  134:*7*
135:*1*
**repeat**  60:*13*  98:*25*
**rephrase**  3:*11*
29:*18, 20*  53:*15*
55:*9*  61:*20*  69:*3*
81:*7*  94:*8*  95:*13*
**rephrased**  81:*9*
**report**  23:*4, 14*
26:*2*  28:*13*  29:*7*
40:*17*  48:*18*  63:*7*
130:*8, 9, 11*  135:*14*
**Reporter**  1:*18*
103:*2*  141:*18*
**reporting**  28:*13*
**reports**  16:*15, 17*
110:*24*  111:*4*
**represent**  4:*14*
73:*18*  77:*10*
**representation**
74:*11*  78:*24*
**representations**
56:*4, 7*
**representative**
13:*23*
**represented**  25:*17*
50:*25*  73:*2*  75:*10*
79:*11*  102:*11*
103:*21*
**require**  5:*20*
**requirement**  5:*22*
81:*2*
**requirements**  85:*6*
**reserved**  3:*20*  12:*3*
**reside**  85:*24*
**residence**  59:*8*
60:*18*  62:*10*  65:*21*
72:*1*
**residency**  59:*13*
60:*1*  88:*19*

**resident**  59:*15*
60:*9*  65:*17*  67:*19*
88:*6*
**residents**  78:*14*
**residing**  78:*15, 16*
**respect**  21:*4, 5*
27:*10*
**respondent**  60:*10*
**response**  29:*8*
53:*23*  63:*25*  67:*10*
124:*2, 5*
**restate**  63:*17*
**restraint**  5:*17*
**result**  24:*20*  26:*1*
105:*17*
**resulted**  105:*23*
**resumed**  18:*17*
22:*17*  49:*22*
**retired**  14:*9, 10*
**return**  12:*17*  18:*12*
36:*25*  68:*23*  92:*4*
100:*14*
**returned**  36:*3*
**returning**  34:*3*
121:*8*
**review**  4:*2*  20:*3*
25:*21*  44:*11*  56:*15*
71:*15*  76:*4, 8*  83:*1*
84:*10*  116:*5*
**reviewed**  8:*9*
**reviewing**  5:*15*
56:*23*
**reviews**  16:*18*  17:*4*
18:*1, 6, 11*  20:*6*
32:*1*  33:*1*  42:*12*
49:*3*  54:*24*  72:*16*
85:*14*  93:*11, 16*
115:*6, 9, 14*  117:*7*
130:*10*  135:*16, 20*
**Richmond**  1:*20, 21*
2:*9*  4:*17, 21*  12:*7,
12*  13:*2, 6*  14:*7*
15:*18*  33:*18, 20*
36:*11, 23*  59:*8*
60:*9*  65:*23*  67:*2*
70:*4*  86:*16*  99:*4*
106:*5*  120:*5, 8, 16*
121:*4, 9, 23*  122:*1*
131:*6*  141:*20, 21*
142:*9*

**right**  3:*22, 23*  7:*6,
13, 14*  8:*5*  10:*10*
12:*25*  13:*11*  14:*21*
16:*20*  17:*8*  18:*20*
20:*20*  21:*12*  22:*20*
23:*9*  27:*22*  28:*22*
30:*1, 6, 14, 18, 24*
33:*12*  34:*4*  36:*7*
41:*8, 10*  52:*11*
55:*2, 4, 12*  56:*6, 14*
57:*12*  62:*2, 13*
65:*10*  66:*24*  72:*16*
74:*19*  75:*2*  76:*2*
79:*14*  81:*1*  83:*7,
18, 19*  85:*4*  86:*2*
89:*10, 16*  93:*8*
94:*23*  95:*7, 9*
96:*20*  97:*19, 21*
109:*5*  111:*22*
112:*7*  113:*10*
115:*23*  122:*16*
125:*7*  128:*24*
130:*3*  131:*15*
132:*16, 25*  135:*5,
18*  137:*19*  139:*2*
**rights**  6:*22, 22, 25*
7:*10, 11, 16, 22*
34:*10*
**Road**  2:*4*  142:*4*
**Rose**  115:*4, 5*
116:*12*
**route**  119:*20, 21, 22*
**routinely**  86:*15*
**Rule**  1:*22*  141:*22*
**Rules**  1:*23*  141:*23*
**run**  44:*5*  67:*22*
110:*12*  111:*18*
**runaways**  26:*21*
27:*13*
**Russell**  39:*20*
47:*17, 18*  52:*8, 17*
107:*9*  108:*7, 13*
112:*19*  114:*2*
119:*11, 15*  127:*17,
19*

**< S >**
**S.C**  1:*12*  141:*12*
**safely**  138:*1*

**Sandy**  120:*20*
**Sarah**  55:*14*
**saying**  24:*18*
25:*24*  29:*10, 12, 17*
53:*4*  54:*13*  61:*7*
69:*16, 19, 20, 23*
74:*14*  81:*20*  85:*19*
89:*3, 4*  94:*5*  96:*5*
102:*6*  107:*14*
136:*14*
**says**  20:*22*  74:*19*
75:*1*  80:*9*  83:*16*
91:*18*  98:*14*
114:*14*  116:*6*
133:*3*  135:*14*
**scenario**  9:*20, 24*
33:*24*  35:*10*  78:*8,
23*  96:*20*  97:*25*
**scenarios**  39:*4*
**school**  33:*6, 14, 20*
34:*24*  65:*22*  66:*3*
68:*13*  88:*7*  135:*2*
137:*10, 14, 23, 24*
138:*15, 25*
**schools**  33:*6*
134:*8*  137:*13*
**SEAN**  1:*16*  3:*1*
4:*16*  140:*5*  141:*16*
143:*1*
**search**  110:*12*
111:*13*
**secret**  17:*1*
**section**  80:*18*
82:*13*  83:*1, 23*
84:*10*
**sections**  80:*20*
**security**  12:*14*
24:*15*  60:*3, 6*
**see**  9:*2*  10:*7*
16:*19*  17:*12, 23*
20:*25*  21:*9, 14, 24*
22:*10*  28:*4, 10*
29:*6*  32:*22*  49:*16*
50:*11*  54:*18*  57:*16*
68:*17*  80:*9*  81:*15*
83:*18*  84:*12*  85:*17*
100:*18*  103:*17*
108:*9*  110:*15*
115:*6*  117:*5*
119:*10*  126:*9*

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 3 of 7

Deposition of Sergeant Sean Adams                          Christpher Bush & David Bush V S.C Adams, et al.

128:*11*  133:*4*  135:22, *25*  136:*11*  137:*1, 25*
seeing  18:*2*  68:*5, 6*  134:*11*
seeking  42:*3*  70:*13*  71:*13*
seen  18:*9*  59:*7*  65:*7*
Segal  130:*2*  131:*5*  132:*7*  133:*7, 9*  134:*6, 25*
send  3:*25*
sense  21:*22*
sensible  128:*25*
sent  75:*22*  76:*7*  117:*15*  136:*2*
sentence  74:*13*  135:*25*
Serene  10:*13, 14*  38:*5*  55:*14*  92:*20*  93:*1*
SERGEANT  1:*16*  3:*1*  17:*10*  18:*21*  19:*17*  46:*8, 10, 15*  48:*3*  51:*17*  101:*20*  107:*22*  129:*24*  139:*9*  140:*5*  141:*16*  143:*1*
series  3:*9*  11:*12*
served  72:*25*  73:*2, 3, 4, 7*  77:*21*  109:*17*
service  5:*23*  6:*24*  26:*22*
serving  109:*15*  113:*5*
set  13:*18*  36:*13*  140:*15*
setting  44:*14*
sex  28:*3*
sheet  115:*13*  117:*14*  118:*7, 12*
Sheriff's  108:*4*
short  49:*24*  83:*3, 15*  100:*25*
shorten  28:*11*
show  18:*3*  19:*10*
showed  116:*4*
showing  17:*3, 7*  135:*9*

shown  19:*17*  20:*24*  21:*3*  77:*2, 5*
shows  8:*16*
side  108:*12*
sign  3:*23*  4:*8*  43:*8*  139:*13*
signature  42:*23*  43:*1, 5, 6*
similar  39:*3*  118:*4*  123:*25*
Simopoulos  2:*8*  3:*14, 21*  4:*9*  6:*16, 19*  8:*17*  9:*5*  10:*19, 23*  11:*8, 18*  12:*1*  17:*12, 16*  18:*6, 9, 14*  19:*7*  20:*3*  21:*6, 16*  25:*2*  29:*18*  30:*13*  31:*25*  34:*13*  35:*4*  36:*16*  38:*13*  40:*2, 8*  44:*22*  48:*10*  49:*6, 12, 16*  50:*8, 13*  54:*5*  57:*8, 19*  58:*7, 16, 21*  59:*2, 17*  60:*12, 21, 24*  61:*3, 16, 19, 22*  63:*8*  64:*8, 17*  65:*4*  66:*10, 17*  69:*2*  70:*8*  71:*9, 18*  73:*11*  74:*3*  76:*14, 17*  78:*19*  79:*8, 25*  80:*4, 7, 14*  81:*4, 24*  82:*5, 8, 14, 21*  84:*8, 17*  86:*9, 17, 22, 25*  87:*5, 8, 16*  88:*1, 4, 10, 13*  90:*11, 18, 22*  91:*1*  92:*5*  94:*3, 7, 12, 15*  95:*16*  97:*3, 7*  98:*24*  99:*12*  100:*15*  101:*6, 12, 17*  102:*7, 16, 24*  103:*9*  104:*24*  105:*6*  107:*17*  108:*24*  109:*3*  110:*23*  111:*1, 6*  114:*8, 11*  115:*12, 15, 21*  116:*2*  121:*20*  123:*4*  129:*11*  132:*4*  134:*9, 13, 18*  142:*8*
simpler  81:*9*

simply  42:*4*  76:*6*  79:*12*  87:*2*  90:*4*
Sir  4:*13, 19*  5:*21*  6:*2, 5, 8*  15:*22*  17:*21*  20:*11, 14*  22:*22*  23:*2, 16, 20*  25:*12, 25*  32:*7, 11*  36:*8*  38:*18*  39:*14*  40:*21*  42:*7, 10*  43:*3, 15*  44:*9*  45:*7*  47:*19*  51:*3, 14*  53:*5*  57:*11*  69:*9*  96:*23*  100:*5*  116:*15, 17, 20*  117:*19*  118:*15*  119:*1*  120:*18*  125:*18*  127:*23, 25*  128:*3*  129:*9, 16*  130:*1, 6, 12, 19*  133:*8*
sitting  100:*22*
situation  9:*4*  53:*25*  54:*1*  67:*17*  69:*14*  89:*21*  90:*24*  91:*18*  96:*15*  118:*4*
six  123:*13*
social  12:*14*  24:*15*  60:*2, 6*
solely  56:*3*
somebody  24:*21, 22*  42:*24*  69:*21, 23*  109:*6, 8, 16*  112:*17*  128:*20*
sorry  8:*20*  25:*4*  55:*8*  101:*3*  115:*9*  134:*19*
sort  28:*9*  35:*10*  89:*25*  92:*16*
sought  38:*22, 25*  40:*14*  58:*19*  93:*20*
sounds  135:*7*
source  67:*25*
sparked  137:*11*
sparks  134:*11, 23*
speak  13:*21, 22*  46:*7*  47:*10*  105:*8*
speaking  38:*15*  46:*23*  48:*6*  107:*19, 22, 23*  124:*10*  131:*2, 21*

specialized  26:*16, 25*  27:*5*
specific  11:*19*  27:*8*  48:*20*  83:*24*  89:*9*  132:*9*  134:*16*
specifically  25:*23*  47:*22*  52:*9*  55:*10*  58:*18*  88:*25*  113:*4*  123:*18*  128:*4*
specifics  123:*19*
specified  140:*11*  143:*4*
specify  6:*16, 19*
speculate  34:*17, 18*  117:*25*  134:*18*
speculating  46:*24*  117:*24*  125:*8*
Speculation  35:*4*  59:*18*  90:*12*
speculative  59:*22*
spell  42:*19*
spent  123:*13*
spoke  13:*23, 24*  26:*4*  46:*8, 25*  47:*7*  67:*4*  116:*13*  119:*1, 10*  121:*7*  122:*14*  123:*15*  126:*12*  127:*17*  130:*24*
spoken  48:*19, 21*  98:*10*  127:*15*  128:*4*
spousal  128:*15*
Ss  140:*2*
standard  73:*19*
standpoint  117:*23*
stands  116:*24*
start  4:*20*  14:*23*  132:*17*
starting  6:*10*  99:*17*
State  1:*18*  3:*8*  5:*15*  7:*21*  8:*2, 14*  17:*10*  24:*17*  28:*23*  33:*8*  34:*1, 5, 23*  46:*11, 16*  51:*17*  52:*12*  60:*11, 19*  61:*14, 21*  78:*12, 13, 18, 25*  79:*23*  82:*1*  83:*17*  84:*1, 5*  85:*2*  91:*10, 11, 24*  92:*15, 23*  99:*10*  112:*23*  118:*17*  119:*24*

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 4 of 7

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

129:*18*, *25*  131:*7*, *22*  133:*10*, *14*, *18*  134:*2*, *22*  135:*10*  136:*1*, *10*, *20*  140:*2*, *4*  141:*18*  143:*13*
**stated**  50:*6*
**statement**  143:*3*
**statements**  72:*7*
**STATES**  1:*1*  41:*18*  141:*1*
**station**  33:*21*
**statute**  83:*22*  84:*3*  99:*3*
**stay**  92:*13*, *13*
**stayed**  108:*18*
**stenographer**  3:*24*
**stenotype**  140:*7*
**step**  109:*9*
**sticky**  109:*19*  112:*3*
**stipulation**  3:*13*, *14*, *15*
**straight**  122:*6*
**straightforward**  8:*2*
**Street**  1:*21*  2:*9*  24:*3*  43:*11*  141:*21*  142:*9*
**Strike**  49:*8*, *14*
**stuck**  92:*15*  124:*8*
**stuff**  18:*9*  23:*17*  63:*16*  110:*25*
**styled**  143:*3*
**subject**  73:*10*, *15*, *20*
**subpoena**  124:*22*
**subpoenaed**  124:*20*, *25*
**subpoenas**  124:*23*
**subsequent**  16:*4*  43:*21*  76:*10*  127:*2*
**Subsequently**  24:*1*  140:*8*
**substance**  40:*15*  78:*4*  108:*17*
**substantially**  20:*12*
**sued**  62:*25*  63:*2*  138:*5*, *12*, *21*
**suit**  22:*5*
**summarily**  56:*15*
**superiors**  127:*21*

**supervise**  7:*4*  15:*10*  26:*17*  27:*1*
**supervising**  14:*19*  47:*18*
**supervision**  27:*4*  130:*14*
**supervisor**  7:*3*  27:*6*  40:*23*  47:*19*
**Supreme**  1:*22*  141:*22*
**Sure**  6:*20*  7:*12*, *13*  11:*9*  15:*14*  18:*3*, *4*, *14*  20:*4*  28:*2*, *8*  29:*3*, *16*, *20*  34:*16*  42:*18*  49:*19*  54:*22*  60:*16*  61:*6*  63:*1*  67:*11*  68:*21*  73:*4*  77:*4*  78:*23*  86:*19*  89:*2*, *12*  99:*2*  101:*4*  111:*6*  113:*1*  117:*6*, *25*  120:*7*  126:*22*  128:*14*  131:*10*  132:*13*
**surrounding**  92:*19*
**sworn**  3:*3*  41:*21*  140:*6*  143:*11*
**sync**  10:*6*
**system**  28:*13*  106:*12*  133:*22*

< T >
**tactics**  5:*16*
**tag**  110:*13*  111:*13*
**take**  14:*21*  15:*9*, *11*, *13*  49:*18*  85:*2*  92:*12*  98:*13*  112:*13*  119:*16*
**taken**  1:*16*  15:*18*  44:*20*  130:*9*  140:*10*  141:*16*
**takes**  41:*15*
**talk**  9:*22*  38:*9*  62:*25*  63:*1*, *3*  105:*13*  115:*3*  117:*1*  119:*8*  122:*2*, *25*  123:*17*  128:*25*  129:*3*, *17*  130:*5*
**talked**  23:*11*  51:*13*, *15*  52:*1*  87:*20*  115:*4*  121:*5*

122:*11*, *18*, *21*  127:*9*, *11*, *14*  128:*10*, *19*, *21*  129:*5*, *7*, *10*  138:*3*
**talking**  9:*6*  16:*9*  29:*24*  38:*20*  39:*13*  53:*12*  65:*14*, *19*  102:*13*  123:*22*  128:*7*  137:*8*
**tape**  44:*25*
**task**  119:*3*, *9*, *12*, *20*, *24*  120:*2*, *3*, *6*, *9*, *11*, *16*  121:*11*  129:*20*
**Team**  26:*8*
**techniques**  5:*16*
**teleconferencing**  41:*17*
**teletype**  25:*14*
**teletypes**  17:*22*
**tell**  3:*11*  10:*7*  11:*17*  17:*1*  22:*11*  30:*12*, *22*  34:*19*  39:*9*  40:*1*, *6*  41:*10*, *12*, *25*  42:*4*  45:*9*  48:*3*, *5*  51:*5*, *8*  67:*16*  68:*12*  70:*4*, *16*  77:*17*, *24*  86:*19*  87:*21*  88:*9*, *21*  100:*22*, *24*  103:*14*, *16*  104:*20*, *24*  106:*5*  107:*11*, *13*, *21*  115:*5*  117:*4*  118:*19*  121:*5*  125:*16*  126:*20*  128:*12*, *21*  130:*7*, *13*  131:*21*  140:*6*
**telling**  30:*15*  31:*22*  32:*8*  44:*21*  53:*17*  54:*23*  69:*21*  103:*21*
**tells**  123:*23*
**temporarily**  18:*15*  22:*15*  49:*20*
**temporary**  8:*11*  55:*6*, *6*, *17*  57:*5*, *22*  58:*14*, *25*  61:*13*
**ten**  52:*4*, *4*
**term**  59:*7*, *13*, *15*  60:*1*  62:*10*  65:*13*, *17*, *18*, *20*

**terms**  6:*24*  7:*4*, *22*  52:*25*
**terribly**  24:*9*
**test**  5:*1*, *2*
**testified**  3:*4*  23:*23*, *25*  99:*14*  104:*18*, *21*
**testify**  76:*18*
**testimony**  41:*21*  131:*11*  132:*24*  140:*7*, *9*
**text**  140:*8*
**Thank**  88:*14*
**thing**  123:*21*  124:*7*  138:*1*
**Things**  4:*7*  7:*6*  21:*9*  29:*9*  30:*16*  52:*23*  65:*22*  70:*22*  103:*17*  112:*13*
**think**  20:*22*  22:*3*  30:*19*  62:*12*  65:*20*  74:*13*  81:*8*  99:*13*, *16*  100:*16*  110:*18*  122:*23*  129:*22*
**thinks**  103:*8*
**third**  8:*12*  83:*2*
**thought**  88:*12*  102:*20*  111:*1*
**three**  12:*8*, *12*  13:*6*  16:*19*, *24*  17:*7*, *18*  18:*23*  20:*7*  28:*22*  88:*7*  99:*14*  114:*13*  134:*10*
**throw**  139:*5*
**time**  8:*20*  9:*21*  11:*5*  13:*9*  14:*12*  15:*17*  16:*10*  18:*16*  22:*16*  30:*25*  31:*14*  32:*20*  34:*2*  35:*24*  36:*6*, *18*, *21*  37:*4*, *4*, *8*  39:*25*  44:*2*, *19*  49:*21*  53:*5*, *8*, *12*  57:*17*  58:*19*, *24*  60:*9*, *17*  62:*11*  65:*11*  66:*21*, *23*  68:*7*, *7*  70:*24*  78:*2*, *4*, *22*  79:*6*  88:*17*  93:*13*, *19*, *24*  94:*25*  95:*1*, *3*  100:*25*  104:*11*  106:*18*, *22*  107:*10*  108:*21*

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 5 of 7

Deposition of Sergeant Sean Adams                                        Christpher Bush & David Bush V S.C Adams, et al.

117:*13*, *16*, *16*
119:*23*  122:*23*
125:*4*  130:*16*
132:*13*, *14*  140:*10*
143:*4*
**times**  27:*8*  57:*21*
64:*6*  99:*14*  105:*7*,
*13*  114:*13*  134:*10*,
*14*
**Tish**  137:*12*, *15*
**today**  10:*3*  12:*20*
16:*17*  39:*13*, *16*
45:*8*  84:*15*  104:*18*,
*21*  127:*14*  139:*10*
**told**  13:*1*  14:*25*
25:*17*  30:*12*, *16*, *22*,
*24*  31:*15*, *21*  37:*23*
39:*16*  45:*8*  52:*8*
65:*24*  67:*13*, *14*, *15*
69:*13*  70:*3*  75:*12*
77:*14*, *15*  78:*3*
89:*8*  92:*22*  102:*20*
104:*17*  108:*17*
109:*1*, *23*  115:*6*, *7*
118:*20*  119:*6*
122:*14*  123:*1*
125:*22*  131:*23*
138:*5*, *11*, *23*
**top**  100:*1*  136:*10*
**topic**  26:*21*
**topics**  5:*17*
**totality**  37:*19*
**town**  52:*20*
**train**  7:*5*
**trained**  6:*24*  7:*3*,
*22*  8:*14*  80:*20*, *23*
82:*12*  97:*1*
**training**  5:*10*, *12*, *16*,
*20*, *22*  6:*3*, *9*, *12*, *13*,
*14*  7:*2*, *9*, *18*, *25*
8:*21*, *22*  9:*19*
13:*14*  26:*16*, *19*, *25*
27:*5*  34:*11*, *19*
40:*22*, *23*  41:*1*
53:*24*  78:*10*  81:*1*
82:*11*  84:*2*, *4*, *6*
98:*1*
**transcribed**  140:*8*
**transcript**  55:*17*

140:*9*  143:*2*
**transfer**  33:*16*
**transpired**  23:*24*
52:*21*
**transport**  121:*4*
129:*23*
**treat**  76:*25*
**trees**  115:*18*
**trial**  3:*20*  12:*3*
**trick**  101:*5*, *11*
**tricked**  98:*22*
**tried**  23:*20*  99:*23*
**Tripp**  17:*7*, *10*
18:*24*  46:*8*, *10*, *15*
48:*3*, *20*  51:*2*, *6*, *20*
107:*22*  114:*14*, *17*
129:*8*
**Trooper**  47:*10*
129:*10*
**trouble**  124:*6*
**true**  17:*2*  36:*12*, *21*
51:*2*  54:*15*  55:*5*,
*18*, *20*  57:*14*  58:*2*
64:*14*  66:*1*  76:*16*
77:*3*  79:*12*, *24*
85:*21*  86:*1*, *4*  96:*2*
97:*14*  103:*16*
140:*8*  143:*2*
**truth**  140:*6*, *6*, *6*
**truthfulness**  57:*14*
**try**  3:*11*  10:*8*
28:*10*
**trying**  54:*17*  74:*11*
95:*13*, *21*  98:*15*
101:*5*  128:*17*
131:*24*  132:*2*
**turn**  33:*6*  58:*1*
**turned**  15:*25*  32:*5*
33:*21*  37:*5*  68:*2*
69:*1*  95:*24*  96:*7*
**turning**  33:*25*
135:*2*
**two**  5:*23*  8:*4*
19:*19*  20:*7*, *16*
31:*12*  51:*13*  62:*21*
74:*7*  121:*17*
123:*14*  125:*15*
135:*1*
**type**  9:*19*, *20*, *23*
11:*23*  13:*14*  27:*25*

53:*11*, *24*, *25*  92:*10*
123:*25*
**types**  6:*3*  16:*15*
24:*7*  57:*16*  62:*14*
63:*22*
**typically**  33:*11*
42:*3*
**typing**  116:*21*

< U >
**U.S**  119:*25*  120:*11*,
*14*  129:*20*
**Ultimately**  28:*14*
48:*13*
**unable**  86:*3*
**unaware**  56:*24*
**unclear**  13:*9*
**understand**  3:*10*,
*18*  8:*19*  11:*6*, *9*
21:*21*  24:*6*  30:*5*
34:*15*  57:*10*, *12*, *21*
58:*9*  61:*5*, *6*, *9*
69:*22*  70:*10*  79:*22*
91:*17*  92:*7*, *9*
94:*15*  95:*12*, *13*
97:*2*  105:*19*  109:*7*
113:*10*  114:*7*
120:*7*  131:*12*
132:*23*
**understanding**  7:*2*
8:*23*  13:*5*  68:*20*
76:*9*, *11*, *11*  80:*6*
82:*11*  84:*25*  91:*22*
94:*18*
**understands**  55:*16*
95:*22*
**unit**  14:*14*  26:*7*, *9*,
*12*, *13*, *17*, *17*, *19*
27:*1*, *4*, *15*  28:*1*, *5*
29:*24*  62:*16*  120:*21*
**UNITED**  1:*1*  141:*1*
**unlawfully**  12:*15*
**unsuccessful**  23:*21*
**untrue**  31:*3*
**unusual**  86:*20*
87:*3*, *10*
**update**  5:*20*  6:*23*
**updated**  133:*8*
**upper**  17:*8*

**use**  7:*14*  27:*14*
75:*2*
**uses**  41:*13*
**usual**  3:*12*, *15*
**usually**  8:*7*  41:*17*
54:*9*  92:*10*  123:*24*
133:*21*

< V >
**vacate**  31:*4*
**vacated**  37:*16*
38:*6*  74:*19*  77:*19*,
*21*  93:*18*  95:*5*, *7*,
*14*  96:*3*  132:*21*
**vacating**  72:*10*, *12*,
*18*  93:*14*
**vague**  53:*2*
**vaguely**  31:*5*
**valid**  12:*16*, *23*, *24*
13:*2*, *3*, *7*  26:*6*
28:*21*  33:*2*, *12*
34:*4*, *6*, *8*, *9*  35:*1*
75:*19*, *20*  76:*13*, *25*
78:*6*, *24*  79:*3*, *6*
96:*1*  99:*8*, *15*
**validity**  133:*23*
**various**  22:*25*  23:*5*
**Vehicle**  110:*10*, *17*
**verbal**  92:*16*
**verbatim**  84:*24*
**verbiage**  40:*12*
81:*22*
**verify**  66:*5*
**version**  3:*25*
**victim**  30:*7*, *7*
63:*22*
**victims**  63:*20*
**viewed**  95:*10*
**violated**  98:*22*
**violates**  100:*23*
**violation**  6:*25*  7:*8*
**violence**  26:*15*, *21*
27:*12*  31:*10*
**Virgina**  54:*19*
**VIRGINIA**  1:*3*, *19*,
*22*, *23*  2:*9*  5:*15*, *19*
7:*20*, *21*  8:*3*, *13*, *15*,
*25*  9:*2*  11:*3*  12:*7*,
*12*  13:*15*  32:*6*, *10*,
*13*, *14*, *17*, *21*, *23*

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 6 of 7

Deposition of Sergeant Sean Adams                              Christpher Bush & David Bush V S.C Adams, et al.

Case 2:07-cv-04936-MAM   Document 53-8   Filed 10/01/10   Page 6 of 7

Deposition of Sergeant Sean Adams                              Christpher Bush & David Bush V S.C Adams, et al.

33:3, 20   34:25
37:11   41:11, 13
44:7   47:4   53:14,
20   54:3, 6, 8, 9, 13,
21   60:18   61:2
62:10   63:4   69:11
70:6   77:2, 5   78:14,
17   79:1, 16   80:3
81:3   85:7, 20
87:22   88:6, 19
89:19   91:23, 25
92:1, 21   93:2, 23
94:6   95:1, 3   96:8,
16, 21   97:25   99:5
100:10, 11, 13
105:3   115:1
128:15   129:17, 25
140:2, 4, 22   141:3,
19, 22, 23   142:9
visitation   7:15
54:11
voice   38:21
volition   112:20
voracity   57:13

< W >
want   11:15   19:10
21:23   28:8   29:9
40:3   50:11   51:25
52:1   54:22   58:22,
23   65:17   66:7, 8,
15   71:15   74:13
84:20   86:20   89:2,
10, 12, 13   98:12
110:15   115:17, 18,
22   118:1   128:19
134:21   135:11, 13
139:5, 7, 8
wanted   101:1
110:20
wants   34:23   74:1
92:11, 12
warrant   20:20
21:19, 19   41:14, 20
42:3   43:7, 23
70:14   109:16
112:16, 25   113:9,
12   118:5
Warrants   2:22
18:25   19:20, 24

20:17   22:9   23:4
35:18   36:5, 9, 21
37:6   40:14   41:12
42:9, 21   44:11, 18
45:18, 20, 22   46:1,
2, 4   47:5, 21   51:23
52:2, 5, 9   54:15, 24,
25   58:19, 20, 25
70:5, 25   80:12
87:21   93:1, 20
104:14   105:17, 20,
22   106:7, 9, 15, 22
107:4   108:14, 18
109:5   111:24
112:2, 6   113:6, 23
115:8   117:8, 12, 15,
22   118:8, 13, 20, 21
119:9   122:6
127:13   132:24
133:1, 5, 24
Washington   2:4
142:4
watched   87:13
way   16:7   28:10
29:21   72:19   74:2
101:20   110:21
115:16   121:23
weapon   31:6, 21
weapons   31:16
weeks   5:14   123:13,
14
Well   11:12   12:25
21:3, 5   41:15
42:18   54:9   59:19
64:23   66:5   68:1
69:3, 19   70:15
77:3   79:2   82:8
83:2   89:23   90:22
95:19   97:10
102:11   111:22
113:12   121:15
128:14
went   5:6   23:18
36:3   41:7   43:22
45:25   75:8   90:4, 5
93:20   137:10, 12, 13
we're   6:24   7:22
21:16   29:24   33:16
75:6   91:2   92:10

101:8   109:14
West   43:11
we've   22:8, 20, 23
39:4, 13   42:20
54:12   83:2   95:14
99:13   111:10
115:24   127:13
129:5
whereof   140:15
wife   10:13   128:12,
17, 23   129:1
wishes   9:2
witness   3:2, 6   9:6
11:9   12:4   18:7, 10
20:6   21:10, 23
32:1   35:6   36:17
48:12   49:19   50:20
56:19   59:4, 23
60:13   64:9   65:6
66:18   80:1, 8
81:10   82:1, 16
84:9, 19   87:17
88:5, 16   94:16
98:25   100:17
102:8, 17   105:1, 8
107:18   114:16
115:13   134:19
139:13   140:5, 8, 15
witnesses   124:6
125:23, 25
word   61:18   72:23
75:2
words   40:16   46:21
93:3   95:20   104:22
work   15:16   26:17,
19   53:18   120:9, 13
worked   5:25   38:22
39:1
working   4:20   26:7
47:13   62:16   74:18
79:14   109:14
120:5, 16   132:8
136:20
works   137:1
write   23:17   40:17
107:7
writing   18:7   30:9
41:24   45:2   134:23

written   5:1   25:22
29:13   50:17   80:12
113:8
wrong   5:6   19:21
79:10   131:12, 13
wrote   51:5   107:8

< Y >
year   31:1   65:20,
24   88:17
years   5:23   31:11
67:23
yellow   109:20
Youth   26:8

# MISSING PERSON CLEARANCE REQUEST

DATE  10 - 25 -2006, OCA # 061024023

NAME: Stefano Ricochet Serene

RACE: W , SEX: M , AGE: 13 , DOB: 8/27/97

### CODE FOR CLEARING
(Please check one)

_____ 1. VOLUNTARY DISAPREARANCE RETURNED      -       VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -       VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED         -          PAR ABD-RET

✓ 4. PARENTAL ABDUCTION-NOT RETURNED              PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED           INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-     INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                              HOM VICT

DETECTIVE: [signature] 1474

EXHIBIT
Adams #1
5/20/10   MEA