# MISSING PERSON CLEARANCE REQUEST

DATE _10_ - _25_ -2006, OCA # _061024023_

NAME: _Tullia Amelie Serene_

RACE: _W_ , SEX: _F_ , AGE: _4_ , DOB: _6/17/02_

## CODE FOR CLEARING
### (Please check one)

_____ 1. VOLUNTARY DISAPREARANCE RETURNED    -    VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -    VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED        -    PAR ABD-RET

_✓_ 4. PARENTAL ABDUCTION-NOT RETURNED         PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED       INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-  INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                          HOM VICT

DETECTIVE: _Jack M. Lawson 1414_

# MISSING PERSON CLEARANCE REQUEST

DATE _10_ - _25_-2006, OCA # _061024023_

NAME: _Dominik F. Serene_

RACE: _W_ , SEX: _M_ , AGE: _5_ , DOB: _11/1/00_

## CODE FOR CLEARING
(Please check one)

_____ 1. VOLUNTARY DISAPREARANCE RETURNED    -        VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -    VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED        -    .    PAR ABD-RET

_✓_ 4. PARENTAL ABDUCTION-NOT RETURNED        PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED        INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-   INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                    HOM VICT

DETECTIVE: _____

# MISSING PERSON CLEARANCE REQUEST

DATE _11_-_8_-2006, OCA # _____

NAME: _Serene, Stefano_

RACE: _W_ , SEX: _M_ , AGE: _13_ , DOB: ▓▓▓▓▓▓▓

## CODE FOR CLEARING
### (Please check one)

_✓_ 1. VOLUNTARY DISAPREARANCE RETURNED    -      VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -    VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED        -      PAR ABD-RET

_____ 4. PARENTAL ABDUCTION-NOT RETURNED           PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED        INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-   INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                           HOM VICT

~~DETECTIVE~~ Recruit: _William E. King III_ Code # _3312_ Unit # _____

# MISSING PERSON CLEARANCE REQUEST

DATE _11 - 8_ -2006, OCA # _____

NAME: ~~XXXX~~ _Serene, Tullia_

RACE: _W_ , SEX: _F_ , AGE: _4_ , DOB: ████████

## CODE FOR CLEARING
### (Please check one)

_✓_ 1. VOLUNTARY DISAPREARANCE RETURNED     -     VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -     VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED          -     PAR ABD-RET

_____ 4. PARENTAL ABDUCTION-NOT RETURNED           PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED         INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-   INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                           HOM VICT


~~Recruit~~
DETECTIVE: _William E King III_ Code # _3312_ Unit # _____

# MISSING PERSON CLEARANCE REQUEST

DATE _11_ - _8_ -2006, OCA # _____

NAME: ___Serene, Dominik___

RACE: _W_ , SEX: _M_ , AGE: _6_ , DOB: ▓▓▓▓▓▓

### CODE FOR CLEARING
(Please check one)

_✓_ 1. VOLUNTARY DISAPREARANCE RETURNED   -       VOL DIS-RET

_____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -    VOL DIS-NOT RET

_____ 3. PARENTAL ADUCTION-RETURNED       -        PAR ABD-RET

_____ 4. PARENTAL ABDUCTION-NOT RETURNED           PAR ABD-NOT RET

_____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED        INVOL DIS-RET

_____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-   INVOL DIS-NOT RET

_____ 7. HOMICIDE VICTIM                           HOM VICT

DETECTIVE: _Willie E Kizi, III_ Code # _33/2_ Unit #_____

```
1025 20091 1343
VCIN REPLY

VA1220010

MISSING PERSON CLEARED 2006/10/25
VIC/300369790 OCA/061024023
NAM/SERENE,STEFANO RICOCHET
ORI/VA1220010 TERM/RIC1
CLEAR SENT TO NCIC
MRI 220091 IN: UNQ1 46951 AT 25OCT2006 13:43 OUT: RIC1 144 AT 25OCT2006 13:43
```

CLEARED

0610240023
Youth Services
9398

```
1025 20102 1343
  NCIC REPLY

VA1220010
CLEAR NAM/SERENE,STEFANO RICOCHET OCA/061024023

MRI 220102 IN: NC2S 24465 AT 25OCT2006 13:43 OUT: RIC1 145 AT 25OCT2006 13:43
```

```
.025 16486 1335
/CIN REPLY

/A1220010

MISSING PERSON CLEARED 2006/10/25
/IC/300369788 OCA/061024023
NAM/SERENE,DOMINIK ELIEZER
ORI/VA1220010 TERM/RIC1
CLEAR SENT TO NCIC
MRI 216486 IN: UNQ1 46257 AT 25OCT2006 13:35 OUT: RIC1 140 AT 25OCT2006 13:35
```

CLEARED

061024023
Youth Services
9398

```
1025 16490 1335
  NCIC REPLY

VA1220010
CLEAR NAM/SERENE,DOMINIK ELIEZER OCA/061024023

MRI 216490 IN: NC2S 24111 AT 25OCT2006 13:35 OUT: RIC1 141 AT 25OCT2006 13:35
```

```
1025 19106 1341
VCIN REPLY

VA1220010

MISSING PERSON CLEARED 2006/10/25
VIC/300369789 OCA/061024023
NAM/SERENE,TULLIA AMELIE
ORI/VA1220010 TERM/RIC1
CLEAR SENT TO NCIC
MRI 219106 IN: UNQ1 46756 AT 25OCT2006 13:41 OUT: RIC1 142 AT 25OCT2006 13:41
```

CLEARED

0610244023
Youth Services
9398

```
1025 19120 1341
 NCIC REPLY

VA1220010
CLEAR NAM/SERENE,TULLIA AMELIE OCA/061024023

MRI 219120 IN: NC2S 24365 AT 25OCT2006 13:41 OUT: RIC1 143 AT 25OCT2006 13:41
```

```
1024 54980 0642
VCIN REPLY
```

061024023
9151

ORI/VA1220010

```
MISSING PERSON JUVENILE ENTERED 2006/10/24
NAM/SERENE,TULLIA AMELIE SEX/F RAC/W DOB/2002/06/17
VIC    369789 OCA/061024023

MISSING JUVENILE IS AGE 12 OR UNDER - VERIFY THAT CORRECT MESSAGE KEY
AND MISSING PERSON CODE WAS USED
ENTRY SENT TO NCIC

MRI 54980 IN: UNQ1 11934 AT 24OCT2006 06:42 OUT: RIC1 78 AT 24OCT2006 06:42
```

```
1024 54982 0642
  NCIC REPLY

VA1220010
NAM/SERENE,TULLIA AMELIE NIC/M696175004
OCA/061024023

MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W POB/PA DOB/20001101
DOE/20181101 HGT/306 WGT/040 EYE/BLU HAI/BLN SKN/LGT SMT/PRCD L EAR
SOC/698014057
MNP/MP DLC/20061013 OCA/061024023
MIS/BIRTH NAME SKYLER RAINE BUSH, NICKNAME ELY
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
CRC/C FPA/Y
DNA/N
ORI IS RICHMOND CITY PD 804 646-5125
NIC/M996111706 DTE/20061024 0626 EDT

MRI 54982 IN: NC2S 5735 AT 24OCT2006 06:42 OUT: RIC1 79 AT 24OCT2006 06:42
```

```
1024 54984 0642 NC23
$H.VA1220010.
$.H.
VA1220010
YOUR RECORD WITH NIC/M696175004 OCA/061024023 IS A POSSIBLE DELAYED
INQUIRY MATCH
PLEASE ASSURE YOUR ENTRY IS A REASONABLE MATCH WITH THE
INQUIRY ON 0442 EDT 20061024 CONTAINING:
1L01FBIR00WTQQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VAFBIRH00 ATR/FBI RICHMOND
804 261-1044

INQUIRY ON 0104 EDT 20061024 CONTAINING:
1N018CHJVBPH0XGY219
LIC/YKE0256
INQUIRING ORI/PAPSP6000 ATR/SP MONTOURSVILLE
570 368-5700


MRI 54984 IN: NC23 398 AT 24OCT2006 06:42 OUT: RIC1 80 AT 24OCT2006 06:42
```

```
1024 52593 0625
VCIN REPLY
```

ORI/VA1220010                                                    U061024023
                                                                      9151
MISSING PERSON JUVENILE ENTERED 2006/10/24
NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W DOB/2000/11/01
VIC    0369788 OCA/061024023

MISSING JUVENILE IS AGE 12 OR UNDER - VERIFY THAT CORRECT MESSAGE KEY
AND MISSING PERSON CODE WAS USED
ENTRY SENT TO NCIC                                          YO

MRI 52593 IN: UNQ1 11446 AT 24OCT2006 06:25 OUT: RIC1 73 AT 24OCT2006 06:25


```
1024 52595 0625
  NCIC REPLY
```

VA1220010
NAM/SERENE,DOMINIK ELIEZER NIC/M996111706
OCA/061024023

MRI 52595 IN: NC2S 5502 AT 24OCT2006 06:25 OUT: RIC1 74 AT 24OCT2006 06:25


```
1024 52597 0625 NC21
$H.VA1220010.
$.H.
```
VA1220010
YOUR RECORD WITH NIC/M996111706 OCA/061024023 IS A POSSIBLE DELAYED
INQUIRY MATCH
PLEASE ASSURE YOUR ENTRY IS A REASONABLE MATCH WITH THE
INQUIRY ON 0442 EDT 20061024 CONTAINING:
1L01FBIR00WTQQV
LIC/YKE0256
LIS/PA
INQ    ING ORI/VAFBIRH00 ATR/FBI RICHMOND
804    -1044

INQUIRY ON 0104 EDT 20061024 CONTAINING:
1N018CHJVBPH0XGY219
LIC/YKE0256
INQUIRING ORI/PAPSP6000 ATR/SP MONTOURSVILLE
570 368-5700


MRI 52597 IN: NC21 838 AT 24OCT2006 06:25 OUT: RIC1 75 AT 24OCT2006 06:25

TRANSMISSION VERIFICATION REPORT

```
                                              TIME : 10/25/2006 13:19
                                              NAME :
                                              FAX  : 18047805159
                                              TEL  : 19047805159
```

```
DATE,TIME              10/25 13:17
FAX NO./NAME           6899
DURATION               00:01:25
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# RICHMOND
# POLICE
# DEPARTMENT



## FAX TRANSMITTAL FORM

SERGEANT SEAN ADAMS – YOUTH & FAMILY CRIMES TEAM
200 W. GRACE STREET,   ROOM 409,   RICHMOND, VIRGINIA 23220
PHONE: 804.646.6775   FAX: 804.646.5159   WWW.RICHMONDGOV.COM/POLICE

## TO

NAME: Candice Ryse

FAX NUMBER: (804) 627-7496

## FROM

NAME: Det. J.W. LAWSON

PAGE 1 OF:

## Message:

Bush Case warrants!

- ☑ Urgent
- ☐ For Review
- ☐ Please Comment
- ☐ Please Reply

*Confidentiality Notice*

*This is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by calling the above telephone number. Thank you for your assistance and cooperation.*

```
1025 90387 2025
VCIN REPLY

ORI/VA1220010

MISSING PERSON JUVENILE ENTERED 2006/10/25
NAM/SERENE,TULLIA AMELIE SEX/F RAC/W DOB/2002/06/17
VIC    )369873 OCA/061025047

MISSING JUVENILE IS AGE 12 OR UNDER - VERIFY THAT CORRECT MESSAGE KEY
AND MISSING PERSON CODE WAS USED
ENTRY SENT TO NCIC

MRI 390387 IN: UNQ1 78670 AT 25OCT2006 20:25 OUT: RIC1 264 AT 25OCT2006 20:25




1025 90389 2025
  NCIC REPLY

VA1220010
NAM/SERENE,TULLIA AMELIE NIC/M196152659
OCA/061025047

MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,STEFANO RICOCHET SEX/M RAC/W POB/PA DOB/19930827
DOE/20110827 HGT/500 WGT/096 EYE/XXX HAI/BRO SKN/LGT SMT/BRAC TEETH
SOC/698013835
MNP/MP DLC/20061013 OCA/061025047
MIS/MOTHER HAS SOLE CUSTODY AND HER AND HER 3 CHILDREN WERE IN THE WITNESS
MIS/PROTECTION AND HAD CHANGED THEIR NAMES AND RELOCATED TO RICHMOND VA THE
MIS/FATHER DAVID BUSH W-M DOB-19660813 WAS ABLE TO FIND CHILDREN AND CONVINCE A
MIS/COURT OFFICIAL TO ISSUE HIM A VALID CUSTODY ORDER AND HE PICKED CHILDREN UP
MIS/AT THEIR SCHOOL AND THE MOTHER WAS ABLE TO OVERTURN THAT ORDER IN LUZERNE PA
MIS/ ON 10-23- 06 JUVENILE'S BIRTH NAME IS STEPH CADENCE BUSH NICKNAME IS RICO
MIS/LEFT EAR IS PIERCED
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
JWT/ER
DNA
ORI    RICHMOND CITY PD 804 646-5125
NIC/M996115820 DTE/20061025 2010 EDT

MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W POB/PA DOB/20001101
DOE/20181101 HGT/306 WGT/040 EYE/BLU HAI/BLN SKN/LGT
SOC/698014057
MNP/MP DLC/20061013 OCA/061025047
MIS/MOTHER HAS SOLE CUSTODY AND HER AND HER 3 CHILDREN WERE IN THE WITNESS
MIS/PROTECTION AND HAD CHANGED THEIR NAMES AND RELOCATED TO RICHMOND VA THE
MIS/FATHER DAVID BUSH W-M DOB-19660813 WAS ABLE TO FIND CHILDREN AND CONVINCE A
MIS/COURT OFFICIAL TO ISSUE HIM A VALID CUSTODY ORDER AND HE PICKED CHILDREN UP
MIS/AT THEIR SCHOOL AND THE MOTHER WAS ABLE TO OVERTURN THAT ORDER IN LUZERNE PA
MIS/ ON 10-23- 06 JUVENILE'S BIRTH NAME IS SKYLER RAINE BUSH NICKNAME IS ELY
MIS/LEFT EAR IS PIERCED
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
JWT/ER
DNA/N
ORI IS RICHMOND CITY PD 804 646-5125
NIC/M146111605 DTE/20061025 2021 EDT

MRI 390389 IN: NC2S 41757 AT 25OCT2006 20:25 OUT: RIC1 265 AT 25OCT2006 20:25




1025 90396 2025 NC21
$H.VA1220010.
$.H.
VA1220010
YOUR RECORD WITH NIC/M196152659 OCA/061025047 IS A POSSIBLE DELAYED
INQUIRY MATCH
PLE    ASSURE YOUR ENTRY IS A REASONABLE MATCH WITH THE
INQUIRY ON 0442 EDT 20061024 CONTAINING:
1L01FBIR00WTQQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VAFBIRH00 ATR/FBI RICHMOND
804 261-1044

INQUIRY ON 0544 EDT 20061024 CONTAINING:
1N01RID1010YAQV
```