```
1025 85916 2009                                                    0610025047
VCIN REPLY                                                              9269
ORI/VA1220010                                                    Youth Services
MISSING PERSON JUVENILE ENTERED 2006/10/25
NAM/SERENE,STEFANO RICOCHET SEX/M RAC/W DOB/1993/08/27
VI◯ 0369871 OCA/061025047
ENT◯ SENT TO NCIC

MRI 385916 IN: UNQ1 77900 AT 25OCT2006 20:09 OUT: RIC1 257 AT 25OCT2006 20:09




1025 85922 2009
   NCIC REPLY

VA1220010
NAM/SERENE,STEFAN0 RIC0CHET NIC/M996115820
OCA/061025047

MRI 385922 IN: NC2S 41375 AT 25OCT2006 20:09 OUT: RIC1 258 AT 25OCT2006 20:09




1025 85928 2009 NC21
$H.VA1220010.
$.H.
VA1220010
YOUR RECORD WITH NIC/M996115820 OCA/061025047 IS A POSSIBLE DELAYED
INQUIRY MATCH
PLEASE ASSURE YOUR ENTRY IS A REASONABLE MATCH WITH THE
INQUIRY ON 0442 EDT 20061024 CONTAINING:
1L01FBIR00WTQQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VAFBIRH00 ATR/FBI RICHMOND
804 261-1044

INQ◯RY ON 0544 EDT 20061024 CONTAINING:
1N◯ D1010YAQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
804 646-5125

INQUIRY ON 0544 EDT 20061024 CONTAINING:
1L01RID1010YDQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
804 646-5125

INQUIRY ON 0642 EDT 20061024 CONTAINING:
1L01RID10169RQW
NAM/SERENE,STEFAN0 R
D0B/19930827
RAC/U
SEX/M
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
804 646-5125

INQUIRY ON 0104 EDT 20061024 CONTAINING:
1N018CHJVBPH0XGY219
LIC/YKE0256
INQUIRING ORI/PAPSP6000 ATR/SP MONTOURSVILLE
570 368-5700

INQUIRY ON 1130 EDT 20061024 CONTAINING:
1N01442HCBPH9W2K108
NAM/SERENE, STEFAN0
D0B/19930827
INQUIRING ORI/PAFBIWP01 ATR/FEDERAL BUREAU OF INVESTIGATION
570 ?23-3791

INQ◯RY ON 1144 EDT 20061024 CONTAINING:
1N01440KJBPHA2DH108
NAM/SERENE,STEFAN0
D0B/19930827
SEX/M
INQUIRING ORI/PA0091200 ATR/NEWTOWN TWP PD
215 968-2800
```

```
1025 88805 2020
VCIN REPLY

ORI/VA1220010

MISSING PERSON JUVENILE ENTERED 2006/10/25
NAM/SERENE,DOMINIK ELIEZER SEX/M RAC/W DOB/2000/11/01
VI   0369872 OCA/061025047

MISSING JUVENILE IS AGE 12 OR UNDER - VERIFY THAT CORRECT MESSAGE KEY
AND MISSING PERSON CODE WAS USED
ENTRY SENT TO NCIC

MRI 388805 IN: UNQ1 78386 AT 25OCT2006 20:20  OUT: RIC1 260 AT 25OCT2006 20:20




1025 88811 2020
  NCIC REPLY


VA1220010
NAM/SERENE,DOMINIK ELIEZER NIC/M146111605
OCA/061025047

MKE/MISSING PERSON JUVENILE
ORI/VA1220010 NAM/SERENE,STEFANO RICOCHET SEX/M RAC/W POB/PA DOB/19930827
DOE/20110827 HGT/500 WGT/096 EYE/XXX HAI/BRO SKN/LGT SMT/BRAC TEETH
SOC/698013835
MNP/MP DLC/20061013 OCA/061025047
MIS/MOTHER HAS SOLE CUSTODY AND HER AND HER 3 CHILDREN WERE IN THE WITNESS
MIS/PROTECTION AND HAD CHANGED THEIR NAMES AND RELOCATED TO RICHMOND VA THE
MIS/FATHER DAVID BUSH W-M DOB-19660813 WAS ABLE TO FIND CHILDREN AND CONVINCE A
MIS/COURT OFFICIAL TO ISSUE HIM A VALID CUSTODY ORDER AND HE PICKED CHILDREN UP
MIS/AT THEIR SCHOOL AND THE MOTHER WAS ABLE TO OVERTURN THAT ORDER IN LUZERNE PA
MIS/ ON 10-23- 06 JUVENILE'S BIRTH NAME IS STEPH CADENCE BUSH NICKNAME IS RICO
MIS/LEFT EAR IS PIERCED
LIC/YKE0256 LIS/PA LIY/2007 LIT/PC
VIN/2FTCF15F5ECB36428 VYR/1984
VMA/FORD VMO/F15 VST/PK VCO/GRY
JWT/ER
DN
OR    RICHMOND CITY PD 804 646-5125
NIC/M996115820 DTE/20061025 2010 EDT

MRI 388811 IN: NC2S 41615 AT 25OCT2006 20:20  OUT: RIC1 261 AT 25OCT2006 20:20




1025 88824 2020 NC21
$H.VA1220010.
$.H.
VA1220010
YOUR RECORD WITH NIC/M146111605 OCA/061025047 IS A POSSIBLE DELAYED
INQUIRY MATCH
PLEASE ASSURE YOUR ENTRY IS A REASONABLE MATCH WITH THE
INQUIRY ON 0442 EDT 20061024 CONTAINING:
1L01FBIR00WTQQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VAFBIRH00 ATR/FBI RICHMOND
804 261-1044

INQUIRY ON 0544 EDT 20061024 CONTAINING:
1N01RID1010YAQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
804 646-5125

INQUIRY ON 0544 EDT 20061024 CONTAINING:
1L01RID1010YDQV
LIC/YKE0256
LIS/PA
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
80   6-5125

INQUIRY ON 0614 EDT 20061024 CONTAINING:
1L01RID1013COQW
NAM/SERENE,DOMINIK E
DOB/20001101
RAC/U
SEX/M
INQUIRING ORI/VA12200D1 ATR/RICHMOND CITY PD
804 646-5125
```

Handwritten annotations: 061025047 / 9269 / Youth Services

```
INQUIRY ON 0853 EDT 20061025 CONTAINING:
1N01AMBP021Y3ZW
NAM/SERENE,DOMINIK
DOB/20001101
RAC/W
SEX/M
INQUIRING ORI/VAVSP00C5 ATR/SP ADM HDQ RICHMOND
804 ███-2028

INQUIRY ON 0104 EDT 20061024 CONTAINING:
1N018CHJVBPH0XGY219
LIC/YKE0256
INQUIRING ORI/PAPSP6000 ATR/SP MONTOURSVILLE
570 368-5700

INQUIRY ON 1129 EDT 20061024 CONTAINING:
1N01442HCBPH9V82108
NAM/SERENE, DOMINIK
DOB/20001101
INQUIRING ORI/PAFBIWP01 ATR/FEDERAL BUREAU OF INVESTIGATION
570 323-3791


MRI 388824 IN: NC21 12975 AT 25OCT2006 20:20 OUT: RIC1 262 AT 25OCT2006 20:20
```

061025047
9269
Youth Services

# RICHMOND POLICE DEPARTMENT



## FAX TRANSMITTAL FORM

CAPTAIN MARGARET HORN – DETECTIVE DIVISION
200 W. GRACE STREET,   ROOM 301,   RICHMOND, VIRGINIA 23220
PHONE: 804.646.6741    FAX: 804.646.5681    WWW.RICHMONDGOV.COM/POLICE

| TO | | FROM | |
|---|---|---|---|
| NAME: | CANDACE ROSE | NAME: | SGT. SEAN C. ADAMS |
| FAX NUMBER: | 1-804-627-4496 | PAGE 1 OF: | SEVERAL |

**Message:**

Candace,

The PPO and the custody order for each child follows.  If needed, my contact numbers are cell 314-6841 and office 646-6775.  Thanks

| | |
|---|---|
| ☐ Urgent | |
| ☒ For Review | |
| ☐ Please Comment | |
| ☐ Please Reply | |

### Confidentiality Notice

*This is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by calling the above telephone number.  Thank you for your assistance and cooperation.*

```
                    PRNMAD - PRIOR NAME/ADDRESS INQUIRY
 =>
    _____

   CUST NO: ███████            NAME: SERENE,ISARA,ISABELLA
     BIRTH: ███████             SEX: F    EFF DATE: 07/26/05

  PRIOR NAME(S)                                  EFF DATE



  PRIOR MAILING ADDRESS:         SOURCE:
     AD1: ████████████                           EFF DATE: 07/26/05
     AD2: ████████████                           LOC:
    CITY: RICHMOND              ST: VA   ZIP: 232262006   CTRY:
   JURIS: RICHMOND CITY

  PRIOR DWELLING LOCATION:       SOURCE:
     AD1:                                        EFF DATE:
     AD2:                                        LOC:
    CITY:                       ST:      ZIP:              CTRY:
```

```
PAGE: 1                    NMINQ- CUSTOMER NAME INQUIRY              10/24/06 10:56

   SERENE,ISARA,ISABELLA              CUST NO: ████████
   ████████                              BIRTH: ████         SEX: F
                                         JURIS: RICHMOND CITY
   RICHMOND   VA 232268063                                    PRIOR NM/ADDR: Y

 B                                     CUST NO:
                                         BIRTH:               SEX:
                                         JURIS:
                                                              PRIOR NM/ADDR:

 C                                     CUST NO:
                                         BIRTH:               SEX:
                                         JURIS:
                                                              PRIOR NM/ADDR:

 D                                     CUST NO:
                                         BIRTH:               SEX:
                                         JURIS:
                                                              PRIOR NM/ADDR:
                          ENTER CHOICE: _      PRINT COMMAND: _____
   PF3 = EXIT     PF7 = BACKWARD    PF8 = FORWARD    ENTER = SELECT OR CONTINUE
 M0752 END OF NAME GROUP REACHED
```

```
                     PRNMAD - PRIOR NAME/ADDRESS INQUIRY
=>
 _____

  CUST NO: ████           NAME: SERENE,ISARA,ISABELLA
    BIRTH: ████           SEX: F    EFF DATE: 07/26/05

  PRIOR NAME(S)                                  EFF DATE




  PRIOR MAILING ADDRESS:         SOURCE:
    AD1: ████████████████                         EFF DATE: 07/26/05
    AD2:                                          LOC:
   CITY: RICHMOND          ST: VA    ZIP: 232262006   CTRY:
  JURIS: RICHMOND CITY

  PRIOR DWELLING LOCATION:       SOURCE:
    AD1:                                           EFF DATE:
    AD2:                                           LOC:
   CITY:                   ST:        ZIP:            CTRY:
```

```
                    DRSTAT - DRIVER PRIMARY STATUS
 =>                                                             10/24/06 10:59
    ST NO: [REDACTED]        NAME: SERENE,ISARA,ISABELLA
    BIRTH: [REDACTED]         SEX: F      DR STATUS: LICENSED
                                         CDL STAT: NOT LICENSED
 UPDT DT: 05/13/06             DR INSTR PER STAT: NOT LICENSED
                              CDL INSTR PER STAT: NOT LICENSED
                               MC INSTR PER STAT: NOT LICENSED
                                         ID STATUS: NONE

 PRIMARY MAILING ADDR:  EFF: 10/12/05
    AD1: [REDACTED]                          /
    CITY: RICHMOND                  ST: VA   ZIP: 232268063   CTRY:
 JURIS: RICHMOND CITY                         IMAGE EXP DATE: 07/31/13
 DESCRIPT: WGT: 115       HGT: 504       EYE: BR         HAIR: BR
     LIC TYPE: DRL   ISS TYPE: ORI   ISS DATE: 07/26/05  EXP DATE: 06/21/10
     ISS RSN:        SURR RSN:       SURR DATE:
 RESTRICTIONS: NONE                                  CLASS:       ENDOR:
 LP DTE:         LP CD: HA EXT BDTE:        EXT EDTE:           EXT TP:
      FR REQ:         DRIVER ED:
      ID CARD:        POINT BAL:

   PF9=DRELIG  PF11=ORDERS  PF12=EVENTS  PF13=SR22  PF14=HOCERT PF15=DLHIST
```

Contact Names and Numbers:

Det. C. Bush, Newtown TWP Police Department, (215) 504-2215 W
Sgt. J. Tripp, Pennsylvania State Police, (570) 662-2151 W
Mary Dickerson, RDC – J&D, 646-2909 W
Isara Serene, Mother, █████

10/25/06
1310  Papw sent to remove kids from NCIC
All OCA # 06/024023

10/25/06
1930 hr
warrant taken out by Sgt Adams per Bush

10/26/06 0840 hrs
copies of warrants fax to Candies Rose of FBI by Brown

SARAH NICOLE BUSH 6-21-75

◯ JUNE 6 2005 NEW NAME

NEW
SSI               X SARA  ISABELLA SERENE
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

---

                        NZCI M315941442 ↓ two
STEPH                                8-27-93
        RICOCAHET
→ STEFANO  RICOCAHET  SERENE

SSI
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

◯

---

SKYLER   BUSH     11-1-2000

→ DOMONIK  ELIEZER  SERENE
SSI
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

---

SHILOH   BUSH   6-17-02

→ TULLIA  AMELIE  SERENE

◯ SSI
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

301-915-5281

Isara Serene (mother) (mn) Isabella
6/21/75   T6429(373
5704

New Town Police


10/24  1115

Sgt J. Tripp PA State Police Martin

Had full custody to 1/06

Enter into NCIC

# INCIDENT/INVESTIGATION
## INTERNAL COPY

| Agency Name | | Case# |
|---|---|---|
| Richmond Police Department | | 2006-10140633 |
| ORI | | Date / Time Reported |
| VA1220000 | | 10/14/2006 16:32 Sat |
| | | Last Known Secure |
| | | 10/14/2006 00:00 Sat |
| Location of Incident | Premise Type | Zone/Tract | At Found |
| ▓▓▓ Richmond VA 23226- | Residence (single Unit) | 311, 058B | 10/14/2006 16:32 Sat |

**IDENT DATA**

| # | Crime Incident(s) | (Att) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Suspicious Situation/person 9819 | | | | | |
| | | | Entry | Exit | Security Locked | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims | 1 | Type: INDIVIDUAL (NOT A LEO) | Injury: |

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | SERENE, ISARA ISABELLA | 1, | ▓▓ 57 | U | F | | Resident | |

| Home Address | Home Phone |
|---|---|
| ▓▓▓, Richmond, VA 23221- | ▓▓▓ |
| Employer Name/Address | Business Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
| Employer Name/Address | Business Phone |

| Type: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
| Employer Name/Address | Business Phone |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

**STATUS**

| Officer/ID# | RHODENIZER, D. L. (2268) | | |
|---|---|---|---|
| Invest ID# | (0) | Supervisor | CHILDRESS, D. W. (0760) |
| Complainant Signature | | Case Status Pending - Initial 10/14/2006 | Case Disposition: Page 1 |

Printed By: LAWSONJW, VENIL-104          Sys#: 511283          10/24/2006 11:04:10

A