# INCIDENT/INVESTIGATION REPORT

Page 2

By: LAWSONJW, VENIL-104  10/24/2006

*Richmond Police Department*

Case# 2006-10140633

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:  *None (No Bias)*

**NARRATIVE**

Victim stated that an unknown person may have entered her house.

## PORTING OFFICER NARRATIVI

| Richmond Police Department | | OCA |
|---|---|---|
| | | 2006-10140633 |
| Victim | Offense | Date / Time Reported |
| SERENE, ISARA ISABELLA | SUSPICIOUS SITUATION/PERSON | Sat 10/14/2006 16:32 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Victim stated that an unknown person may have entered her house using a spare key on her back deck. She stated that she has had several problems with her ex-husband for the past sever years, and has had a protective order on him from some time. when her friend went to her house today, several items had been moved, and the key was missing from the porch. Nothing was missing from the house, and the doors were locked.

Reporting Officer: RHODENIZER, D. L.
Printed By: LAWSONJW, VENIL-104  10/24/2006 11:04

Page ___3___ of _____

# RUNAWAY / MISSING PERSONS

05/17/2000   Initial / Modify                                                                                  Entered: _____

| *Incident # | *Reporting Officer | *Officer Code # | Runaway (90I) / Missing Person (90B) | Page # |
|---|---|---|---|---|
| 200610240029 | MARK K. SEGAL | 1576 | Missing Person (90B) [circled] | 1 |

| Date | Report Time | *Investigating Agency & Telephone Number (24 Hour Number) | Agency ORI | OCA# |
|---|---|---|---|---|
| 10/24/06 | 0010 | RPD/Youth & Family Crimes Unit  (804) 646-6716 | VA1220010 | |

| Vic Seq # | *Last Name | *First Name | *Middle Name | Suffix |
|---|---|---|---|---|
| | SERENE | ~~ELIEZER~~ DOMINIK | ELIEZER | |

| *Race W/B/I/A/U | Ethnic H/N | *Sex M/F | SSN | OLN | OL State | OL Expiration Date |
|---|---|---|---|---|---|---|
| W | N | M | [redacted] | | | |

| *DOB | *Emancipation Date | Country of Birth | *State of Birth | *City/County of Birth | *Mother's Maiden Name (If birth state is VA) |
|---|---|---|---|---|---|
| [redacted] | 2018 | US | PA | SAYRE | |

| Height (low range) | Height (high range) | Hair Color | Eye Color | Skin Tone |
|---|---|---|---|---|
| 3'6" | 3'6" | BLN | BLU | LGT |

| Weight (low range) | Weight (high range) |
|---|---|
| 40 | 40 |

**Scars, Marks, Tattoos**

| Type | Location | Body Part | Description |
|---|---|---|---|
| | EAR | EAR | LEFT EAR PIERCED |

Name of School If Juvenile: [redacted]
School Location (City, State): [redacted]

| Home Street # | Home Street Name | Apt # | City, State, Zip | Home Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | | RICHMOND, VA 23226 | [redacted] |

| *Date of Last Contact | Missing/Runaway Before Y/N | Number Times Missing/Runaway | Is Subject Alcohol and/or Drug User Y/N | Missing From |
|---|---|---|---|---|
| 10/13/06 | | | | [redacted] |

Last Seen in the Company of: DAVID BUSH  AGE 40  DOB [redacted]   Sex: M   Race: W

*Miscellaneous Information (Check All That Apply):
- [X] Circumcised
- [X] Fingerprints Available
- [X] Footprints Available
- [X] Current Photo Available

Jewelry Description: LEFT EAR PIERCED

**MISCELLANEOUS DATA**

NICKNAME: ELY

BIRTH NAME: SKYLER RAINE BUSH   DOB [redacted]
            FIRST   MID    LAST

---

*The following section MUST be completed and signed according to Virginia State Law (Runaways).*  OK PER MK SEGAL

I certify the person described in this report is missing and under 18 years of age and that the information I have furnished is true and correct to the best of my knowledge and belief.

Signature: Isabella Serene   Date: 10/24/06   Relationship: mother

I authorize any law enforcement official to use photographs and/or any other identifying information I have provided in any manner they deem necessary in attempting to locate the person I am reporting missing.

I represent that I am the natural parent and/or legal guardian of the person named in this report, and have the legal right to sign this authorization and consent.

Signature: Isabella Serene   Date: 10/24/06   Relationship: mother

*Affidavit for Missing Person Age 18 or Over*

I certify the person described in this report is missing.

Check Applicable Condition:
- **Disability:** Person Missing is under proven physical/mental disability or is senile thereby subjecting herself/himself or others to personal or immediate danger.
- **Endangered:** Person missing under circumstances indicating his/her physical safety is in danger.
- **Involuntary:** Person missing under circumstances indicating the disappearance was not voluntary.

# RUNAWAY / MISSING PERSONS

05/17/2000    Initial / Modify                                                                                      Entered: _____

| Field | Value |
|---|---|
| *Incident # | 200610240027 |
| *Reporting Officer | MARK K. SEGAL |
| *Officer Code # | 1576 |
| Runaway (90I) / Missing Person (90B) | Missing Person (90B) ✓ |
| Page # | 1 |
| Report Date | 10/24/06 |
| Report Time | 0010 |
| *Investigating Agency & Telephone Number | RPD/Youth & Family Crimes Unit  (804)-646-6716 |
| Agency ORI | VA1220010 |
| OCA# | |

| Vic Seq # | *Last Name | *First Name | *Middle Name | Suffix |
|---|---|---|---|---|
| | SERENE | STEFANO | RICOCHET | |

| *Race | Ethnic | *Sex | SSN | OLN | OL State | OL Expiration Date |
|---|---|---|---|---|---|---|
| W | N | M | [redacted] | | | |

| *DOB | *Emancipation Date | Country of Birth | *State of Birth | *City/County of Birth | *Mother's Maiden Name |
|---|---|---|---|---|---|
| [redacted] | 8-27-2011 | US | PA | WELLSBORO | |

| Height (low) | Height (high) | Weight (low) | Weight (high) | Hair Color | Eye Color | Skin Tone |
|---|---|---|---|---|---|---|
| 5'0" | 5'0" | 96 | 96 | BRO | OTH | LGT |

## Scars, Marks, Tattoos

| Type | Location | Body Part | Description |
|---|---|---|---|
| | FACE | FACE | LEFT DROOPY EYE |
| | TETH | TETH | BRACES ON TEETH |

| Home Street # | Home Street Name | Apt # | City, State, Zip | Home Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | | RICHMOND, VA 23226 | [redacted] |

| Date of Last Contact | Missing/Runaway Before | Number Times Missing/Runaway | Is Subject Alcohol/Drug User | Missing From |
|---|---|---|---|---|
| 10/13/06 | N | 0 | N | [redacted] |

Last Seen in the Company of: DAVID BUSH   AGE 40   DOB [redacted]   Sex M   Race W

**Miscellaneous Information (Check All That Apply):**
- ☒ Circumsized
- ☒ Dental X-Rays Available
- ☒ Dental Models/Photos Available
- ☒ Fingerprints Available
- ☒ Footprints Available
- ☒ Current Photo Available

Jewelry Description: LEFT EAR PIERCED

**MISCELLANEOUS DATA:**

NICKNAME: "RICO"

BIRTH NAME: STEPH (first) CADENCE (mid) BUSH (last)   DOB [redacted]

---

The following section MUST be completed and signed according to Virginia State Law (Runaways). OK PER MK SEGAL

I certify the person described in this report is missing and under 18 years of age and that the information I have furnished is true and correct to the best of my knowledge and belief.

Signature: L. Isabella Serene    Date: 10/24/06    Relationship: mother

Signature: L. Isabella Serene    Date: 10/24/06    Relationship: mother

*Affidavit for Missing Person Age 18 or Over

Check Applicable Condition:
- **Disability:** Person Missing is under proven physical/mental disability or is senile thereby subjecting herself/himself or others to personal or immediate danger.
- **Endangered:** Person missing under circumstances indicating his/her physical safety is in danger.
- **Involuntary:** Person missing under circumstances indicating the disappearance was not voluntary.

FAX X 6632

# RUNAWAY / MISSING PERSONS

05/17/2000    Initial / Modify 0482    Entered: _____

| Field | Value |
|---|---|
| *Incident # | 2-0061024-0029 |
| *Reporting Officer | MARK K. SEGAL |
| *Officer Code # | 1576 |
| Runaway (90I) / Missing Person (90B) | Missing Person (90B) ✓ |
| Page # | 1 |
| Date | 10/24/06 |
| Report Time | 0010 |
| *Investigating Agency & Telephone Number | RPD/Youth & Family Crimes Unit (804) 646-6716 |
| Agency ORI | VA1220010 |
| OCA# | |
| *Last Name | SERENE |
| *First Name | TULLIA |
| *Middle Name | AMELIE |
| Suffix | |
| *Race | W |
| Ethnic | N |
| *Sex | F |
| *DOB | [redacted] |
| *Emancipation Date | 6-17-2000 |
| Country of Birth | US |
| *State of Birth | PA |
| *City/County of Birth | SAYRE |
| *Mother's Maiden Name | |
| Height (low range) | 3'4" |
| Height (high range) | 3'4" |
| Weight (low range) | 42 |
| Weight (high range) | 42 |
| Hair Color | BRO |
| Eye Color | BLU |
| Skin Tone | LGT |

## Scars, Marks, Tattoos

| Type | Location | Body Part | Description |
|---|---|---|---|
| | EAR | EAR | BOTH EARS PIERCED |

| Field | Value |
|---|---|
| City, State, Zip | RICHMOND, VA 23226 |
| Last Seen in the Company of | DAVID BUSH AGE 40 DOB 8/13/66 |
| Sex | M |
| Race | W |

**Miscellaneous Information (Check All That Apply):**
- [x] Dental X-Rays Available
- [x] Fingerprints Available
- [x] Footprints Available
- [x] Medication Available
- [x] Current Photo Available

Jewelry Type: BLUE EARRINGS
Jewelry Description: BLUE STUD EARRINGS

**MISCELLANEOUS DATA:**

BIRTH NAME: SHILOH DESIREE BUSH    DOB [redacted]
            FIRST   MID     LAST

---

**Virginia State Law (Runaways) section:**

OK PER MK SEGAL

Signature: I. Isabella Serene    Date: 10/24/06    Relationship: mother

Signature: I. Isabella Serene    Date: 10/24/06    Relationship: mother

*Affidavit for Missing Person Age 18 or Over

Check Applicable Condition:
- Disability
- Endangered
- Involuntary

**FELONY**

§ 19.2-71, -72

☐ General District Court  ☐ Criminal  ☐ Traffic
☒ Juvenile and Domestic Relations District Court

CASE NO. JA051826-01

ACCUSED: BUSH, DAVID
LAST NAME, FIRST NAME, MIDDLE NAME
105 CREEK DRIVE
ADDRESS/LOCATION
NEWTOWN, PA 18940

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 08/13/1966 | 6' 01" | 160 | HAZ | GRY |

SSN 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
DL# STATE

Hearing Date/Time
Date: 11.2.06
( ) Waived
Attorney: Rock Warth
Counsel: Dotson
Trial Date: 3.07
Trial Time: 12:15
Judge or Courtroom: 4
Bond Hearing Date
( ) Witness recognized
( ) Summons Witnesses

No Contact Ordered
Dalle Rosenfeld

**CLASS 6 FELONY**

☒ EXECUTED by arresting the Accused named above on this day:

11/4/06  6850
DATE AND TIME OF SERVICE
B. Prendergast, Arresting Officer
2766  RPD  120
BADGE NO., AGENCY AND JURISDICTION
C.T. Woody, SHERIFF

16062
for _____
Attorney for the Accused:

Short Offense Description:
**ABDUCTION: BY PARENT, REMOVE FROM STATE**

Offense Tracking Number: 760JM4190604651

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **KID-1015-F6**

**FELONY**

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/13/2006 to 10/25/2006 did unlawfully and feloniously in violation of Section 18.2-47, Code of Virginia: abduct and remove from Virginia TULLIA SERENE, who is the child of the accused. IBR#20061024-0028.

RECEIVED
NOV 22 2006
City of Richmond Juvenile & Domestic
Relations District Court

the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of _____, Complainant.

DETECTIVE S.C. ADAMS  RPD
A. L. Nardella
☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

10/25/2006 07:40 PM
DATE AND TIME ISSUED

TAKE BUCCAL SAMPLE IF LEIDS SHOWS NO DNA SAMPLE IN DATA BANK
Check if sample previously taken: ___  Check if sample taken for this arrest: ___
RE is Required
FORM DC-312 (FRONT) REVISED 7/05

EXHIBIT
Adams #1
5/20/10

F  FELONY