Offense Tracking Number: 760JM19060465J

| | Preliminary Hear. Costs |
|---|---|
| 120 Ct. Appt. Atty | $ |
| 113 Court Reporter | |
| 113 Witness | |
| **TOTAL** | |

FINE
COSTS
461 FIXED MISD FEE
462 FIXED DRUG MISD FEE
113 WITNESS FEE
113 IGNITION INTERLOCK
113 DUI FEE
113 ..........
120 CT. APPT. ATTY
121 TRIAL IN ABSENCE FEE
125 WEIGHING FEE
133 BLOOD TEST FEE
137 TIME TO PAY
192 TRAUMA CENTER FEE
234 JAIL ADMISSION FEE
243 LOCAL TRAINING ACADEMY FEE
244 COURTHOUSE SECURITY FEE

City of Richmond
Juvenile & Domestic Relations District Court

I, the undersigned clerk or deputy clerk of the above-named court, authenticate pursuant to VA Code § 8.01-391 (C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

1/31/07   [signature]
Date   [ ] Clerk  [X] Deputy Clerk

---

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe I committed a felony AND, upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

..........................................   ..........................................
ACCUSED                                      DATE
..........................................   ..........................................
ATTORNEY FOR ACCUSED                         JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
Bail on certification $ ..........
[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.
[ ] The charge was reduced to ..........
The Accused was this day: [signature]
[ ] tried in absence [X] present

[X] PROSECUTING ATTORNEY PRESENT (NAME) [signature]
[X] DEFENDANT'S ATTORNEY PRESENT (NAME) [signature]
[ ] NO ATTORNEY [ ] ATTORNEY WAIVED
[ ] Interpreter present

Plea of Accused:
[ ] not guilty
[ ] nolo contendere
[ ] guilty  [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty   [ ] guilty as charged
[ ] guilty of ..........
[ ] VCC ..........
[ ] facts sufficient to find guilt but defer adjudication/disposition to .......... DATE AND TIME
and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.

..........................................
DATE                                   JUDGE

[X] I ORDER a nolle prosequi on the prosecution's motion
[X] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151.
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] Stay of the proceedings pursuant to § 16.1-131.1

Jan 10 07  [signature]
DATE        JUDGE

FORM DC-312 (MASTER, PAGE TWO OF TWO) 7/06

---

I impose the following Disposition:
[ ] FINE of $ .......... with $ .......... suspended
[ ] JAIL sentence of .......... days imposed, [ ] of which .......... suspended mandatory minimum, with .......... for a period of .......... conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
[ ] Serve jail sentence beginning ..........
    [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce  [ ] authorized  [ ] not authorized
[ ] on PROBATION for ..........
    [ ] VASAP  [ ] local community-based probation agency
    [ ] DRIVER'S LICENSE suspended
    [ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for ..........
[ ] RESTITUTION of $ ..........
    due by ..........
    payable to: ..........
    with interest thereon from .......... [ ] DATE OF LOSS OR DAMAGE [ ] TODAY'S DATE
[ ] as condition of suspended sentence
[ ] .......... hours of community service to be performed for ..........
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ..........

[ ] Bail on Appeal $ ..........

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. Va. Code § 46.2-395.

..........................................
DATE                                   JUDGE

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, 72

| | |
|---|---|
| Richmond | ☐ General District Court  ☐ Criminal  ☐ Traffic |
| CITY OR COUNTY | ☒ Juvenile and Domestic Relations District Court |

CASE NO. JA057103-05

ACCUSED: BUSH, DAVID
LAST NAME, FIRST NAME, MIDDLE NAME
105 CREEK DRIVE
ADDRESS/LOCATION
NEWTOWN, PA 18940

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 08/13/1966 | 6' 01" | 160 | HAZ | GRY |

SSN 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
DL# STATE

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/13/2006 to 10/25/2006 did unlawfully and feloniously in violation of Section

**18.2-22/18.2-47** , Code of Virginia:
BR#20061024-0027.
CONSPIRE TO abduct and remove from Virginia STEFANO SERENE, who is the child of the accused.

CLASS __6__ FELONY

☒ EXECUTED by arresting the Accused named above
on this day: 11/21/06 0850
DATE AND TIME OF SERVICE
B. Pendergast , Arresting Officer
2766 RPD 170
BADGE NO., AGENCY AND JURISDICTION
79067
for: C.T. Woody
SHERIFF
Attorney for the Accused:

Short Offense Description: Conspiracy
ABDUCTION: BY PARENT, REMOVE FROM STATE

Offense Tracking Number:
760JM4190604655

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: KID-1015-C6

RECEIVED
NOV 22 2006
City of Richmond Juvenile & Domestic
Relations District Court

the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of _____, Complainant.

DETECTIVE S. C. ADAMS * RPD
A. L. Nardella
☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

10/25/2006 07:49 PM
DATE AND TIME ISSUED

TAKE BUCCAL SAMPLE IF LIDS SHOWS NO DNA SAMPLE IN DATA BANK
Check if sample previously taken: ____  Check if sample taken for this arrest: ____
RE is Required
FORM DC-312 (FRONT) REVISED 7/05

---

Hearing Date/Time
Date: 11.22.06
( ) Waiver
Attorney Rockefeller
Counsel Deform
☒ No Contact Ordered
Trial Date: 1.2
Trial Time:
Judge or Courtroom
Bond Hearing Date
( ) Witness recognized
( ) Summons Witnesses

FELONY
06 OCT 25 PM 8:33

**FELONY**

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

................................................  ................................................
ACCUSED                                           DATE

................................................  ................................................
ATTORNEY FOR ACCUSED                              JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
    bail on certification $ ..........

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

[ ] The charge was reduced to ..........

The Accused was this day:
  [ ] tried in absence  [X] present

[X] ................................................
    PROSECUTING ATTORNEY PRESENT (NAME)

[X] ................................................
    DEFENDANT'S ATTORNEY PRESENT (NAME)
    [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED

[ ] Interpreter present

Plea of Accused:
  [ ] not guilty
  [ ] no contendere
  [ ] guilty   [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.

[ ] Plea and Recommendation

And was TRIED and FOUND by me:
  [ ] not guilty    [ ] guilty as charged
  [ ] guilty of ..........
      VCC ..........
[ ] facts sufficient to find guilt but defer adjudication/ disposition to ..........

................................................
DATE AND TIME   JUDGE

and place accused on probation, §§ 4.1-305, 1.2-57.3, 18.2-251 or 19.2-303.2.

[ ] A separate order for First Offender is attached and incorporated in this order.

[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed

[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151.

[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2

[ ] Stay of the proceedings pursuant to § 16.1-131.1

................................................
DATE                JUDGE

FORM DC-312 MASTER  PAGE TWO OF TWO 7/06

---

Offense Tracking Number: 760JM4 304655

**Preliminary Hearing Costs**

| | |
|---|---|
| 120 Ct. Appt. Atty | $ |
| 113 Court Reporter | |
| 113 Witness | |
| **TOTAL** | |

FINE
COSTS
461 FIXED MISD FEE
462 FIXED DRUG MISD FEE
113 WITNESS FEE
113 IGNITION INTERLOCK
113 DUI FEE
113
120 CT. APPT. ATTY
121 TRIAL IN ABSENCE FEE
125 WEIGHING FEE
133 BLOOD TEST FEE
137 TIME TO PAY
192 TRAUMA CENTER FEE
234 JAIL ADMISSION FEE
243 LOCAL TRAINING ACADEMY FEE
244 COURTHOUSE SECURITY FEE

OTHER (SPECIFY)
City of Richmond
Juvenile & Domestic Relations District Court
I, the undersigned clerk or deputy clerk of the above-named court, authenticate pursuant to VA Code §8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

1/31/07 ................................................
Date    [ ] Clerk  [X] Deputy Clerk

---

I impose the following Disposition:
[ ] FINE of $ .......... with $ .......... suspended
[ ] JAIL sentence of .......... days imposed, [ ] of which .......... suspended
    mandatory minimum, with ..........
    for a period of .......... conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
[ ] Serve jail sentence beginning ..........
    [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce  [ ] authorized  [ ] not authorized
[ ] on PROBATION for ..........
    [ ] VASAP  [ ] local community-based probation agency
    [ ] DRIVER'S LICENSE suspended ..........
    [ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for ..........
[ ] RESTITUTION of $ ..........
    due by ..........
    payable to: ..........
    with interest thereon from .......... [ ] DATE OF LOSS OR DAMAGE [ ] TODAY'S DATE
[ ] .......... as condition of suspended sentence
[ ] .......... hours of community service to be performed for ..........
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ..........
[ ] Bail on Appeal $ ..........

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. Va. Code § 46.2-395.

................................................
DATE            JUDGE