- - -

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

DAVID BUSH AND          : No. 07-4936
CHRISTOPHER BUSH        :
        vs.             :
                        :
S.C. ADAMS, LT., et al:

- - -

Thursday, January 7, 2010

- - -

Deposition of STEVEN J. IGNATZ, taken pursuant to notice at the offices of Attorney General, Norristown, Pennsylvania, on the above date, beginning at approximately 9:50 a.m. before Barbara C. Stalheim, Certified Shorthand Reporter and Notary Public.

------------------------------------------

BUCKS COUNTY COURT REPORTERS
99 Lantern Drive, Suite 201A
Doylestown, Pennsylvania  18901
215.348.1173

2     COUNSEL APPEARED AS FOLLOWS:

3           BRIAN M. PURICELLI, ESQUIRE
            691 Washington Crossing Road
4           Newtown, Pennsylvania  18940
              for the Plaintiffs

5
            OFFICE OF ATTORNEY GENERAL
6           BY:  RANDALL J. HENZES, ESQUIRE
            Litigation Section
7           21 South 12th Street, 3rd Floor
            Philadelphia, Pennsylvania  19107
8             for the Defendants

9                   - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2                     I N D E X

3    WITNESS                          PAGE

4    STEVEN J. IGNATZ

5         By Mr. Puricelli              4

6                     - - -

7              E X H I B I T S

8    NUMBER                       MARKED

9    Ignatz-1                       61

10   Ignatz-2                       63

11   Ignatz-3                       78

12   Ignatz-4                       90

13   Ignatz-5                      118

14                   - - -

15   EXHIBITS ATTACHED TO ORIGINAL COPY OF

16   TRANSCRIPT ONLY

17                   - - -

18

19

20

21

22

23

24

25

4

2                        - - -

3                        (It is hereby stipulated

4            and agreed by and between counsel for

5            the respective parties that signing,

6            sealing and certification are waived;

7            and that all objections, except as to

8            the form of the question, are reserved

9            to the time of trial.)

10                       - - -

11                       STEVEN J. IGNATZ, after

12           having been duly sworn, was examined as

13           follows:

14                       - - -

15                 P R O C E E D I N G S

16                       - - -

17    BY MR. PURICELLI:

18        Q.    All right.  Lieutenant Ignatz,

19    forgive me if I pronounce your name.  I'll

20    tell you right off the bat I tend to butcher

21    everybody's name, sometimes even my own.  So

22    don't take it as an offense, please.

23                       Okay.  Am I close?

24        A.    Ignatz.

25        Q.    Ignatz.

1          STEVEN J. IGNATZ

2                    Okay.  Is there any other

3     name you prefer me to call you other than

4     Lieutenant Ignatz?

5          A.     Whatever works for you is fine

6     with me.

7          Q.     Well, sometimes I'll say sir

8     then.

9                    I'm Brian Puricelli.  I

10    represent the plaintiffs in this case.  As

11    you are aware, I'm sure by now, you're a

12    named defendant in the case.  Perhaps after

13    this deposition you won't be.  We'll see.

14                    Have you ever been deposed

15    before?

16         A.     Yes.

17         Q.     Okay.  And have you been at least

18    become familiar with the instructions when we

19    say usual stipulations?

20         A.     Yes.  I believe so.

21         Q.     Okay.  I'm going the ask

22    questions.  You're going to hopefully be able

23    to provide answers for them.  The two

24    objections that control here are form of the

25    question.  If that's raised we're going to

1                    STEVEN J. IGNATZ

2    want to know if you understand the question.

3                    And the other one is

4    privilege.  So if I ask you an area which

5    your attorney believes is an area privileged

6    at law, meaning I can't ask questions in that

7    area and then we'll move on and allow the

8    judge to decide whether or not you do or

9    don't have to answer that question.

10                    Okay.  Aside from that

11    it's important that you answer all questions

12    orally.  Up and down, sideways, motions of

13    the head although can be noted, they're

14    difficult for people reading the transcript

15    and it's also hard for the court reporter.

16                    Second is to talk only one

17    at a time.  I'm guilty of that myself, but it

18    helps the court reporter tremendously and

19    aids us, as well, by allowing us to have a

20    clean transcript.

21                    Do you understand that?

22    A.    Yes, sir.

23    Q.    Okay.  If I ask you a question,

24    whether it's because I use words that are

25    inappropriate or delay in my questioning,

1                    STEVEN J. IGNATZ

2     which I sometimes do, please tell me you

3     don't understand the question.  I will try to

4     rephrase it or explain it to you so that you

5     do understand it.

6                         Is that okay?

7          A.    Yes, sir.

8          Q.    All right.  If you don't

9     understand at all anything simply tell us.

10    Don't guess.  Don't assume.

11                         If you're going to

12    approximate something let us know you're

13    approximating something.  Okay?

14         A.    Will do.

15         Q.    All right.

16                    MR. PURICELLI:  Anything

17    you want to instruct your witness?

18                    MR. HENZES:  No.  That's

19    fine.

20    BY MR. PURICELLI:

21         Q.    Okay.  All right.  Have you read

22    anything to prepare for today's deposition?

23         A.    Yes.

24         Q.    What did you read?

25         A.    I just looked over previous

1                STEVEN J. IGNATZ

2     transcript from when we were -- when we met

3     previously.

4          Q.    Okay.  I'm going to show you an

5     October 24, 2008 transcript I have and let me

6     know whether or not this is what you say you

7     reviewed for today.

8                     I think if you turn to 154

9     of that document you'll see your testimony.

10                    MR. HENZES:  There's 184.

11       We're almost getting there.

12                    MR. PURICELLI:  154.

13                    - - -

14                    (Discussion held off the

15       record.)

16                    - - -

17                    THE WITNESS:  Yes.  This

18       is what I reviewed.

19    BY MR. PURICELLI:

20         Q.    All right.  So if I were to ask

21    you the same questions would the answers

22    today be the same?

23         A.    Yes, sir.

24         Q.    All right.  There's nothing --

25    having reviewed it, there's nothing you want

1                  STEVEN J. IGNATZ

2    to change in there.

3                         Correct?

4         A.    That's correct.

5         Q.    All right.

6                    MR. PURICELLI:  So it's

7         all right we just adopt that testimony,

8         Randy?

9                    MR. HENZES:  If that's

10        what you want to do, that fine.

11   BY MR. PURICELLI:

12        Q.    All right.  Aside from reading

13   your transcript did you review any other

14   documentation?

15        A.    No.

16        Q.    Okay.  Have you suffered any

17   mental or physical occurrences or taken any

18   types of medications, legal or otherwise,

19   that would impair your ability to recall

20   facts today?

21        A.    No.

22        Q.    Okay.  And the transcript

23   indicates your history with the State Police.

24                    Is that correct?

25        A.    Yes.

1                  STEVEN J. IGNATZ

2          Q.     Okay.  Aside from that history,

3     do you have any other law enforcement

4     history?

5          A.     Yes.

6          Q.     Okay.  And what is that history?

7          A.     From 1982 -- from January of 1982

8     until April 14 of 1985 I was a municipal

9     police officer.

10         Q.     Where?

11         A.     In Armstrong County for the

12    boroughs of Leechburg, that's

13    L-E-E-C-H-B-U-R-G, and Gilpin, G-I-L-P-I-N,

14    Township.  I was a part-time officer for both

15    municipalities.

16         Q.     Okay.  I assume then that you

17    attended the State Police Training Academies

18    for municipal police officers back then?

19         A.     I attended the Municipal Police

20    Training Academy sponsored by Indiana

21    University of Pennsylvania.

22         Q.     Okay.  And between '82 and '85

23    did you continue to have your updates?

24         A.     Yes, sir.

25         Q.     Okay.  Aside from that have you