1                    STEVEN J. IGNATZ

2     purposes of just looking to see if there's a

3     report to backup a CLEAN entry.

4                         Is that correct?

5          A.     I believe that is correct.

6          Q.     Okay.  Now, since the incident in

7     Newtown Township where you went down in May

8     of 2007 to check to see if there was a

9     report, how many times have you gone out with

10    a trooper to specifically see if there is a

11    report on hand for a CLEAN entry?

12         A.     I was only there until September

13    of that year and I don't think I went on any

14    more --

15         Q.     Okay.

16         A.     -- after that.  I think that was

17    just one incident.

18         Q.     Did you receive any type of

19    training in regards to your position as a

20    supervisor for CLEAN on CLEAN investigations

21    as were described in the arbitration?

22         A.     No.

23         Q.     Okay.  And what made you think

24    you were required to go out on May 17, 2007

25    to look to see if there was a report to

STEVEN J. IGNATZ

2  verify the NCIC or CLEAN entry?

3    A.    It was a requirement from

4  criminal justice information service of the

5  FBI that there be a report on file for any

6  entries into the CLEAN or NCIC systems.

7    Q.    Okay.

8    A.    Any agency entering those types

9  of things into those computer databases had

10  to have a backup report on file that CLEAN

11  audit people could see.  And in this instance

12  it appeared that there probably wouldn't be

13  such a report on file and from what I gleaned

14  from talking with Trooper Fultz.  And that's

15  what we were doing.  We were just going out

16  there to verify if, in fact, there was a

17  report on file.

18    Q.    Okay.  Can we agree that the

19  regulations that you're referring to do not

20  specifically say that, you know, the CLEAN

21  administrator, your unit, is required to go

22  out and physically check to see if there is a

23  report on hand, but rather simply say there

24  shall be a report on hand?

25    A.    I know that something is subject

1                    STEVEN J. IGNATZ

2    to audit and they do that all the time.  They

3    go out and compare things that are entered

4    into the system with the reports on hand.

5    That's something they do all the time.

6         Q.    Okay.  On this particular date

7    you were the commander.  You're telling me

8    your subordinate, Fultz, asked you to come.

9                         Correct?

10        A.    That's correct.

11        Q.    Did you know that he was going to

12   go before he asked you to go?

13        A.    I don't recall, sir.

14        Q.    How would your line of

15   communication work within the State Police

16   when you are to conduct an on-site

17   investigation, I think you referred to as a

18   CLEAN investigation, versus an audit?

19        A.    Versus what?

20        Q.    An audit.

21        A.    The audits would be something

22   that's generally regularly scheduled;

23   whereas, a specific investigation might come

24   up based upon a complaint.

25        Q.    Okay.  An audit, according to the

1                          STEVEN J. IGNATZ

2    testimony in the transcript, was described as

3    every three years.

4                              Was that correct

5    testimony?

6         A.      I believe that's correct.

7         Q.      Okay.  And Newtown Township was

8    not scheduled in 2007 for an annual

9    three-year audit.

10                             Were they?

11        A.      I'm not sure, sir.

12        Q.      Okay.  Well, did you see any

13   records or did Fultz tell you that the visit

14   to Newtown in May of 2007 was the result of a

15   standardized three year annual audit?

16        A.      No.

17        Q.      No.

18                             You learned, isn't it

19   true, that this was a CLEAN investigation,

20   meaning he was going pursuant to a request?

21                             Is that true?

22        A.      Yes, sir.

23        Q.      Okay.  Now, my question was how

24   do you, as the commander, receive in your

25   chain of command a request?

1                 STEVEN J. IGNATZ

2                          What communication, if

3    any, do you receive, what writings, what

4    documents, what e-mail, what computer alerts

5    do you receive to support that there was a

6    request to do a specialized CLEAN

7    investigation outside the annual audit?

8         A.     I believe they just were phoned

9    in.  I never took one myself that I know of.

10   They were phoned into the office and the

11   investigators took them.  And I'm talking

12   about a small office.  I think we had --

13        Q.     Eight guys?

14        A.     -- eight people at the time.

15        Q.     Uh-huh.

16        A.     So I think that when those types

17   of complaints came in, it went directly to

18   one of the investigators.

19        Q.     Well, you were the top

20   investigator, top commanderer for your unit.

21                    Correct?

22                    I mean, I know you had a

23   commissioner above you and a captain, but I

24   mean for delegation of the day-to-day

25   operations you were the top dog.

1                    STEVEN J. IGNATZ

2                              Isn't that true?

3         A.       I was.

4         Q.       Okay.  And you were the guy to

5    say you can or can't go out to do something.

6                              Wouldn't you?

7         A.       Yes.

8         Q.       Okay.  And in this particular

9    case it seems to me, correct me if I'm wrong,

10   you didn't know there was going to be a visit

11   to Newtown before Fultz came to you and said

12   want to go.

13        A.       They went out on investigations

14   on a daily basis and I -- he just asked me to

15   go along with him for a ride.

16        Q.       Well, you have in the State

17   Police a variety of rules and regulations.

18                             Don't you?

19        A.       (Nods head up and down.)

20        Q.       One of which is the FR, the field

21   regulations.

22                             Correct?

23        A.       Yes, sir.

24        Q.       Okay.  And there's administrative

25   regulations.

1         STEVEN J. IGNATZ

2              Isn't that correct?

3    A.    Yes, sir.

4    Q.    Okay.  And just those two books,

5  which I have here, okay, state that the

6  supervisor is the one who is the ultimate

7  person responsible for the subordinates'

8  acts.

9              Correct?

10    A.    Yes, sir.

11    Q.    Okay.  And those field

12  regulations specifically provide that the

13  supervisor shall ensure what the subordinates

14  do.  Delegate, in fact, the assignment.

15              Isn't that true for

16  investigation?

17    A.    Yes.

18    Q.    And in the investigation that

19  we're talking about here in Newtown you did

20  not delegate Fultz to do that investigation.

21              Did you?

22    A.    No, sir.

23    Q.    Okay.  And what I want to know

24  then is what documentation did he show you,

25  if any, to show you that he was not out on a

1          STEVEN J. IGNATZ

2     witch hunt or just going out because he wants

3     to go out?

4          A.     It was something that had come in

5     prior to my arrival there.  He didn't show me

6     the report, which is -- I commonly wouldn't

7     see those things, anyhow.  As I said, they

8     went directly from probably sergeant in the

9     unit or one of the supervisors.  One of the

10    investigators took the complaint.  It was

11    issued to Trooper Fultz and he followed up on

12    it.

13         Q.     Okay.  And the field regulations

14    talk about complaints, writing and taking

15    reports.

16                    Don't they?

17         A.     I believe so.

18         Q.     Okay.  And administrative

19    regulations mirror a lot of what the field

20    regulations say.

21                    Correct?

22         A.     I think so.  I think it's in the

23    7-2 manual, but I'm not certain.

24         Q.     All right.  I didn't bring the

25    7-2 manual.  So you'll be safe on that one.

1                STEVEN J. IGNATZ

2                        Would it be fair to say

3      that when a complaint comes in it's to be put

4      on some kind of form so it's recorded and a

5      number can be assigned?

6           A.      Honestly, I don't know if that's

7      how it works in CLEAN.  I never saw those.

8           Q.      Okay.

9           A.      That document.

10          Q.      So how did it work in CLEAN if

11     somebody called in CLEAN and said I want you

12     to go out, use your authority as a CLEAN

13     investigator and check out some originating

14     agency, in this case Newtown Township?

15          A.      I'm not sure.  There was a

16     sergeant in the unit that documented those

17     types of things.  I'm not sure what the

18     paperwork was for that.

19          Q.      Okay.  But there should be some

20     form of documentation.

21                        Correct?

22          A.      I would think so.  Because I know

23     there's CLEAN incident numbers assigned to

24     those types of things.

25          Q.      Is there any exception you can

1                    STEVEN J. IGNATZ

2    tell me as the supervisor of the time to not

3    recording a request for investigation and

4    then the initiation of the investigation?

5         A.    Not that I can think of.

6         Q.    Okay.  Would you be required to

7    track the investigation through paperwork and

8    numbers?

9                    In other words, assign an

10   incident number?

11        A.    That was something that was done

12   in the unit.  There was an incident number

13   assigned to it.

14        Q.    Okay.

15        A.    That wasn't something that I did.

16        Q.    Okay.  And that incident number

17   would indicate who the caller was or the

18   complainant or the requester.

19        A.    I believe so.

20        Q.    Have you ever seen that document

21   in the incident involving Christopher Bush

22   and Newtown Township?

23        A.    I don't recall seeing such a

24   document.

25        Q.    Okay.

1                  STEVEN J. IGNATZ

2        A.     But I may have.

3        Q.     Well, as a party to this case you

4    were aware that certain documents were

5    requested by the plaintiff.

6                     Were you not?

7        A.     No.  I don't think I was, sir.

8        Q.     Okay.  Believe me, one was and

9    Randy and I know each other for as a number

10   of years.  So I'm sure he knows that one was

11   sent and it was sent up to the State Police.

12                    If such a document exists

13   showing who called, when they called and what

14   was being requested, where would that

15   document be found?

16       A.     I would believe it's in the CLEAN

17   audit section somewhere.

18       Q.     Okay.  Now, a lot of times when

19   certain investigations are done with a lot of

20   attachments they have been sent to department

21   headquarters.

22                    Correct?

23       A.     Yes.

24       Q.     In a CLEAN investigation do you

25   follow that same policy?

1                    STEVEN J. IGNATZ

2                         That once the

3    investigation is concluded that you then send

4    the report and the attachments to department

5    headquarters?

6         A.      The CLEAN section was at the

7    department headquarters and I believe they

8    kept them right there at the section.

9         Q.      So they than didn't send them to

10   the central file system.

11        A.      I don't believe they went

12   anywhere other than that section.

13        Q.      Okay.  So if I asked again for

14   the CLEAN investigation you should be able to

15   then go back to your files.  I don't even if

16   you're still there yet.  But someone should

17   be able to go back to the CLEAN file room and

18   full that investigation file.

19                     Is that true?

20        A.      Yes, sir.

21        Q.      All right.  Is there a retention

22   period for the records?

23        A.      I believe they keep them

24   permanently.

25        Q.      Okay.  Now, when your subordinate

1                    STEVEN J. IGNATZ

2     Fultz said do you want to go down, you

3     indicated that you had a conversation on the

4     road on the way out.

5                         Correct?

6          A.    (Nods head up and down.)

7          Q.     Before that conversation on the

8     road did he tell you anything about what the

9     purpose of the investigation was?

10         A.     I don't remember exactly when he

11    had told me.  It was just sort of a

12    matter-of-fact conversation that a detective

13    there had entered his brother's children into

14    CLEAN and NCIC and they were subsequently

15    picked up in Virginia, I believe.  And we

16    just had to go out and verify a report on

17    file --

18         Q.    Okay.

19         A.     -- to see if, you know, it was a

20    CLEAN violation.

21         Q.    Okay.  And you had never done one

22    of those before I think you testified.

23                        Correct?

24         A.    Not that particular type of -- I

25    hadn't been involved in that particular type