1                    STEVEN J. IGNATZ

2                 MR. PURICELLI:  Well,
3     that's legal argument, Randy, I believe.
4                 You see how lawyers
5     battle.
6     BY MR. PURICELLI:
7     Q.     So you're the supervisor.  You
8     know what your responsibilities are under the
9     FRs and the ARs and all the others that go
10    down the line.
11                Right?
12    A.     Yes, sir.
13    Q.     And you're looking at a single
14    document turned into you at the end of an
15    investigation and you've seen no other
16    documents other than the one Newtown showed
17    you in this entire investigation.
18                Correct?
19    A.     I believe that's correct.
20    Q.     Okay. All right.  And did you
21    see any document that questioned the
22    jurisdiction, asked you, your department, not
23    you, personally, your department to
24    investigate jurisdictional rights of a
25    department.

 2        A.     No, sir.

 3        Q.     Just whether there was a report.

 4        A.     That's right.

 5        Q.     Okay.  So why would jurisdiction

 6   even be a topic of discussion?

 7        A.     I just thought it was of

 8   interest, you know, of all the counties

 9   involved.  I think it was Tioga County and

10   Luzerne County.  And I'm not sure if it's

11   Bucks County that Newtown is in.  I can't

12   recall.  But to me it seemed like a stretch.

13        Q.     Were you aware that Captain Hill

14   on or about July 31, 2007 specifically

15   referenced your investigation in a letter

16   sent to Detective Bush?

17        A.     Yes.

18        Q.     Okay.  And how did you become

19   aware of that?

20        A.     I believe -- I believe we got a

21   copy of the letter at CLEAN.  I believe it

22   was attached to the report.

23                        - - -

24                  (Exhibit Ignatz-3, marked

25          for identification.)

1                          STEVEN J. IGNATZ

2                              - - -

3    BY MR. PURICELLI:

4         Q.    Okay.  I'm showing you a document
5    we've marked Ignatz-3, a July 31, 2007 dated
6    correspondence on Pennsylvania State Police
7    letterhead.  A two-paged document.
8                    Did I describe this
9    accurately, Lieutenant?
10        A.    Yes, sir.
11        Q.    Okay.  Appears to be signed by a
12   Captain Kenneth F. Hill on the second page?
13        A.    Yes, sir.
14        Q.    Do you know that to be Captain
15   Hill's signature or not?
16        A.    I do not.  No, sir.
17        Q.    Okay.  Is this the document that
18   you were referring to in your testimony of a
19   letter being attached to the report?
20        A.    I believe it is, sir.
21        Q.    Okay.  And it's your testimony
22   that you never talked to Captain Hill?
23        A.    First time I talked to Captain
24   Hill, I believe, was when we met in
25   Harrisburg in preparation for this lawsuit

STEVEN J. IGNATZ

```
 1
 2   some months ago.
 3       Q.    Okay.  That's fair.
 4                    So just so that the record
 5   is clear, that means you never met Captain
 6   Hill or talked to him about your
 7   investigation, your CLEAN investigation of
 8   Newtown Township before July 31, 2007.
 9       A.    I believe that's accurate.
10       Q.    Okay.  Now, in his third
11   paragraph down, approximately, third sentence
12   he writes you made a CLEAN NCI entry,
13   referring to Detective Bush, for your brother
14   when your department did not have
15   jurisdiction in the case.
16                    Do you see that?
17       A.    Yes, sir.
18       Q.    Did you ever tell anybody in the
19   Pennsylvania State Police, including Captain
20   Hill, before July 31, 2007 that you had
21   concluded that Newtown Township did not have
22   jurisdiction to make that CLEAN entry?
23                    That CLEAN entry being the
24   missing child report that we talked under
25   2908.
```

1                      STEVEN J. IGNATZ

2       A.      Right.

3                       The only person I recall
4  ever discussing anything about jurisdiction
5  with was, as I said before, Lieutenant Hile
6  and Trooper Fultz.  Other than that, I don't
7  remember ever talking to Captain Hill before.

8       Q.      Okay.  Now, Hile is the commander
9  of Troop F.

10                      Correct?

11      A.      I'm not sure what his position is
12 now.

13      Q.      Okay.  Pennsylvania State Police,
14 just for quick, tell me if I'm wrong, okay,
15 has commanders of stations.  They're usually
16 lieutenants.

17                      Correct?

18      A.      Sergeants or lieutenants --

19      Q.      Right.

20      A.      -- generally.

21      Q.      Generally, lieutenants.  Sergeant
22 sometimes --

23      A.      Correct.

24      Q.      -- takes care of a station.

25                      Correct?

2      A.      Generally it's the lieutenants.

3  And the number of stations usually take up an

4  area where a captain would look over them.

5                  Is that correct?

6      A.      Correct.

7      Q.      And in this case we have a letter

8  from a captain.

9                  Correct?

10     A.      Correct.

11     Q.      And the letter purports to be

12 from captain of Troop F, correct, in

13 Montoursville?

14     A.      Correct.

15     Q.      Okay.  And Lieutenant Hile was

16 where?

17                 Troop F, what station?

18     A.      I believe he was the staff

19 services commander.

20     Q.      Assigned to which station?

21     A.      Troop F.  I'm sorry.

22     Q.      Which --

23                 MR. HENZES:  He was

24 assigned to the whole troop.

25                 THE WITNESS:  Yeah.  It's

2     a troop wide position.
3              MR. HENZES:  It's
4     Montoursville.
5     BY MR. PURICELLI:
6     Q.    He has an office.
7           Doesn't he?
8     A.    Yes, sir.
9     Q.    What's the name of the barracks?
10    A.    I believe it's the Montoursville
11    headquarters.
12             MR. PURICELLI:  Do you
13    mind if I do my record?
14             MR. HENZES:  Well, you
15    were asking if he was a station
16    commander.  He wasn't a station
17    commander.
18             Had you asked him do you
19    know where his office was located, that
20    would have been a better question.
21             MR. PURICELLI:  I did
22    finally get around to that.
23             MR. HENZES:  Yeah.
24    BY MR. PURICELLI:
25    Q.    Okay.  Now, do you know whether

STEVEN J. IGNATZ
1

2    or not Captain Hill ever spoke with Hile?

3        A.    I don't know that.

4        Q.    Okay.  Did Hile tell you anything

5    in your conversation with him to lead you to

6    believe he was going pass the information on

7    that you told him to Captain Hill?

8        A.    I don't recall that happening,

9    sir.

10       Q.    But you emphatically did not tell

11   Captain -- or Lieutenant Hile that

12   Christopher Bush or his police department

13   didn't have jurisdiction to enter that CLEAN

14   entry.

15                    Is that true?

16       A.    I believe our discussion was -- I

17   believe that is true, but I believe our

18   discussion was we weren't there looking at

19   jurisdiction.  It was an issue of CLEAN

20   requirements.

21       Q.    Okay.  And in your recollection

22   of the conversation with Hile is there

23   anything that you said or can recall from

24   that conversation to cause you to testify

25   today that you caused Hile to believe your

1                    STEVEN J. IGNATZ

2   investigation, one, dealt with jurisdiction

3   and, two, found or concluded Newtown lacked

4   that jurisdiction?  Including the officer.

5        A.    No.

6        Q.    Thank you.

7              So would it be fair from

8   your view of your investigation that sentence

9   I read was untrue?

10       A.    Which sentence was that, sir?

11       Q.    You made a CLEAN entry, meaning

12  Christopher Bush made a CLEAN entry for your

13  brother, meaning Christopher Bush's brother,

14  for your department, meaning Newtown

15  Township, did not have jurisdiction in the

16  case.

17       A.    No.  I'm not -- I don't have a

18  judgment whether that was accurate or not

19  because I didn't make a judgment on

20  jurisdiction.

21       Q.    Just based on your investigation

22  and your facts --

23             MR. HENZES:  He answered

24        your question.

25

1                  STEVEN J. IGNATZ

2    BY MR. PURICELLI:

3         Q.     Based on your investigation is
4    that statement true based on your
5    investigation?
6         A.     I believe that to be accurate.
7         Q.     Do you?
8         A.     Yes.
9         Q.     Well, based on what?
10        A.     Just my knowledge of the case.
11        Q.     I'm not asking about that.  Based
12   on your investigation.
13                    Tell me --
14                    MR. HENZES:  Wait.  You
15        asked him -- you asked him is that
16        statement true?
17                    He said yes.
18                    You said, what do you base
19        it on?
20                    He says his knowledge of
21        the case.
22   BY MR. PURICELLI:
23        Q.     Okay.  My question to you
24   originally -- if you want me to read it
25   back -- was your investigation.  Not your

                    STEVEN J. IGNATZ

 2    knowledge of the case.
 3         A.    I'm sorry.
 4         Q.    Okay.  Since we're splitting
 5    hairs here.
 6         A.    That's what it is.
 7         Q.    Uh-huh.
 8         A.    I'm having trouble
 9    differentiating it.
10         Q.    I'm asking based on what you know
11    factually from what you saw and did based on
12    what you're supposed to do.
13         A.    From what I saw and did --
14         Q.    Uh-huh.
15         A.    -- I think we didn't make a
16    judgment on the jurisdiction.
17         Q.    Lieutenant, I just want a
18    straightforward answer.
19         A.    I'm trying to think how to say it
20    accurately.
21         Q.    I'll keep asking.  So you might
22    as well.
23         A.    I honestly don't have the
24    information.  In our CLEAN investigation we
25    didn't look at jurisdiction.  So I cannot say

                Bucks County Court Reporters
                      215.348.1173

1       STEVEN J. IGNATZ

2   whether that's accurate or inaccurate.

3       Q.      Based on your investigation can
4   you tell me based on your investigation what
5   you knew, okay, how that's true?

6               MR. HENZES: He said it
7       wasn't true or not true.

8               MR. PURICELLI: Well, I'm
9       splitting hairs for him.

10  BY MR. PURICELLI:

11      Q.      Now I'm going to say tell me how
12  it is true based on your investigation.

13      A.      I just do not think that, relying
14  on the Municipal Police Jurisdiction Act,
15  they had jurisdiction.

16      Q.      Okay. And you were never looking
17  at that particular aspect.

18              Were you?

19      A.      No.

20      Q.      You were just looking about
21  whether they could or couldn't put a CLEAN
22  entry in there.

23              Correct?

24      A.      That's right.

25      Q.      And isn't that what that sentence

1                    STEVEN J. IGNATZ

2     is saying; you couldn't put it in CLEAN?

3        A.     That's what that's saying.

4        Q.     And he could.

5                    Couldn't he?

6                    Under the law, Christopher

7     Bush, a detective from Newtown Township could

8     make that entry.

9                    True?

10       A.     I think there's conflicting laws.

11       Q.     Well, we went over the law.

12       A.     I realize that --

13       Q.     Didn't we?

14       A.     -- but I think they conflict.

15       Q.     Do I have to go over it again?

16       A.     No.

17       Q.     Didn't we agree 2908 --

18              MR. HENZES:  Did you ever

19    show him 2908?

20              MR. PURICELLI:  I offered

21    it to him.

22              MR. HENZES:  Well, show it

23    to him.

24    BY MR. PURICELLI:

25       Q.     Do you want to see it?

                Bucks County Court Reporters
                     215.348.1173

1                    STEVEN J. IGNATZ

2      A.     May I?

3      Q.     Sure.

4             You did testify you
5   reviewed this before today.

6      A.     It doesn't say any law
7   enforcement.

8      Q.     What does it say in 2908 in the
9   beginning, duties of law enforcement?

10            MR. HENZES:  Investigate a
11      report.

12            Show us where you quote it
13      saying any law enforcement person.

14            Where does it say in the
15      statute that any law enforcement?

16            MR. PURICELLI:  I'm not
17      here to be deposed.  He is.

18            MR. HENZES:  Well, no.
19      You made that comment to him.

20            MR. PURICELLI:  You can
21      clean up anything you want, Randy.

22              - - -

23            (Exhibit Ignatz-4, marked
24      for identification.)

25              - - -