1                  STEVEN J. IGNATZ

2      of the state.  I heard nothing about that.

3      Q.      All right.  You were trained also
4  on 2909.

5                  Weren't you?

6      A.      I don't know.  I know I've read
7  it, but I don't know if I've ever had
8  specific training, per se, in that particular
9  section.

10     Q.      Okay.  Now, the statute that
11 requires mandatory reporting says it's to be
12 entered irregardless of the circumstances.

13                 Doesn't it?

14     A.      I don't know what you're
15 referring to.

16     Q.      Well, read through it.  You can
17 read it to yourself.  You don't have to read
18 it out loud.

19     A.      (Complies.)

20     Q.      Have you had a chance to read
21 that?

22     A.      Yes, sir.

23     Q.      Now, in your training, as I think
24 you were alluding to, you were trained to
25 read the whole statute.

              Bucks County Court Reporters
                    215.348.1173

2                       Right?

3     A.    Yes, sir.

4     Q.    Now, you read part three in
5  conjunction with one and two.

6                       Correct?

7     A.    I don't have a part three.

8     Q.    Well, you just read it hopefully.

9     A.    Oh, I thought you meant
10 concealing --

11    Q.    No. No. No.

12    A.    What was your question again,
13 please.

14    Q.    When you read the requirement
15 under 2908 (a)(3) of immediate entry of the
16 children, okay, you read that part in
17 conjunction with the prior two.

18                      Correct?

19    A.    Yes.

20    Q.    All right. And so part one says,
21 you know, that you're to investigate upon the
22 receipt of -- I'm paraphrasing, okay -- of
23 the report. Okay?

24    A.    Okay.

25    Q.    And then it says regardless of

1
2   age of missing child or the circumstances
3   surrounding the disappearance of the child.
4                  Isn't that correct?
5   A.    Yes.
6   Q.    Okay. Now, the circumstance here
7   as you're being told is, oh, we know the
8   children are with the mother.
9                  Isn't that what the
10  circumstance was?
11  A.    That was my understanding. Yes.
12  Q.    Okay. Doesn't the law
13  specifically say we don't care what the
14  circumstances are?
15                 You're to investigate,
16  write a report and put the children in CLEAN.
17                 Isn't that what the law
18  says boiled down to its very essence?
19  A.    I think that's accurate. They're
20  to immediately investigate it and enter the
21  children into CLEAN if it's warranted.
22  Q.    Right.
23                 Now, an investigator for
24  CLEAN and knowing that you can only put in
25  CLEAN information that should be in there you

STEVEN J. IGNATZ

1
2  should know that statute.
3           Shouldn't you?
4           So that if somebody gives
5  you a missing child report you know whether
6  that report is proper or not.
7           Isn't that true?
8     A.   In what capacity are we talking
9  about?
10    Q.   As a person in charge to make
11 sure your CLEAN fails are proper.
12    A.   In that position we do not get
13 missing children reports to review or
14 anything like that.
15    Q.   So you're telling me the State
16 Police doesn't really care whether the
17 statute is being complied with when a CLEAN
18 entry comes in?
19          Is that what you're
20 telling me?
21    A.   No.  I'm not telling you that.
22    Q.   Okay.
23    A.   Because we take this information
24 very seriously, but when it would come right
25 down to it the accuracey of the information

STEVEN J. IGNATZ

```
 1
 2  was based or would ride upon the report, you
 3  know, and we would go out and audit it.
 4       Q.    Okay.  So if I can understand
 5  your testimony now all you really wanted to
 6  do was see the piece of paper.  You don't
 7  care what's on it is true or not.
 8       A.    Well, we did care if it was true
 9  or not, but we had no way, obviously, of
10  going over every detail of every report.
11       Q.    Well, in this case you had 45
12  minutes for a small piece of paper.
13       A.    Right.
14       Q.    Okay.  What was on that form that
15  wouldn't have been accurate under the law so
16  that the entry should be made?
17       A.    It was accurate --
18       Q.    Thank you.
19       A.    -- under the law.
20       Q.    Now, we were talking about State
21  Police now.  Now, you should have had
22  something very similar to that.
23                   Correct?
24                   They should have had a
25  report.
```

Bucks County Court Reporters
215.348.1173

```
 1                    STEVEN J. IGNATZ

 2                    Right?

 3                    Written report.

 4      A.    Yes.

 5      Q.    All right.  You should have had a

 6  complainant.  A victim.

 7                    Right?

 8      A.    Okay.

 9      Q.    And the report should have

10  started immediately when the complaint came

11  in.

12                    Correct?

13                    MR. HENZES:  When you talk

14        about complaint, you're talking about a

15        complaint of a missing child.

16                    MR. PURICELLI:  Yeah.

17                    MR. HENZES:  Okay.  All

18        right.  Because you kind of throw

19        complaint back and forth between that

20        and --

21                    MR. PURICELLI:  Let's

22        clean it up for you, Randy, so you're

23        not confused.

24                    MR. HENZES:  No.  If

25        somebody else reads it, you sometimes
```

```
 1
 2        forget somebody who's not in the context
 3        of this room --
 4                    MR. PURICELLI:  That's
 5        right.  That's why I'm going to make
 6        sure that -- I didn't really want to do
 7        this, but --
 8   BY MR. PURICELLI:
 9        Q.   The complainant is essentially
10   listed as the victim on the State Police
11   missing child form.
12                    Right.
13        A.   No.
14        Q.   No?
15        A.   No.  The victim is the actual
16   missing children --
17        Q.   Really?
18        A.   -- on an incident report.
19        Q.   You know I can't find it now that
20   I want it.
21                    MR. HENZES:  It's right in
22        front of you.
23                    MR. PURICELLI:  No.  I
24        have one that's highlighted.
25                    MR. HENZES:  Whether that
```

```
 2        one is or it isn't, it's his
 3        understanding that the victim is the
 4        children.  What someone else may have
 5        wrote is what someone else may have
 6        wrote.
 7   BY MR. PURICELLI:
 8        Q.   Well, let me ask you this then
 9   based on the representations of your
10   attorney:  Your understanding should be in
11   conformity with State Police forms and
12   training.
13                  Correct?
14        A.   Yes.
15        Q.   Okay.  And, obviously, if the
16   form, when I eventually find it, if it
17   classifies David Bush, person coming in
18   complaining, as the victim, under State
19   Police policy he is the victim.
20                  Correct?
21                  If the form says he's the
22   victim.
23        A.   Yes.
24        Q.   Okay. I'm going to show you a
25   document which I'm going to describe as -- I
```

1                    STEVEN J. IGNATZ

2     think you'll recognize it as NCIC or computer

3     initial crime response for Pennsylvania State

4     Police.  This is just for information at the

5     moment.

6                    Okay?

7     A.    Yes, sir.

8     Q.    Is that a form you utilized in

9     the investigation of a missing child?

10              MR. HENZES:  That he or he

11    would use?

12              MR. PURICELLI:  State

13    Police.

14              MR. HENZES:  Oh, that it's

15    a form the State Police would use?

16              MR. PURICELLI:  That's

17    what we're talking about.

18              THE WITNESS:  This is a

19    printout of the initial crime query

20    systems.

21    BY MR. PURICELLI:

22    Q.    Perfect.

23    A.    Okay.

24    Q.    Perfect description.

25              Now, before we went on the

STEVEN J. IGNATZ

```
 1
 2   record today you and I discussed software
 3   stuff, correct, just as a casual discussion.
 4                    Right?
 5       A.    Yes, sir.
 6       Q.    And we talked about filling in
 7   the blank kind of forms like that.
 8                    The document I'm showing
 9   you now would be generated as a result of
10   somebody filling in the blank on these forms
11   looking like that.
12                    Correct?
13       A.    Yes.
14       Q.    All right.  So that document
15   there is generated as a result of an entry
16   made by a State Police official in this case.
17                    Correct?
18       A.    Yes.  Those are typically done by
19   the clerks.
20       Q.    Based on what the trooper or
21   investigator writes.
22       A.    Yes.
23       Q.    Correct?
24       A.    Yes.
25       Q.    They don't just put their own
```

1       STEVEN J. IGNATZ

2    information.

3                    Right?

4    A.     Correct.

5    Q.     Now, that State Police document

6    Randy is looking at now --

7    A.     Uh-huh.

8    Q.     -- identifies David Bush as the

9    what?

10   A.     Randy, may I see it?

11              MR. HENZES:  No.  This

12      copy identifies him as the victim, too.

13      No one disputes the paper identifies him

14      as the victim and identifies him as the

15      victim on the computer printout.

16   BY MR. PURICELLI:

17   Q.     All right.  So now that we've

18   gone through that exercise of victim Randy

19   has gotten to the point that I have been

20   describing Mr. Bush correctly as the victim.

21   A.     Yes, sir.

22              MR. HENZES:  At least by

23      the person who wrote the report.

24              MR. PURICELLI:  All right.

25      Let's go down that road for Randy.

                Bucks County Court Reporters
                       215.348.1173

1                STEVEN J. IGNATZ

2                MR. HENZES:  Because,
3     remember, it's not his.  You're asking
4     about somebody else's report, Brian, so
5     you're clear.
6                MR. PURICELLI:  No
7     problem, Randy.  Not at all.  I don't
8     mind going down this foundation road.
9     BY MR. PURICELLI:
10         Q.    That document that we're looking
11    at is a result of an official State Police
12    form.
13                Correct?
14         A.    Yes.
15         Q.    And it's supposed to be filled
16    out in accordance with State Police policies
17    and procedures.
18                Isn't it?
19         A.    Yes.
20         Q.    And the officer or clerk in this
21    case is trained by the State Police on what
22    forms to fill in and what information to put
23    in on those forms.
24                Correct?
25         A.    Yes.

                Bucks County Court Reporters
                        215.348.1173

1                STEVEN J. IGNATZ

2       Q.      Now, do you know of any reason

3    that you can tell me why David Bush on these

4    State Police forms is incorrectly identified

5    as the victim?

6                MR. HENZES:  Wait a

7       second.  There's no -- I object to the

8       form of incorrectly.  The question is

9       why he was identified as the victim.  We

10      haven't come to a determination whether

11      he's been identified correctly or

12      incorrectly.

13               MR. PURICELLI:  That's

14      your argument.  I'll stick with my

15      question.

16               MR. HENZES:  Well, I'm

17      objecting to the form of the question.

18   BY MR. PURICELLI:

19      Q.      Okay.  Do you understand the

20   question, Lieutenant.

21      A.      I do.

22      Q.      All right.  Thank you.

23               Please answer it.

24      A.      I don't know why he would be

25   listed as the victim on that report.

1         STEVEN J. IGNATZ

2      Q.    Can you show me where on a
3  missing persons report first page -- you're
4  free to look at this document.
5              MR. HENZES:  It's not a
6  missing persons report.  It's an
7  incident report.
8              MR. PURICELLI:  Let's mark
9  this as Ignatz-4 or five.
10              - - -
11              (Exhibit Ignatz-5, marked
12  for identification.)
13              - - -
14              MR. HENZES:  So we're
15  clear, five is --
16              MR. PURICELLI:  We're
17  going to go down that road.
18              MR. HENZES:  Five is an
19  incident report.
20              MR. PURICELLI:  We're
21  going to go down there.
22              MR. HENZES:  Well, I'm
23  just telling you.  You said it was a
24  missing persons report.  I'm just
25  clearing the record up.  It's an

Bucks County Court Reporters
215.348.1173