1       STEVEN J. IGNATZ

2       incident report.

3              MR. PURICELLI: Just for

4       the record, did I ask for the reports?

5              MR. HENZES: It says

6       incident report.

7              MR. PURICELLI: Did I ask

8       for all the reports in this case and

9       related to the claims in this case?

10             MR. HENZES: I understand

11      what you asked for. The question you

12      said let's review, pointing to this, the

13      missing persons report. This does not

14      say missing person. All I asked you to

15      do is to correctly identify what you're

16      pointing out to the witness.

17   BY MR. PURICELLI:

18      Q.    Okay. Now, the statute that we

19   just went over, 2908, says the proper form is

20   to be started.

21              Right?

22      A.    (Nods head up and down.)

23      Q.    Okay. And in this case that

24   we're talking about that you've been told

25   about is a missing person report (sic).

1                STEVEN J. IGNATZ

2                      Correct?
3       A.    No. It's not.
4       Q.    It's not?
5                      What is it then?
6       A.    It's an incident report.
7       Q.    No. No. The case. Listen to my
8  question.
9       A.    Well, this is --
10      Q.    I'm going to get to that.
11      A.    Okay.
12      Q.    Just listen to my questions. We
13 are going to get to it believe me.
14                     Now, the case that you
15 were told about was a missing child case.
16                     Correct?
17      A.    Yes, sir.
18      Q.    All right. 2908 deals, the
19 statute, deals specifically with missing
20 children.
21                     Doesn't it?
22      A.    Yes.
23      Q.    All right. And we went through
24 the three. One of them said create the
25 proper report.

```
                    STEVEN J. IGNATZ
 1
 2                        Correct?
 3      A.    Yes.
 4      Q.    All right.  There's a lot of talk
 5  about what this document is.
 6                        Is this a missing child
 7  report?
 8      A.    No.  It's not.
 9      Q.    Okay.  Look through it for me,
10  please.  Tell me what of those documents is
11  the missing child report.
12      A.    A missing person report is what
13  the State Police uses.  It's an attachment to
14  an incident report.
15      Q.    Do you see it in that packet?
16      A.    I do not see it in this packet.
17      Q.    All right.  I've brought a hard
18  copy of what documents were handed to me and
19  the disk, okay, and a computer you can look
20  at if you want to.  Okay.  And I can tell you
21  I don't find this document you're talking
22  about.
23                  MR. HENZES:  He never said
24        there was a missing person report.  He
25        said he got his information from Fultz.
```

1                    STEVEN J. IGNATZ

2                      MR. PURICELLI:  Make your

3      arguments to the judge.

4                      MR. HENZES:  No.  You're

5      cluttering the record with total

6      misinformation.

7                      MR. PURICELLI:  No.  I'm

8      not.

9                      MR. HENZES:  Yes.  You

10     are.  I mean, you --

11  BY MR. PURICELLI:

12     Q.     Is there in your investigation to

13  see if there was a missing child report for

14  your CLEAN entry one similar or even close to

15  that by Troop F that you could find?

16     A.     No.

17     Q.     No.

18                     And we can agree the pack

19  I gave you that I marked doesn't contain the

20  State Police official missing child report.

21     A.     That's correct.

22     Q.     Now, this particular document has

23  been painstakingly referred to as an incident

24  report.

25                     Correct?

1                STEVEN J. IGNATZ

2        A.      Correct.

3        Q.      Okay.  Under State Police policy

4   when should this report start?

5        A.      Upon the initial investigation.

6        Q.      Under State Police policy,

7   practices and procedures what should the

8   person taking this report take, this one, not

9   similar to it, this one, which is identified

10  concealment of whereabouts of a child?

11               Do you see that?

12       A.      Uh-huh.

13       Q.      First page.

14       A.      Yes, sir.

15       Q.      What should the investigator do,

16  the person taking the complaint that forms

17  this incident?

18       A.      From my point of --

19       Q.      Just tell me your training.

20       A.      Yeah.

21       Q.      Just your training.

22       A.      What I would do is get who, what,

23  where, when, why and how.  Document

24  everything.  And if there's any question

25  about prosecution I would contact the

1      STEVEN J. IGNATZ

2  district attorney for whatever county.  I'd

3  do the report in a timely fashion, submit it

4  to supervisor for review.

5      Q.    Okay.  Now, this incident report,

6  okay, is this used for all types of reports?

7      A.    For a lot of them, but not all of

8  them.

9      Q.    What about for missing children?

10     A.    Yes.

11     Q.    So this would be essentially a

12 missing persons report, too?

13     A.    But there would be an attachment

14 to it.

15     Q.    What would that look like?

16     A.    It's a form that says missing

17 person and has a lot of blocks for a lot of

18 identification factors.

19     Q.    Under the policies and procedures

20 of the State Police what is the determination

21 factor of whether that form, that missing

22 child form is filled out or not?

23     A.    I'd have to look that up in our

24 7-2 manual, but I believe it's any time a

25 case involving a missing child is reported

1        STEVEN J. IGNATZ

2    it's done.

3        Q.    Okay.  Do you recall from your

4    training?

5        A.    Or missing person.  I'm sorry.

6        Q.    That's fair.  That's fair.

7              From your training, how do

8    you determine if a person is missing or not?

9        A.    I believe that's just done

10   through investigation.

11       Q.    Okay. Well, if somebody comes in

12   and says my children are missing, I think

13   they're with my wife and I don't know where

14   she is, okay, and then the trooper classifies

15   that concealments of the whereabouts of a

16   child crime, what should the trooper be

17   doing?

18       A.    I would say he should be

19   investigating it.

20       Q.    How?

21       A.    Gathering the facts that --

22       Q.    When should he start that

23   investigation?

24       A.    I would start --

25       Q.    What would you --

```
1                      STEVEN J. IGNATZ

 2       A.       -- immediately.
 3       Q.       As a lieutenant what would you
 4  expect that trooper to be doing?
 5       A.       I would expect that he would look
 6  into it --
 7       Q.       How --
 8       A.       -- immediately.
 9       Q.       How much time should pass before
10  they go out and start looking into it?
11       A.       I would think it would be done
12  immediately.
13       Q.       All right.  So that we're not
14  splitting hairs and it's not picking on you
15  because I know there are people in this room,
16  not Randy, either, that have fine definitions
17  of words.
18                        Immediate in the State
19  Police's thinking that you're trained as when
20  from the time of the complaint?
21       A.       Right away.
22       Q.       Like, you know, it was nice
23  meeting you, I start now?
24       A.       Yes.
25       Q.       Okay.  How about two months?
```

Bucks County Court Reporters
215.348.1173

1  STEVEN J. IGNATZ

2            Seem a little stale?

3       A.   Without knowing more facts I'd
4  say that's too long.

5       Q.   I'll give you some facts. I
6  don't want you to guess.

7            I come in to you. Say my
8  name is David Bush. I say my children are
9  missing. I think they're with my wife. I
10 don't know where they are. You take the
11 report. Diligently take the report. Looks
12 very much like this one here. Prepare all
13 the same information that's on here. Okay.
14 And then you wait two months to start
15 looking.

16           Is that immediate under
17 State Police thinking?

18      A.   I wouldn't think that's
19 immediate.

20      Q.   All right. Now, let's suppose,
21 also, that, you know, you were busy and you
22 didn't have the chance to look for a missing
23 child. You were a patrol officer. You were
24 out there doing what patrol officers are
25 assigned to do, criminal investigation, and

1
2  you ask for some help and let's say you get
3  that and that help, another trooper in the
4  barracks, develops some addresses maybe where
5  the kids might be. Okay.
6           Would getting the
7  information and then waiting two more months
8  to act on it be immediate under State Police
9  thinking?
10      A.    No. It's not immediate.
11      Q.    No.
12           Okay. Could you think of
13  any of the trainings, policies or procedures
14  that might mitigate that type of delay?
15  Either delay.
16      A.    Without more information
17  specifically I can't.
18      Q.    Okay. If I asked you to peruse
19  this report real quick, okay, could you glean
20  any information that might be within the
21  State Police's thinking to explain that
22  delay?
23           MR. HENZES: Delay what?
24           MR. PURICELLI: Four
25      months.

2                    MR. HENZES:  Four months
3      of what?
4                    MR. PURICELLI:  Finally
5      going out and looking for missing
6      children.
7                    MR. HENZES:  You can't
8      read a report, but that's okay.  One of
9      your many failings in life.
10                    MR. PURICELLI:  I hear ya.
11                    MR. HENZES:  But that's
12      okay.  Because if you turned to page
13      three of the report that identifies the
14      efforts he made within one day of
15      collecting the report.
16                    MR. PURICELLI:  Uh-huh.
17                    MR. HENZES:  But, again,
18      that's you.
19                    MR. PURICELLI:  You've got
20      to be kidding me, Randy.
21    BY MR. PURICELLI:
22      Q.     Okay.  It's only three pages, as
23    Randy was most astute to notice.
24                    Right?
25      A.     Yes.

1                  STEVEN J. IGNATZ

2          Q.      A report came in at February 23,
3    '06 at 11:30.
4                  Right?
5          A.      Yes, sir.
6          Q.      Who does it identify as the
7    victim in that first page, second paragraph
8    down?
9          A.      The suspect?
10         Q.      Uh-huh.
11         A.      Sara Monerrate.
12         Q.      How about if I read it for you
13   and tell me if I'm wrong?
14                 MR. HENZES:  Are you
15         talking about the victim who's
16         identified as the victim on page one or
17         page two?
18   BY MR. PURICELLI:
19         Q.      Page one.
20         A.      Oh, page one.  I'm sorry.
21         Q.      Uh-huh.
22         A.      David no middle name Bush.
23         Q.      Okay.  Let's go to page two.
24   Let's look up in black 65.
25         A.      Okay.

1                    STEVEN J. IGNATZ

2       Q.    Okay.  What's that block for?

3       A.    That's an offender block.

4       Q.    Uh-huh.

5             Well, what's an offender?

6       A.    Well, it's either an accused or a
7    suspect.

8       Q.    Fair enough.

9             Who's the accused or
10   suspect?

11      A.    This lists the suspect is Sara
12   Nicole Monserrate.

13      Q.    Now, synopsis down in the
14   narrative, do you see that?

15      A.    Uh-huh.

16      Q.    Okay.  Paraphrase, David Bush
17   says I don't know where my kids are.  Sara
18   took them.

19            Would that be a fair
20   distillation of that synopsis?

21      A.    Yes.

22      Q.    Okay.  In the training for
23   missing children what is the criteria of a
24   parent for a parent to report his children
25   missing?

1                    STEVEN J. IGNATZ

2        A.      I honestly don't know.  In a case

3   like this I would refer it to the District

4   Attorney's office for --

5        Q.      Okay.  And if --

6        A.      -- some information.

7        Q.      -- the district attorney told you

8   to investigate the missing children, what

9   would you glean from that information?

10       A.      I would say that they want more

11  information or more for the information

12  before charges are filed.

13       Q.      What kind of investigation?

14       A.      Do what you can to locate the

15  children.

16       Q.      That are missing?

17               Is that the magic word?

18       A.      Yeah.

19       Q.      Okay.  Were you aware that John

20  F. Cowley, the district attorney from Tioga

21  County was instructing the State Police to

22  try and locate the whereabouts of the kids?

23       A.      No, sir.

24       Q.      Okay.  Did Fultz not mention

25  that?

                Bucks County Court Reporters
                      215.348.1173