Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 1 of 6

Deposition of Sergeant Sean Adams                         Christopher Bush & David Bush V S.C Adams, et al.

40:*11*  48:*11*  56:*17*
58:*9*, *22*, *23*  59:*3*,
*18*  61:*5*, *25*  63:*10*
64:*20*  66:*12*  70:*10*
71:*12*  78:*21*  80:*17*
81:*6*  82:*14*  84:*18*,
*20*  86:*12*, *24*  90:*13*
92:*7*  134:*15*
**answered**  40:*9*
64:*18*  65:*5*  105:*7*
108:*25*  109:*3*
114:*12*  129:*12*, *14*
131:*17*  134:*10*, *14*
**answering**  84:*15*
88:*11*, *14*, *15*
**answers**  10:*25*
**anybody**  46:*1*, *3*
68:*25*  114:*10*
117:*1*  119:*8*, *25*
120:*21*  121:*10*
122:*9*, *18*, *20*  127:*7*,
*11*, *15*, *16*, *20*
128:*22*  129:*3*, *7*, *17*
137:*7*  139:*1*, *2*
**anymore**  102:*22*
**apologize**  129:*14*
**apparent**  111:*13*
**apparently**  30:*18*
**appear**  19:*18*  29:*4*
41:*22*  42:*2*  43:*19*
45:*5*  75:*18*  112:*5*
125:*1*, *3*  126:*24*
**APPEARANCES**
2:*1*  142:*1*
**appeared**  26:*6*
34:*5*  42:*8*  44:*3*, *19*
75:*20*  125:*6*
**appearing**  45:*3*
**appears**  41:*16*
42:*23*  83:*12*  111:*23*
**applicable**  99:*9*
**application**  4:*25*
**applied**  6:*15*
**appreciate**  11:*20*
**appropriate**  92:*17*
106:*20*  113:*14*
**appropriately**  75:*11*,
*12*
**approximate**  52:*4*

**approximately**  5:*13*
65:*24*  88:*17*
132:*15*, *18*
**arbiter's**  70:*23*
**Argumentative**
71:*10*  80:*7*, *15*
86:*10*
**armed**  32:*2*
**arms**  6:*15*
**arrangement**  8:*4*
**arrest**  35:*19*  36:*22*
41:*14*  47:*5*  93:*21*
105:*21*, *23*  107:*25*
112:*16*  113:*9*, *16*,
*23*  114:*4*  119:*16*
120:*22*  121:*1*, *3*, *3*,
*6*, *14*, *16*  122:*4*, *5*,
*11*, *22*  123:*2*, *3*
127:*9*
**arrested**  66:*9*
105:*11*, *14*, *18*
123:*12*
**arrests**  127:*8*
**Aside**  17:*18*  20:*20*
21:*15*  25:*22*  45:*8*
127:*19*  128:*9*
137:*25*
**asked**  11:*10*  33:*16*
40:*8*  64:*17*  65:*4*
82:*10*  98:*11*, *12*
100:*4*, *6*  101:*1*
105:*6*  109:*3*
114:*11*, *12*  120:*25*
126:*14*  127:*21*
129:*11*  131:*13*
132:*9*, *10*  138:*3*, *13*
**asking**  7:*12*  21:*6*
22:*7*  26:*10*  30:*5*,
*13*  33:*9*  34:*16*, *18*
59:*20*  61:*11*  71:*16*
77:*5*, *23*  84:*24*
90:*8*, *16*  91:*14*
97:*3*  101:*6*  103:*4*
125:*19*  128:*13*, *22*
129:*15*  131:*8*, *10*
136:*5*
**aspects**  26:*20*
**assigned**  14:*15*, *18*
24:*2*  118:*22*  119:*3*,

*12*
**assigning**  56:*16*
**assignment**  14:*22*
24:*4*
**assist**  120:*22*
**Assistant**  13:*25*
**assisted**  47:*16*
**associated**  71:*6*
**assume**  5:*5*  34:*8*
70:*2*  78:*7*  85:*5*
90:*3*  98:*14*, *15*
104:*4*, *9*
**assuming**  19:*20*
48:*8*  103:*20*  104:*3*
124:*25*  125:*1*
128:*24*
**attach**  115:*20*
**Attorney**  1:*21*  2:*8*
13:*25*  16:*25*  18:*3*
20:*22*  22:*9*  25:*3*, *5*,
*8*, *18*  26:*2*  35:*11*,
*14*  36:*10*, *25*  37:*3*,
*10*, *14*, *25*  40:*18*
49:*6*, *7*, *9*, *11*, *12*, *25*
50:*3*, *4*, *18*, *23*, *24*
51:*5*  73:*19*  74:*1*
75:*22*  76:*4*, *8*, *12*,
*23*  82:*2*, *4*  89:*2*, *12*
101:*4*  102:*14*
103:*22*  104:*8*, *12*,
*17*  105:*5*, *9*, *14*
108:*2*, *16*  117:*25*
122:*10*, *15*, *25*
123:*5*, *8*, *23*  124:*9*
125:*10*, *16*, *20*
126:*11*  127:*12*
128:*6*  140:*13*
141:*21*  142:*8*
**attorneys**  125:*15*
127:*7*
**Attorney's**  9:*25*
13:*19*, *24*  24:*21*, *23*
35:*8*  36:*2*  38:*4*, *10*
43:*22*  68:*22*  122:*12*
**authorities**  107:*12*,
*15*
**authority**  67:*7*
85:*7*, *9*, *17*, *20*, *22*
87:*22*, *24*  93:*2*

96:*17*  100:*10*
**authorized**  32:*24*
**automatically**  43:*7*
**available**  14:*17*
44:*7*  119:*22*
**aware**  32:*17*, *20*
33:*18*  56:*14*, *19*
77:*1*
**awfully**  20:*25*

< B >
**back**  15:*2*, *5*  18:*13*
26:*2*  32:*19*  33:*21*
53:*1*  103:*3*, *5*
109:*6*  121:*4*  138:*1*
**background**  5:*2*
**bail**  102:*3*, *12*, *15*,
*18*  104:*3*  123:*3*, *9*,
*9*  124:*16*
**Barracks**  47:*11*
**based**  8:*22*  13:*13*,
*18*  34:*4*, *19*  36:*14*
37:*19*  41:*20*  55:*6*
56:*3*, *6*  58:*10*  59:*7*,
*9*  61:*7*, *11*  62:*8*
67:*17*, *19*  71:*6*
72:*7*, *8*  74:*17*  76:*6*
78:*23*  81:*1*  82:*11*
84:*2*  90:*16*  96:*25*
108:*16*  109:*12*
110:*12*  113:*18*
119:*4*
**basement**  87:*12*
**basic**  5:*13*  11:*14*
84:*19*
**basically**  7:*6*  22:*3*
26:*11*  27:*2*  42:*5*
52:*22*  62:*12*  88:*18*
132:*17*
**basis**  26:*22*  72:*17*,
*21*, *22*  95:*10*
**bat**  41:*10*
**bearing**  30:*9*  116:*4*
**becoming**  5:*24*
16:*6*
**behalf**  2:*4*, *11*  3:*2*
142:*4*, *11*
**belabor**  103:*19*
135:*13*  139:*7*

Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 2 of 6

Deposition of Sergeant Sean Adams                                    Christopher Bush & David Bush V S.C Adams, et al.

**belief** 61:*12* 76:*7* 119:*4*, *5*
**believe** 5:*14* 7:*17* 10:*6* 15:*2* 16:*14* 25:*9*, *12*, *15* 26:*4* 31:*6* 34:*2* 35:*20* 42:*1*, *16* 45:*16*, *19*, *23* 46:*6*, *8*, *12* 47:*9*, *12*, *14* 52:*17*, *18* 53:*21* 54:*21* 58:*5*, *12*, *13*, *18*, *24* 61:*8* 66:*13* 68:*14* 72:*4* 74:*12* 75:*16* 76:*5* 82:*19* 88:*5* 92:*22* 93:*5*, *10*, *11* 94:*16* 95:*25* 97:*14*, *23* 102:*2*, *17* 103:*16* 106:*2* 107:*8* 108:*6*, *6* 110:*14* 113:*15* 116:*12* 117:*9* 118:*22* 119:*10* 120:*2* 125:*11* 126:*12* 127:*5*, *10* 130:*23* 131:*18* 132:*9*, *21* 136:*7*
**believed** 58:*11* 59:*4* 62:*3*, *4* 65:*16* 66:*23* 76:*12*, *19* 79:*2* 97:*16* 98:*21* 100:*3*
**benefit** 97:*6*, *21*
**best** 8:*1* 10:*4* 81:*23* 82:*18* 89:*14*
**beyond** 99:*17*
**big** 20:*25*
**Board** 2:*9* 142:*9*
**bond** 44:*12*
**bonds** 44:*14*
**book** 100:*24* 101:*2*, *9*, *9*, *10*
**box** 42:*22* 109:*6*
**break** 49:*18*, *24*
**Brian** 2:*3*, *3* 3:*5* 4:*13* 120:*20* 142:*3*, *3*
**briefly** 68:*5*
**bring** 10:*2* 11:*6* 16:*17* 47:*14* 79:*5* 85:*8*, *23*, *24*
**bringing** 92:*1* 138:*1*
**brings** 11:*13*
**Broad** 1:*21* 128:*19* 141:*21*
**brother** 75:*17*
**brought** 11:*7* 16:*18* 33:*21* 79:*22* 101:*15* 121:*23*
**Bucks** 108:*1*, *4*
**building** 43:*14*
**BUSH** 1:*7*, *7* 10:*10*, *12* 12:*8*, *13*, *15*, *17* 13:*3* 15:*19*, *20* 16:*1* 22:*21* 23:*13* 27:*10* 28:*11* 29:*23* 31:*9*, *12* 32:*6*, *10*, *24* 33:*2*, *22* 34:*12* 36:*4*, *6*, *11* 37:*5*, *10* 39:*4* 46:*25* 47:*4*, *8*, *21*, *22* 51:*23* 52:*5*, *9*, *14*, *19* 53:*16* 54:*13* 55:*19* 56:*8* 58:*15* 59:*10* 62:*6* 64:*6*, *11*, *14* 65:*23* 66:*8*, *9* 68:*1*, *3*, *24*, *25* 69:*7* 70:*25* 71:*6* 72:*1*, *7* 73:*2* 75:*7*, *17* 76:*1* 77:*11*, *18* 78:*25* 79:*18* 85:*7*, *19* 87:*22* 93:*21*, *22* 94:*5*, *11*, *11*, *13*, *13* 95:*1*, *25* 99:*2* 105:*3*, *11*, *16* 106:*21* 107:*25* 110:*19* 118:*5* 119:*16* 120:*23* 121:*1*, *3*, *11* 122:*11*, *21* 127:*4*, *7*, *12* 131:*13* 132:*24* 136:*24* 141:*7*, *7*
**Bushes** 130:*21*
**Bush's** 29:*1* 35:*19* 36:*22* 75:*17* 109:*20* 111:*10*
**business** 44:*4*

**< C >**
**caliber** 32:*2*
**call** 7:*8* 14:*16*, *17*, *22* 15:*1*, *2*, *3*, *6* 23:*10* 25:*13*, *15* 27:*19* 35:*7* 40:*16* 41:*9* 108:*1*, *4* 114:*10* 115:*19*, *21*, *25* 134:*25* 137:*3*
**called** 3:*2* 25:*7* 39:*6*, *7* 40:*17* 48:*8* 51:*10*, *12* 83:*4* 114:*14*, *17* 125:*11*, *12*, *16* 126:*11*, *19*, *23*, *23* 131:*18* 137:*4*
**calling** 15:*4* 130:*8*
**Calls** 59:*18* 90:*11*
**Candice** 115:*4*, *5* 116:*6*, *10*, *12* 117:*1*, *4*, *11* 118:*25* 119:*5*
**Captain** 130:*2*, *3*, *13* 131:*5* 132:*7* 133:*6*, *9*, *20* 134:*1*, *6*, *25* 135:*19* 136:*1*, *17*
**captain's** 135:*8*
**caption** 140:*11* 143:*4*
**care** 78:*15* 129:*1*
**cares** 89:*20*
**carried** 28:*22* 106:*9*
**case** 14:*16*, *18* 16:*9*, *10*, *11* 29:*12* 35:*12* 39:*4* 42:*4* 45:*22* 47:*14*, *22* 52:*10* 58:*11* 59:*10* 63:*15* 68:*9* 73:*21* 78:*2* 87:*18* 90:*3* 104:*10*, *13*, *16* 105:*5*, *9* 106:*12* 107:*25* 108:*12*, *23* 109:*14* 122:*3*, *22* 123:*1*, *15*, *18*, *22*, *24* 124:*16*, *19* 125:*17*, *20* 126:*6*, *13*, *16*, *17* 127:*2*, *8*, *12* 130:*23* 132:*8*, *10*, *11* 136:*25* 137:*5*
**cases** 39:*2*, *3* 59:*6* 65:*8*, *10*
**catch** 27:*16*
**categories** 27:*12*, *18* 28:*6*
**category** 27:*14*, *20*
**cause** 119:*16* 140:*6*
**caused** 93:*20* 127:*8*
**center** 123:*14*
**certain** 9:*17* 12:*23* 21:*2*, *11* 26:*20* 35:*23* 50:*16* 52:*23* 65:*20* 67:*14*
**certified** 3:*4*
**certify** 140:*5*, *10*, *11* 143:*1*
**chain** 130:*14*, *15*
**change** 4:*4* 21:*21* 61:*17*
**changed** 12:*13*, *13* 24:*16* 37:*3*, *6* 59:*15* 60:*2*
**characterize** 24:*9*
**charge** 65:*11* 82:*19* 91:*19* 132:*11*
**charged** 64:*12*, *15*, *22* 78:*11* 81:*13*, *18* 84:*6* 98:*20* 99:*2*, *20*
**charges** 47:*14*, *15* 64:*5* 79:*5*, *23* 101:*21* 104:*5*, *8*
**charging** 65:*2*
**chasing** 89:*13*
**check** 17:*23* 32:*22* 110:*15*, *17* 135:*11*
**checked** 42:*22* 68:*21* 116:*5*
**Chesterfield** 140:*3*
**chief** 127:*24*
**child** 7:*14*, *15* 9:*11* 20:*10*, *16*, *21* 21:*20* 33:*13*, *17*, *25* 64:*7* 99:*20* 100:*6* 106:*7* 111:*4* 132:*8*, *25*
**children** 8:*6*, *11* 9:*3*, *3* 10:*12*, *12*, *16*, *17* 11:*4*, *4* 12:*8*, *10*, *12* 13:*7*, *10*, *12* 15:*19*, *23*, *25* 16:*23* 20:*7* 26:*14*, *15*, *23* 27:*13* 28:*23* 29:*1* 30:*8* 31:*8*, *10*, *19* 32:*5*, *12*, *25* 33:*6*,

Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 3 of 6

Deposition of Sergeant Sean Adams                                        Christpher Bush & David Bush V S.C Adams, et al.

16, 20   34:3, 10, 12
35:22   36:3, 12, 23
37:1, 5   47:4   52:6
53:1, 4, 14, 20
54:11, 14   56:13
59:8, 16   60:2, 23
61:15   62:7, 9
64:12, 16, 24   65:3,
21   66:15, 16, 20
67:3   68:2, 13   69:1,
8   70:6   78:12, 18
79:1, 16, 20, 24
85:1, 21, 23, 24
87:23   89:7, 18, 22,
24   91:9, 24   92:1, 3,
12, 20   93:9, 22
94:6   95:2, 4, 11
96:7, 21, 22   98:7,
13, 18   99:5, 20
100:9   132:10
134:3, 8   137:25
**children's**   24:15
29:7   130:11
**chose**   43:25
**Chris**   23:13   68:1
75:17
**CHRISTPHER**   1:7
141:7
**circumstances**
13:18   28:17   36:14
37:20   39:11, 12, 21
41:16, 18, 21, 25
43:24   45:9, 14
58:10   59:9   61:8
62:3   104:15   122:8
**City**   1:20, 21   2:8
4:17, 21, 24   5:25
12:7   13:2   14:7
15:18   24:21, 22
49:25   65:20   66:5
67:19   70:4   86:16
106:6   120:3
130:17   136:21
141:20, 21   142:8
**City's**   50:3
**Civil**   1:10   6:22, 25,
25   7:10   141:10
**claiming**   59:14
60:9, 17
**claims**   60:1

**clarify**   29:18   72:14
95:20
**classes**   27:8
**classification**   27:25
**classified**   28:16
29:15, 24   30:4, 14
47:15
**classify**   28:12   29:1
65:13
**clear**   21:16   92:25
**clearances**   23:4
**clearly**   97:9
**client**   49:6, 9   50:3,
24   128:6
**close**   128:6
**code**   80:18, 20
81:17   83:1   84:10
101:14
**come**   24:11   26:2
34:23   43:19, 25
49:17   59:14   60:8,
17   61:12   62:14
85:7   92:11   100:13
120:4   137:2, 19
**comes**   9:2   43:7
89:22
**coming**   53:16
59:25   92:3
**command**   130:18
**commander**   130:16
**commencing**   1:19
141:19
**comments**   143:2
**commission**   140:23
143:17
**commissioned**
140:5
**committed**   26:15
98:3
**common**   24:7, 10
**Commonwealth**
5:19   10:14, 16
13:19, 24   37:11, 17
81:3   82:20   85:20
128:14
**Commonwealth's**
9:25   13:25   25:2, 4,
7, 17   26:2   35:8, 11,
14   36:2, 10, 25
37:2, 10, 14, 25

38:3, 9   40:18
43:22   68:22   75:21
76:4, 8, 12, 23   82:1
102:13   103:22
104:8, 12, 17   105:4,
9, 14   108:15
122:12, 15, 25
123:4, 8   124:9
125:10, 16, 19
126:10
**communicate**   63:23
**communicated**
25:14   46:1, 3
104:7   122:10
**communicating**
47:25   109:15
**communication**
23:15, 24   25:11
26:1   46:15, 20
49:4   51:6, 18, 19,
22   63:24
**communications**
50:22   51:1, 16
63:13, 19   107:9
119:14   133:22
**compare**   21:1
**compared**   59:6
**compel**   73:24
**complete**   40:24
**completed**   140:11
**composition**   26:10
**Compound**   12:1
61:22   97:8
**concede**   82:3
**concent**   92:14
**concluded**   95:6
139:15
**conclusion**   37:21,
22
**conclusions**   95:17
**conditional**   5:3
**confer**   75:21
**conferences**   26:23
**confirm**   69:25
106:14
**confirmations**   136:8
**confirming**   136:1
**consent**   96:17, 18
**consider**   65:18

**consist**   20:2
**consisting**   19:19
**conspiracy**   83:4
**Conspired**   83:7
**constitute**   30:10
39:21
**constituted**   37:20
**constitutes**   91:19,
20   99:11
**constituting**   84:3
**constitutional**   6:22
**consult**   9:25
**consultation**   38:2
**consulted**   13:19
26:5   37:24, 24
**consulting**   11:24
43:21
**contact**   15:7   24:22
37:9   46:18, 18
48:9   51:9   52:12
54:1   107:11, 16
108:8   112:17, 24
113:14, 21   114:18
116:18   119:25
121:2, 10, 12
**contacted**   12:5
24:21   35:11   48:14,
15   114:2, 5, 21
116:16   117:11, 21
118:3   130:22
133:7, 18   134:1
**contacting**   53:18
118:16
**contacts**   107:25
119:13
**contained**   23:5, 22
**content**   25:20   30:6
31:1   45:12   47:2
48:7   51:8, 15   72:8
88:25   131:19
134:5   138:19
**continue**   88:15
**contrary**   31:24
**control**   73:24
**conversation**   14:2
25:20   30:7   32:4, 9
41:6   45:12, 13, 17,
21   47:2, 3   48:7
62:19, 20   108:17
116:22   119:4, 18

Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 4 of 6

Deposition of Sergeant Sean Adams                                                    Christpher Bush & David Bush V S.C Adams, et al.

121:6  122:17
123:1  126:2, 6, 25
131:1, 5, 20  134:5
**conversations**  38:3,
16  121:15  122:20
123:2  128:17
**cooperating**  113:3
**copied**  20:24
**copies**  17:2  19:21
21:9  22:13  23:3, 8
110:21, 23
**copy**  4:1  18:12
21:6, 22, 24  22:10
38:6  109:18, 23
111:17  115:15
116:4  133:4
**corner**  17:9
**correct**  5:5  17:2
19:20  23:1, 6
50:19  51:3  54:16
55:3, 21, 23  56:1, 2,
4, 5, 8, 12  57:15, 17,
23  58:3  72:10
73:19  74:24  75:9
78:25  79:16, 17
82:24  83:13, 17, 20
84:20  94:20, 24
95:9, 15  96:10, 11,
13, 14, 18, 19, 22
97:18  99:21
104:18, 21  109:24,
25  111:19, 24, 25
112:10  113:19, 23
118:8  121:19
126:1, 3, 7, 8
131:12  132:12, 20
133:7
**corrected**  67:6
**correction**  4:4
**corrections**  4:3, 3
**correctly**  54:23
61:9  69:22  83:5, 9,
19  91:17  109:7
113:11
**Counsel**  50:2
140:13
**Counselor**  102:13
**counties**  71:14
**County**  31:3, 5
38:7  52:15  71:7,

20  72:1, 6  75:8
108:1, 4  140:3
**couple**  67:23  105:7
**course**  7:10  20:3
40:22  41:3  56:21,
25  63:12  119:15
136:18
**COURT**  1:1, 18, 22
3:24  7:23, 24  8:3,
7, 10  9:12  10:15,
18  12:9, 16, 23, 24
13:2, 3, 7  23:5
26:5  31:1  32:6, 13,
14, 16, 18, 21, 24
33:3  34:8, 9  35:1
38:7  44:13, 16
53:1, 3, 7, 13, 19, 19
54:1, 6, 13, 20
55:23  56:4, 7, 22
57:23  62:5  65:11
66:24  71:21  72:6
73:16, 20, 22  74:23
77:2, 6  78:9, 24
79:7, 19  85:18
89:17  91:25  93:7
94:19, 21  101:23
103:2  111:12
123:16  124:15
132:20, 22  141:1,
18, 22
**courts**  7:15  9:15
72:18  100:11
**Court's**  74:7, 14
**cover**  115:13
117:14  118:7, 12
**covered**  50:23
127:13
**create**  23:14
**created**  46:13, 14
50:9
**crime**  28:9  84:4
91:13, 14, 15, 19, 20,
23  92:4  97:2  98:2
100:12  102:6, 12
103:23
**Crimes**  26:8, 14, 14,
23  27:3, 12  28:3
63:20, 22
**criminal**  101:14

104:16
**criteria**  84:12
**Cross**  2:18
**Crossing**  2:4  142:4
**custody**  7:15, 23
8:6, 11, 15  9:1, 3, 9,
10, 11, 12, 14, 16
10:13  12:10, 17
13:7, 12  15:25
33:13  34:4, 10
35:20, 21, 22  36:2
44:18  52:6  53:4,
14, 20  54:3, 10, 14,
18  55:3, 6, 10, 13
56:13  57:7, 7
58:15  60:10, 19
61:14  62:6  63:3
66:25  67:20, 22
68:10  69:8  70:17
71:2, 14, 21  72:2
73:4, 7, 21  75:25
78:4, 9, 17  79:19
89:24, 24  91:8
92:2  93:22, 24
94:11  97:15  98:6
100:8, 9  127:4
**cut**  133:4

**< D >**
**daily**  23:17
**date**  6:11  15:2, 3,
14  17:14  35:24
38:15  48:20  121:8
133:2, 2, 5  143:11
**dated**  54:21  93:17
95:4
**dates**  27:8
**DAVID**  1:7  12:8, 13,
15  29:1  49:4  141:7
**dawn**  128:11
**day**  44:5, 8  52:4,
19, 19  54:22, 23, 25
68:4, 23  127:1
133:6  140:15
**days**  123:11
**deal**  7:10  8:14
33:11  134:1
**dealing**  67:5  122:7

**decision**  13:20
67:9  68:11  70:23
73:23  93:13  104:6
**declare**  66:20  67:3
**declared**  66:15
**decreed**  8:7
**deemed**  50:2
**Defendant**  2:11
142:11
**Defendants**  1:13
141:13
**defensive**  5:16
**Definitely**  7:21
121:3
**degree**  11:14
**delay**  103:13
**delineate**  113:5
**delineated**  8:7
**delineation**  83:24
**deny**  69:25
**Department**  4:21
14:8  15:19  33:5,
19, 25  34:11, 20
36:24  67:2, 18
68:20  78:11  86:16
89:20  90:20  91:6
97:1  98:2  99:4
106:6  112:18, 23,
24  113:7, 22
118:23  120:5, 9, 17
127:21  128:3, 4, 9
130:4  131:6  133:18
**departments**  6:1
**depends**  65:14
70:15, 16, 17  107:18
**deposed**  10:3
**Deposition**  1:16
3:6  10:24  11:7
17:9  19:4, 8, 14
22:24  27:21  28:6
140:10  141:16
**describe**  116:6
121:23
**described**  24:6
28:25
**describing**  43:2
133:16
**Description**  83:3,
16  110:10

Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 5 of 6

Deposition of Sergeant Sean Adams                                   Christpher Bush & David Bush V S.C Adams, et al.

desk  105:*25*  106:*3, 10*  109:*9, 14*  113:*13*  135:*8*
detective  12:*11, 25*  13:*23*  14:*1, 4, 5, 25*  15:*1, 6, 15, 17, 24*  16:*6*  23:*11*  25:*9*  76:*5*  87:*17*  92:*22*  106:*1*  117:*9, 15*  118:*12*  130:*24*  131:*14, 17*  137:*13, 20*
detectives  14:*13*  134:*7*  135:*1*
detective's  14:*6*  137:*10*
detention  123:*14*
determination  70:*22*  84:*11*
determine  20:*21*  53:*19*  56:*22*  57:*5, 13*  65:*25*  70:*19*  133:*23*
determined  13:*11*  37:*15*  66:*2*  93:*15, 21*  96:*3*  99:*7*
develop  28:*19*
developed  28:*18*
difference  73:*14, 17*  83:*21*
differences  20:*15*
different  29:*21*  36:*13*  45:*10*  74:*2*  81:*10*  91:*11*  98:*4*  104:*21, 22*
DIRECT  2:*16*  4:*11*  47:*19*
directing  112:*20*
direction  112:*17*  140:*8*
directly  10:*11*  14:*23*
disagreements  92:*11*
disclosed  49:*25*
discover  26:*22*
discuss  138:*20*
discussed  35:*24*  39:*16*  95:*14*

104:*10, 15*  117:*7*
discussing  39:*4*
discussion  31:*7*  50:*15*  105:*4*
discussions  52:*15*  127:*6*
dismissed  56:*15, 23, 24*  57:*2*  101:*23, 25*  104:*5*  125:*17, 20*  126:*11*  127:*3*
disposition  98:*6*  125:*9*  126:*15, 17, 21*
dispute  96:*22, 23*  107:*16*
disregard  76:*23*
distraught  52:*22*
DISTRICT  1:*1, 3*  108:*1*  141:*1, 3*
divorce  8:*8*  9:*15*  71:*22*
divorced  9:*7, 9, 10*  10:*13*  12:*8*  34:*22*  62:*9*  67:*22*
DMV  66:*4*  110:*18*  111:*9*
document  17:*8*  18:*6*  19:*19*  20:*23*  34:*5*  40:*16*  41:*24*  49:*7, 17*  50:*17*  83:*4*  116:*6*  117:*6*  126:*20*  135:*15, 16*
documents  16:*18*  17:*4, 19*  18:*1, 10, 11*  19:*2, 12, 18*  20:*1, 4, 6*  21:*1, 14, 17*  22:*7, 24, 25*  32:*1*  33:*1*  42:*12*  49:*3*  50:*1, 6, 8, 12*  54:*24*  72:*16*  85:*14*  86:*6, 15*  87:*4, 11, 14*  93:*11, 16*  111:*4*  115:*7, 9, 14, 24*  117:*7*  130:*10*  135:*19, 20*  136:*2, 9, 24*
doing  13:*16*  47:*20, 23*  52:*8*  108:*7, 9*
domestic  7:*24*  8:*22*  26:*15, 21*

27:*12*  31:*10*  91:*7*
double  17:*23*
doubt  97:*6, 22*
downstairs  43:*22*
driving  5:*16*
dropped  101:*21, 25*  126:*11, 16*
drug  6:*14*
duly  3:*3*  140:*4, 6*
duplicating  108:*9*
duration  66:*4*
duties  130:*20*
duty  44:*2*  125:*5*

< E >
earlier  67:*4*
East  2:*9*  142:*9*
EASTERN  1:*3*  141:*3*
Ed  129:*22*  130:*2*
Edmonds  137:*12, 18*
effect  96:*2*
eight  5:*13*  43:*18, 25*
either  8:*10*  15:*4*  16:*22*  23:*8*  28:*5*  41:*19*  48:*1*  52:*11*  79:*19*  94:*24*  117:*8*  124:*11*  131:*16*  136:*21*  140:*13*
elements  81:*2, 21*  82:*18*  84:*3, 11, 16, 24*  91:*12*  99:*24*  100:*3*
Elizabeth  140:*20*
emergency  44:*17, 18*
employees  7:*5*
employment  5:*3, 4*  24:*12*
ended  48:*13*
enforce  91:*20*
enforcement  5:*18*  113:*4*
English  140:*8*
enrolled  66:*3*  88:*7*
enter  109:*7*
entered  93:*23*  94:*5*

135:*21*
entire  73:*17*
entirety  71:*23*
entity  52:*12*
entries  18:*8*  133:*19*
entry  16:*22*  134:*2*  136:*7*
enumerate  6:*14*  28:*8*
enumerates  100:*19*
equal  8:*5*
Eratta  2:*24*
Esq  2:*3, 8*  142:*3, 8*
establish  66:*3*
established  59:*13*  111:*11*
establishing  65:*21*
ET  1:*12*  141:*12*
evaluate  67:*8*
events  128:*10*  130:*21*  136:*18*
Eventually  95:*8*
evidence  70:*24*  73:*1*  85:*6*
ex  55:*18*
exact  15:*14*  35:*24*  40:*12*  45:*12*  66:*3*  81:*22*  83:*1*  84:*10, 20*  91:*12*
exactly  6:*13*  9:*17*  13:*15*  29:*17*  42:*18*  46:*22*  47:*23*  66:*13*  75:*15*  78:*3*  92:*8*  100:*18*  106:*23*  107:*6*  115:*7*  117:*16*
EXAMINATION  2:*16, 18*  4:*11*
examined  3:*4*
examining  101:*13*
example  87:*12*
exceptions  100:*20*
exchanged  46:*21*
exclude  28:*5*
exclusive  92:*2*
executed  133:*2*
Exhibit  2:*20, 20*  19:*5, 15*
exhibits  139:*14*
exist  18:*22*  50:*1*  136:*14*

Case 2:07-cv-04936-MAM   Document 54-6   Filed 10/01/10   Page 6 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

existence 106:15
133:23
experience 6:6
24:7, 17 38:20
53:25 57:25 59:12
60:16 62:15 67:18
78:10 123:23
expires 140:23
143:17
explain 41:3 74:2
134:6
extent 7:25 122:1
138:10

< F >
faced 57:5 78:8
96:24
facilitate 33:16
105:21 113:23
114:3
facilitated 97:19
98:18 99:4
fact 11:19 12:23
33:24 35:10 51:9
58:24 61:12 62:8
77:20 78:23
100:14 117:8
126:13
factors 30:2 70:16
facts 10:2, 5, 6, 8, 8,
22, 23 11:6, 12, 14,
15, 16, 17, 25 12:4,
19, 21 13:13 16:10
24:5, 7, 11 28:17,
19, 24 29:3, 7, 11,
14 30:10 39:11, 12,
21 41:15, 18, 20, 25
43:23 45:9, 14
58:10, 13 59:9, 21,
23, 25 61:7 62:3,
10, 14 71:1, 2
92:19 96:24, 25
97:9, 13 102:25
104:15 122:5, 7, 22
127:8, 13 131:24
factual 39:3 96:20
97:25
failure 7:4, 5
fair 27:20 37:7
69:4 70:2 76:6, 22

89:12 99:25
121:23 125:14
fairly 116:6
fall 27:17 130:14
false 80:1
familiar 10:2 11:15,
16, 17 47:20 71:8,
12, 16, 23, 25 72:3
83:6
family 7:10, 11
26:8 32:18, 23
53:18 54:1, 6
far 7:3 22:5 77:16
88:18 107:24
fashion 109:17
father 9:2 10:11
135:3
fax 18:2, 8 75:16
109:18 115:13
116:4 117:13, 14
118:7, 12, 20
135:10 136:10
faxed 93:12 115:8
117:9 118:14, 21
135:14, 19 136:3, 17
faxes 133:10, 13
136:2
faxing 136:4
FBI 48:1 52:13
107:23 114:22, 25
116:14 117:2, 21
118:3, 14, 16, 19
119:13, 24
federal 6:11 7:17,
19 114:3 123:14
federally 6:15, 19
feel 139:6
felony 19:19 83:25
106:7
female 8:24
field 25:24
File 2:20 17:24
18:22, 22 19:10, 21,
22, 23, 24 20:2, 25
21:5, 7, 13, 24 22:4,
21 23:1, 6, 18, 19
32:22 33:2 40:24
41:6 54:12 85:15,
17, 18, 25 86:8, 8,
21 87:3, 10 106:11

109:19 110:15
113:13 115:8, 16,
25 116:1 117:8, 9
124:22, 23 135:9
136:10, 15, 20
filed 50:9 106:2
files 86:16
filing 71:13
filings 23:5 111:12
find 9:23 28:6
48:23 49:1 54:2,
17 57:1 74:11
81:18 86:3 93:1
99:23 115:10
116:10 124:21
128:20
finds 11:4
fine 19:7 91:4
103:6, 6 116:2
finish 19:9 88:10,
13
fire 6:15
firearm 31:6, 16, 17,
22 32:2
first 3:3 18:4
56:15 97:16
116:18 124:15
140:6
fit 27:24 84:12
fled 61:13, 18, 21
floating 21:20
focused 28:7
folder 78:2
folks 48:1
follow 34:16
following 18:17
22:17 40:18, 19
49:22
follows 3:4
force 119:3, 9, 12,
20, 24 120:2, 3, 6, 9,
11, 16 121:11
129:20
foregoing 140:8, 11
Forgive 44:6
form 3:17 8:17
9:5 11:8, 18 12:2
20:12 31:25 34:13
36:16 38:13 40:2
44:22 48:10 54:5

57:8, 19 58:7, 16,
21 59:17 60:12, 21,
24 61:3, 16, 19, 23
63:8 64:8, 17
66:10, 17 69:2
70:8 71:9, 18
73:11 76:14, 17
78:19 79:8, 25
80:4, 14 81:4
82:22 84:8, 17
86:9, 17 87:5, 16
88:1, 4 91:2 92:5
94:7 95:16 98:24
99:12 100:15
102:16 107:17
108:24 114:8
121:20 134:9
formalized 7:9
former 15:20
31:12 130:3
forward 122:6
found 31:3 35:15
foundation 73:12
82:5
four 19:19 27:11,
24 54:25
fraudulent 74:12,
15 75:3 77:11
fraudulently 70:18,
20 72:23 74:23
75:7
free 85:12 139:6
Freeman 49:5, 11
50:19
Frequently 57:18
friends 63:15
front 41:23 42:2, 4,
8, 14 45:3, 5 83:11,
12 92:10
fugitive 118:23
119:3, 9, 12, 19, 24
120:3 129:19
full 67:21
fully 3:10
function 33:17
further 98:5 99:16
140:11

< G >