Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 1 of 6

Deposition of Sergeant Sean Adams                                                     Christpher Bush & David Bush V S.C Adams, et al.

general   7:1   47:24   84:16, 25   100:2   123:20   124:4   128:10
getting   52:25   58:25   119:9   124:6   125:22   138:5
gist   122:5
give   7:1, 25   8:10   10:5   39:18   56:11   65:1   68:25   69:7   84:20, 23   89:24   97:21   101:10   105:25   123:20   128:18   131:24
given   9:12   15:5   30:2   31:2   40:20   55:7   57:6   76:4   98:18   111:6, 11   126:10   136:11   140:7, 9   143:3
gives   92:1
giving   10:21   22:2   45:14   58:15   75:25   97:5   100:7
go   4:1   21:23   22:13   35:5   42:11   43:9   53:9   59:3   67:20   71:20   72:1   85:16   90:12, 13   99:12, 17   106:17   119:20   134:24   137:23, 24   138:8
goes   18:13   42:5
going   3:8   4:1   11:24, 25   15:2   18:20   19:25   27:11   33:5   41:10   55:17   57:12   58:5, 11   59:5   61:8, 18   62:4   68:13   74:3   81:24   86:19   89:13   91:1   92:15   101:12, 18   102:25   103:7, 9, 17   107:3   108:18   109:17   111:3   112:9, 15   117:8   118:22   119:3   121:18, 22   123:24

126:24   128:12   138:14, 24
good   79:12, 13, 15   95:7, 11   96:1, 8   97:17, 23   136:5
gotten   97:18
Grace   43:11
gracious   22:10
graciously   50:4
granted   8:10, 10   55:6   74:20   75:1, 11, 13   97:15   100:10
granting   67:8
grants   55:13
green   44:18
guess   89:10, 11, 13, 14, 15   118:1
guessing   89:3
guys   90:4   94:20   129:19

< H >
hand   17:8   136:22, 24   140:15
handed   109:8, 13
handle   9:4   28:5   34:21   89:21   90:6
handling   90:24   91:7   107:9   108:11
happened   52:23   70:1   90:7, 8   109:12   118:2   126:22   138:8
head   100:1
Headquarters   43:12   120:13
hear   69:10   73:20, 22   131:14
heard   125:10
hearing   57:7, 13   102:3, 12, 15, 18   124:16   125:1, 3, 12
hearings   44:12   102:1
hears   57:23
he'll   3:18   4:8   134:17
help   30:5   51:12   61:18   64:1   98:22

103:23   104:1   120:25   132:2   139:8
hereinabove   143:5
hereinafter   3:3
hereunto   140:15
hiding   12:15   136:13
high   59:6
hindsight   95:24   96:6   97:4   101:6, 18
hiring   4:23, 25
history   63:12, 18
hit   106:14
hours   5:23   44:4, 4, 5, 5, 8   54:25   125:5   132:15

< I >
idea   7:1   100:2   106:24   123:20   128:18
identification   19:4, 14
identified   18:24   22:23   23:13   27:23   42:21   50:10   74:12   109:19   111:8
identify   4:14
identifying   23:4
identity   59:16, 16   60:5
IDR   20:18
ignorance   44:6
ill   15:15, 17   16:7
imagine   57:24
immediate   109:17
imminent   109:16
implication   40:13
impression   67:21, 24
improperly   74:16, 17
inappropriately   74:20, 25   75:4, 8   77:12, 19   78:5   93:15
incarcerated   105:17, 18

incident   27:10   28:11, 12   30:4   41:19
include   41:1
including   22:8   120:21
incorporated   115:24
incorrect   40:4
indicate   17:18   28:19   33:2   114:17   117:13   118:7, 9, 10   133:9, 13
indicated   20:16   23:10   24:20   26:4   29:23   30:3   31:2, 15   40:17   48:17   52:23   66:4   108:11   114:21   118:11   135:18
indicates   16:20   48:25   111:24   118:13   135:18
indicating   54:10   66:24   110:16
indication   32:23   73:6
individual   12:6   34:3   106:14, 15   113:14, 17
individuals   7:5   8:4, 5   107:19
inferred   13:11
information   24:2   32:8   40:19   41:2   46:21   77:22   106:3, 10   109:9, 14, 20   113:13, 18   118:21, 24   120:4
informed   14:1   16:12
initial   14:17   15:3   72:13   93:16, 17
initially   87:18   88:23   92:9
initiate   51:9
initiating   114:18
inner   136:21
inquiry   128:1
instance   1:17

Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 2 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

141:*17*
**instruct**  16:*7*  67:*1*
**instructed**  26:*3*
36:*10*  76:*21, 22, 25*
**instructing**  16:*11*
**instructions**  68:*25*
69:*7*  94:*21*
**intend**  128:*16*
**intended**  52:*25*
53:*17*
**interested**  18:*2*
140:*13*
**Internal**  128:*2*
**interpret**  33:*12*
**interpreting**  7:*23*
**interview**  5:*2*
**invalid**  96:*4*  99:*8*
**investigate**  26:*13*
28:*9*  98:*5*
**investigated**  28:*14*
98:*8*
**investigating**  14:*24*
27:*3*
**investigation**  15:*10,*
*12*  53:*11*  56:*22, 25*
76:*3*
**investigative**  53:*18*
**involve**  6:*11*  17:*22*
64:*1*
**involved**  4:*25*  5:*15*
15:*22, 24*  16:*22*
29:*11*  31:*6, 16, 17*
35:*25*  60:*19*  61:*14*
63:*23*  90:*2*  118:*17*
127:*20*
**involvement**  16:*4*
127:*3*  138:*7*
**involving**  5:*17*
59:*10*  65:*8*  130:*21*
**issue**  41:*20*  44:*16,*
*18*  53:*22*  54:*14*
67:*5*  89:*9*  95:*15, 18*
**issued**  35:*19*  36:*5,*
*9, 22*  47:*21*  51:*24*
58:*19*  70:*5*  74:*24*
77:*3*  93:*15, 19*
105:*20*  133:*6*
**issues**  37:*17*  41:*19*
125:*22*

**< J >**
**January**  4:*22*  5:*7*
17:*9, 12*
**job**  24:*2*
**Joel**  14:*6, 21*  15:*4*
68:*8, 12*
**jog**  131:*25*  132:*3*
**jotted**  48:*24*
**judge**  44:*21*  55:*15*
56:*16*  88:*21*  102:*5,*
*12*  103:*22*  104:*3, 4*
**Julie**  124:*11*
**July**  140:*15*
**June**  93:*17*  95:*5*
**jurisdiction**  72:*17,*
*21, 22*  73:*9, 10, 10,*
*15, 16, 20, 22*  74:*14,*
*22*  77:*20*  92:*18*
106:*20*  113:*15, 16*
**jurisdictional**  95:*15,*
*18*
**jurisdictions**  106:*13*
**juvenile**  7:*24*  26:*5*
53:*19*

**< K >**
**keep**  16:*12*  124:*22*
128:*19*  135:*22*
**keeping**  108:*8*
**Kellam**  129:*22*
130:*2*
**kept**  87:*12*
**kid**  34:*23*
**kidnapping**  47:*15*
64:*2, 5, 7, 12, 15, 22,*
*23*  65:*2*  70:*14, 25*
78:*11*  80:*6, 10, 23*
81:*3, 14*  82:*20*
83:*22*  99:*3*
**kids**  60:*18*  66:*2*
68:*5, 23*  85:*8*  88:*7*
90:*5*  93:*2, 4*  94:*11*
96:*17*  97:*18*  99:*6,*
*9*  100:*12, 13*  107:*4*
135:*1, 21*  138:*14, 25*
**kill**  115:*17*
**kind**  7:*19*
**knew**  36:*9*  52:*11*
62:*11*  66:*7*  77:*5*
96:*8, 15*  111:*20*
112:*9, 15, 16*
113:*18*  126:*17, 18*
**know**  7:*6, 20*  10:*7,*
*9*  11:*15*  12:*4*
13:*15*  16:*19*  18:*25*
21:*18, 19*  29:*17*
32:*15*  33:*13*  38:*12,*
*16, 19*  41:*11*  43:*6,*
*17*  44:*6*  45:*1*  47:*6*
48:*8, 12, 14*  49:*3*
51:*25*  52:*1, 3*
54:*19*  59:*21*  65:*7,*
*12, 18*  66:*7*  73:*8,*
*14, 17*  74:*7, 13*
77:*23*  81:*20, 22*
84:*16, 24*  86:*7, 13,*
*20*  89:*7*  90:*3, 16*
92:*20*  95:*17*
101:*16, 24*  105:*15,*
*16*  106:*19, 21, 23*
108:*13, 21, 25*
109:*8, 16*  110:*20*
112:*1, 19, 25*
113:*13*  116:*11, 16*
117:*16*  118:*2*
119:*7, 10*  120:*15*
125:*2, 6, 7*  126:*15*
129:*1, 24*  130:*25*
132:*2*  133:*25*
134:*4, 21*  135:*5*
136:*13*  137:*11*
138:*21, 22*
**Knowing**  107:*3*
**knowledge**  55:*25*
74:*18*  77:*9*  79:*21*
96:*6*
**known**  10:*12*

**< L >**
**labels**  136:*10*
**Lack**  73:*11*
**Langer**  38:*11, 17,*
*20*  124:*11*
**Large**  1:*19*  140:*4*
141:*19*
**latitude**  84:*23*
**Law**  2:*3*  5:*15, 18*
6:*11*  7:*21*  8:*13, 22*
31:*24*  41:*11*  44:*7*
68:*20*  71:*8, 13, 17,*
*24*  73:*19*  80:*3, 8, 9,*
*12, 18*  91:*16, 21*
93:*3*  96:*1*  97:*1*
98:*1, 23*  100:*18, 23*
113:*4*  142:*3*
**lawful**  53:*4*  93:*22*
95:*10*
**lawfully**  93:*4*
**Lawson**  14:*6, 21,*
*25*  15:*4, 15, 17*
16:*6*  18:*23*  24:*3,*
*24*  25:*9, 13, 16*
35:*10*  68:*12*  76:*3*
117:*9, 15*  118:*13*
130:*24*  131:*14, 17*
137:*13, 20*
**Lawson's**  17:*8, 20*
22:*8*  68:*8*
**lawsuit**  11:*13*  50:*9*
**lawyers**  128:*4, 8*
**Leadbetter**  120:*20*
**leadership**  27:*7*
**leading**  125:*21*
**leap**  24:*19*
**learn**  35:*13*  125:*9*
**learned**  51:*11*
57:*25*  126:*14*
**learning**  127:*2*
**leave**  36:*11*  69:*11*
70:*6*  78:*12*  92:*9,*
*14*  99:*5*  105:*24*
128:*20*
**leaves**  78:*18*  89:*22*
91:*10, 11*
**leaving**  79:*23*  95:*1,*
*3*  96:*7, 21*  97:*25*
**led**  34:*2*
**left**  8:*14*  10:*14*
24:*16*  25:*24*  32:*10*
37:*11, 16*  45:*19*
47:*4, 22*  60:*18*
61:*18, 21*  78:*25*
79:*2, 16, 18*  87:*18,*
*25*  91:*24*  92:*23*
99:*9*  130:*4*  133:*3*
**legal**  6:*23*  13:*11*
28:*22*  35:*7*  53:*10*
85:*4*  89:*25*  128:*3, 9*

Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 3 of 6

Deposition of Sergeant Sean Adams                                              Christpher Bush & David Bush V S.C Adams, et al.

legitimate  66:24
legitimately  28:22
length  138:20
letter  25:14
level  7:17, 19, 20  35:25
leveled  64:6, 7
liberties  6:25
license  110:8, 9
Lieutenant  39:20  47:17, 18  52:8, 17  107:9  108:7  112:19  114:2  119:11, 15  127:17, 19
line  81:25  91:16  102:25  103:10
lines  8:8  17:22  28:23  31:20  118:18, 23
listen  36:15  44:24
listing  124:15
little  44:6
live  94:6
lived  30:24  31:9  62:8  65:23  88:16
lives  89:18, 19
living  12:7, 11, 14  34:25  65:19
loan  120:6
local  112:17, 24  113:16, 22  114:25  119:23
locate  23:20  86:5
location  31:7  33:15
locations  31:9
log  50:5
logged  106:11, 12
logical  9:11
long  8:3  59:7, 13, 15  60:1, 9, 17  62:10  65:13, 17, 18, 20, 23  89:20
look  16:24, 25  21:13  22:7, 11  28:1  32:19  49:1  50:5  68:17  80:8  81:15  83:11  84:9  85:11, 12  91:12  94:20  100:18, 24

101:1, 9  110:4  135:14
looked  22:8  51:4  54:18  75:18  85:25
looking  11:4, 5  21:10  28:4  29:14  42:20  84:21  106:17  126:9  135:17
Looks  18:1  42:12, 19  43:6
lost  86:6, 13, 15
lot  6:14  33:11
Lower  133:2
Luzerne  31:2, 5  38:6  52:15  71:7  75:8

< M >
magistrate  40:14  41:14, 16, 17, 19, 23, 25  42:9, 11, 13, 14, 22  43:5, 13, 20  44:1, 7, 20  70:5, 12  77:10, 14, 18, 24  78:3  79:11  84:13  87:20, 21  88:9  89:8  112:5
magistrates  44:10  106:10
magistrate's  41:8  43:12  44:5
mail  136:22
main  124:7
making  14:16  21:22
mandatory  5:20
manner  11:21  31:23
margin  48:24  50:16
mark  19:1  130:2  131:5
marked  17:1, 7, 9, 14  18:20, 24  19:3, 11, 13  20:2  83:3
married  8:5  128:11
Marshals  129:20
Marshal's  119:25  120:12, 14

Mary  1:17  38:11, 17, 20  124:11  140:4, 20  141:17
Mary's  124:13
material  30:10  37:17  70:21  71:2  77:15, 17
materially  71:1  72:5
matter  22:21  29:23  34:21  45:18  47:8  54:3  73:10, 15, 20, 21, 21, 23  127:4  131:13  143:3
mattered  70:22
matters  23:5  91:7
McCann  129:24
McConnell  124:12
McDermott  47:10  129:10
mean  6:17  24:14  37:8  39:1  42:18  45:11  46:23  63:14, 15  65:7  77:8  91:12  92:8  95:20  97:10  103:3, 13, 19  107:19  122:4, 5
meaning  3:24  44:14  55:18  73:23  85:18
means  73:20, 22
meant  4:5, 6
meet  104:11
members  120:4, 8
memo  127:24
memory  51:1, 13  53:2  89:14  102:14  103:18, 24  129:6  131:25  132:3  134:23  137:11
mention  31:5
mentioned  17:23  48:20  52:24  70:11  119:2  122:24
merely  15:10  31:22  82:10
merits  104:10, 12, 15  122:25  126:6
message  116:5

met  52:18  104:9  108:15  122:24
middle  131:18
military  6:6
mind  24:19  30:17, 20  65:18  84:4, 6  96:25  97:13  98:1  124:8
minutes  21:13  22:14  85:16
miscellaneous  27:19
mislead  97:11
misleading  97:9
misrepresented  71:1, 2  72:5, 20
missing  20:20  26:14, 20  27:13  29:7  66:16, 20  67:3  87:3, 11  111:4  117:23  130:11  132:8  134:3
misstatement  77:16, 17  102:24
misstatements  70:21
misstating  97:9
month  5:13  123:13
Montoursville  47:11
mother  8:24  30:8, 16, 22  32:9  34:9  98:6  99:10
motor  110:16
mouth  95:21
move  96:18
moved  98:14
myriad  5:17

< N >
name  3:5  4:13, 16  14:5, 6  20:18  21:21  42:17  116:4, 10  124:13  137:10
named  43:5  125:15  140:5
names  12:13  16:23  24:15  120:19  139:5
name's  130:9

Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 4 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

**Nardella** 42:13 43:2, 5, 24
**narrative** 97:8
**natural** 8:16 9:1 10:11 78:12, 18
**nature** 27:3 28:3 46:20 65:22 122:3
**NCIC** 16:23 105:25 106:13 133:19 134:2 135:21 136:7
**neatly** 27:17, 24
**necessarily** 27:4
**necessary** 20:22 55:24 113:5 125:22
**need** 21:8 37:13 67:8, 20 69:10 85:12 109:23 126:23 132:19
**needed** 37:18 53:9 67:6
**needs** 101:9
**Neither** 34:9, 25 78:8, 17, 24 89:17 91:8 97:24 100:7, 8
**never** 58:1 74:23 97:15 129:10 137:1
**Newtown** 2:4 142:4
**nexus** 31:2
**Nicholas** 2:8 142:8
**night** 130:8, 18 131:19 132:16
**nighttime** 130:17
**Nods** 112:8, 11, 13
**nol** 101:24 126:24
**non** 72:1
**Noncriminal** 6:18
**noncustodial** 28:23
**normal** 106:3 136:18
**Notary** 1:18 140:4, 22 141:18 143:13
**note** 23:16, 19, 23 40:23 41:5 48:19, 23 49:2 50:15, 17, 25 51:4 112:4
**noted** 63:6
**notes** 17:8 18:23 22:8 25:20, 22, 24 32:19 41:1 44:20 46:13 63:14, 20, 24 114:16
**notice** 1:23 73:5, 7 124:21 141:23
**noticed** 124:18
**notify** 106:19
**November** 123:10, 11
**number** 15:5 20:18 60:6 72:17 110:6, 8, 9 111:14 135:5, 8, 22
**numbers** 12:14 24:16 60:3 135:7
**numerous** 134:14

**< O >**
**oath** 42:6
**obey** 73:25 76:21
**object** 10:23 74:4 81:24 91:1 97:7 101:13 102:25 103:9
**objected** 103:11
**Objection** 8:17 9:5 10:19 11:8, 18 12:2 31:25 34:13 35:4 36:16 38:13 40:2, 8 44:22 48:10 54:5 56:17 57:8, 19 58:7, 16, 21 59:2, 17 60:12, 21, 24 61:3, 16, 19, 22 63:8 64:8, 17 65:4 66:10, 17 69:2 70:8 71:9, 18 73:11 76:14, 17 78:19 79:8, 25 80:4, 14 81:4 82:9, 21 84:8, 17 86:9, 17 87:5, 16 88:1, 4 90:11 92:5 94:3, 7 95:16 98:24 99:12 100:15 102:7, 16, 24 105:6 107:17 108:24 114:8, 11 121:20 129:11 134:9
**objections** 3:19
**obtain** 7:15 9:22 41:13 42:9 65:16 71:2, 21 72:2, 6 75:7 87:21
**obtained** 28:22 37:6 43:23 45:19, 25 47:5 52:2, 5, 9 56:7, 9 67:24 70:18, 20, 25 72:24 74:16, 17 75:5, 8 77:13, 20, 22 78:5 87:24 105:22 106:9, 22 108:13 133:1, 2
**obtaining** 41:12 45:18, 22 46:2, 4 77:16 104:14 125:25
**obtains** 106:7
**Obviously** 86:13
**occasion** 6:23 46:9 47:1 48:22
**occur** 7:7 123:9
**occurred** 31:11 36:6 97:2 102:15 117:17 125:5
**occurring** 32:10 47:3
**October** 15:3 131:4 132:14 133:3, 5
**Offense** 83:3, 15 84:7 99:24
**offer** 5:3, 3
**Office** 2:8 10:1 13:19, 24 24:21, 23 35:8 36:2 38:4, 10 39:2 41:8 43:12, 22 68:4, 22 106:10 108:5, 18 120:1, 12, 14 122:13 142:8
**Officer** 4:18, 24 5:7, 9, 24 6:4, 7, 10 9:24 12:5 13:14, 17 24:8, 13 41:13, 15 62:15 63:13, 18 103:13 106:7 113:8
**officers** 34:21 120:15
**offices** 1:20 2:3 141:20 142:3
**official** 3:25 17:19 75:11
**Oh** 49:6 94:15 111:18 130:3 136:7
**okay** 3:21 4:10 5:5, 9, 19 6:9 7:1, 25 9:14, 19, 22 10:5 11:1 12:19, 22 13:5, 13 16:2, 6, 24 17:6, 16 19:25 22:6, 23 23:10, 22 24:1, 5, 11, 20 27:10 28:24 29:14 33:4 37:7 38:19 39:6, 9, 18 45:5, 8 49:14 50:13 51:4, 11 52:7, 21 55:15 58:4, 12 61:11, 20 62:1, 14, 18 64:14 68:12, 16 69:3, 24 71:25 72:14, 19 73:1, 18 74:5 75:6 76:10 77:1 78:7 83:8, 11, 19 84:2 85:5 88:12 90:2 91:17, 22 96:5, 8 99:23 100:6 102:11 103:11 104:20 105:3, 13 106:5 110:5 111:18 113:7 116:13, 18, 24 124:25 125:14 126:9 127:6, 19 129:5 130:20 135:24 137:7 138:11 139:1, 4
**once** 27:16 78:22 113:9
**ones** 21:4 22:9 33:19 86:7 117:10
**one's** 8:14
**ongoing** 26:21 54:3, 18
**operate** 10:8
**operates** 106:6
**opportunities** 6:13

Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 5 of 6

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

opposed 61:*21*
orally 112:*12*
orchestrating 15:*23*
order 8:*3, 8, 16* 9:*1,
9, 10, 14, 16* 10:*14,
15, 18* 12:*9, 16, 23,
24* 13:*2, 4, 7, 8*
26:*6* 31:*1, 4, 4*
32:*6, 13, 14, 16, 18,
21* 33:*3* 34:*8, 9*
35:*2* 37:*15, 18*
38:*7* 52:*14* 53:*1, 3*
54:*4, 13, 20* 55:*1, 2,
3, 5, 7, 9, 10, 10, 13,
17, 18, 19* 56:*3, 10,
11, 14, 23* 57:*5*
58:*5, 6, 15* 59:*1, 1*
61:*9, 13* 62:*6, 11,
19* 65:*11, 16* 66:*24*
67:*6* 68:*19* 70:*17*
71:*3, 15* 72:*2, 6, 8,
9, 10, 10, 18* 73:*25*
74:*15* 75:*9, 19, 20,
22* 76:*2, 7, 13, 22,
24* 77:*2, 3, 11, 16,
22, 25* 78:*5, 9, 17,
25* 79:*6, 7, 11, 16,
19* 85:*11, 18* 89:*17*
91:*25* 93:*7, 11*
94:*20* 95:*11, 14, 25*
96:*9, 10* 97:*23*
99:*15* 100:*7*
116:*25* 132:*20, 22*
orders 7:*23* 44:*17,
17, 18* 57:*16, 22*
58:*1, 1* 71:*14, 21*
ordinarily 54:*1*
67:*16* 124:*18, 22, 24*
ordinary 57:*4*
original 37:*18*
originally 66:*8*
originated 88:*24*
outcome 140:*13*
outside 6:*13* 8:*6*
133:*17*
overstay 92:*16*
overturned 53:*9*
62:*12* 67:*6* 99:*15*
owned 31:*22*

< P >
p.m 139:*15*
PA 2:*4* 142:*4*
packet 115:*11, 20*
pad 23:*17* 109:*20*
page 2:*20, 20* 17:*7*
19:*19* 49:*1* 83:*2,
11, 12*
pages 2:*16, 24*
16:*20, 24* 17:*3, 4,
18* 18:*21, 23* 48:*25*
paid 125:*4*
paper 55:*23* 115:*10*
paperwork 16:*21*
29:*4* 54:*10* 55:*16*
68:*6, 17*
parent 7:*13, 14*
8:*16, 24* 9:*1* 28:*23*
33:*7* 34:*1, 25* 35:*1*
54:*2, 9* 55:*13* 57:*6*
60:*1* 64:*7* 65:*2, 11*
78:*8, 24* 83:*16, 22,
24* 84:*5* 85:*1, 4*
89:*16, 17, 18, 19, 21,
24, 25* 91:*8, 23*
92:*2, 3, 11, 12, 14,
16* 100:*7, 8, 9, 12*
parental 81:*10, 13*
82:*24* 91:*13* 98:*20*
99:*3, 22* 106:*7*
132:*25*
parents 8:*11* 9:*7*
34:*22*
part 5:*1* 6:*24* 15:*9,
11, 13* 16:*18* 19:*21,
23* 22:*3* 23:*1*
35:*17* 38:*3* 49:*8,
15* 78:*2* 83:*23*
92:*8* 115:*19* 119:*2,
19* 120:*2, 3* 135:*20*
138:*2*
parte 55:*18*
particular 24:*5*
27:*1* 41:*18* 44:*1*
83:*4, 8* 91:*3*
particularly 63:*15*
parties 31:*12*
party 8:*12* 140:*13*

passed 5:*6* 24:*4*
Pendagrass 120:*20*
Pennsylvania 3:*7, 8*
8:*25* 10:*15, 17*
11:*13* 12:*6, 9* 13:*1*
15:*1, 6* 17:*10*
23:*11* 26:*6* 30:*25*
31:*8* 32:*15* 34:*1*
35:*1* 37:*1* 38:*7*
46:*2, 4, 10, 16* 47:*8*
48:*1* 49:*13* 50:*18*
51:*5, 7, 17* 52:*12*
53:*8* 55:*16* 67:*5*
71:*8, 13, 24* 76:*24*
78:*16* 85:*8, 9, 18,
23* 87:*23, 25* 88:*22,
24* 89:*19* 90:*5*
92:*21, 23, 24* 93:*3,
8* 96:*17* 100:*11, 13*
107:*2, 3, 12, 15*
112:*9* 113:*22*
114:*10, 19, 24*
128:*16* 129:*7*
131:*2, 6, 22* 133:*10,
14, 18* 134:*2, 22*
135:*10*
people 46:*14*
59:*12* 63:*14* 64:*11*
76:*18* 128:*10*
131:*2* 138:*3*
percent 29:*13* 89:*8*
period 11:*5* 36:*6*
52:*4* 100:*25*
permanent 57:*6*
58:*1, 5, 11, 14, 15*
59:*1, 5* 61:*9* 62:*5*
65:*16*
permission 85:*3*
permit 91:*15*
person 12:*11* 13:*1,
6* 28:*21, 21* 37:*23*
41:*16* 42:*2, 4* 43:*1*
47:*7, 13* 59:*14*
60:*8, 17* 61:*13*
64:*15, 22* 67:*16*
69:*14* 73:*23, 25*
84:*5, 11* 106:*17, 19*
109:*13* 112:*23*
113:*9, 15* 116:*13*
117:*15* 138:*8*

personal 73:*9, 15,
22*
personally 37:*9, 21*
38:*1* 45:*5* 114:*5*
118:*25*
persons 8:*14*
26:*14, 20* 27:*13*
63:*19* 117:*23*
pertinent 118:*21*
petition 7:*14*
petitions 7:*23* 8:*9*
phone 14:*16* 15:*5*
25:*13, 15* 40:*15*
41:*9* 48:*13* 108:*16,
19* 110:*6* 130:*25*
131:*18* 134:*25*
137:*3*
physical 5:*2* 13:*12*
physically 43:*9*
105:*24*
pick 33:*6* 34:*23*
68:*13* 99:*5* 100:*13*
138:*14, 24*
picked 33:*19* 36:*3*
90:*4*
picking 33:*14, 15*
92:*3* 137:*25*
picks 89:*22* 91:*9*
piece 115:*10*
pitfalls 7:*4*
place 40:*15* 97:*16*
140:*10* 143:*4*
Plaintiff 1:*8, 17* 2:*4,
16* 3:*3* 4:*14* 141:*8,
17* 142:*4*
plan 68:*23*
planned 137:*20, 22,
23*
plate 110:*8, 9*
played 138:*2*
please 3:*11* 4:*15*
17:*25* 78:*22* 88:*11,
14* 101:*10*
pm 133:*5* 137:*2*
point 15:*8* 29:*5*
35:*15, 16* 37:*4, 7*
46:*24* 52:*13* 53:*23*
57:*22* 68:*22* 70:*15*
75:*6* 79:*4, 5* 83:*6*
86:*22* 97:*22* 99:*16,*

Case 2:07-cv-04936-MAM   Document 54-7   Filed 10/01/10   Page 6 of 6

Deposition of Sergeant Sean Adams                    Christpher Bush & David Bush V S.C Adams, et al.

19  101:13  104:10  118:18  122:9  124:10  135:13  138:6  139:7
**Police**  2:20  3:8  4:17, 21, 24  5:14, 24, 25  6:4, 7, 10  9:4, 24  12:5  13:14, 16  14:7  15:19  17:11  22:20  23:4  24:8, 12  33:5, 18, 21, 25  34:11, 20, 20  36:11, 23  43:12  46:11, 16  51:17  52:13  62:15  63:7, 13, 18  67:2, 17  68:19  70:4, 7  78:11  86:8, 16, 16  89:20  90:2, 20  91:6  97:1  98:2  99:4  106:6  112:17, 22, 24  113:22  119:24, 24  120:5, 8, 17  124:23  127:21  129:18, 25  131:6, 7, 22  133:11, 14, 18  134:2, 22  135:10  136:1, 10, 20
**policies**  34:20  67:17  68:19  78:10  90:23  98:2
**policy**  33:4, 5, 9, 24  34:11  89:21  90:9, 17, 18, 21  91:3, 6, 14, 15, 16, 18  94:18  109:12  112:22  113:2, 3, 8
**possessing**  31:19
**possession**  13:10  54:11
**possibility**  119:11
**possible**  11:21, 22  31:8, 17  46:23  131:3  132:1
**possibly**  30:3  113:20
**post**  121:3, 6, 16  123:2
**postbail**  126:5

**potential**  104:16
**PPO**  116:24
**practice**  106:16
**pre**  36:1, 2  121:13  123:2  126:4
**predetermined**  68:10
**prehearing**  126:2, 5, 8
**preliminary**  55:1, 12  56:9  116:25
**premiss**  79:14  96:9
**prepare**  16:15
**prepared**  118:12
**preparing**  40:24
**presence**  69:6  140:7
**present**  6:11  25:10  44:24  55:19, 22  68:3  102:1, 3
**presented**  75:14, 15  78:5  96:1  99:8  132:21
**presentment**  43:10  55:23
**preserved**  3:19
**presumably**  12:15
**pretenses**  80:1
**pretty**  8:2  41:8  63:1  68:21  84:19  122:6  126:22  138:19
**prevail**  9:13
**previous**  9:12  54:25  66:4
**previously**  17:23  18:23  23:21  31:11  52:18
**primary**  33:17  58:13
**principally**  28:5
**print**  111:17
**printout**  111:9  117:18
**Prior**  5:24  16:6  35:20, 21, 22  38:15  53:16  64:5  75:25  93:14  104:14  108:16
**prisoners**  5:17

**privilege**  49:7, 9  50:3, 24  128:7, 15
**privileged**  3:16  18:5  50:5
**privy**  25:19
**probability**  59:4
**probably**  18:8, 25  20:19  21:19  23:16  35:6  39:7  53:8  63:11  85:3  120:13  121:25  122:1  125:12
**problem**  8:21  125:23  126:16
**problems**  68:18
**procedure**  41:11, 12, 22  68:19  91:7  106:3, 5  113:5
**procedures**  57:4  96:25  136:18
**proceed**  9:24  11:20  16:8  84:13
**Proceedings**  18:15  22:15  44:13, 16  49:20  53:14  54:19  63:4  139:15
**process**  4:23, 25  5:6  8:23
**procured**  51:23  77:11
**produced**  16:19
**proffered**  18:10  117:6  135:15
**prompt**  103:18
**properly**  87:13
**prosecute**  123:24  125:25
**prosecuting**  123:22
**pros'ed**  101:24  126:24
**protection**  56:12, 13  58:14  62:6
**protections**  56:8
**protective**  44:17, 17  55:1, 2, 5, 12  56:9  116:25
**provide**  50:4  53:3  94:2

**provided**  5:10  23:3  26:16  31:4  38:6  40:19  41:21  103:5
**provides**  7:20
**Public**  1:18  140:4  141:18  143:13
**pull**  21:15
**purchasing**  4:1
**Puricelli**  2:3, 3  3:5, 5, 12, 15, 22  4:10, 12, 13  6:18, 20, 21  8:18  9:8  10:21  11:1, 2, 11, 22  12:3, 18  17:14, 17  18:11, 19  19:6, 9, 16  20:8  21:8, 12, 18  22:1, 19  25:4, 6  29:20, 22  30:15, 21  32:3  34:14  35:9  36:19, 20  38:14  40:3, 5, 10  44:23  48:16  49:8, 11, 14, 18, 24  50:10, 14, 21  54:7  56:17, 20  57:9, 20  58:8, 17, 23  59:11, 20, 24  60:15, 22  61:1, 4, 17, 20, 24  63:9  64:10, 19  65:9  66:11, 19  69:3, 5  70:9  71:11, 19  73:13  74:5, 6  76:15, 20  78:20  79:9  80:2, 5, 11, 16  81:5, 8, 12  82:3, 7, 10, 17, 23  84:14, 22  86:11, 18, 23  87:1, 7, 9, 19  88:2, 8, 12, 20  90:15, 20, 24  91:4, 5  92:6  94:4, 9, 14, 17  95:19, 23  97:5, 10, 12  99:1, 18  100:21  101:8, 16, 19  102:10, 19  103:2, 6, 11, 12  105:2, 10  107:20  109:1, 4  110:21, 24  111:3, 8, 15  114:9, 14, 20  115:14, 17, 23  116:3  121:21  123:6, 7  129:13