Case 2:07-cv-04936-MAM   Document 54-8   Filed 10/01/10   Page 1 of 7

Deposition of Sergeant Sean Adams                               Christpher Bush & David Bush V S.C Adams, et al.

132:6   134:11, 15, 20   139:9   142:3, 3
**purpose**   26:11, 13   56:11   116:9
**purposes**   17:6   19:3, 8, 13   22:24   27:20   28:12   34:7   70:3   104:4
**pursuant**   1:22, 23   32:6, 12, 14, 15   141:22, 23
**pursue**   104:8
**put**   15:7   22:4   79:12   87:13   95:20   101:20   105:25   106:11   109:6   136:21, 22
**putting**   65:21   136:23

< Q >
**qualified**   140:5
**query**   133:22
**question**   3:10, 16, 17, 17, 18   8:19   10:20   11:19, 23, 23   12:1   20:1   32:7   34:7   36:15, 17   57:10   58:22   60:4, 14   64:23   69:18   70:3   74:4   76:6   78:21   80:17   81:6, 7   82:15, 16   86:25   87:2, 6, 6, 7, 8   88:11, 14   90:13   91:2   94:8   95:12, 21   99:16, 19   100:16   104:4   114:12   120:7   123:25   130:23   131:17   134:10, 16   136:5
**questioning**   103:1, 10
**questions**   3:9   10:24   81:25   82:6   97:8   101:7   102:23   103:8, 17
**quick**   135:11

**quite**   30:25   88:17

< R >
**ran**   110:16
**reach**   120:22
**reached**   37:22, 22
**read**   3:23   4:8   29:6, 10   55:17   77:24   83:9, 15, 19   103:3, 5   135:23, 25   139:13
**reading**   10:23   83:5   115:10   134:22   135:22
**real**   135:11
**really**   24:14   45:23   79:4, 6, 15   95:6, 11
**reason**   14:15   41:5, 7   58:4   87:14   89:25   93:5   107:16   111:16   117:20   118:4   126:10   133:25
**reasons**   37:16   65:15
**recall**   8:1   9:19   10:4   12:20, 21   14:4   16:9, 10   23:12, 22   24:25   25:12, 13, 16, 19, 23, 25   27:2, 8   29:9   31:5, 14   35:17   39:5, 7, 17, 24   40:12   45:4, 11, 11, 24   46:19, 22, 25   47:2, 23, 24   48:4   51:21   52:3, 7   53:21, 22   57:3   59:23, 25   60:7   62:1, 17, 24   63:5   64:4, 9   66:13   68:4, 6, 8   69:9, 12   77:8, 9   78:1, 1, 3   85:14   89:3, 4, 11   99:25   102:4, 5, 8   103:14, 15   104:1, 23, 24   105:1   107:6   110:14   112:20   114:1, 6, 18   115:7   117:3   118:6

119:23   120:24, 25   121:13   122:4, 7, 19   124:3, 4, 7, 17   125:12, 14, 18, 19   126:18, 19   129:16   131:3, 5, 23   132:4, 5   133:12   134:13, 14   135:4
**recalls**   59:21
**receipt**   117:18
**receive**   9:17   13:14   14:22   40:23
**received**   6:3, 10, 12   7:9, 18   8:21   14:25   18:21   36:24   37:2   39:19, 20, 25   41:2   51:16   75:16   76:2   136:2, 19
**receiving**   69:8   133:10
**recognize**   43:4
**recognized**   38:21
**recollection**   65:1   81:23   82:19   136:23   137:4
**recontact**   37:8, 14
**record**   4:15   10:24   17:6, 20   18:14, 16, 18, 24   22:13, 16, 18   23:1   41:23   44:25   49:21, 23   50:15   53:7   81:25   85:16   103:14   112:12   116:9   133:13
**recorded**   41:22
**recordings**   44:20
**records**   46:13   66:4   110:16, 18, 25   133:15
**recover**   15:19, 20
**recovering**   15:23
**reduced**   30:9   140:7
**refer**   22:21   27:11   59:13   92:17   94:21
**reference**   7:18   80:9   89:9
**referenced**   50:16
**referencing**   91:3

**referred**   86:7   130:24   131:14, 16   133:19, 21
**referring**   17:5   28:2   54:6   55:9   72:10, 15   73:9   74:8   77:4   90:19
**reflect**   116:21
**refresh**   51:12   102:14   103:23
**refreshed**   51:1   129:6
**regarding**   95:18
**regards**   3:6   23:14   31:18   46:2, 14   47:22   71:21   75:22   118:4   133:19   136:24
**Registration**   140:22
**regular**   26:22   44:4
**relating**   71:13
**relations**   7:11, 11, 24
**relationship**   52:24   88:24   89:6   130:21
**relative**   140:13
**relatively**   59:6
**relaying**   43:23
**releases**   3:24
**relevant**   59:3   90:12
**relied**   28:25
**relinquished**   74:22
**relocate**   10:17
**relocated**   8:15   13:1   91:25
**relocates**   8:25   11:3
**rely**   58:24   81:17
**Relying**   53:24   72:13   74:10   77:21   80:13
**remedy**   53:10
**remember**   35:23   47:6, 25   48:2, 6, 7, 15   51:14   53:13   67:11, 15   88:25   107:19, 21, 22, 23, 24   109:10, 11   121:2, 7, 19   123:19, 21   130:22   131:19

Case 2:07-cv-04936-MAM   Document 54-8   Filed 10/01/10   Page 2 of 7

Deposition of Sergeant Sean Adams                                    Christopher Bush & David Bush V S.C Adams, et al.

134:*4*, *16*  137:*9*  138:*23*  139:*2*
**remembered**  137:*8*  138:*13*
**removal**  16:*22*  29:*1*  84:*5*  98:*18*
**remove**  10:*16*  32:*24*  83:*16*, *25*  89:*23*  95:*10*
**removed**  92:*4*
**removing**  134:*7*  135:*1*
**repeat**  60:*13*  98:*25*
**rephrase**  3:*11*  29:*18*, *20*  53:*15*  55:*9*  61:*20*  69:*3*  81:*7*  94:*8*  95:*13*
**rephrased**  81:*9*
**report**  23:*4*, *14*  26:*2*  28:*13*  29:*7*  40:*17*  48:*18*  63:*7*  130:*8*, *9*, *11*  135:*14*
**Reporter**  1:*18*  103:*2*  141:*18*
**reporting**  28:*13*
**reports**  16:*15*, *17*  110:*24*  111:*4*
**represent**  4:*14*  73:*18*  77:*10*
**representation**  74:*11*  78:*24*
**representations**  56:*4*, *7*
**representative**  13:*23*
**represented**  25:*17*  50:*25*  73:*2*  75:*10*  79:*11*  102:*11*  103:*21*
**require**  5:*20*
**requirement**  5:*22*  81:*2*
**requirements**  85:*6*
**reserved**  3:*20*  12:*3*
**reside**  85:*24*
**residence**  59:*8*  60:*18*  62:*10*  65:*21*  72:*1*
**residency**  59:*13*  60:*1*  88:*19*

**resident**  59:*15*  60:*9*  65:*17*  67:*19*  88:*6*
**residents**  78:*14*
**residing**  78:*15*, *16*
**respect**  21:*4*, *5*  27:*10*
**respondent**  60:*10*
**response**  29:*8*  53:*23*  63:*25*  67:*10*  124:*2*, *5*
**restate**  63:*17*
**restraint**  5:*17*
**result**  24:*20*  26:*1*  105:*17*
**resulted**  105:*23*
**resumed**  18:*17*  22:*17*  49:*22*
**retired**  14:*9*, *10*
**return**  12:*17*  18:*12*  36:*25*  68:*23*  92:*4*  100:*14*
**returned**  36:*3*
**returning**  34:*3*  121:*8*
**review**  4:*2*  20:*3*  25:*21*  44:*11*  56:*15*  71:*15*  76:*4*, *8*  83:*1*  84:*10*  116:*5*
**reviewed**  8:*9*
**reviewing**  5:*15*  56:*23*
**reviews**  16:*18*  17:*4*  18:*1*, *6*, *11*  20:*6*  32:*1*  33:*1*  42:*12*  49:*3*  54:*24*  72:*16*  85:*14*  93:*11*, *16*  115:*6*, *9*, *14*  117:*7*  130:*10*  135:*16*, *20*
**Richmond**  1:*20*, *21*  2:*9*  4:*17*, *21*  12:*7*, *12*  13:*2*, *6*  14:*7*  15:*18*  33:*18*, *20*  36:*11*, *23*  59:*8*  60:*9*  65:*23*  67:*2*  70:*4*  86:*16*  99:*4*  106:*5*  120:*5*, *8*, *16*  121:*4*, *9*, *23*  122:*1*  131:*6*  141:*20*, *21*  142:*9*

**right**  3:*22*, *23*  7:*6*, *13*, *14*  8:*5*  10:*10*  12:*25*  13:*11*  14:*21*  16:*20*  17:*8*  18:*20*  20:*20*  21:*12*  22:*20*  23:*9*  27:*22*  28:*22*  30:*1*, *6*, *14*, *18*, *24*  33:*12*  34:*4*  36:*7*  41:*8*, *10*  52:*11*  55:*2*, *4*, *12*  56:*6*, *14*  57:*12*  62:*2*, *13*  65:*10*  66:*24*  72:*16*  74:*19*  75:*2*  76:*2*  79:*14*  81:*1*  83:*7*, *18*, *19*  85:*4*  86:*2*  89:*10*, *16*  93:*8*  94:*23*  95:*7*, *9*  96:*20*  97:*19*, *21*  109:*5*  111:*22*  112:*7*  113:*10*  115:*23*  122:*16*  125:*7*  128:*24*  130:*3*  131:*15*  132:*16*, *25*  135:*5*, *18*  137:*19*  139:*2*
**rights**  6:*22*, *22*, *25*  7:*10*, *11*, *16*, *22*  34:*10*
**Road**  2:*4*  142:*4*
**Rose**  115:*4*, *5*  116:*12*
**route**  119:*20*, *21*, *22*
**routinely**  86:*15*
**Rule**  1:*22*  141:*22*
**Rules**  1:*23*  141:*23*
**run**  44:*5*  67:*22*  110:*12*  111:*18*
**runaways**  26:*21*  27:*13*
**Russell**  39:*20*  47:*17*, *18*  52:*8*, *17*  107:*9*  108:*7*, *13*  112:*19*  114:*2*  119:*11*, *15*  127:*17*, *19*

**< S >**
**S.C**  1:*12*  141:*12*
**safely**  138:*1*

**Sandy**  120:*20*
**Sarah**  55:*14*
**saying**  24:*18*  25:*24*  29:*10*, *12*, *17*  53:*4*  54:*13*  61:*7*  69:*16*, *19*, *20*, *23*  74:*14*  81:*20*  85:*19*  89:*3*, *4*  94:*5*  96:*5*  102:*6*  107:*14*  136:*14*
**says**  20:*22*  74:*19*  75:*1*  80:*9*  83:*16*  91:*18*  98:*14*  114:*14*  116:*6*  133:*3*  135:*14*
**scenario**  9:*20*, *24*  33:*24*  35:*10*  78:*8*, *23*  96:*20*  97:*25*
**scenarios**  39:*4*
**school**  33:*6*, *14*, *20*  34:*24*  65:*22*  66:*3*  68:*13*  88:*7*  135:*2*  137:*10*, *14*, *23*, *24*  138:*15*, *25*
**schools**  33:*6*  134:*8*  137:*13*
**SEAN**  1:*16*  3:*1*  4:*16*  140:*5*  141:*16*  143:*1*
**search**  110:*12*  111:*13*
**secret**  17:*1*
**section**  80:*18*  82:*13*  83:*1*, *23*  84:*10*
**sections**  80:*20*
**security**  12:*14*  24:*15*  60:*3*, *6*
**see**  9:*2*  10:*7*  16:*19*  17:*12*, *23*  20:*25*  21:*9*, *14*, *24*  22:*10*  28:*4*, *10*  29:*6*  32:*22*  49:*16*  50:*11*  54:*18*  57:*16*  68:*17*  80:*9*  81:*15*  83:*18*  84:*12*  85:*17*  100:*18*  103:*17*  108:*9*  110:*15*  115:*6*  117:*5*  119:*10*  126:*9*

128:*11*  133:*4*
135:*22, 25*  136:*11*
137:*1, 25*
**seeing**  18:*2*  68:*5,
6*  134:*11*
**seeking**  42:*3*
70:*13*  71:*13*
**seen**  18:*9*  59:*7*
65:*7*
**Segal**  130:*2*  131:*5*
132:*7*  133:*7, 9*
134:*6, 25*
**send**  3:*25*
**sense**  21:*22*
**sensible**  128:*25*
**sent**  75:*22*  76:*7*
117:*15*  136:*2*
**sentence**  74:*13*
135:*25*
**Serene**  10:*13, 14*
38:*5*  55:*14*  92:*20*
93:*1*
**SERGEANT**  1:*16*
3:*1*  17:*10*  18:*21*
19:*17*  46:*8, 10, 15*
48:*3*  51:*17*  101:*20*
107:*22*  129:*24*
139:*9*  140:*5*
141:*16*  143:*1*
**series**  3:*9*  11:*12*
**served**  72:*25*  73:*2,
3, 4, 7*  77:*21*  109:*17*
**service**  5:*23*  6:*24*
26:*22*
**serving**  109:*15*
113:*5*
**set**  13:*18*  36:*13*
140:*15*
**setting**  44:*14*
**sex**  28:*3*
**sheet**  115:*13*
117:*14*  118:*7, 12*
**Sheriff's**  108:*4*
**short**  49:*24*  83:*3,
15*  100:*25*
**shorten**  28:*11*
**show**  18:*3*  19:*10*
**showed**  116:*4*
**showing**  17:*3, 7*
135:*9*

**shown**  19:*17*
20:*24*  21:*3*  77:*2, 5*
**shows**  8:*16*
**side**  108:*12*
**sign**  3:*23*  4:*8*
43:*8*  139:*13*
**signature**  42:*23*
43:*1, 5, 6*
**similar**  39:*3*  118:*4*
123:*25*
**Simopoulos**  2:*8*
3:*14, 21*  4:*9*  6:*16,
19*  8:*17*  9:*5*  10:*19,
23*  11:*8, 18*  12:*1*
17:*12, 16*  18:*6, 9,
14*  19:*7*  20:*3*  21:*6,
16*  25:*2*  29:*18*
30:*13*  31:*25*  34:*13*
35:*4*  36:*16*  38:*13*
40:*2, 8*  44:*22*
48:*10*  49:*6, 12, 16*
50:*8, 13*  54:*5*  57:*8,
19*  58:*7, 16, 21*
59:*2, 17*  60:*12, 21,
24*  61:*3, 16, 19, 22*
63:*8*  64:*8, 17*  65:*4*
66:*10, 17*  69:*2*
70:*8*  71:*9, 18*
73:*11*  74:*3*  76:*14,
17*  78:*19*  79:*8, 25*
80:*4, 7, 14*  81:*4, 24*
82:*5, 8, 14, 21*  84:*8,
17*  86:*9, 17, 22, 25*
87:*5, 8, 16*  88:*1, 4,
10, 13*  90:*11, 18, 22*
91:*1*  92:*5*  94:*3, 7,
12, 15*  95:*16*  97:*3,
7*  98:*24*  99:*12*
100:*15*  101:*6, 12,
17*  102:*7, 16, 24*
103:*9*  104:*24*
105:*6*  107:*17*
108:*24*  109:*3*
110:*23*  111:*1, 6*
114:*8, 11*  115:*12,
15, 21*  116:*2*
121:*20*  123:*4*
129:*11*  132:*4*
134:*9, 13, 18*  142:*8*
**simpler**  81:*9*

**simply**  42:*4*  76:*6*
79:*12*  87:*2*  90:*4*
**Sir**  4:*13, 19*  5:*21*
6:*2, 5, 8*  15:*22*
17:*21*  20:*11, 14*
22:*22*  23:*2, 16, 20*
25:*12, 25*  32:*7, 11*
36:*8*  38:*18*  39:*14*
40:*21*  42:*7, 10*
43:*3, 15*  44:*9*  45:*7*
47:*19*  51:*3, 14*
53:*5*  57:*11*  69:*9*
96:*23*  100:*5*
116:*15, 17, 20*
117:*19*  118:*15*
119:*1*  120:*18*
125:*18*  127:*23, 25*
128:*3*  129:*9, 16*
130:*1, 6, 12, 19*
133:*8*
**sitting**  100:*22*
**situation**  9:*4*  53:*25*
54:*1*  67:*17*  69:*14*
89:*21*  90:*24*  91:*18*
96:*15*  118:*4*
**six**  123:*13*
**social**  12:*14*  24:*15*
60:*2, 6*
**solely**  56:*3*
**somebody**  24:*21,
22*  42:*24*  69:*21, 23*
109:*6, 8, 16*  112:*17*
128:*20*
**sorry**  8:*20*  25:*4*
55:*8*  101:*3*  115:*9*
134:*19*
**sort**  28:*9*  35:*10*
89:*25*  92:*16*
**sought**  38:*22, 25*
40:*14*  58:*19*  93:*20*
**sounds**  135:*7*
**source**  67:*25*
**sparked**  137:*11*
**sparks**  134:*11, 23*
**speak**  13:*21, 22*
46:*7*  47:*10*  105:*8*
**speaking**  38:*15*
46:*23*  48:*6*  107:*19,
22, 23*  124:*10*
131:*2, 21*

**specialized**  26:*16,
25*  27:*5*
**specific**  11:*19*
27:*8*  48:*20*  83:*24*
89:*9*  132:*9*  134:*16*
**specifically**  25:*23*
47:*22*  52:*9*  55:*10*
58:*18*  88:*25*  113:*4*
123:*18*  128:*4*
**specifics**  123:*19*
**specified**  140:*11*
143:*4*
**specify**  6:*16, 19*
**speculate**  34:*17, 18*
117:*25*  134:*18*
**speculating**  46:*24*
117:*24*  125:*8*
**Speculation**  35:*4*
59:*18*  90:*12*
**speculative**  59:*22*
**spell**  42:*19*
**spent**  123:*13*
**spoke**  13:*23, 24*
26:*4*  46:*8, 25*  47:*7*
67:*4*  116:*13*  119:*1,
10*  121:*7*  122:*14*
123:*15*  126:*12*
127:*17*  130:*24*
**spoken**  48:*19, 21*
98:*10*  127:*15*  128:*4*
**spousal**  128:*15*
**Ss**  140:*2*
**standard**  73:*19*
**standpoint**  117:*23*
**stands**  116:*24*
**start**  4:*20*  14:*23*
132:*17*
**starting**  6:*10*  99:*17*
**State**  1:*18*  3:*8*
5:*15*  7:*21*  8:*2, 14*
17:*10*  24:*17*  28:*23*
33:*8*  34:*1, 5, 23*
46:*11, 16*  51:*17*
52:*12*  60:*11, 19*
61:*14, 21*  78:*12, 13,
18, 25*  79:*23*  82:*1*
83:*17*  84:*1, 5*  85:*2*
91:*10, 11, 24*  92:*15,
23*  99:*10*  112:*23*
118:*17*  119:*24*

Case 2:07-cv-04936-MAM   Document 54-8   Filed 10/01/10   Page 4 of 7

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

129:*18*, *25*  131:*7*, *22*  133:*10*, *14*, *18*  134:*2*, *22*  135:*10*  136:*1*, *10*, *20*  140:*2*, *4*  141:*18*  143:*13*
**stated**  50:*6*
**statement**  143:*3*
**statements**  72:*7*
**STATES**  1:*1*  41:*18*  141:*1*
**station**  33:*21*
**statute**  83:*22*  84:*3*  99:*3*
**stay**  92:*13*, *13*
**stayed**  108:*18*
**stenographer**  3:*24*
**stenotype**  140:*7*
**step**  109:*9*
**sticky**  109:*19*  112:*3*
**stipulation**  3:*13*, *14*, *15*
**straight**  122:*6*
**straightforward**  8:*2*
**Street**  1:*21*  2:*9*  24:*3*  43:*11*  141:*21*  142:*9*
**Strike**  49:*8*, *14*
**stuck**  92:*15*  124:*8*
**stuff**  18:*9*  23:*17*  63:*16*  110:*25*
**styled**  143:*3*
**subject**  73:*10*, *15*, *20*
**subpoena**  124:*22*
**subpoenaed**  124:*20*, *25*
**subpoenas**  124:*23*
**subsequent**  16:*4*  43:*21*  76:*10*  127:*2*
**Subsequently**  24:*1*  140:*8*
**substance**  40:*15*  78:*4*  108:*17*
**substantially**  20:*12*
**sued**  62:*25*  63:*2*  138:*5*, *12*, *21*
**suit**  22:*5*
**summarily**  56:*15*
**superiors**  127:*21*

**supervise**  7:*4*  15:*10*  26:*17*  27:*1*
**supervising**  14:*19*  47:*18*
**supervision**  27:*4*  130:*14*
**supervisor**  7:*3*  27:*6*  40:*23*  47:*19*
**Supreme**  1:*22*  141:*22*
**Sure**  6:*20*  7:*12*, *13*  11:*9*  15:*14*  18:*3*, *4*, *14*  20:*4*  28:*2*, *8*  29:*3*, *16*, *20*  34:*16*  42:*18*  49:*19*  54:*22*  60:*16*  61:*6*  63:*1*  67:*11*  68:*21*  73:*4*  77:*4*  78:*23*  86:*19*  89:*2*, *12*  99:*2*  101:*4*  111:*6*  113:*1*  117:*6*, *25*  120:*7*  126:*22*  128:*14*  131:*10*  132:*13*
**surrounding**  92:*19*
**sworn**  3:*3*  41:*21*  140:*6*  143:*11*
**sync**  10:*6*
**system**  28:*13*  106:*12*  133:*22*

< T >
**tactics**  5:*16*
**tag**  110:*13*  111:*13*
**take**  14:*21*  15:*9*, *11*, *13*  49:*18*  85:*2*  92:*12*  98:*13*  112:*13*  119:*16*
**taken**  1:*16*  15:*18*  44:*20*  130:*9*  140:*10*  141:*16*
**takes**  41:*15*
**talk**  9:*22*  38:*9*  62:*25*  63:*1*, *3*  105:*13*  115:*3*  117:*1*  119:*8*  122:*2*, *25*  123:*17*  128:*25*  129:*3*, *17*  130:*5*
**talked**  23:*11*  51:*13*, *15*  52:*1*  87:*20*  115:*4*  121:*5*

122:*11*, *18*, *21*  127:*9*, *11*, *14*  128:*10*, *19*, *21*  129:*5*, *7*, *10*  138:*3*
**talking**  9:*6*  16:*9*  29:*24*  38:*20*  39:*13*  53:*12*  65:*14*, *19*  102:*13*  123:*22*  128:*7*  137:*8*
**tape**  44:*25*
**task**  119:*3*, *9*, *12*, *20*, *24*  120:*2*, *3*, *6*, *9*, *11*, *16*  121:*11*  129:*20*
**Team**  26:*8*
**techniques**  5:*16*
**teleconferencing**  41:*17*
**teletype**  25:*14*
**teletypes**  17:*22*
**tell**  3:*11*  10:*7*  11:*17*  17:*1*  22:*11*  30:*12*, *22*  34:*19*  39:*9*  40:*1*, *6*  41:*10*, *12*, *25*  42:*4*  45:*9*  48:*3*, *5*  51:*5*, *8*  67:*16*  68:*12*  70:*4*, *16*  77:*17*, *24*  86:*19*  87:*21*  88:*9*, *21*  100:*22*, *24*  103:*14*, *16*  104:*20*, *24*  106:*5*  107:*11*, *13*, *21*  115:*5*  117:*4*  118:*19*  121:*5*  125:*16*  126:*20*  128:*12*, *21*  130:*7*, *13*  131:*21*  140:*6*
**telling**  30:*15*  31:*22*  32:*8*  44:*21*  53:*17*  54:*23*  69:*21*  103:*21*
**tells**  123:*23*
**temporarily**  18:*15*  22:*15*  49:*20*
**temporary**  8:*11*  55:*6*, *6*, *17*  57:*5*, *22*  58:*14*, *25*  61:*13*
**ten**  52:*4*, *4*
**term**  59:*7*, *13*, *15*  60:*1*  62:*10*  65:*13*, *17*, *18*, *20*

**terms**  6:*24*  7:*4*, *22*  52:*25*
**terribly**  24:*9*
**test**  5:*1*, *2*
**testified**  3:*4*  23:*23*, *25*  99:*14*  104:*18*, *21*
**testify**  76:*18*
**testimony**  41:*21*  131:*11*  132:*24*  140:*7*, *9*
**text**  140:*8*
**Thank**  88:*14*
**thing**  123:*21*  124:*7*  138:*1*
**Things**  4:*7*  7:*6*  21:*9*  29:*9*  30:*16*  52:*23*  65:*22*  70:*22*  103:*17*  112:*13*
**think**  20:*22*  22:*3*  30:*19*  62:*12*  65:*20*  74:*13*  81:*8*  99:*13*, *16*  100:*16*  110:*18*  122:*23*  129:*22*
**thinks**  103:*8*
**third**  8:*12*  83:*2*
**thought**  88:*12*  102:*20*  111:*1*
**three**  12:*8*, *12*  13:*6*  16:*19*, *24*  17:*7*, *18*  18:*23*  20:*7*  28:*22*  88:*7*  99:*14*  114:*13*  134:*10*
**throw**  139:*5*
**time**  8:*20*  9:*21*  11:*5*  13:*9*  14:*12*  15:*17*  16:*10*  18:*16*  22:*16*  30:*25*  31:*14*  32:*20*  34:*2*  35:*24*  36:*6*, *18*, *21*  37:*4*, *4*, *8*  39:*25*  44:*2*, *19*  49:*21*  53:*5*, *8*, *12*  57:*17*  58:*19*, *24*  60:*9*, *17*  62:*11*  65:*11*  66:*21*, *23*  68:*7*, *7*  70:*24*  78:*2*, *4*, *22*  79:*6*  88:*17*  93:*13*, *19*, *24*  94:*25*  95:*1*, *3*  100:*25*  104:*11*  106:*18*, *22*  107:*10*  108:*21*

Case 2:07-cv-04936-MAM   Document 54-8   Filed 10/01/10   Page 5 of 7

Deposition of Sergeant Sean Adams                                    Christpher Bush & David Bush V S.C Adams, et al.

117:*13*, *16*, *16*
119:*23*  122:*23*
125:*4*  130:*16*
132:*13*, *14*  140:*10*
143:*4*
**times**  27:*8*  57:*21*
64:*6*  99:*14*  105:*7*,
*13*  114:*13*  134:*10*,
*14*
**Tish**  137:*12*, *15*
**today**  10:*3*  12:*20*
16:*17*  39:*13*, *16*
45:*8*  84:*15*  104:*18*,
*21*  127:*14*  139:*10*
**told**  13:*1*  14:*25*
25:*17*  30:*12*, *16*, *22*,
*24*  31:*15*, *21*  37:*23*
39:*16*  45:*8*  52:*8*
65:*24*  67:*13*, *14*, *15*
69:*13*  70:*3*  75:*12*
77:*14*, *15*  78:*3*
89:*8*  92:*22*  102:*20*
104:*17*  108:*17*
109:*1*, *23*  115:*6*, *7*
118:*20*  119:*6*
122:*14*  123:*1*
125:*22*  131:*23*
138:*5*, *11*, *23*
**top**  100:*1*  136:*10*
**topic**  26:*21*
**topics**  5:*17*
**totality**  37:*19*
**town**  52:*20*
**train**  7:*5*
**trained**  6:*24*  7:*3*,
*22*  8:*14*  80:*20*, *23*
82:*12*  97:*1*
**training**  5:*10*, *12*, *16*,
*20*, *22*  6:*3*, *9*, *12*, *13*,
*14*  7:*2*, *9*, *18*, *25*
8:*21*, *22*  9:*19*
13:*14*  26:*16*, *19*, *25*
27:*5*  34:*11*, *19*
40:*22*, *23*  41:*1*
53:*24*  78:*10*  81:*1*
82:*11*  84:*2*, *4*, *6*
98:*1*
**transcribed**  140:*8*
**transcript**  55:*17*

140:*9*  143:*2*
**transfer**  33:*16*
**transpired**  23:*24*
52:*21*
**transport**  121:*4*
129:*23*
**treat**  76:*25*
**trees**  115:*18*
**trial**  3:*20*  12:*3*
**trick**  101:*5*, *11*
**tricked**  98:*22*
**tried**  23:*20*  99:*23*
**Tripp**  17:*7*, *10*
18:*24*  46:*8*, *10*, *15*
48:*3*, *20*  51:*2*, *6*, *20*
107:*22*  114:*14*, *17*
129:*8*
**Trooper**  47:*10*
129:*10*
**trouble**  124:*6*
**true**  17:*2*  36:*12*, *21*
51:*2*  54:*15*  55:*5*,
*18*, *20*  57:*14*  58:*2*
64:*14*  66:*1*  76:*16*
77:*3*  79:*12*, *24*
85:*21*  86:*1*, *4*  96:*2*
97:*14*  103:*16*
140:*8*  143:*2*
**truth**  140:*6*, *6*, *6*
**truthfulness**  57:*14*
**try**  3:*11*  10:*8*
28:*10*
**trying**  54:*17*  74:*11*
95:*13*, *21*  98:*15*
101:*5*  128:*17*
131:*24*  132:*2*
**turn**  33:*6*  58:*1*
**turned**  15:*25*  32:*5*
33:*21*  37:*5*  68:*2*
69:*1*  95:*24*  96:*7*
**turning**  33:*25*
135:*2*
**two**  5:*23*  8:*4*
19:*19*  20:*7*, *16*
31:*12*  51:*13*  62:*21*
74:*7*  121:*17*
123:*14*  125:*15*
135:*1*
**type**  9:*19*, *20*, *23*
11:*23*  13:*14*  27:*25*

53:*11*, *24*, *25*  92:*10*
123:*25*
**types**  6:*3*  16:*15*
24:*7*  57:*16*  62:*14*
63:*22*
**typically**  33:*11*
42:*3*
**typing**  116:*21*

< U >
**U.S**  119:*25*  120:*11*,
*14*  129:*20*
**Ultimately**  28:*14*
48:*13*
**unable**  86:*3*
**unaware**  56:*24*
**unclear**  13:*9*
**understand**  3:*10*,
*18*  8:*19*  11:*6*, *9*
21:*21*  24:*6*  30:*5*
34:*15*  57:*10*, *12*, *21*
58:*9*  61:*5*, *6*, *9*
69:*22*  70:*10*  79:*22*
91:*17*  92:*7*, *9*
94:*15*  95:*12*, *13*
97:*2*  105:*19*  109:*7*
113:*10*  114:*7*
120:*7*  131:*12*
132:*23*
**understanding**  7:*2*
8:*23*  13:*5*  68:*20*
76:*9*, *11*, *11*  80:*6*
82:*11*  84:*25*  91:*22*
94:*18*
**understands**  55:*16*
95:*22*
**unit**  14:*14*  26:*7*, *9*,
*12*, *13*, *17*, *17*, *19*
27:*1*, *4*, *15*  28:*1*, *5*
29:*24*  62:*16*  120:*21*
**UNITED**  1:*1*  141:*1*
**unlawfully**  12:*15*
**unsuccessful**  23:*21*
**untrue**  31:*3*
**unusual**  86:*20*
87:*3*, *10*
**update**  5:*20*  6:*23*
**updated**  133:*8*
**upper**  17:*8*

**use**  7:*14*  27:*14*
75:*2*
**uses**  41:*13*
**usual**  3:*12*, *15*
**usually**  8:*7*  41:*17*
54:*9*  92:*10*  123:*24*
133:*21*

< V >
**vacate**  31:*4*
**vacated**  37:*16*
38:*6*  74:*19*  77:*19*,
*21*  93:*18*  95:*5*, *7*,
*14*  96:*3*  132:*21*
**vacating**  72:*10*, *12*,
*18*  93:*14*
**vague**  53:*2*
**vaguely**  31:*5*
**valid**  12:*16*, *23*, *24*
13:*2*, *3*, *7*  26:*6*
28:*21*  33:*2*, *12*
34:*4*, *6*, *8*, *9*  35:*1*
75:*19*, *20*  76:*13*, *25*
78:*6*, *24*  79:*3*, *6*
96:*1*  99:*8*, *15*
**validity**  133:*23*
**various**  22:*25*  23:*5*
**Vehicle**  110:*10*, *17*
**verbal**  92:*16*
**verbatim**  84:*24*
**verbiage**  40:*12*
81:*22*
**verify**  66:*5*
**version**  3:*25*
**victim**  30:*7*, *7*
63:*22*
**victims**  63:*20*
**viewed**  95:*10*
**violated**  98:*22*
**violates**  100:*23*
**violation**  6:*25*  7:*8*
**violence**  26:*15*, *21*
27:*12*  31:*10*
**Virgina**  54:*19*
**VIRGINIA**  1:*3*, *19*,
*22*, *23*  2:*9*  5:*15*, *19*
7:*20*, *21*  8:*3*, *13*, *15*,
*25*  9:*2*  11:*3*  12:*7*,
*12*  13:*15*  32:*6*, *10*,
*13*, *14*, *17*, *21*, *23*

Case 2:07-cv-04936-MAM   Document 54-8   Filed 10/01/10   Page 6 of 7

Deposition of Sergeant Sean Adams                                                Christpher Bush & David Bush V S.C Adams, et al.

33:3, 20   34:25
37:11   41:11, 13
44:7   47:4   53:14,
20   54:3, 6, 8, 9, 13,
21   60:18   61:2
62:10   63:4   69:11
70:6   77:2, 5   78:14,
17   79:1, 16   80:3
81:3   85:7, 20
87:22   88:6, 19
89:19   91:23, 25
92:1, 21   93:2, 23
94:6   95:1, 3   96:8,
16, 21   97:25   99:5
100:10, 11, 13
105:3   115:1
128:15   129:17, 25
140:2, 4, 22   141:3,
19, 22, 23   142:9
visitation   7:15
54:11
voice   38:21
volition   112:20
voracity   57:13

< W >
want   11:15   19:10
21:23   28:8   29:9
40:3   50:11   51:25
52:1   54:22   58:22,
23   65:17   66:7, 8,
15   71:15   74:13
84:20   86:20   89:2,
10, 12, 13   98:12
110:15   115:17, 18,
22   118:1   128:19
134:21   135:11, 13
139:5, 7, 8
wanted   101:1
110:20
wants   34:23   74:1
92:11, 12
warrant   20:20
21:19, 19   41:14, 20
42:3   43:7, 23
70:14   109:16
112:16, 25   113:9,
12   118:5
Warrants   2:22
18:25   19:20, 24

20:17   22:9   23:4
35:18   36:5, 9, 21
37:6   40:14   41:12
42:9, 21   44:11, 18
45:18, 20, 22   46:1,
2, 4   47:5, 21   51:23
52:2, 5, 9   54:15, 24,
25   58:19, 20, 25
70:5, 25   80:12
87:21   93:1, 20
104:14   105:17, 20,
22   106:7, 9, 15, 22
107:4   108:14, 18
109:5   111:24
112:2, 6   113:6, 23
115:8   117:8, 12, 15,
22   118:8, 13, 20, 21
119:9   122:6
127:13   132:24
133:1, 5, 24
Washington   2:4
142:4
watched   87:13
way   16:7   28:10
29:21   72:19   74:2
101:20   110:21
115:16   121:23
weapon   31:6, 21
weapons   31:16
weeks   5:14   123:13,
14
Well   11:12   12:25
21:3, 5   41:15
42:18   54:9   59:19
64:23   66:5   68:1
69:3, 19   70:15
77:3   79:2   82:8
83:2   89:23   90:22
95:19   97:10
102:11   111:22
113:12   121:15
128:14
went   5:6   23:18
36:3   41:7   43:22
45:25   75:8   90:4, 5
93:20   137:10, 12, 13
we're   6:24   7:22
21:16   29:24   33:16
75:6   91:2   92:10

101:8   109:14
West   43:11
we've   22:8, 20, 23
39:4, 13   42:20
54:12   83:2   95:14
99:13   111:10
115:24   127:13
129:5
whereof   140:15
wife   10:13   128:12,
17, 23   129:1
wishes   9:2
witness   3:2, 6   9:6
11:9   12:4   18:7, 10
20:6   21:10, 23
32:1   35:6   36:17
48:12   49:19   50:20
56:19   59:4, 23
60:13   64:9   65:6
66:18   80:1, 8
81:10   82:1, 16
84:9, 19   87:17
88:5, 16   94:16
98:25   100:17
102:8, 17   105:1, 8
107:18   114:16
115:13   134:19
139:13   140:5, 8, 15
witnesses   124:6
125:23, 25
word   61:18   72:23
75:2
words   40:16   46:21
93:3   95:20   104:22
work   15:16   26:17,
19   53:18   120:9, 13
worked   5:25   38:22
39:1
working   4:20   26:7
47:13   62:16   74:18
79:14   109:14
120:5, 16   132:8
136:20
works   137:1
write   23:17   40:17
107:7
writing   18:7   30:9
41:24   45:2   134:23

written   5:1   25:22
29:13   50:17   80:12
113:8
wrong   5:6   19:21
79:10   131:12, 13
wrote   51:5   107:8

< Y >
year   31:1   65:20,
24   88:17
years   5:23   31:11
67:23
yellow   109:20
Youth   26:8

# MISSING PERSON CLEARANCE REQUEST

DATE _10_-_25_-2006, OCA # _061024023_

NAME: _Stefano Ricochet Serene_

RACE: _W_, SEX: _M_, AGE: _13_, DOB: _8/27/97_

### CODE FOR CLEARING
(Please check one)

____ 1. VOLUNTARY DISAPREARANCE RETURNED    -    VOL DIS-RET
____ 2. VOLUNTARY DISAPREARANCE-NOT RETURNED -   VOL DIS-NOT RET
____ 3. PARENTAL ADUCTION-RETURNED          -    PAR ABD-RET
_✓_ 4. PARENTAL ABDUCTION-NOT RETURNED           PAR ABD-NOT RET
____ 5. INVOLUNTARY DISAPPEARANCE-RETURNED       INVOL DIS-RET
____ 6. INVOLUNTARY DISAPPEARANCE-NOT RETURNED-  INVOL DIS-NOT RET
____ 7. HOMICIDE VICTIM                          HOM VICT

DETECTIVE: _[signature] 1474_

EXHIBIT
Adams #1
5/20/10