1    Q    So why was his complaint against Tripp being held by
2  Hill pending the outcome of whether he did or didn't have
3  jurisdiction?
4    A    You would have to ask Captain Hill that. I don't
5  know.
6    Q    From a BPR standpoint, as the director?
7    A    When it comes in here at the end I look -- as I told
8  you before, sir, okay, I try to look, you know, is there
9  misconduct by our members that I can see? I don't know during
10 that whole time what was -- what was going on. And I'm not
11 briefed.
12   Q    Extensively?
13   A    At all basically. I mean, if something of a major
14 nature comes in or something that they're going to tell me,
15 fine. But I have subordinates out there that work for me. So
16 I'm -- there's so many investigations going on. There's no way
17 that I'm going to keep track of every stage of every little
18 thing.
19   Q    Let me ask you this and we're done, Captain.
20   A    Okay.
21   Q    In your experience --
22   A    Um-hum.
23   Q    -- as the director have you come across any time in
24 your investigations where supervisors interfered with the
25 investigation, orchestrated it to come out some way?

1    A    Orchestrated it?

2    Q    Took action so that it would conclude one way or the
3 other or couldn't conclude one way or the other?

4    A    That's a pretty -- that would be a serious charge.

5    Q    It most certainly would be.

6    A    Serious charge.  I can't say that I've ever had one
7 come to my attention that I can recall.

8    Q    Have there been investigations where commanders
9 wiretapped their barracks?

10   A    Wiretapped their barracks?

11   Q    Um-hum.

12   A    Not that I know of.

13   Q    You don't know about that?

14   A    No.

15        MR. PURICELLI:  Okay.  All right.  That's all I have.

16        (Whereupon, the deposition was concluded at 1:38 p.m.)

```
 1  COUNTY OF DAUPHIN              :
                                   : SS
 2  COMMONWEALTH OF PENNSYLVANIA   :
```

3    I, Donna E. Gladwin, a Notary Public, authorized to
4 administer oaths within and for the Commonwealth of
5 Pennsylvania, do hereby certify that the foregoing is the
6 testimony of Willard M. Oliphant.

7    I further certify that before the taking of said
8 deposition, the witness was duly sworn; that the questions and
9 answers were taken down stenographically by the said
10 Reporter-Notary Public, and afterwards reduced to typewriting
11 under the direction of the said Reporter.

12    I further certify that I am not a relative or employee
13 or attorney or counsel to any of the parties, or a relative or
14 employee of such attorney or counsel, or financially interested
15 directly or indirectly in this action.

16    I further certify that the said deposition constitutes
17 a true record of the testimony given by the said witness.

18    IN WITNESS WHEREOF, I have hereunto set my hand this
19 1st day of August, 2010.

20
21
22
23    COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
24    DONNA E. GLADWIN, Notary Public                 *Donna Gladwin* (signature)
      Susquehanna Twp., Dauphin County
      My Commission Expires July 22, 2012    Donna E. Gladwin, RPR
25                                           Notary Public

SP 1-108 (9-03/Web)

**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA STATE POLICE**
**COMPLAINT VERIFICATION**

**BIP CONTROL NUMBER:** 2006-0692

### COMPLAINANT INFORMATION

**1. NAME**
- FIRST: Christopher
- M.I.: /
- LAST: Bush

**2. HOME ADDRESS**
- STREET/P.O. BOX: 100 MUNICIPAL DRIVE
- CITY: NEWTOWN
- STATE: PA
- ZIP: 18940
- HOME TELEPHONE NO.: 215-783-4027
- WORK TELEPHONE NO.: 215 504/2215

**3. REMARKS** — PROVIDE A DETAILED NARRATIVE OF THE INCIDENT. IF THE COMPLAINT INVOLVES VERBAL ABUSE OR RUDENESS, STATE THE SPECIFIC TERM, PHRASE, OR LANGUAGE CONSIDERED TO BE OFFENSIVE. IF THE COMPLAINT CONCERNS DISSATISFACTION WITH AN INVESTIGATION OR OTHER POLICE SERVICE, EXPLAIN WHAT ACTION OR OMISSION WAS UNACCEPTABLE. IF ADDITIONAL SPACE IS NEEDED, USE THE REVERSE SIDE.

Summary of facts:

On or about April 2006, Tioga County District Attorney John Cowley assigned the Pennsylvania State Police Mansfield Troop, Sergeant Tripp the investigation of locating the whereabouts of three minor children and mother Sarah Bush. See Attached.

During this same time, natural father of the children, David Bush concerned for his children's welfare, contacted and met with the Pennsylvania State Police for the purpose of filing a missing children report. David Bush was told by Sergeant Tripp that because a Protection of Abuse order had been entered into by him that he had no rights to his children. David Bush only requested a PSP investigation into his missing children upon the expiration (01/2006) of the order. Sergeant Tripp not only didn't do his job but, failed as required by law, regardless of circumstances and without delay to enter David Bush's children into (CLEAN)/ N.C.I.C.

July 2006, the undersigned Detective Chris Bush, employed by the Newtown Township Police Department Bucks County Pennsylvania, entered David Bush's children into N.C.I.C. which prompted The National Center for missing and Exploited Children Investigation.

August 11, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to both Sergeant Charles Patton and this Detective. Sergeant Tripp inquired with me as to whether David Bush was a relation and if I entered his children into N.C.I.C. I informed Sergeant Tripp that I did, at which time he repeatedly laughed and refused my offer of further information. Conclusion of conversation. See Attached.

**4. SIGNATURE:** I AFFIRM THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION OR BELIEF. [signature]

**5. DATE:** 1/15/07



EXHIBIT
Oliphant
1
deg 7/20/10

October 13, 2006, David Bush's children were located in Richmond City Virginia with their mother living under assumed names. In cooperation with Richmond City Police Department, David Bush executed a valid custody order and was reunited with his children and returned with them to Pennsylvania.

On October 23, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to Sergeant Patton as well as Chief Martin Duffy and alleged that this Detective and his brother entered into a fraudulent custody order to remove David Bush's children from Virginia. Conclusion of conversation.

Sergeant Tripp was untruthful concerning the facts of the custody order he referenced. Moreover, Sergeant Tripp repeatedly demonstrated during his involvement with the matter that he is either unqualified to be a public servant or assisted the concealment of David Bush's Children.

It is my sincere hope, that this matter is fully investigated by the Pennsylvania State Police Internal affairs Unit. The aforementioned witnesses are available upon your request.

*[signature]*

Ruiz, Noel

**From:** Hill, Kenneth F (PSP)
**Sent:** Tuesday, July 03, 2007 3:58 PM
**To:** Ruiz, Noel; Hile, Dennis C; Oliphant, Willard M; Ignatz, Steve J; Scott, Robert J (PSP)
**Cc:** Rice, John G
**Subject:** FW: IAD 2006-0692

Noel,

I have attached correspondence that **has yet to be sent** pending discussion with Capt. Oliphant. Please bump this to a Supervisory Inquiry and assign it to Lt. Dennis HILE. We were waiting for the CLEAN unit to finish an Administrative Investigation into the actions of Det. Bush. We have received their findings which show that while BUSH didn't violate CLEAN/CJIS policy, he did lie to them and he entered the children of his brother into NCIC without jurisdiction for personal reasons. I will not be sending the correspondence until I have full documentation of Det. BUSH's wrongdoing, via the SI.

Lt. Ignatz would you please forward a copy of the CLEAN Admin Investigation involving Det. Bush to Lt. Hile, Troop F, Montoursville for inclusion in the SI. Feel free to call with questions, and I repeat please do not forward my correspondence to Newton Twp. It is included for your information only.

-----Original Message-----
**From:** Ruiz, Noel
**Sent:** Friday, January 26, 2007 2:02 PM
**To:** Hill, Kenneth F (PSP)
**Subject:** IAD 2006-0692

Captain,

See attachments.

We are forwarding this complaint to you FYI and whatever action you deem appropriate as well as a response to the complainant. We will carry this complaint as "Information Only, Referred to C.O., Troop F at this time. If after reviewing the facts you feel it should be bumped up to an investigation, Supervisory Inquiry or otherwise, please advise. We asked to be copied your response to the complainant.

Noel

7/5/2007

## Ruiz, Noel

**From:** Ruiz, Noel
**Sent:** Friday, January 26, 2007 2:02 PM
**To:** Hill, Kenneth F (PSP)
**Subject:** IAD 2006-0692

Captain,

See attachments.

We are forwarding this complaint to you FYI and whatever action you deem appropriate as well as a response to the complainant. We will carry this complaint as "Information Only, Referred to C.O., Troop F at this time. If after reviewing the facts you feel it should be bumped up to an investigation, Supervisory Inquiry or otherwise, please advise. We asked to be copied your response to the complainant.

Noel

1/26/2007

Ruiz, Noel

**From:** Oliphant, Willard M
**Sent:** Monday, July 30, 2007 10:44 AM
**To:** Ruiz, Noel
**Subject:** FW:

file

Captain Willard M. Oliphant
Director of Internal affairs
Bureau of Integrity and Professional Standards

-----Original Message-----
**From:** Hill, Kenneth F (PSP)
**Sent:** Friday, July 27, 2007 3:42 PM
**To:** Foster, Julia L; Ignatz, Steve J; Tripp, Joseph A; Johnson, Steven M; Hile, Dennis C; Oliphant, Willard M
**Cc:** Rice, John G
**Subject:**

Julie, please clean my drafts up and plan to mail out Monday. I have included the rest of you for your information. Please examine the attachments and let me know if I have missed anything.

7/30/2007

SP 1-108 (9-03/Web)

**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA STATE POLICE**
**COMPLAINT VERIFICATION**

BIP CONTROL NUMBER: 2006-0692

**COMPLAINANT INFORMATION**

1. NAME — FIRST: Christopher  M.I.: /  LAST: Bush
2. HOME ADDRESS — STREET/P.O. BOX: 100 Municipal Drive  CITY: Newtown  STATE: PA  ZIP: 18940  HOME TELEPHONE NO.: 215 783-4027  WORK TELEPHONE NO.: 215 504-2215
3. REMARKS — PROVIDE A DETAILED NARRATIVE OF THE INCIDENT. IF THE COMPLAINT INVOLVES VERBAL ABUSE OR RUDENESS, STATE THE SPECIFIC TERM, PHRASE, OR LANGUAGE CONSIDERED TO BE OFFENSIVE. IF THE COMPLAINT CONCERNS DISSATISFACTION WITH AN INVESTIGATION OR OTHER POLICE SERVICE, EXPLAIN WHAT ACTION OR OMISSION WAS UNACCEPTABLE. IF ADDITIONAL SPACE IS NEEDED, USE THE REVERSE SIDE.

Summary of facts;

On or about April 2006, Tioga County District Attorney John Cowley assigned the Pennsylvania State Police Mansfield Troop, Sergeant Tripp the investigation of locating the whereabouts of three minor children and mother Sarah Bush. See Attached.

During this same time, natural father of the children, David Bush concerned for his children's welfare, contacted and met with the Pennsylvania State Police for the purpose of filing a missing children report. David Bush was told by Sergeant Tripp that because a Protection of Abuse order had been entered into by him that he had no rights to his children. David Bush only requested a PSP investigation into his missing children upon the expiration (01/2006) of the order. Sergeant Tripp not only didn't do his job but, failed as required by law, regardless of circumstances and without delay to enter David Bush's children into (CLEAN)/ N.C.I.C.

July 2006, the undersigned Detective Chris Bush, employed by the Newtown Township Police Department Bucks County Pennsylvania, entered David Bush's children into N.C.I.C. which prompted The National Center for missing and Exploited Children Investigation.

August 11, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to both Sergeant Charles Patton and this Detective. Sergeant Tripp inquired with me as to whether David Bush was a relation and if I entered his children into N.C.I.C. I informed Sergeant Tripp that I did, at which time he repeatedly laughed and refused my offer of further information. Conclusion of conversation. See Attached.

I AFFIRM THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION OR BELIEF.

4. SIGNATURE: [signed]
5. DATE: 1/15/07

SP 1-108 (8-93)

October 13, 2006, David Bush's children were located in Richmond City Virginia with their mother living under assumed names. In cooperation with Richmond City Police Department, David Bush executed a valid custody order and was reunited with his children and returned with them to Pennsylvania.

On October 23, 2006, PSP Sergeant Tripp contacted the Newtown Township Police and spoke to Sergeant Patton as well as Chief Martin Duffy and alleged that this Detective and his brother entered into a fraudulent custody order to remove David Bush's children from Virginia. Conclusion of conversation.

Sergeant Tripp was untruthful concerning the facts of the custody order he referenced. Moreover, Sergeant Tripp repeatedly demonstrated during his involvement with the matter that he is either unqualified to be a public servant or assisted the concealment of David Bush's Children.

It is my sincere hope, that this matter is fully investigated by the Pennsylvania State Police Internal affairs Unit. The aforementioned witnesses are available upon your request.

*[signature]*