```
Inc History for: #PD062230508

Entered      08/11/06  11:28:28  BY PD08    748

Initial Type: PHONE    Initial Alarm Level:    Final Alarm Level:
Final Type: PHONE (PHONE MESSAGE) Pri: 5 Dspo:        Prem: [ ]
EMS Blk:  145030 Fire Blk:  55030  Police Blk:  52002  Map Page: 3037G9
Group: 52  Beat: 02  Src:  N ATT:  PTC - Phone the Complainant
Loc: 52PD #52S ,52 at 100 MUNICIPAL DR #52S ,52 btwn RT 413 & DEAD END
Loc Info:
Name: SGT TRIPP              Addr: PSP MANSFIELD        Phone: 5706622151
/1128  (748    ) ENTRY:  REF TO A MISSING CHILD CASE,,WOULD LIKE TO TAL
                          K TO THE SARGENT
```



Poster — Bresh David
↓
Missing

Shilo Bresh

SP 1-101 (1-93)

**PENNSYLVANIA STATE POLICE**
**USE OF FORCE OR COMPLAINT**
**RECEPTION AND PROCESSING WORKSHEET**

BPR CONTROL NUMBER: _____

## 2. COMPLAINANT INFORMATION

**NAME**
- FIRST: CHRIS
- M.I.: 
- LAST: BUSH

**HOME ADDRESS**
- STREET/P.O. BOX: 3645 SMITH ROAD
- CITY: FURLONG
- STATE: PA
- ZIP CODE: 18925
- HOME PHONE #: (215) 598-8610

**EMPLOYER**
- NAME & ADDRESS: Newtown Twp PD
- WORK PHONE #: (215) 504-2215

## 3. NON-COMPLAINT USE OF FORCE REPORT
☐ SHOOTING INCIDENT  ☐ PHYSICAL FORCE  ☐ LEGAL INTERVENTION

## 4. SUBJECT OF ALLEGATION/REPORT (List additional subjects on back)

**NAME**
- FIRST: ?
- M.I.:
- LAST: TRIPP

**LOCATION**
- TROOP/BUREAU: F
- STATION/DIVISION: MANSFIELD
- JOB ASSIGNMENT:

SSN: ___ - ___ - ___   DOE: ___   ← TO BE COMPLETED IF KNOWN OR AVAILABLE

## 5. DETAILS OF ALLEGATION

ROUTE/STREET:

CITY/TWP/BORO: | COUNTY: | DATE: Various | TIME: | DAY:

**TYPE OF ALLEGATION (CHECK ONE)**
- ☐ PHYSICAL ABUSE
- ☐ VERBAL ABUSE
- ☐ CRIMINAL CONDUCT
- ☐ IMPROPER CONDUCT ON DUTY
- ☐ IMPROPER CONDUCT OFF DUTY
- ☐ DISSATISFACTION WITH PERFORMANCE OF DUTY
- ☐ OTHER (Please explain)

**SYNOPSIS**

On going incident - starting 02/23-2006 - 08/22/06
Final Contact 10/23/06
Investigation: Missing Children Case.

Tioga DA John Kelly Assigned Case to Tripp & Wissner AtL Mother & 3 children - Children never entered into NCIC. Recv'd Call Tripp made unsupported accusation

## 6. RECEPTION DATA

DATE RECEIVED: | TIME RECEIVED: | LOCATION RECEIVED: | TROOP/BUREAU: | STATION/DIVISION:

RECEIVED BY - NAME: | SSN: ___ - ___ - ___

## 7. FOR BUREAU USE

INVESTIGATOR - NAME: | SSN: ___ - ___ - ___

CONTROL NO. ISSUED BY: | DATE ASSIGNED: | DATE DUE: | SP 1-101-A ☐ | LIMITED INVESTIGATION ☐

a. **ADDITIONAL SUBJECTS OF ALLEGATION/REPORT**

| NAME | FIRST | | M.I. | LAST |
|---|---|---|---|---|
| LOCATION | TROOP/BUREAU | STATION/DIVISION | | JOB ASSIGNMENT |
| SSN | — — | DOE | | ← TO BE COMPLETED IF KNOWN OR AVAILABLE |

| NAME | FIRST | | M.I. | LAST |
|---|---|---|---|---|
| LOCATION | TROOP/BUREAU | STATION/DIVISION | | JOB ASSIGNMENT |
| SSN | — — | DOE | | ← TO BE COMPLETED IF KNOWN OR AVAILABLE |

| NAME | FIRST | | M.I. | LAST |
|---|---|---|---|---|
| LOCATION | TROOP/BUREAU | STATION/DIVISION | | JOB ASSIGNMENT |
| SSN | — — | DOE | | ← TO BE COMPLETED IF KNOWN OR AVAILABLE |

**SYNOPSIS (CONT.)**

[blank lined area]

November 22, 2006

Mr. Chris Bush
3645 Smith Road
Furlong, Pennsylvania 18925

Dear Mr. Bush:

The personnel complaint you filed with the Pennsylvania State Police has been referred to the Bureau of Integrity and Professional Standards, Internal Affairs Division, for processing and review. However, before an administrative investigation can be initiated, Department regulation requires that the enclosed Complaint Verification form be <u>completed, signed in original, and returned within 5 days after it is received by you</u>. Failure to do so will result in the termination of your complaint.

When completing Block #3, "Remarks," of the Complaint Verification form, provide a brief description of the events leading up to your initial contact with State Police personnel. In describing the incident, thoroughly detail the events surrounding your complaint, including the date, day of week, and time of day. Also list the names, addresses, and telephone numbers of anyone who was present when the incident occurred. If your complaint includes verbal abuse or rudeness, include the specific term, phrase or language you found offensive.

If an arrest action has taken place by the State Police, personnel complaints filed with this office will have <u>no</u> impact upon such cases. Issues regarding the validity of an arrest must be adjudicated before the appropriate judicial authority. In accordance with due process, you are entitled to request a hearing/appeal and present those issues before the judiciary identified on the citation/summons.

Questions regarding the status of your complaint may be directed to the Bureau of Integrity and Professional Standards at (717) 657-4200.

The Pennsylvania State Police takes great pride in the professionalism of its members. I assure you the Pennsylvania State Police remains committed to providing citizens with the finest available police services.

Sincerely,

Captain Willard M. Oliphant
Director, Internal Affairs Division
Bureau of Integrity and Professional Standards

cc: IAD File 2006-0692

**PENNSYLVANIA STATE POLICE**
TROOP F - AREA II
899 CHERRY STREET
MONTOURSVILLE, PA 17754-2009

July 3, 2007

Newtown Township Supervisors
100 Municipal Drive
Newtown, Pa.
18940

Dear Supervisors,

Enclosed please find correspondence generated by Detective Christopher Bush of the Newtown Police Department in the form of a complaint he made to the Internal Affairs Division of the Pennsylvania State Police. As a result of his complaint I directed that an inquiry be made into the actions of personnel under my command. I further requested that members of the State Police Commonwealth Law Enforcement Assistance Network (C.L.E.A.N.) conduct a completely independent inquiry to determine the validity and integrity of an N.C.I.C. entry made by Det. Bush regarding his brother's children.

The investigation that gave rise to Det. Bush's complaint was discussed and approved by the Tioga County District Attorney at the inception of the complaint. He endorsed the actions of the investigators in this case based on the extensive litigation relative to divorce, custody, criminal proceedings and PFA proceedings between the parties involved. Also enclosed you will find correspondence generated from me to Det. Bush, detailing my findings as well as correspondence from Lt. Steve J. Ignatz, of the Commonwealth Law Enforcement Assistance Network, Administrative Section, Pennsylvania State Police.

As you can see from the attached correspondence I have determined that Det. Bush abused his authority as a police officer for personal reasons. The abuse of authority and lack of credibility of Det. Bush has apparently been condoned by Chief Martin C. Duffy, as noted in the correspondence from Lt. Ignatz. The N.C.I.C. entries made by Det. Bush were done for obviously personal reasons and without any jurisdiction for such an action. The actions of Det. Bush as condoned by Chief Duffy, exposed those officers and your Police Department to significant risk of civil liability from Det. Bush's former Sister in Law.

I have taken the extraordinary step of forwarding this correspondence to you in light of the treatment received by the members of the C.L.E.A.N. Unit, from Chief Duffy during the course of the inquiry. Chief Duffy accused the members of the C.L.E.A.N. Unit of merely exercising their authority in retaliation for the complaint submitted by Det. Bush. Given the actions of Chief Duffy and the incredible lack of professional behavior on the part of Det. Bush, I have no confidence that a discussion or correspondence directed to Chief Duffy would be beneficial in preparing your department for the ramifications of civil liability possible from former members of the Bush family.

I have provided this information to you for whatever action you deem appropriate. I would ask that a member of the Township Supervisors or Solicitor confirm receipt of this correspondence.

Sincerely,

Captain Kenneth F. Hill
Commanding Officer

*An Internationally Accredited Law Enforcement Agency*

**PENNSYLVANIA STATE POLICE**
DEPARTMENT HEADQUARTERS
1800 ELMERTON AVENUE
HARRISBURG, PA 17110

June 6, 2007

Martin C. Duffy, Chief of Police
Newtown Township Police Department
100 Municipal Drive
Newtown, Pennsylvania 18940

Dear Chief Duffy:

The recent Commonwealth Law Enforcement Assistance Network (CLEAN) Administrative Investigation involving Detective Chris Bush of your agency has been concluded.

Please be advised that although it is apparent your agency lacked jurisdiction in the case in question, I find no violations of CLEAN or Criminal Justice Information Services (CJIS) policy. I do, however, question the truthfulness of Detective Bush. As you will recall, Detective Bush repeatedly denied having a report of the allegedly missing subjects. Only after you located the report in a folder did the detective admit to having completed such a report. Furthermore, only after you twice directed Detective Bush to allow the investigator to view the report did he do so. As you know, it is a policy requirement to have a report on file and you are compelled to make the report available under the terms of the CLEAN User Agreement.

As the CJIS Systems Agency for the Commonwealth of Pennsylvania, the Pennsylvania State Police takes seriously the integrity of CJIS data. Contrary to your initial assertion that the investigator and I were sent "by Harrisburg to harass and intimidate" Detective Bush, our sole purpose for visiting your department was to ensure the integrity of CLEAN information.

Should you have any questions or concerns regarding this investigation, please feel free to contact me at (717) 783-5575 or via email at stignatz@state.pa.us.

Sincerely,

Lieutenant Steve J. Ignatz
CJIS Systems Officer
CLEAN Administrative Section

PENNSYLVANIA STATE POLICE
TROOP F - AREA II
899 CHERRY STREET
MONTOURSVILLE, PA 17754-2009

July 27, 2007

Detective Christopher Bush
Newtown Twp. Police Department
100 Municipal Drive
Newtown, Pa. 18940

Dear Mr. Bush:

Your complaint form number 2006-0692, was forwarded to me for review and response. As the Commanding Officer of Troop F, Montoursville, I exercise oversight for the Mansfield station. Sergeant TRIPP was the Station Commander of the Mansfield Station at the time of this incident. A thorough review of your concern in this matter and attendant circumstances has been conducted.

Based on the facts revealed through this inquiry, there is no evidence of any wrongdoing on the part of Sergeant Tripp or any of the other members of Troop F, Mansfield. A thorough investigation was completed following the initial complaint from your brother David BUSH, including discussions with and approval by the Tioga County District Attorney, given the extensive divorce, custody, PFA, and criminal proceedings between David and Sarah BUSH.

After reviewing the circumstances in this case, there are numerous documented instances of inappropriate conduct committed by you in your capacity as a police officer. You took advantage of your powers as a police officer for personal reasons. You made a CLEAN/NCIC entry for your brother when your department did not have jurisdiction in the case. You wrote up only a minimal investigative report, just enough to avoid a CLEAN User Agreement violation; when confronted by State Police Troopers assigned to the Commonwealth Law Enforcement Assistance Network (C.L.E.A.N.) relative this incident, you vehemently denied having done a Missing Person report. The custody order obtained by your brother in Luzerne County on 6/23/06, was subsequently vacated by that Court on 10/23/06, and termed to be, "inappropriately granted" by said court, a copy of which I have attached.

In light of the above case circumstances, the FBI became involved following the inappropriate seizure of the children in Virginia, based on the flawed court order, and required the return of the children to their Mother.

*An Internationally Accredited Law Enforcement Agency*

investigated has clearly prevented you abused the authority for personal reasons, which was condoned by Chief Martin C. Duffy based on his statements to the C.L.E.A.N. Administrative Section. Your actions exposed yourself, your Chief of Police and your Department to the possibility of extensive civil liability at the hands of the former Mrs. Bush.

Given your lack of credibility and the treatment extended by you and Chief Duffy to the members of the State Police C.L.E.A.N. Administrative Section, who were conducting a completely independent administrative investigation to ensure the integrity of the C.L.E.A.N. System, which included accusations that the Troopers were sent by the Internal Affairs Division of the State Police in retaliation for your complaint. In light of these facts I am forwarding a copy of this letter, along with your original complaint to the Newton Township Police Chief and Supervisors for whatever action they deem appropriate.

Captain Kenneth F. Hill
Commanding Officer


Copy: Chief, Newtown Twp. P.D.
Supervisors, Newtown Twp.