**PENNSYLVANIA STATE POLICE**
TROOP F - AREA II
899 CHERRY STREET
MONTOURSVILLE, PA  17754-2009

July 3, 2007

Newtown Township Supervisors
100 Municipal Drive
Newtown, Pa.
18940

Dear Supervisors,

   Enclosed please find correspondence generated by Detective Christopher Bush of the Newtown Police Department in the form of a complaint he made to the Internal Affairs Division of the Pennsylvania State Police.  As a result of his complaint I directed that an inquiry be made into the actions of personnel under my command, as well as those of Detective BUSH.

   Also enclosed you will find correspondence generated from me to Det. Bush, detailing my findings as well as correspondence from Lt. Steve J. Ignatz, of the Commonwealth Law Enforcement Assistance Network, Administrative Section, Pennsylvania State Police.

   As you can see from the attached correspondence I have determined that Det. Bush abused his authority as a police officer for personal reasons.  The abuse of authority and lack of credibility of Det. Bush has apparently been condoned by Chief Martin C. Duffy, as noted in the correspondence from Lt. Ignatz.  I have forwarded this information to you for whatever action you deem appropriate.

                    Sincerely,

                    Captain Kenneth F. Hill
                    Commanding Officer

*An Internationally Accredited Law Enforcement Agency*

Mr. Christopher Bush
100 Municipal Drive
Newtown, Pa. 18940

Dear Mr. Bush:

Your complaint form number 2006-0692, was forwarded to me for review and response.
As the Commanding Officer of Troop F, Montoursville, I exercise oversight for the
Mansfield station.  Sergeant TRIPP was the Station Commander of the Mansfield station
at the time of this incident.  A thorough review of your concern in this matter and
attendant circumstances has been conducted.

After reviewing the circumstances in this case, there are numerous documented instances
of inappropriate conduct committed by you in your capacity as a police officer. You took
advantage of your powers as a police officer for personal reasons:  you made a
CLEAN/NCIC entry for your brother when your department did not have jurisdiction in
the case; you wrote up only a minimal investigative report, just enough to avoid a
CLEAN User Agreement violation; when confronted by State Police Troopers assigned
to the Commonwealth Law Enforcement Assistance Network (C.L.E.A.N.) relative this
incident, you initially denied having done a Missing Person report; your "investigation"
and computer entry were done for your own family member; the  custody order was
obtained by your brother in a county that did not have jurisdiction in this case.

In light of the above case circumstances, the FBI became involved and required the return
of the children to their rightful parent and guardian, their mother.

Based on the facts revealed through this inquiry, there is no evidence of any wrongdoing
on the part of Sergeant Tripp or any of the other members of the PSP Mansfield station.
In fact this investigation has clearly revealed your abuse of authority for personal reasons,
which has apparently been condoned by Chief Martin C. Duffy based on his statements to
the C.L.E.A.N. Administrative Section.  In light of these facts I am forwarding a copy of
this letter, along with your original complaint to the Newton Township Supervisors for
whatever action they deem appropriate.

Sincerely,


Captain Kenneth F. HILL
Commanding Officer
Troop F, Montoursville

| SP 7-0025 (10-83) | 2007-06 | 06/04/07 |
|---|---|---|

| PENNSYLVANIA STATE POLICE **GENERAL INVESTIGATION REPORT** | 3. INVESTIGATING OFFICER TFC Richard T. FULTZ |
|---|---|
| | 4. TROOP – STATION BTS - CLEAN Administration Section |

5. SUBJECT (NATURE OF INVESTIGATION OR NAME AND ADDRESS OF INDIVIDUAL)

Detective Christopher Bush, Newtown Township Police Department allegedly entered his brother David BUSH's 3 children into NCIC on July 22nd, 2006 without proper jurisdiction and under false pretenses as David BUSH and his ex-wife have been involved in a custody dispute.

6.
INSTRUCTIONS: REPORT WILL BE PREPARED IN THE FOLLOWING ORDER:   REASON FOR INVESTIGATION, SYNOPSIS OF INVESTIGATION, CONCLUSION, RECOMMENDATIONS AND COMMENT (WHEN APPROPRIATE), LIST OF ATTACHMENTS (IF ANY) AND DETAILS WHICH SUPPORT THE SYNOPSIS.

## REASON FOR INVESTIGATION:

David BUSH, W-N/M – 40 (08/13/1966) and his ex-wife Sarah Monserrate BUSH (aka Isara Isabella SERENE) had been entrenched in a custody battle for their three children that has been ongoing since their separation in 2000 and divorce in 2004 all filed in Tioga County Pennsylvania. David BUSH had been the defendant in a protection from abuse order issued on July 6, 2004 allowing him no contact with his ex-wife of his children for 18 months (expiring on January 6, 2006) and granting MRS. BUSH primary physical custody with no partial custody or visitation for MR. BUSH. MR. BUSH was charged with violating the PFA on 3 separate occasions. Through 2005, Mr. BUSH made several attempts to obtain custody or visitation of his children. After the PFA expired in January 2006, while there were ongoing custody proceedings in Tioga County, PA, Mr. BUSH obtained counsel in Luzerne County and fraudulently obtained an order granting him custody, by failing to disclose pending action in Tioga County where jurisdiction in the case rested. As a result of the custody order, Mr. BUSH went to PSP Mansfield to file a missing persons report on his 3 minor children in an attempt to use the law enforcement system to enforce his custody order. When PSP Mansfield determined that this was not a missing persons case and that the children were not in danger, and did not enter the children into NCIC as missing persons, Mr. BUSH solicited the assistance of his brother Detective Christopher BUSH, Newtown Township Police Department, Bucks County, Pennsylvania who entered the children into NCIC as missing juveniles on July 22, 2006 at 1059hrs., 1100hrs., and 1101hrs., without an official ongoing investigation.

## SYNOPSIS OF INVESTIGATION:

On 02/12/07 I received this investigation from Sgt. Shawn SANDERS, CLEAN Administrative Section Supervisor. He received a complaint from SGT David YOUNG, PSP Montoursville concerning misuse of the CLEAN/NCIC system to make 3 missing person entries.

I contacted both Tioga County District Attorney (570)724-1350 and Luzerne County District Attorney (570)825-1674 to obtain sufficient legal information to proceed with this investigation. Chief Detective Michael J. DESSOYE, Luzerne County District Attorney's Office forwarded all of the court documents associated with this case to me (see enclosures). I also conducted an NCIC off-line search for the entries and the cancellations for the BUSH children which showed that all 3 of the minor children were entered by ORI PA0091200, Newtown Township Police on 07/22/06 and subsequently cancelled on 10/14/2006. I found from review of the documents that when the Luzerne County Judge determined that the court order issued on 06/23/06 was obtained fraudulently, he vacated the order on 10/23/06 citing that Luzerne County did not have jurisdiction due to an ongoing custody case in Tioga County.

| 7. SIGNATURE | BADGE NO. 5916 | 8. SUPV. INITIALS | BADGE NO. | 9. ☒ ORIGINAL ☐ SUPPLEMENTAL |
|---|---|---|---|---|

SP 1-101 (1-93)

PENNSYLVANIA STATE POLICE
## USE OF FORCE OR COMPLAINT
RECEPTION AND PROCESSING WORK

1. BPR CONTROL NUMBER

2006-0692

**2. COMPLAINANT INFORMATION**

| NAME | FIRST Chris | | M.I. | LAST Bush | |
|---|---|---|---|---|---|

| HOME ADDRESS | STREET/P.O. BOX 3645 Smith Road | | | | |
|---|---|---|---|---|---|
| | CITY Furlong | | STATE PA | ZIP CODE 18925 | HOME TELEPHONE NO. 2155988610 |

| EMPLOYER NAME | Newtown Twp. PD | | | | |
|---|---|---|---|---|---|

| EMPLOYER ADDRESS | STREET/P.O. BOX | | | | |
|---|---|---|---|---|---|
| | CITY | | STATE | ZIP CODE | WORK TELEPHONE NO. 2155042215 |

**3. NON-COMPLAINT USE OF FORCE REPORT**     None

**4. SUBJECT OF ALLEGATION/REPORT** (Additional subjects listed on next page)

| NAME | FIRST JOSEPH | | M.I. A | LAST TRIPP | |
|---|---|---|---|---|---|

| PERSONNEL INFORMATION | TROOP/BUREAU Troop F, Mansfield | | | STATION/DIVISION Mansfield | |
|---|---|---|---|---|---|
| | EMPLOYEE NUMBER 00136144 | | DATE OF ENLISTMENT 5/14/1990 | | RANK SGT |

**5. DETAILS OF ALLEGATION**

ROUTE/STREET

| CITY/TWP/BORO | | COUNTY Tioga | DATE 10/23/2006 | TIME 00:00 | DAY Monday |
|---|---|---|---|---|---|

| TYPE OF ALLEGATION | ~~Undetermined~~   *INFORMATION ONLY* |
|---|---|

**6. RECEPTION DATA**

| TROOP/BUREAU Int & Prof Stds | | STATION/DIVISION Internal Affairs Division | | | EMPLOYEE NUMBER 00033545 |
|---|---|---|---|---|---|
| FIRST NOEL | M.I. | LAST RUIZ | | RANK CPL | DATE 11/19/06 TIME 13:00 |

**7. FOR BUREAU USE**

| INVESTIGATOR | FIRST | | M.I. | LAST | |
|---|---|---|---|---|---|
| | RANK | EMPLOYEE NUMBER | DATE ASSIGNED | | DATE DUE |

| CONTROL NO. ISSUED BY *CPL NOEL RUIZ* | SP 1-101A ☐ | LIMITED INVESTIGATION ☐ |
|---|---|---|

SP 1-101 (1-93)

## 8. ADDITIONAL SUBJECTS OF ALLEGATION/REPORT

| NAME | FIRST | | M.I. | LAST | |
|---|---|---|---|---|---|
| PERSONNEL INFORMATION | TROOP/BUREAU | | | STATION/DIVISION | |
| | EMPLOYEE NUMBER | DATE OF ENLISTMENT | | | RANK |

| NAME | FIRST | | M.I. | LAST | |
|---|---|---|---|---|---|
| PERSONNEL INFORMATION | TROOP/BUREAU | | | STATION/DIVISION | |
| | EMPLOYEE NUMBER | DATE OF ENLISTMENT | | | RANK |

| NAME | FIRST | | M.I. | LAST | |
|---|---|---|---|---|---|
| PERSONNEL INFORMATION | TROOP/BUREAU | | | STATION/DIVISION | |
| | EMPLOYEE NUMBER | DATE OF ENLISTMENT | | | RANK |

| NAME | FIRST | | M.I. | LAST | |
|---|---|---|---|---|---|
| PERSONNEL INFORMATION | TROOP/BUREAU | | | STATION/DIVISION | |
| | EMPLOYEE NUMBER | DATE OF ENLISTMENT | | | RANK |

### SYNOPSIS

Complainant related his complaint deals with an ongoing incident which started back on February, 2006 with the final contact being on 10/23/06.  Complainant alleges the incident involves a &quot;Missing Children Case&quot;.  Complainant alleges the case was assigned to Troop F, Mansfield by the District Attorney.  Complainant alleges the subejct has failed to condict a proper investigation and to date has failed to enter the missing children into NCIC.  H enow makes unsupported allegations against him regarding the case.  Complainant was non-specific stating he would detail his information on a Complaint Verification Form.

PENNSYLVANIA STATE POLICE
DEPARTMENT CORRESPONDENCE

**DATE:**        July 21, 2007

**SUBJECT:**    IAD 2006 - 0692

**TO:**          Captain Kenneth F. HILL
                Commanding Officer
                Troop F, Montoursville

**FROM:**        Lieutenant Dennis C. HILE
                Criminal Investigation Section Commander

ENCLOSURE:    (1)    Complaint Verification BIP Control Number 2006 – 0692

              (2)    GI Report submitted by TFC R. T. FULTZ, (CLEAN Admin)

              (3)    Letter from Lt. IGNATZ to the Newtown Police Chief

              (4)    Incident Report F05-0891031, dated 2/23/06

David BUSH and his ex-wife Sarah Monserrate BUSH had been in a custody battle for their three (3) children since their divorce in 2004. There are records of David physically abusing Sarah. During that same time frame David BUSH was serving a jail sentence and Sarah BUSH obtained a PFA order that prevented David from having contact with her or their children until January 6, 2006. During that time Sarah changed her name to Isara Isabella SERENE and changed the names of their children as well, and moved out of state.

On February 23, 2006 David BUSH reported his children to PSP Mansfield as "Missing" in an attempt to have the police locate his children and his ex-wife. Because members of PSP Mansfield were familiar with the past domestic history of the BUSH family, an effort was made to locate Sarah BUSH, aka, Isara SERENE, to determine the well being of the children, but not to disclose their location to David BUSH.

Dave BUSH traveled to Luzerne County and without advising the court of on-going custody/PFA proceedings in Tioga County, obtained a custody order for his children. David BUSH then traveled to Newtown, Pennsylvania, where his brother Christopher BUSH is a police officer with the Newtown Police Department. Christopher BUSH entered his brother's children into NCIC on July 22, 2006 as Missing Juveniles. The National Center of Missing & Exploited Children was also contacted and either David or Christopher BUSH had them make up a Missing Persons flyer with the pictures of the BUSH children.



EXHIBIT
Oliphant
2
des  7/20/10

*An Internationally Accredited Law Enforcement Agency*

Because of the entries made by Christopher BUSH, the children were located in Richmond, Virginia, and on October 11, 2006, the Richmond Police Department took the three children out of school based on the Luzerne County custody order and turned them over to David BUSH.

On October 23, 2006 Sarah BUSH, aka, Isara SERENE, had the Luzerne County custody order vacated.  In vacating the order of June 23, 2006, obtained by David BUSH, the Luzerne County court noted that the June 23 order was "inappropriately granted" because neither party were residents of Luzerne County, and there were on-going proceedings in Tioga County court which were "not disclosed to the Court nor stated in the Petition".   Sarah BUSH, aka, Isara SERENE, then obtained a current custody order from the court of proper jurisdiction.

Local authorities in the Commonwealth of Virginia then employed the assistance of the FBI to contact David BUSH and ensure the return of the children to their mother.  On November 26, 2006 David BUSH turned the children over to the FBI through the Newtown Police Department.