Deposition of Lieutenant Brian Russell                    Christpher Bush & David Bush V S.C Adams, et al.

Page 97

1  A  No.
2  Q  You may have answered this. Exactly what
3  did you supervise Adams over?  What did you make
4  sure he was doing?
5  A  That procedures within the police
6  department were followed.
7  Q  How did you facilitate that if you didn't
8  look at documents?
9  A  I didn't say I didn't look at documents.
10  Q  What documents would you look at?
11     MR. SIMOPOULOS: Objection. Asked and
12  answered.
13     MR. PURICELLI: That's right there in
14  front of you.
15     MR. SIMOPOULOS: Come on. Let's move this
16  thing along.
17  BY MR. PURICELLI:
18  Q  As you can see, I'm moving along quite
19  well. I've looked at a lot of documents including
20  faxes. I'm sure you don't look at faxes; right?
21  A  I look at faxes, yes.
22  Q  So you look at case files?
23  A  From time to time I do.
24  Q  Did you look at the Bush case file?
25  A  The case file would have been presented to

Page 98

1  me if I were to review it after this happened. The
2  only thing I looked at are the documents that you're
3  presenting to me at the time. Once warrants were
4  obtained, to me that was it for me. I didn't do
5  anything else. I assisted Sergeant Adams at the
6  time with policy and procedures and talking to the
7  Commonwealth Attorney's Office. And he obtained the
8  warrants from the magistrate. They were placed on
9  file. The marshals were notified and that was
10  pretty much my involvement.
11  Q  All right. What were the policies -- and
12  if you'll allow the compound question -- procedures
13  that you helped him with?
14  A  To make sure the proper paperwork was
15  filed. To make sure that it was signed, the
16  affidavit was complete, that the reports were filed,
17  that the court orders were valid, which they were.
18  And that he was communicating with the Commonwealth
19  Attorney's Office along the way referencing any kind
20  of charges. And I tried to help him facilitate the
21  return of the children based on a valid court order
22  and valid missing person report filed with the
23  police department.
24  Q  If I wanted to go look at the policy
25  you're referring to where would I find it?

Page 99

1  A  You would find it in our general orders
2  operating manual, and I think it is entitled Youth
3  and Family Services Investigations.
4  Q  I'm sure that's a pretty big book. Is
5  that fair?
6  A  The general orders are split up in I
7  believe 14 or 17 pages long, but it's not that long.
8  Q  Oh, okay. And the operation manual?
9  A  That is the operation manual.
10  Q  Okay. So basically an operation manual
11  containing general orders?
12  A  The only thing that would govern in our
13  operating manual besides state law, which obviously
14  state code --
15  Q  I can look that up. Believe me.
16  A  All right. On how to fill out runaway,
17  missing person report. And Youth Services
18  Investigations would be all compiled in that general
19  order. And it's just one general order specific to
20  youth and family service investigations.
21  Q  Does it create any undue burden, financial
22  or otherwise, to copy the 17 pages?
23     MR. SIMOPOULOS: Objection to form. Calls
24  for a legal conclusion, I believe.
25     MR. PURICELLI: I can rephrase it. You

Page 100

1  know exactly what I'm asking. The point is,
2  how hard would it be for me to copy the 17
3  pages?
4     MR. SIMOPOULOS: Not hard.
5     MR. PURICELLI: Would it stop your whole
6  operation? Would it take away crucial
7  personnel? Would it impose such an economic
8  burden on the City that they couldn't possibly
9  copy that and send me these?
10     MR. SIMOPOULOS: What are you asking?
11     MR. PURICELLI: I'm going to see whether
12  it's worthwhile for me to ask for a copy of
13  this policy so I can see if it was followed.
14  He says he helped him.
15     MR. SIMOPOULOS: Are you asking him a
16  question?
17     MR. PURICELLI: Yes.
18  BY MR. PURICELLI:
19  Q  Can you give it to your attorney and send
20  it to me?
21     MR. SIMOPOULOS: We'll talk about
22  documents after the deposition.
23     MR. PURICELLI: Yes. But I don't want to
24  face an objection with the judge saying it's an
25  undue burden. If it is I won't ask. But if

Deposition of Lieutenant Brian Russell                    Christpher Bush & David Bush V S.C Adams, et al.

| Page 101 | Page 103 |
|---|---|
| 1  it's not. | 1  you're familiar with? |
| 2      MR. SIMOPOULOS:  Let's discuss it after | 2      A   No. |
| 3  the deposition. | 3      Q   No document you've read we haven't talked |
| 4      MR. PURICELLI:  Okay. | 4  about? |
| 5  BY MR. PURICELLI: | 5      A   No. |
| 6      Q   So you helped him with these policies. | 6      Q   Any information that you have in regards |
| 7  We're going to talk about how to go through this | 7  to this matter that we haven't talked about? |
| 8  process. | 8      A   No. |
| 9      A   He knows the policies.  I just made sure | 9          MR. PURICELLI:  We're done. |
| 10  the policies were followed as part of our general | 10  |
| 11  order. | 11  |
| 12      Q   But I don't know the policies.  And I need | 12      (Witness to read and sign.) |
| 13  to read them to see if they were followed.  I know | 13      (One exhibit.) |
| 14  you know them.  And I don't want to sit here and ask | 14      (Proceedings concluded at 4:45 p.m.) |
| 15  you 700 questions on each policy and was it | 15  |
| 16  followed.  Seems easier for me to read it.  Would | 16  |
| 17  you agree? | 17  |
| 18      MR. SIMOPOULOS:  Calls for speculation. | 18  |
| 19  Objection.  You can answer. | 19  |
| 20      THE WITNESS:  I think you'd understand | 20  |
| 21  them. | 21  |
| 22  BY MR. PURICELLI: | 22  |
| 23      Q   Just so you'll know, I spent 15 years a | 23  |
| 24  cop and the last 19 as a lawyer.  Let me talk to my | 24  |
| 25  client. | 25  |

| Page 102 | Page 104 |
|---|---|
| 1      (Proceedings temporarily off | 1          C E R T I F I C A T E |
| 2      record after which time the | 2  State of Virginia  ) |
| 3      following resumed on record.) | 3  Chesterfield County ) Ss: |
| 4  BY MR. PURICELLI: | 4          I, Mary E. Aliff, a Notary Public |
| 5      Q   Lieutenant Russell, anybody involved in | 5  within and for the State of Virginia, at Large, duly |
| 6  the investigation of the missing children or the | 6  commissioned and qualified, do hereby certify that |
| 7  arrest of Mr. Bush from the Virginia side that we | 7  the within named witness, LIEUTENANT BRIAN RUSSELL, |
| 8  haven't talked or named in this deposition? | 8  was by me first duly sworn to tell the truth, the |
| 9      A   I'm sorry.  That you haven't talked to? | 9  whole truth and nothing but the truth in the cause |
| 10      Q   Talked about or named specifically in this | 10  aforesaid; that the testimony then given by him was |
| 11  deposition? | 11  reduced by me to stenotype in the presence of said |
| 12      A   No. | 12  witness, subsequently transcribed into English text |
| 13      Q   Anybody that you know was talked about or | 13  under my direction, and that the foregoing is a true |
| 14  to or sent something from Pennsylvania to Richmond | 14  and accurate transcript of the testimony so given. |
| 15  or anywhere in the world to Richmond about this | 15          I do hereby certify that this |
| 16  matter that we haven't talked about? | 16  deposition was taken at the time and place as |
| 17      A   No. | 17  specified in the foregoing caption and was completed |
| 18      Q   Any documents that you're aware of in this | 18  without adjournment. |
| 19  case that we haven't talked about in this case? | 19          I do hereby further certify that I am |
| 20      A   Any other documents? | 20  not a relative, counsel or attorney of either party |
| 21      Q   Yes. | 21  or otherwise interested in the outcome of this |
| 22      A   Just the teletype sent from Richmond | 22  action. |
| 23  Police to either Newtown or Bucks County. | 23          In witness whereof, I have hereunto set |
| 24      Q   We talked about that.  We can't find it. | 24  my hand this 14th day of July, 2010. |
| 25  Doesn't mean it's not out there.  Nothing else | 25  |

Page 104 certificate continued:

          Mary Elizabeth Aliff

Virginia Notary Registration No. 270874
My commission expires
May 31, 2014.

Deposition of Lieutenant Brian Russell

Christopher Bush & David Bush V S.C Adams, et al.

Page 105

UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF VIRGINIA

CHRISTOPHER BUSH AND DAVID BUSH

Plaintiff

v.        Civil Action No. 07-4926

S.C. ADAMS, ET AL.

Defendants

Deposition of LIEUTENANT BRIAN RUSSELL, taken at the instance of the Plaintiff, before Mary E. Aliff, Court Reporter and Notary Public for the State of Virginia at Large on May 20, 2010 commencing at 2:45 p.m. at the offices of the City of Richmond City Attorney, 900 E. Broad Street, Richmond, Virginia, pursuant to Rule 4:5 of the Supreme Court Rules of Virginia, pursuant to notice.

Page 106

APPEARANCES:

Mr. Brian Puricelli, Esq.
Law Offices of Brian Puricelli
691 Washington Crossing Road
Newtown, PA  18904

on behalf of Plaintiff;

Mr. Nicholas Simopoulos, Esq.
Office of the City Attorney
900 East Board Street
Richmond, Virginia  23219

on behalf of Defendant.

Page 107

I, LIEUTENANT BRIAN RUSSELL, hereby certify that this transcript is true and accurate, with comments, of the statement given in the above styled matter at the time and place specified in the caption hereinabove.

-------------------------------

Sworn to before me this _____ date of _____, 2010.

-------------------------------
Notary Public within and for the State of _____.

My commission expires_____.

Page 108

Deposition of Lieutenant Brian Russell                    Christpher Bush & David Bush V S.C Adams, et al.

## WORD INDEX

**< 0 >**
**0482**  11:*8, 13*
**06**  26:*1*
**07**  1:*10*  105:*10*

**< 1 >**
**1**  2:22  10:21  12:7,
*12, 13, 17*  14:*14*
16:*13, 13*  70:*24*
71:*4, 7*
**10**  26:*1*  76:*2*
80:*12*  91:*3, 4*
**10240027**  11:*3*
**103**  2:*18*
**105**  2:*25*
**108**  2:*25*
**12**  84:*15*
**14th**  104:*15*
**15**  101:*23*
**17**  99:*7, 22*  100:*2*
**18**  20:*18*
**18904**  2:*4*  106:*4*
**19**  101:*24*

**< 2 >**
**2**  1:*20*  12:*12*
65:*25*  91:*2*  105:*20*
**20**  1:*19*  105:*19*
**2006**  11:*2*  15:*12*
16:*12, 13*  28:*17*
54:*22*
**20061014063**  11:*19*
**2010**  1:*19*  104:*15*
105:*19*  107:*11*
**2014**  104:*23*
**23219**  2:*9*  106:*9*
**24**  15:*12*  26:*1*  49:*9*
**24th**  40:*9*  65:*3*
**25**  54:*22*
**27**  33:*17, 18*  34:*2*
46:*3*
**270874**  104:*22*
**29**  11:*4*

**< 3 >**
**3**  2:*18*  12:*12*

**31**  104:*23*

**< 4 >**
**4**  1:*22*  41:*20*
49:*23*  103:*14*
105:*22*
**40**  54:*23*
**45**  1:*20*  103:*14*
105:*20*
**4926**  1:*10*  105:*10*

**< 5 >**
**5**  1:*22*  49:*10*
105:*22*

**< 6 >**
**6**  50:*10*
**691**  2:*4*  106:*4*

**< 7 >**
**7**  54:*23*
**700**  101:*15*
**71**  2:*22*

**< 8 >**
**8**  71:*19*
**800**  53:*2*

**< 9 >**
**9**  73:*2*
**900**  1:*21*  2:*9*
105:*21*  106:*9*
**90B**  13:*5*  14:*15*

**< A >**
**ABC**  12:*14*
**abduct**  78:*6*
**abduction**  15:*24*
19:*23*  43:*23, 25*
78:*3, 6*
**ability**  27:*2, 19*
**able**  3:*19*  26:*14*
72:*7*
**Absolutely**  44:*17*
66:*8*
**abuse**  33:*11, 19, 22*
35:*23*  36:*10, 11*
37:*1, 2, 3, 16*  56:*17*
57:*17*

**abused**  33:*23*  34:*5*
58:*12*
**abusing**  33:*25*
**acceptable**  12:*11*
**accepted**  45:*25*
**accompanied**  79:*17*
80:*2*
**accurate**  104:*9*
107:*2*
**acknowledged**  53:*5*
**acquainted**  35:*1, 12*
**act**  80:*14, 17, 18, 20*
**acted**  58:*18*  80:*19,
25*
**Action**  1:*10*  3:*10*
104:*14*  105:*10*
**acts**  57:*16*  58:*7*
**actual**  22:*6*  88:*15*
**ad**  21:*21*
**Adam**  45:*24*
**ADAMS**  1:*12*  7:*13*
10:*21*  12:*6, 17*
16:*8, 22*  18:*16*
22:*20*  24:*2*  31:*2, 9*
32:*12*  38:*18*  40:*2,
3*  45:*3, 16, 21*  46:*1,
7*  49:*10, 15, 20*
60:*20*  61:*6*  65:*25*
76:*13, 17*  77:*6, 21,
21*  78:*21*  79:*3, 15,
23*  86:*19*  89:*2*
91:*12*  96:*24*  97:*3*
98:*5*  105:*12*
**address**  8:*8*  32:*4*
52:*6*  68:*5, 10*  70:*8*
82:*11, 22*  83:*16*
**adjournment**  104:*11*
**administrative**
92:*12*
**advice**  63:*8*
**advise**  4:*15*
**affidavit**  47:*20*
48:*8, 10, 13*  50:*10*
71:*20*  73:*8*  98:*16*
**aforementioned**
71:*1*
**aforesaid**  104:*7*
**age**  19:*14, 15*
**agency**  31:*22*  41:*8*
66:*1*  88:*7*

**agent**  76:*6, 10, 11*
77:*1, 5*
**Aggravated**  15:*17*
**ago**  37:*5*
**agree**  101:*17*
**agreeing**  78:*9, 12,
16, 25*  79:*6*
**ahead**  36:*15*  38:*23*
**AL**  1:*12*  105:*12*
**alarms**  92:*16*
**Aliff**  1:*18*  104:*4, 20*
105:*18*
**allegation**  5:*20*
36:*11, 25*  37:*2*
**allegations**  29:*24*
33:*22*  34:*11*
**alleged**  31:*13*
**allegedly**  29:*5*  58:*8*
**alleging**  34:*5*
**allow**  98:*12*
**allows**  42:*13*
**alright**  80:*1*
**answer**  3:*20*  4:*6*
5:*2*  24:*19, 21*
26:*20*  27:*8*  35:*7,
15*  37:*12*  44:*3*
49:*1*  56:*1*  60:*15*
74:*22*  75:*10, 24*
85:*23*  87:*9*  94:*1*
101:*19*
**answered**  35:*14*
46:*12*  48:*17*  58:*10*
60:*23*  65:*21*  74:*8*
85:*23*  97:*2, 12*
**answering**  4:*4*
76:*21, 24*  77:*2*
92:*16*
**anybody**  5:*9*  6:*12*
16:*9*  19:*19*  38:*17*
41:*6, 7*  50:*5, 14*
51:*19*  53:*7*  63:*21*
65:*23*  66:*1*  77:*7*
80:*3*  83:*1, 2*  87:*14*
95:*20, 23*  96:*1, 2*
102:*5, 13*
**anyplace**  85:*19*
**Apparently**  48:*19*
**appear**  21:*25*
40:*22*  41:*10*

Deposition of Lieutenant Brian Russell                                    Christpher Bush & David Bush V S.C Adams, et al.

**APPEARANCES**
2:1  106:1
**Appears**  11:4  18:1
46:4
**apply**  3:20
**appointed**  21:21
**appointing**  25:21
**appreciate**  37:7
**approach**  49:9
**approve**  17:15
38:8, 12  39:18, 19
77:10
**approved**  18:2, 11
**approves**  17:17
19:2
**approving**  18:9
**approximately**  29:2
**approximation**  15:2
**area**  52:23  66:18
92:25
**arm**  57:19
**arrange**  51:25
**arranged**  65:24
84:13  86:8
**arranging**  31:21
**arrest**  5:24  6:1
30:19  31:14, 18, 22
32:23  38:7  42:1, 4
53:25  61:14  68:10,
22  81:21, 25  82:20
83:2, 6  84:14, 16
85:15  86:8, 14, 23
87:17  88:12  90:15
102:7
**arrested**  83:12
87:19, 22
**arresting**  81:12, 19
**arrests**  84:5
**Aside**  4:5  57:10
80:9  96:19
**asked**  5:12  7:21
46:11  48:6, 18, 19,
19, 20  50:13  53:3
55:11  58:9  60:22
62:8  63:5  65:20
70:4  71:24  73:12,
12  74:8  85:22
86:3  97:11
**asking**  3:12  4:4
20:23  24:25  30:22

33:25  34:1  35:9,
10, 18  44:20  46:2
48:24  53:20  55:18,
20, 24  66:4  70:1
72:8  74:3, 12  75:3
77:25  87:21  93:22
96:10  100:1, 10, 15
**Assaults**  15:17
**assign**  91:12
**assigned**  16:25
19:25  66:17  87:11
90:23, 25  94:5
**assignment**  17:6
18:15  90:18
**assignments**  17:2
**assist**  8:24  42:20
62:24
**assistance**  52:14
55:18  60:2  81:12,
17
**Assistant**  94:14
**assisted**  98:5
**assisting**  7:16
**assume**  13:13
19:9  27:3  31:4
88:2  91:5, 6
**assuming**  4:18
**attempt**  21:7
**attempting**  21:11
**attention**  41:7
**Attorney**  1:21  2:8
3:25  4:19  5:10
32:17, 19, 22  37:24
38:3, 14, 23  39:3,
12, 21  45:1  48:24,
25  55:8  61:10
77:9  78:15, 19, 23,
24  79:9, 12, 16
86:20  100:19
104:13  105:21
106:8
**Attorneys**  39:18
**Attorney's**  32:8, 11
38:10  40:16  54:6,
11  98:7, 19
**aunt**  50:18
**authorities**  73:13
**authority**  9:1
31:11  54:13  55:16,

22  69:10  75:14
83:1, 3, 6, 11, 17
**authorization**  21:17
**authorize**  21:8
**authorized**  77:21
**authorizing**  9:24
21:5
**automatically**  17:18
18:11, 12, 13  19:3
64:24, 25
**avoiding**  86:2
**aware**  33:1, 21
34:3  40:20  47:6,
12  78:4  79:22
88:3, 15  95:8
96:19  102:18

**< B >**
**back**  7:17  8:25
17:16  18:8, 20
28:20  38:6, 11
43:10, 18  52:1, 15
54:7, 9, 14, 17
61:11  62:9  73:1, 8,
11  77:13  86:23
88:25
**backtrack**  77:8
**bank**  92:16
**barrack**  52:20
**barracks**  7:2, 12
8:4, 11  51:12, 14,
16  61:24  62:2
**based**  10:19  17:10
19:20  23:6  25:7,
10  26:3  27:3
28:14  29:13  30:11
32:19  39:8  40:19
46:3  48:13, 16
49:5  53:23  56:7
59:18  69:3  71:20
73:3, 14, 14, 16
82:1  98:21
**basic**  75:3
**Basically**  3:18
17:9  40:4  56:2
61:16  93:3  99:10
**basis**  23:14
**beating**  75:17
**becoming**  85:25
**beg**  79:10

**behalf**  2:4, 11  3:2
106:4, 11
**belief**  84:13  86:7
**believe**  23:7  45:24
51:6  52:5  55:16
56:14  59:1  64:4
68:17  79:5  86:11
91:24  99:7, 15, 24
**believed**  52:2
53:19
**believes**  4:1
**best**  20:21  27:2, 19
**better**  45:1
**big**  99:4
**bit**  77:9
**block**  13:18  14:21
20:12  22:9
**blocks**  34:23
**Board**  2:9  106:9
**book**  99:4
**bottom**  12:9
**BRIAN**  1:16  2:3, 3
3:1, 9  66:22  104:5
105:16  106:3, 3
107:1
**bring**  40:11  41:6
51:25  77:23
**brings**  73:11
**Broad**  1:21  105:21
**broke**  57:19
**brother**  79:17, 20,
23  80:1, 4
**brought**  86:23
**Bucks**  50:20, 23
51:1, 5  52:3, 9
53:4, 19  54:5, 10
55:8  61:3, 18, 21
62:5  63:10  69:22
70:2  71:14  72:19
73:13  77:15, 17
102:23
**burden**  99:21
100:8, 25
**BUSH**  1:7, 7  5:20,
25  6:2, 7, 14  8:20
9:7, 9, 11, 16, 21, 22
10:6, 8, 10, 14  16:4
25:23, 25  26:13
29:4  31:14, 14, 23
32:3, 9, 24  33:5, 9

37:19  40:7, 12, 18
41:2, 5  42:4  43:14,
17  44:8, 13  49:9,
14, 24, 24, 25  50:2,
3, 19  51:25  52:1, 2,
7, 15  53:19  54:1
56:7, 10, 13, 15
57:9  59:18  60:1
61:14  63:19  64:16
65:19  67:14  70:5
73:20  78:11, 16, 20,
25  79:6, 25  80:10
81:12, 12, 19, 21
82:20, 23  83:6, 12
85:16  90:14  97:24
102:7  105:7, 7
**Bush's**  6:14  8:7
25:16  31:18  42:1
64:20  79:17, 23
80:1, 4
**business**  87:7
**butt**  4:24, 25

**< C >**
**call**  7:23  8:1, 4
12:11, 14  17:8
42:20  51:21  52:13,
19, 21  53:10  54:5,
10, 14  62:22, 25
63:6, 9, 13  66:6
70:17, 24  76:16, 18
77:6  92:3, 4
**called**  3:2  8:2, 19,
22  52:8, 16, 24
53:1, 2  54:17, 19
63:10  73:1  77:6
85:10  86:9
**calling**  7:24, 25
**calls**  19:8  24:17
27:6, 14  35:4
46:12, 24  63:18
65:14  77:15, 17
80:5  93:9  99:23
101:18
**Candice**  76:13, 17,
19, 20, 20, 22
**Capital**  32:2  66:18
**Captain**  89:22  90:2,
7, 10, 14  91:20

92:11, 15  93:3, 23
94:6, 7, 15, 19
**caption**  104:11
107:5
**cards**  88:12
**care**  50:18
**case**  5:16  11:18
16:4  17:7  23:13,
14, 14  27:11  30:10
38:19, 21  49:21
59:13  87:11, 18
88:8  97:22, 24, 25
102:19, 19
**cases**  3:24
**cause**  45:4, 17, 21,
25  104:6
**caused**  31:22  43:9
56:13  60:17
**causing**  32:6
**CCR**  88:5, 23
**certified**  3:4
**certify**  104:5, 10, 11
107:1
**certifying**  20:17
**chain**  94:13
**chance**  72:1  82:6,
18
**change**  5:2, 3
48:11
**changed**  59:3, 6, 11,
15
**channels**  83:21
**charge**  15:13
77:23, 25  78:2, 20
91:25  92:5, 8  94:10
**charged**  78:3  80:10
**charges**  40:11
78:19  86:15  89:3
98:20
**chase**  20:3
**check**  55:12  62:8,
13, 15  63:3  68:6
70:8
**checked**  34:23
**Chesterfield**  104:3
**Chief**  50:21, 24
51:4  53:24  54:3
55:6  56:5  61:17
62:21  94:14, 14

**child**  19:6, 7, 8, 22
20:2, 7, 9  23:5, 15,
16, 21  24:11, 12, 14
25:1, 2, 3, 5, 13
42:17  44:5  64:24
90:8, 18  94:2
**children**  5:20  6:14
7:14, 15, 17  8:25
9:2, 8, 12, 16  10:7,
7, 11, 15  15:24
19:16  20:4  25:21,
24  26:1, 2, 14
27:18  28:1  30:9
31:14, 15  32:22, 24
33:2, 9  37:20  38:6
39:11  40:23  41:2,
5  42:8, 15  43:14,
17, 20  44:19, 24
46:10, 21, 23  47:10
49:25  52:1, 15
53:18, 21, 22  55:12,
19, 21, 24  56:4, 7,
11, 14, 16, 24  57:5,
6, 8, 14, 16  58:8, 12,
13  59:16, 21, 23, 25
60:12  62:9, 13, 16,
19  63:4, 20  64:1,
13  65:4, 12  70:9
79:18  80:1  81:13,
19  82:24  90:15
94:3, 11  98:21
102:6
**children's**  59:4, 7
**Childress**  17:25
**child's**  19:10  23:18
25:3
**CHRISTOPHER**  1:7
105:7
**circle**  13:8
**circled**  13:2, 6, 10,
19, 21, 22, 23  14:15
**circumstance**  23:22,
23
**circumstances**  23:6,
12  25:9, 13  28:10
32:18  43:6, 8
59:19  91:2, 6  94:4
**City**  1:20, 21  2:8
9:4  10:5  14:22, 24
25:19  33:13  40:5

46:5  53:23  92:1, 5
100:8  105:20, 21
106:8
**City's**  88:16
**Civil**  1:10  9:5
44:13, 16, 21, 23
105:10
**Civilians**  50:17
**claim**  64:20
**classify**  23:9
**clear**  32:5  75:18
84:3
**clearly**  37:19
**client**  48:25  101:25
**code**  99:14
**come**  5:12  42:13
47:18  52:19  58:20
63:24  79:3  86:18
97:15
**comes**  4:24  17:7
46:22  83:25  88:25
90:17, 21, 24  91:15
**coming**  5:6, 7, 10
10:14  39:1  58:13
**command**  19:20
92:21  93:7  94:13
**commander**  91:24
92:7, 11
**commencing**  1:20
105:20
**comment**  39:13
**comments**  107:3
**commission**  104:23
107:17
**commissioned**
104:5
**commit**  79:1
**committed**  42:22
56:17  57:4, 8, 15, 17
**Commonwealth**
9:12  29:17  32:7,
11, 17, 19, 22  36:20
37:24  38:3, 10, 14,
22  39:2, 12, 18, 21
40:15  44:25  61:9
77:9  78:15, 19, 23,
24  79:8, 11, 16
86:20  98:7, 18
**communicating**
82:21  98:18

Deposition of Lieutenant Brian Russell                                    Christopher Bush & David Bush V S.C Adams, et al.

communications
69:5  76:17
compelled  46:9
compelling  40:22
compiled  99:18
complainant  27:11
complaining  20:6
complaint  93:4
94:3
complaints  93:8, 21,
21
complete  22:7
87:17  98:16
completed  14:12
20:14  22:19  69:6
104:11
completing  13:15
compound  98:12
computer  18:19
concern  15:24  43:9
concluded  103:14
conclusion  99:24
confirm  7:24
confusing  61:5
consent  21:18
consider  32:13
conspiracy  78:3, 6,
8  80:10
constitute  21:19
consulted  40:15
contact  39:22, 23
40:1  49:18, 20
50:13, 16, 22  66:16
67:13, 17, 23  77:13
80:23  85:5, 6, 8
94:19
contacted  39:22, 24
41:8  50:10, 20
51:11, 19  53:6
67:11, 23  69:13, 19
72:19  76:3  81:2
84:18  94:8, 9, 21, 25
contacting  51:17
72:15  81:18, 23
contacts  50:5
contained  36:17
containing  99:11
conversation  7:7,
10  32:12, 17  51:15

62:21  78:18  79:13
81:14  96:19
conversations  64:6
78:22  90:13  96:11,
20
conviction  89:3
convince  26:14
cooperation  55:24
cop  101:24
copy  4:19  12:18
37:6, 8  41:1  49:12
99:22  100:2, 9, 12
corner  12:19  13:3
22:1
correct  3:7, 8  5:1
8:3  11:13  12:20,
25  13:1, 2, 7, 13, 16,
20  14:18  16:5, 21
17:13  19:12  20:21,
22  23:1  26:15
29:19  30:16  34:6
36:11, 12  47:5, 25
48:2, 6  49:7  50:4,
25  52:17  55:4
61:12, 15  63:14, 22,
23  64:15, 22  67:8,
10  69:7, 8  70:11,
16  71:24  72:1, 2, 3,
9, 13, 23  73:10
76:4  77:3, 12  78:5,
7, 10  80:15  81:1, 6,
10  82:5  83:8, 12
87:20  88:1  89:9
90:6  91:9, 10  92:9,
17, 23, 24  94:12
corrected  4:22
14:13
correction  18:9
corrections  17:17
correctly  20:24
28:12  39:7  77:11
79:24  80:14  81:15
Counsel  12:20
30:17  104:13
country  65:9  86:13
County  14:9  40:25
41:1  43:16  47:11
49:12  50:20, 23
51:1, 5  52:3, 9
53:4, 20  54:5, 11

55:8  61:4, 18, 22
62:5  63:10  69:22
71:15  72:19  73:13
77:15, 18  89:12, 14
102:23  104:3
course  31:12
41:25  72:22  78:14
82:14  87:7
COURT  1:1, 18, 23
9:3, 4, 6, 23  10:4
21:21  25:19, 20
26:6, 14  32:19, 21,
25  33:4, 6, 12
34:18  35:22  36:8
37:17  38:24  39:1,
9  40:5, 6, 19, 21, 22,
24  41:3, 9, 10, 11
42:14, 18, 21  43:15,
17, 19  46:9, 20, 25,
25  47:2  49:16
53:18, 23  59:20, 22
64:21  81:13  87:18
88:24, 24  89:1
95:11  98:17, 21
105:1, 18, 23
courts  33:13  56:11
create  24:6  99:21
created  15:11, 12
Crime  15:17  29:14,
16  42:22, 24  43:2,
4, 21, 22  79:1, 7
Crimes  15:13, 14
31:11  94:15, 17
criminal  44:24
criteria  19:5, 9, 13
Cross  2:20  83:23
Crossing  2:4  106:4
crucial  100:6
custody  9:7, 11
10:6, 10  25:16, 18,
21, 23  26:4, 6, 15
33:4, 8, 9, 10  35:20,
22  36:1, 4, 9, 9, 25
37:3, 15, 16, 17, 19,
20  39:3  40:6  41:2,
4, 5  43:17, 20, 20
44:6, 6  47:10
49:13  55:13  56:4
59:17, 23, 24  60:3
73:15, 16, 18, 19, 19,

20, 22  74:2, 5  75:6,
20
cut  20:3

< D >
danger  56:6, 14, 24
57:6  59:21  62:10,
20  63:19  64:21
dangerous  59:10
date  11:7, 9, 11, 17
26:1  40:8  54:20,
21  107:11
DAVID  1:7  5:25
6:2, 7, 13  8:19
10:10, 14  25:16, 23
31:14  42:1, 4  44:8
48:22  49:14, 24
59:18  63:19  65:19
78:25  79:23  80:4,
10  105:7
day  36:25  91:1
104:15
days  29:2
dealing  38:24
December  16:13
decision  4:7
deck  28:21
deem  21:11  29:15
deemed  25:24
Defendant  2:11
106:11
Defendants  1:13
105:13
definitely  69:1, 25
definition  25:2
delayed  91:7
delegated  90:19
Department  10:17
13:15  14:22, 25
15:11  19:9  22:9,
19  23:9  25:1, 5
26:11, 17  41:7, 8
42:6, 13, 14, 20, 23
43:3  46:22  47:4
51:2, 3, 23  52:25
53:7  60:2, 19
61:17  62:10  65:24
67:7  68:4  69:4
76:12  84:1, 10