Case 2:07-cv-04936-MAM   Document 54-26   Filed 10/01/10   Page 1 of 6

Deposition of Lieutenant Brian Russell                Christpher Bush & David Bush V S.C Adams, et al.

88:3, 22  90:20, 21
92:7  97:6  98:23
**Department's**  23:18
24:10  42:10
**depends**  19:14
**deposed**  3:13
**Deposition**  1:16
4:15  71:3  72:22
100:22  101:3
102:8, 11  104:10
105:16
**Deputy**  14:9  38:22
62:23
**describe**  37:24
**designated**  12:16
83:23
**detailed**  42:9
**detective**  17:6
18:16  24:1  41:13,
15, 18, 23  42:2, 5, 7
53:9  66:15, 16
84:24  90:22, 23
91:12  94:25  96:11
**detectives**  16:18,
25  17:3  19:25
83:23
**determine**  27:5
**determined**  15:21
18:16  65:12
**DI**  77:5
**difference**  19:18
36:2, 6
**different**  4:2  19:16
23:13, 22  74:16, 17,
18
**differently**  72:12
**digging**  37:10
**DIRECT**  2:17  3:5
73:22  74:13  83:1
85:15
**directed**  75:5
**directing**  41:10
82:19
**direction**  104:8
**directly**  67:22
83:11
**disapprove**  17:16
**discuss**  5:4  101:2
**discussed**  32:21
95:6

**discussions**  5:9
6:6, 12  78:14
**dismissed**  86:16
**disposition**  87:6, 16,
18  88:4, 6
**distinction**  35:20
36:24
**DISTRICT**  1:1, 3
3:10  52:22, 23
54:6, 11  93:1, 5
105:1, 3
**division**  19:4
83:25  94:15
**divisions**  91:25
92:3
**doctor**  3:22
**Document**  11:21
20:25  27:25, 25
28:9, 10  29:14
33:13  41:20, 21
47:23, 24  48:3, 5, 6
49:4  65:5, 6  71:1,
7, 24  81:16  103:3
**documentation**
38:15
**documents**  10:20,
23  11:23  13:4
22:12, 15  26:8
27:2, 19  28:16
30:12  47:25  68:21
71:22  73:5  76:15
78:5  95:8, 14  97:8,
9, 10, 19  98:2
100:22  102:18, 20
**doing**  39:8, 14
70:17  92:15  97:4
**Domestic**  9:4
25:20  26:6  32:20
33:3, 6, 11, 19, 22
35:23  36:10  37:15
38:23, 25  39:9
40:6  43:19  45:2
49:15
**domesticate**  54:6, 8,
11
**Dominik**  11:6
**doors**  29:1
**double**  11:1
**doubt**  4:21  51:13
**drive**  18:22

**Dublin**  8:9, 11
51:12  52:19  61:24
**Duffy**  50:21  51:4
53:8, 16, 17, 25
54:3  55:6  56:6
61:17  62:6, 15, 21
72:25
**duly**  3:3  104:4, 6
**duties**  16:22
**duty**  76:10, 11
77:5  88:17

< E >
**easier**  101:16
**East**  2:9  106:9
**EASTERN**  1:3  3:10
105:3
**economic**  100:7
**effort**  33:1
**Eight**  16:14, 15, 17,
23, 25  17:2
**either**  49:6  69:7
73:6  102:23  104:13
**electronic**  7:6
**electronically**  17:13
18:5, 19, 24, 25  19:1
**elements**  43:24
**Elizabeth**  104:20
**emergency**  69:4
**endangering**  64:24
**endangerment**  65:7
**enforcement**  21:5,
9  73:12  96:2, 20
**English**  104:8
**entered**  7:14  9:12
28:20  29:5  65:3, 4
**entering**  64:4
**enters**  69:5
**entitled**  99:2
**entity**  80:13  96:21
**entries**  68:23
**entry**  64:17
**Eratta**  2:25
**Esq**  2:3, 8  106:3, 8
**essentially**  62:7
81:5  94:2
**ET**  1:12  105:12
**evening**  53:10
55:9, 10

**event**  29:9
**Everybody**  23:5
**evidence**  25:17
29:7, 23  57:7  79:22
**ex**  28:22  33:11
**exact**  75:12, 14
**exactly**  24:22  97:2
100:1
**EXAMINATION**  2:17,
20  3:5
**examined**  3:4
**example**  4:23
**exclusive**  75:6, 20
**execute**  70:22
**executed**  67:21
68:2
**Exhibit**  2:22  47:22
71:4  103:13
**exist**  87:24  95:8
**existed**  72:14
**exists**  45:23
**Expediter**  15:18, 20
16:2
**experience**  46:3, 19
58:20  59:9  73:21
74:3, 6, 12, 19  75:4
88:14  93:12
**expires**  104:23
107:17
**explain**  40:22
**explained**  4:2
53:17  56:5
**explaining**  7:13
46:8
**explored**  40:16
**extent**  63:1  70:17

< F >
**face**  100:24
**facilitate**  84:5  97:7
98:20
**facility**  7:20  8:5
**fact**  25:4  26:3
30:14  45:23  56:23
72:14  73:1
**factors**  64:22
**facts**  23:6  26:8
30:25  32:18  61:8
94:4

Case 2:07-cv-04936-MAM   Document 54-26   Filed 10/01/10   Page 2 of 6

Deposition of Lieutenant Brian Russell                                    Christpher Bush & David Bush V S.C Adams, et al.

factually 64:15
fair 16:1 35:3 99:5
false 26:18 29:17, 21 35:9
familiar 3:15 33:18 38:19, 20 67:2 88:23 92:6 93:15 103:1
Family 99:3, 20
far 31:8
farther 24:14
father 20:5 21:20 23:17 24:15 42:9, 13, 15 64:18
fax 76:12
faxes 97:20, 20, 21
FBI 67:24 76:3, 19 77:1, 7 80:13, 23, 25 87:17 88:4, 11, 13, 17
federal 31:22 66:1
felony 32:3 66:9 67:15, 19 70:21 77:24 83:24 85:13, 17 86:21
felt 56:6 59:18
female 76:6, 9
Field 76:3
file 22:16 23:7 29:17 30:9, 19, 20, 21 31:4, 4, 5, 5 32:3 68:1, 18, 19 97:24, 25 98:9
filed 10:16 19:24 20:2, 8, 11 22:24 28:16, 17 29:3 64:25 72:18 98:15, 16, 22
files 27:1 97:22
filing 27:1 29:21
fill 17:10 99:16
filled 14:13, 21 24:5 69:3 88:7
filling 24:11, 13
fills 88:10
financial 99:21
find 10:2 29:20 32:8 36:23 58:16 59:12, 14 98:25 99:1 102:24

fine 18:10 19:1 30:17
fingerprint 87:20 88:12
fingerprinted 87:25
finish 36:14
firearm 56:16, 18, 20, 23 57:4, 17
first 3:3 5:24 10:9, 13 20:8 32:21 38:8 42:3 50:20 66:19, 22 67:23 76:6 104:6
fit 19:10 20:6
five 18:15 47:14 55:15
flip 14:14
follow 17:19 18:15 24:1, 6 29:15 55:10 82:25 84:1 85:13, 17 90:24 91:13 93:22 94:13
followed 25:9 97:6 100:13 101:10, 13, 16
following 20:13 40:9 91:1 102:3
follows 3:4
Force 32:2 66:8, 18 67:9 81:4 82:9
foregoing 104:8, 11
forget 76:7
form 3:24 13:15, 18 24:3, 11, 13 26:19 31:17, 21 34:17 35:4, 10 39:5, 16 44:1, 14 66:2 67:3 69:3, 6 75:8, 21 83:13 87:8, 16, 18 88:5, 18 89:4 99:23
format 34:22, 23 35:2
forms 24:5 74:17 87:24 90:4
forth 18:20
forwarded 19:3 85:3
forwards 19:1

foundation 84:7
four 18:14 37:5
Freeman 48:22
friend 28:23
front 17:11 45:9 68:19 97:14
Fugitive 15:16 81:4 82:9
fulfill 88:16
full 34:10
further 23:25 25:10 28:11 57:22 104:11

< G >
general 99:1, 6, 11, 18, 19 101:10
generally 3:25
getting 4:19 38:6, 11 56:9 61:2
give 7:25 52:22 63:8 70:18, 20 85:6, 11, 17 100:19
given 17:6 30:12, 22 104:7, 9 107:3
gives 73:25
giving 26:4, 6 33:4 40:6 41:2, 5 43:17, 19 75:14
go 5:15 35:22 36:15 37:9 42:14 43:10 53:21 55:11, 20 56:9 60:17 62:8 63:3 68:1, 5, 10 70:5, 8, 21 73:23 74:13 75:5, 15 77:22 83:19 85:15 88:24 92:15 98:24 101:7
goes 3:23 17:13 18:20 31:9 88:23, 25
going 3:18 27:8 29:25 37:9 52:3, 18 55:9 63:25 91:7, 8 100:11 101:7
Good 94:7
govern 99:12

grandmother 21:20
granted 49:13 75:6
granting 33:8
guardian 20:16 21:14, 16, 21, 21
guardianship 21:19
gun 4:25 59:10
guy 26:10

< H >
hand 12:19 13:3 20:12 22:1 24:6 104:15
handle 55:9 91:13
handled 91:8
Hanover 14:9
happen 91:11
happened 32:16 98:1
happens 64:3
happy 37:6 75:24
harassing 85:25 86:1
hard 100:2, 4
head 8:13
Headquarters 52:25
hear 4:5 77:11 78:16
hearing 33:11, 12 34:10 44:9 47:11 87:2
hearings 89:9
hears 34:11
he'd 54:7
help 6:23 7:16 39:10 73:6, 7 98:20
helped 98:13 100:14 101:6
helping 39:3 52:14
hereinabove 107:5
hereinafter 3:3
hereunto 104:15
high 91:23
highest 93:17
highlighted 72:4, 7
history 5:15
hold 55:14
honor 47:2
honored 47:4

Hopefully  3:19
horse  75:17
hour  54:18  55:6
hours  18:15  23:12
55:15  90:25  91:3
house  28:20, 24
29:1
huh  14:5  20:19
26:16  81:16
husband  28:22

< I >
idea  22:7  26:9
60:9  69:12  70:3
72:17  78:13  84:8
90:12  96:7
identification  71:3
identified  11:1
12:24
identify  10:21  29:4
77:23
identifying  14:21
21:6, 10
illegal  78:17  79:7
immediate  17:14
immediately  9:8
10:7  18:14  67:25
80:14, 21  90:24
91:9
important  94:3
impose  100:7
improperly  5:20
inappropriately
56:21
incident  10:10, 19
11:2, 9, 12, 17
12:17  17:10  18:18
19:20, 21  28:9
42:8, 16  58:2  90:14
incidents  93:8
included  96:25
including  97:19
incorrect  18:7
26:18
indicate  13:8
29:12  51:10  79:19
indicated  14:20
28:8  51:8  80:12
indicates  49:23

65:5  71:20  76:2
indication  17:21
individual  15:19
20:16  23:5, 20
27:1, 18  33:23
53:3  68:3, 11  87:10
individuals  7:15
64:5  70:23
individual's  7:14
information  7:25
18:24  20:20, 22
21:6, 10  26:25
27:17  54:4  62:18,
19  63:19  68:1
78:15, 24  79:4
82:23  84:12, 17, 19,
21  85:7, 11, 20
103:6
initial  80:23  91:14,
16, 18
initials  21:25
ink  12:17
inquire  56:18
instance  1:17
105:17
instruct  4:11
intent  81:20, 22, 24
interaction  50:1
interactions  49:24
interested  104:13
Internal  12:18
investigate  30:6
31:11
Investigation  12:18
23:25  25:10  28:9,
11  29:20  30:20
31:13, 15  79:5
102:6
investigations
16:24  31:10  99:3,
18, 20
investigative  28:15
investigators  87:10
involved  5:19, 24
6:1, 3, 6  22:21
31:16, 20  42:3, 7
63:6, 17  69:16
80:22  102:5

involvement  31:25
32:6, 13  41:25
42:2  98:10
involves  18:13
involving  42:8
issue  26:15  45:22
issued  9:3  25:19
32:7, 20, 23  33:10,
22  34:10  37:1, 15,
16  43:16  46:4, 25
55:3  67:14  70:14
72:20
issues  34:12, 18
67:20
items  28:24

< J >
JDR  81:13
job  31:8  39:8, 10,
15  96:24
jobs  93:15
judge  4:7  9:6
10:5  25:22  34:11
45:13, 14  100:24
July  104:15
jurisdiction  53:4
57:21  58:5  61:21
68:9  69:24  83:3
jurisdictions  73:6
justice  70:18
Juvenile  9:3  25:20
26:5  32:20  38:23,
25  39:9  40:5
43:19  45:2  49:15
juveniles  18:13

< K >
keep  30:24  56:5
key  28:20, 24
kids  9:25  10:3
40:18  41:11  44:6,
7  55:25  59:11
60:3, 4  61:10  62:8
70:5  73:8, 13, 23
74:14  75:6, 15
77:10
kid's  91:2
kind  87:13  98:19
knew  8:7  40:24

know  5:12  8:4
9:17, 21  13:12
14:6  15:1, 3, 7
19:22  22:1, 10, 25
24:10, 22  26:23
28:7  29:6, 10, 22
30:2, 3, 5, 22  31:3
32:5  34:19  35:2, 8,
9, 10, 17  38:1
39:14  40:8, 8
41:13, 15, 22  44:8,
18, 22  45:7, 18
46:6  48:20  51:15,
21  53:1  54:18
55:20  58:21  59:3,
6, 24  60:8  61:7, 19,
21, 23  62:12, 14
64:15, 18  65:16
66:3, 23  67:6, 9
68:3  71:10  75:17
76:14  77:24  78:1
80:3, 7, 9  84:14
85:1  86:14  87:4, 5,
5, 23, 23, 24  88:9,
10, 11  89:24  93:3
96:15, 17  100:1
101:12, 13, 14, 23
102:13
knowledge  9:15
10:9  28:5  48:14
49:5  80:25  96:11
known  25:3
knows  4:13  23:16,
21  101:9

< L >
Lack  84:6
Langer  38:13  86:20
language  75:12, 14
Large  1:19  104:4
105:19
Larson  41:15, 15, 18
Law  2:3  21:5, 8
22:17  73:12  96:2,
20  99:13  106:3
lawful  25:17  59:23,
24
lawfully  9:16  10:3
Lawson  41:22, 22,
23  42:2, 5

Case 2:07-cv-04936-MAM   Document 54-26   Filed 10/01/10   Page 4 of 6

Deposition of Lieutenant Brian Russell                                    Christpher Bush & David Bush V S.C Adams, et al.

lawyer 3:23  9:5  101:24
lead 85:3  86:10  96:13
Leadbetter 66:15  81:8  84:24  96:12
Leadbetter's 66:19
leads 86:12
learn 9:22  87:6
learned 10:14
leave 14:24
leaving 24:15  60:1
led 31:17  79:5
left 20:12  39:11  42:5  76:21
legal 9:7, 11  21:14, 16, 17, 19  44:6  59:16  60:3  99:24
lesser 16:9
letters 12:18
level 22:22  23:25
lie 58:23
LIEUTENANT 1:16  3:1, 7  12:23  15:13, 14  31:6, 8  80:24  92:13  94:17  102:5  104:5  105:16  107:1
lieutenants 94:16
limited 43:13
listed 7:15
litem 21:22
litigating 30:25
little 12:9  77:8
live 93:4
lived 55:21
lives 68:12
local 67:24  68:6
Locally 68:5
locate 21:7, 11  26:14  70:22
located 7:22
location 8:7
locked 29:1
long 33:15  50:18  58:1  85:9  99:7, 7
longer 26:10
look 4:20  11:22  20:12  23:14  28:13  37:6  51:23  68:17, 20  70:5  73:24

74:2, 5, 9, 15  82:10, 13, 15  97:8, 9, 10, 20, 21, 22, 24  98:24  99:15
looked 43:7  51:22  97:19  98:2
looking 8:19  9:2  14:11  16:3  20:1  37:4, 22  69:11  70:2  72:16  74:21  82:2, 6, 8, 9  95:13
looks 11:7  35:9  78:6
lot 23:4  42:19  97:19
lower 12:19  20:12
Luzerne 40:25  41:1  43:16  49:12  89:11
lying 58:24  59:2

< M >
M.K 22:3
machine 76:21
magistrate 45:4, 15, 17, 19, 22, 25  46:4, 7  98:8
magistrates 39:19, 20
Major 15:13, 14  31:11  94:14, 15, 17
manner 21:11
Mansfield 89:16
manual 99:2, 8, 9, 10, 13
mark 12:2  14:3, 4, 6  22:15  25:8  89:22  90:14
marked 10:20  17:12  41:19  47:22  65:25  71:2, 7
Marshal 81:4  82:21, 25  83:2  96:8
Marshals 32:1  66:6, 7  81:18, 23  83:15, 17, 24  84:1, 10  85:3, 14, 18  86:10, 11, 12, 22  96:5, 6, 15  98:9

Marshal's 84:4, 4, 18
Martin 51:4  53:7, 16
Mary 1:18  38:13  39:22  86:20  104:4, 20  105:18
matter 36:9, 10  44:13  50:19  51:12  58:6  94:20, 22  102:16  103:7  107:4
matters 63:6, 17  95:5
McDermott 6:23
mean 18:2  23:17  28:2  73:3  80:16  81:8  87:2  95:16  102:25
meaning 25:16  34:10  40:1  67:22  80:13
meanings 4:2
means 3:18, 25  4:18  15:19  91:7
meant 4:24  5:3  73:7, 8
mechanism 88:15
medium 7:6
meet 4:20
member 14:22  15:4
members 81:3
memory 6:21  8:14, 17  75:23
mere 30:14  45:23  56:23
message 76:21
met 41:17
Mexico 40:21  47:17
mind 56:25
minimum 19:15
missing 7:15  10:24  11:2  12:25  13:5, 9, 24  14:15, 16  15:21  19:6, 7, 9, 10, 19, 23  20:7, 9, 10, 18  21:7, 12, 14  23:2, 3, 4, 7, 8, 10, 16, 18, 21  24:11, 15  25:1, 2, 14, 25  26:2  27:18  28:1, 14, 25,

25  29:3  31:13, 15  42:16  43:5, 10, 14  59:17  64:5, 14, 23, 25  65:4, 6, 13  68:23  90:2, 8, 15, 18  94:2  98:22  99:17  102:6
mistypes 4:21
modified 11:8, 10, 13
Montoursville 89:19
morning 56:3  91:8
mother 20:6  21:20
move 3:24  35:16  46:15  97:15
moved 28:24
moving 58:4  97:18
Mr.Bush 60:11
Myrna 41:13

< N >
name 3:9  6:20, 25  18:1  52:11  53:14  59:11, 11, 15  66:19  76:6, 7
named 21:16  68:4  102:8, 10  104:5
names 22:6  59:4
name's 66:22
narrative 25:7, 15  28:15
national 64:8
natural 20:4, 5  21:15  23:17  24:14  25:4, 5  64:18
NCIC 7:14  64:5, 9  65:1
near 19:21
necessary 18:17  21:11  29:15
need 5:15  23:25  24:10  25:9  101:12
needed 43:6  63:6
needs 4:1  20:8, 10, 11, 15
neither 73:7
neutral 45:4
never 22:21  35:11  41:17  76:21  94:7, 9
New 40:21  47:17

Case 2:07-cv-04936-MAM   Document 54-26   Filed 10/01/10   Page 5 of 6

Deposition of Lieutenant Brian Russell                                    Christpher Bush & David Bush V S.C Adams, et al.

**Newtown** 2:4 50:11, 24 51:1, 3, 24 52:3, 22 53:4, 6, 20 61:17 62:10, 25, 25 63:9, 11 70:2 71:14 72:19 102:23 106:4
**Nicholas** 2:8 106:8
**night** 76:11 77:7 80:17 90:7, 23 92:21 93:7, 18
**nine** 16:19
**Nods** 21:24
**nol** 86:16
**normal** 86:21
**nose** 57:19
**notarized** 49:5
**Notary** 1:18 104:4, 22 105:18 107:13
**notation** 27:23
**note** 22:5 30:18 41:19
**noted** 30:4
**notes** 7:5
**notice** 1:23 44:9 105:23
**notified** 32:1 98:9
**notify** 88:16
**number** 11:9, 11, 12 12:9 19:14 28:13 44:25 45:3 53:2 69:5, 11 85:12
**numbers** 51:22 59:7

< O >
**oath** 72:22
**Object** 66:2 67:3
**objection** 24:18 26:19 27:6, 14 30:4 35:4 39:5, 16 44:1, 14 46:11 58:9 60:5, 13, 22 65:14, 20 75:8, 21 80:5 83:13 84:6 85:22 87:8 88:18 89:4 93:9 97:11 99:23 100:24 101:19

**objections** 3:20 4:6
**obligated** 29:14
**obtain** 34:4 39:3 60:14 77:22
**obtained** 26:4 32:9 38:25 40:4, 8 43:18 44:9 54:25 55:4 60:10 67:25 98:4, 7
**obtaining** 32:14 55:18 59:22
**obvious** 21:23
**obviously** 87:24 99:13
**occurred** 19:21
**occurs** 86:24
**October** 15:12 16:13 28:17 49:9 54:22
**Office** 2:8 14:10 32:8, 11 38:10 40:16 51:5 52:13 54:6, 11 61:19 69:19 76:3 81:24 84:4, 5, 18 85:3, 18 86:10, 12, 22 98:7, 19 106:8
**officer** 18:6, 23 20:11, 20 26:22 27:16, 21 29:2 33:15 34:3 90:11 91:18, 21, 23
**officers** 17:10 66:17 81:3, 11 83:19, 20 84:13 86:7 93:22
**offices** 1:20 2:3 86:13 105:20 106:3
**official** 21:9 26:15 93:17
**Oh** 8:9 18:23 55:2 66:12 91:16 99:8
**OIR** 69:5, 11
**Okay** 3:15 4:8, 17 5:23 6:3 8:9, 16, 19 9:1, 5, 10 11:5, 14 12:1 13:10, 25 14:1, 16, 24 15:4, 23 17:5, 12 18:23 19:18 20:3 22:3, 6

24:9 25:24 27:3, 10 30:8, 14 34:20 36:22 37:23 39:25 43:15 46:6, 14 47:3 48:13, 23 49:8 50:20 51:19 52:8 57:3, 7 59:14 63:18, 24 64:3 72:21 73:17 75:3 76:2 77:8 79:3 80:3, 18 81:2 82:2 88:14 91:5 99:8, 10 101:4
**old** 91:2, 3
**Once** 9:17 17:17 19:2 27:16 29:13 43:10 45:20 58:11 59:15 74:15 75:22 83:14 86:4 88:9, 23 93:13, 14 98:3
**ones** 17:12 34:20
**ongoing** 47:10
**operating** 99:2, 13
**operation** 99:8, 9, 10 100:6
**opposed** 83:20 90:11
**Optical** 88:5
**options** 40:16
**order** 9:3, 6, 10, 23 10:4 25:19 26:4, 5, 15 32:19, 21, 25 33:3, 4, 6, 7, 8, 10 34:4, 12, 14 35:8, 9, 11, 21, 22, 25 36:1, 3, 4, 4, 8, 13, 18 37:2, 3, 3, 16, 18, 21, 24 38:6, 25 39:3, 25 40:5, 19, 21, 24 41:1, 4, 10 42:14, 18, 21 43:15, 18 44:9 46:20, 25 47:2, 3, 6, 8, 9, 12, 13, 17 49:12, 13, 15 53:18, 23 54:6, 9, 12 58:22 59:16, 23 63:13 64:21 71:11 73:15, 16, 18, 19, 22, 25 74:2, 5, 15, 21, 23, 24, 25 75:11, 13,

19, 23 98:21 99:19, 19 101:11
**ordering** 47:9
**orders** 28:23 33:19, 21 34:7, 9, 10, 15, 17 36:25 41:9 45:2 46:9 47:15 59:20 74:13, 16 75:2, 4 81:14 95:12 98:17 99:1, 6, 11
**Ordinarily** 90:17
**ordinary** 87:7
**ORI** 64:11, 12 70:2
**originating** 88:7
**outcome** 86:14 104:13
**outside** 7:4, 12, 20 8:5 50:7 51:6, 16 83:3
**overlooked** 94:20
**oversee** 16:24 31:10, 13 52:23
**oversees** 94:17
**overturned** 40:25 41:1, 3
**owned** 56:16, 23
**owns** 57:16 59:10

< P >
**p.m** 1:20 54:23 103:14 105:20
**PA** 2:4 106:4
**packet** 10:20 12:6 68:25 69:7
**page** 2:22 14:14 28:8 47:23, 24
**pages** 2:18, 25 11:1, 19, 25, 25 12:1, 17 48:7, 9 99:7, 22 100:3
**paperwork** 37:10 43:15 87:13 92:13 98:14
**Paragraph** 49:10, 23 50:10 71:19 72:12 73:2 76:2 80:12 84:15
**parameters** 61:8

**paraphrasing** 20:22, 24 81:5
**pardon** 79:10
**parent** 21:13, 15, 23 25:4, 6 36:9, 10 44:5 46:22, 24 59:10 73:25 75:7 78:3
**Parental** 43:23, 24
**parents** 35:22 44:18, 21 58:21
**parent's** 44:23
**part** 5:24 30:9, 12, 18, 19, 21 31:3, 5 32:1, 11, 24 38:6 68:24 72:4, 8 101:10
**parte** 33:11
**particular** 13:11, 18 20:1 40:11 52:19 67:18 74:4 76:10 90:22
**party** 104:13
**passed** 54:16 84:19 85:9, 12 86:9
**Pat** 53:14
**patrol** 18:6 53:11 90:11 92:16
**Pawn** 15:18, 18
**Pendergrast** 66:16, 21, 22 81:9 84:24 96:12
**Pennsylvania** 3:11, 11 6:9, 13 8:11 9:24 27:22, 24 28:6 32:4 36:21 39:11 40:21 43:16 46:10 47:1, 9, 11 49:25 50:6, 11, 16 52:3, 25 54:13 55:21 56:12 57:21 58:5 61:20, 25 63:21, 25 65:11 68:13, 14, 24 69:10 81:18, 21, 25 82:3, 7, 8, 9, 10, 13, 16, 20, 20 83:1, 6, 12 85:4, 15, 21 95:11, 18, 21, 24 96:2, 13, 16, 21 102:14

**people** 16:12, 16 33:22 50:1, 11 51:17, 21 58:23 61:3, 16 65:18 66:23, 25 72:15 76:20 78:9 81:8 87:24
**period** 9:17
**permanent** 34:9 35:24 36:3, 17 37:21
**Person** 10:24 13:5, 9 14:15, 16 16:2, 6 20:10, 17 21:7, 12, 14, 16 22:11, 25, 25 23:2, 3, 4, 7, 8, 10, 15 28:14, 19 29:3, 5 33:25 34:5 43:5, 11 51:11 64:25 68:12 78:2, 11 79:1, 6 86:23 87:19 90:3, 17 92:10, 13 93:5 94:10 98:22 99:17
**personal** 42:1, 3 48:13 49:5
**personally** 43:3 45:16 60:18 69:1 79:2 88:21
**personnel** 53:12 100:7
**Persons** 11:2 12:25 13:24 15:21 16:10 64:5, 23 65:4 68:23 70:18
**Philadelphia** 7:4, 12, 20 8:6 50:7 51:7, 16 84:19 86:10
**phone** 17:8 51:22 76:18 77:20
**photographs** 21:6, 9 29:11
**phrase** 3:15
**physical** 29:7
**pick** 10:15 42:15 53:22 63:25 80:1
**picked** 24:12 55:25
**place** 29:8, 9 55:25 58:3 70:5 81:14 104:10 107:4

**placed** 65:1 76:18 98:8
**Plaintiff** 1:8, 17 2:4, 18 3:3 105:8, 17 106:4
**plaintiff's** 84:13 86:8
**point** 5:19 17:21 40:13, 14 43:21 55:1, 11 56:6 63:24 70:10 82:5 100:1
**Police** 3:12 6:7, 8, 9, 13 7:1, 12, 17, 20 8:5, 12, 22 10:17 13:14 14:22, 25 15:11 23:17, 18 24:5, 12, 13, 16 25:1, 4 26:18, 18 27:22, 24 28:6 29:17, 21 33:15 34:3 41:7, 8 42:6, 10, 20 43:3 46:22 47:4 49:12 50:6, 12, 21, 24 51:1, 3, 9, 11, 16, 23 52:16, 20, 21, 23, 25 53:6 58:22 60:2, 18 61:17, 20 62:10 64:12, 13 65:11, 24 67:6 69:15, 25 71:15 72:19 73:23 74:13 75:5, 15 76:12 81:3 83:20 84:10 88:3, 8, 13, 21 89:17, 20 90:20 92:7 95:18, 21, 24 97:5 98:23 102:23
**policeman** 74:19
**policies** 22:9 98:11 101:6, 9, 10, 12
**policy** 17:5 22:19 23:19 25:10, 11, 12 26:2, 17 29:13 42:11, 18, 23 46:21 65:8 67:19 70:21 85:16 98:6, 24 100:13 101:15

**porch** 28:25
**poses** 64:20
**position** 15:10
**possibly** 38:5 53:20 100:8
**post** 20:1
**precinct** 92:7, 8, 18 93:4 94:5
**precincts** 92:4, 23
**prepare** 5:7 27:25 42:24
**prepared** 15:8 18:18, 19
**preparing** 14:19
**presence** 104:7
**present** 33:12 45:5, 17, 20 46:13 48:14 49:6, 8 76:16 79:13 89:8
**presented** 32:18 41:3 42:19 45:3, 21 49:11, 14 97:25
**presenting** 98:3
**pretty** 98:10 99:4
**previous** 49:13
**priest** 3:23
**printed** 18:20
**Prior** 5:6 39:1 40:9 41:9 54:22 58:4, 13 59:22 60:1 61:2 64:5
**privilege** 3:21, 23 49:1
**probable** 45:3, 17, 21, 25
**probably** 19:23 23:24 66:15 76:24
**problems** 28:21
**procedure** 17:9 28:2 67:19 69:4 87:21
**procedures** 13:14, 17 90:19 97:5 98:6, 12
**Proceedings** 102:1 103:14
**process** 34:4 44:24 101:8
**processed** 66:1