Case 2:07-cv-04936-MAM   Document 54-27   Filed 10/01/10   Page 1 of 8

Deposition of Lieutenant Brian Russell    Christpher Bush & David Bush V S.C Adams, et al.

procurement  6:4
31:17
produced  10:5
26:5
proffered  10:22
11:21  41:20  47:24
71:6
proper  98:14
properly  14:14
property  29:5
pros'ed  86:17
protect  34:4
protection  26:8
28:22  35:21, 25
36:3, 4, 18  74:25
75:2
protocol  82:22
83:22  84:3, 9
85:12, 14  86:11, 21
94:24
protocols  84:14
provide  38:14
62:19  78:24  79:4
provided  9:11
20:20  21:10  26:25
27:17  32:3  41:4
48:17  52:6  59:20
82:11, 24  84:22
PSP  8:11
Public  1:18  104:4
105:18  107:13
punched  57:18
Puricelli  2:3, 3  3:6,
9  4:10, 13, 18  5:5
11:21  12:1, 5, 10,
13, 16, 22  21:2, 4
24:19, 24  26:21
27:9, 20  30:2, 7, 23
31:6, 7  35:6, 15, 19
36:15, 19  37:9, 13
39:6, 17  44:2, 15
46:14, 18  47:16, 19
48:23  49:3  58:15
60:7, 16  61:1
65:17, 22  66:5
67:5  70:24  71:5
74:9, 11  75:9, 16
76:1  80:8  83:18
84:11  86:1, 5, 6
87:12  88:20  89:7

93:11  97:13, 17
99:25  100:5, 11, 17,
18, 23  101:4, 5, 22
102:4  103:9  106:3,
3
purported  47:21
purposes  10:25
11:18  12:23  71:2
pursuant  1:22, 23
33:2, 4  105:22, 23
pursuit  70:18
put  12:8  22:16
56:24  64:13  84:15
puts  64:9

< Q >
qualified  104:5
question  3:12, 21
4:1, 4  6:10  9:14,
19  10:12  20:23
24:20  31:3  41:6
44:3  46:15  49:4
61:7  73:11  85:24
86:2, 4  98:12
100:16
questions  3:19, 25
4:6  37:12  48:16,
18, 19  49:2  75:24
101:15
quite  97:18

< R >
raise  23:24
rank  6:18  92:10
ranking  91:23
read  4:15  5:6
22:3  45:10  80:14
81:5, 15  101:13, 16
103:3, 12
reading  4:13  74:6
95:15
realize  63:25
really  62:2, 23  91:1
realm  88:9
reason  7:23  8:23
13:11  51:13  57:22
59:1  60:10  69:16,
20  80:10
recall  6:25  7:2
38:2  51:14  54:19

70:7  72:17  73:17
75:11, 13, 18  77:4,
24  85:1  95:13, 15
receive  87:13
95:17
received  44:12
63:18  73:22  95:20
receives  86:12
recognize  36:8, 24
recollect  75:23
recollection  66:11
record  7:5  10:25
11:18  12:24  45:10,
12  48:23  75:18
102:2, 3
records  51:10
52:18  79:19
recover  73:13, 23
77:10
reduced  104:7
reference  44:21
referencing  98:19
referring  10:22
12:3  13:4  92:22
98:25
reflect  52:18
refresh  6:21  8:14,
17
refusing  44:7
regard  65:19
regarding  6:13
49:2
regards  6:7  16:23
49:21  67:18  95:4
103:6
Regional  32:2
66:18
Registration  104:22
regular  17:7
Relations  25:20
26:6  32:20  38:23
39:1, 9  40:6  45:2
49:16
Relation's  9:4
relative  104:13
relayed  62:4
relying  37:25  39:4
remember  6:17, 18
37:14, 18  52:11

53:13, 14  76:18
77:6  89:5, 6
removed  10:11
20:5
repeat  6:10  10:12
rephrase  34:2
99:25
report  10:16, 18, 19,
21, 23  11:15, 16, 24
14:1, 17, 20  15:5, 7,
11, 12  17:10, 16, 18,
22  18:8  19:10, 11
20:2, 7, 8, 9, 10
21:16  23:2, 7
24:16  25:1, 8  26:9,
13, 18, 18, 24  27:1,
21, 23  28:1, 15, 16
29:3, 12, 18, 21
40:9  42:10, 16, 17,
17, 21  43:5, 11
64:25  68:23  72:18
90:3, 8, 15  91:14,
15, 19  93:23  98:22
99:17
reported  19:19
21:7, 14  24:14
43:14  62:9
Reporter  1:18
105:18
reporting  21:12
23:15  27:18
reports  12:25
14:11, 13, 15  15:19,
20, 21, 23  16:2
17:20  19:24  23:4,
21  28:14  29:14
30:15  42:24  43:1
90:17  91:16  92:16
93:20  98:16
report's  18:18
22:24
represent  21:15
53:24
representatives
85:2
request  30:13
requested  30:15
81:11
require  78:8  84:3

Case 2:07-cv-04936-MAM   Document 54-27   Filed 10/01/10   Page 2 of 8

Deposition of Lieutenant Brian Russell                              Christpher Bush & David Bush V S.C Adams, et al.

**required** 26:22 27:4, 23  29:7 87:17  88:6, 16
**requirement** 24:5
**reserved** 4:7
**residence** 53:19 55:12  56:4
**resident** 58:1
**respective** 19:4
**responds** 90:24
**response** 19:16 54:4  73:3, 5
**responsibility** 88:10  92:25
**result** 25:13  65:5 89:3  96:12
**resumed** 102:3
**retained** 10:10
**retrieve** 9:2  79:18
**retrieving** 8:24
**return** 7:17  32:24 44:7, 24  46:9, 20 56:11  60:12  64:1 98:21
**returned** 9:9  10:8 18:6  32:22  33:2 40:18  42:8
**returning** 52:14 53:18  81:12, 19
**reversing** 43:15
**review** 98:1
**reviewed** 17:22
**Reviews** 10:23 11:23  13:4  16:2 18:25  28:15  47:25 48:3  68:21  71:22 73:5  76:15  78:5 81:16
**Richmond** 1:21, 22 2:9  9:4  10:5, 17 13:14  14:22, 24 15:10  23:18  25:4, 20  32:2, 20  33:14, 16  38:25  40:5 41:4  42:5, 10 43:18, 19  46:5, 22 53:23  60:2, 18 64:12, 13  65:8, 24 66:17, 18  76:3, 12 81:3  83:20  84:5,

10  86:24  88:8 102:14, 15, 22 105:21, 22  106:9
**right** 3:18  4:14 5:18  9:5  12:10, 15, 19, 23  13:3  16:6 20:15, 17  21:17 22:1, 24  23:5  24:8 34:17  36:7, 23 38:9  39:15  43:8 45:8  51:3  55:13 56:8  61:25  62:3, 6 64:10, 14  67:17 68:19  71:10, 19, 23 72:11  74:24  93:2 96:8, 25  97:13, 20 98:11  99:16
**rights** 44:13, 16, 18, 21, 23
**rises** 25:7
**Road** 2:4  106:4
**Rodenhauser** 29:2
**route** 56:9
**RPR** 11:24
**Rule** 1:22  13:23 105:22
**Rules** 1:23  105:23
**Runaway** 10:24 12:25  20:10  30:9 99:16
**Runaways** 11:2
**RUSSELL** 1:16  3:1, 7  70:24  71:7 102:5  104:5 105:16  107:1

&lt; S &gt;
**S.C** 1:12  105:12
**safe** 7:17  55:25
**safely** 56:10
**Sandy** 66:20
**Sarah** 49:9, 24 76:6, 8, 9, 23
**saw** 27:4  35:12 43:2, 3  74:23 75:22  80:4
**saying** 27:12 28:18  36:8  37:14 59:10  79:23  100:24

**says** 19:8  21:8, 13 22:3  25:12, 15 26:7, 13  62:7  65:7 71:22  74:9, 16 81:11  100:14
**screen** 15:21, 23 18:19
**screens** 15:19, 20
**Sean** 16:8  49:9
**second** 34:14  42:4 78:11
**section** 20:13  68:1
**secure** 53:21
**security** 59:7
**see** 11:20  22:18 45:12  55:12  61:8 68:21, 22  72:7 74:16  79:19  97:18 100:11, 13  101:13
**seeing** 43:1
**seeks** 96:25
**seen** 23:4, 11, 13 24:4  34:7, 9, 12, 20 41:19  71:7  74:20 75:2  95:9, 11
**Segal** 14:3, 4, 6 22:4, 15  25:8 89:22  90:14  91:20 94:6, 7
**send** 17:16  18:8 53:22  55:14  68:9, 13, 14, 16  69:20 70:13  71:16  91:3 93:5  100:9, 19
**sends** 18:24  88:11
**sent** 17:18  18:5, 12, 14, 21  31:21 68:22, 24  69:1, 4, 9, 17, 25  70:1, 4, 11 71:11, 13, 21  72:18 88:4, 12  102:14, 22
**separate** 30:24
**Serene** 11:6  27:11 28:18, 19  29:21 38:24  39:1, 3  40:4, 7, 22  41:10  44:9 46:8  47:10
**Sergeant** 6:19, 25 7:11, 13, 19  16:8, 15, 16, 17, 22  17:14,

15, 15, 17, 22, 24, 25 18:4, 8, 16, 25  19:2 22:20  24:2  31:2, 9 32:12  38:18  40:2, 3, 10, 17  45:3, 16, 21, 24  46:1, 7  49:9, 14  50:7  51:5, 8, 9, 15  52:8  53:3, 11 60:20  61:6, 18 62:4  77:6, 21, 21 78:20  79:3, 15, 23 86:19  89:2  91:12 92:22  94:25  96:24 98:5
**serve** 70:23
**served** 67:16
**service** 76:25  77:2, 4  81:4  82:22, 25 83:2  99:20
**Services** 15:16 16:7  17:18  18:12, 14  19:25  22:16 24:1  90:21  91:6 94:11, 15, 18, 25 95:1  99:3, 17
**set** 19:20, 24 104:15
**Setting** 61:8
**Seven** 11:19  16:16 28:22
**Sex** 15:17
**shakes** 8:13
**shape** 31:16, 20
**sheet** 28:9  88:4, 6
**sheets** 88:12
**Sheriff** 62:22, 23, 23  73:2
**Sheriff's** 14:10 51:5  52:13  61:18 69:19
**Shop** 15:18
**show** 10:20  37:8 42:14  47:13, 21
**showed** 71:23
**showing** 28:10 71:6
**shown** 47:20
**side** 20:12  34:12 102:7

sided  11:1
sight  13:25
sign  4:15  21:17  48:20, 21  103:12
signature  14:20  47:24  48:1, 9
signed  9:6  20:14, 15  25:21  32:21  48:7  98:15
signs  23:20
similar  17:11  34:14  70:13
Simopoulos  2:8  4:12, 14  5:4  11:20, 22  12:2, 8, 12, 15, 21  20:25  24:17, 21  26:19  27:6, 14  29:25  30:4, 21  31:1  35:4, 14  36:14  37:7, 11  39:5, 16  44:1, 14  46:11  47:14  48:25  58:9  60:5, 13, 22  65:14, 20  66:2  67:3  74:8  75:8, 11, 21  80:5  83:13  84:6  85:22  86:3  87:8  88:18  89:4  93:9  97:11, 15  99:23  100:4, 10, 15, 21  101:2, 18  106:8
simply  21:13
sir  8:15  32:15  50:15  79:21
sister  47:1
sit  101:14
sitting  45:8
situation  20:4  28:17
six  55:15
social  59:7
socially  67:2, 4
sole  25:16, 18, 21  26:6  33:8  37:19, 20  40:6  41:5  43:20, 20  73:19, 20
somebody  19:22  23:11  48:19  53:22  55:14  64:9  67:23

83:9  91:3  95:24
somebody's  87:22
sorry  6:10  8:10  10:12  36:15  41:14  45:11  50:23  102:9
spare  28:20
speak  6:16  65:23  76:5  89:11, 16, 19, 22
speaker  77:20
speaks  20:25
specialized  15:4
specific  74:21  78:19  99:19
specifically  53:2  57:24  102:10
specified  104:11  107:4
speculate  37:11  38:18  60:6
speculation  24:17  27:7, 15  30:1  35:5  46:12  65:15  80:6  93:10  101:18
spent  101:23
split  99:6
spoke  7:1, 3  32:7, 10  54:17  61:9  65:18  72:25  73:1  95:4, 23  96:1, 15
spousal  56:17  57:17
Ss  104:2
stand  14:13
standard  34:17
start  20:1  96:14
started  72:15
State  1:19  3:11  6:7, 8, 9, 13  7:1, 11, 16, 20  8:5, 11, 22  22:17  24:5  27:22, 24  28:6  31:22  36:16  40:18  42:9  46:21  47:1, 1, 2  50:6, 12  51:9, 11, 16  52:16, 20, 21, 23, 25  61:20  65:11  68:12  69:15, 25  71:15  72:19  88:13  89:17, 20  95:18, 21,

24  99:13, 14  104:2, 4  105:19  107:13
stated  28:18, 21  37:19  57:15
statement  58:18  107:3
statements  56:7  57:9
STATES  1:1  81:4  82:3, 16  85:20  105:1
stating  9:7  10:6
status  3:13
statute  35:23
stay  68:2
stenotype  104:7
stick  24:7
stipulate  31:1
stipulations  3:16
stop  100:5
stores  18:24
story  34:11
straight  37:16
stranger  19:23
Street  1:21  2:9  17:15, 22, 24  19:2  105:21  106:9
styled  107:3
subordinates  16:10, 23
subpoena  30:11, 12, 15
subsequently  104:8
substance  7:9
substantially  34:14
substantiate  29:24
suggestion  94:7
supervise  15:15  24:3  96:24  97:3
supervised  15:16  16:7, 9  22:11, 18
supervising  16:23
supervision  22:22  31:9, 12
supervisor  17:14
Support  94:15
Supreme  1:23  105:23
sure  4:3  9:15  21:2  30:23  56:8

69:23  87:19  92:22  97:4, 20  98:14, 15  99:4  101:9
surrounding  23:6
Suspicious  28:17
sworn  3:3  104:6  107:11

< T >
take  14:1  15:5  26:9  29:16  55:13, 21, 24  56:4  58:3  90:8  93:7, 21, 23  100:6
taken  1:17  5:21  20:11  22:15  29:2, 11  90:18  104:10  105:17
takes  18:23  26:25  27:17
talk  39:25  40:10  42:1, 4  53:7, 11  60:21, 24  61:5  76:19, 23  77:7  100:21  101:7, 24
talked  7:11  37:23  44:25  50:7  51:4, 4, 6  53:9  61:3, 13, 16  62:4  63:10  66:7, 12, 13  71:14  76:13, 19, 20, 22  77:9  95:5  96:17, 21  102:8, 9, 10, 13, 16, 19, 24  103:3, 7
talking  9:18  26:20, 23  35:24  36:1, 2  37:3  47:8  58:2  91:14  98:6
Task  32:2  66:8, 18  67:9  81:4  82:9
teletype  64:4, 7  68:9, 13, 14, 16, 22, 24  69:2, 9  70:4, 7, 11, 13  71:12, 13, 16, 21  72:16, 18  102:22
teletypes  77:16, 17  95:17, 21
tell  5:23  25:11  30:8  32:16  37:4, 5, 22  40:3  41:9

43:12  46:14, 16
47:13, 23  51:10
52:18  53:16  54:8
55:6  56:13, 20
57:13, 18  58:7, 21
62:23  63:15  72:23
79:15  82:10, 13, 15
87:11  89:2  95:20,
23  96:1  104:6
telling  25:12  38:2
46:20  47:17  55:22,
23  58:17  71:11
72:11
temporarily  102:1
temporary  33:21
34:4, 15  36:3  37:21
ten  19:17, 17, 19
29:2
testified  3:4  60:14
61:9
testimony  104:7, 9
text  104:8
thing  62:24  63:16
97:16  98:2  99:12
things  5:1  61:5
92:17
think  7:19, 21
23:24  24:4  48:16
52:6  56:17  58:24
66:7, 10  69:16, 20
76:9  80:19  88:25
99:2  101:20
thought  57:6  83:9
threatened  56:15
58:12
three  8:24  11:1, 24,
25  12:1, 17, 18, 24
13:6  14:14  23:11
28:8  43:14  47:23
48:7, 9  53:18
61:16  65:4  69:13
86:5  90:4  94:16
time  5:19  9:17, 20,
21, 22  10:13  14:19
17:1  28:23  29:8
42:19  46:7  49:17
53:24  54:16  61:13
64:17  65:10  79:4
80:4  85:9  91:24
92:5  94:16  97:23,

23  98:3, 6  102:2
104:10  107:4
times  42:19  86:5
93:7
Tioga  47:11  89:14
today  5:10, 13
28:24  95:5, 9  96:22
told  6:20, 23  8:9,
16  38:3, 10  45:18
46:7  54:5  55:8
58:3  61:10  72:21
77:4  78:1  80:9
86:19, 20
tomorrow  55:10
totality  59:18
town  68:7
township  63:6, 17
training  44:12, 20
transcribed  104:8
transcript  104:9
107:2
Trevose  8:16  61:24
trial  86:25  87:1, 3,
4  89:3
tried  40:17  98:20
Tripp  6:20, 22
41:20
trooper  7:3  51:6
61:19  63:13, 15
true  20:21  29:12
45:25  47:7  48:2
50:9  51:13  59:12,
14  60:10  72:9
74:23  80:24  83:7
88:8  104:8  107:2
truth  58:17, 21
72:23  104:6, 6, 6
try  32:23  38:7, 10
51:25  61:10  70:22
trying  12:5  24:23
36:23  65:2  91:17
turn  42:15  67:15
turned  23:16  25:5,
25  67:20, 22  83:14
84:1  85:16  86:22
Turning  71:19
turns  24:13
Twice  86:4
two  3:20  4:2
13:10  35:21  41:9

45:3  46:9  61:5, 24
66:23, 25  78:9
81:2, 8  83:19  93:14
type  7:5  44:12
56:18  73:21  74:24
75:4  93:15
types  74:13

< U >
U.S  32:1  66:6, 7
81:23  82:21, 24
83:2, 17, 23  84:4, 9
85:2, 14, 18  86:22
96:5, 6, 15
Uh  14:5  20:19
26:16  81:16
ultimate  31:14
ultimately  22:12
78:2
unaware  65:10
understand  4:3
5:21  9:14, 18  21:3
24:7  28:11  33:25
34:1  39:7  44:4, 16
63:12  65:2  78:22
79:24  86:16  93:19,
19  101:20
understanding  5:18
84:9  86:18
undue  99:21
100:25
unidentified  61:18,
19
uniform  17:10
91:18, 20
unit  15:5, 13, 17, 17,
18  16:10, 12, 20
22:16  94:11
UNITED  1:1  81:4
82:3, 16  85:20
105:1
unknown  28:19
62:2  96:8
unusual  23:12
25:8, 13  28:10
35:11  43:6  91:1, 5
93:23
upper  13:3  22:1
use  21:5, 9  84:4

usual  3:16  22:8
90:7  94:19
Usually  19:20
46:24  63:5  92:20

< V >
vacating  49:13
vague  4:1
valid  26:15  27:5
33:13  35:2, 8, 13
40:19, 21  42:18, 21
46:4, 25  53:18
60:3  82:1  98:17,
21, 22
verify  58:17
versed  45:1
victim  28:18
Views  41:21
violating  44:23
violence  33:3, 6
57:5, 8, 16
VIRGINIA  1:3, 19,
22, 23  2:9  5:21
7:18  8:25  9:13, 16,
23, 24  10:3, 11, 14
20:5  29:8, 17
32:24  36:16  40:18
41:10  50:1  56:11
58:1, 3, 4, 13  59:22
60:1, 12  64:1  68:8
78:8  79:18, 20, 24,
25  80:4  81:13, 14
82:19  102:7  104:2,
4, 22  105:3, 19, 22,
23  106:9
visit  5:13

< W >
want  4:10  21:2
24:7, 10  30:23
48:11  56:9  75:18
78:1  87:23  100:23
101:14
wanted  56:8, 10
98:24
wants  4:3
warrant  45:23  46:4,
8  53:25  54:21, 24
68:4, 22  70:14, 19,

Case 2:07-cv-04936-MAM   Document 54-27   Filed 10/01/10   Page 5 of 8

Deposition of Lieutenant Brian Russell                   Christpher Bush & David Bush V S.C Adams, et al.

20  77:11  82:1, 12,
22  83:15, 24  86:22
**warranted**  28:11
**warrants**  6:4  31:17,
21  32:3, 6, 8, 14, 23
38:7, 8, 11, 12
39:18, 19  45:8
54:25  55:2, 5
56:10  60:11, 14, 17
61:2, 6, 14  65:25
66:9  67:14, 16, 18,
19, 25  70:10, 21
71:12, 14, 17, 20
72:14, 20  73:14
77:22  85:10, 13, 17
96:25  98:3, 8
**Washington**  2:4
106:4
**Watch**  15:18  90:7
91:24
**way**  10:13  12:3
18:21  31:16, 20
72:17  86:11  98:19
**week**  93:13
**weeks**  93:14
**Well**  6:1  19:2
20:8  24:2  25:11
30:2  43:12  56:15
77:20  85:12  97:19
**wellbeing**  62:8, 13
63:4  70:9
**went**  28:23  56:3
74:24  83:5, 9  85:9
**We're**  3:9, 12  12:3
14:11  29:14  30:25
101:7  103:9
**We've**  12:13, 16
75:6  95:5
**whereabouts**  25:3
82:23
**whereof**  104:15
**wife**  25:16
**witness**  3:2, 12
4:11, 17  8:13
11:23  24:22  26:7
27:8, 16  30:5
35:17  36:16  45:16
46:13, 17  58:11
60:13, 15, 24  65:16
66:3  67:4  75:13,

22  80:7  83:14
84:8  87:10  88:19
89:5  101:20
103:12  104:5, 8, 15
**witnessed**  48:14
**word**  4:24  22:6
57:10, 11
**wording**  74:17
**words**  29:24  39:2
58:17
**work**  38:12  56:12
67:9
**worked**  62:5  66:25
**working**  16:25
27:22, 24  28:5
90:22  92:23
**world**  79:1, 7
102:15
**worry**  48:4
**worthwhile**  100:12
**write**  27:12
**writes**  26:23
**writing**  26:17, 22
**written**  43:13  72:12
**wrong**  13:13  70:16

**< Y >**
**year**  15:2  91:2, 3
**years**  28:22  33:17,
18  34:2  36:7  37:5
46:3, 19  58:20
59:9  65:12  71:11
73:21  88:2, 14
101:23
**Youth**  15:16  16:7
17:18  18:12, 14
19:24  22:16  24:1
90:21  91:6  94:17,
25  95:1  99:2, 17, 20

**< Z >**
**zip**  18:22

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

UNITED STATES OF AMERICA
V.
DAVID BUSH

**WARRANT FOR ARREST**

CASE NUMBER: 3 06 MJ 490

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __DAVID BUSH__ and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment  _ Information  X Complaint  _ Order of court  _ Violation Notice  _ Probation Violation Petition

charging him with (brief description of offense)

Unlawful flight to avoid prosecution for abduction, in violation of Title 18, United States Code, Section 1073, as more fully set forth in the attached complaint.

in violation of Title __18__ United States Code, Section(s) __1073__

M. Hannah Lauck
Name of Issuing Officer

/s/ Hannah Lauck
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

10/26/06  Richmond VA
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____

by _____
Name of Judicial Officer

EXHIBIT
Russell #1
5/20/10

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

```
PHLAM   535*08  *
PAGE 001          *          FEDERAL BUREAU OF PRISONS        *    11-01-2006
                             IN-TRANSIT DATA FORM             *    14:23:53

NAME.......: BUSH, DAVID
REGISTER NO: 60970-066
RACE / SEX.: WHITE / MALE                DOB (AGE): 08-13-1966 (40)
RESIDENCE..: NEWTOWN, PA 18940           ETHNIC...: OTHER THAN HISP
                                         RSP OF...: PHL A-PRE
DESTINATION:

ESCAPE.....:                             LEVEL/CUSTODY: UNASSG    /IN
VIOLENCE...:                             PROJ REL DATE:
HGT.: 601       HAIR: GY                 DETAINERS....: NO
WGT.: 170       EYES: GY                 NOTIFICATIONS: NO
OFFN/CHG RMKS: PARENTAL KIDNAPPING       PSYCH ALERT..: NO
               UNLAWFUL FLIGHT
```

*NOTE* SENSITIVE-LIMITED OFFICIAL USE CMC AND SEPARATEE HARDCOPY DATA ATTACHED
****************************************************************************

GENERAL PHYSICAL APPEARANCE (COMMENTS):
Description Listed Above

Last Name: BUSH
First Name: DAVID
Middle Name:
Suffix:

LIST ANY NON-ROUTINE SECURITY NEEDS:
Use Routine Security Measures UNASSG/ IN

Ht. 6'1"   Wt. 170
Hr. GRY    Ey. GRY
REG# 60970-066   PHL

10-27-2006
60970-066  BUSH

NAME OF NEAREST RELATIVE OF INMATE: Family
CITY AND STATE OF RELATIVE.........: Newtown, PA

ADDITIONAL COMMENTS:

No data entered.  Practice routine security precautions.
THIS INMATE HAS NO CMC ASSIGNMENTS

****************************************************************************

NOTE:   STATEMENT TO TRANSPORTING OFFICER:

"SENSITIVE - LIMITED OFFICIAL USE DOCUMENT - SECURITY MUST BE MAINTAINED."

TRANSPORTING OFFICER: _____
                                                    AGENCY: _____
PREPARED BY: _____  TITLE: Unit Mgr   DATE: 11/1/06

```
PHLAM  535*08 *
PAGE 002 OF 002 *              FEDERAL BUREAU OF PRISONS
                            CIM CLEARANCE AND SEPARATEE DATA        *    11-01-2006
REGISTER NO: 60970-066 NAME: BUSH                                   *    14:23:53

REGISTER                        FIRST   ARS ARS         ARS         ARS    QTR
NUMBER    LAST NAME             NAME    FCL ASSIGN      DATE        TIME   ASSIGN
60970-066 BUSH                  DAVID   PHL A-PRE       10-27-2006  1721   D03-426U
P0011     THIS INMATE HAS NO CMC ASSIGNMENTS
```