84:16, 144:5, 221:10, 221:11
argument [4] - 35:11, 210:17, 242:10, 242:11
arguments [1] - 57:10
arrest [3] - 41:11, 215:8
arrested [1] - 251:9
ARs [2] - 74:12, 91:16
art [1] - 214:6
article [3] - 104:2, 111:11, 112:24
articles [1] - 60:21
articulated [1] - 4:17
aside [9] - 13:13, 51:21, 52:1, 53:5, 53:17, 102:6, 243:5, 243:8, 271:18
aspect [1] - 87:14
ass [1] - 27:9
assessment [1] - 193:25
assign [9] - 67:22, 67:25, 68:16, 68:25, 71:10, 71:25, 114:4, 128:3, 189:10
assigned [34] - 54:13, 62:20, 67:24, 68:8, 68:12, 68:13, 70:2, 70:3, 70:6, 70:14, 71:21, 71:22, 71:24, 76:11, 83:2, 92:1, 114:6, 116:8, 116:15, 119:23, 120:3, 120:4, 120:6, 120:11, 120:12, 120:14, 120:25, 131:4, 131:5, 131:6, 179:21, 189:19, 197:22, 218:14
assigning [3] - 80:20, 80:21, 120:8
assignment [13] - 15:22, 32:12, 72:7, 76:15, 76:16, 112:16, 112:19, 131:9, 147:21, 148:24, 157:4, 194:22, 195:13
assignments [1] - 40:4
assigns [1] - 70:18
associated [3] - 44:22, 96:15, 146:24
Association [1] - 22:15
assume [13] - 15:11, 71:4, 72:10, 72:19, 74:14, 134:1, 134:2, 161:12, 189:18, 217:23, 217:24, 233:21, 257:16
assumes [1] - 18:15
assuming [12] - 19:21, 20:3, 51:15, 67:12, 79:2, 79:5, 107:23, 107:24, 161:9, 198:5, 220:1, 222:10
assumption [1] - 193:18
assumptions [3] - 194:10, 194:14, 194:15
assure [2] - 127:20, 239:5
attach [4] - 236:6, 238:3, 283:1, 283:3
attached [11] - 15:12, 34:18, 78:12, 90:3, 114:21, 209:16, 223:20, 235:21, 237:5, 275:12, 275:16
attachment [8] - 89:10, 160:1, 219:24, 224:10, 224:11, 225:8, 231:2, 245:5
attachments [13] - 33:16, 34:1, 192:10, 219:14, 219:17, 219:20, 219:22, 220:13, 223:11, 223:19, 226:24, 231:15, 237:2
attempt [5] - 143:25, 203:8, 221:25, 238:19, 238:22
attempted [1] - 280:23
attention [2] - 122:22, 137:7
ATTORNEY [1] - 2:6
Attorney [12] - 1:19, 2:4, 2:8, 10:14, 10:17, 15:7, 40:19, 242:3, 242:21, 279:10, 279:24, 280:1
attorney [41] - 5:18, 6:23, 7:1, 11:17, 13:15, 13:17, 17:3, 17:8, 18:9, 19:11, 19:13, 19:15, 33:4, 37:3, 39:13, 43:6, 43:7, 124:8, 124:15, 126:5, 126:7, 136:21, 136:24, 143:20, 156:21, 157:8, 157:15, 188:18, 188:23, 189:1, 238:14, 239:7, 243:9, 260:18, 260:23, 270:7, 270:20, 277:3, 277:5, 281:18, 283:10
attorney's [1] - 26:6
Attorney's [3] - 10:15, 100:21, 280:9
attorney-client [2] - 18:9, 19:11
attorneys [4] - 46:20, 47:2, 48:20, 188:13
attributed [3] - 127:22, 174:2, 175:10
audibly [1] - 56:14
August [15] - 7:11, 8:18, 8:21, 8:25, 22:3, 30:14, 30:20, 31:4, 31:16, 31:18, 85:11, 158:8, 195:6, 199:6, 230:8
authority [4] - 63:2, 118:18, 244:4, 268:10
authorize [1] - 256:15
authorized [1] - 114:15
automated [3] - 70:18, 70:19, 71:7
automobile [2] - 36:8, 36:17
availability [2] - 72:1, 72:5
available [5] - 181:9, 204:4, 267:10, 275:10, 275:11
Avenue [1] - 1:19
avoid [1] - 5:9
award [1] - 22:14
awarded [1] - 282:4
aware [26] - 43:22, 101:6, 112:10, 112:15, 112:22, 113:2, 113:3, 119:2, 131:16, 133:10, 133:24, 154:14, 154:16, 160:5, 161:2, 161:13, 181:23, 225:11, 244:6, 260:7, 262:5, 262:9, 262:13, 265:6, 265:16, 267:23

## B

bad [2] - 260:21, 260:22
badgering [1] - 142:15
Bailey [4] - 37:4, 43:6, 43:7, 52:11
Bailey's [1] - 42:5
balance [1] - 38:9
bank [1] - 135:6
banks [1] - 46:18
Bargaining [2] - 23:10, 23:15
barracks [6] - 62:3, 118:10, 130:1, 133:3, 229:12, 262:3
Barracks [2] - 7:16, 56:1
base [2] - 16:18, 130:10
based [18] - 20:6, 24:22, 44:8, 68:14, 87:9, 123:19, 178:21, 208:3, 214:18, 214:25, 237:11, 237:18, 249:2, 253:15, 256:23, 257:23, 260:2, 268:15
basis [4] - 155:21, 194:1, 202:23, 261:13
Bates [1] - 212:2
battle [3] - 226:12, 226:20, 242:2
beater [1] - 254:24
became [2] - 43:22, 63:10
become [4] - 12:9, 54:11, 132:12, 166:24
becomes [1] - 167:5
beep [1] - 118:14
beg [1] - 283:8
beginning [1] - 226:11
behalf [2] - 96:16, 270:6
behavior [6] - 227:22, 228:11, 228:13, 261:8, 261:9, 266:2
behind [1] - 148:16
belief [10] - 5:22, 148:11, 165:20, 177:24, 264:16, 270:12, 272:1, 272:5, 272:7, 274:9
bell [1] - 262:19
belong [1] - 177:7
belongs [1] - 79:19
below [2] - 132:19, 132:20
beneficial [1] - 264:6
Benevolent [1] - 22:14
beside [2] - 76:7, 76:8
best [9] - 4:19, 5:21, 9:8, 11:5, 27:3, 76:20, 86:23, 178:25, 255:8
better [3] - 28:5, 99:9, 221:13
between [25] - 4:1, 19:15, 30:20, 36:20, 43:14, 43:20, 56:7, 58:17, 58:18, 74:23, 84:14, 132:13, 174:12, 181:23, 182:5, 183:2, 183:12, 183:15, 195:22, 205:4, 205:6, 206:25, 227:8, 259:14, 262:22
beyond [1] - 254:19
big [1] - 113:10
bigger [1] - 132:6
billing [1] - 211:2
BIPS [1] - 93:4
bit [1] - 141:25
blame [1] - 209:15
blanks [1] - 234:25
block [4] - 104:23, 104:25, 207:15, 207:23
blood [2] - 254:11, 254:13
Board [7] - 103:17, 103:20, 103:25, 104:15, 104:18, 145:18, 151:6
bodily [1] - 180:3
book [1] - 52:16
born [2] - 272:15, 273:4
bottom [2] - 170:7, 218:19
BPR [6] - 93:1, 93:5, 93:8, 93:25, 97:6, 128:8
BR [1] - 112:14
break [12] - 86:2, 86:6, 142:17, 142:20, 143:21, 200:20, 200:22, 200:24, 219:1, 269:10, 269:12, 282:16
breaks [1] - 35:19
Brian [3] - 170:7, 184:12, 209:9
BRIAN [2] - 1:6, 2:3
bring [1] - 242:15
brings [1] - 28:4
broad [1] - 263:13
broken [1] - 47:24
brother [13] - 46:19, 96:16, 96:22, 228:1, 247:23, 253:15, 253:22, 253:23, 254:23, 254:24, 255:10, 281:6, 281:9
brother's [1] - 254:7
brothers [3] - 254:17, 254:18, 254:21
brought [11] - 13:19, 13:20, 32:9, 32:25, 37:3, 41:21, 44:17, 76:25, 154:15, 157:14, 275:1
BUCKS [1] - 1:21
building [1] - 28:14
Bureau [7] - 40:7, 93:3, 93:13, 93:19, 108:8, 218:10
bureau [3] - 92:22, 92:24, 92:25
burglary [3] - 47:25, 48:3, 252:6
BUSH [5] - 1:2, 1:3, 1:9, 1:11, 77:7
Bush [224] - 7:10, 7:13, 8:18, 8:25, 10:4, 14:4, 14:9, 14:23, 15:6, 15:10, 16:7, 16:9, 22:5, 22:10, 23:1, 23:8, 26:20, 26:21, 30:3, 30:7, 30:15, 30:17, 30:22, 31:8, 33:7, 33:23, 33:24, 34:15, 44:12, 44:19, 45:2, 45:3, 45:5, 45:12, 45:14, 46:19, 46:20, 47:2, 47:3, 50:18, 54:5,

58:7, 64:6, 64:7, 64:23, 64:24, 65:1, 65:14, 65:15, 66:13, 66:15, 66:22, 67:9, 67:11, 70:8, 71:4, 74:7, 75:7, 75:8, 76:2, 76:6, 76:13, 78:2, 83:5, 84:4, 84:23, 85:14, 88:10, 96:8, 97:19, 97:25, 98:2, 98:10, 98:13, 98:17, 99:4, 99:7, 100:7, 100:14, 101:8, 101:20, 102:13, 102:14, 103:9, 103:12, 103:14, 103:15, 103:17, 103:24, 109:3, 119:16, 122:15, 122:18, 127:9, 130:8, 131:20, 133:6, 134:25, 135:12, 140:15, 141:2, 144:17, 144:19, 144:23, 145:2, 145:6, 146:15, 146:22, 147:15, 149:18, 150:7, 150:16, 151:1, 153:3, 153:15, 154:15, 161:12, 161:22, 163:15, 164:1, 167:24, 177:10, 180:23, 184:2, 186:9, 193:8, 198:7, 198:18, 199:6, 199:20, 204:9, 204:16, 205:16, 205:17, 209:14, 209:15, 214:20, 216:9, 216:12, 226:12, 227:8, 227:25, 228:12, 228:14, 229:9, 230:15, 230:17, 230:20, 231:25, 238:18, 238:25, 239:17, 243:14, 243:17, 243:18, 245:19, 246:22, 247:11, 247:20, 250:5, 250:11, 250:19, 251:5, 251:16, 252:14, 253:14, 253:19, 254:4, 254:5, 254:6, 255:21, 255:23, 255:24, 256:1, 256:4, 256:21, 257:24, 258:22, 258:25, 259:11, 260:2, 261:4, 262:22, 262:23, 263:4, 263:5, 263:15, 264:8, 264:13, 264:15, 264:17, 264:19, 265:14, 265:19, 271:16, 271:19, 271:23, 272:14, 274:12, 275:6, 276:9, 277:9, 278:9, 278:10, 278:25, 279:2, 279:11, 279:12, 279:13, 280:18, 280:24, 281:5, 282:4

**Bush's** [36] - 46:1, 66:16, 67:14, 81:4, 84:8, 94:4, 99:16, 99:23, 106:23, 114:5, 122:16, 130:9, 130:18, 143:12, 144:15, 147:7, 148:3, 149:1, 150:13, 166:12, 166:20, 174:3, 180:20, 183:25, 184:22, 202:11, 218:15, 220:24, 227:4, 227:11, 229:15, 229:17, 240:21, 241:8, 255:10, 256:6

**business** [3] - 60:7, 106:3, 106:11

**but's** [1] - 164:25

**but..** [2] - 11:24, 232:15

**BY** [119] - 2:3, 2:6, 4:8, 6:17, 11:14, 11:25, 14:21, 15:8, 16:1, 17:12, 17:20, 18:2, 18:24, 21:20, 22:16, 26:5, 26:19, 27:15, 28:16, 29:13, 30:13, 31:21, 32:16, 33:18, 34:3, 34:17, 34:22, 36:22, 37:23, 39:24, 41:19, 51:10, 52:12, 55:15, 56:15, 69:19, 77:22, 78:19, 79:18, 80:15, 84:2, 86:8, 88:18, 98:14, 99:3, 99:14, 103:23, 105:23, 108:25, 109:19, 110:22, 112:9, 112:21, 113:16, 114:2, 125:22, 127:7, 130:13, 133:1, 139:10, 140:24, 142:22, 150:3, 150:19, 151:4, 152:5, 154:4, 159:12, 170:17, 172:11, 172:16, 173:13, 176:2, 176:25, 179:16, 180:8, 180:14, 181:1, 181:10, 182:14, 183:10, 184:19, 185:11, 187:25, 193:6, 198:15, 201:4, 202:5, 209:2, 211:19, 213:25, 214:7, 215:12, 216:16, 218:8, 219:3, 219:15, 222:4, 223:6, 224:21, 226:18, 238:21, 239:9, 239:14, 240:1, 241:7, 242:16, 243:21, 245:10, 250:18, 254:2, 262:7, 269:17, 274:15, 276:10, 279:15, 279:22, 281:11, 282:2

## C

**C-1** [2] - 189:5, 189:12

**C-4** [3] - 230:17, 243:13, 243:15

**C2** [1] - 203:5

**calendar** [1] - 30:17

**Callersport** [1] - 55:21

**cannot** [17] - 25:21, 29:5, 109:6, 117:13, 157:17, 196:5, 196:10, 198:4, 210:23, 212:10, 213:1, 233:1, 233:16, 233:19, 237:8, 256:4, 276:25

**capable** [2] - 73:14, 74:2

**capacity** [1] - 99:20

**Captain** [6] - 93:20, 95:24, 105:18, 109:2, 174:13, 262:10

**captain** [10] - 41:16, 54:9, 54:11, 54:13, 76:5, 93:17, 101:1, 109:22, 141:16, 144:12

**captain's** [1] - 65:18

**captains** [1] - 40:10

**car** [5] - 37:15, 251:20, 252:8, 252:9, 252:10

**care** [1] - 59:1

**career** [8] - 38:8, 41:13, 53:23, 56:16, 60:16, 88:3, 119:7, 217:14

**carefully** [1] - 250:1

**case** [68] - 9:7, 18:18, 20:4, 20:17, 22:21, 22:22, 24:2, 24:10, 24:15, 25:1, 30:25, 35:23, 37:2, 39:13, 41:7, 42:1, 42:11, 42:24, 44:23, 52:11, 68:24, 70:18, 90:9, 92:4, 97:16, 98:8, 99:18, 103:6, 106:12, 108:23, 117:15, 123:25, 128:3, 133:13, 133:25, 135:18, 139:7, 155:5, 155:6, 155:10, 155:15, 156:9, 156:15, 160:24, 163:15, 164:19, 165:5, 172:14, 176:9, 177:9, 189:16, 189:20, 199:5, 204:14, 204:15, 204:17, 204:19, 205:10, 205:13, 223:14, 228:2, 240:21, 240:24, 241:20, 242:13, 252:24, 253:4

**cases** [7] - 20:19, 21:2, 42:5, 49:22, 106:13, 116:14, 180:5

**catches** [1] - 170:25

**categories** [6] - 180:9, 180:19, 183:20, 185:12, 185:18, 185:22

**categorize** [1] - 232:11

**categorized** [1] - 183:22

**category** [12] - 94:19, 95:13, 97:9, 181:8, 183:21, 183:23, 184:5, 184:22, 185:14, 185:16, 192:21, 254:21

**caused** [4] - 122:5, 122:10, 122:24, 257:24

**causing** [4] - 69:18, 130:8, 130:9, 131:2

**certain** [10] - 155:17, 156:12, 156:14, 158:20, 160:6, 223:22, 224:4, 255:3, 270:6, 276:25

**certainly** [6] - 141:24, 142:6, 148:7, 228:3, 234:7, 259:3

**certificate** [1] - 117:3

**certification** [1] - 284:15

**certified** [3] - 117:6, 117:8, 277:6

**certify** [1] - 284:6

**certifying** [1] - 284:18

**chain** [2] - 66:23, 67:4

**chains** [1] - 69:16

**change** [5] - 60:1, 86:18, 170:11, 170:19, 257:20

**changed** [4] - 170:23, 171:23, 242:25, 281:13

**channels** [2] - 230:10, 232:17

**charge** [8] - 55:14, 62:2, 93:12, 93:19, 182:17, 200:19, 238:25, 262:10

**charged** [3] - 153:2, 153:14, 242:21

**charges** [1] - 157:6

**Charles** [2] - 93:16, 93:18

**chase** [4] - 144:10, 144:14, 222:5, 243:22

**cheated** [1] - 38:18

**Check** [2] - 3:15, 201:2

**check** [9] - 43:12, 43:19, 136:21, 199:19, 201:20, 201:21, 207:15, 207:23, 270:18

**checked** [1] - 43:17

**checking** [2] - 87:19, 209:8

**Chief** [26] - 14:15, 15:16, 16:19, 16:21, 17:22, 18:4, 18:6, 18:9, 19:19, 20:9, 20:14, 21:8, 21:11, 124:8, 124:15, 124:22, 126:6, 126:7, 146:20, 161:24, 244:16, 244:18, 244:21, 246:20, 260:6, 264:6

**child** [40] - 46:12, 57:10, 57:12, 59:4, 59:9, 59:25, 60:10, 96:6, 135:6, 135:11, 135:22, 135:24, 137:12, 138:10, 138:13, 138:15, 138:23, 159:25, 160:11, 161:10, 162:11, 181:11, 181:18, 203:23, 204:15, 205:12, 205:22, 207:8, 207:9, 207:19, 207:22, 207:24, 210:2, 214:9, 214:10, 240:21, 240:24, 241:22, 252:22, 253:8

**child's** [5] - 138:11, 138:16, 159:18, 161:5

**children** [152] - 9:4, 26:21, 29:23, 45:16, 57:14, 58:4, 58:13, 58:18, 59:13, 59:14, 59:15, 59:21, 59:22, 59:23, 60:6, 60:18, 60:23, 61:14, 99:24, 100:7, 101:13, 101:17, 101:23, 101:25, 102:1, 122:16, 123:9, 123:12, 123:13, 123:22, 129:17, 130:8, 130:10, 130:18, 130:20, 131:2, 131:19, 131:20, 132:1, 132:22, 133:6, 135:5, 136:1, 136:11, 136:18, 136:22, 138:14, 139:12,

139:13, 139:16, 139:17, 139:19, 139:20, 139:25, 140:11, 140:15, 146:23, 148:5, 154:14, 154:19, 155:3, 155:8, 157:13, 174:4, 175:19, 175:20, 176:4, 176:5, 176:14, 177:18, 177:20, 177:23, 180:21, 181:13, 181:14, 181:16, 181:17, 202:11, 202:24, 203:2, 204:21, 205:14, 206:4, 207:5, 208:1, 208:12, 209:19, 210:5, 210:8, 214:4, 214:23, 215:25, 216:3, 216:6, 216:20, 219:9, 220:17, 226:13, 229:13, 232:7, 238:19, 238:23, 241:9, 241:23, 242:2, 242:9, 242:23, 242:25, 247:5, 247:6, 247:7, 247:8, 247:11, 247:15, 247:23, 248:1, 248:7, 248:20, 248:24, 250:6, 250:25, 251:2, 251:5, 251:7, 251:9, 251:18, 252:3, 253:1, 253:11, 263:22, 263:25, 264:2, 265:21, 271:24, 272:6, 272:15, 272:24, 273:4, 273:8, 273:15, 274:12, 275:23, 278:11, 279:4, 280:10, 280:19, 280:23, 280:25, 282:5

**children's** [2] - 201:20, 247:14

**chitchat** [1] - 19:14

**choice** [2] - 104:9, 142:12

**choose** [2] - 121:15, 186:1

**chose** [6] - 142:9, 162:4, 184:24, 248:6, 249:25

**Chris** [4] - 199:11, 228:14, 256:7, 258:22

**Christ** [1] - 269:10

**Christopher** [112] - 10:3, 14:4, 26:20, 30:3, 30:7, 30:22, 44:12, 44:19, 45:2, 45:3, 45:5, 45:12, 46:20, 54:5, 58:7, 64:7, 64:24, 65:1, 65:14, 66:13, 66:16, 74:7, 75:8, 76:2, 76:6, 76:12, 81:4, 83:5, 84:8, 84:23, 86:10, 94:4, 96:8, 97:19, 97:25, 98:2, 98:10, 98:13, 98:17, 99:4, 99:7, 99:16, 99:23, 100:7, 101:19, 103:9, 103:14, 103:15, 103:17, 103:24, 106:23, 109:3, 114:5, 119:16, 127:9, 134:25, 141:2, 143:12, 144:15, 144:17, 144:23, 145:2, 146:15, 147:15, 148:2, 150:7, 150:13, 150:16, 151:1, 161:22, 163:15, 166:12, 174:3, 180:20, 183:25, 184:2, 184:22, 186:9, 193:8, 198:7, 199:6, 199:20, 209:14, 218:15, 220:24, 227:4, 227:11, 228:12, 229:17, 230:15, 230:16, 230:20, 243:13, 243:17, 245:19, 247:11, 253:14, 254:4, 254:5, 254:6, 255:24, 256:1, 256:6, 256:9, 256:20, 257:24, 260:2, 261:4, 264:17, 265:14, 265:19, 277:9

**CHRISTOPHER** [1] - 1:3

**Christopher's** [1] - 147:7

**Cindy** [2] - 1:16, 284:12

**circles** [1] - 28:13

**circumstance** [3] - 156:2, 215:6, 255:12

**circumstances** [38] - 47:5, 47:11, 49:12, 50:4, 101:22, 130:17, 148:16, 148:17, 155:9, 155:11, 155:20, 156:5, 157:10, 166:9, 168:24, 174:14, 175:1, 177:9, 178:2, 178:23, 189:23, 190:14, 205:23, 206:10, 208:3, 213:7, 213:20, 215:2, 215:5, 221:2, 228:8, 229:3, 229:20, 246:14, 248:23, 253:4, 265:25, 274:18

**cite** [4] - 20:19, 125:25, 126:2, 152:17

**cited** [1] - 259:17

**city** [4] - 28:21, 29:12, 280:25, 282:6

**CITY** [1] - 1:7

**Civil** [6] - 38:14, 38:16, 145:1, 248:12, 248:19, 249:1

**civil** [14] - 31:9, 36:20, 60:7, 60:8, 60:11, 145:12, 177:7, 242:19, 246:22, 247:1, 248:3, 262:11, 264:7, 265:1

**civilian** [1] - 68:21

**claim** [5] - 51:5, 51:22, 69:5, 97:12, 180:20

**claimant** [1] - 229:4

**claiming** [2] - 123:9, 180:23

**claims** [1] - 51:22

**clarified** [1] - 69:16

**clarify** [2] - 27:3, 72:21

**clarifying** [1] - 101:25

**classifications** [1] - 232:13

**classified** [1] - 172:23

**CLEAN** [35] - 15:12, 21:25, 29:25, 33:17, 83:2, 84:7, 84:12, 84:22, 87:19, 100:8, 100:11, 140:14, 140:17, 141:1, 141:12, 144:15, 146:10, 146:12, 146:14, 147:18, 147:21, 148:1, 148:23, 164:16, 164:20, 165:6, 165:23, 203:11, 203:19, 203:21, 260:8, 260:10, 260:16, 269:1, 269:4

**clear** [14] - 18:22, 28:17, 46:5, 46:6, 46:14, 78:22, 80:2, 109:1, 162:12, 211:18, 223:2, 224:9, 241:21, 255:6

**clearance** [2] - 22:4, 269:7

**clearing** [1] - 125:16

**clearly** [6] - 164:15, 164:16, 165:23, 169:17, 173:15, 199:13

**client** [11] - 18:9, 19:11, 209:14, 210:3, 210:4, 210:12, 210:15, 210:22, 239:13, 276:4, 279:20

**client's** [1] - 211:9

**close** [3] - 47:14, 55:23, 283:13

**closure** [1] - 231:10

**Code** [12] - 48:19, 56:18, 56:20, 101:2, 101:4, 101:7, 102:6, 102:10, 119:9, 178:17, 209:22

**code** [1] - 82:7

**codes** [1] - 102:12

**collected** [1] - 208:16

**collection** [1] - 191:19

**Collective** [1] - 23:16

**column** [1] - 138:4

**combination** [2] - 183:4, 220:12

**comfortable** [8] - 143:16, 149:24, 161:15, 162:15, 162:23, 183:1, 249:4, 251:11

**coming** [4] - 6:18, 19:9, 113:1, 122:22

**comitted** [3] - 200:13, 214:20, 242:4

**command** [12] - 36:21, 54:22, 63:12, 66:23, 67:4, 67:16, 69:17, 132:7, 162:16, 168:4, 168:7

**commander** [21] - 54:16, 54:18, 55:2, 61:20, 62:20, 63:4, 63:10, 63:14, 65:23, 67:7, 115:17, 120:23, 120:24, 133:10, 174:24, 180:5, 231:22, 232:19, 262:5, 267:6, 267:11

**commanders** [4] - 61:24, 61:25, 63:13, 262:2

**commanding** [2] - 54:19, 194:25

**commencing** [1] - 1:20

**comment** [4] - 85:5, 183:16, 183:17, 227:19

**comments** [1] - 127:22

**commissioner** [3] - 266:16, 266:19, 268:9

**Commissioner** [3] - 75:11, 75:19, 266:23

**commit** [4] - 153:3, 168:12, 252:6

**committed** [8] - 48:20, 101:11, 157:9, 167:16, 168:10, 200:14, 214:22, 252:2

**committing** [1] - 214:15

**common** [2] - 5:15, 148:18

**Common** [1] - 213:8

**commonly** [2] - 93:1, 93:2

**Commonwealth** [6] - 101:3, 103:6, 150:24, 150:25, 267:24, 268:1

**communication** [3] - 70:16, 76:1, 76:18

**Communications** [1] - 68:20

**communications** [2] - 70:16, 70:17

**comparable** [1] - 207:2

**compare** [1] - 151:10

**compared** [1] - 13:6

**compel** [1] - 247:23

**complainant** [15] - 95:9, 96:13, 96:21, 167:19, 174:12, 188:5, 189:8, 189:13, 196:16, 199:1, 199:16, 204:2, 228:1, 230:14, 266:22

**complained** [2] - 144:17, 186:9

**complaining** [4] - 96:15, 97:20, 175:18, 228:25

**complaint** [124] - 10:4, 16:9, 22:5, 26:18, 26:21, 26:22, 30:3, 30:8, 30:15, 30:18, 42:9, 43:15, 43:16, 54:6, 64:24, 66:13, 66:15, 66:22, 66:24, 67:3, 67:9, 67:12, 68:3, 68:14, 69:4, 69:5, 70:8, 71:13, 71:16, 76:12, 76:19, 77:23, 78:2, 79:10, 81:4, 81:7, 81:8, 89:18, 90:3, 90:16, 94:4, 94:18, 94:20, 95:10, 96:22, 97:13, 102:14, 106:4, 106:11, 106:23, 107:2, 107:11, 107:18, 108:8, 108:9, 108:22, 114:5, 116:20, 127:9, 131:1, 132:16, 143:13, 143:14, 144:19, 144:24, 145:4, 146:10, 147:7, 147:10, 147:13, 147:15, 147:22, 148:2, 148:6, 148:12, 148:22, 149:1, 149:6, 159:6, 163:18, 166:12, 166:15, 166:17, 166:20, 173:11, 174:1, 174:3, 180:9, 180:19, 181:4, 183:20, 183:25, 184:15, 184:22, 185:19, 186:19, 189:9, 189:13, 198:7, 198:8, 198:18, 218:15, 220:25, 227:4, 228:10, 228:22, 228:24, 229:18, 244:16,

245:1, 245:2, 245:3, 245:4, 245:13, 245:15, 245:20, 245:23, 246:10, 246:13, 246:16, 260:2, 269:22
**Complaint** [26] - 3:20, 14:6, 15:4, 15:5, 66:16, 88:20, 92:12, 122:9, 123:5, 130:11, 149:9, 269:14, 269:19, 270:23, 271:1, 276:11, 276:12, 276:18, 276:22, 277:1, 277:13, 282:10, 282:20, 282:21, 282:23, 283:11
**complaints** [9] - 14:3, 26:20, 52:13, 65:6, 67:14, 180:22, 187:10, 211:10, 227:11
**complete** [6] - 68:18, 144:2, 220:6, 223:10, 223:16, 233:22
**completed** [7] - 14:3, 15:22, 141:10, 173:9, 194:20, 195:13, 234:16
**completely** [4] - 86:25, 97:21, 177:3, 266:3
**complies** [1] - 189:18
**comply** [1] - 156:5
**complying** [1] - 129:25
**composed** [1] - 54:20
**computer** [8] - 42:17, 42:18, 43:18, 43:23, 45:7, 71:2, 235:18
**computers** [2] - 43:17, 44:1
**conceal** [2] - 101:16, 136:10
**concealed** [2] - 140:12, 204:22
**concealing** [9] - 45:15, 59:25, 101:12, 181:17, 204:24, 205:5, 205:21, 207:4, 214:4
**concealment** [19] - 46:11, 69:5, 73:22, 96:5, 98:6, 102:15, 135:23, 135:24, 135:25, 136:3, 137:12, 157:5, 204:15, 205:12, 206:25, 207:3, 210:7, 241:15, 241:22
**Concealment** [1] - 136:8
**concealments** [1] - 219:8
**conceals** [1] - 214:8
**concept** [2] - 48:14, 277:4
**concern** [5] - 12:9, 12:10, 58:3, 146:17, 194:7
**concerned** [1] - 155:8
**concerning** [7] - 7:10, 11:8, 45:14, 103:11, 146:21, 227:15, 256:23
**concerns** [2] - 36:14, 253:4
**conclude** [1] - 164:21
**concluded** [3] - 219:21, 269:2, 283:16
**conclusion** [19] - 26:10, 66:20, 123:17, 151:17, 151:20, 152:4, 152:6, 152:15, 177:11, 194:12, 205:24, 214:18, 214:21, 214:25, 216:23, 217:10, 236:24, 237:13, 262:12
**conclusionary** [1] - 11:2
**conclusions** [4] - 26:13, 193:18, 194:11, 205:21
**concur** [3] - 115:18, 174:24, 177:4
**concurred** [2] - 66:19, 231:23
**concurrence** [8] - 234:5, 234:12, 236:15, 237:11, 237:18, 237:25, 238:3, 238:8
**conditions** [1] - 38:24
**condoned** [1] - 260:6
**Conduct** [1] - 178:18
**conduct** [29] - 41:6, 41:22, 47:1, 48:7, 48:14, 62:17, 72:20, 92:2, 95:8, 100:25, 108:5, 108:8, 108:9, 118:25, 131:10, 147:24, 148:21, 156:13, 156:15, 164:22, 175:14, 178:18, 186:4, 259:19, 260:14, 260:15, 265:18, 265:20, 274:18
**conducted** [11] - 6:25, 16:9, 95:8, 96:3, 96:6, 98:3, 99:18, 174:23, 203:8, 229:2, 269:8
**conducting** [2] - 131:17, 196:19
**conferred** [1] - 233:25
**confidence** [5] - 175:16, 175:25, 178:16, 178:19, 264:5
**confidential** [1] - 147:23
**confidentiality** [2] - 187:10, 187:14
**confined** [1] - 141:25
**confirm** [3] - 9:20, 10:9, 219:10
**confirmed** [3] - 8:15, 10:21, 11:7
**confused** [1] - 230:24
**confuses** [1] - 99:2
**confusion** [1] - 69:18
**conjunction** [4] - 78:11, 105:7, 188:23
**connection** [1] - 232:14
**Connors** [1] - 36:24
**Connors'** [1] - 37:7
**conscious** [1] - 140:4
**consecutive** [1] - 105:12
**consent** [4] - 117:11, 182:19, 183:8, 183:12
**consider** [4] - 121:13, 227:21, 229:24, 229:25
**consideration** [1] - 255:10
**considered** [1] - 229:23
**consistent** [4] - 86:22, 164:8, 164:10, 234:8
**conspiracy** [2] - 136:13, 153:3
**constitute** [3] - 60:13, 173:18, 182:4
**constitutes** [1] - 182:3
**constitutional** [2] - 60:17, 60:22
**consult** [3] - 100:20, 127:8, 145:23
**consulted** [4] - 116:1, 116:3, 116:7, 188:20
**contact** [11] - 16:7, 16:21, 43:14, 75:23, 76:5, 188:18, 200:2, 204:2, 204:9, 206:3, 222:10
**contacted** [1] - 123:10
**contained** [7] - 13:18, 89:25, 226:24, 263:18, 270:13, 274:10, 284:7
**containing** [1] - 203:9
**contended** [1] - 227:22
**contents** [5] - 17:19, 57:12, 107:2, 158:11, 192:22
**continue** [5] - 210:1, 210:9, 210:10, 211:1, 211:6
**continued** [1] - 211:8
**continuing** [1] - 35:16
**control** [3] - 198:6, 236:7, 284:17
**conversation** [34] - 7:5, 7:6, 8:5, 9:16, 9:18, 10:10, 10:11, 10:14, 10:21, 10:24, 12:13, 12:16, 12:17, 13:2, 13:3, 13:4, 13:8, 17:19, 20:13, 87:13, 102:5, 109:7, 112:25, 113:3, 113:22, 113:24, 115:20, 117:20, 118:13, 118:20, 118:23, 143:5, 154:19, 155:3
**conversations** [9] - 10:7, 10:16, 106:22, 116:13, 116:19, 118:1, 118:7, 157:23, 255:17
**conversed** [2] - 9:22, 109:11
**convert** [1] - 167:20
**converted** [4] - 167:12, 168:1, 178:5, 178:7
**cop** [1] - 110:13
**copied** [1] - 234:1
**copies** [12] - 32:14, 32:18, 32:21, 33:2, 33:4, 34:14, 124:13, 128:7, 211:21, 219:4, 236:2
**copy** [36] - 15:16, 15:25, 22:8, 22:10, 22:13, 31:14, 31:16, 32:1, 32:3, 32:7, 32:12, 32:22, 32:24, 33:5, 33:14, 33:16, 33:23, 33:25, 34:1, 111:2, 150:20, 211:18, 212:14, 223:12, 233:17, 233:22, 233:23, 234:18, 236:3, 236:5, 236:8, 240:16, 243:25, 244:18, 244:21, 244:23
**Corneal** [1] - 75:14
**corner** [1] - 240:5
**Corporal** [16] - 7:2, 9:10, 10:19, 11:16, 72:23, 73:4, 73:9, 73:21, 73:22, 74:1, 74:2, 79:24, 81:17, 81:25, 82:1, 132:1
**corporal** [2] - 83:1, 191:25
**correct** [234] - 4:10, 4:11, 7:14, 7:16, 7:17, 10:5, 13:9, 14:3, 18:12, 19:19, 19:20, 20:1, 20:5, 20:19, 20:20, 21:1, 22:23, 22:24, 29:16, 30:11, 31:1, 35:2, 38:12, 44:3, 44:5, 44:6, 45:9, 46:13, 48:7, 48:15, 48:16, 52:19, 53:3, 53:14, 56:8, 57:24, 57:25, 61:21, 62:4, 62:5, 62:6, 62:8, 62:9, 64:16, 65:18, 66:8, 68:3, 68:4, 68:6, 68:7, 68:21, 68:22, 70:8, 70:9, 74:21, 75:5, 75:9, 78:13, 78:23, 78:24, 79:7, 81:2, 81:6, 81:10, 81:11, 81:12, 81:16, 81:19, 81:20, 82:5, 85:12, 85:14, 85:15, 86:16, 87:6, 87:9, 87:10, 88:13, 89:4, 89:21, 90:14, 91:3, 91:4, 92:10, 93:12, 93:13, 93:14, 94:2, 94:3, 94:21, 94:22, 99:6, 100:11, 104:12, 104:13, 104:23, 104:24, 107:9, 107:10, 111:18, 111:19, 114:3, 117:11, 119:22, 126:10, 127:23, 132:13, 132:14, 132:16, 137:16, 137:17, 137:20, 137:23, 138:1, 138:2, 139:25, 140:15, 140:16, 143:3, 143:4, 143:9, 145:15, 145:16, 146:13, 148:3, 148:4, 149:2, 149:12, 149:14, 157:21, 157:22, 158:21, 158:24, 160:21, 163:8, 163:19, 163:22, 164:17, 166:20, 167:20, 167:21, 168:8, 169:8, 169:12, 169:20, 172:24, 173:16, 173:25, 174:5, 175:8, 175:16, 175:17, 178:6, 178:10, 179:19, 179:20, 180:16, 180:21, 180:24, 181:2, 181:14, 183:23, 188:2, 188:7, 188:16, 189:14, 189:17, 189:20, 189:24, 191:2, 191:3, 191:8, 191:15, 192:5,

192:11, 193:19, 194:3, 195:5, 195:6, 195:7, 195:14, 196:2, 197:2, 197:3, 198:5, 198:17, 202:12, 202:13, 206:4, 218:18, 219:5, 224:24, 224:25, 227:5, 228:23, 230:17, 230:21, 231:8, 231:9, 231:11, 231:12, 231:13, 232:7, 236:9, 236:16, 244:19, 245:21, 245:22, 245:24, 247:12, 248:1, 248:2, 248:15, 257:11, 257:12, 257:21, 257:22, 258:22, 260:3, 263:8, 263:10, 263:11, 263:12, 263:20, 269:2, 269:5, 270:14, 270:20, 271:1, 271:7, 280:3, 280:4, 281:17, 284:9

**corrected** [2] - 159:9, 172:8

**correctly** [19] - 16:25, 66:21, 81:2, 90:2, 111:20, 153:4, 160:2, 182:17, 187:12, 195:1, 197:23, 199:3, 201:8, 203:12, 204:6, 204:7, 218:12, 253:13, 256:13

**correspondence** [27] - 14:1, 14:2, 14:9, 14:10, 14:15, 15:6, 15:23, 22:2, 31:14, 75:24, 169:17, 169:23, 171:17, 173:6, 190:21, 191:1, 191:4, 192:11, 193:23, 196:23, 197:11, 199:11, 230:14, 230:19, 231:4, 264:5, 266:8

**couch** [1] - 142:6

**counsel** [11] - 4:1, 6:1, 6:21, 17:8, 148:23, 213:21, 215:9, 249:8, 250:15, 275:13, 282:19

**Counsel** [48] - 16:19, 16:22, 19:19, 20:15, 21:9, 21:11, 35:11, 70:4, 79:12, 86:2, 98:18, 102:17, 124:15, 124:22, 125:5, 125:24, 126:6, 126:7, 127:14, 130:15, 133:21, 135:20, 136:25, 150:18, 151:3, 155:14, 156:24, 161:21, 169:24, 174:22, 189:6, 197:18, 200:8, 205:7, 206:1, 209:7, 213:11, 217:6, 218:23, 222:14, 236:17, 239:23, 241:20, 244:10, 249:3, 258:8, 270:19, 278:1

**Counsel's** [5] - 18:4, 18:6, 18:10, 20:10, 124:8

**Counsel..** [1] - 96:24

**Counselor** [13] - 28:6, 47:23, 52:9, 173:4, 174:10, 177:16, 221:4, 227:13, 235:2, 258:21, 263:21, 265:23, 272:18

**counselor** [4] - 97:21, 117:14, 254:25, 276:4

**counts** [1] - 153:3

**County** [11] - 14:14, 15:7, 22:1, 34:16, 47:5, 49:3, 213:9, 213:12, 229:10, 229:15, 253:23

**COUNTY** [1] - 1:21

**county** [2] - 10:17, 28:20

**couple** [6] - 38:2, 38:3, 40:7, 43:10, 95:20, 169:3

**course** [36] - 38:8, 41:13, 43:22, 44:11, 46:23, 53:22, 54:5, 56:10, 57:13, 58:6, 74:15, 75:7, 82:17, 106:3, 106:10, 115:22, 115:25, 127:21, 129:2, 134:11, 148:16, 148:17, 154:17, 158:19, 165:18, 166:21, 166:23, 167:4, 167:17, 188:21, 208:15, 223:19, 252:2, 272:16

**Court** [5] - 29:12, 29:22, 61:18, 213:8, 284:13

**COURT** [2] - 1:1, 1:21

**court** [80] - 14:11, 14:13, 22:1, 28:19, 29:15, 29:17, 34:14, 47:4, 47:10, 49:3, 49:4, 49:6, 49:7, 49:12, 49:15, 49:23, 50:3, 50:8, 50:14, 51:18, 57:21, 57:23, 59:5, 59:6, 59:23, 60:4, 97:4, 97:7, 101:24, 117:12, 149:15, 149:19, 149:22, 150:1, 150:4, 177:7, 182:8, 182:15, 205:20, 208:5, 208:7, 208:13, 208:17, 210:5, 210:24, 210:25, 213:4, 214:10, 215:17, 215:18, 235:23, 237:4, 237:9, 237:14, 237:17, 243:4, 244:13, 247:17, 247:18, 248:6, 249:10, 249:11, 249:13, 250:6, 250:20, 251:1, 251:24, 251:25, 252:11, 252:12, 252:14, 256:5, 274:17, 274:25, 275:5, 277:6, 282:6, 283:2

**cover** [17] - 26:7, 78:13, 78:14, 78:17, 78:18, 79:9, 79:12, 79:13, 79:16, 79:19, 81:1, 87:4, 107:20, 196:6, 196:7, 198:1

**covered** [5] - 24:12, 24:18, 26:8, 136:14, 238:9

**covering** [2] - 24:19, 24:22

**covers** [1] - 25:24

**crap** [1] - 139:8

**crashes** [1] - 69:24

**create** [3] - 91:3, 235:4, 237:3

**created** [4] - 75:3, 143:2, 235:17, 248:3

**credit** [2] - 216:13, 217:8

**crime** [17] - 48:19, 67:6, 67:24, 68:25, 72:24, 88:2, 101:17, 133:10, 136:14, 157:9, 167:15, 167:16, 214:22, 229:14, 242:4, 252:2, 252:13

**crimes** [1] - 214:15

**Crimes** [8] - 48:19, 101:2, 101:4, 101:7, 102:6, 119:9, 119:13, 209:22

**criminal** [52] - 43:19, 44:4, 44:13, 44:14, 44:19, 44:22, 45:1, 45:11, 45:13, 45:19, 45:23, 46:15, 46:17, 46:18, 48:14, 50:5, 63:15, 67:15, 67:17, 67:20, 69:8, 69:21, 69:23, 74:20, 74:24, 74:25, 75:3, 98:10, 98:12, 99:5, 99:10, 99:11, 99:25, 100:17, 101:9, 101:12, 101:20, 101:21, 118:25, 119:1, 120:18, 120:24, 131:6, 156:9, 157:3, 157:5, 166:2, 166:11, 166:13, 242:18, 262:10

**Criminal** [6] - 44:2, 44:8, 47:6, 47:19, 68:15, 164:20

**criteria** [6] - 68:23, 95:4, 168:20, 168:24, 169:2, 184:23

**Crossing** [1] - 2:3

**crying** [1] - 279:20

**current** [3] - 39:11, 43:14, 117:14

**cursory** [1] - 71:19

**custody** [30] - 29:22, 56:21, 57:3, 57:6, 57:10, 57:12, 58:8, 58:13, 58:17, 59:6, 60:10, 61:1, 61:4, 61:12, 101:25, 177:7, 205:20, 208:12, 212:6, 214:2, 226:12, 226:20, 229:10, 242:2, 242:23, 252:23, 272:20, 277:17, 282:5

**Custody** [2] - 3:17, 208:24

**cut** [5] - 85:21, 98:25, 144:10, 222:5, 243:22

**cutting** [1] - 144:14

## D

**daily** [2] - 155:20, 261:13

**DAL** [1] - 63:24

**damn** [1] - 268:3

**danger** [2] - 181:12

**data** [8] - 44:8, 46:18, 99:24, 130:10, 131:20, 135:6, 181:14, 207:9

**database** [1] - 247:15

**date** [24] - 14:10, 20:21, 28:22, 28:25, 29:1, 29:6, 30:9, 31:3, 78:23, 79:23, 81:1, 81:7, 88:19, 88:24, 120:5, 141:9, 141:10, 143:11, 143:15, 143:17, 197:22, 197:24, 212:5

**dated** [22] - 14:16, 14:24, 15:7, 15:24, 16:5, 21:23, 22:1, 22:3, 22:11, 29:10, 31:15, 33:6, 33:8, 107:8, 111:11, 112:19, 201:7, 219:16, 230:10, 230:14, 230:19, 231:4

**dates** [1] - 17:2

**daughter** [2] - 37:14, 37:15

**Dave** [1] - 153:2

**DAVID** [1] - 1:2

**David** [86] - 7:10, 7:13, 7:15, 16:9, 26:21, 31:8, 33:7, 34:15, 45:14, 46:1, 46:19, 47:3, 50:18, 55:11, 58:6, 64:6, 64:23, 65:14, 66:13, 66:15, 66:22, 67:9, 67:11, 67:14, 70:8, 71:4, 75:7, 76:2, 76:6, 82:9, 82:12, 87:5, 87:11, 87:13, 87:24, 102:14, 122:16, 130:9, 130:18, 153:14, 177:10, 202:11, 204:9, 204:16, 205:16, 205:17, 209:15, 214:20, 226:11, 229:9, 229:14, 238:18, 238:25, 239:17, 247:20, 250:5, 250:11, 250:19, 251:5, 251:16, 252:14, 253:15, 253:19, 254:4, 255:10, 255:21, 255:23, 256:4, 262:22, 262:23, 263:4, 263:5, 263:15, 271:23, 272:14, 275:6, 276:9, 277:9, 278:9, 279:2, 279:10, 280:18, 280:24, 281:5, 282:4

**David's** [1] - 46:19

**Davis** [1] - 122:18

**days** [11] - 42:16, 194:21, 195:13, 196:14, 197:16, 197:17, 198:16, 198:25, 199:22, 259:11, 259:16

**deal** [3] - 113:7, 227:11, 235:23

**dealing** [1] - 258:22

**deals** [1] - 58:16

**dealt** [3] - 20:10, 31:2, 60:21

**death** [5] - 41:12, 51:2, 51:5, 51:8, 227:17

**December** [4] - 15:20, 62:14, 268:22, 269:9

**decide** [3] - 94:1, 115:12, 260:25

**deciding** [1] - 176:3

**decipher** [2] - 213:2, 213:5

**decision** [26] - 22:19, 24:8, 24:20, 24:21, 25:4, 27:25, 29:21,