61:18, 72:23, 94:6, 100:12, 103:15, 108:15, 114:16, 115:18, 115:24, 116:16, 140:5, 140:10, 154:13, 176:9, 177:4, 252:23, 252:24, 256:6, 277:17
  Decision [5] - 61:18, 242:6, 281:22, 281:23, 281:25
  Decisions [2] - 23:16
  decisions [1] - 114:22
  deem [1] - 244:17
  deemed [4] - 25:22, 145:8, 146:2, 261:6
  defendant [4] - 40:6, 271:20, 273:23, 274:5
  Defendant [3] - 2:8, 278:10, 279:3
  defendants [3] - 176:13, 274:6, 274:7
  Defendants [1] - 1:12
  defense [8] - 181:18, 181:20, 204:16, 214:14, 214:17, 214:22, 215:4, 215:6
  define [1] - 178:2
  defined [3] - 169:10, 175:3, 175:14
  defines [2] - 138:7, 173:10
  definitely [2] - 246:5, 246:7
  definition [10] - 171:15, 172:25, 173:1, 173:5, 173:8, 174:20, 178:13, 179:14, 180:1, 206:20
  definitions [1] - 171:12
  degree [3] - 67:18, 98:7, 129:7
  degrees [1] - 261:18
  delay [1] - 130:17
  delegate [1] - 127:25
  delegated [5] - 146:14, 148:1, 148:2, 186:22, 189:10
  denied [4] - 278:16, 279:4, 279:8, 279:9
  Dennis [3] - 218:11, 221:14, 224:23
  denying [1] - 276:1
  department [18] - 47:14, 52:18, 53:10, 83:16, 84:22, 88:12, 146:22, 173:6, 173:19, 219:22, 219:23, 223:12, 256:25, 261:17, 261:20, 264:7, 264:17, 265:21
  Department [5] - 144:6, 146:10,

246:21, 248:6, 257:5
  departments [1] - 23:1
  deponent [1] - 279:19
  depose [1] - 268:9
  deposing [1] - 4:13
  deposition [31] - 5:18, 5:20, 6:6, 6:20, 6:25, 13:11, 13:20, 13:21, 20:23, 21:22, 27:25, 30:24, 31:1, 32:25, 35:17, 37:1, 40:24, 139:6, 157:20, 158:5, 158:7, 158:20, 176:18, 185:3, 201:14, 211:3, 220:3, 273:7, 277:10, 281:8, 283:16
  DEPOSITION [1] - 1:5
  depositions [9] - 4:9, 16:23, 16:24, 34:24, 35:21, 35:25, 36:3, 83:8, 160:22
  deprived [1] - 51:12
  Deputy [1] - 75:11
  describe [10] - 111:1, 111:4, 111:13, 125:8, 145:4, 201:7, 218:12, 232:16, 238:8, 256:13
  described [4] - 111:20, 242:8, 262:22, 275:1
  describes [2] - 174:18, 192:22
  describing [1] - 158:25
  DESCRIPTION [1] - 3:8
  designated [2] - 54:15, 231:24
  designee [1] - 194:21
  desk [2] - 70:25, 80:10
  despite [1] - 259:10
  destination [1] - 203:10
  destroy [2] - 175:15, 178:19
  destroyed [2] - 128:20, 178:16
  detail [1] - 275:1
  details [3] - 104:25, 182:21, 271:4
  Detective [19] - 14:9, 14:23, 22:10, 23:7, 33:23, 33:24, 78:2, 101:8, 103:12, 122:15, 135:12, 145:5, 146:22, 161:12, 162:12, 216:12, 227:25, 259:11, 264:13
  detective [1] - 124:23

determination [4] - 45:18, 46:1, 57:21, 108:14
  determine [10] - 31:18, 109:3, 146:15, 153:13, 177:23, 178:22, 182:2, 204:3, 253:6, 280:5
  determined [10] - 28:9, 100:10, 124:4, 145:11, 146:11, 167:14, 178:8, 210:13, 231:20, 242:3
  determining [2] - 24:25, 229:23
  dialogue [1] - 184:16
  dictate [1] - 189:23
  died [1] - 51:6
  difference [11] - 84:14, 99:13, 161:2, 183:12, 183:14, 195:22, 197:7, 205:4, 220:2, 222:8, 235:2
  different [12] - 25:11, 39:8, 73:18, 81:1, 95:20, 102:10, 108:14, 161:5, 170:11, 191:5, 236:18, 261:14
  differentiation [1] - 229:5
  differently [2] - 38:23, 261:17
  difficult [1] - 131:3
  difficulty [1] - 12:3
  dinner [1] - 121:11
  direct [16] - 23:22, 24:1, 63:12, 73:4, 87:16, 94:9, 95:17, 120:7, 128:17, 204:12, 207:10, 217:17, 222:21, 225:18, 269:24, 284:17
  directed [3] - 98:13, 168:3, 264:6
  direction [2] - 144:7, 203:10
  directly [12] - 61:23, 62:5, 120:10, 131:8, 133:19, 137:5, 142:9, 147:20, 160:3, 232:22, 233:2, 280:5
  Director [25] - 22:2, 40:7, 90:20, 90:22, 91:24, 93:20, 94:14, 95:23, 114:17, 114:22, 115:12, 115:16, 115:18, 115:23, 116:4, 116:20, 174:13, 174:24, 218:10, 218:21, 230:9, 231:10, 232:21, 232:24, 233:2
  director [3] - 194:21, 194:22, 194:25

Director's [1] - 115:3
  directs [3] - 104:3, 104:6, 187:17
  disabilities [1] - 39:4
  disaster [2] - 258:9, 258:13
  disc [1] - 32:9
  discard [1] - 91:21
  disciplinary [1] - 23:1
  discipline [5] - 23:18, 142:8, 155:4, 268:13, 268:17
  disciplined [4] - 207:8, 229:8, 257:3, 257:25
  disclose [2] - 139:12, 148:25
  disclosing [1] - 139:15
  discover [1] - 102:23
  discuss [3] - 229:22, 254:7, 277:3
  discussed [6] - 6:24, 10:13, 56:23, 87:20, 225:14, 249:14
  discussing [3] - 18:3, 24:13, 29:21
  discussion [24] - 11:7, 17:21, 19:15, 27:18, 27:20, 37:20, 77:19, 87:21, 94:14, 94:17, 109:2, 110:2, 112:6, 121:23, 134:14, 143:21, 172:4, 174:12, 213:15, 217:13, 234:10, 264:5, 264:14, 282:19
  discussions [12] - 75:24, 87:19, 94:5, 110:6, 111:22, 133:13, 147:11, 225:24, 226:1, 226:5, 226:7, 264:18
  disjunctive [2] - 98:23
  dismissal [1] - 23:18
  dismissed [5] - 49:24, 50:9, 50:15, 257:8, 257:10
  disobey [1] - 141:23
  disorderly [1] - 48:7
  disposition [1] - 29:22
  dispute [1] - 57:14
  dissatisfaction [1] - 231:21
  dissatisfied [4] - 180:10, 185:23, 232:9, 232:10
  distinction [6] - 74:23, 84:16, 84:17, 206:24, 220:14, 241:13
  distribution [2] - 56:22, 61:6

District [14] - 10:14, 10:17, 15:7, 29:12, 40:16, 100:20, 113:7, 242:3, 242:21, 279:10, 279:24, 280:1, 280:9
  DISTRICT [3] - 1:1, 1:1, 2:6
  district [14] - 11:17, 72:3, 136:20, 136:24, 156:21, 157:8, 157:15, 188:13, 188:18, 188:23, 189:1, 260:18, 260:23, 262:3
  Division [3] - 92:21, 93:10, 114:6
  division [3] - 92:22, 93:13, 108:15
  divorce [8] - 56:21, 56:25, 57:1, 58:19, 61:4, 61:12, 272:19
  document [83] - 22:7, 22:17, 28:17, 29:4, 29:14, 31:13, 31:19, 31:22, 70:5, 71:12, 71:15, 76:8, 76:22, 76:25, 77:4, 77:23, 78:13, 79:14, 79:20, 80:17, 81:10, 82:14, 82:16, 82:17, 82:22, 89:6, 90:7, 90:10, 90:21, 91:1, 92:8, 95:21, 96:2, 105:24, 106:7, 106:9, 107:8, 109:8, 109:13, 111:1, 111:9, 111:13, 111:16, 119:17, 142:25, 143:2, 158:20, 158:25, 160:8, 170:11, 171:1, 171:10, 184:7, 190:10, 191:9, 192:25, 194:16, 195:8, 196:1, 201:8, 209:13, 209:16, 210:4, 210:14, 210:24, 218:12, 221:6, 221:12, 222:6, 222:11, 223:23, 225:7, 226:19, 226:21, 232:18, 234:1, 234:3, 235:4, 270:2, 270:5, 272:13, 276:19, 277:16
  documentation [9] - 70:1, 85:19, 159:14, 160:9, 162:13, 232:17, 233:7, 233:9, 247:8
  documented [4] - 21:18, 75:1, 263:14, 263:16
  documenting [1] - 173:7
  documents [40] - 16:16, 17:1, 34:7,

44:16, 44:18, 60:21, 85:16, 86:9, 89:11, 89:14, 91:5, 91:14, 122:8, 122:10, 123:4, 123:6, 128:4, 153:14, 160:7, 176:19, 191:20, 192:14, 195:10, 195:11, 208:15, 208:16, 209:4, 223:15, 224:4, 225:18, 231:7, 234:9, 235:24, 237:4, 240:2, 240:5, 269:18, 274:22, 274:24, 281:2

domestic [16] - 56:17, 57:13, 177:9, 177:13, 181:18, 181:22, 183:1, 183:3, 205:19, 214:16, 215:16, 215:19, 215:20, 242:4, 262:23, 263:15

Domestic [3] - 29:11, 56:20

domestics [1] - 57:10

domicile [2] - 273:5, 273:9

Don [5] - 37:4, 42:5, 43:6, 43:7, 52:11

Donald [1] - 67:10

done [40] - 23:23, 42:10, 44:13, 51:3, 53:9, 74:10, 77:9, 84:12, 84:18, 84:20, 88:4, 88:8, 96:16, 99:5, 100:14, 109:4, 126:24, 139:6, 142:7, 142:14, 144:12, 146:11, 157:1, 175:13, 193:23, 194:6, 199:12, 210:21, 211:14, 222:11, 222:12, 222:15, 222:21, 230:11, 236:19, 257:6, 279:20, 282:10, 282:13

doubt [2] - 254:10, 254:12

down [19] - 13:2, 62:8, 65:3, 72:22, 83:21, 98:25, 108:2, 122:14, 162:5, 169:11, 174:11, 219:23, 222:18, 223:17, 229:15, 240:8, 251:12, 258:1, 277:9

DOYLESTOWN [1] - 1:22

dragged [1] - 249:13

dragging [1] - 99:9

draw [1] - 137:7

drawings [1] - 15:13

drinking [1] - 121:7

DRIVE [1] - 1:22

drives [1] - 251:21

drop [2] - 8:21, 8:25

dropped [2] - 8:19, 57:15

drunk [1] - 48:6

drunkenness [1] - 48:7

Dublin [1] - 55:25

due [9] - 174:25, 197:22, 197:24, 258:9, 258:12, 258:13, 258:18, 258:20, 259:10

Duffy [7] - 14:15, 145:17, 146:20, 161:24, 244:21, 264:6, 268:23

Duffy's [1] - 15:16

duly [1] - 4:5

during [25] - 5:18, 6:6, 6:25, 9:22, 10:1, 20:13, 32:1, 46:24, 56:10, 65:1, 67:6, 74:14, 75:7, 75:20, 99:21, 146:7, 158:9, 158:19, 165:18, 167:3, 167:17, 208:20, 250:19, 272:16

duties [6] - 36:4, 88:1, 95:11, 180:10, 232:6

duty [14] - 129:16, 130:1, 135:4, 135:10, 136:19, 136:20, 136:23, 137:2, 168:11, 186:4, 188:1, 231:21, 232:10, 267:24

E

e-mail [27] - 75:24, 78:11, 78:12, 89:9, 89:10, 89:13, 89:15, 90:1, 90:25, 91:8, 91:10, 91:15, 105:8, 107:21, 128:14, 128:16, 234:12, 234:15, 235:3, 235:8, 236:22, 237:5, 237:23, 238:4, 238:5, 240:7

e-mailed [2] - 234:8, 234:9

e-mails [3] - 43:20, 89:23, 89:24

easily [1] - 183:21

EASTERN [1] - 1:1

educated [1] - 200:16

effect [3] - 134:10, 170:2, 178:24

eight [2] - 42:16, 261:10

eighteen [1] - 117:16

either [19] - 10:17, 12:19, 49:23, 75:23, 76:6, 89:2, 89:8, 89:25, 105:8, 158:10, 163:23, 188:9, 188:13, 196:16, 198:4, 199:1, 248:11, 263:17, 263:25

election [1] - 141:22

electronic [4] - 80:4, 234:16, 236:8, 240:6

electronically [3] - 234:24, 235:7, 235:24

element [3] - 167:13, 178:7, 178:10

elements [2] - 168:25, 178:12

eliminate [4] - 102:15, 179:6, 179:7, 179:9

embarrassingly [1] - 63:17

emergencies [1] - 60:12

employed [1] - 122:15

employee [3] - 40:1, 40:11, 194:7

employees [1] - 114:19

employment [6] - 38:17, 38:22, 38:24, 39:2, 39:4, 39:12

empowered [2] - 102:9, 102:13

enact [1] - 102:25

enclosure [2] - 231:19, 231:23

enclosures [4] - 192:4, 192:6, 193:11, 230:10

end [3] - 98:22, 213:9, 214:19

ended [5] - 42:16, 51:16, 69:20, 134:24, 182:5

enforce [5] - 57:25, 102:8, 102:9, 102:18, 102:25

enforcement [7] - 44:5, 103:10, 129:16, 129:20, 134:25, 135:5, 241:16

engage [6] - 37:11, 72:24, 136:13, 234:9, 265:18, 265:20

engaged [8] - 37:10, 226:20, 229:1, 229:4, 229:6, 265:22

ensure [5] - 130:2, 130:19, 187:9, 203:5, 253:11

ensuring [1] - 131:9

enter [3] - 130:18, 214:23, 220:17

entered [9] - 29:10, 71:1, 122:15, 130:20, 146:5, 203:3, 203:10, 227:25, 229:12

entering [4] - 123:12, 123:13, 202:24, 232:6

Enterprise [1] - 43:25

entire [9] - 13:1, 26:12, 27:22, 148:16, 166:21, 232:9, 234:1, 234:3, 249:17

entirety [2] - 229:20, 259:18

entitled [1] - 19:16

entity [1] - 78:5

entries [3] - 146:22, 146:23, 202:7

entry [35] - 83:5, 84:4, 85:1, 88:12, 99:17, 99:23, 100:7, 121:24, 122:7, 130:9, 140:18, 141:2, 141:13, 144:15, 146:16, 147:12, 148:3, 148:12, 164:22, 166:5, 166:6, 166:8, 166:10, 166:11, 175:19, 182:19, 183:7, 218:19, 241:1, 241:4, 247:9, 260:8, 260:16

equitable [2] - 56:22, 61:6

Eric [2] - 46:2, 68:5

especially [1] - 244:13

ESQUIRE [2] - 2:3, 2:6

essentially [4] - 49:7, 144:11, 144:13, 270:14

establish [2] - 173:15, 229:7

established [1] - 227:5

establishes [1] - 169:18

estimate [4] - 36:1, 36:2, 36:12

estimated [3] - 38:2, 38:5, 38:10

estimating [1] - 5:25

etcetera [4] - 69:25, 71:14, 188:13, 203:10

Evelyn [1] - 33:6

event [4] - 122:23, 162:22, 163:11, 170:9

event's [1] - 163:10

events [18] - 12:3, 12:7, 26:8, 26:11, 27:17, 27:18, 31:2, 31:7, 35:10, 46:23, 64:23, 75:8, 76:2, 102:3, 148:16, 166:21, 262:2, 263:6

eventually [1] - 170:25

evidence [10] - 24:24, 25:4, 46:22, 91:23, 92:3, 92:6, 237:21, 256:2, 256:8

evidentiary [1] - 28:8

ex [1] - 36:21

ex-wife [1] - 36:21

exact [2] - 11:4, 120:5

exactly [6] - 11:20, 42:21, 70:20, 117:21, 176:22, 239:19

examination [1] - 88:12

examined [1] - 4:6

example [3] - 62:19, 96:25, 97:2

exceeds [3] - 196:14, 198:16, 198:25

except [2] - 4:2, 5:4

exception [4] - 155:12, 191:14, 191:21, 204:13

exceptions [3] - 45:10, 58:2, 119:8

excessive [2] - 41:11, 248:12

exchange [2] - 83:14, 83:15

exclude [2] - 38:17, 50:21

excluding [1] - 192:8

exclusive [1] - 282:5

excuse [2] - 47:11, 161:7

excused [1] - 157:6

execute [1] - 248:6

exercise [1] - 27:5

exercised [1] - 242:5

exercising [2] - 241:23, 242:22

Exhibit [13] - 88:15, 105:20, 110:19, 140:21, 150:25, 152:1, 187:22, 201:1, 208:23, 218:5, 224:18, 231:2, 269:14

exist [3] - 107:24, 160:19, 225:19

existed [1] - 248:18

existing [5] - 187:11, 187:16, 251:24, 252:11, 252:12

expect [1] - 153:19

expected [3] - 175:15, 178:19, 178:21

expensive [1] - 246:21

experience [17] - 48:17, 50:12, 53:5, 53:10, 57:9, 60:15, 60:20, 61:9, 61:15, 88:3, 156:7, 163:9, 179:1, 179:6, 179:7, 179:8, 261:10

expired [2] - 208:11, 251:2

explain [4] - 41:17, 54:17, 183:16, 221:25
explaining [2] - 186:22, 224:12
explains [1] - 41:15
explanation [1] - 186:24
explore [1] - 84:21
expose [1] - 246:25
exposed [3] - 246:20, 248:18, 248:21
express [2] - 193:17, 194:10
extension [3] - 130:24, 194:22, 195:15
extensive [3] - 252:22, 268:15, 272:19
extensively [1] - 274:16
extent [3] - 131:16, 254:13, 254:15
extra [2] - 32:14, 32:17
extraordinary [1] - 266:8

**F**

F050891031 [1] - 137:18
F05089104 [1] - 224:8
F2A [1] - 192:2
F3 [1] - 178:6
F5891081 [1] - 219:5
face [8] - 45:20, 154:19, 155:2, 177:20, 177:22
face-to-face [3] - 154:19, 155:2, 177:22
fact [32] - 11:7, 24:6, 45:25, 87:3, 95:7, 96:3, 164:23, 175:3, 177:1, 181:25, 182:2, 194:10, 196:11, 200:21, 205:21, 206:9, 214:18, 215:13, 226:22, 227:1, 227:25, 249:5, 253:15, 257:6, 257:8, 258:4, 258:6, 266:21, 275:25, 276:1, 277:16, 278:16
factor [1] - 96:17
factors [4] - 95:24, 96:1, 96:15, 174:14
facts [3] - 42:23, 43:7, 71:3
factual [5] - 156:9, 224:7, 270:13, 274:10, 276:3
factually [6] - 153:11, 174:9, 208:8,
219:25, 222:6, 279:23
fail [1] - 216:4
failed [4] - 95:8, 130:16, 173:18, 216:3
failure [1] - 207:8
fair [26] - 11:12, 23:5, 37:9, 47:15, 50:4, 51:21, 61:8, 64:17, 72:4, 72:14, 73:1, 73:7, 73:12, 82:3, 84:13, 90:6, 90:8, 90:9, 104:8, 120:2, 137:6, 162:18, 217:7, 220:9, 281:9
fall [7] - 97:8, 132:19, 169:2, 181:4, 183:25, 184:23, 185:22
fallen [2] - 131:1, 185:25
falling [2] - 132:20, 183:22
falls [2] - 51:8, 94:18
false [7] - 41:11, 48:21, 49:6, 49:9, 49:10, 49:11, 238:25
familiar [7] - 55:25, 56:4, 61:17, 129:5, 129:9, 201:10, 240:13
family [10] - 56:21, 61:3, 207:18, 254:11, 254:12, 254:20, 264:9, 264:15, 264:19
far [3] - 67:2, 108:2, 271:21
fashion [2] - 84:19, 234:17
father [30] - 59:22, 139:12, 139:21, 139:23, 140:6, 176:5, 177:3, 251:16, 271:23, 272:2, 272:5, 272:6, 272:11, 272:15, 272:23, 273:1, 274:11, 274:12, 275:6, 275:8, 275:22, 276:8, 276:9, 277:18, 277:20, 277:21, 277:22, 277:23, 277:25
fathom [1] - 48:19
Fax [1] - 3:10
fax [18] - 28:25, 29:1, 29:5, 78:17, 78:18, 79:9, 79:12, 79:13, 79:16, 79:17, 79:19, 81:1, 81:14, 83:13, 83:22, 83:25, 87:4, 89:25
faxed [4] - 79:9, 80:4, 81:12, 82:3
faxes [1] - 89:23
FBI [2] - 153:2, 153:14
fear [6] - 181:18, 214:15, 215:16, 215:19, 215:20, 242:4
February [4] - 55:11,
143:8, 195:4, 212:3
federal [9] - 111:17, 145:1, 202:14, 202:23, 203:2, 260:9, 275:5, 283:2, 283:8
felony [3] - 135:14, 135:16, 135:23
felt [9] - 7:19, 8:8, 8:10, 8:22, 46:25, 72:25, 100:24, 104:17, 254:8
few [1] - 196:18
field [4] - 53:19, 54:1, 117:24, 161:6
fifteen [4] - 106:16, 106:19, 109:20, 117:15
fighting [2] - 60:5, 215:3
figure [3] - 41:16, 80:25, 82:22
figuring [1] - 63:18
file [13] - 32:20, 90:11, 162:5, 219:8, 235:6, 235:10, 236:6, 236:8, 237:3, 240:6, 275:1, 275:10, 282:22
filed [13] - 45:14, 52:13, 66:16, 113:6, 213:7, 214:2, 247:20, 247:22, 269:19, 269:20, 270:5, 270:6, 275:4
files [3] - 235:23, 275:15, 283:10
filing [3] - 123:11, 147:7, 210:5
fill [2] - 184:2, 185:6
fills [1] - 234:25
findings [2] - 30:14, 85:14
fine [8] - 5:1, 5:2, 32:23, 135:22, 222:24, 223:7, 271:5, 283:12
finish [6] - 4:18, 65:8, 156:23, 173:3, 210:20, 281:24
finished [1] - 156:24
fire [1] - 82:24
fired [6] - 258:19, 258:20, 265:6, 265:11, 265:13, 265:19
firing [1] - 265:11
First [1] - 145:2
first [30] - 12:6, 12:11, 38:17, 40:13, 52:5, 76:18, 78:22, 79:5, 79:6, 80:6, 80:8, 80:16, 80:18, 88:10, 89:20, 104:22, 120:1, 120:2, 123:8, 135:10, 141:7, 149:12, 169:7, 171:2, 171:3, 177:24, 209:12, 215:4, 238:14, 274:5,
Fish [1] - 102:10
five [1] - 207:15
flags [1] - 123:7
flavor [1] - 39:25
fleas [1] - 61:13
fled [2] - 59:9, 59:11
Floor [1] - 2:7
folder [1] - 13:18
follow [3] - 155:18, 184:10, 204:2
followed [3] - 130:3, 196:18, 267:22
following [6] - 169:18, 173:16, 196:12, 196:18, 219:5, 230:10
follows [1] - 4:6
FOR [1] - 1:1
force [12] - 41:11, 50:22, 51:9, 51:12, 77:23, 79:3, 79:10, 80:7, 108:12, 248:12, 250:24
Force [16] - 3:9, 15:4, 88:15, 88:20, 88:25, 89:17, 89:18, 91:13, 92:12, 104:22, 107:13, 113:18, 122:9, 246:8, 246:9
forced [1] - 161:14
foregoing [2] - 284:9, 284:15
forever [1] - 113:8
forget [2] - 50:25, 51:11
forgetting [1] - 213:12
Form [9] - 3:9, 3:19, 14:5, 15:1, 88:16, 88:25, 89:17, 113:19, 224:18
form [31] - 4:2, 5:5, 5:12, 11:2, 33:6, 33:7, 65:5, 76:18, 80:4, 80:7, 90:6, 92:17, 94:5, 96:25, 108:5, 144:1, 144:23, 169:17, 170:6, 171:17, 171:18, 171:22, 184:16, 207:14, 224:23, 240:11, 240:12, 270:12, 272:5, 274:9, 283:9
formality [1] - 223:18
format [3] - 225:9, 225:10, 234:16
formed [1] - 254:23
former [3] - 45:15, 246:22, 264:8
forms [4] - 34:12, 105:11, 122:9, 246:8
Forms [1] - 89:17
forth [3] - 11:24, 43:20, 241:11
fortunately [1] - 21:17
forty [6] - 194:21, 195:13, 196:7, 197:15, 197:17, 244:10
forward [5] - 200:16, 234:14, 234:19, 268:4, 268:8
forwarded [7] - 76:20, 90:4, 92:5, 92:7, 128:16, 223:12, 231:24
forwarding [5] - 83:2, 114:20, 244:15, 244:25, 266:8
foul [4] - 206:6, 206:10, 206:13, 206:16
four [8] - 12:8, 12:20, 13:4, 37:14, 172:12, 204:2, 204:9, 269:6
fourteen [1] - 176:17
fox [1] - 46:7
framework [1] - 19:8
fraud [12] - 149:16, 149:17, 150:1, 150:4, 150:6, 150:12, 151:3, 200:5, 200:7, 200:9, 200:14, 231:4
fraudulent [8] - 47:5, 47:11, 49:12, 50:4, 97:4, 97:7, 150:13, 150:21
fraudulently [2] - 149:11, 152:23
free [3] - 18:18, 200:19, 270:18
frequented [1] - 203:6
friend [1] - 121:13
friend's [1] - 251:5
front [5] - 79:8, 210:24, 224:12, 251:18, 268:5
FRs [2] - 53:13, 74:12
fulfilled [1] - 155:1
full [19] - 90:5, 166:25, 167:6, 167:13, 168:1, 168:12, 174:24, 175:7, 175:12, 178:5, 178:7, 190:25, 195:21, 196:22, 197:23, 197:24, 208:12, 227:15, 282:4
fully [2] - 19:7, 284:7
Fultz [19] - 21:23, 83:9, 83:11, 143:3, 146:6, 146:19, 149:3, 149:11, 151:8, 151:25, 152:22, 154:1, 158:1, 158:10, 160:5, 161:10, 162:12, 163:20, 269:1
Fultz's [2] - 148:25, 160:18
function [1] - 74:6

## G

Game [1] - 102:10
gathering [1] - 197:21
general [20] - 58:2, 110:16, 146:6, 151:7, 151:19, 152:3, 152:11, 153:8, 155:7, 158:21, 166:24, 190:17, 190:24, 191:15, 193:19, 196:13, 196:17, 196:21, 241:17, 241:19
General [2] - 1:19, 40:19
generally [16] - 5:17, 53:4, 57:21, 58:1, 70:25, 94:14, 105:11, 136:13, 141:23, 142:1, 159:16, 162:20, 217:2, 226:3, 234:14, 234:15
generated [2] - 70:23, 106:3
generates [1] - 71:6
GI [3] - 21:23, 159:4, 194:12
GIA [1] - 191:4
girl [4] - 43:1, 43:2, 43:12
girlfriend [1] - 40:1
gist [6] - 11:19, 11:21, 12:14, 97:21, 102:4, 144:13
given [9] - 21:3, 93:9, 134:22, 161:20, 198:8, 216:18, 238:2, 252:22
glad [2] - 127:18, 268:6
God [2] - 224:14, 241:6
grabbed [2] - 251:7, 251:8
grandparents [2] - 15:9, 15:11
granted [4] - 141:13, 141:14, 149:19, 194:22
Gregg [1] - 269:8
Grievance [1] - 23:16
Grievances [1] - 23:15
grievances [3] - 23:19, 36:18
grieving [1] - 23:17
Gross [3] - 42:7, 42:19, 52:4
Grossnickels [1] - 50:20
Grossnickle [1] - 43:11
Grove [1] - 55:20

Gruber [7] - 3:16, 61:17, 208:24, 211:24, 218:2, 226:16, 242:6
guess [20] - 5:22, 5:24, 6:1, 6:2, 19:9, 26:24, 35:11, 46:1, 51:15, 61:17, 74:17, 75:14, 156:7, 202:18, 202:20, 206:22, 222:9, 253:3, 259:2, 264:20
guesses [1] - 105:13
guessing [3] - 141:9, 154:1, 217:6
guidance [1] - 178:22
guilty [1] - 136:10
guy [6] - 43:2, 43:3, 112:1, 113:14, 121:12, 250:16
guys [1] - 280:23

## H

half [2] - 142:15, 200:21
hand [1] - 240:5
handed [5] - 21:9, 80:10, 111:9, 111:13, 114:18
handing [1] - 201:5
handle [2] - 57:17, 59:20
handled [4] - 58:8, 59:15, 59:17, 193:25
handling [1] - 58:13
hands [2] - 21:10, 246:22
handy [1] - 150:17
harassment [1] - 182:16
hard [1] - 234:18
Harrisburg [2] - 83:14
head [3] - 9:25, 56:9, 59:2
heading [1] - 194:12
headquarters [4] - 83:16, 219:22, 219:23, 223:12
hear [2] - 4:12, 263:9
heard [6] - 82:22, 134:9, 141:14, 164:7, 164:11, 193:13
hearing [9] - 13:24, 23:7, 86:15, 110:15, 200:16, 211:24, 218:2, 262:25, 263:9
Hearing [2] - 3:16, 208:24
hearings [1] - 28:8
heavy [1] - 154:1
held [6] - 37:20, 54:8, 77:19, 112:6, 172:4, 213:15

help [14] - 24:25, 25:5, 27:25, 28:1, 38:21, 57:1, 58:22, 64:3, 220:21, 230:24, 278:10, 278:14, 279:1, 279:16
helped [2] - 244:9, 256:18
Henzes [9] - 17:17, 18:4, 18:10, 19:1, 20:9, 20:15, 20:16, 40:20, 117:19
HENZES [217] - 2:6, 6:11, 6:13, 6:21, 11:10, 11:23, 14:16, 14:18, 15:2, 15:18, 17:4, 17:18, 17:24, 18:15, 18:20, 21:17, 22:11, 25:7, 25:10, 25:14, 25:18, 26:1, 26:14, 27:8, 28:7, 28:12, 28:20, 28:22, 29:5, 29:8, 29:10, 30:10, 31:20, 31:24, 32:2, 32:5, 32:8, 32:11, 32:15, 32:21, 33:1, 33:25, 34:8, 34:11, 34:20, 36:16, 37:18, 39:17, 39:19, 39:22, 41:17, 51:8, 52:4, 52:8, 52:10, 54:23, 54:25, 55:3, 55:7, 55:11, 56:11, 69:15, 77:3, 77:5, 77:8, 77:10, 77:14, 78:15, 78:17, 79:15, 80:11, 82:21, 83:1, 83:7, 83:11, 83:13, 83:17, 83:20, 83:24, 85:23, 98:9, 98:21, 99:8, 99:13, 103:19, 107:24, 108:4, 108:7, 108:13, 108:21, 109:16, 111:25, 112:4, 112:18, 113:3, 113:6, 113:11, 113:20, 125:11, 125:15, 127:3, 130:11, 132:21, 132:24, 138:18, 138:20, 138:25, 139:3, 139:7, 140:17, 142:13, 149:25, 150:11, 151:1, 151:24, 152:1, 153:23, 159:10, 170:6, 170:13, 171:1, 171:5, 171:7, 171:11, 171:14, 171:19, 171:21, 171:24, 172:9, 172:14, 172:20, 175:22, 176:12, 176:20, 179:14, 180:1, 180:4, 180:12, 180:25, 181:7, 182:11, 183:6, 184:4, 184:8, 184:12, 184:25, 185:4,
192:24, 198:12, 200:19, 202:1, 202:3, 209:5, 209:9, 209:18, 209:25, 210:18, 210:21, 211:4, 211:8, 211:13, 211:16, 212:8, 212:10, 212:14, 212:19, 213:3, 213:13, 213:24, 214:5, 215:10, 216:11, 219:12, 221:13, 221:16, 221:19, 221:23, 222:3, 222:25, 224:9, 224:14, 226:17, 238:16, 239:3, 239:12, 239:24, 241:1, 241:5, 242:13, 243:15, 243:18, 245:6, 250:9, 250:11, 250:14, 253:25, 262:6, 273:21, 273:24, 274:1, 274:3, 274:5, 275:24, 276:6, 278:18, 278:20, 278:22, 278:24, 279:8, 279:13, 279:18, 281:5, 281:8, 281:23, 282:1, 282:14, 283:1
Henzes' [1] - 20:6
hereby [1] - 284:6
herself [2] - 242:5, 242:22
hiding [1] - 136:11
high [2] - 67:5, 185:9
higher [2] - 132:6, 228:3
Hile [66] - 15:23, 63:20, 64:2, 64:15, 67:8, 84:18, 84:25, 85:17, 85:23, 86:10, 87:19, 100:14, 120:17, 120:18, 121:1, 127:25, 128:4, 143:18, 166:19, 172:18, 173:10, 173:21, 186:13, 186:17, 186:18, 188:20, 188:22, 188:25, 189:20, 191:6, 198:9, 198:12, 198:17, 198:22, 198:25, 199:5, 199:12, 200:2, 200:14, 218:11, 218:14, 218:22, 219:18, 219:19, 220:9, 220:10, 220:16, 221:14, 221:15, 223:16, 223:17, 223:20, 224:7, 224:23, 227:3, 231:15, 235:17, 238:11, 239:10, 239:12, 239:15, 239:17, 239:24,

Hile's [4] - 220:6, 220:23, 225:4, 233:24
HILL [4] - 1:7, 1:5, 3:3, 4:5
hill [4] - 12:1, 25:3, 26:13, 81:23
Hill [41] - 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 4:9, 6:15, 82:23, 88:15, 88:21, 104:21, 105:20, 110:19, 110:23, 111:9, 119:18, 140:21, 141:5, 142:23, 152:13, 187:22, 201:1, 201:5, 208:23, 209:3, 218:5, 218:9, 224:18, 224:22, 246:2, 269:19, 273:23, 274:7
Hillis [5] - 82:23, 83:1, 83:4, 83:7, 83:10
Hills [8] - 79:24, 81:17, 81:18, 81:19, 81:20, 81:24, 81:25, 82:1
himself [3] - 99:10, 246:25, 280:18
history [13] - 43:19, 46:17, 47:12, 181:22, 182:5, 182:7, 183:1, 183:5, 205:19, 205:20, 262:13, 263:14, 263:16
hit [1] - 49:20
hold [5] - 131:15, 131:17, 209:7, 228:3, 228:4
holding [2] - 130:9, 200:11
home [2] - 47:24, 251:21
hope [1] - 209:12
hopefully [2] - 4:16, 117:4
horse [1] - 185:9
hostile [1] - 39:2
hour [3] - 55:24, 142:15, 200:21
hours [8] - 12:8, 12:18, 12:20, 13:4, 35:19, 176:17, 204:3, 204:9
house [2] - 251:6, 251:18
huge [1] - 53:20
hundred [1] - 172:12
hurting [1] - 263:5
hypothetical [3] - 72:16, 72:18, 215:10
hypothetically [1] - 71:3
hypotheticals [1] - 251:11

**I3** [1] - 170:13
**IA** [1] - 76:21
**IAD** [19] - 10:2, 14:23, 22:2, 43:16, 76:17, 78:4, 90:20, 92:18, 146:25, 147:7, 147:12, 152:15, 152:21, 174:13, 174:24, 223:21, 232:21, 232:24, 234:15
**IADs** [3] - 116:6, 116:15, 147:23
**IAI** [3] - 53:6, 53:7, 54:2
**IAIs** [1] - 70:21
**ID** [2] - 95:23, 184:24
**idea** [10] - 47:18, 106:18, 164:6, 164:10, 205:1, 220:19, 239:21, 245:16, 265:12, 265:15
**Identification** [1] - 218:11
**identification** [10] - 88:16, 105:21, 110:20, 140:22, 187:23, 201:2, 208:25, 218:6, 224:19, 269:15
**identified** [5] - 137:18, 168:19, 183:22, 219:7, 271:19
**identifies** [1] - 190:5
**identify** [10] - 14:25, 29:4, 47:21, 54:21, 92:19, 170:18, 209:14, 240:4, 247:14, 272:24
**identity** [1] - 242:25
**IE** [1] - 203:9
**Ignatz** [14] - 14:15, 15:17, 15:18, 15:19, 128:23, 137:15, 158:10, 160:5, 161:10, 164:2, 268:21, 269:1, 274:7, 275:21
**IGNATZ** [1] - 1:8
**Ignatz's** [2] - 157:20, 162:13
**illegal** [3] - 41:11, 42:17, 146:4
**illegally** [1] - 177:19
**imagine** [4] - 100:3, 142:9, 147:11, 269:22
**immediate** [1] - 62:12
**immediately** [2] - 129:17, 135:11
**immunities** [2] - 119:5, 119:11
**immunity** [2] - 119:2, 119:12
**implications** [1] - 283:9
**important** [6] - 24:15, 35:14, 113:15, 158:24, 241:13, 241:14
**imposes** [1] - 129:15
**improper** [1] - 186:3
**inappropriate** [3] - 37:15, 42:18, 43:19
**inappropriately** [3] - 43:18, 149:19, 248:25
**INC** [1] - 1:21
**incident** [34] - 8:6, 16:5, 31:4, 33:12, 33:16, 34:2, 34:5, 46:6, 62:23, 68:16, 70:18, 71:2, 71:17, 72:5, 74:22, 74:23, 75:1, 75:3, 122:18, 123:2, 123:5, 137:19, 143:13, 158:21, 159:4, 159:7, 159:11, 159:22, 159:24, 160:2, 160:11, 161:3, 161:11, 162:10
**incidents** [3] - 112:15, 261:23, 262:22
**include** [11] - 91:8, 130:5, 191:20, 192:3, 192:4, 192:6, 192:7, 192:9, 192:13, 193:24, 254:8
**included** [7] - 40:8, 91:15, 166:21, 189:11, 194:16, 245:4, 246:6
**includes** [8] - 93:10, 93:13, 138:10, 152:4, 192:12, 193:24, 255:20, 255:23
**including** [6] - 43:19, 44:17, 74:12, 232:8, 237:23, 267:13
**inclusive** [1] - 27:22
**income** [1] - 203:7
**inconsistent** [1] - 74:11
**incredible** [1] - 261:7
**incredibly** [1] - 265:24
**independent** [5] - 134:20, 233:13, 262:24, 271:2, 275:14
**independently** [1] - 240:18
**indicate** [8] - 85:16, 86:9, 190:14, 203:23, 246:19, 271:12, 272:11, 272:23
**indicated** [17] - 44:19, 102:1, 143:6, 157:13, 205:17, 225:13, 225:16, 225:19, 225:23, 225:25, 230:9, 231:7, 231:15, 232:18, 266:7, 271:24, 272:19
**indicates** [6] - 76:8, 104:22, 143:8, 218:22, 226:11, 231:9
**indicating** [1] - 90:3
**indication** [2] - 206:13, 247:19
**indirectly** [1] - 62:7
**individual** [2] - 180:5, 180:6
**individuals** [5] - 13:13, 75:24, 181:23, 189:8, 196:19
**influence** [1] - 148:19
**informal** [1] - 282:18
**information** [54] - 5:22, 6:7, 6:9, 9:3, 20:7, 50:13, 58:11, 71:19, 71:23, 82:24, 90:1, 102:2, 104:22, 105:3, 117:17, 134:23, 154:10, 154:12, 161:20, 162:1, 162:4, 162:21, 164:9, 184:1, 184:24, 185:8, 185:18, 200:3, 203:9, 204:4, 216:14, 216:15, 216:17, 216:19, 216:22, 217:3, 226:23, 227:24, 237:18, 239:25, 256:23, 263:2, 270:12, 270:21, 273:1, 273:3, 273:17, 273:25, 274:9, 275:5, 276:2, 276:13, 278:2, 280:3
**Information** [1] - 164:20
**informed** [1] - 66:24
**ingested** [1] - 35:3
**inherent** [1] - 267:5
**initial** [6] - 45:20, 71:14, 71:16, 71:19, 77:8, 77:10
**initiate** [3] - 9:18, 199:9, 204:1
**initiated** [7] - 7:5, 7:6, 9:15, 17:23, 40:22, 44:15, 110:4
**initiating** [1] - 199:11
**initiator** [1] - 258:1
**injury** [1] - 180:3
**input** [1] - 115:17
**inquire** [2] - 149:4, 149:8
**inquiries** [1] - 164:5
**inquiry** [10] - 84:12, 84:14, 84:23, 88:4, 88:11, 141:1, 141:12, 190:1, 192:12, 199:9
**instead** [1] - 184:14
**institute** [1] - 59:24
**instruct** [1] - 78:9
**instructed** [5] - 60:17, 279:10, 279:24, 279:25, 280:5
**instruction** [8] - 56:14, 90:6, 115:3, 121:21, 121:22, 121:24, 156:23, 201:25
**instructions** [4] - 4:12, 90:19, 91:8, 121:25
**instructs** [1] - 78:10
**Integrity** [1] - 93:3
**intentional** [1] - 104:12
**interact** [1] - 228:6
**interacting** [1] - 261:12
**interaction** [2] - 227:8, 259:13
**interchangeably** [1] - 241:16
**interest** [1] - 24:7
**interfere** [1] - 18:8
**intermediary** [1] - 73:4
**internal** [3] - 171:3, 171:22, 194:2
**Internal** [21] - 3:14, 52:21, 53:6, 53:8, 65:2, 92:21, 93:10, 93:20, 93:25, 94:15, 108:9, 112:14, 114:6, 114:8, 114:17, 114:22, 115:2, 149:5, 187:23, 230:9, 233:2
**interpret** [2] - 139:1, 240:8
**interpretation** [3] - 5:13, 210:16, 258:23
**interpreting** [1] - 199:5
**interrupt** [3] - 4:19, 150:23, 210:22
**interrupting** [2] - 156:25, 173:4
**interview** [8] - 163:21, 163:22, 186:13, 186:18, 188:23, 191:21, 191:25, 192:8
**interviewed** [6] - 163:23, 188:12, 191:12, 191:17, 191:18, 192:18
**interviewing** [1] - 131:9
**interviews** [1] - 204:5
**invalid** [1] - 31:18
**investigate** [27] - 38:18, 50:2, 53:3, 68:17, 84:7, 89:18, 97:5, 97:12, 107:12, 107:17, 108:11, 117:23, 121:17, 124:9, 124:10, 129:16, 129:17, 135:11, 135:12, 135:18, 148:15, 218:15, 220:23, 221:1, 227:3, 275:18
**investigated** [16] - 46:2, 49:23, 97:3, 97:7, 97:25, 100:4, 103:2, 114:5, 114:7, 144:15, 147:16, 147:23, 148:20, 210:7, 257:4, 257:24
**investigating** [14] - 41:23, 97:13, 97:19, 97:20, 98:5, 106:11, 135:7, 136:17, 137:13, 137:16, 137:22, 138:1, 148:11, 166:19
**investigation** [262] - 9:23, 10:1, 10:2, 10:13, 11:8, 16:8, 37:6, 37:8, 44:4, 44:13, 44:15, 44:20, 45:1, 45:11, 45:13, 45:21, 46:16, 46:24, 47:10, 48:2, 48:9, 48:15, 48:25, 49:8, 50:7, 50:14, 52:22, 53:6, 53:9, 59:24, 62:21, 64:6, 66:20, 67:3, 67:6, 68:6, 68:9, 68:14, 69:21, 69:24, 70:2, 70:7, 72:11, 72:24, 72:25, 73:5, 73:8, 73:10, 73:22, 73:23, 74:3, 74:20, 74:24, 74:25, 75:4, 82:18, 84:14, 85:5, 85:18, 86:11, 90:5, 90:16, 90:17, 90:23, 91:24, 91:25, 92:1, 92:2, 94:7, 94:19, 95:3, 95:7, 95:8, 95:16, 95:25, 96:2, 96:3, 96:4, 96:6, 96:9, 96:11, 96:13, 96:16, 96:18, 97:12, 97:15, 97:16, 98:3, 98:8, 98:11, 98:13, 98:15, 98:16, 99:5, 99:10, 99:11, 99:17, 99:22, 100:13, 100:14, 101:14, 102:14, 105:4, 105:8, 107:4, 108:8, 108:10, 109:4, 110:4, 115:4, 115:13, 116:8, 116:17, 120:4, 120:11, 122:1, 128:5, 128:12, 128:15, 131:4, 131:7, 131:10, 132:16, 134:22, 140:17, 140:18, 143:6, 143:9, 143:17, 146:6, 146:11, 146:14, 146:21, 146:25, 147:24, 148:19, 151:7,