151:19, 152:6, 152:12, 153:8, 154:18, 156:10, 157:3, 158:21, 162:2, 162:17, 162:19, 165:18, 166:23, 166:24, 166:25, 167:4, 167:6, 167:12, 167:13, 167:17, 167:18, 168:2, 168:3, 168:12, 168:14, 168:20, 169:1, 169:8, 169:16, 170:5, 170:22, 171:4, 171:16, 173:1, 173:5, 173:7, 173:10, 174:15, 174:23, 174:25, 175:7, 178:4, 178:5, 178:7, 180:15, 180:19, 181:13, 186:13, 186:14, 186:22, 188:6, 188:14, 188:15, 188:21, 188:24, 189:10, 189:23, 190:12, 190:18, 190:24, 190:25, 191:12, 191:19, 191:22, 191:24, 192:1, 192:3, 192:15, 192:17, 192:21, 192:25, 193:2, 193:19, 193:22, 193:25, 194:2, 194:5, 194:19, 195:3, 195:12, 195:21, 196:13, 196:14, 196:17, 196:22, 196:23, 197:4, 197:5, 197:9, 197:15, 197:16, 197:23, 198:16, 198:24, 199:2, 208:16, 211:10, 214:3, 219:8, 219:9, 219:20, 220:6, 221:3, 221:5, 221:7, 223:16, 224:8, 225:7, 227:10, 227:16, 229:2, 236:19, 257:4, 257:6, 257:13, 259:23, 260:14, 260:15, 263:3, 266:22

**Investigation** [6] - 3:14, 21:25, 29:25, 53:7, 140:14, 269:1

**investigations** [19] - 47:17, 49:13, 50:6, 52:24, 67:16, 67:17, 67:21, 69:24, 91:3, 96:20, 120:24, 171:13, 178:6, 194:6, 196:19, 196:20, 196:24, 197:24, 265:18

**Investigations** [1] - 187:23

**investigative** [5] - 99:21, 160:8, 160:10, 225:10, 225:5

**investigator** [22] - 67:22, 69:8, 69:10, 71:21, 84:25, 98:16, 120:19, 131:6, 151:21, 152:7, 152:9, 152:11, 152:18, 185:24, 189:20, 193:17, 194:23, 196:15, 198:17, 198:18, 198:22, 199:13

**investigators** [1] - 67:20

**investigatory** [4] - 76:16, 204:6, 208:21, 253:12

**involve** [6] - 36:3, 38:13, 38:16, 39:6, 47:3, 192:13

**involved** [43] - 30:21, 31:2, 39:11, 44:12, 44:19, 47:2, 49:14, 49:23, 50:6, 50:8, 50:11, 50:14, 52:24, 57:9, 63:15, 64:5, 65:6, 65:14, 73:3, 94:4, 94:10, 94:12, 95:18, 98:2, 98:7, 98:15, 98:17, 98:20, 99:4, 99:7, 99:10, 107:3, 116:16, 121:18, 122:25, 134:21, 160:3, 177:12, 189:7, 255:17, 262:21, 265:24, 265:25

**involvement** [14] - 10:15, 29:24, 30:2, 30:7, 44:18, 47:3, 58:6, 64:5, 64:7, 65:13, 66:12, 66:15, 72:21, 94:13

**involving** [9] - 34:15, 37:6, 43:5, 50:18, 58:13, 64:23, 76:2, 110:24, 177:10

**ISABELLA** [1] - 1:10

**ISARA** [1] - 1:10

**issue** [17] - 8:23, 20:16, 20:17, 20:18, 57:8, 59:19, 60:13, 96:12, 103:5, 122:6, 123:3, 123:15, 123:17, 139:2, 165:24, 217:3, 262:14

**issued** [8] - 14:11, 30:8, 49:16, 49:24, 50:8, 149:19, 190:1, 208:14

**issues** [10] - 23:20, 57:10, 60:10, 60:12, 102:15, 165:17, 192:12, 217:14, 226:7, 258:3

**items** [3] - 8:19, 13:18, 13:19

**itself** [4] - 114:9, 166:15, 166:17

### J

**January** [13] - 4:10, 16:23, 16:24, 20:23, 20:25, 26:20, 53:25, 54:12, 62:11, 62:13, 89:5, 157:21, 208:11

**Jay** [1] - 46:2

**Jeff** [2] - 65:20, 75:22

**Jerry** [3] - 52:6, 52:7, 52:9

**Jesus** [1] - 269:10

**job** [16] - 24:14, 40:3, 72:13, 82:2, 88:1, 130:16, 131:13, 131:14, 145:14, 216:7, 257:25, 258:4, 258:10, 258:11, 258:13, 265:22

**jobs** [5] - 130:19, 130:22, 131:17, 265:7, 265:13

**Joe** [8] - 52:8, 65:25, 66:2, 66:4, 66:8, 66:17, 66:18, 75:7

**John** [9] - 65:24, 66:5, 66:6, 66:9, 66:11, 66:18, 66:19, 75:6, 231:23

**Johnson** [1] - 269:8

**joining** [1] - 132:10

**Joseph** [2] - 218:18, 219:16

**judge** [2] - 149:16, 188:18

**judges** [1] - 188:13

**July** [15] - 14:2, 14:11, 15:17, 15:24, 22:12, 31:15, 85:13, 122:14, 126:15, 224:23, 238:11, 243:16, 243:18, 256:10, 257:23

**jump** [1] - 74:14

**jumped** [2] - 74:18, 86:25

**jumping** [1] - 93:22

**jumps** [2] - 74:13, 95:2

**June** [12] - 14:17, 14:18, 14:19, 15:21, 33:6, 85:16, 86:10, 164:2, 195:9, 218:10, 219:16, 219:17

**Jurisdiction** [5] - 16:14, 16:15, 124:7, 126:1, 260:12

**jurisdiction** [24] - 49:4, 63:2, 63:8, 102:24, 122:11, 122:25, 123:3, 123:7, 123:23, 124:24, 125:14, 125:17, 125:20, 135:12, 135:18, 146:16, 146:23, 146:24, 164:19, 164:22, 165:21, 165:24, 247:10, 260:13

**Jurisdictional** [1] - 146:19

**jurisdictional** [3] - 122:7, 123:15, 123:17

**jury** [5] - 111:17, 113:1, 113:4, 262:11, 268:5

**Justice** [3] - 44:2, 44:8, 164:20

**Juvenile** [2] - 29:11, 29:22

### K

**keep** [8] - 28:12, 99:9, 125:23, 138:22, 139:4, 176:14, 187:7, 242:14

**Kelly** [1] - 21:12

**KENNETH** [4] - 1:7, 1:5, 3:3, 4:5

**kids** [21] - 60:2, 60:3, 64:6, 71:5, 157:7, 157:16, 206:11, 240:21, 250:20, 250:21, 251:20, 251:22, 252:4, 252:8, 252:19, 252:21, 262:23, 263:5, 278:14, 281:6

**killed** [1] - 172:12

**kind** [4] - 55:22, 156:1, 241:16, 242:19

**knowing** [9] - 49:18, 109:20, 118:23, 122:23, 139:23, 140:1, 222:15, 276:7, 276:8

**knowledge** [49] - 5:22, 5:24, 5:25, 7:21, 7:23, 9:8, 53:8, 60:10, 61:10, 73:20, 73:24, 76:20, 86:17, 98:11, 101:12, 103:1, 103:8, 108:21, 110:16, 117:14, 123:2, 134:21, 143:7, 149:5, 161:7, 188:22, 207:10, 223:5, 223:7, 242:17, 243:6, 252:17, 254:15, 254:19, 262:25, 268:15, 270:12, 271:25, 273:23, 274:8, 275:14, 276:17, 276:19, 276:20, 276:21, 277:7, 278:5, 278:8

**knowledgeable** [1] - 253:3

**known** [15] - 14:5, 97:11, 97:15, 103:1, 106:14, 109:21, 138:11, 138:18, 138:25, 191:6, 203:6, 207:19, 212:22, 225:19

**knows** [7] - 21:15, 101:1, 176:22, 209:19, 210:5, 235:16, 275:24

**knucklehead** [1] - 241:2

### L

**L2** [1] - 169:3

**L3** [1] - 169:4

**labor** [1] - 23:20

**lack** [2] - 261:8, 270:21

**lacked** [2] - 125:10, 164:19

**laid** [1] - 266:1

**Lamar** [1] - 55:21

**language** [9] - 142:6, 151:6, 151:9, 151:11, 164:16, 167:7, 167:10, 178:6, 261:7

**LANTERN** [1] - 1:22

**last** [9] - 12:8, 37:2, 81:19, 112:1, 112:2, 149:12, 153:1, 203:6, 244:14

**laugh** [2] - 21:15, 193:8

**laughed** [7] - 186:3, 186:10, 186:11, 193:10, 228:2, 232:9

**laughing** [3] - 186:9, 227:21, 232:4

**laughter** [2] - 227:19, 229:22

**Law** [1] - 1:18

**law** [46] - 38:17, 38:22, 39:4, 39:7, 39:12, 44:5, 45:19, 56:17, 56:21, 61:4, 99:25, 102:7, 103:6, 117:1, 117:10, 117:15, 129:15, 129:19, 130:17, 134:25, 135:5, 136:17, 136:23, 144:22, 145:1, 157:5, 166:13, 166:18, 177:22, 180:24, 181:2, 182:8, 182:9, 182:15, 202:14, 202:23, 203:2, 215:17, 215:19, 217:21, 241:16, 242:12, 248:15, 248:17, 251:1, 260:11

**laws** [3] - 119:4, 124:17, 217:9

**lawsuit** [13] - 16:11, 31:10, 36:8, 39:11, 40:22, 52:1, 53:3, 110:3, 124:9, 126:9, 126:14, 133:14, 133:15
**lawsuits** [8] - 38:13, 39:6, 39:9, 39:10, 41:1, 41:9, 41:20, 52:25
**lawyer** [1] - 39:17
**lawyering** [1] - 241:11
**lawyers** [2] - 211:14, 279:21
**lay** [4] - 11:20, 213:21, 251:11, 251:15
**layers** [1] - 40:8
**lead** [5] - 164:21, 196:10, 222:17, 257:2, 257:3
**leads** [4] - 135:20, 174:14, 177:10, 249:5
**leap** [1] - 51:15
**learn** [6] - 76:19, 141:11, 147:10, 153:17, 278:13, 282:6
**learned** [14] - 62:22, 133:20, 133:21, 133:22, 133:23, 136:18, 139:15, 140:5, 223:9, 242:24, 243:1, 276:18, 276:19
**learns** [1] - 43:2
**least** [19] - 19:18, 24:15, 46:19, 72:11, 96:22, 106:4, 112:10, 112:22, 113:19, 126:18, 169:18, 170:15, 173:15, 177:5, 219:4, 254:20, 259:19, 262:8, 265:16
**leave** [3] - 115:22, 221:3, 242:8
**leaving** [2] - 45:18, 205:18
**led** [4] - 205:23, 247:1, 248:25
**left** [8] - 64:2, 66:18, 208:6, 208:13, 240:5, 251:8, 252:10, 273:9
**legal** [26] - 16:17, 16:22, 17:13, 17:22, 18:25, 19:4, 19:5, 19:13, 19:14, 19:25, 20:3, 20:11, 61:11, 124:12, 124:16, 139:2, 146:1, 210:17, 214:6, 214:23, 217:4, 217:5, 217:9, 252:25, 255:2
**legally** [2] - 250:13, 250:21
**legitimate** [2] - 85:1, 204:16
**less** [5] - 38:10, 142:4, 197:20, 200:19, 237:18
**lesser** [2] - 141:19, 141:23
**Letter** [2] - 3:11, 105:20
**letter** [66] - 15:16, 22:4, 22:10, 83:2, 103:16, 103:18, 103:25, 104:4, 104:7, 104:9, 104:16, 105:18, 107:20, 125:3, 126:15, 145:24, 150:7, 150:12, 151:5, 164:2, 189:16, 223:17, 230:15, 230:23, 231:1, 231:14, 231:25, 243:16, 243:18, 243:23, 244:15, 244:25, 245:5, 246:15, 246:16, 246:20, 249:17, 249:20, 250:5, 253:14, 254:25, 255:1, 255:11, 255:16, 255:18, 256:10, 256:13, 256:15, 256:16, 256:18, 256:20, 256:22, 257:10, 257:13, 257:15, 260:1, 260:4, 261:2, 261:5, 264:4, 267:2, 267:18, 267:22, 268:22, 269:7
**letterhead** [4] - 266:16, 267:1, 267:10, 267:14
**letters** [3] - 85:13, 126:18, 145:17
**letting** [2] - 147:25, 173:3
**level** [2] - 72:22, 165:5
**lewdness** [1] - 48:7
**Lexis** [4] - 16:11, 16:13, 16:17, 32:14
**Lexis-Nexis** [4] - 16:11, 16:13, 16:17, 32:14
**liabilities** [1] - 264:8
**liability** [10] - 145:9, 145:11, 246:22, 246:25, 247:2, 247:3, 248:3, 248:18, 248:22, 265:1
**license** [2] - 42:19, 42:21
**lie** [2] - 49:7, 160:20
**lied** [2] - 258:25, 259:1
**lies** [1] - 205:6
**Lieutenant** [32] - 15:23, 63:20, 67:10, 67:12, 67:15, 69:2, 72:11, 72:21, 73:2, 75:14, 84:18, 84:24, 87:18, 120:17, 120:18, 133:9, 134:15, 172:18, 173:9, 200:2, 200:14, 219:18, 219:19, 220:10, 223:16, 223:20, 225:4, 239:10, 239:12, 239:15, 239:17
**lieutenant** [4] - 67:5, 121:16, 164:3, 218:14
**lieutenants** [2] - 61:25, 164:4
**life** [2] - 13:1, 51:13
**lifetime** [2] - 12:2, 12:15
**Liffman** [2] - 1:17, 284:12
**lighter** [1] - 197:19
**likely** [3] - 104:15, 104:17, 257:3
**limit** [1] - 167:18
**limitation** [1] - 174:18
**limitations** [2] - 35:7, 35:15
**limited** [68] - 19:14, 85:5, 90:5, 90:16, 90:17, 90:22, 94:6, 94:19, 95:3, 95:14, 96:2, 96:11, 96:12, 96:18, 97:9, 97:12, 97:15, 97:16, 105:5, 107:4, 109:4, 115:3, 115:12, 116:8, 116:17, 116:20, 127:17, 135:6, 166:23, 167:4, 167:12, 168:20, 169:1, 169:8, 169:19, 171:13, 172:23, 172:25, 173:1, 173:4, 173:10, 174:15, 174:23, 175:12, 178:4, 178:6, 186:14, 190:12, 190:18, 191:1, 191:14, 191:19, 191:21, 191:23, 192:3, 192:21, 192:25, 193:2, 193:22, 194:1, 195:21, 196:13, 196:24, 197:17, 197:22, 197:25, 227:10, 227:15
**limits** [1] - 198:6
**line** [11] - 112:1, 112:2, 118:9, 118:12, 131:13, 144:5, 149:12, 193:9, 218:19, 266:3, 268:1
**lines** [3] - 110:14, 273:11, 279:14
**List** [2] - 3:15, 201:2
**list** [4] - 107:15, 201:20, 201:21, 207:15
**listed** [4] - 46:11, 185:20, 228:18, 277:22
**listen** [2] - 162:25, 163:2
**listening** [1] - 111:5
**listing** [1] - 71:13
**lists** [1] - 70:18
**literature** [1] - 60:25
**litigated** [1] - 40:15
**litigation** [4] - 17:22, 31:9, 87:14, 209:20
**live** [3] - 72:3, 271:6, 271:7
**local** [9] - 22:20, 22:25, 23:17, 88:12, 103:3, 110:13, 261:9, 261:12, 261:15
**Local** [2] - 124:6, 260:12
**locate** [12] - 136:21, 176:4, 203:9, 215:25, 216:3, 216:6, 238:22, 278:11, 279:4, 280:16, 280:23, 280:24
**located** [1] - 175:20
**location** [2] - 203:6, 216:20
**logo** [2] - 235:9, 235:11
**look** [54] - 17:5, 77:11, 82:21, 95:13, 97:6, 102:17, 102:23, 123:7, 125:3, 125:5, 126:6, 126:7, 126:9, 128:6, 129:2, 131:14, 138:3, 141:2, 148:1, 148:2, 150:9, 150:10, 155:19, 169:12, 169:14, 170:22, 174:20, 177:8, 177:18, 177:20, 177:21, 190:7, 196:3, 200:16, 201:25, 203:18, 204:8, 235:11, 236:11, 236:13, 236:23, 237:12, 237:15, 237:17, 237:21, 239:22, 249:25, 268:4, 268:8, 274:24, 275:21, 280:10
**looked** [13] - 49:15, 74:7, 76:22, 127:12, 147:12, 193:12, 230:16, 236:12, 237:22, 240:17, 245:25, 259:19, 274:23
**looking** [32] - 28:23, 42:19, 70:4, 74:19, 77:16, 95:14, 95:21, 95:24, 100:2, 102:21, 121:23, 122:8, 126:5, 137:25, 150:22, 152:12, 159:15, 159:17, 161:13, 170:7, 171:1, 171:8, 171:14, 193:1, 195:9, 212:8, 215:9, 219:13, 228:18, 231:3, 234:25, 270:2
**looks** [9] - 79:23, 190:7, 212:2, 212:5, 235:5, 236:4, 236:23, 240:3, 240:10
**lose** [2] - 145:14, 257:25
**losing** [3] - 98:18, 98:21, 107:19
**lost** [2] - 97:21, 259:11
**loud** [1] - 279:21
**LT** [1] - 1:6
**lucky** [2] - 214:19, 258:10
**lunch** [2] - 121:12, 200:21
**Luzerne** [8] - 14:14, 22:1, 47:5, 49:3, 213:12, 229:10, 229:15, 253:23

**M**

**Madison** [1] - 1:19
**mail** [29] - 48:12, 75:24, 78:11, 78:12, 80:3, 89:9, 89:10, 89:13, 89:15, 90:1, 90:25, 91:8, 91:10, 91:15, 105:8, 107:21, 128:14, 128:16, 234:12, 234:15, 235:3, 235:8, 236:22, 237:5, 237:23, 238:4, 238:5, 240:7
**mailed** [4] - 233:17, 234:8, 234:9, 246:4
**mails** [3] - 43:20, 89:23, 89:24
**main** [1] - 146:17
**maintain** [1] - 162:18
**maintained** [2] - 91:17, 187:10
**Major** [29] - 50:12, 75:10, 76:7, 78:25, 81:2, 93:18, 96:19, 115:23, 127:19, 131:3, 131:12, 131:14, 135:16, 149:21, 166:10, 172:13, 180:6, 184:20, 192:11, 199:13, 207:12, 218:12, 231:23, 233:8, 237:6, 238:3, 255:13, 265:4, 276:11
**major** [16] - 65:24, 66:11, 70:13, 76:5, 93:16, 101:1, 125:23, 130:14, 179:25,

185:21, 201:5, 233:4, 233:5, 236:22, 240:3, 269:18
**majors** [1] - 66:3
**male** [1] - 242:7
**man** [2] - 48:5, 228:3
**manager** [1] - 62:1
**manipulate** [1] - 216:13
**manipulation** [1] - 216:21
**manner** [1] - 4:17
**Mansfield** [14] - 7:11, 7:16, 8:18, 9:12, 55:7, 55:16, 55:22, 64:18, 64:22, 65:3, 65:4, 65:23, 98:4, 123:11
**Manual** [6] - 95:11, 151:16, 152:17, 201:10, 201:19, 204:13
**manual** [1] - 53:2
**Manuals** [1] - 91:16
**manuals** [2] - 53:19, 54:1
**March** [5] - 274:22, 275:2, 276:14, 276:15, 278:14
**Marie** [1] - 33:6
**mark** [2] - 105:18, 137:15
**marked** [28] - 88:16, 88:20, 105:21, 110:20, 110:23, 111:9, 119:15, 119:17, 128:23, 140:22, 141:5, 142:23, 150:16, 150:24, 164:1, 187:23, 201:2, 201:5, 208:24, 218:6, 218:9, 224:19, 224:22, 243:13, 245:23, 256:9, 269:15, 269:18
**markings** [1] - 15:13
**marriage** [2] - 272:16, 272:17
**Martin** [2] - 33:6, 268:23
**material** [11] - 9:1, 16:11, 16:13, 24:18, 24:21, 24:22, 25:24, 25:25, 237:12, 254:9, 255:16
**materials** [6] - 7:12, 8:21, 9:3, 95:25, 197:21, 237:15
**matter** [21] - 1:16, 19:25, 20:3, 20:11, 23:2, 23:8, 60:7, 60:9, 60:11, 61:16, 74:7, 79:15, 95:15, 100:17, 106:10, 135:13, 171:24, 200:21, 210:6, 263:20, 266:21
**matters** [11] - 18:3, 18:21, 18:25, 23:1,

24:12, 34:15, 56:25, 57:13, 58:8, 58:13, 205:20
**McDermott** [2] - 15:22, 32:13
**mean** [20] - 67:19, 115:25, 119:24, 121:6, 134:7, 138:8, 145:11, 150:23, 159:3, 203:16, 231:14, 232:8, 243:11, 245:1, 247:13, 251:14, 255:13, 264:22, 275:24
**meaning** [5] - 5:14, 23:4, 57:3, 153:2, 231:25
**means** [12] - 26:3, 38:22, 116:1, 197:16, 203:14, 206:19, 215:21, 249:10, 255:15, 266:11, 283:6, 284:17
**meant** [3] - 65:13, 199:5, 232:6
**measures** [1] - 204:6
**media** [1] - 81:15
**meeting** [5] - 17:9, 120:8, 120:10, 121:8, 233:8
**member** [15] - 36:20, 36:23, 92:2, 118:1, 118:2, 118:6, 118:8, 134:5, 140:10, 157:14, 175:10, 207:18, 248:8, 264:14
**members** [13] - 52:18, 58:9, 62:17, 114:19, 129:12, 129:22, 130:4, 203:5, 204:1, 261:24, 264:8, 264:18
**Memo** [2] - 3:18, 218:5
**memo** [17] - 70:17, 70:18, 70:19, 71:7, 171:19, 171:21, 171:22, 171:25, 172:10, 172:13, 173:15, 218:10, 218:18, 218:21, 219:4, 230:8, 230:11
**memory** [1] - 86:22
**memos** [2] - 70:21, 94:5
**men** [1] - 215:3
**mental** [2] - 35:6, 35:15
**mention** [13] - 146:18, 147:2, 147:4, 147:6, 147:14, 147:17, 149:3, 188:25, 206:24, 225:15, 232:3, 259:6, 282:3
**mentioned** [5] -

110:10, 149:4, 203:1, 253:19, 253:21
**mentions** [4] - 202:23, 270:8, 270:15, 270:16
**merely** [2] - 223:18, 260:1
**Merit** [4] - 65:25, 66:8, 66:17, 75:7
**mess** [1] - 213:18
**message** [8] - 70:21, 71:11, 71:12, 144:13, 203:9, 203:19, 203:21, 240:7
**messages** [1] - 33:17
**met** [6] - 82:2, 123:10, 224:5, 233:12, 233:17, 261:1
**method** [1] - 238:8
**Middle** [2] - 40:15, 113:7
**might** [22] - 6:19, 6:24, 45:18, 69:15, 73:2, 94:16, 95:19, 106:25, 123:14, 123:16, 128:19, 162:1, 175:21, 176:5, 199:12, 203:24, 225:19, 226:9, 242:14, 249:21, 257:2, 278:13
**Miller** [1] - 75:22
**Milton** [1] - 55:20
**mind** [24] - 8:20, 9:20, 9:21, 10:10, 24:17, 26:11, 27:24, 28:9, 28:11, 29:20, 47:6, 96:17, 119:14, 121:16, 126:22, 162:18, 200:7, 205:24, 206:1, 222:20, 248:21, 254:5, 254:10, 254:12
**mine** [3] - 78:14, 169:25, 212:13
**minimized** [1] - 228:24
**minute** [3] - 125:5, 170:16, 244:11
**minutes** [2] - 176:17, 282:9
**miracle** [1] - 214:20
**misconduct** [32] - 37:10, 37:12, 41:23, 51:25, 52:14, 167:13, 167:15, 167:20, 167:22, 168:10, 168:11, 173:18, 174:1, 175:3, 175:6, 175:9, 175:14, 178:8, 178:13, 229:1, 229:4, 229:5, 229:6, 229:7, 230:4, 256:24, 260:5, 265:6, 265:11, 265:19, 265:22, 267:23

**misrepresenting** [2] - 211:9, 278:25
**Missing** [2] - 3:15, 201:1
**missing** [61] - 9:4, 26:22, 96:5, 99:24, 123:22, 129:17, 130:21, 135:6, 135:11, 146:24, 159:17, 159:18, 159:22, 159:24, 160:1, 160:11, 161:4, 161:10, 162:11, 175:19, 176:12, 181:14, 201:20, 201:21, 202:7, 203:7, 204:3, 204:14, 204:17, 205:4, 205:9, 206:17, 206:19, 206:21, 206:23, 206:25, 207:9, 207:14, 207:20, 207:22, 209:20, 210:2, 210:9, 210:13, 211:5, 211:11, 214:11, 214:24, 238:19, 239:8, 239:11, 239:16, 239:18, 240:21, 240:24, 241:9, 241:12, 241:15, 241:21, 247:14, 248:20
**mistaken** [3] - 174:1, 174:4, 174:6
**mistakes** [2] - 153:21, 153:23
**misunderstanding** [1] - 234:21
**misusing** [1] - 112:12
**mitigating** [8] - 95:24, 96:1, 96:15, 96:17, 168:24, 174:13, 174:25, 178:2
**mitigation** [2] - 174:17, 174:21
**mix** [1] - 69:16
**molested** [1] - 37:14
**moment** [4] - 38:7, 59:4, 74:13, 218:23
**money** [4] - 11:24, 27:12, 264:23, 265:1
**MONSERRATE** [1] - 1:11
**months** [1] - 269:6
**Montoursville** [12] - 54:14, 55:16, 55:17, 55:22, 62:12, 62:13, 63:11, 64:25, 65:3, 65:23, 82:10, 87:25
**monumental** [1] - 259:10
**Morganthal** [3] - 40:12, 41:7, 41:21
**morning** [4] - 7:4, 231:6, 245:25, 275:20

**most** [7] - 65:24, 67:23, 67:24, 89:23, 148:7, 180:4, 241:24
**mother** [7] - 136:21, 204:23, 205:15, 206:11, 209:19, 210:6, 251:23
**move** [6] - 108:17, 108:20, 210:3, 210:10, 241:23, 242:1
**MR** [499] - 4:8, 4:25, 5:3, 6:11, 6:12, 6:13, 6:14, 6:17, 6:21, 6:22, 11:10, 11:12, 11:14, 11:23, 11:25, 14:16, 14:18, 14:21, 15:2, 15:3, 15:8, 15:18, 15:20, 16:1, 17:4, 17:10, 17:12, 17:18, 17:20, 17:24, 18:2, 18:15, 18:17, 18:20, 18:22, 18:24, 21:17, 21:19, 21:20, 22:11, 22:12, 22:16, 25:7, 25:8, 25:10, 25:12, 25:14, 25:16, 25:18, 25:23, 26:1, 26:3, 26:5, 26:14, 26:17, 26:19, 27:8, 27:15, 28:7, 28:10, 28:12, 28:14, 28:16, 28:20, 28:22, 28:24, 29:3, 29:5, 29:7, 29:8, 29:9, 29:10, 29:13, 30:10, 30:11, 30:13, 31:20, 31:21, 31:24, 31:25, 32:2, 32:4, 32:5, 32:6, 32:8, 32:9, 32:11, 32:15, 32:16, 32:21, 32:24, 33:1, 33:3, 33:9, 33:13, 33:18, 33:25, 34:3, 34:6, 34:8, 34:9, 34:11, 34:17, 34:20, 34:21, 34:22, 36:16, 36:17, 36:22, 37:18, 37:23, 39:17, 39:18, 39:19, 39:20, 39:22, 39:24, 41:17, 41:19, 51:8, 51:10, 52:4, 52:8, 52:10, 52:11, 52:12, 54:23, 54:25, 55:1, 55:3, 55:5, 55:7, 55:9, 55:11, 55:13, 55:15, 56:11, 56:13, 56:15, 69:15, 69:19, 77:3, 77:4, 77:5, 77:7, 77:8, 77:9, 77:10, 77:13, 77:14, 77:16, 77:22, 78:15, 78:16, 78:17, 78:18, 78:19, 79:15, 79:17, 79:18, 80:11, 80:13, 80:15, 82:21, 82:24, 83:1, 83:6, 83:7, 83:11, 83:13, 83:15, 83:17, 83:18, 83:20, 83:21, 83:24, 84:1, 84:2, 85:23,

85:25, 86:3, 86:6, 88:18, 98:9, 98:14, 98:21, 99:3, 99:8, 99:12, 99:13, 99:14, 103:19, 103:20, 103:23, 105:23, 107:24, 108:1, 108:4, 108:6, 108:7, 108:11, 108:13, 108:16, 108:19, 108:21, 108:25, 109:16, 109:18, 109:19, 110:22, 111:25, 112:2, 112:4, 112:9, 112:18, 112:20, 112:21, 113:3, 113:5, 113:6, 113:10, 113:11, 113:14, 113:16, 113:20, 113:21, 114:2, 125:11, 125:13, 125:15, 125:18, 125:22, 127:3, 127:5, 127:7, 130:11, 130:13, 132:21, 132:22, 132:24, 133:1, 138:18, 138:19, 138:20, 138:23, 138:25, 139:1, 139:3, 139:5, 139:7, 139:9, 139:10, 140:17, 140:19, 140:24, 142:13, 142:18, 142:22, 149:25, 150:3, 150:11, 150:14, 150:19, 151:1, 151:4, 151:24, 151:25, 152:1, 152:5, 153:23, 153:25, 154:4, 159:10, 159:12, 170:6, 170:8, 170:12, 170:13, 170:14, 170:17, 171:1, 171:3, 171:5, 171:6, 171:7, 171:9, 171:11, 171:13, 171:14, 171:16, 171:19, 171:20, 171:21, 171:24, 172:2, 172:7, 172:9, 172:11, 172:14, 172:16, 172:20, 172:22, 173:2, 173:13, 175:22, 175:24, 176:2, 176:12, 176:16, 176:20, 176:22, 176:25, 179:14, 179:16, 180:1, 180:3, 180:4, 180:8, 180:12, 180:13, 180:14, 180:25, 181:1, 181:7, 181:10, 182:11, 182:14, 183:6, 183:8, 183:10, 184:4, 184:6, 184:8, 184:10, 184:12, 184:18, 184:19, 184:23, 185:2, 185:4, 185:10, 185:11, 187:25, 192:24, 193:6, 198:12, 198:13, 198:15, 200:19, 200:20, 201:4, 202:1, 202:2, 202:3, 202:4, 202:5, 209:2, 209:5, 209:9, 209:17, 209:18, 209:23, 209:25, 210:15, 210:18, 210:19, 210:21, 211:1, 211:4, 211:6, 211:8, 211:12, 211:13, 211:14, 211:16, 211:19, 212:8, 212:10, 212:11, 212:14, 212:15, 212:19, 212:21, 212:24, 213:3, 213:6, 213:13, 213:18, 213:23, 213:24, 213:25, 214:5, 214:7, 215:10, 215:12, 216:11, 216:16, 218:8, 219:3, 219:12, 219:15, 221:13, 221:15, 221:16, 221:17, 221:19, 221:20, 221:23, 222:1, 222:3, 222:4, 222:25, 223:2, 223:6, 224:9, 224:13, 224:14, 224:16, 224:21, 226:17, 226:18, 238:16, 238:17, 238:21, 239:3, 239:4, 239:7, 239:9, 239:12, 239:14, 239:24, 240:1, 241:1, 241:3, 241:5, 241:7, 242:13, 242:16, 243:15, 243:16, 243:18, 243:19, 243:21, 245:6, 245:10, 250:9, 250:10, 250:11, 250:13, 250:14, 250:15, 250:18, 253:25, 254:2, 262:6, 262:7, 269:17, 273:21, 273:22, 273:24, 273:25, 274:1, 274:2, 274:3, 274:4, 274:5, 274:7, 274:15, 275:24, 276:4, 276:6, 276:10, 278:18, 278:19, 278:20, 278:21, 278:22, 278:23, 278:24, 279:2, 279:8, 279:12, 279:13, 279:15, 279:18, 279:19, 279:22, 281:5, 281:7, 281:8, 281:11, 281:23, 281:24, 282:1, 282:2, 282:14, 282:18, 283:1, 283:12

**multiple** [4] - 34:12, 34:13, 279:14
**Municipal** [5] - 16:13, 16:14, 124:6, 124:7, 126:1
**municipal** [1] - 102:24
**murder** [1] - 214:19
**must** [2] - 167:12, 178:6

**N**

**name** [26] - 36:23, 40:11, 40:13, 42:2, 42:3, 42:4, 52:5, 64:4, 64:13, 70:17, 81:19, 82:22, 83:7, 114:8, 114:20, 114:21, 159:3, 198:24, 230:9, 240:8, 253:22, 256:10, 270:8, 270:15, 270:17, 272:24
**named** [4] - 37:4, 40:6, 41:2, 271:20
**names** [5] - 63:19, 126:17, 126:24, 272:25, 281:12
**narrative** [2] - 77:12, 77:15
**natural** [11] - 271:23, 272:2, 272:6, 272:11, 272:23, 272:25, 274:12, 275:6, 275:8, 276:8, 276:9
**nature** [16] - 36:7, 36:14, 36:16, 38:6, 42:8, 62:24, 63:1, 67:23, 74:17, 94:18, 101:12, 121:5, 121:6, 211:9, 215:5, 252:22
**NCIC** [44] - 33:16, 43:24, 83:5, 84:4, 88:4, 88:11, 99:17, 99:24, 100:8, 121:24, 122:5, 123:13, 123:22, 124:4, 130:18, 130:20, 131:3, 131:20, 132:2, 140:15, 146:21, 147:12, 174:4, 175:19, 180:21, 181:17, 202:11, 202:24, 203:3, 214:11, 220:17, 228:1, 232:7, 247:9, 247:11, 248:1, 248:7, 248:20, 250:20, 265:21, 280:10, 280:11, 280:17
**Neary** [1] - 21:12
**NEARY** [1] - 21:13
**necessarily** [4] - 18:20, 39:22, 109:10, 282:14, 282:18, 283:1, 283:12
**necessary** [8] - 50:23, 72:25, 162:8, 162:9, 163:5, 197:21, 209:23, 229:14
**necessitate** [1] - 204:5
**need** [34] - 7:18, 7:19, 8:5, 8:8, 8:11, 8:23, 11:22, 20:2, 27:17, 31:7, 35:19, 36:1, 71:4, 84:25, 86:18, 97:4, 108:4, 108:7, 108:9, 108:22, 111:7, 117:23, 206:16, 215:11, 220:15, 234:12, 246:16, 250:20, 252:17, 252:18, 254:7, 254:8, 260:13, 269:10
**needed** [12] - 20:11, 126:20, 126:21, 148:10, 163:6, 219:19, 220:5, 221:12, 223:15, 250:5, 252:21, 256:24
**negligent** [1] - 155:15
**Network** [1] - 43:25
**neutral** [2] - 162:18, 176:6
**never** [16] - 12:10, 12:18, 23:3, 23:4, 23:6, 82:20, 84:10, 168:1, 179:2, 179:4, 202:10, 203:1, 210:12, 262:21, 266:11, 266:13
**new** [1] - 93:8
**News** [2] - 3:12, 110:19
**news** [3] - 81:15, 110:24, 112:24
**Newtown** [23] - 2:4, 14:1, 22:14, 22:15, 22:22, 31:14, 100:24, 103:12, 122:15, 125:7, 150:7, 160:6, 161:3, 216:9, 230:19, 240:24, 241:5, 244:16, 244:19, 261:19, 261:23, 265:10
**Nexis** [4] - 16:11, 16:13, 16:17, 32:14
**next** [9] - 28:17, 31:13, 131:13, 132:4, 171:7, 171:9, 174:11, 210:16
**nice** [1] - 242:13
**Nichols** [1] - 52:4
**NICOLE** [3] - 1:9, 1:11, 1:11
**Nicole** [3] - 34:15, 42:7, 271:16
**ninety** [6] - 196:14, 197:15, 198:5, 198:16, 198:25, 199:22
**NO** [1] - 1:2
**nobody** [4] - 132:6, 206:10, 235:16, 244:9
**non** [1] - 207:18
**none** [3] - 185:20, 225:21, 233:15
**nonsense** [1] - 142:16
**normal** [1] - 4:25
**normally** [1] - 238:2
**Nos** [2] - 208:23, 269:14
**Notary** [2] - 1:17, 284:13
**notation** [2] - 12:23, 157:12
**note** [3] - 196:12, 198:11, 198:20
**noted** [3] - 187:2, 187:6, 218:18
**notes** [3] - 13:3, 13:7, 284:8
**nothing** [23] - 8:6, 42:10, 74:13, 86:18, 87:2, 92:8, 119:14, 122:22, 122:23, 125:12, 132:15, 132:17, 135:20, 135:21, 140:7, 148:5, 165:24, 196:3, 202:23, 210:22, 255:24, 271:11, 272:10
**notice** [7] - 12:11, 210:1, 210:11, 210:12, 211:4, 211:12, 239:8
**noticed** [1] - 12:25
**notification** [7] - 31:17, 189:12, 189:17, 190:1, 190:2, 190:19, 192:12
**notified** [1] - 266:21
**notify** [5] - 188:5, 188:12, 189:13, 189:22, 260:4
**notifying** [2] - 189:7, 260:20
**November** [6] - 53:24, 62:22, 64:20, 105:17, 107:8, 245:23
**NUMBER** [1] - 3:8
**number** [21] - 46:7, 54:20, 71:13, 82:4, 83:13, 83:20, 92:14, 137:19, 147:5, 150:6, 152:1, 170:11, 171:23, 171:24, 172:9, 186:5, 189:6, 191:5, 211:18, 230:22, 262:2
**numbered** [2] - 105:13, 157:4
**numbers** [4] -

126:18, 126:24, 262:6, 281:12
numerous [1] - 225:14

**O**

oath [2] - 217:23, 217:25
obey [1] - 142:1
object [2] - 17:18, 32:23
objection [3] - 5:7, 5:12, 11:13
objections [2] - 4:2, 5:4
obligation [1] - 155:1
obtain [3] - 47:10, 278:10, 279:3
obtained [11] - 47:4, 49:3, 49:12, 49:24, 50:3, 50:13, 50:15, 101:24, 149:20, 152:22, 263:2
obviously [2] - 65:17, 185:23
OCC [1] - 17:8
occasion [1] - 67:25
occasions [1] - 163:14
occur [1] - 130:24
occurred [15] - 7:20, 12:3, 46:23, 57:22, 63:4, 87:21, 170:25, 206:7, 206:11, 223:14, 233:11, 248:23, 262:17, 262:18, 281:13
occurring [2] - 154:23, 163:21
October [9] - 14:11, 29:8, 29:10, 30:10, 30:21, 56:6, 86:12, 280:24, 282:4
OF [2] - 1:1, 2:6
offences [1] - 252:7
offense [1] - 215:7
OFFICE [1] - 2:6
office [12] - 16:19, 16:21, 18:4, 18:6, 18:10, 19:19, 20:10, 39:21, 40:19, 100:21, 124:22, 280:9
Officer [6] - 22:5, 36:4, 84:4, 110:25, 216:9, 258:25
officer [23] - 54:19, 69:22, 99:23, 103:2, 103:3, 103:21, 111:12, 116:9, 118:2, 123:22, 142:4, 179:11, 179:17, 179:22, 179:24, 180:4, 180:7, 188:2, 205:8, 205:9, 236:22, 267:24, 268:1

Officers [1] - 159:14
officers [5] - 23:17, 69:23, 260:6, 271:6, 271:14
Offices [1] - 1:18
official [3] - 118:1, 118:19, 190:2
officially [2] - 71:1, 189:22
officials [2] - 188:12, 256:23
often [1] - 143:25
old [2] - 37:14, 170:1
Oliphant [9] - 93:21, 105:18, 106:15, 109:3, 109:22, 111:18, 112:11, 114:4, 262:10
OM [6] - 74:12, 117:25, 201:10, 201:19, 204:12, 207:2
OM7-2 [5] - 201:7, 204:18, 206:24, 207:8, 207:13
OMs [1] - 53:13
once [3] - 114:18, 119:21, 229:2
one [142] - 5:5, 5:6, 5:14, 12:22, 13:14, 15:9, 15:17, 17:7, 19:10, 25:2, 32:8, 35:22, 36:7, 36:8, 36:13, 36:14, 36:19, 36:21, 37:24, 38:3, 38:4, 38:5, 39:11, 40:10, 41:21, 42:5, 43:9, 45:4, 47:8, 47:9, 49:13, 49:19, 50:7, 50:17, 50:18, 51:11, 51:22, 53:17, 55:3, 55:23, 58:21, 59:7, 59:9, 59:10, 60:2, 62:8, 63:20, 64:15, 66:19, 67:25, 71:22, 73:17, 74:2, 77:9, 78:16, 79:6, 83:17, 88:5, 89:20, 92:10, 92:11, 93:12, 96:14, 97:10, 97:14, 105:25, 107:24, 108:18, 109:17, 114:18, 115:22, 115:25, 118:6, 121:11, 123:5, 124:8, 130:19, 130:22, 130:23, 140:12, 150:24, 151:23, 151:24, 151:25, 152:12, 154:1, 158:11, 160:20, 163:13, 164:7, 168:23, 169:18, 170:8, 171:3, 173:15, 179:21, 180:22, 182:1, 182:23, 184:5, 188:15, 189:7, 194:13, 202:7,

205:23, 209:8, 212:2, 212:5, 212:10, 215:14, 220:11, 220:24, 223:23, 224:4, 227:25, 231:5, 232:24, 240:3, 240:19, 245:12, 245:13, 246:5, 250:12, 252:17, 252:18, 252:21, 253:21, 256:18, 260:5, 269:18, 270:16, 272:8, 273:9, 274:1, 274:3, 278:12, 279:21, 279:23
ones [3] - 44:17, 272:14, 274:25
ongoing [6] - 31:9, 37:2, 43:9, 44:4, 45:11, 156:10
open [3] - 48:7, 61:10, 162:18
operate [2] - 114:23, 178:22
operates [1] - 68:12
operating [2] - 53:19, 54:1
Operation [3] - 91:16, 151:16, 152:17
Operations [3] - 75:11, 95:11, 201:10
operations [4] - 54:1, 130:22, 130:23, 234:8
Operator [1] - 68:20
opinion [21] - 27:10, 35:13, 152:6, 152:8, 152:10, 152:15, 152:16, 152:18, 156:17, 156:20, 156:22, 168:10, 185:12, 204:11, 247:2, 254:23, 264:21, 268:2, 268:3, 268:4, 268:5
opinions [7] - 151:20, 152:21, 193:18, 194:10, 194:14, 194:16, 266:17
opportunity [4] - 95:14, 162:3, 268:5, 268:7
opposed [2] - 36:9, 161:11
ORAL [1] - 1:5
order [62] - 14:11, 22:1, 28:19, 29:10, 29:17, 29:19, 29:21, 30:2, 30:8, 30:9, 47:4, 47:10, 47:11, 48:20, 49:3, 49:12, 49:15, 49:23, 50:8, 50:15, 57:25, 58:17, 59:5, 59:23, 60:4, 97:4, 97:7, 101:24, 102:3, 105:12, 107:12,

117:12, 141:24, 144:3, 144:5, 144:7, 144:8, 149:15, 149:19, 149:22, 150:1, 152:22, 172:22, 182:20, 183:8, 183:13, 208:5, 208:7, 208:11, 208:13, 248:7, 249:12, 249:13, 250:6, 250:20, 251:2, 251:24, 251:25, 252:11, 252:15
orders [12] - 50:3, 57:6, 57:12, 141:24, 142:2, 208:17, 229:11, 252:12, 274:17, 274:25, 275:15, 275:22
ordinarily [2] - 89:22, 92:12
ordinary [2] - 106:3, 106:10
original [5] - 81:8, 244:16, 245:1, 245:4, 245:23
originally [1] - 99:18
otherwise [3] - 105:5, 189:24, 190:14
ought [1] - 153:23
outcome [1] - 24:8
outside [3] - 20:6, 133:3, 214:9
overlooked [1] - 228:25
oversaw [1] - 64:22
oversee [1] - 130:22
oversees [1] - 67:20
oversight [1] - 130:25
own [13] - 37:14, 91:23, 104:9, 127:16, 151:12, 151:17, 185:3, 210:4, 210:5, 211:9, 211:10, 213:8, 252:4

**P**

P-E-R-I-A-N-D-I [1] - 75:17
P.D [1] - 1:7
p.m [1] - 283:17
P5200 [1] - 240:4
PA [1] - 1:8
package [4] - 91:3, 91:6, 232:9, 234:4
packet [6] - 31:23, 85:4, 85:9, 190:11, 221:22, 231:6
PAGE [2] - 3:2, 3:8
page [45] - 77:13, 77:14, 78:15, 78:20, 78:22, 79:9, 89:6, 90:7, 94:21, 104:22, 111:16, 112:23,

122:22, 149:12, 153:1, 169:11, 170:6, 170:7, 170:15, 171:7, 171:9, 171:11, 174:22, 179:10, 181:7, 187:9, 188:1, 188:2, 189:6, 190:7, 190:24, 191:11, 191:23, 193:20, 194:18, 194:19, 198:11, 198:20, 202:1, 202:3, 202:4, 207:13, 225:7, 244:14, 256:11
pages [3] - 78:15, 78:25, 196:18
paid [1] - 153:25
pain [1] - 27:9
paper [2] - 236:7, 271:12
papers [3] - 34:13, 208:21, 274:17
paperwork [3] - 213:10, 213:12, 237:22
paragraph [20] - 90:3, 112:3, 122:14, 122:24, 149:12, 174:11, 194:19, 196:21, 209:18, 238:15, 246:19, 253:20, 270:8, 270:14, 270:22, 274:10, 276:12, 278:18, 279:8
parcel [3] - 51:14, 148:14, 229:19
pardon [1] - 89:8
parent [7] - 60:22, 207:16, 214:9, 242:7, 251:22, 253:7, 253:9
parents [7] - 58:17, 59:3, 60:1, 60:18, 61:1, 140:12, 273:9
part [23] - 33:9, 33:11, 33:19, 51:14, 76:16, 99:17, 107:3, 167:23, 190:21, 194:12, 221:2, 221:22, 229:16, 229:19, 232:4, 248:5, 259:17, 260:16, 264:20, 264:21, 265:2, 278:21, 278:22
participants [1] - 95:15
participated [1] - 280:22
participating [1] - 31:9
participation [1] - 247:9
particular [24] - 16:16, 18:5, 27:20, 29:14, 53:17, 68:24, 70:4, 79:14, 90:9, 118:3, 119:5, 119:17,