152:14, 156:19, 165:5, 181:15, 208:20, 209:13, 218:21, 249:18, 259:6, 259:24, 265:2, 265:9
**particularly** [3] - 212:1, 227:23, 262:20
**parties** [2] - 43:21, 117:12
**parts** [4] - 169:12, 229:21, 282:22, 282:24
**party** [6] - 38:11, 38:13, 39:6, 41:2, 163:24, 218:17
**passed** [1] - 21:8
**past** [6] - 40:23, 43:9, 61:11, 108:20, 164:15, 170:21
**patrol** [2] - 69:9, 69:24
**Patton** [1] - 240:23
**pay** [1] - 264:22
**PCO** [3] - 68:16, 68:18, 70:25
**PD** [1] - 244:19
**PDF** [3] - 235:6, 235:10, 236:6
**penalty** [4] - 153:22, 259:12, 270:7, 283:3
**pending** [1] - 189:23
**PENNSYLVANIA** [2] - 1:1, 1:22
**Pennsylvania** [37] - 1:18, 1:19, 2:4, 2:8, 23:10, 23:15, 36:4, 45:1, 56:18, 58:16, 60:16, 61:11, 61:18, 101:3, 104:3, 119:4, 129:13, 129:19, 154:15, 154:20, 157:14, 157:15, 164:3, 175:16, 178:17, 178:20, 207:14, 209:22, 240:14, 242:1, 251:6, 252:18, 252:20, 267:25, 273:5, 273:10
**people** [20] - 12:12, 12:24, 38:17, 62:2, 64:4, 72:6, 92:15, 96:7, 98:3, 132:13, 132:19, 134:21, 136:17, 141:23, 162:1, 216:13, 244:12, 255:17, 260:25, 265:10
**peoples'** [1] - 63:19
**peppered** [1] - 211:5
**perfectly** [3] - 6:4, 161:13, 217:25
**performance** [6] - 95:10, 180:10, 185:24, 231:21, 232:6, 232:10
**Periandi** [1] - 75:15
**period** [12] - 12:6, 12:19, 12:20, 65:25, 66:1, 66:13, 66:14, 66:16, 75:12, 75:20, 196:7, 250:19
**periodic** [2] - 196:15, 198:25
**periods** [3] - 12:4, 64:22
**perjury** [4] - 48:21, 48:23, 49:5, 283:3
**permission** [7] - 61:13, 117:20, 266:15, 266:18, 266:23, 267:4, 267:7
**permit** [1] - 152:14
**permits** [1] - 118:22
**permitted** [5] - 43:23, 45:8, 115:1, 117:13, 152:19
**person** [80] - 8:6, 38:23, 41:6, 44:7, 48:11, 51:12, 57:1, 62:10, 62:11, 64:4, 64:7, 66:12, 68:24, 69:4, 70:25, 71:6, 71:23, 72:3, 75:18, 75:25, 93:12, 96:5, 96:21, 96:22, 97:20, 98:16, 101:16, 114:8, 114:12, 114:13, 117:13, 117:19, 118:23, 119:3, 120:8, 123:10, 131:16, 132:4, 136:4, 136:9, 136:10, 138:15, 141:18, 141:21, 142:7, 148:11, 148:20, 159:22, 160:1, 163:9, 175:18, 177:12, 177:15, 189:9, 189:10, 192:1, 193:3, 199:24, 202:7, 203:7, 203:18, 204:3, 204:14, 206:16, 206:21, 207:14, 207:19, 210:9, 214:8, 215:8, 220:8, 220:10, 220:12, 228:25, 233:17, 241:21, 251:21, 271:18, 276:20
**Person** [2] - 3:15, 201:2
**person's** [1] - 117:13
**personal** [16] - 44:2, 44:9, 61:15, 121:5, 121:6, 151:17, 156:17, 193:18, 194:10, 194:14, 194:15, 243:5, 262:24, 266:17, 267:14, 267:19
**personally** [9] - 8:7, 47:17, 49:22, 103:4, 121:11, 191:12, 191:18, 192:18, 196:5
**personnel** [8] - 168:3, 174:2, 187:9, 189:22, 192:13, 196:20, 218:17, 218:22
**persons** [8] - 4:13, 35:1, 147:18, 201:21, 204:17, 205:9, 206:23, 214:24
**Peters** [20] - 67:10, 67:13, 67:15, 69:2, 69:3, 72:11, 72:20, 73:2, 131:22, 133:9, 133:18, 133:19, 133:24, 134:1, 134:15, 134:19, 134:20, 134:22
**Peters'** [1] - 72:21
**Peterson** [3] - 68:24, 69:1, 69:2
**petition** [6] - 149:17, 211:24, 212:6, 226:15, 247:24, 274:17
**Petition** [4] - 3:16, 3:17, 208:23, 208:24
**petitions** [8] - 208:17, 214:2, 247:20, 247:22, 272:22, 272:23, 274:25, 275:9
**PFA** [11] - 182:16, 182:19, 182:23, 183:7, 183:11, 215:14, 263:19, 273:12, 273:16
**Philadelphia** [1] - 2:8
**Philly.com** [3] - 110:24, 111:2, 111:11
**phone** [12] - 71:13, 112:25, 117:20, 163:4, 186:7, 186:23, 228:16, 229:22, 233:18, 233:21, 236:24, 259:22
**phrase** [2] - 150:22, 206:15
**physical** [4] - 35:6, 35:15, 60:5, 236:7
**physically** [1] - 117:5
**pick** [4] - 163:4, 163:13, 250:25, 274:3
**picked** [3] - 57:14, 239:19
**picking** [3] - 76:9, 251:2, 253:8
**picnics** [1] - 121:9
**piece** [1] - 236:7
**pile** [5] - 21:21, 208:21, 209:7, 255:20, 271:12
**place** [13] - 100:24, 118:21, 118:24, 131:19, 132:1, 138:11, 207:8, 223:23, 223:24, 224:5, 242:22, 280:9, 280:16
**placed** [4] - 185:14, 185:15, 202:11, 214:11
**plaintiff** [1] - 279:2
**Plaintiff** [1] - 2:4
**plaintiff's** [2] - 39:17, 42:4
**plaintiffs** [1] - 160:23
**Plaintiffs** [1] - 1:4
**planning** [1] - 205:18
**plate** [2] - 42:22, 110:12
**play** [6] - 144:8, 144:9, 206:6, 206:10, 206:13, 206:16
**playing** [2] - 211:14, 251:18
**Pleas** [1] - 213:8
**point** [53] - 9:22, 11:15, 36:21, 43:12, 43:13, 44:23, 45:17, 55:3, 59:16, 65:1, 67:6, 73:12, 87:20, 90:20, 91:11, 98:2, 101:11, 101:13, 102:4, 110:10, 120:9, 124:20, 133:24, 134:23, 134:24, 143:22, 149:18, 150:21, 156:19, 157:2, 157:12, 158:9, 166:2, 170:24, 172:12, 191:24, 193:14, 195:23, 196:3, 213:24, 214:1, 217:14, 239:19, 243:1, 250:16, 256:4, 256:8, 267:8, 269:22, 271:3, 274:23, 278:12, 283:13
**points** [2] - 10:13, 103:5
**Police** [115] - 14:5, 14:6, 15:1, 16:14, 23:10, 23:15, 36:4, 45:2, 45:17, 45:25, 48:18, 49:15, 50:14, 56:5, 56:16, 57:17, 58:9, 58:13, 58:16, 59:16, 60:17, 68:12, 68:15, 73:14, 74:11, 75:19, 84:15, 88:11, 92:13, 95:4, 97:3, 97:5, 97:11, 100:4, 100:10, 102:7, 104:3, 105:11, 106:4, 110:25, 111:12, 117:25, 118:2, 118:6, 118:19, 119:3, 119:9, 119:11, 123:10, 124:6, 126:1, 129:13, 129:19, 129:23, 134:6, 136:16, 137:2, 139:11, 139:18, 140:3, 140:4, 140:9, 141:2, 144:6, 145:14, 146:19, 155:2, 157:2, 157:15, 159:14, 161:3, 163:1, 163:7, 163:16, 164:3, 167:2, 175:11, 175:16, 175:25, 177:6, 177:14, 177:18, 178:17, 178:20, 194:6, 199:20, 202:10, 207:13, 207:14, 215:21, 216:10, 240:11, 240:12, 240:14, 244:16, 245:2, 246:21, 248:6, 248:9, 256:5, 260:6, 260:9, 260:12, 261:11, 261:14, 261:21, 262:1, 266:16, 266:24, 267:1, 267:13, 268:16
**police** [32] - 22:25, 23:7, 23:17, 60:13, 68:20, 97:3, 99:23, 103:2, 103:3, 103:21, 123:21, 125:10, 176:6, 205:8, 205:9, 238:20, 238:22, 238:25, 256:24, 256:25, 261:9, 261:12, 261:15, 261:17, 261:20, 264:16, 265:5, 265:16, 267:24, 268:1, 268:15, 271:6
**POLICE** [1] - 1:9
**policies** [8] - 58:7, 58:12, 119:8, 152:10, 155:2, 155:11, 156:1, 156:19
**Policies** [1] - 164:21
**policy** [35] - 57:17, 57:20, 58:15, 59:16, 59:18, 91:20, 92:16, 104:2, 104:6, 114:15, 114:17, 114:21, 114:23, 115:11, 115:19, 117:24, 118:3, 118:6, 118:22, 124:4, 125:12, 140:4, 140:9, 140:13, 155:17, 155:18, 155:22, 155:23, 156:6, 157:2, 157:7, 167:3, 194:5, 194:9, 260:10
**pop** [2] - 63:19, 64:13
**portion** [6] - 100:3, 131:8, 134:23, 147:21, 169:4, 280:22
**portions** [2] - 53:21, 151:13
**position** [7] - 61:21, 65:18, 112:12, 161:15, 162:18, 177:6, 267:5

possession [1] - 59:4
possibility [2] - 101:22, 246:21
possible [4] - 23:21, 38:7, 264:8, 264:10
possibly [2] - 56:23, 203:10
posted [2] - 110:24, 111:11
potential [1] - 157:5
potentially [3] - 118:25, 119:1, 145:14
power [4] - 102:18, 102:20, 102:23, 103:3
powers [2] - 125:10, 253:12
PR [1] - 185:7
practice [1] - 134:5
preclude [1] - 226:9
precluded [2] - 155:10, 157:11
preclusion [1] - 152:20
preclusions [1] - 253:10
precursor [1] - 169:16
prepare [5] - 13:10, 13:17, 34:24, 128:9, 128:11
prepared [2] - 151:5, 273:19
prepares [1] - 151:15
preparing [1] - 264:7
presence [1] - 20:14
present [12] - 7:15, 19:18, 21:11, 29:14, 30:24, 60:2, 68:15, 72:1, 157:20, 162:3, 220:3, 264:2
presented [1] - 248:7
pretty [10] - 28:17, 39:20, 109:15, 153:25, 204:20, 227:16, 237:4, 244:11, 261:7, 263:13
prevent [4] - 35:4, 35:7, 35:16, 139:23
prevented [1] - 139:14
preventing [7] - 136:5, 138:10, 138:13, 138:23, 139:13, 139:16
prevents [3] - 136:1, 138:15, 267:13
previously [2] - 12:18, 212:23
Primary [1] - 16:13
Print [2] - 3:12, 110:19
print [3] - 110:24, 235:4, 235:20
printed [1] - 235:21
printer [1] - 234:22
prints [1] - 234:25

pristine [1] - 241:10
privacy [3] - 217:3, 217:9, 217:14
privilege [3] - 5:6, 5:8, 18:9
privileged [2] - 18:23, 19:15
privileges [1] - 19:10
probe [2] - 110:25, 111:13
problem [11] - 32:24, 35:13, 38:6, 72:20, 86:3, 184:12, 185:5, 185:7, 283:2, 283:4, 283:5
problematic [2] - 11:20, 11:22
problems [1] - 32:17
procedurally [2] - 66:23, 68:11
procedure [2] - 104:6, 221:25
procedures [4] - 167:2, 196:18, 223:22, 258:22
proceeding [1] - 30:23
proceedings [3] - 29:15, 272:20, 284:6
process [22] - 44:11, 73:3, 76:17, 80:24, 85:22, 94:6, 95:18, 107:4, 114:18, 114:20, 116:16, 223:10, 223:13, 224:1, 224:4, 258:10, 258:12, 258:13, 258:19, 258:20, 259:10, 265:2
Process [1] - 93:3
Processing [1] - 15:5
processor [1] - 235:4
produced [1] - 21:9
produces [1] - 71:12
product [1] - 256:6
Professional [1] - 92:25
professional [2] - 261:8, 261:9
prohibited [1] - 251:1
proper [3] - 95:8, 123:24, 258:18
properly [4] - 95:12, 97:5, 111:1, 131:17
property [2] - 61:6, 267:13
proposed [1] - 154:5
protected [4] - 144:23, 145:2, 216:14, 216:17
protection [2] - 56:21, 56:24
proud [1] - 268:4
prove [3] - 215:17,

245:18, 245:19
proven [4] - 182:7, 182:15, 183:3, 183:6
provide [11] - 128:4, 161:14, 196:15, 198:25, 199:8, 199:14, 219:19, 223:15, 225:6, 225:12, 256:22
provided [8] - 7:12, 16:19, 34:7, 34:12, 162:24, 226:23, 227:24, 231:5
provides [1] - 119:12
providing [1] - 172:25
provision [3] - 101:2, 195:24, 249:8
Provisions [1] - 119:13
PSP [2] - 23:20, 82:9
PTO [1] - 71:6
public [9] - 17:5, 48:6, 175:15, 175:20, 175:24, 176:6, 178:16, 178:19, 188:12
Public [2] - 1:17, 284:13
pull [1] - 77:2
pulled [4] - 73:15, 73:16, 74:1, 252:8
pulling [1] - 160:20
punched [1] - 215:4
punish [2] - 239:10, 239:15
punished [1] - 154:2
punishment [2] - 23:18, 154:5
PURICELLI [283] - 2:3, 4:8, 4:25, 5:3, 6:12, 6:14, 6:17, 6:22, 11:12, 11:14, 11:25, 14:21, 15:3, 15:8, 15:20, 16:1, 17:10, 17:12, 17:20, 18:2, 18:17, 18:22, 18:24, 21:19, 21:20, 22:12, 22:16, 25:8, 25:12, 25:16, 25:23, 26:3, 26:5, 26:17, 26:19, 27:15, 28:10, 28:14, 28:16, 28:24, 29:3, 29:7, 29:9, 29:13, 30:11, 30:13, 31:21, 31:25, 32:4, 32:6, 32:9, 32:16, 32:24, 33:3, 33:9, 33:13, 33:18, 34:3, 34:6, 34:9, 34:17, 34:21, 34:22, 36:17, 36:22, 37:23, 39:18, 39:20, 39:24, 41:19, 51:10, 52:11, 52:12, 55:1, 55:5, 55:9, 55:13, 55:15, 56:13, 56:15, 69:19, 77:4, 77:9,

77:15, 77:16, 77:22, 78:16, 78:18, 78:19, 79:17, 79:18, 80:13, 80:15, 82:24, 83:6, 83:15, 83:18, 83:21, 84:1, 84:2, 85:25, 86:3, 86:8, 88:18, 98:14, 99:3, 99:12, 99:14, 103:20, 103:23, 105:23, 108:1, 108:6, 108:11, 108:16, 108:19, 108:25, 109:18, 109:19, 110:22, 112:2, 112:9, 112:20, 112:21, 113:5, 113:10, 113:14, 113:16, 113:21, 114:2, 125:13, 125:18, 125:22, 127:5, 127:7, 130:13, 132:22, 133:1, 138:19, 138:23, 139:1, 139:5, 139:9, 139:10, 140:19, 140:24, 142:18, 142:22, 150:3, 150:14, 150:19, 151:4, 151:25, 152:5, 153:25, 154:4, 159:12, 170:8, 170:12, 170:14, 170:17, 171:3, 171:6, 171:9, 171:13, 171:16, 171:20, 172:2, 172:7, 172:11, 172:16, 172:22, 173:2, 173:13, 175:24, 176:2, 176:16, 176:22, 176:25, 179:16, 180:3, 180:8, 180:13, 180:14, 181:1, 181:10, 182:14, 183:8, 183:10, 184:6, 184:10, 184:18, 184:19, 185:2, 185:10, 185:11, 187:25, 193:6, 198:13, 198:15, 200:20, 201:4, 202:2, 202:4, 202:5, 209:2, 209:17, 209:23, 210:15, 210:19, 211:1, 211:6, 211:12, 211:14, 211:19, 212:11, 212:15, 212:21, 212:24, 213:6, 213:18, 213:23, 213:25, 214:7, 215:12, 216:16, 218:8, 219:3, 219:15, 221:15, 221:17, 221:20, 222:1, 222:4, 223:2, 223:6, 224:13, 224:16, 224:21, 226:18, 238:17,

238:21, 239:4, 239:7, 239:9, 239:14, 240:1, 241:3, 241:7, 242:16, 243:16, 243:19, 243:21, 245:10, 250:10, 250:13, 250:15, 250:18, 254:2, 262:7, 269:17, 273:22, 273:25, 274:2, 274:4, 274:7, 274:15, 276:4, 276:10, 278:19, 278:21, 278:23, 279:2, 279:12, 279:15, 279:19, 279:22, 281:7, 281:11, 281:24, 282:2, 282:18, 283:12
Puricelli [1] - 3:4
purportedly [1] - 87:5
purpose [14] - 106:11, 138:5, 161:9, 220:23, 221:1, 232:12, 246:17, 256:20, 256:22, 260:1, 260:4, 280:12, 280:14, 280:15
purposely [1] - 206:3
purposes [11] - 23:9, 23:14, 31:10, 55:5, 65:12, 67:11, 75:3, 92:19, 138:6, 201:16, 263:24
purview [2] - 102:25, 131:2
push [1] - 210:2
put [27] - 20:8, 29:7, 30:14, 109:16, 123:22, 123:24, 131:3, 135:5, 149:8, 151:16, 152:11, 174:3, 180:21, 181:11, 181:12, 181:13, 181:17, 184:1, 209:11, 210:1, 210:11, 235:5, 247:11, 247:14, 248:1, 250:1, 251:12
puts [2] - 223:17, 251:20
putting [4] - 211:4, 239:8, 248:20, 265:20

Q

qualifies [1] - 95:3
qualify [1] - 95:19
questions [21] - 4:21, 5:11, 5:18, 6:14, 6:23, 19:21, 25:5, 35:4, 35:8, 39:8, 44:21, 44:24, 55:6, 86:21, 98:24, 99:1, 141:24, 184:11, 221:13, 235:14, 255:3
quick [1] - 38:22

quite [6] - 158:8, 158:19, 162:14, 175:9, 181:24
quote [1] - 239:20
quoted [1] - 239:17

**R**

race [1] - 38:24
raise [2] - 5:7, 123:6
raised [1] - 5:5
raises [1] - 5:12
Ralph [1] - 75:14
ramification [2] - 264:22, 264:23
ramifications [3] - 61:11, 264:7, 264:25
RAN [1] - 5:2
RANDALL [1] - 2:6
randy [1] - 184:10
Randy [20] - 5:7, 5:10, 5:12, 21:15, 34:6, 97:4, 97:6, 107:21, 170:14, 184:18, 185:3, 200:15, 211:12, 214:3, 222:1, 223:3, 224:13, 231:6, 278:23, 279:6
Randy's [1] - 97:2
range [1] - 263:9
rank [5] - 54:8, 59:1, 121:19, 121:20, 141:23
ranking [1] - 141:19
ranks [1] - 56:8
rather [1] - 259:11
reach [1] - 236:24
reached [2] - 237:13, 262:11
read [85] - 6:12, 7:23, 7:24, 8:3, 8:4, 23:19, 23:21, 27:23, 29:20, 31:10, 90:11, 94:25, 115:17, 115:19, 123:20, 125:18, 125:21, 130:11, 130:15, 133:2, 133:4, 133:11, 135:4, 135:19, 138:20, 138:21, 138:22, 149:22, 153:4, 155:11, 158:16, 160:22, 167:7, 167:10, 168:23, 180:1, 187:11, 187:15, 189:24, 191:23, 194:25, 196:6, 198:1, 198:13, 198:24, 199:3, 203:7, 203:11, 204:6, 204:7, 206:23, 209:13, 210:14, 212:9, 212:10, 212:11, 212:12, 212:13, 212:24, 238:14, 243:8, 246:23, 258:8, 258:9, 266:1, 270:14, 270:16, 272:13, 273:12, 273:22, 274:2, 274:16, 276:11, 278:9, 278:20, 278:21, 278:22, 281:2, 281:22, 282:10, 283:11
reading [17] - 34:12, 53:12, 65:10, 94:23, 94:25, 110:15, 123:21, 138:22, 139:3, 160:18, 176:17, 177:5, 184:5, 198:19, 211:18, 243:3, 274:1
reads [2] - 153:2, 194:19
real [1] - 38:22
really [5] - 111:5, 142:3, 144:7, 220:8, 224:3
realm [1] - 53:20
reason [22] - 8:2, 27:19, 28:15, 44:9, 68:1, 73:20, 73:25, 74:5, 122:7, 135:17, 140:3, 164:12, 182:24, 201:23, 214:23, 222:20, 244:23, 255:7, 259:17, 266:14, 271:22, 277:24
reasonable [13] - 27:1, 46:25, 123:17, 134:11, 134:17, 205:21, 214:15, 214:18, 214:21, 215:20, 237:13, 264:16, 272:1
reasonably [3] - 175:15, 178:18, 178:21
reasons [7] - 95:20, 121:19, 121:20, 180:15, 224:7, 267:14, 267:19
reassign [1] - 72:24
reassigned [2] - 72:12, 73:16
recalled [1] - 10:10
recalling [2] - 12:3, 35:10
receipt [2] - 71:15, 78:1
receive [3] - 77:25, 78:3, 233:24
received [19] - 5:4, 56:23, 61:3, 61:5, 76:19, 80:3, 88:20, 88:24, 89:16, 92:13, 92:14, 143:12, 143:14, 173:11, 189:14, 194:20, 258:2, 61:7, 89:7
Reception [1] - 15:5
recipients [1] - 231:24
recognize [5] - 12:6, 106:9, 106:17, 201:19, 231:1
recollection [17] - 11:5, 23:6, 23:22, 24:1, 65:7, 87:16, 89:13, 94:9, 95:17, 107:6, 120:5, 120:7, 128:17, 143:15, 233:11, 269:24, 270:25
record [42] - 14:25, 15:13, 27:23, 28:14, 28:18, 33:13, 37:18, 37:21, 39:23, 46:5, 46:14, 54:17, 68:18, 77:20, 92:19, 95:1, 109:1, 112:4, 112:7, 116:22, 117:13, 118:1, 118:7, 118:19, 127:11, 127:14, 150:15, 172:2, 172:5, 177:5, 209:24, 209:25, 211:2, 213:13, 213:16, 219:7, 240:4, 245:16, 252:1, 282:14, 282:19
recorded [7] - 13:8, 27:23, 116:21, 117:20, 118:9, 118:12, 118:13
recorder [1] - 13:6
recording [2] - 118:15, 118:21
records [12] - 17:5, 47:1, 89:12, 215:1, 220:15, 237:9, 237:15, 237:17, 272:4, 272:10, 275:15, 276:13
Records [1] - 218:11
recovered [4] - 101:23, 132:23, 154:14, 157:13
refer [6] - 79:12, 100:17, 103:10, 103:11, 210:6, 241:8
reference [9] - 139:4, 152:2, 172:21, 181:16, 231:3, 240:24, 271:13, 271:17, 277:22
referenced [1] - 137:22
referencing [1] - 253:24
referred [20] - 75:2, 76:17, 93:1, 93:2, 103:15, 147:4, 159:6, 159:9, 159:10, 180:6, 184:6, 185:6, 202:14, 209:20, 209:21, 231:13, 240:21, 245:19
referring [20] - 46:2, 96:4, 96:20, 105:9, 111:12, 118:4, 125:9, 136:25, 147:3, 150:12, 150:15, 150:16, 159:8, 184:15, 201:20, 219:12, 220:19, 242:14, 245:3, 270:22
refers [3] - 137:5, 202:16, 270:22
refresher [1] - 53:25
refused [2] - 102:2, 142:10
regard [9] - 16:7, 29:25, 35:23, 35:24, 58:8, 67:14, 84:22, 100:14, 110:2
regarding [4] - 16:9, 21:25, 64:6, 112:25
regardless [2] - 130:17, 165:11
regards [9] - 16:8, 41:22, 61:1, 76:1, 76:6, 85:14, 87:14, 106:23, 158:1
registration [1] - 110:12
regs [4] - 53:12, 53:13, 53:19
regularly [1] - 155:20
Regulation [1] - 207:2
regulation [22] - 104:2, 117:24, 137:4, 152:17, 155:8, 155:16, 165:4, 165:11, 168:19, 175:3, 178:1, 187:17, 187:19, 195:18, 199:17, 199:19, 228:5, 238:6, 238:9, 260:9, 267:12, 267:21
Regulations [4] - 74:12, 119:12, 199:21, 217:21
regulations [28] - 53:9, 53:11, 53:18, 53:22, 54:4, 58:5, 62:18, 91:20, 117:24, 127:16, 127:19, 137:2, 162:16, 164:17, 164:23, 164:24, 165:2, 165:23, 173:19, 187:2, 187:7, 187:11, 187:14, 187:16, 197:12, 198:7, 227:15, 265:17
relate [1] - 87:7
related [10] - 9:4, 9:7, 10:3, 22:5, 23:20, 45:12, 87:5, 117:15, 254:11, 254:13
relating [4] - 99:16, 175:12, 200:8, 254:21
Relations [1] - 29:11
relationship [3] - 43:8, 254:14, 254:16
relative [3] - 39:1, 53:15, 113:25
relevance [3] - 28:7, 28:11, 253:25
relevancy [1] - 29:18
relevant [15] - 22:21, 24:9, 24:11, 24:15, 24:16, 25:9, 25:22, 28:3, 28:9, 148:9, 192:14, 229:19, 229:21, 246:12
relied [8] - 58:11, 154:8, 154:10, 154:12, 225:24, 226:23, 263:2, 273:12
religion [1] - 38:24
rely [5] - 86:20, 161:20, 225:22, 227:1, 234:6
relying [2] - 115:6, 115:11
remained [1] - 73:8
remains [2] - 93:11, 264:1
remember [43] - 6:7, 11:21, 12:16, 42:20, 80:5, 80:6, 80:8, 80:11, 80:16, 80:18, 80:22, 83:9, 83:10, 85:18, 87:18, 89:1, 105:25, 150:14, 160:2, 195:10, 195:11, 197:25, 222:7, 231:4, 232:23, 233:20, 236:12, 236:14, 236:17, 238:1, 238:7, 249:18, 259:24, 262:19, 263:21, 265:1, 265:8, 271:4, 281:4, 282:8, 282:10
remembered [1] - 240:18
remind [1] - 262:16
remove [3] - 138:7, 242:5, 242:22
removed [1] - 248:24
removes [2] - 136:1, 138:7
removing [1] - 136:4
repeat [3] - 19:5, 111:7, 111:8
rephrase [2] - 4:24, 5:14
report [133] - 8:16, 15:22, 16:5, 32:13, 33:12, 33:16, 33:19, 34:2, 34:5, 45:14, 46:1, 46:2, 46:11, 46:14, 70:7, 70:14, 70:17, 71:17, 74:20, 74:22, 74:24, 75:1,

75:3, 123:4, 123:2,
123:5, 129:16,
135:11, 141:4,
141:12, 143:8,
143:13, 145:6, 149:4,
151:7, 151:10,
151:15, 151:18,
151:20, 152:4,
152:12, 152:21,
154:2, 154:6, 154:8,
154:10, 158:2, 158:3,
158:11, 158:13,
158:16, 158:21,
159:4, 159:7, 159:11,
159:18, 159:19,
159:22, 159:23,
159:24, 160:1, 160:2,
160:10, 160:11,
160:18, 160:19,
161:3, 161:4, 161:5,
161:10, 161:11,
162:10, 162:11,
168:11, 173:14,
176:23, 177:1,
186:12, 186:16,
190:24, 190:25,
191:1, 193:19, 195:9,
195:10, 196:22,
196:23, 196:25,
197:5, 197:10,
198:12, 202:22,
204:3, 204:8, 204:10,
207:22, 215:23,
219:14, 219:17,
219:19, 219:21,
219:24, 220:6,
220:14, 223:11,
223:13, 223:20,
224:8, 224:10,
224:11, 225:16,
225:20, 225:23,
225:25, 227:7,
233:22, 233:24,
235:17, 236:23,
238:11, 239:1,
239:16, 241:8, 256:5,
263:18, 267:25,
275:18
  Report [2] - 3:13,
140:21
  reported [8] -
169:17, 171:17,
173:6, 204:17, 229:6,
238:19, 239:12,
256:25
  Reporter [2] - 1:17,
284:13
  reporter [1] - 284:19
  reporters [1] -
244:13
  REPORTERS [1] -
1:21
  reporting [4] - 40:2,
51:25, 267:23
  reports [31] - 21:23,
34:19, 74:8, 123:11,
137:22, 151:14,

153:8, 153:9, 157:12,
158:13, 160:8,
191:20, 194:20,
196:15, 196:17,
197:15, 198:8, 199:1,
199:9, 219:5, 220:20,
225:5, 233:23,
234:14, 262:22,
263:16, 263:19,
271:17, 271:24,
275:23, 280:22
  represent [2] -
270:5, 270:11
  representing [1] -
40:18
  reprisal [1] - 145:3
  reproduction [1] -
284:16
  request [19] - 17:7,
18:5, 18:7, 141:1,
141:12, 141:15,
141:18, 141:21,
142:3, 143:25, 144:1,
144:5, 144:7, 147:15,
147:19, 194:23,
195:15, 220:11,
223:18
  requested [6] - 17:8,
84:7, 84:11, 136:20,
144:11, 146:11
  requesting [11] -
85:17, 85:23, 85:24,
86:10, 142:4, 142:11,
218:17, 218:22,
220:8, 220:10, 220:12
  require [9] - 19:1,
49:5, 114:8, 152:6,
156:5, 177:22,
181:16, 190:13,
197:12
  required [16] - 62:20,
74:16, 91:17, 107:12,
121:16, 127:15,
130:16, 130:20,
154:24, 175:7,
180:23, 181:2, 187:1,
187:5, 199:6, 204:11
  requirement [5] -
129:10, 192:17,
197:19, 202:6, 261:1
  requirements [3] -
91:15, 130:2, 197:14
  requires [6] - 107:15,
151:20, 152:8,
155:17, 156:12,
156:14
  requiring [1] -
260:21
  reread [2] - 8:2, 8:4
  research [12] -
16:17, 16:22, 17:7,
17:14, 17:22, 18:5,
21:3, 124:12, 124:16,
126:24, 146:1
  reserved [1] - 4:3
  residence [2] -
138:11, 138:17

residents [2] - 91:12,
273:4
  residing [1] - 273:10
  resolve [1] - 229:17
  resources [1] - 216:4
  respect [5] - 6:21,
175:15, 175:25,
178:19, 244:12
  response [2] - 67:13,
127:5
  responses [1] -
86:21
  responsibility [2] -
132:12, 200:2
  Responsibility [1] -
92:25
  responsible [8] -
67:17, 67:19, 68:25,
130:25, 131:9,
131:10, 131:15, 174:7
  rest [5] - 53:18,
127:20, 134:21,
221:3, 239:5
  rested [1] - 24:21
  result [5] - 49:11,
68:14, 110:15,
188:14, 257:15
  resulted [2] - 116:8,
262:11
  results [1] - 188:6
  retaliate [2] - 51:24,
145:5
  retaliated [2] - 40:2,
41:5
  retaliation [6] -
51:22, 144:23, 145:3,
145:8, 146:4, 239:5
  retaliator [1] - 40:5
  retaliatory [2] -
145:19, 146:2
  retirement [1] -
121:10
  retract [1] - 101:10
  returned [7] - 136:5,
138:11, 138:16,
138:24, 140:11,
154:20, 155:9
  returning [5] - 136:2,
138:24, 139:13,
139:17, 139:25
  revealed [2] -
209:18, 229:3
  review [29] - 13:10,
13:17, 28:2, 34:23,
44:16, 47:1, 54:4,
58:7, 62:16, 73:3,
74:15, 85:19, 89:11,
89:12, 89:14, 91:16,
91:20, 100:18,
127:21, 149:15,
201:13, 201:16,
231:19, 234:4, 239:4,
259:3, 269:9, 275:12,
276:13
  reviewed [18] -
21:22, 50:2, 60:21,
60:25, 72:7, 86:12,

96:22, 100:9, 146:9,
187:3, 234:5, 234:7,
234:9, 234:17, 240:2,
274:21, 276:14,
276:15
  reviewing [6] -
179:10, 179:17,
179:22, 179:24,
180:4, 215:1
  revoked [1] - 49:16
  rice [1] - 231:23
  Rice [19] - 65:24,
66:4, 66:5, 66:6, 66:9,
66:11, 75:6, 75:10,
76:7, 76:8, 76:9,
179:25, 232:20,
232:23, 233:4, 233:5,
233:8, 237:8, 238:3
  Richard [2] - 143:3,
151:7
  Richmond [5] -
28:21, 29:12, 248:5,
280:25, 282:6
  RICHMOND [1] - 1:6
  rid [1] - 91:10
  Rights [8] - 38:14,
38:17, 145:1, 151:16,
248:12, 248:19,
249:1, 249:9
  rights [10] - 57:7,
60:18, 60:22, 61:1,
145:12, 177:13,
177:16, 242:18,
242:19
  ringing [1] - 262:19
  rise [2] - 165:5,
166:13
  Road [1] - 2:3
  road [3] - 69:21,
69:23, 163:9
  room [2] - 20:9, 93:7
  route [1] - 162:4
  rub [1] - 205:6
  rude [5] - 227:22,
227:23, 228:7,
228:10, 228:13
  rudeness [1] - 230:4
  Ruiz [1] - 108:1
  Rule [4] - 146:12,
269:4, 276:5, 276:6
  rule [7] - 58:2, 104:2,
117:24, 204:13,
267:7, 267:8, 267:21
  Rules [2] - 68:11,
74:11
  rules [11] - 53:8,
53:11, 53:22, 62:18,
164:17, 165:23,
173:19, 217:21,
261:14, 265:17, 270:6
  ruling [1] - 111:17
  run [5] - 105:12,
110:12, 261:17,
261:20, 283:7
  running [3] - 28:13,
185:9, 250:16
  runs [1] - 43:3

Russell [1] - 1:6
  Russels [1] - 271:6

S

  S.C [1] - 1:6
  safety [2] - 58:3,
242:23
  salad [1] - 200:22
  sanctions [5] -
210:3, 210:11, 211:2,
211:7, 241:12
  Sanky [1] - 269:7
  SARA [3] - 1:9, 1:10,
1:11
  Sara [12] - 34:15,
47:3, 205:17, 226:12,
271:16, 271:19,
272:16, 279:12,
279:13
  satisfaction [1] -
177:21
  satisfy [1] - 27:2
  save [5] - 83:22,
234:19, 234:24,
235:7, 253:17
  saw [11] - 76:23,
77:7, 80:7, 101:6,
107:22, 136:14,
141:8, 141:11, 149:3,
209:12, 263:6
  scan [4] - 234:18,
234:19, 235:6, 236:6
  scanned [1] - 236:6
  scenario [5] - 58:24,
60:1, 97:8, 117:22,
178:23
  scene [2] - 47:24,
251:5
  school [3] - 252:19,
252:22, 253:1
  scolded [1] - 185:10
  scope [5] - 128:5,
128:11, 128:15,
221:5, 221:7
  screen [1] - 235:11
  scribbled [1] - 81:14
  seals [1] - 55:20
  search [3] - 203:6,
279:10, 280:8
  searches [3] - 46:17,
46:19, 204:5
  second [23] - 17:11,
31:19, 38:4, 77:14,
79:9, 94:20, 111:16,
112:2, 112:23,
127:22, 149:12,
153:1, 181:7, 202:3,
202:4, 209:8, 212:5,
238:15, 244:14,
246:19, 253:19,
256:11
  Secret [2] - 110:5,
110:13
  section [26] - 61:25,
63:13, 67:6, 67:16,

88:2, 96:14, 120:23, 120:24, 124:13, 133:10, 136:15, 138:6, 174:11, 179:15, 180:12, 181:15, 191:16, 191:23, 193:5, 201:7, 206:24, 207:23, 207:24, 209:21, 214:14, 214:22
sections [3] - 32:13, 126:8, 126:13
Sections [1] - 16:15
Security [4] - 216:19, 217:3, 217:20, 281:12
see [54] - 17:1, 18:8, 29:6, 31:19, 49:4, 59:23, 62:17, 64:13, 70:2, 70:3, 74:10, 77:4, 78:9, 80:24, 82:17, 86:1, 96:1, 100:25, 120:22, 127:5, 134:8, 135:8, 137:15, 138:5, 144:15, 146:1, 149:25, 150:24, 151:2, 152:20, 155:12, 155:13, 155:14, 166:17, 180:10, 181:5, 190:7, 198:11, 212:17, 212:19, 222:11, 226:13, 235:11, 247:19, 247:22, 247:24, 252:13, 253:19, 253:20, 270:9, 271:2, 280:11
seeing [18] - 43:1, 43:2, 85:18, 89:13, 89:15, 123:1, 123:18, 136:12, 186:24, 195:10, 195:11, 203:25, 262:25, 268:24, 269:24, 270:25, 271:4
seek [2] - 19:13, 211:7
seeking [2] - 19:24, 219:17
seem [2] - 84:24, 143:19
seize [1] - 247:6
seized [3] - 247:7, 247:8, 248:24
seizing [1] - 247:5
self [2] - 215:4, 215:6
send [14] - 57:23, 70:24, 71:9, 71:11, 83:18, 145:24, 162:5, 197:2, 203:18, 235:5, 236:5, 244:21, 246:10, 267:1
sending [2] - 83:3, 83:4
sense [1] - 46:7
sent [30] - 43:15, 71:12, 79:10, 81:14,

61:17, 88:3, 90:10, 106:25, 109:14, 106:9, 106:12, 109:4, 115:7, 122:17, 190:11, 203:21, 219:20, 219:23, 231:10, 231:25, 232:17, 232:20, 233:1, 233:22, 234:1, 236:14, 237:5, 237:22, 249:20, 250:1, 269:7
sentence [5] - 138:4, 153:2, 194:25, 238:15, 244:14
separate [1] - 264:1
separated [1] - 223:11
separation [1] - 196:11
SERENE [1] - 1:10
sergeant [5] - 65:3, 65:5, 121:17, 148:13, 240:25
SERGEANT [1] - 1:8
Sergeant [33] - 7:1, 22:6, 22:7, 31:17, 54:6, 64:25, 82:9, 84:18, 97:18, 98:7, 98:20, 99:20, 102:5, 123:11, 127:23, 130:15, 131:4, 131:5, 131:7, 136:16, 186:3, 186:7, 186:10, 218:18, 219:18, 220:12, 220:15, 223:15, 223:17, 231:5, 231:22, 240:23, 241:8
series [5] - 26:8, 26:11, 27:17, 208:16, 240:2
serious [2] - 180:3, 211:17
served [1] - 190:2
serves [1] - 180:7
Service [2] - 110:5, 110:13
Services [1] - 164:21
services [2] - 40:1, 120:23
set [1] - 223:22
setting [1] - 176:7
seven [2] - 35:19, 191:11
several [6] - 40:7, 116:10, 116:12, 203:22, 248:10, 265:8
sex [1] - 38:24
sexual [1] - 37:16
shall [21] - 178:14, 187:9, 189:13, 189:22, 190:1, 190:25, 191:1, 191:12, 192:7, 192:17, 193:17, 194:20, 196:15, 196:22, 196:23,

196:25, 199:14, 203:5, 203:18, 204:1
shape [2] - 65:5, 94:5
sheet [15] - 77:10, 78:13, 78:14, 78:17, 78:18, 79:9, 79:12, 79:13, 79:16, 79:19, 81:1, 87:3, 87:4, 171:2, 224:12
shit [1] - 142:14
short [14] - 12:4, 12:7, 12:19, 85:21, 86:6, 90:2, 142:20, 143:22, 200:20, 200:24, 219:1, 261:2, 269:12, 282:16
shorthand [1] - 284:18
Shorthand [1] - 1:17
show [11] - 85:20, 92:8, 105:17, 127:18, 140:7, 198:10, 242:14, 244:18, 256:9, 267:9, 268:21
showed [8] - 8:21, 55:12, 62:21, 157:7, 226:15, 226:19, 272:22, 277:16
showing [11] - 110:23, 119:15, 128:23, 142:23, 164:1, 205:18, 209:3, 218:9, 224:22, 243:13, 269:18
shown [1] - 244:2
shows [1] - 62:15
si [1] - 283:10
side [7] - 144:4, 162:23, 162:25, 163:1, 163:3, 163:17, 283:11
sides [4] - 162:22, 163:11, 163:16, 163:24
sideways [1] - 32:4
sign [3] - 6:12, 90:3, 256:15
signature [3] - 106:17, 243:22, 256:10
signed [2] - 108:7, 283:4
significant [2] - 91:14, 259:12
similar [8] - 5:20, 41:6, 43:8, 77:13, 88:5, 103:18, 226:25, 254:21
similarity [1] - 56:3
simple [1] - 80:13
simply [2] - 9:24, 278:2
single [1] - 168:23
sister [4] - 205:17, 206:2, 206:3, 206:6
sitting [3] - 35:16,

210:15, 273:7
situation [5] - 58:16, 58:25, 207:25, 215:10, 251:10
six [2] - 40:23, 55:18
sketches [1] - 15:13
Skirkus [1] - 93:18
Skurkis [1] - 93:16
smirk [1] - 210:10
snatch [1] - 252:4
Social [4] - 216:19, 217:3, 217:20, 281:12
socialize [1] - 121:7
sole [2] - 220:23, 221:1
solely [2] - 98:13, 108:12
solve [2] - 283:2, 283:4
solves [1] - 283:5
someone [23] - 17:14, 41:5, 47:24, 48:11, 50:22, 51:2, 61:10, 62:21, 68:16, 71:24, 72:12, 80:21, 103:10, 115:1, 115:7, 142:11, 147:25, 148:10, 200:10, 228:9, 229:12, 248:14, 260:7
sometime [6] - 32:1, 72:11, 86:22, 141:9, 208:13, 279:5
somewhat [1] - 201:12
somewhere [5] - 117:4, 177:2, 193:9, 195:3, 243:4
sophisticated [1] - 265:17
sorry [29] - 12:22, 14:19, 25:2, 27:13, 45:24, 51:4, 56:12, 58:20, 66:11, 80:8, 88:22, 93:24, 94:24, 101:10, 107:19, 111:5, 111:6, 115:8, 127:1, 137:11, 169:9, 179:9, 179:12, 186:15, 190:23, 194:4, 213:1, 221:8, 232:14
sort [1] - 41:6
source [8] - 34:10, 50:13, 53:7, 205:16, 222:21, 223:1, 223:3, 223:4
SP3201 [2] - 230:10, 231:14
speaking [12] - 7:22, 8:12, 19:18, 20:9, 53:4, 58:1, 72:15, 72:18, 112:17, 142:1, 217:2, 234:15
speaks [1] - 71:6
special [1] - 201:25
specific [53] - 24:1,

242, 27:7, 42:20, 44:25, 47:19, 47:21, 49:20, 53:15, 53:18, 55:10, 57:11, 58:4, 59:18, 68:1, 84:13, 88:19, 88:23, 90:4, 98:12, 107:6, 115:3, 119:21, 121:22, 121:24, 126:13, 126:17, 126:21, 126:22, 126:23, 130:12, 134:14, 137:4, 137:21, 143:15, 155:22, 158:23, 158:24, 159:14, 175:9, 183:22, 184:14, 193:2, 193:4, 200:8, 218:17, 226:21, 238:8, 241:20, 253:9, 266:18, 267:8, 275:19
specifically [31] - 5:10, 11:9, 11:11, 12:12, 38:1, 57:9, 68:10, 80:23, 106:1, 107:14, 116:18, 119:24, 120:9, 120:13, 126:11, 128:2, 136:15, 147:5, 147:6, 160:17, 168:19, 201:20, 202:16, 203:25, 218:3, 224:8, 226:2, 226:8, 226:10, 267:12, 270:8
specificity [2] - 215:11, 215:13
specifics [1] - 251:15
spell [1] - 75:16
speller [1] - 21:16
spend [1] - 176:16
spin [1] - 210:23
split [1] - 113:13
spot [2] - 54:23, 54:25
spots [1] - 54:24
spousal [1] - 215:15
ST501 [1] - 171:17
stack [5] - 181:22, 181:25, 182:3, 182:4, 208:21
staff [5] - 120:23, 132:15, 132:18, 132:24
stalking [1] - 42:11
stamp [1] - 212:20
stamped [3] - 212:2, 213:4, 213:5
stand [3] - 5:20, 144:2, 210:24
standard [2] - 228:3, 261:20
standards [3] - 73:15, 74:4, 84:15
stapled [1] - 77:3
start [10] - 12:9, 48:9,