48:15, 48:20, 82:11, 84:23, 143:17, 184:18, 185:9, 195:9
**started** [24] - 12:13, 41:17, 45:1, 45:3, 45:4, 47:18, 48:2, 56:5, 61:13, 67:3, 105:5, 122:1, 122:4, 126:10, 126:14, 133:14, 133:15, 143:6, 143:9, 157:4, 172:7, 184:16, 195:3, 215:23
**starting** [2] - 49:8, 69:16
**starts** [1] - 138:5
**state** [21] - 37:15, 41:23, 59:11, 61:13, 74:4, 100:25, 101:1, 135:23, 148:13, 176:6, 214:10, 217:25, 228:5, 242:8, 265:5, 265:16, 266:19, 268:5
**STATE** [1] - 1:9
**State** [110] - 1:18, 14:5, 14:6, 15:1, 23:10, 23:15, 36:4, 45:1, 45:17, 45:25, 48:18, 49:15, 50:14, 56:5, 56:16, 57:17, 58:9, 58:12, 58:16, 59:16, 60:16, 61:18, 68:11, 73:14, 74:11, 75:19, 84:15, 88:11, 92:13, 95:4, 97:3, 97:5, 97:11, 100:4, 100:10, 102:7, 104:3, 105:11, 106:4, 110:25, 111:12, 117:25, 118:2, 118:6, 118:18, 118:19, 119:3, 119:6, 119:8, 119:11, 119:12, 123:10, 126:1, 129:13, 129:19, 129:23, 134:6, 136:16, 137:2, 139:11, 139:18, 140:3, 140:4, 140:9, 141:1, 144:6, 145:14, 155:2, 157:2, 157:15, 159:13, 163:1, 163:7, 163:16, 164:3, 167:2, 175:11, 175:16, 175:25, 177:6, 177:13, 177:17, 178:17, 178:20, 194:6, 199:20, 202:10, 207:13, 207:14, 215:21, 216:10, 240:11, 240:12, 240:14, 245:2, 248:9, 256:5, 260:8, 261:11, 261:14, 261:21, 262:1, 263:17, 266:16, 266:24,

207:1, 207:15, 268:16
**statement** [14] - 33:6, 33:7, 49:6, 49:10, 49:11, 72:14, 186:21, 220:16, 228:15, 228:19, 249:15, 249:19, 263:13, 283:3
**statements** [1] - 128:1
**States** [1] - 205:2
**STATES** [1] - 1:1
**Statewide** [1] - 16:14
**Station** [2] - 7:11, 8:19
**station** [12] - 61:24, 62:19, 63:14, 130:4, 130:23, 130:24, 131:5, 131:11, 132:7, 132:9, 223:11, 262:5
**stationed** [2] - 66:4, 66:7
**stations** [6] - 54:20, 54:21, 55:18, 55:19, 67:25, 132:10
**status** [6] - 196:15, 198:8, 198:12, 198:25, 199:8, 199:19
**statute** [3] - 125:19, 248:14, 248:17
**Statute** [34] - 47:6, 47:19, 125:10, 126:17, 126:23, 128:24, 129:3, 129:5, 129:9, 129:12, 129:15, 129:22, 130:1, 130:2, 135:4, 135:8, 136:9, 136:13, 137:7, 137:21, 137:25, 138:3, 138:20, 138:21, 138:22, 139:4, 156:12, 156:14, 156:16, 157:10, 181:11, 181:15, 249:9
**Statutes** [4] - 127:8, 135:19, 147:2, 147:4
**statutes** [3] - 45:23, 102:10, 125:8
**STD501** [1] - 169:17
**step** [2] - 26:14, 26:15
**steps** [1] - 266:8
**Steven** [1] - 164:2
**STEVEN** [1] - 1:8
**stick** [2] - 65:22, 68:2
**sticking** [1] - 123:4
**still** [5] - 37:2, 90:24, 117:6, 179:14, 259:11
**stipulations** [1] - 5:1
**Stonington** [1] - 55:20
**stood** [1] - 176:8
**stop** [7] - 43:13, 98:23, 252:25, 253:5, 253:7, 278:24
**stopped** [1] - 50:20

**story** [3] - 113:12, 250:14, 261:2
**Street** [1] - 2:7
**street** [3] - 48:5, 58:25, 62:8
**strike** [2] - 8:12, 145:18
**strong** [1] - 261:7
**struggle** [1] - 8:20
**struggled** [1] - 12:23
**struggling** [1] - 10:6
**stuck** [2] - 165:2, 165:4
**study** [1] - 50:2
**stuff** [9] - 26:1, 26:4, 26:6, 69:17, 108:2, 134:23, 176:17, 273:12, 274:23
**subject** [26] - 39:1, 50:6, 52:21, 53:5, 65:17, 95:15, 96:8, 96:13, 97:16, 98:10, 103:7, 142:8, 145:9, 155:4, 168:14, 189:9, 190:4, 191:11, 192:1, 192:17, 206:5, 210:16, 268:12, 268:16, 271:25, 272:7
**submit** [2] - 223:20, 223:21
**submitted** [3] - 14:23, 16:6, 21:23
**subordinate** [1] - 142:4
**subsequent** [1] - 101:24
**Substantive** [1] - 249:9
**sudden** [1] - 185:9
**sue** [2] - 112:1, 264:16
**sued** [8] - 109:21, 109:24, 110:1, 248:8, 248:11, 248:15, 249:5, 250:17
**sufficient** [7] - 270:12, 274:9, 276:2, 276:21, 277:7, 278:3, 278:6
**suicide** [1] - 214:19
**suit** [4] - 36:20, 36:25, 37:3, 37:6
**summary** [1] - 225:4
**superior** [1] - 142:4
**supervise** [4] - 62:2, 62:7, 131:5, 132:10
**supervised** [1] - 65:20
**supervising** [7] - 61:23, 66:12, 73:21, 98:16, 130:4, 131:8, 131:11
**supervision** [6] - 62:12, 63:12, 65:18, 114:19, 156:7, 284:18
**supervisor** [21] - 62:15, 62:16, 63:11,

64:22, 67:2, 67:24, 68:13, 68:15, 68:25, 72:8, 72:24, 73:5, 88:2, 99:20, 130:19, 131:7, 131:13, 131:22, 134:6, 163:10, 180:7
**Supervisors** [14] - 14:1, 31:15, 103:13, 103:17, 103:20, 103:25, 104:15, 125:7, 145:18, 151:6, 230:20, 244:17, 244:19, 260:5
**supervisors** [3] - 168:5, 230:23, 246:11
**supervisory** [1] - 61:20
**supplementary** [1] - 204:5
**support** [1] - 160:9
**supported** [1] - 156:20
**supports** [2] - 156:21, 156:22
**suppose** [2] - 58:24, 62:19
**supposed** [15] - 92:17, 128:5, 152:11, 153:9, 166:23, 181:13, 188:3, 199:17, 199:24, 199:25, 207:3, 214:11, 227:3, 227:10, 228:6
**supposing** [1] - 222:7
**Supreme** [1] - 61:18
**surface** [1] - 48:1
**surprise** [2] - 104:19, 153:17
**surprised** [2] - 176:18, 176:20
**surrounding** [1] - 101:23
**surveillance** [1] - 110:13
**suspect** [2] - 190:2, 190:4
**suspension** [1] - 259:16
**swearing** [1] - 48:21
**sworn** [1] - 4:5
**synopsis** [3] - 94:20, 153:1, 192:3
**system** [8] - 42:17, 42:18, 71:2, 100:8, 203:11, 234:12, 235:25, 236:1
**System** [2] - 43:24, 93:3
**systems** [2] - 44:1, 45:7
**Systems** [1] - 44:2

**table** [1] - 28:4
**tag** [3] - 42:19, 43:3, 98:22
**talks** [8] - 29:19, 111:17, 169:7, 202:6, 207:15, 253:14, 253:22, 274:11
**tap** [1] - 117:1
**Tap** [1] - 117:14
**tape** [1] - 13:6
**tapping** [5] - 117:6, 117:12, 117:22, 119:3, 139:8
**target** [9] - 44:20, 96:21, 99:8, 99:12, 99:15, 110:25, 111:12, 167:18, 175:10
**Tarryton** [1] - 34:16
**task** [6] - 90:15, 91:25, 114:4, 116:9, 127:25, 144:2
**tasked** [4] - 90:13, 91:24, 92:1, 143:18
**telephone** [2] - 118:7, 233:17
**ten** [6] - 36:2, 36:11, 38:10, 98:24, 98:25, 282:9
**term** [6] - 68:22, 138:7, 148:18, 149:17, 149:18, 214:6
**termed** [1] - 157:9
**terminology** [1] - 160:12
**terms** [8] - 38:23, 40:3, 159:5, 166:4, 166:6, 166:8, 241:17, 241:19
**terrible** [1] - 21:15
**test** [1] - 117:8
**testified** [25] - 4:6, 22:21, 23:6, 23:9, 24:9, 30:23, 30:24, 36:16, 36:19, 37:1, 37:24, 84:6, 84:10, 86:15, 119:16, 158:12, 208:17, 208:19, 208:20, 257:17, 271:3, 274:16, 277:1, 277:10, 281:8
**testify** [5] - 24:7, 36:12, 39:9, 84:11, 164:7
**testifying** [2] - 31:6, 220:5
**testimony** [17] - 12:25, 13:24, 48:23, 86:12, 88:23, 107:16, 114:3, 119:20, 128:19, 140:25, 164:11, 193:14, 257:19, 273:13,

274:19, 284:1, 284:9

**texted** [1] - 43:10
**THE** [76] - 1:1, 2:6, 6:16, 14:17, 14:19, 15:4, 15:19, 15:21, 17:6, 17:25, 22:13, 26:18, 27:13, 28:21, 28:23, 29:1, 32:12, 32:22, 33:5, 33:11, 33:15, 34:1, 34:14, 36:19, 52:6, 52:9, 54:24, 56:12, 83:9, 83:12, 86:2, 86:4, 98:12, 103:22, 108:3, 108:18, 108:23, 113:24, 125:21, 132:25, 142:17, 150:17, 151:2, 152:3, 154:3, 170:10, 170:15, 171:23, 172:15, 172:24, 173:3, 176:1, 176:24, 181:8, 182:13, 183:9, 193:4, 209:6, 211:17, 212:9, 212:13, 212:17, 212:22, 213:1, 213:11, 213:21, 215:11, 216:12, 219:13, 221:24, 223:4, 238:18, 239:6, 245:8, 274:14, 279:6
**theft** [1] - 48:12
**theoretically** [1] - 251:4
**theory** [6] - 39:7, 45:6, 185:3, 207:20, 229:13, 255:2
**they've** [1] - 93:8
**thick** [1] - 181:24
**thinking** [4] - 48:17, 151:17, 247:3, 264:23
**thinks** [1] - 184:5
**third** [3] - 78:15, 78:20, 122:14
**thirty** [3] - 47:14, 259:11, 259:16
**thorough** [1] - 231:19
**thoughts** [7] - 7:8, 7:9, 9:20, 9:21, 151:12, 151:13, 250:1
**thousands** [1] - 82:2
**threatening** [1] - 241:12
**three** [13] - 12:17, 25:10, 61:24, 63:13, 63:19, 153:3, 170:8, 226:13, 236:16, 255:15, 271:23, 274:8
**throughout** [3] - 53:22, 209:19, 223:19
**throw** [3] - 91:5, 183:4, 186:2
**thrown** [1] - 128:20
**tightly** [1] - 141:25
**Tioga** [1] - 213:9

**title** [5] - 15:16, 38:19, 38:22, 56:17, 56:18, 56:19, 56:20, 102:7
**title** [7] - 15:2, 15:3, 54:15, 74:22, 93:8, 125:19, 170:24
**today** [23] - 6:25, 13:17, 24:13, 24:19, 24:23, 26:2, 31:11, 34:24, 35:4, 35:17, 50:18, 86:18, 89:11, 89:14, 157:24, 208:18, 233:1, 272:4, 273:7, 275:1, 277:2, 277:16, 279:4
**today's** [3] - 13:10, 21:22, 201:13
**together** [4] - 121:11, 121:12, 250:1, 263:25
**Tony** [1] - 14:15
**took** [13] - 48:11, 51:23, 65:4, 65:13, 66:9, 66:18, 143:21, 151:11, 185:13, 185:15, 255:12, 260:19, 274:17
**top** [2] - 171:5, 198:20
**topic** [1] - 25:15
**topics** [1] - 21:3
**torture** [2] - 26:15, 26:17
**total** [1] - 248:23
**totality** [21] - 148:17, 155:19, 157:10, 165:17, 166:8, 174:14, 177:8, 205:23, 206:9, 208:3, 213:6, 213:8, 213:19, 215:2, 221:1, 229:3, 229:16, 246:14, 255:12, 265:25, 274:18
**towards** [1] - 168:3
**township** [3] - 85:13, 258:14, 260:24
**Township** [34] - 14:1, 22:14, 22:15, 22:23, 31:15, 100:24, 103:12, 122:15, 125:7, 150:7, 151:5, 160:6, 230:19, 231:25, 241:5, 244:16, 244:19, 246:15, 256:21, 256:23, 257:5, 258:2, 258:9, 258:11, 260:5, 260:20, 260:22, 261:3, 261:19, 261:23, 264:4, 264:17, 265:10, 267:22
**track** [1] - 83:21
**trained** [1] - 53:12
**training** [25] - 38:25,

39:4, 48:14, 53:15, 53:18, 53:21, 53:25, 56:17, 56:23, 56:25, 57:3, 57:6, 57:8, 57:11, 61:3, 61:5, 61:9, 117:1, 156:7, 179:1, 183:11, 217:9, 217:17, 217:20, 261:8
**Transcript** [1] - 1:16
**transcript** [2] - 284:9, 284:16
**transferred** [1] - 65:2
**transmittal** [1] - 87:4
**travel** [1] - 203:10
**treated** [1] - 38:23
**trees** [1] - 172:13
**trespass** [2] - 48:3, 252:5
**trespassing** [1] - 47:25
**Trevose** [1] - 55:25
**trial** [1] - 4:3
**tried** [2] - 26:25, 279:3
**triers** [2] - 182:2, 182:9
**Trip** [2] - 8:12, 279:25
**Tripp** [106] - 7:2, 7:3, 7:7, 7:18, 7:22, 8:14, 10:4, 22:5, 22:6, 22:7, 31:17, 31:22, 54:6, 64:19, 64:25, 81:5, 85:17, 85:24, 86:10, 97:17, 97:18, 98:1, 98:5, 98:7, 98:15, 99:6, 99:20, 100:15, 102:5, 114:5, 123:12, 127:23, 128:1, 129:23, 130:5, 130:7, 130:16, 131:4, 131:5, 131:7, 131:15, 132:4, 132:7, 132:19, 133:5, 136:16, 136:17, 144:17, 144:20, 145:4, 146:10, 147:16, 148:6, 149:1, 166:12, 166:13, 166:20, 174:3, 174:7, 180:20, 180:25, 181:2, 186:3, 186:7, 186:10, 186:12, 186:18, 186:21, 191:17, 203:1, 218:15, 218:18, 219:16, 219:19, 220:8, 220:12, 220:15, 220:25, 223:15, 223:17, 227:4, 227:8, 227:12, 228:15, 229:12, 230:7, 231:5, 232:1, 240:20, 241:5, 241:8, 245:2, 246:10, 259:14, 259:22, 259:24, 274:8, 278:10, 278:13,

279:1, 279:4, 279:9, 279:24, 280:6, 280:18
**TRIPP** [1] - 1:8
**Tripp's** [3] - 85:5, 220:3, 240:8
**trips** [1] - 229:15
**Troop** [4] - 54:14, 55:18, 83:2, 83:4
**troop** [21] - 54:14, 54:16, 54:18, 54:19, 54:20, 55:1, 55:7, 61:24, 61:25, 63:10, 65:22, 67:17, 92:2, 114:6, 115:17, 133:3, 174:23, 175:10, 267:5, 267:10
**trooper** [54] - 36:23, 37:10, 37:11, 37:13, 41:24, 42:10, 42:16, 43:1, 43:2, 43:6, 43:10, 43:11, 43:14, 44:1, 51:25, 52:16, 52:17, 60:20, 69:6, 69:7, 69:9, 69:10, 69:13, 69:20, 72:2, 83:11, 97:13, 101:1, 118:12, 118:20, 121:9, 131:13, 148:13, 151:15, 156:4, 157:6, 157:11, 168:13, 185:13, 185:15, 207:7, 228:5, 228:24, 229:3, 229:6, 229:7, 251:4, 251:8, 252:25, 253:3, 253:7, 267:18
**Trooper** [16] - 15:22, 16:6, 21:23, 22:4, 32:13, 33:10, 68:5, 70:2, 99:6, 119:3, 119:12, 136:16, 154:1, 155:14, 231:22, 263:17
**trooper's** [2] - 42:3, 43:17
**Troopers** [1] - 119:6
**troopers** [8] - 52:14, 52:15, 82:2, 147:22, 167:16, 167:23, 176:3, 265:5
**trouble** [4] - 63:18, 211:17, 256:21, 257:3
**troubling** [1] - 241:25
**true** [77] - 12:19, 13:7, 13:14, 17:21, 18:1, 25:12, 25:13, 29:25, 30:4, 30:15, 33:20, 46:3, 61:5, 74:8, 86:15, 96:11, 96:19, 97:9, 102:21, 102:22, 103:10, 109:9, 115:23, 124:1, 124:9, 126:15, 129:15, 132:7, 132:8, 132:9, 132:11, 134:10, 135:1, 135:3,

135:6, 136:8, 141:2, 141:3, 147:22, 153:6, 153:19, 155:12, 158:25, 159:15, 163:21, 164:12, 165:25, 166:1, 166:22, 173:14, 174:9, 174:16, 178:1, 179:22, 182:8, 198:9, 199:7, 200:10, 214:17, 217:15, 217:16, 226:6, 228:7, 243:6, 243:7, 259:13, 259:15, 262:1, 266:13, 270:7, 276:22, 277:8, 280:3, 281:16, 284:9
**truth** [2] - 270:13, 274:9
**truthful** [3] - 153:9, 154:11, 154:12
**try** [12] - 4:19, 4:23, 5:8, 5:14, 11:20, 25:14, 27:3, 80:2, 97:23, 98:19, 99:1, 212:14
**trying** [23] - 25:3, 25:8, 29:3, 41:15, 42:2, 46:5, 70:6, 98:9, 98:22, 98:24, 102:15, 120:1, 148:19, 159:13, 171:25, 185:13, 199:16, 213:21, 214:1, 221:11, 236:10, 266:4, 278:10
**turn** [4] - 5:17, 32:4, 188:5, 207:13
**turned** [3] - 123:25, 167:6, 247:23
**twelve** [2] - 36:2, 36:11
**twenty** [9] - 12:8, 12:20, 13:4, 176:17, 189:7, 202:7, 204:2, 204:9, 261:10
**twenty-eight** [1] - 261:10
**twenty-four** [5] - 12:8, 12:20, 13:4, 204:2, 204:9
**twenty-one** [2] - 189:7, 202:7
**two** [51] - 5:4, 8:24, 9:6, 9:24, 11:23, 12:17, 12:21, 13:13, 16:16, 18:13, 20:19, 21:3, 36:13, 36:15, 38:3, 38:5, 39:8, 58:17, 58:18, 59:3, 74:3, 75:23, 76:1, 78:15, 89:6, 90:7, 113:7, 122:8, 122:10, 123:4, 123:6, 135:19, 151:10, 163:11, 181:23, 182:6, 183:2,

183:15, 185:2, 215:3, 220:13, 225:7, 226:19, 232:25, 254:11, 254:12, 262:8, 269:18, 271:14
**Tyler** [1] - 15:7
**type** [29] - 39:7, 41:7, 43:5, 45:7, 58:11, 60:25, 66:24, 73:10, 75:25, 90:4, 94:16, 97:8, 97:10, 99:5, 105:2, 105:3, 105:8, 106:4, 106:7, 116:21, 151:18, 152:4, 152:14, 156:14, 184:13, 244:4, 244:7, 244:10, 244:12
**types** [7] - 41:9, 57:18, 91:2, 96:19, 156:13, 160:6, 164:4

## U

**ultimate** [1] - 100:12
**uncovered** [2] - 46:24, 165:17
**under** [70] - 36:20, 39:7, 45:6, 47:4, 47:10, 47:11, 49:12, 50:3, 51:8, 54:21, 62:12, 63:11, 68:11, 73:14, 74:4, 84:15, 90:4, 92:16, 95:3, 95:10, 95:13, 96:11, 114:15, 114:19, 125:10, 127:16, 135:10, 136:23, 137:2, 138:3, 140:3, 151:15, 152:10, 153:1, 155:1, 157:9, 162:16, 162:17, 168:4, 168:7, 171:11, 171:14, 175:4, 178:1, 179:14, 180:9, 180:12, 180:24, 181:4, 181:11, 183:20, 183:25, 184:1, 184:5, 184:23, 185:22, 185:25, 187:1, 192:25, 193:2, 202:7, 207:8, 217:23, 217:25, 228:8, 229:13, 242:6, 270:6, 284:17
**undersigned** [1] - 122:14
**understood** [2] - 8:15, 257:2
**undertaken** [1] - 257:15
**unfounded** [4] - 188:15, 230:3, 231:22
**uniform** [1] - 58:25
**union** [1] - 124:4
**unit** [1] - 84:22
**Unit** [7] - 84:23, 87:19, 88:11, 141:1, 147:18, 147:21, 148:24
**UNITED** [1] - 1:1
**United** [1] - 205:2
**Units** [1] - 23:10
**unless** [12] - 5:10, 13:2, 170:9, 170:18, 189:23, 190:14, 191:24, 194:22, 198:10, 235:16, 250:24, 284:17
**unprofessional** [1] - 265:20
**up** [54] - 8:21, 17:3, 18:22, 35:11, 35:19, 42:16, 42:19, 52:10, 53:24, 55:12, 57:14, 61:10, 62:15, 62:21, 64:13, 67:2, 67:5, 67:12, 69:10, 69:16, 69:21, 78:22, 80:3, 83:7, 102:2, 103:5, 113:13, 117:19, 125:16, 127:12, 130:9, 134:24, 149:13, 157:7, 161:7, 163:4, 170:25, 182:5, 197:16, 201:23, 204:2, 205:18, 208:12, 213:9, 214:19, 239:19, 242:1, 242:8, 250:25, 251:2, 252:8, 253:8, 268:14
**update** [1] - 199:12
**updates** [1] - 48:18
**upheld** [1] - 265:11
**Uporium** [1] - 55:20
**upper** [1] - 240:5
**upset** [3] - 249:16, 249:17, 249:22
**upsetting** [1] - 249:19
**urinating** [1] - 48:5
**uses** [1] - 42:20
**utilize** [1] - 127:15

## V

**vague** [1] - 262:14
**various** [16] - 8:19, 10:13, 16:11, 33:15, 34:14, 43:20, 53:10, 53:21, 56:7, 99:21, 102:10, 103:5, 121:9, 151:14, 217:14, 226:7
**vast** [1] - 48:17
**vehicle** [1] - 249:10
**veracity** [1] - 220:24
**verbal** [3] - 26:20, 186:2, 245:1
**verbally** [5] - 188:9, 188:13, 196:16, 199:1, 238:4
**verbatim** [1] - 12:16
**Verification** [1] - 14:7
**verification** [9] - 14:3, 33:24, 78:2, 107:15, 108:5, 209:16, 245:15, 245:20, 246:7
**verified** [7] - 107:11, 107:18, 122:9, 123:4, 245:3, 245:13, 245:20
**verify** [2] - 7:8, 276:2
**version** [2] - 163:7, 170:1
**versus** [3] - 12:20, 129:8, 152:15
**victim** [2] - 33:5, 33:7
**view** [3] - 24:24, 25:4, 153:13
**viewed** [2] - 145:18, 145:21
**violate** [4] - 101:2, 260:8, 260:10, 260:11
**violated** [5] - 47:7, 99:24, 101:7, 145:12, 260:13
**violates** [1] - 124:19
**violating** [1] - 119:13
**Violation** [2] - 276:5, 276:6
**violation** [45] - 38:14, 38:19, 45:19, 47:19, 48:6, 62:25, 100:11, 102:23, 117:18, 117:23, 124:3, 124:5, 124:6, 146:12, 157:4, 157:5, 164:16, 164:25, 165:6, 165:8, 165:10, 165:12, 165:13, 165:16, 166:2, 166:18, 166:22, 167:2, 167:5, 173:19, 173:23, 177:13, 178:17, 182:16, 182:23, 195:17, 215:14, 229:23, 229:24, 229:25, 248:12, 249:1, 249:11, 263:15, 269:4
**violations** [8] - 57:22, 62:18, 63:1, 164:20, 166:13, 181:22, 182:22, 205:19
**violence** [9] - 177:9, 181:19, 183:2, 214:16, 215:16, 215:19, 215:20, 242:5, 262:24
**Virginia** [20] - 28:19, 29:23, 31:8, 40:14, 101:23, 139:19, 139:20, 215:25, 229:15, 243:4, 250:21, 252:14, 271:6, 271:7, 277:9, 277:11, 277:14, 277:17, 280:25, 281:25
**VIRGINIA** [1] - 1:7
**visit** [1] - 8:25
**visits** [2] - 7:22, 7:25
**viz** [2] - 283:10
**viz-si-viz** [1] - 283:10
**vs** [1] - 1:5

## W

**W-L-O-N** [1] - 63:23
**wait** [4] - 4:18, 65:8, 170:15, 210:19
**wants** [5] - 26:14, 26:15, 59:9, 60:5, 245:6
**warranted** [3] - 46:18, 96:2, 174:25
**Washington** [1] - 2:3
**ways** [1] - 25:11
**weather** [1] - 275:7
**week** [1] - 269:8
**weeks** [1] - 40:23
**welfare** [1] - 136:22
**wellbeing** [3] - 253:5, 253:6, 253:11
**Wendoloskie** [1] - 63:22
**whatsoever** [6] - 64:5, 64:8, 65:14, 128:4, 135:18, 214:23
**Wheeler** [16] - 7:2, 9:9, 9:10, 9:19, 10:20, 11:16, 72:23, 73:4, 73:9, 73:15, 73:21, 74:1, 74:2, 131:25, 132:1, 137:13
**whereabouts** [21] - 45:16, 46:12, 59:25, 96:6, 101:13, 101:16, 135:24, 136:18, 137:12, 139:11, 140:5, 176:4, 181:17, 204:15, 205:12, 205:22, 207:4, 210:8, 214:9, 219:9, 241:22
**whisked** [1] - 71:5
**whole** [5] - 82:21, 131:11, 132:23, 191:23, 279:8
**Wide** [1] - 126:1
**wide** [1] - 61:10
**wife** [14] - 36:21, 43:14, 45:15, 45:18, 177:10, 177:18, 181:18, 181:20, 181:21, 206:11, 254:24, 262:23, 263:5, 263:19
**Willard** [4] - 93:20, 105:18, 106:14, 109:2
**Williamsport** [2] - 52:10, 54:25
**willing** [2] - 162:25, 163:2
**Wire** [1] - 117:1, 117:6, 117:10, 117:12, 117:22, 119:3, 139:8
**Wire** [1] - 117:14
**wiretapped** [2] - 261:24, 262:2
**wiretapping** [2] - 262:10, 262:14
**wish** [2] - 221:8, 221:9
**witness** [17] - 9:25, 22:22, 24:7, 33:5, 33:7, 36:9, 36:12, 36:20, 37:25, 38:2, 56:9, 59:2, 78:15, 163:20, 211:5, 282:19, 283:14
**WITNESS** [75] - 3:2, 6:16, 14:17, 14:19, 15:4, 15:19, 15:21, 17:6, 17:25, 22:13, 26:18, 27:13, 28:21, 28:23, 29:1, 32:12, 32:22, 33:5, 33:11, 33:15, 34:1, 34:14, 36:19, 52:6, 52:9, 54:24, 56:12, 83:9, 83:12, 86:2, 86:4, 98:12, 103:22, 108:3, 108:18, 108:23, 113:24, 125:21, 132:25, 142:17, 150:17, 151:2, 152:3, 154:3, 170:10, 170:15, 171:23, 172:15, 172:24, 173:3, 176:1, 176:24, 181:8, 182:13, 183:9, 193:4, 209:6, 211:17, 212:9, 212:13, 212:17, 212:22, 213:1, 213:11, 213:21, 215:11, 216:12, 219:13, 221:24, 223:4, 238:18, 239:6, 245:8, 274:14, 279:6
**witnesses** [1] - 22:25
**Wizner** [35] - 16:6, 33:9, 33:19, 34:19, 46:2, 46:15, 49:14, 68:5, 68:8, 69:20, 70:2, 70:6, 70:9, 70:10, 70:12, 70:14, 70:24, 72:10, 72:13, 72:19, 73:5, 73:8, 73:16, 73:22, 74:1, 74:2, 85:17, 86:11, 129:23, 129:25, 131:19, 137:14, 154:18, 155:14, 219:8
**Wizner's** [5] - 34:4, 34:5, 195:9, 202:22, 204:8
**Wlondoloskie** [4] - 63:20, 63:23, 64:1,

64:12
**WLONDOLSWSKIE** [1] - 64:1
**WLONDOLWSKIE** [1] - 63:25
**woman** [4] - 214:20, 241:22, 241:25, 242:7
**won** [1] - 41:21
**word** [33] - 12:16, 12:24, 13:4, 26:6, 125:8, 125:13, 125:20, 149:11, 150:1, 150:6, 150:12, 151:3, 152:24, 161:16, 171:15, 175:2, 178:21, 185:5, 205:25, 215:9, 216:24, 235:4, 239:8, 239:10, 239:15, 239:18, 262:6, 270:19, 273:16, 276:8
**words** [25] - 10:23, 11:3, 11:4, 11:18, 11:19, 11:21, 84:13, 104:10, 114:21, 125:9, 125:24, 125:25, 144:8, 144:9, 169:1, 193:2, 193:4, 242:8, 244:11, 249:25, 256:7, 258:21, 262:25, 266:2, 280:10
**worthy** [3] - 45:20, 47:9, 227:21
**wrap** [1] - 197:16
**write** [10] - 13:2, 104:4, 104:6, 164:23, 197:15, 244:15, 248:4, 250:3, 267:18, 267:22
**writes** [1] - 223:17
**writing** [7] - 116:22, 145:17, 154:2, 188:10, 188:14, 196:16, 199:1
**written** [31] - 8:16, 103:18, 103:25, 108:5, 108:7, 108:9, 108:22, 119:8, 140:7, 151:14, 158:13, 164:2, 164:24, 176:23, 186:21, 186:24, 188:9, 197:10, 225:9, 225:10, 225:11, 227:13, 227:14, 233:10, 233:13, 254:25, 255:15, 263:12, 263:14, 263:16
**wrongful** [4] - 41:12, 51:2, 51:5, 51:8
**wrote** [22] - 13:7, 103:16, 104:8, 104:14, 126:14, 152:22, 158:2, 168:5, 230:15, 230:23, 243:22, 250:5, 254:3, 255:9, 255:11, 255:17, 257:11, 257:23, 261:2, 261:5, 266:4
**Wyoming** [2] - 54:14, 66:7

### Y

**yard** [1] - 251:18
**year** [4] - 14:18, 37:2, 37:14, 113:7
**years** [14] - 12:21, 47:14, 79:2, 106:16, 106:19, 109:20, 117:16, 121:12, 160:3, 202:7, 236:16, 255:15, 261:10, 265:4
**yesterday** [10] - 7:4, 7:22, 9:14, 10:20, 11:6, 11:15, 11:16, 12:1, 85:19, 86:24
**yesterday's** [1] - 13:8
**Young** [7] - 82:9, 82:12, 84:19, 87:5, 87:11, 87:13, 87:24
**young** [1] - 83:2
**yourself** [6] - 10:17, 95:1, 224:23, 244:4, 246:20, 263:1

### Z

**zone** [4] - 72:2, 72:3, 72:4
**zones** [1] - 72:1