**197**

2  A. Yeah. That's what it says here.
3  Q. Yes. Thank you very much.
4        So it doesn't say anywhere
5  in Detective Lawson's notes anywhere that you
6  identified what you were sending to him as a
7  protection from abuse order.
8        Does it?
9  A. One more time.
10 Q. Sure.
11       MR. HENZES: In his notes?
12       MR. PURICELLI: In his
13 notes, of course.
14       What, do you want me to
15 ask him to look in his head?
16 BY MR. PURICELLI:
17 Q. Can you show me in his notes
18 anywhere where Detective Lawson indicates you
19 were representing the order you were sending
20 down to be the expired protection from abuse
21 order?
22 A. I sent him what he asked for.
23 Q. Did he ask for a custody order?
24 A. He asked me for whatever type of
25 order we had.

Bucks County Court Reporters
215.348.1173

**198**

2  Q. Okay.
3  A. That's what we had.
4  Q. Can I find anywhere in any notes
5  to verify what you're telling me, that he
6  asked for any order you had?
7  A. No.
8  Q. Okay. Were you aware that there
9  was a pickup order and two orders out of
10 Albuquerque, New Mexico?
11 A. For what?
12 Q. For Sara to turn the children
13 over to that court.
14 A. No.
15 Q. Were you aware that there were
16 orders for Sara to appear in New Mexico court
17 in regards to the children?
18 A. No.
19 Q. Okay. Is it your testimony that
20 David Bush did not provide you with those
21 orders?
22 A. I don't recall seeing them.
23 Q. Okay. Do you know a Brian
24 Russell?
25 A. I don't recall Brian Russell.

Bucks County Court Reporters
215.348.1173

**199**

1                JOSEPH TRIPP
2  Q. Have you ever remember seeing
3  anything from the Pennsylvania State Police
4  in regards to David Bush, okay, where it said
5  that it would not assist the Richmond City
6  Police Department?
7  A. Have I got anything -- I don't
8  understand your question.
9  Q. I'm just wondering if during your
10 review of the documents and stuff you've come
11 across any documentation where the
12 Pennsylvania State Police told the Richmond
13 City Police Department they would not
14 assist --
15 A. No.
16 Q. -- the Richmond City Police
17 Department in the recovery of the Bush kids.
18 A. From the State Police?
19 Q. Uh-huh.
20 A. No.
21       MR. PURICELLI: Mark this,
22 please.
23            - - -
24       (Exhibit Tripp-5, marked
25 for identification.)

Bucks County Court Reporters
215.348.1173

**200**

1                JOSEPH TRIPP
2            - - -
3  BY MR. PURICELLI:
4  Q. Showing you an Affidavit that was
5  filed in the instant action, the one you're
6  involved in as a defendant, and it was
7  represented by Defendant Brian Russell's
8  attorney to be an affidavit from him.
9        Let me draw your attention
10 to the second page, paragraph nine.
11       Actually, you can read
12 eight.
13 A. Okay.
14 Q. Okay. Now, you see where he
15 writes on paragraph nine that he called the
16 Pennsylvania State Police?
17 A. Yes.
18 Q. And do you see where he writes he
19 requested the entity's assistance --
20 A. Yes.
21 Q. -- in obtaining the Bushes'
22 children?
23 A. Yes.
24 Q. Okay. And that entity, however,
25 refused to assist?

Bucks County Court Reporters
215.348.1173

## 201

2   A.   That is correct.
3   Q.   Okay. Do you recall being told
4 or seeing any document reflecting who it was
5 Brian Russell may have talked to from the
6 Pennsylvania State Police?
7   A.   No.
8   Q.   Were you aware that someone from
9 the Pennsylvania State Police refused to
10 assist in the return of the David Bush
11 children?
12   A.   No.
13   Q.   Are you familiar with the AR
14 manual?
15   A.   Sure.
16   Q.   Okay. Are you familiar with the
17 section provided in the Section 64-6 that
18 department, meaning State Police members,
19 have an obligation to highest standards of
20 honesty, integrity and impartiality of their
21 conduct?
22   A.   Correct.
23   Q.   Do you agree that was still the
24 standard at the time that you were involved
25 with David Bush?

## 202

JOSEPH TRIPP

2   A.   Yes.
3   Q.   Do you agree that the department
4 administrative regulations during the time
5 that you were involved with the Bush incident
6 required your conduct to render assistance
7 rather than ignore your duties?
8   A.   Sure.
9   Q.   And do you agree that the
10 requirements under the AR hold that you're to
11 provide a form of conduct that reflects
12 favorable to the department and the
13 Commonwealth?
14   A.   Yes.
15   Q.   And will you agree that your
16 undesired conduct shall include -- meaning
17 what they don't want you to do -- immorality
18 or any act or conduct not specifically
19 mentioned in these rules which tends to bring
20 the department or Commonwealth into disrepute
21 or reflects discredit upon the individual
22 employee?
23   A.   Sure.
24   Q.   Okay. And these are codes of
25 conduct.

## 203

JOSEPH TRIPP

        Correct?
3   A.   Uh-huh.
4   Q.   Would you agree with me that the
5 administrative regulation 4.6 requires that
6 employees shall not shirk their duties or
7 responsibilities but shall perform them?
8   A.   Sure.
9   Q.   Would you agree with me that
10 there is regulations on how to conduct
11 missing children investigations?
12   A.   Sure.
13   Q.   Would you agree with me that
14 there's also regulations specifically on how
15 to conduct investigations?
16   A.   Yes.
17   Q.   Okay.
18   A.   Could you tell me what the date
19 is from that manual?
20   Q.   Yeah. These are '91.
21        Have they changed?
22   A.   Oh, absolutely.
23   Q.   That's why I'm asking if you
24 agree back at the time these were still --
25   A.   Have they changed since '91?

## 204

JOSEPH TRIPP

2   Q.   Sure, they have. They update
3 them regularly.
4        Right?
5   A.   Yes.
6   Q.   Okay. Another date I have is
7 11/14/1996. Some of them don't change.
8        Right?
9   A.   Well, the majority of them
10 verbiage changes. Sure.
11   Q.   All right. How about the
12 verbiage I mentioned?
13   A.   The general concept has not
14 changed.
15   Q.   Oh, okay. If you want I'll ask
16 you to produce the current version of these
17 rules, unless we can agree the rule, itself,
18 is the same.
19        Can we?
20   A.   Like I said, generally speaking,
21 sure.
22   Q.   I'm not looking to make work for
23 your attorney or grow any more trees than I
24 have to.
25        Would you agree with me

205

2 that the administrative regulations at the
3 time of the Bush events also dealt with
4 unprotected speech of the employees?
5     A.    Unprotected speech of?
6         MR. HENZES: Employees.
7 BY MR. PURICELLI:
8     Q.    Of employees. Meaning department
9 members. Police officers. State Police
10 officers. Meaning you could say certain
11 things and you couldn't say certain things as
12 a State Trooper.
13     A.    Sure.
14     Q.    Okay. And some of the things
15 that you can't say are liable and slander no
16 matter what.
17         Correct?
18     A.    Sure.
19     Q.    Can't knowingly make false
20 statements.
21         Correct?
22     A.    Correct.
23     Q.    And you can't make statements
24 made with a reckless disregard for their
25 truth.

Bucks County Court Reporters
215.348.1173

206

2         Can you?
3     A.    Correct.
4     Q.    Did you tell anybody that there
5 was a full custody order for the Bush
6 children?
7     A.    Like I said, he asked me if there
8 was any orders that we had, and as it says in
9 his notes, I stated there was some type of
10 order that had expired in January of 2006.
11     Q.    Okay.
12     A.    Because we knew when he first
13 came in he provided us with those orders
14 showing the PFA, all that stuff, had expired.
15     Q.    Did you verify he was telling the
16 truth?
17     A.    Me, personally? No.
18     Q.    Is there any reason you had to
19 believe that the PFA?
20         MR. BUSH: Can I speak
21 with you for a second?
22         - - -
23         (Discussion held off the
24 record.)
25         - - -

Bucks County Court Reporters
215.348.1173

207

1         JOSEPH TRIPP
2 BY MR. PURICELLI:
3     Q.    When you met with Dave Bush at
4 any time, okay, did you tell him that the PFA
5 that expired, okay, barred him from ever
6 seeing his kids?
7     A.    No.
8     Q.    Did you tell him you had a
9 custody order that barred him from ever
10 having his kids?
11     A.    Not that I can recall.
12     Q.    Did you ever tell him, in fact,
13 using those words, okay, the Superior Court
14 says you can never see your kids?
15     A.    No.
16     Q.    Okay. So those would all have
17 been false statements if attributed to you.
18         Correct?
19     A.    Correct.
20     Q.    Would you agree with me part of
21 the prohibitions for your conduct under
22 speech is that you can't make gestures?
23     A.    No.
24     Q.    Okay.
25     A.    What kind of gestures are you

Bucks County Court Reporters
215.348.1173

208

1         JOSEPH TRIPP
2 referring to?
3     Q.    Course -- not employ course,
4 boisterous or insolent language or gestures.
5     A.    That's what you're reading there.
6     Q.    That's why I'm reading it.
7         Was that --
8     A.    Then I guess I agree with you.
9     Q.    Okay. When you spoke to
10 Christopher Bush did you laugh?
11     A.    Absolutely I did.
12     Q.    Do you remember your testimony?
13     A.    Yes.
14     Q.    And you were laughing at a joke
15 he said?
16     A.    No.
17     Q.    You were laughing because you
18 took something to be funny?
19     A.    Yes.
20     Q.    And that was the fact that he
21 said his name was David Bush (sic)?
22     A.    Detective Bush.
23     Q.    Detective Bush. Excuse me.
24     A.    Did I chuckle? Yes.
25     Q.    And you didn't think that was

Bucks County Court Reporters
215.348.1173

## Page 209

```
 2  insolent?
 3    A.   Think that was what?
 4    Q.   Insolent.
 5    A.   No.
 6    Q.   You didn't?
 7    A.   No.
 8    Q.   Do you know what it is, insolent
 9  conduct?
10    A.   Disrespectful?
11    Q.   Yeah.
12    A.   No.
13              How is that disrespectful?
14    Q.   Do you always laugh at people
15  when they answer the phone with their name
16  and rank?
17    A.   Again, put yourself in my shoes.
18    Q.   I am.  That's why I'm asking the
19  question.
20    A.   I'm talking to him asking who is
21  his conduct as Newtown Township Police
22  Department.
23              He says, don't have one.
24              I then make the phone call
25  down there and find out, yes.  They do have
```

## Page 210

```
                 JOSEPH TRIPP
 2  somebody investigating this.  And when he
 3  answers the phone Detective Bush, would you
 4  not find that humorous?
 5    Q.   No.
 6    A.   I did.
 7    Q.   Okay.  Well, that's --
 8    A.   If I insulted him, I apologize.
 9    Q.   Okay.  Now, that's from your
10  point of view.
11              You would agree with me as
12  a person whose collecting facts I have no
13  documents from you to say that was what was
14  going on.  I only have your testimony now.
15              Correct?
16    A.   You have no documents?
17    Q.   No documents from you saying on
18  that date I did this and this is what
19  happened.
20    A.   No.
21    Q.   All right.  And you're presently
22  a person who's defending a lawsuit.
23              Correct?
24    A.   Correct.
25    Q.   Oh, okay.  And you're presently
```

## Page 211

```
                 JOSEPH TRIPP
 2  the person who was the subject of a BPR
 3  complaint by Christopher Bush.
 4              Correct?
 5    A.   Correct.
 6    Q.   Using your analysis putting
 7  yourself in one's shoes, wouldn't you agree
 8  with me that looks kind of suspicious that
 9  you can't remember anything or deny something
10  the others say you did?
11    A.   I admitted that I laughed.  You
12  asked me if I laughed.  I did.
13    Q.   Okay.
14         MR. HENZES:  He did.
15         THE WITNESS:  I said I
16    did.
17  BY MR. PURICELLI:
18    Q.   I asked if you were insolent.
19    A.   If you recall, I said I laughed.
20  That's what I did.
21    Q.   Did you think you were being
22  disrespectful --
23    A.   No.
24    Q.   -- based on a person from my
25  point of view?
```

## Page 212

```
                 JOSEPH TRIPP
 2         MR. HENZES:  Well, I don't
 3    think your point of view is relevant.
 4              So can we kind of move to
 5    something else here?
 6         MR. PURICELLI:  Well,
 7    unfortunately relevance is --
 8         MR. HENZES:  Well, you
 9    know, I mean, if we're not going to ask
10    something else, the court reporter is
11    getting tired.  She wants to go home.
12    I'll end it and we could make her happy
13    at least.
14         MR. PURICELLI:  Okay.
15    Well, we'll go another ten minutes and
16    get everybody out of here and bring the
17    Major back.
18  BY MR. PURICELLI:
19    Q.   Now, the AR also has a Section
20  4.6 (g) that talks about demeanor and
21  conduct.  Courtesy toward the public shall be
22  strictly observed.
23              Correct?
24         MR. HENZES:  The AR is not
25    members.  That's the employees' conduct,
```

## Page 213

    not members conduct.
BY MR. PURICELLI:
    Q.  Are you saying the AR then I'm talking about now doesn't apply to members, meaning you and State Troopers and it relates to civilians?
    A.  I believe that --
        MR. HENZES:  Whatever the administrative regulations says it says.
        Go ahead.
BY MR. PURICELLI:
    Q.  Okay.  Are you aware that you have to follow the code of conduct that's set out in the AR?
    A.  I believe my code of conduct is under the FR.
    Q.  Okay.  So is it your understanding the administrative regulations don't apply to you at all?
    A.  They apply to my job.
    Q.  Which means you.
        Don't they?
    A.  Yeah.
    Q.  Okay.  Thank you.

Bucks County Court Reporters
215.348.1173

## Page 214

JOSEPH TRIPP

    A.  But I believe that if you want my code of conduct you pull that from the FR.
    Q.  Okay.  Are you telling me then in your experience with the State Police no State Trooper is charged with violations of the administrative rights?
    A.  I don't know.
    Q.  Okay.  AR pretty much mirrors the FR.
        Correct?
    A.  But I believe as the Major pointed out, one is for members, one is for employees.
    Q.  FR 1.1 conformance to laws, familiar with that one?
    A.  Sure.
    Q.  Okay.  It says:  You shall abide by the laws of the United States and the Commonwealth of Pennsylvania?
    A.  Yes.
    Q.  Would that include section 2908 of the crimes code?
    A.  Again, you attempt to twist something.

Bucks County Court Reporters
215.348.1173

## Page 215

JOSEPH TRIPP

    Q.  It's a yes or no question.
    A.  Does it apply to --
    Q.  It's a yes or no question, Sergeant.
    A.  Could you repeat the question?
    Q.  Does that FR regulation apply also to that section of the crimes code?
    A.  Sure.
    Q.  Are you familiar with field regulation 1.28, internal investigations?
    A.  Somewhat.
    Q.  Okay.  Are you aware that that investigation, that provision requires written statements from a person who's the subject of an internal investigation?
    A.  What's the date of that?
        MR. HENZES:  Are you asking him does he know that's what it says?
        THE WITNESS:  No.
BY MR. PURICELLI:
    Q.  Okay.  But you did give a written statement.
        Correct?

Bucks County Court Reporters
215.348.1173

## Page 216

JOSEPH TRIPP

    A.  I don't know.
        Was I interviewed?  Yes.
    Q.  Are you familiar with any FR regulation for performance of duties?
    A.  Sure.
    Q.  Okay.  Are you familiar with the rules indicate ignorance of the rules and regulations or directive shall not be construed an excuse for --
    A.  Sir, I believe you're reading stuff that is so old that --
    Q.  Well, is that still a rule that's in effect?
    A.  I am not sure what is all in there.
    Q.  So then maybe your attorney will explain to me if I asked for the policies and procedures why I don't have them.
        MR. HENZES:  You asked for once concerning investigations into missing children.  We supplied those for you.  They were quite specific.
        MR. PURICELLI:  Uh-huh.
        MR. HENZES:  And we gave

Bucks County Court Reporters
215.348.1173

217

```
 2    you those.
 3              You did not ask for the
 4    general field regulations as of --
 5    BY MR. PURICELLI:
 6    Q.    Do the field regulations, the FR,
 7    apply throughout your performances or do they
 8    evaporate when you're doing missing persons
 9    investigations?
10    A.    No. They do not evaporate.
11    Q.    They still apply.
12              Don't they?
13    A.    Sure.
14    Q.    Sure.
15              So if I ask for all the
16    rules and regulations that would apply
17    against an officer, trooper in the
18    performance of their duties to look for
19    missing children that would include field
20    regulations.
21              Wouldn't it?
22    A.    I'm not the attorney.
23    Q.    I know you're not the attorney.
24              But if you were asked for
25    all the rules that control your conduct in
```

Bucks County Court Reporters
215.348.1173

218

```
 2    investigation would I look to you to say,
 3    well, you also have to look at the field
 4    regulations?
 5    A.    Sure.
 6    Q.    Your attorney never asked you.
 7    You never something from me saying what I
 8    wanted as far as documents.
 9              Did you?
10    A.    Nope.
11    Q.    All right. That was your
12    attorney's responsibility. Not mine.
13    A.    Not mine, either, apparently.
14              MR. HENZES: We provided
15    you with what you asked for.
16              MR. PURICELLI: Okay. Let
17    me talk to my clients.
18              - - -
19              (Discussion held off the
20    record.)
21              - - -
22    BY MR. PURICELLI:
23    Q.    Did you ever laugh after
24    Christopher Bush told you he would like to
25    share information with you?
```

Bucks County Court Reporters
215.348.1173

219

JOSEPH TRIPP

```
 2    A.    I don't recall that.
 3    Q.    Do you recall him asking you
 4    would you like to share information with him?
 5    A.    I do believe he said that.
 6    Q.    And what did you say in response?
 7    A.    I don't know.
 8    Q.    You don't know what you said --
 9    A.    I don't recall what I said.
10    Q.    -- or you don't recall?
11    A.    Yeah. I don't recall what I
12    said.
13    Q.    Well, if he said you laughed,
14    what factual reason can you tell me that's
15    not true?
16    A.    I have no factual reason to tell
17    you that's not true.
18    Q.    But you laughed during that phone
19    call.
20    A.    Oh, yes. When he answered the
21    phone call Detective Bush, yes, I did.
22    Q.    Okay. And you will agree with me
23    again that you didn't write down a report or
24    notes or anything for me to look at to see
25    whether you're telling me the truth or he is.
```

Bucks County Court Reporters
215.348.1173

220

JOSEPH TRIPP

```
 2              Correct?
 3    A.    Correct.
 4    Q.    Okay. So you'll agree with me
 5    that there's a dispute whether you laughed at
 6    his request to exchange information or his
 7    simply identifying himself as Detective Bush.
 8    A.    Sure.
 9    Q.    Just so we cap it off, you were
10    aware he made a complaint against you.
11    A.    At what time? Eventually, yes.
12    Q.    It's yes or no.
13    A.    Yes.
14    Q.    Okay. And you knew he was the
15    complainant when Lieutenant Hile spoke with
16    you.
17              Correct?
18    A.    Yes.
19    Q.    Okay. So I can look to those
20    reports for dates and they would be accurate
21    on the report, right, for knowledge?
22    A.    No idea. I didn't write the
23    reports.
24    Q.    Do you know of any prohibition
25    that he has by making a complaint about your
```

Bucks County Court Reporters
215.348.1173

**221**

JOSEPH TRIPP

conduct?
   He can do it.
   Right?
A.  Sure.
Q.  You're aware that's protected speech activity.
A.  He can do what he wants.
Q.  First amendment right. He can --
   MR. HENZES: Objection. You're asking for a legal conclusion. He has a right to file it.
   MR. PURICELLI: He can answer it.
   MR. HENZES: He can't answer legal conclusions.
   MR. PURICELLI: He can tell me his belief.
   MR. HENZES: Go ahead.
   THE WITNESS: Yes. He can file a complaint against me.
BY MR. PURICELLI:
Q.  And in your belief do you know whether that's protected speech under the first amendment?

Bucks County Court Reporters
215.348.1173

**222**

JOSEPH TRIPP

A.  No.
Q.  You don't think it is?
A.  I have no idea.
Q.  Okay. You've had no training whether it is or isn't.
   Right?
A.  I don't really care. If he wants to make a complaint, he can make a complaint.
Q.  That wasn't my question, Sergeant. I can get you out of here, but if you want to get into a dialogue we will.
   You've had no training as to whether that is or isn't protected first amendment speech?
A.  Not that I can recall.
Q.  Okay. What have you done, if anything, to determine whether it is or isn't first amendment speech?
A.  I haven't done anything.
Q.  Okay.
   MR. PURICELLI: Okay. That's all.
   I think we're done with the sergeant.

Bucks County Court Reporters
215.348.1173

**223**

JOSEPH TRIPP

- - -

(Witness excused.)

- - -

(At 4:30 p.m., proceedings were concluded.)

- - -

Bucks County Court Reporters
215.348.1173

**224**

JOSEPH TRIPP

C E R T I F I C A T E

   I, BARBARA C. STALHEIM, being a Certified Shorthand Reporter in Pennsylvania, do hereby certify that the foregoing oral testimony of JOSEPH TRIPP was taken stenographically by me on Thursday, January 7, 2010, after the said witness was duly sworn or affirmed prior to the commencement of his testimony; and that this deposition transcript is a true and correct transcript of the same, fully transcribed under my direction, to the best of my ability and skill.

   I further certify that I am not a relative, employee or attorney of any of the parties in this action; that I am not a relative or employee of any attorney in this action; and that I am not financially interested in the event of this action.

BARBARA C. STALHEIM
Certified Shorthand Reporter

Bucks County Court Reporters
215.348.1173

'06  117/22
'07  100/3 100/11 156/8 159/17 182/9 182/14
 182/17
'91  203/20 203/25

## -

-- 7/3 10/7 10/10 17/22 25/6 35/21 36/16
 36/20 37/9 37/10 45/21 45/23 48/11 52/16
 52/19 53/8 55/3 56/16 57/10 59/12 76/22
 84/18 87/10 87/18 92/19 94/7 96/19 101/10
 109/5 112/25 114/18 117/8 119/11 123/21
 140/5 160/4 165/7 169/18 186/2 186/7
 189/15 199/16 200/21 211/24 219/10
---------------------------------------- 1/19

## 0

06  117/21 122/14 149/3 149/6
06 --  51/3
07  179/15 180/5 180/13
07-4936  1/6

## 1

1.1  214/15
1.28  215/11
10  51/3 117/21 122/14 149/3 149/6
11  204/7
112  3/10
117  5/17
12  1/16
123  8/8
12th  2/7
14  204/7
178  3/11
188  3/12
18901  1/21
18940  2/4
19107  2/7
199  3/13
1996  204/7

## 2

20  108/17
2006  52/21 60/3 191/8 191/15 206/10
2006-0692  175/12
2007  151/10 151/13 156/12 164/24 172/23
 175/12 177/9 178/5 179/2 180/15 180/25
 181/10 181/15
2009  76/9
2010  1/10 224/9
201A  1/20
21  2/7 182/9
2100  52/21
215.348.1173  1/21
23  51/3 149/3 149/6 193/5
24  117/21 122/14
2808  76/23
2809  76/23
2908  17/11 76/4 77/14 214/22
2909  17/11 76/4 77/14

## 3

30  223/5
31  172/22 179/15
3rd  2/7

## 4

4.6  203/5 212/20

## 6

60  37/6
60-day  45/8

6108  192/24 193/2
6416  201/17
691  2/3

## 9

99  1/20 3/9

## A

a --  170/8
abide  214/18
ability  224/14
able  41/15 121/18 155/17 158/16 175/7
about  6/18 7/8 7/23 8/5 9/11 13/21 16/3
 18/16 20/15 20/15 21/25 24/12 24/13 24/14
 25/9 25/10 26/23 27/2 27/3 30/2 30/3 37/22
 40/17 40/21 45/9 48/18 51/19 52/21 52/21
 55/18 56/16 73/15 73/19 73/25 74/4 75/3
 78/17 83/24 84/7 84/22 85/6 85/8 86/8 87/5
 87/6 87/20 88/14 90/18 94/19 95/25 97/24
 99/3 102/25 105/8 105/24 117/25 118/5
 118/5 119/3 124/7 131/18 132/2 134/23
 139/14 139/18 139/24 141/5 141/25 142/5
 142/17 144/19 146/2 146/5 148/15 151/21
 156/5 159/2 162/8 162/10 162/24 165/3
 165/7 168/12 170/19 171/20 175/19 177/9
 177/15 179/11 185/21 186/23 187/19 190/25
 191/18 204/11 212/20 213/5 220/25
above  1/15
absent  126/25
absolutely  31/5 45/19 45/22 187/14 203/22
 208/11
Absolutely --  37/8
abuse  191/2 191/10 194/5 195/13 195/22
 196/2 196/6 196/24 197/7 197/20
access  196/10
according  22/16 44/20 72/15 134/16
accurate  12/14 12/16 12/18 34/13 38/16
 178/22 220/20
accurately  35/4 151/25
acquire  68/5
across  199/11
act  5/24 6/11 6/20 7/3 7/18 8/3 60/2 156/6
 192/25 193/3 195/22 196/2 202/18
Act --  6/19
action  13/23 193/4 193/4 195/7 195/11
 200/5 224/17 224/18 224/19
actions  7/7 8/4 119/12 172/4 172/14 172/25
activities  6/18 7/22 28/18 73/13 73/15
 157/14
activity  28/21 29/3 32/24 33/3 47/25 48/13
 221/7
actor  59/15
acts  7/12
actual  101/7 174/13 174/14
actually  6/8 46/6 74/7 124/3 129/4 143/18
 144/8 170/17 176/2 191/23 192/2 200/11
Adam  12/3 30/14 188/13
ADAMS  1/8
add  159/24
adjourn  78/8
administrative  202/4 203/5 205/2 213/10
 213/19 214/7
admitted  211/11
advertise  143/18
advice  56/21
advised  59/25
affairs  163/16
affectionately  44/6
affectionly  178/21
affidavit  200/4 200/8
affirmed  224/10
after  4/11 7/7 15/15 18/17 29/14 50/2 52/13
 72/18 83/5 84/14 84/23 85/7 85/13 85/17

85/22 86/8 87/18 97/23 98/9 100/11 127/24
128/15 128/25 139/19 141/3 145/21
148/19 149/2 149/11 150/6 159/3 164/24
175/17 175/24 176/24 185/5 185/15 218/23
224/9
afternoon  4/18 4/19
afterwards  98/5 98/8
again  11/3 26/4 29/24 36/3 37/25 42/5 42/7
 42/24 46/6 52/2 55/17 55/23 71/20 75/13
 75/14 77/11 80/12 80/14 92/10 95/9 100/6
 104/18 122/6 124/22 134/13 134/21 135/13
 145/10 154/10 154/19 177/23 185/7 185/18
 187/21 209/17 214/24 219/23
against  75/9 85/8 85/15 164/12 180/16
 217/17 220/10 221/21
age  174/23
agencies  87/22 88/5 89/7 89/8
agency  8/25 70/4
ago  13/3 13/4 36/13 130/11 148/9 165/3
agree  15/3 15/14 45/20 49/3 64/3 65/11
 98/11 120/10 123/9 130/6 135/5 149/14
 150/8 150/15 150/23 178/10 180/15 181/14
 185/15 185/19 194/4 201/23 202/3 202/9
 202/15 203/4 203/9 203/13 203/24 204/17
 204/25 207/20 208/8 210/11 211/7 219/22
 220/4
agreed  4/4 141/9
agreement  174/20
ahead  40/23 62/18 63/10 75/19 115/7 192/9
 192/14 213/11 221/19
AKA  153/7
al  1/8
Albuquerque  198/10
all  4/7 4/24 5/4 7/21 11/5 15/13 20/21 26/3
 27/3 29/12 29/24 31/6 31/24 33/9 33/10
 41/25 46/22 49/2 56/13 59/7 59/22 62/11
 62/17 62/20 63/8 65/5 65/12 65/18 66/12
 69/21 70/15 73/2 73/13 74/2 79/7 85/25
 86/21 95/3 95/12 97/11 97/17 99/15 99/18
 99/20 102/3 103/4 105/17 107/14 109/9
 109/11 115/21 116/2 118/19 119/6 119/14
 120/5 120/14 124/6 126/15 126/16 131/23
 132/14 138/5 141/17 142/16 146/21 148/5
 148/8 150/23 151/20 152/23 153/4 154/19
 155/5 155/20 156/20 156/22 162/19 165/7
 168/20 168/22 169/4 171/12 174/21 175/9
 177/8 177/19 177/22 177/23 178/10 178/20
 180/23 182/20 183/2 185/3 187/20 190/7
 190/10 191/20 192/16 193/18 196/6 196/22
 204/11 206/14 207/16 210/21 213/20 216/15
 217/15 217/25 218/11 222/23
allegations  139/17 141/6
alleged  31/25 132/18
allegedly  56/21 109/13
allowed  35/25 163/17
almost  136/15
alone  75/9
already  75/16 88/25 118/3 119/19 141/7
 149/12 171/11
also  5/24 9/2 18/8 53/4 53/12 66/8 70/25
 74/15 169/25 181/7 181/14 196/25 203/14
 205/3 212/19 215/8 218/3
although  118/25
always  19/14 147/25 163/5 209/14
am  43/16 62/25 105/21 125/24 135/15 137/2
 173/7 185/25 209/18 216/15 224/15 224/17
 224/18
amendment  221/9 221/25 222/15 222/19
amount  66/10
analysis  211/6
and --  142/13 161/19
another  35/25 128/10 154/21 204/6 212/15
answer  41/22 64/14 80/8 80/18 80/23 86/20