## A

answered 13/12 75/16 80/5 80/11 81/24 82/3 82/18 114/21 115/6 116/25 118/3 122/12 219/20
answers 12/18 79/3 138/14 210/3
any 4/25 5/2 6/17 6/23 10/12 16/7 16/11 16/17 16/20 17/10 20/14 28/23 29/8 29/13 38/22 39/5 39/6 63/12 70/4 71/6 71/9 71/12 71/24 73/7 73/25 74/17 75/8 75/8 75/15 81/3 82/9 82/15 85/20 85/24 87/14 87/21 87/22 88/12 89/24 90/2 90/7 92/7 93/17 97/5 100/7 100/23 103/11 103/14 113/19 116/5 116/9 124/14 125/2 126/18 126/23 127/9 127/20 129/9 129/12 129/16 130/15 131/11 131/24 132/5 132/6 132/8 139/16 140/2 142/18 143/3 143/8 144/3 144/7 144/15 144/21 144/24 157/13 160/4 162/21 169/14 169/14 169/18 169/22 170/2 171/6 171/18 171/20 171/24 172/2 172/12 174/13 188/10 188/11 198/4 198/6 199/11 201/4 202/18 204/23 206/8 206/18 207/4 216/4 220/24 224/16 224/18
any -- 144/2
anybody 18/3 27/21 42/14 73/23 78/16 81/16 83/24 84/6 88/4 94/9 111/21 126/24 162/20 171/7 172/12 172/23 185/20 186/9 188/3 206/4
anymore 60/25
anyone 169/21 172/2
anything 5/6 5/7 5/22 12/22 15/22 18/25 22/24 37/15 47/21 56/13 72/11 72/13 74/20 74/23 74/25 78/25 86/6 89/14 90/16 90/18 90/23 92/22 93/12 124/7 130/20 132/19 141/24 145/25 146/4 146/8 146/9 161/16 170/19 178/22 184/14 187/19 190/25 199/3 211/9 219/24 222/18 222/20
anything -- 199/7
anywhere 27/20 39/2 74/23 90/24 197/4 197/5 197/18 198/4
apologize 210/8
apparently 30/7 30/9 61/23 62/13 66/6 69/7 124/10 152/11 159/7 218/13
appear 28/23 29/8 198/16
APPEARED 2/2
appears 5/21 21/9 98/12 100/6 150/6 159/3
apply 15/5 213/5 213/20 213/21 215/3 215/7 217/7 217/11 217/16
approval 171/20
approved 163/15
approximately 1/16
AR 160/7 201/13 202/10 212/19 212/24 213/4 213/15 214/9
arbitration 5/10 6/20 6/25 7/11 9/19 11/17 11/21 36/21 88/20 88/21 89/3 107/24 132/15
arbitrator 12/13
are 4/6 4/8 4/25 12/12 17/17 19/23 23/14 25/25 31/14 31/24 34/23 34/25 36/6 37/3 37/16 44/15 49/5 49/18 57/2 61/7 63/4 69/17 70/7 73/14 80/25 86/6 86/16 97/13 97/18 107/3 111/2 116/17 117/16 122/19 134/7 152/21 154/12 154/14 154/23 162/8 173/13 173/15 174/17 177/12 189/8 190/8 190/13 190/18 192/23 195/21 196/9 201/13 201/16 202/24 203/20 205/15 207/25 213/4 213/13 214/4 215/10 215/13 215/18 216/4 216/7
are -- 37/5 64/20
area 8/12 35/5
aren't 23/12 28/4 28/12 41/20 51/10 195/23 196/3
argue 195/18
argument 125/13
argument -- 183/21
around 8/8 98/22 136/8
arrest 118/6 151/21
arrested 189/25
arrived 18/22
as 2/2 4/7 4/12 20/13 23/17 24/8 25/17 28/4 28/13 31/10 31/21 35/11 35/11 38/5 38/6 38/16 41/15 41/20 42/14 44/3 44/5 44/15 46/8 48/14 48/14 53/9 58/24 62/8 67/11 71/9 75/17 76/8 78/17 78/21 82/25 87/4 87/19 89/11 99/14 99/16 101/3 103/19 103/19 107/12 107/17 109/5 113/14 113/15 115/16 116/18 121/9 121/10 132/20 133/10 134/6 136/12 136/13 141/12 149/16 153/6 153/7 153/10 153/16 154/8 156/20 158/25 162/10 173/12 173/15 173/22 174/3 174/6 174/10 174/24 175/13 175/14 175/21 176/8 176/14 178/5 181/8 183/3 183/3 187/21 189/11 189/20 197/6 200/6 205/11 206/8 209/21 210/11 214/12 217/4 218/8 218/8 220/7 222/13
aside 88/21 109/18 111/20 172/19
ask 18/3 42/20 42/24 43/4 48/23 48/23 63/13 63/23 73/4 79/3 81/5 104/24 105/18 111/13 117/25 118/5 138/9 152/4 160/8 161/12 185/3 197/15 197/23 204/15 212/9 217/3 217/15
asked 7/12 7/23 8/5 8/17 13/12 18/12 18/14 40/16 40/20 43/7 43/11 48/11 60/19 73/3 73/6 73/10 80/6 80/13 81/17 82/3 83/12 86/11 92/6 101/14 104/15 105/16 105/24 115/21 121/10 123/6 125/21 128/18 129/13 130/3 132/21 132/25 135/25 142/21 149/25 157/25 172/8 176/21 182/2 184/23 187/2 197/22 197/24 198/6 206/7 211/12 211/18 216/18 216/20 217/24 218/6 218/15
asked -- 172/7
asking 5/5 6/8 14/7 14/12 17/17 28/12 38/12 41/12 48/4 48/19 52/7 54/25 55/17 60/8 60/11 60/15 70/12 75/15 86/16 86/19 92/15 95/9 99/18 105/17 114/23 116/10 124/24 124/25 125/6 126/3 126/16 133/13 135/13 135/15 136/23 137/3 145/10 149/18 150/2 150/14 151/20 154/3 156/11 160/10 160/15 161/15 163/23 170/11 176/13 177/4 203/23 209/18 209/20 215/19 219/3 221/11
assign 163/17
assigned 45/7 69/17 70/7
assist 69/14 199/5 200/25 201/10
assist -- 199/14
assistance 202/6
assistance -- 200/19
assume 104/5 144/11 146/15 156/17 175/16 178/8
assumed 176/24 177/3 178/2
assumes 175/23
assuming 130/23 132/16 180/11 182/8
assumption 108/6 158/21 184/11
attached 3/15 128/10 157/21 181/16
attachment 155/14 170/7
attachments 97/12 97/18 154/14 154/18 154/20 154/24 156/20 156/23 157/2 159/16 159/20 159/23 160/5 164/7 177/17
attack of 45/21
attempt 23/4 23/7 31/18 46/8 214/24
attention 160/14 161/7 188/22 200/9
attorney 1/14 2/5 22/16 22/17 23/2 23/15 23/24 25/20 26/5 26/8 27/14 27/23 32/13 38/3 38/8 38/17 42/9 71/4 74/15 76/25 88/22 91/2 91/11 91/13 91/17 91/21 92/24 93/3 93/14 93/17 93/19 94/12 94/13 94/18 94/24 95/18 95/19 95/21 96/9 96/22 97/9 102/20 104/10 112/10 120/23 136/12 137/23 146/21 157/3 157/10 164/18 165/14 169/16 169/23 171/25 172/9 184/25 193/21 200/8 200/23 210/17 217/22 217/23 218/6 224/16 224/18
attorney's 29/5 31/13 39/5 39/17 42/19 46/9 56/22 87/23 137/14 171/21 172/3 172/13 172/24 218/12
attorney-client 14/7 14/19 14/22 15/4
attorneys 22/21 37/24 91/5 143/18
attribute 124/17 126/20
attributed 116/18 207/17
attributes 32/24 33/3 115/11 115/11 116/16 119/17 189/15
aught 130/18
August 117/22
August 1 175/12 178/25 181/8 184/20
authority 146/13
aware 19/24 49/13 103/10 108/3 127/7 140/10 140/18 143/20 198/8 198/15 201/8 213/13 215/13 220/10 221/6
away 12/10
awhile 13/3 13/4 37/15

## B

back 16/2 57/6 58/7 58/10 60/22 64/19 75/14 79/20 90/6 97/21 203/24 212/17
background 19/21
bad 124/8 142/9
bailiwick 163/22
Banik 96/11 96/20 96/21 165/18
Banik's 165/20
Barb 159/12
Barbara 1/17 224/5 224/24
barracks 33/13 79/20 169/10
barred 207/5 207/9
based 12/11 29/12 54/5 54/10 60/24 61/12 70/13 126/17 150/2 170/5 184/13 211/24
basis 127/9 127/9
bat 45/24
battle 148/5
be 5/21 7/5 8/2 12/14 12/18 13/22 15/16 16/14 19/18 23/6 25/25 31/18 32/2 32/5 32/16 34/16 38/3 40/19 41/15 43/3 43/20 44/7 48/2 50/3 53/9 56/23 56/25 57/4 61/3 61/4 65/17 65/23 71/3 71/18 71/22 89/20 91/13 92/8 97/4 100/10 104/7 107/12 108/17 109/6 109/25 119/23 121/18 124/4 136/20 138/15 142/19 152/12 154/10 155/17 156/5 157/8 159/2 163/14 163/15 163/16 165/14 169/2 172/17 175/7 175/24 178/21 181/7 183/7 183/10 183/14 183/18 184/2 184/11 187/24 187/24 188/5 190/23 193/22 194/22 197/20 200/8 208/18 212/21 216/9 220/20
be -- 67/12
became 87/5
because 6/2 6/7 19/19 21/2 25/24 29/19 40/5 43/21 44/6 45/24 55/13 61/13 61/17 61/17 61/19 62/14 62/20 64/15 69/7 69/14 78/4 80/12 80/14 85/15 86/9 86/19 93/4 97/18 108/11 114/8 118/2 122/23 123/23 125/25 130/3 134/18 135/16 135/25 137/20 147/25 161/20 161/24 167/5 168/4 168/17 178/3 180/19 192/19 206/12 208/17
Because -- 123/20 158/6
become 52/2
been 4/12 6/24 10/4 13/11 14/25 15/6 17/12 20/19 24/7 29/4 29/5 29/14 33/19 38/5 40/7 40/8 56/10 56/16 56/18 56/19 75/25 76/7 88/14 91/7 94/8 99/13 108/15 108/18 108/24 116/25 121/17 121/22 124/12 141/7 148/10 148/12 148/18 148/19 149/24 156/13 156/14 157/14 158/4 158/16 158/23 159/9 165/8 168/3 178/9 180/17 180/24 181/18 188/21 207/17

been -- 106/19
before  1/17 5/6 5/8 6/10 6/12 6/23 7/22 9/10
 9/11 12/13 15/16 17/19 17/25 18/17 19/13
 22/11 27/7 30/3 30/6 31/11 75/17 76/13
 84/14 85/6 85/13 85/17 127/5 131/7 132/14
 132/15 138/7 140/18 141/24 148/18 148/21
 149/2 164/24 165/3 165/10 172/20 172/22
 180/24 184/19
before -- 187/3
beginning  1/16 17/3 46/8 48/22
behave 173/13
being  5/12 7/8 7/23 8/5 10/3 10/19 19/8
 19/11 30/18 32/16 35/15 37/9 39/15 40/18
 54/14 58/7 59/9 59/17 59/18 67/11 85/2 86/9
 87/18 108/5 108/7 108/10 116/18 133/14
 141/7 154/10 154/19 159/20 160/11 165/15
 175/13 177/17 181/19 185/8 190/11 201/3
 211/21 224/5
belief  12/19 75/23 92/14 181/17 182/2 182/6
 184/10 184/13 186/7 221/18 221/23
belief -- 185/24
believe  5/10 5/17 10/11 10/15 10/23 11/13
 12/5 17/5 22/9 22/11 24/5 36/20 38/5 52/5
 66/7 68/17 72/3 72/18 72/23 74/12 74/14
 89/9 90/18 91/2 96/4 96/25 97/10 97/13
 97/17 100/18 101/2 102/2 108/9 119/19
 122/12 123/11 123/14 129/19 129/21 131/12
 133/21 135/10 145/5 148/13 159/18 166/11
 170/4 170/5 170/7 178/7 178/7 180/23
 182/15 183/10 188/11 191/4 191/19 191/22
 206/19 213/8 213/16 214/2 214/12 216/11
 219/5
believe -- 82/10 92/17 130/3
believed  11/17 47/9 75/24 91/16 92/13
 119/3
bell 145/24
best  9/21 12/19 15/20 224/13
bet 13/19
between  4/4 96/19 115/22 119/4 119/17
big  14/16 21/24 22/6 158/13
bits 79/15
block 32/2
boisterous 208/4
book  17/13 17/20
both  51/9 89/6 108/23 133/18 133/19
bottom  100/3 152/11 165/4 177/16 182/16
bouncing 97/21
BPR  102/23 102/23 102/25 104/22 105/13
 105/14 106/2 106/25 107/10 107/13 108/6
 108/10 108/19 108/22 109/2 109/2 109/14
 154/11 156/19 159/2 159/4 161/18 162/8
 162/22 163/6 164/8 170/22 177/18 178/3
 178/9 211/2
BRIAN  2/3 55/13 70/21 105/18 194/14
 198/23 198/25 200/7 201/5
Brian's 147/3
brief 101/3
bring  202/19 212/16
brother  97/25 116/11 129/25 133/15 134/7
brought 6/3
BUCKS  1/20 167/3 168/4
build 51/24
building  51/13 51/16 88/11 129/6 130/18
Bureau 160/13
BUSH  1/6 1/6 5/12 8/13 9/4 10/3 10/18 12/2
 18/18 18/19 18/22 19/7 19/9 20/16 24/6
 24/18 24/19 30/13 30/14 39/20 39/20 52/13
 53/16 59/16 61/20 62/5 62/10 67/25 79/20
 80/7 80/9 80/11 80/13 80/22 81/6 81/7 81/20
 81/22 82/4 82/17 82/22 85/3 85/16 86/10
 87/6 87/20 87/20 90/17 95/25 96/2 97/25
 97/25 98/17 99/24 111/19 114/11 115/18
 116/25 117/14 117/15 120/21 120/24
 121/11 122/21 122/22 123/3 123/6 123/6
 123/12 127/18 130/4 132/2 132/3 132/11
 132/19 139/14 139/14 139/19 144/3 144/25
 145/19 146/25 149/3 149/12 149/12 150/22
 152/24 153/6 153/7 155/8 155/24 157/15
 157/15 159/16 159/17 163/18 165/13 166/6
 166/8 166/9 166/13 166/16 170/3 171/9
 171/22 173/2 186/10 186/23 189/12 189/25
 198/20 199/4 199/17 201/10 201/25 202/5
 205/3 206/5 207/3 208/10 208/21 208/22
 208/23 210/3 211/3 218/24 219/21 220/7
Bush -- 62/7
Bush's  6/4 6/14 19/20 24/24 116/11 123/2
 162/16 165/24 170/25
Bush-1 76/8
Bushes 89/6
Bushes'  172/5 200/21
business 171/16
but --  16/15 124/13

C

call  33/13 38/7 65/18 69/16 70/6 95/7 113/3
 114/7 117/12 117/17 117/22 119/20 121/5
 121/16 121/25 122/6 127/17 127/22 128/16
 155/19 166/22 167/4 167/6 167/9 167/11
 167/15 173/25 184/19 209/24 219/19 219/21
called  27/23 29/5 46/14 46/15 58/6 67/19
 79/24 81/18 84/18 85/12 97/23 101/13
 113/16 113/21 115/13 115/16 139/20 142/4
 166/8 200/15
calling  94/23 108/12 139/25
calls 116/6
came  13/21 19/2 19/15 27/5 30/3 31/23
 33/13 46/15 46/19 52/20 65/21 67/24 75/22
 79/20 100/11 101/4 101/10 101/12 128/17
 128/20 135/17 142/19 166/6 206/13
can  5/16 8/7 12/17 14/9 15/14 30/25 39/2
 43/19 45/20 48/17 49/3 50/18 54/22 64/3
 78/8 85/20 86/6 87/14 94/18 96/25 97/14
 98/8 98/13 100/15 105/11 106/14 106/24
 117/20 119/15 124/5 124/15 130/22 131/11
 139/16 140/2 143/8 149/13 149/14 150/8
 152/2 156/17 159/25 161/12 168/22 171/17
 173/19 174/14 174/15 178/10 180/14 180/21
 181/14 181/22 181/23 185/15 188/14 192/17
 197/17 198/4 200/11 204/17 204/19 206/2
 206/20 207/11 207/14 212/4 219/14 220/19
 221/3 221/8 221/13 221/17 221/20 222/9
 222/11 222/16
can -- 221/9
can't  40/22 64/7 64/13 65/19 70/3 109/22
 120/18 127/8 129/2 130/11 147/8 150/23
 205/15 205/19 205/23 207/22 211/9 221/15
cannot 181/17
cap 220/9
capacity  33/13 56/4
captain  38/5 38/15 41/15 67/11 67/19 73/24
 74/2 83/8 131/25 138/6 139/18 139/20
 163/16 171/12 171/19 175/11 178/24 180/11
 182/9 182/10 184/19
caption 194/4
care  134/23 222/8
carried 107/5
case  9/2 56/16 56/24 90/6 109/13 159/17
 170/20 172/16 189/12
case -- 29/25
catch 168/8
cause  90/17 190/2
center  80/25 110/9
central 196/10
certain  138/13 156/6 156/6 205/10 205/11
certification 4/6
certifications  224/7 224/25
certify  224/7 224/15
chain  56/12 58/9
chance  112/13 112/22 118/20
change  12/22 95/11 126/3 174/25 204/7
changed  78/10 144/25 145/8 146/12 146/13
 146/14 146/16 148/10 148/12 149/4 149/24
 150/7 150/11 203/21 203/25 204/14
changed -- 146/12
changes 204/10
changing  146/2 146/5
charge  80/7 82/4
charged  183/14 195/21 195/25 214/6
charges  181/4 181/12 183/7 183/10 183/19
Charles  82/11 82/14 112/9
check  9/3 31/19 69/9
checked 10/16
chief  82/20 82/20 111/23 115/20
child  21/15 24/16 24/17 25/11 35/9 60/6
children  10/4 10/14 18/18 20/25 21/5 24/18
 24/19 29/15 29/19 31/8 31/14 32/16 39/20
 47/9 47/13 55/7 56/23 58/19 62/9 65/23
 67/24 71/18 72/2 73/8 77/7 80/7 80/25 81/2
 82/4 84/15 98/10 115/18 115/25 117/15
 121/12 122/22 123/2 134/10 134/18 135/10
 135/22 136/13 145/2 145/9 145/21 149/13
 149/17 165/13 168/14 168/21 170/14 170/22
 171/9 172/16 191/7 191/14 194/21 196/17
 198/12 198/17 200/22 201/11 203/11 206/6
 216/22 217/19
children -- 123/2
children's 50/21
chose 32/13
Chris  5/13 6/4 6/14 82/22 82/24 95/25
 111/19 114/11 116/11 123/5
Chris's 162/6
CHRISTOPHER  1/6 5/12 81/21 87/20
 97/25 98/16 99/24 120/8 127/18 132/2
 132/11 132/19 139/14 139/19 146/25 149/12
 155/24 157/15 162/16 163/18 165/24 166/8
 166/13 208/10 211/3 218/24
Christopher-1 99/6
chuckle 208/24
circle 136/8
circumstances  70/10 71/21 71/23
cited 76/4
City  87/25 187/24 188/3 188/6 196/23 199/5
 199/13 199/16
civil  71/12 99/4
civilians 213/7
claim  86/10 140/5
claimed 92/8
classical 163/9
classification 173/24
classified  53/9 107/12 155/14
classify  23/17 46/10 105/3
clean  64/10 83/6 83/24 84/7 84/9 84/18
 84/22 84/22 85/13 85/21 86/4 86/8 86/12
 86/12 86/14 86/15 86/24 87/5 87/10 87/15
 130/2 139/20 139/25 171/7 171/8
cleaned 62/20
cleaning 62/23
clear 160/10
clearance  175/15 180/13 181/4 181/11
cleared 32/10
clients  44/14 63/16 63/19 125/19 193/8
 218/17
closed 154/13
code  16/18 16/21 16/24 17/8 17/11 173/5
 213/14 213/16 214/3 214/23 215/8
codes 202/24
coincides 180/14

collect 25/19 157/9
collecting 210/12
colon 153/22
come 14/5 19/6 75/14 84/25 97/23 99/22 108/13 125/13 126/12 130/24 135/13 140/18 147/6 174/5 174/20 199/10
comes 29/22 30/12 31/25 45/12 45/23 78/20 108/22
coming 5/6 5/8 18/20 142/14
command 56/5 56/12 58/9 95/6 108/25 109/3
commander 33/15 137/2 151/15 158/7
commanders 34/19 34/23
commanding 109/7
commencement 224/10
committed 75/25
common 37/21 37/22 97/19 143/4 158/18 163/6
commonsense 183/9
Commonwealth 202/13 202/20 214/20
communicating 51/16
communication 51/17 100/20 101/17 101/25 109/20 110/8 110/13 111/15 170/3
communication -- 109/19
communications 131/25 171/12 171/15
company 148/2
complainant 46/23 98/24 179/21 220/15
complaining 47/2
complaint 19/10 25/23 29/22 32/15 48/13 85/7 85/15 86/15 87/19 98/3 98/15 98/22 98/24 99/3 99/4 99/15 99/23 100/2 100/13 100/17 100/25 108/13 146/25 156/5 156/8 162/6 162/17 163/19 164/12 171/22 173/3 178/8 179/15 181/20 182/13 211/3 220/10 220/25 221/21 222/9 222/9
complaint -- 98/13
completed 107/13
computer 102/5 147/4
concealed 21/9 32/16
concealment 21/14 25/10 35/9 155/15
Concealments 24/15
concept 204/13
concerned 183/3
concerning 86/13 216/21
conclude 100/11 145/8
concluded 223/6
conclusion 23/20 23/21 23/22 29/13 126/12 135/18 145/11 147/7 184/20 221/11
conclusions 20/14 221/16
concurred 182/8
conduct 6/24 49/5 173/5 201/21 202/6 202/11 202/16 202/18 202/25 203/10 203/15 207/21 209/9 209/21 212/21 212/25 213/2 213/14 213/16 214/3 217/25 221/2
conduct -- 6/25
conducted 146/24
conformance 214/15
confused 62/15 62/21 63/4 63/5 64/15
confusioning 104/21
connected 115/19
connection 91/15 91/22 91/23 91/24
consider 7/6
considered 23/4
considering 167/3
consistent 113/8 113/16 115/12 119/4 119/8 121/24 122/15
consistent -- 117/6
construed 216/10
consult 17/10
consulting 38/21
contact 22/10 38/7 45/5 81/3 83/6 83/8 84/6 90/12 91/8 92/7 103/25 130/17 134/8 155/7
contacted 69/6 84/9 84/21 92/20 92/21 93/18 93/21 93/22 93/25 94/3 94/10 104/2 116/4 141/21
contacted -- 94/5
contacting 56/9 56/14 58/17 69/2
contacts 37/24 38/16
contemporaneously 127/21
continue 147/11
continues 128/14
control 49/4 217/25
controls 47/25 48/13
conversation 12/12 40/9 40/21 40/21 41/6 73/10 115/21 118/2 121/16 126/7 129/4 129/14 142/5 171/23 190/19
conversations 171/7 171/24 172/12
cooperation 70/4
copied 147/5
copies 73/7 156/20 156/25 196/19
copy 3/15 10/24 12/25 73/16 102/7 102/9 102/16 102/19 102/22 141/2 141/3 147/24 147/25 150/21 154/21 154/24 159/15 159/25 178/19 189/22
corner 152/18
corporal 10/15 12/4 18/9 18/12 19/9 19/14 19/23 19/24 20/3 20/15 24/4 24/25 26/19 26/20 28/22 30/12 30/21 31/4 37/16 74/14 84/8 109/6 136/25 137/21 169/25 171/3
corporal -- 26/18
correct 7/14 7/15 7/19 7/20 7/24 7/25 8/6 8/15 8/16 8/18 8/19 8/22 9/20 11/7 11/11 13/24 16/5 18/2 21/23 23/18 24/21 24/22 28/19 28/20 32/18 34/3 34/4 34/6 34/7 34/12 34/18 34/22 35/2 35/3 35/6 35/7 36/11 36/12 36/15 36/24 42/3 42/13 45/2 45/18 46/2 46/12 46/16 47/10 47/11 47/14 47/18 47/19 49/6 49/7 49/10 49/11 61/9 61/10 64/23 73/21 76/2 76/24 77/3 79/22 79/23 80/3 83/4 87/7 98/4 100/4 110/15 112/15 118/21 120/13 121/20 122/8 124/9 127/6 127/15 127/19 128/19 129/5 130/13 135/3 135/6 138/4 142/10 142/20 144/12 152/14 152/15 153/2 153/8 153/13 157/24 163/20 171/14 177/20 179/3 179/8 179/9 179/12 179/16 180/6 180/7 181/5 181/6 181/8 181/13 182/21 182/24 182/25 184/16 184/17 185/25 189/18 196/7 196/8 196/14 201/2 201/22 203/2 205/17 205/21 205/22 206/3 207/18 207/19 210/15 210/23 210/24 211/4 211/5 212/23 214/11 215/25 220/2 220/3 220/17 224/12
correctly 22/9 35/5 91/18 136/15 153/25 163/13 164/6 166/5 166/10 170/9
correspondence 101/22 169/14 169/15 169/22 179/18 179/20 179/20 180/4 180/12
could 22/23 24/9 27/12 38/4 49/20 53/9 57/4 59/2 60/5 61/11 69/20 71/22 97/7 104/12 104/12 104/23 109/6 111/5 116/24 129/25 130/7 130/11 132/4 141/24 156/13 158/23 159/2 165/7 165/13 181/7 182/20 185/6 185/10 185/11 187/24 187/24 188/5 193/23 203/18 205/10 212/12 215/6
could -- 152/4
couldn't 47/12 60/5 71/17 97/5 145/13 168/2 185/13 205/11
counsel 2/2 4/4
Counselor 195/18
county 1/20 22/17 39/4 39/17 67/9 69/10 75/7 80/15 87/23 136/12 140/15 141/23 142/2 142/15 142/16 142/22 142/25 143/8 143/13 143/15 143/22 144/4 149/8 149/11 167/3 168/4 169/17 169/23 171/21 172/24
couple 22/11 50/25
course 48/6 79/10 159/19 165/11 189/9 197/13 208/3
Course -- 208/3
court 1/3 1/20 66/15 66/20 67/8 71/24 72/3 72/5 72/9 73/4 73/7 79/20 123/13 124/7 141/23 142/2 142/6 142/8 142/17 142/22 143/4 143/4 144/4 159/9 189/11 191/7 192/22 193/8 194/2 194/7 194/10 194/11 194/14 195/5 195/9 195/18 196/16 198/13 198/16 207/13 212/10
Courtesy 212/21
covered 17/5 88/25
Cowley 74/14 137/22 169/16 169/23
crap 69/8
created 25/6 127/21
created -- 25/4
crime 18/9 25/12 31/4 31/21 31/25 36/4 74/8 75/24 79/17 172/6
crimes 16/18 16/21 16/24 17/2 17/8 17/11 78/18 78/20 214/23 215/8
criminal 35/22 36/5 61/8 61/11 77/14 95/8 151/15
Crossing 2/3
cryptic 110/2
CT2 161/8 161/9
current 13/25 204/16
currently 91/21
custody 60/2 61/2 65/24 66/2 67/4 67/24 69/8 71/7 73/5 73/16 143/23 188/9 189/22 191/7 191/10 191/13 191/14 192/20 193/4 193/17 193/18 193/22 194/17 194/21 196/15 196/17 196/21 196/25 197/23 206/5 207/9

D

D.A 136/7 138/3
D.A.'s 38/21
databank 50/21
date 1/15 38/22 38/23 39/24 84/12 100/3 100/8 122/14 149/7 156/7 156/11 159/17 180/13 180/18 203/18 204/6 210/18 215/17
dated 164/24 175/17 178/25 180/4 180/12
dates 182/7 220/20
Dauphin 143/13 143/14
Dave 75/22 145/18 207/3
DAVID 1/6 8/13 9/4 10/3 10/18 12/2 18/18 18/19 18/22 19/7 19/9 19/20 20/15 24/6 24/24 30/13 30/14 39/20 52/13 59/15 61/20 62/4 62/7 62/10 67/25 76/8 79/19 80/13 80/21 81/6 81/7 87/6 87/20 90/17 95/25 97/25 116/10 123/2 123/12 132/2 139/14 139/19 144/2 149/12 152/24 153/5 155/8 157/15 159/16 165/12 166/6 166/9 166/16 171/22 173/2 186/10 189/12 189/25 198/20 199/4 201/10 201/25 208/21
day 6/8 18/19 19/7 19/14 24/5 26/8 27/9 27/22 28/7 29/18 37/6 174/23
days 13/8
dealt 196/25 205/3
December 22 76/9 107/9
decide 61/5 61/6
decided 31/7
decipher 55/22
decision 22/18 23/10 26/6 31/10 109/14 136/11 136/14 164/4
declare 50/5
declined 32/11 38/11
deem 19/11 31/8 49/18
deemed 31/18 46/7 56/25 65/24 65/25
defendant 194/16 200/6 200/7
Defendants 2/8
defending 210/22
defense 25/17 25/19 25/25 43/8

define 22/23 22/24 37/5
definitions 17/4
demeaning 44/7
demeanor 212/20
Dennis 151/14 151/21 152/13 153/5 154/25
 160/11 179/6
Dennise 160/12
deny 211/9
department 18/4 18/6 27/22 69/15 69/16
 71/15 79/25 80/14 81/4 81/11 87/25 88/2
 111/16 124/17 126/25 132/10 140/13 140/21
 141/8 141/14 188/4 196/23 199/6 199/13
 199/17 201/18 202/3 202/12 202/20 205/8
 209/22
departmental 157/5
depends 25/14 25/15 25/16 44/19 71/20
depose 169/9
deposed 13/23 15/16
deposition 1/12 6/19 76/9 106/5 161/12
 183/21 224/11
describe 129/2 151/24
described 38/5 38/15 113/20 152/5
described -- 152/8
destroyed 158/16 158/19
detailed 28/14 38/6 39/3 41/9 41/14 89/21
Detective 80/9 80/11 81/20 82/17 82/21 85/3
 85/16 86/10 111/18 114/11 115/19 119/21
 122/21 123/3 123/6 130/4 145/23 150/22
 170/25 186/24 187/9 187/16 188/7 188/12
 190/5 190/17 197/5 197/18 208/22 208/23
 210/3 219/21 220/7
determination 134/17 134/21 182/11 184/3
determine 104/23 163/24 184/4 222/18
determined 53/8 56/21 134/17
develop 144/24
developed 149/16
DHQ 154/15
dialogue 222/12
did 5/7 5/22 5/25 7/6 9/3 9/7 9/9 10/5 10/7
 10/12 11/14 11/23 12/25 15/21 16/17 16/20
 17/2 17/10 17/17 18/3 19/6 19/7 20/3 20/14
 21/6 26/9 26/20 27/20 27/25 30/23 32/6
 32/21 33/6 35/8 38/23 39/24 42/14 42/25
 44/14 44/18 44/19 45/10 47/23 48/22
 48/25 49/6 49/12 50/2 56/13 56/20 58/20
 58/21 60/10 60/13 60/20 61/25 68/5 68/15
 68/20 69/21 71/6 72/11 72/25 73/17 74/10
 74/22 75/11 77/11 77/13 77/17 78/3 78/16
 80/4 80/8 80/16 80/21 82/6 82/21 83/6 83/8
 83/16 83/20 84/10 84/12 84/25 85/12 88/4
 91/10 93/2 93/9 93/16 97/22 98/20 99/22
 100/23 102/4 102/7 102/9 103/23 104/5
 110/10 113/16 113/19 114/12 114/15 114/18
 114/18 117/8 119/5 119/6 122/23 129/16
 129/18 130/8 130/12 130/24 132/8 132/19
 132/24 133/3 133/11 133/14 133/21 136/2
 139/13 139/24 140/24 141/4 141/19 142/3
 142/23 142/24 143/7 144/2 144/2 144/24
 145/3 145/3 145/5 145/7 145/11 145/25
 146/4 146/7 147/7 147/20 147/22 149/20
 149/23 150/13 151/24 152/4 155/2 155/13
 155/16 156/25 157/13 160/23 161/21 164/15
 164/17 166/3 166/10 166/13 170/2 171/23
 172/2 172/11 172/23 176/21 176/23 177/5
 184/4 184/4 184/18 185/20 186/9 186/14
 187/15 188/7 190/5 192/10 197/23 198/20
 206/4 206/15 207/4 207/8 207/12 208/10
 208/11 208/24 210/6 210/18 211/10 211/12
 211/14 211/16 211/20 211/21 215/23 217/3
 218/9 218/23 219/6 219/21
didn't 6/7 8/21 11/13 11/16 12/3 21/20
 23/21 23/22 26/12 26/13 26/15 29/21 30/2
 30/23 32/8 36/23 36/25 37/9 37/10 40/15
 40/18 42/16 42/24 43/4 44/16 44/18 44/22
 45/5 46/10 47/6 54/3 58/18 61/24 63/19
 66/16 71/19 73/4 73/25 76/5 77/9 77/18
 77/20 77/21 79/7 80/2 85/21 94/13 95/22
 113/21 115/4 115/6 122/19 123/3 123/18
 124/20 124/21 126/21 127/3 127/16 130/12
 130/23 131/12 132/17 132/22 135/4 140/8
 143/3 143/11 143/12 143/16 143/17 144/11
 146/9 147/23 150/12 155/18 177/3 177/16
 182/22 187/4 187/18 192/12 208/25 209/6
 219/23 220/22
difference 14/15 14/17 19/17 21/24 22/6
 22/7 22/8 35/22 98/25 107/17 107/17
different 51/12 145/6 162/13 174/9 176/15
 182/3
different -- 162/12
difficult 33/23
direct 130/15 132/5
direction 92/20 224/13
directive 216/9
directly 114/12
director 160/13 163/15
disagree 64/16 123/10 181/21 181/24
disapprovals 171/20
disclosing 42/11
discovered 97/24
discovery 112/11
discredit 202/21
discuss 155/23
discussed 6/24 107/23
discussing 169/21
discussion 73/20 106/11 111/25 112/18
 118/13 142/19 145/16 171/19 175/3 177/15
 206/23 218/19
discussions 127/2
disk 107/2 110/18 147/4 164/20 178/20
 180/22
disks 110/17
dispatcher 115/20
dispute 86/7 87/15 100/8 119/16 120/18
 139/17 170/15 190/16 220/5
dispute -- 140/3
disputing 190/8 190/13
disregard 205/24
disrepute 202/20
disrespectful 209/10 209/13
disrespectful -- 211/22
distort 64/12
distorting 53/20 74/24
district 1/3 1/4 22/17 22/20 23/2 23/15
 23/24 26/5 26/8 27/14 27/23 29/4 31/12
 32/13 37/24 38/2 38/8 38/17 39/5 39/17 42/9
 42/19 46/9 56/22 74/15 87/23 94/11 94/13
 94/18 94/24 136/12 137/14 137/18 137/23
 169/16 169/22 171/21 171/25 172/3 172/9
 172/13 172/24
divorce 91/14 143/6 143/13
do 4/25 7/7 7/10 9/15 11/22 14/4 18/11
 20/25 21/8 25/2 27/25 30/18 31/4 35/18 36/7
 44/16 44/18 45/11 52/5 52/5 54/11 57/16
 58/14 65/9 66/25 67/5 67/6 67/10 67/23
 69/13 69/25 70/8 70/9 71/9 71/12 75/18
 75/18 76/10 81/11 81/14 82/9 82/10 82/13
 82/15 84/11 85/19 85/25 87/22 89/15 89/24
 90/4 90/4 95/23 100/7 102/4 102/12 102/18
 103/7 103/11 103/14 103/18 110/7 113/19
 121/2 121/7 121/18 121/21 123/16 124/14
 125/2 125/7 126/6 126/8 126/18 129/8
 129/12 130/8 130/12 130/15 131/4 131/7
 131/15 131/18 131/21 132/5 133/11 137/5
 137/7 137/12 138/25 141/24 143/18 144/5
 144/15 144/21 145/23 148/11 148/15 151/7
 156/16 157/4 161/5 161/12 161/16 162/23
 162/25 163/17 164/3 164/5 164/5 164/23
 165/19 165/23 166/2 168/11 168/23 169/13
 169/18 170/10 170/19 171/6 171/18 173/5
 173/13 173/14 178/6 180/2 182/20 183/20
 186/21 188/2 188/11 190/3 192/7 192/24
 194/3 196/15 196/19 197/14 198/23 200/18
 201/3 201/23 202/3 202/9 208/12 209/8
 209/14 209/25 217/6 217/7 217/10 219/3
 219/5 220/24 221/3 221/8 221/23 224/6
do -- 202/17
document 5/16 51/25 59/21 64/4 76/11
 104/8 105/8 105/10 128/11 128/16 151/24
 152/16 153/5 178/20 187/13 201/4
document -- 123/22
documentation 37/25 106/17 149/9 199/11
documented 37/20 158/14
documenting 37/23
documents 74/18 103/5 107/6 110/13
 127/21 146/23 157/9 161/25 179/6 199/10
 210/13 210/16 210/17 218/8
does 29/10 36/2 36/10 54/25 55/8 56/4 57/8
 58/3 58/11 61/20 66/9 105/10 105/18 126/5
 152/19 175/20 176/2 176/7 176/13 176/17
 177/5 180/16 187/7 191/3 191/4 197/8 215/3
 215/7 215/19
doesn't 13/12 28/23 29/8 32/25 33/4 35/24
 41/3 54/10 54/18 56/6 56/7 56/11 75/12
 118/4 126/2 128/23 145/24 153/12 153/23
 174/12 190/24 195/15 197/4 213/5
doing 19/2 34/25 44/6 44/24 45/8 49/2 51/20
 73/13 92/11 95/6 102/13 109/18 115/12
 115/12 129/23 135/20 217/8
domestic 20/5 20/10 20/20 21/3 25/17 27/3
 90/21 90/23 92/2 92/8 193/3
domuments 107/4
don't 10/10 12/6 13/5 13/6 13/9 13/9 13/13
 15/17 15/18 15/19 17/5 18/14 19/3 28/9
 30/14 32/7 32/9 35/18 38/12 38/22 40/2 40/3
 40/12 42/18 44/13 45/21 48/7 48/23 50/7
 50/22 50/22 50/24 52/4 57/12 57/21 57/25
 58/2 58/13 58/16 58/22 61/23 61/24 62/14
 63/6 63/11 65/7 66/11 66/12 66/21 66/24
 67/3 68/9 69/5 70/10 70/11 70/15 70/17 72/4
 72/9 73/6 74/5 74/19 74/20 76/6 76/16 78/19
 81/4 81/16 82/2 82/8 82/19 82/20 83/23 84/2
 84/3 84/4 84/8 84/9 84/17 84/19 85/17 85/18
 85/24 87/21 89/14 91/6 91/14 91/22 91/25
 93/15 95/24 96/6 96/17 96/20 96/21 96/23
 97/10 97/13 97/17 101/11 101/12 101/21
 102/6 102/14 103/21 105/22 105/25 106/21
 109/21 110/11 111/12 111/14 111/17 111/20
 111/22 113/10 113/12 114/8 114/21 116/9
 117/4 118/10 118/25 120/7 120/10 120/25
 122/7 122/10 122/12 122/20 123/11 123/14
 124/6 124/23 127/12 127/20 128/25 129/11
 129/21 130/3 131/23 132/13 133/5 133/7
 134/23 136/23 137/10 137/12 138/17 138/22
 139/3 139/15 141/10 143/14 144/13 145/12
 149/18 149/25 150/16 150/21 151/3 151/6
 155/19 156/17 157/21 161/4 164/2 164/10
 164/25 165/16 166/11 166/17 166/23 166/24
 166/24 167/4 169/3 169/8 169/9 169/20
 170/16 171/10 171/24 172/21 173/17 177/22
 184/20 187/19 187/25 188/5 188/6 188/10
 188/13 190/7 190/10 190/21 190/22 198/22
 198/25 199/7 202/17 204/7 209/23 212/2
 213/20 213/23 214/8 216/2 216/19 217/12
 219/2 219/7 219/8 219/9 219/10 219/11
 222/3 222/8
don't -- 93/24 101/9 174/7
done 7/21 29/4 38/18 47/21 48/10 51/7