## D

door 27/8 30/4
double 86/2
down 66/13 69/18 81/8 81/11 81/18 97/23 110/6 111/16 113/17 113/21 115/13 115/16 127/17 128/21 132/15 153/10 154/14 159/12 188/23 197/20 209/25 219/23
Doylestown 1/21
draw 188/22 200/9
Drive 1/20
driver's 96/5
drivers' 95/10
due 154/18 159/20
duly 4/12 224/10
duplicate 154/24
duplicated 152/13
duplication 151/13
during 6/3 90/6 199/9 202/4 219/18
duties 202/7 203/6 216/5 217/18

## E

e-mail 101/12 110/9
earlier 17/13 93/11 115/17 187/21
easier 48/10 139/10
EASTERN 1/4
effect 72/4 73/2 130/21 216/14
eight 8/9 200/12
either 11/15 13/9 61/2 84/3 127/22 156/19 157/15 170/21 181/9 181/11 218/13
electronic 101/22 196/12
elicits 14/19
else 5/23 10/7 44/16 55/18 60/16 73/23 89/14 94/9 99/16 111/21 119/22 125/13 154/3 212/5 212/10
embarrass 63/16
embarrassing 193/7
employ 208/3
employee 202/22 224/16 224/17
employees 203/6 205/4 205/6 205/8 214/14
employees' 212/25
enclosure 179/5
end 17/3 32/7 32/11 212/12
endorsed 172/3 172/14 172/25
enforcement 16/8 70/4
engaged 6/23
enough 109/11 127/25 159/9
enter 48/5 50/20 54/5 54/20 55/4 55/7 55/10 55/16 57/19 83/16
enter -- 57/11
entered 9/13 10/14 11/9 53/9 53/24 80/25 122/21 150/16 151/4 168/15 168/21
entering 81/12 83/24 133/4 133/22
entire 169/10
entity 88/12 200/24
entity's 200/19
entries 98/2
entry 10/20 27/9 27/13 39/2 76/22 79/21 84/7 84/22 85/6 85/21 86/8 86/12 86/12 86/14 87/6 87/11 87/16 94/21 97/24 129/20 129/23 130/2 130/19 130/19 131/2 131/13 132/11 132/20 132/21 133/16 139/21 149/14 150/9 150/12 155/22 155/25 160/19 168/13 171/8
equally 158/25
ESQUIRE 2/3 2/6
et 1/8
evaporate 217/8 217/10
even 12/5 81/4 93/3 113/22 120/25 127/3 146/10 166/18 190/22
event 134/18 137/16 224/19
events 7/12 46/4 101/14 113/5 189/11 205/3
eventually 168/8 220/11
ever 17/10 27/7 32/21 49/14 76/12 76/16 89/6 90/25 106/25 108/18 116/5 128/10 138/5 138/18 138/19 138/21 138/23 139/14 141/4 157/9 170/18 171/4 172/12 172/23 199/2 207/5 207/9 207/12 218/23
every 17/5 19/14 38/2 43/25 45/21 155/13 158/12 158/12
everybody 212/16
everything 9/18 11/18 33/24 65/7 70/20 127/13 141/3 155/16
evidence 85/19 85/24 87/21
ex-husband 189/24
exact 66/10 173/17 178/4
exactly 20/8 30/16 47/23 169/3 195/14
examined 4/12
example 73/24 163/16
except 4/7 83/20 84/6 120/8
exception 49/14 49/16 49/17
Exceptionally 32/10
exchange 220/6
excuse 33/2 76/19 103/13 134/9 146/3 208/23 216/10
excused 223/3
executed 123/12
exercise 77/24 78/2 120/6
exhaustive 147/2
Exhibit 99/9 112/4 178/14 188/17 199/24
EXHIBITS 3/15
existed 47/2 113/22
exists 147/13 147/15 147/16
expect 71/3 138/13
experience 16/8 108/21 181/3 214/5
expired 20/11 60/3 72/8 72/20 72/24 190/25 191/8 191/14 192/20 196/24 197/20 206/10 206/14 207/5
explain 42/20 216/18
explained 103/16 172/10
exploited 81/2
extent 15/4

## F

F5891031 152/12
fact 11/5 11/12 50/12 51/19 72/18 72/20 75/24 76/4 83/2 86/7 87/14 94/2 103/12 103/15 106/7 126/3 166/20 183/13 196/5 196/9 207/12 208/20
factor 8/4
facts 25/19 26/3 28/2 30/25 33/9 47/17 52/3 53/20 60/6 62/18 70/15 103/9 126/13 126/17 139/16 140/2 210/12
facts -- 30/24
factual 124/15 124/25 125/8 125/22 126/2 126/19 127/9 131/11 219/14 219/16
factually 86/7 154/6 181/23 182/5
fair 7/5 8/2 39/15 100/10 109/11 119/14
fall 56/5 56/11
false 205/19 207/17
familiar 52/2 173/7 201/13 201/16 214/16 215/10 216/4 216/7
families 173/16 173/16 174/6
family 97/8 173/22 174/3 174/10 174/24
far 25/17 35/11 48/14 103/19 166/18 183/3 218/8
fashion 44/25
father's 50/4
favor 57/17
favorable 202/12
FAX 72/11 72/13 72/25 187/17
FAXed 187/22 189/22 196/23
FAXing 188/8
FBI 68/17 68/18 68/21 69/20 73/20 88/3 145/17
feel 133/11
felt 133/13
field 173/24 217/6 217/19 218/3
fifth 188/23 189/15
fights 126/24
figure 141/22
file 54/9 97/3 102/23 102/25 128/2 143/9 161/23 169/15 221/12 221/21
filed 98/16 98/17 200/5
filing 175/11
filled 56/15 58/24 59/6
filling 54/13 141/16
fills 30/16
final 192/22 193/8 194/10 195/5 195/8
finally 120/8
financially 224/19
find 15/12 39/2 41/16 42/2 42/11 42/15 42/20 43/2 43/4 47/12 94/18 94/24 97/5 97/7 104/13 107/18 107/20 110/12 114/6 115/17 119/2 123/9 128/2 147/8 149/20 149/23 150/6 154/5 162/12 175/7 178/23 198/4 209/25 210/4
find -- 33/10
finding 39/18 180/14
fine 49/24 64/11 129/7
finish 80/18 80/23
first 12/2 18/12 26/8 27/5 27/9 27/9 27/13 27/22 28/7 28/21 38/25 54/20 54/22 65/20 84/20 101/5 101/7 109/19 109/20 113/17 113/23 114/10 115/16 115/22 116/4 117/12 117/22 118/2 118/3 119/20 121/5 121/6 121/16 121/24 140/24 145/16 149/9 156/10 166/15 166/17 167/9 167/11 167/14 170/24 172/7 188/24 194/23 206/12 221/9 221/25 222/14 222/19
first -- 86/22
five 39/10
flags 12/10
flat 163/6
flew 12/9
Floor 2/7
follow 23/11 42/14 213/14
follow-up 139/12
followed 35/15 35/25
following 141/20 159/21 194/21
follows 2/2 4/13
for -- 216/10
foregoing 224/7
form 4/8 20/14 40/11 42/4 60/8 70/12 77/15 91/10 92/15 101/16 101/18 102/2 102/4 102/8 104/11 125/6 125/16 137/3 202/11
formed 137/14
forming 92/13 182/6
forms 46/11
forth 97/22
forward 133/11
forwarded 161/7
Foster 161/8 161/10
found 69/8 128/3 128/6 128/7 185/7
founded 32/17
FR 44/2 160/7 173/6 213/17 214/3 214/10 214/15 215/7 216/4 217/6
fraudulent 123/13 123/23
free 75/18
frequently 98/22
Friend 96/6 96/7
friends 69/17 97/9
from -- 58/4
from CLEAN 99/3
front 8/8 12/24 24/10 72/9 74/18 155/21 193/7
fugitive 69/19 88/6
full 28/5 163/3 163/25 191/14 192/20 194/2 194/7 206/5

| F | | |
|---|---|---|
| fully 6/6 224/12 | 132/25 136/6 140/11 140/18 140/19 141/7 | 206/23 218/19 |
| funny 69/3 69/4 70/14 70/16 70/19 70/21 208/18 | 141/9 141/22 143/22 143/23 144/25 145/17 148/9 148/10 148/12 148/19 149/4 149/7 | Helga 193/3 help 141/14 148/25 155/23 156/4 175/13 187/7 |
| further 224/15 | 149/10 149/12 149/16 149/17 149/24 150/5 | HENZES 2/6 191/17 |
| furthered 39/16 | 155/7 157/14 170/3 171/12 171/15 172/7 | her 43/4 58/18 66/7 73/5 75/9 90/15 91/11 |
| **G** | 172/8 172/8 172/8 180/17 180/20 181/8 | 91/13 94/19 97/6 140/15 141/14 141/22 |
| games 134/13 | 181/18 182/10 197/25 198/3 198/6 206/8 | 149/4 189/24 212/12 |
| gathering 141/17 | 206/10 206/14 206/18 207/8 222/5 222/13 | here 38/20 40/5 43/18 58/3 58/18 69/20 |
| gave 4/21 71/25 73/5 104/17 110/14 120/23 127/24 147/18 216/25 | hadn't 37/14 hailing 134/7 | 85/24 95/12 97/12 106/17 116/23 121/23 122/21 128/23 140/14 150/4 154/6 154/18 |
| general 1/14 2/5 104/22 138/11 204/13 217/4 | hairs 51/23 107/15 107/21 half 66/11 | 159/12 161/23 176/19 178/12 190/12 190/25 192/21 197/2 212/5 212/16 222/11 |
| General's 146/22 | hand 107/5 107/5 | here's 193/8 |
| generally 204/20 | handling 115/24 117/14 121/11 | hereby 4/3 159/21 224/7 |
| gestures 207/22 207/25 208/4 | hands 63/4 63/12 63/19 | herself 39/20 |
| get 12/25 16/2 35/24 48/10 54/12 62/20 | handwriting 187/12 | Hey 78/9 |
| 64/13 69/18 69/19 69/20 70/3 71/14 78/7 | handwritten 102/4 | hiding 42/2 42/21 43/3 43/5 |
| 79/3 89/13 98/14 108/11 109/6 117/20 | happened 68/25 101/3 104/23 117/22 | higher 33/16 34/5 34/9 |
| 125/14 156/18 157/21 159/8 159/15 159/25 | 120/24 210/19 | highest 201/19 |
| 164/15 174/13 174/15 186/6 196/5 196/15 | happy 212/12 | Hile 100/18 101/17 151/14 151/21 152/13 |
| 196/17 196/19 212/16 222/11 222/12 | hard 118/6 118/8 | 152/24 153/5 154/25 160/11 160/12 160/15 |
| gets 158/14 182/13 | has 29/4 29/5 38/15 115/10 146/22 147/2 | 160/15 160/17 160/21 161/21 179/7 180/19 |
| getting 62/14 129/24 176/20 212/11 | 147/9 152/17 153/5 153/9 153/10 153/16 | 186/5 220/15 |
| give 101/2 103/24 176/17 192/15 193/10 215/23 | 157/7 161/15 162/20 176/20 204/13 212/19 220/25 221/12 | Hill 38/15 41/15 73/24 83/9 131/25 132/2 138/6 138/7 139/5 139/18 139/18 139/20 |
| given 31/2 97/15 150/10 152/16 | have 4/25 12/5 12/23 16/7 16/11 17/12 | 139/20 162/11 163/16 171/13 171/13 171/15 |
| gives 194/15 | 22/10 23/19 25/16 28/5 28/14 30/13 33/19 | 171/19 175/11 175/11 178/24 178/24 180/11 |
| go 10/10 17/2 34/9 40/23 57/6 58/8 62/18 | 40/7 40/8 41/5 44/10 44/11 47/21 49/21 50/8 | 182/9 182/10 184/19 |
| 63/10 75/19 111/8 115/7 120/6 143/8 143/13 | 52/4 54/4 60/5 60/10 61/6 61/20 67/10 67/23 | Hill's 38/6 |
| 161/23 166/21 177/22 192/9 192/14 192/21 | 68/9 71/6 71/9 71/12 72/9 74/18 76/12 79/16 | him 11/13 12/3 18/14 20/9 24/5 40/17 43/21 |
| 212/11 212/15 213/11 221/19 | 81/2 81/11 82/9 85/19 85/24 87/21 89/24 | 44/13 44/15 47/4 54/25 55/18 56/13 56/15 |
| God 118/6 | 89/25 90/6 96/14 100/7 104/14 104/19 | 56/20 58/21 58/24 59/4 59/6 60/14 60/16 |
| God's 81/10 | 106/19 108/15 108/18 113/6 115/20 116/11 | 60/19 60/25 61/24 62/3 65/2 65/8 65/12 |
| goes 60/22 66/13 157/4 196/16 | 116/13 116/24 117/12 120/2 121/17 123/16 | 65/14 66/20 66/22 67/16 67/19 74/5 74/10 |
| going 13/22 14/5 15/16 16/14 21/19 26/6 | 124/12 125/3 126/7 126/13 127/9 127/20 | 75/9 75/15 80/18 81/17 83/24 86/19 111/20 |
| 30/17 31/7 33/7 33/20 33/24 48/8 50/8 58/8 | 129/21 129/25 130/7 130/11 130/15 131/24 | 113/13 114/4 114/12 114/15 114/17 117/25 |
| 58/14 58/25 75/7 76/7 78/7 86/24 104/24 | 132/4 132/5 135/19 137/5 138/23 139/4 | 118/5 119/18 120/15 123/6 123/12 125/6 |
| 107/21 108/12 122/5 130/5 132/15 134/5 | 139/21 140/9 143/4 144/15 145/6 147/24 | 125/21 126/3 129/4 129/9 129/10 130/2 |
| 134/12 136/8 138/9 154/6 154/22 175/7 | 148/18 155/5 155/20 156/13 156/13 157/16 | 132/21 132/25 133/3 139/13 139/25 141/6 |
| 178/11 178/19 180/12 185/18 210/14 212/9 | 158/4 158/15 158/23 160/4 160/8 163/24 | 141/12 147/5 147/18 151/21 153/16 154/3 |
| gone 66/10 158/3 158/5 | 164/19 165/8 166/2 166/4 168/3 169/9 | 157/11 160/15 166/14 169/24 169/25 171/15 |
| good 4/18 4/19 66/4 79/5 102/17 124/7 | 170/14 170/18 171/3 171/23 172/12 175/16 | 172/8 174/14 176/21 177/5 182/2 188/8 |
| 124/10 142/9 192/24 | 178/9 180/22 180/24 182/10 183/18 183/18 | 188/13 189/22 190/19 197/6 197/15 197/22 |
| got 27/7 28/8 67/3 69/13 78/9 109/22 109/24 | 185/3 185/6 185/10 185/11 188/11 194/16 | 200/8 207/4 207/5 207/8 207/9 207/12 |
| 111/13 120/8 123/5 124/11 134/25 141/2 | 196/10 199/2 199/7 201/5 201/19 203/21 | 209/20 210/8 215/19 219/3 219/4 |
| 141/3 142/21 157/2 157/10 159/22 163/14 | 203/25 204/2 204/6 204/24 207/16 209/23 | him -- 52/17 |
| 166/18 167/8 169/11 175/22 176/5 176/8 | 209/25 210/12 210/14 210/16 213/14 216/19 | himself 18/16 34/9 220/7 |
| 176/15 178/23 199/7 | 218/3 219/16 222/4 222/17 | his 5/10 6/3 8/13 9/5 10/3 18/18 19/10 19/20 |
| gotten 175/17 | have -- 90/4 | 20/12 21/11 21/17 23/10 25/23 30/24 32/15 |
| grabs 66/13 | Haven 87/24 89/10 89/11 89/13 89/15 89/16 | 36/10 44/20 47/5 47/9 47/12 49/8 69/9 72/6 |
| granted 193/13 | 89/22 90/2 90/3 90/7 90/12 90/18 90/25 91/3 | 75/13 75/23 75/23 77/6 77/6 77/14 78/19 |
| great 177/14 | 91/4 91/9 91/11 91/13 91/17 91/22 91/23 | 78/20 80/18 95/17 95/19 95/21 96/21 97/8 |
| grow 204/23 | 92/7 92/20 92/21 92/23 93/13 93/25 95/7 | 97/8 104/16 113/4 117/6 124/23 129/24 |
| guess 48/7 165/8 208/8 | 144/16 | 132/15 133/15 134/7 135/14 135/23 148/24 |
| guideline 173/12 | haven't 222/20 | 156/7 160/17 163/21 170/25 172/10 172/17 |
| guy 113/11 116/10 129/23 | having 4/11 12/21 41/15 53/14 65/10 102/15 | 175/21 176/3 176/14 176/22 182/2 184/20 |
| guys 83/21 84/6 168/12 168/16 168/19 | 112/13 132/6 171/6 171/18 207/10 | 189/11 189/11 197/11 197/12 197/15 197/17 |
| 168/23 192/23 | having -- 70/13 | 206/9 207/6 207/10 208/21 209/21 220/6 |
| **H** | he -- 72/4 | 220/6 221/18 224/11 |
| had 5/5 6/10 6/20 6/24 7/3 7/21 8/11 10/4 | he'd 118/8 | his -- 10/10 |
| 10/13 11/19 15/7 15/13 15/14 16/7 19/14 | he's 12/6 15/3 15/7 20/12 20/19 21/18 22/17 | histories 95/10 |
| 19/18 25/6 30/24 32/16 51/17 54/10 56/10 | 30/10 34/5 52/7 67/13 67/16 75/4 75/16 | history 16/4 19/20 20/5 20/10 21/2 29/25 |
| 56/16 56/18 56/19 56/20 60/25 60/25 61/3 | 113/3 116/23 117/2 117/18 147/17 160/10 | 90/20 90/22 93/4 93/6 141/5 |
| 61/4 61/17 61/18 61/19 62/5 65/18 65/19 | 162/23 183/4 | hit 45/24 |
| 66/15 66/20 69/16 72/25 73/7 73/10 74/11 | head 110/6 148/17 197/15 | hold 120/4 121/13 202/10 |
| 75/25 80/12 83/2 83/12 84/21 85/7 85/12 | headquarters 58/11 102/15 141/2 148/2 157/5 | home 212/11 |
| 91/7 91/20 92/7 93/3 98/2 101/2 108/23 | hear 58/10 166/10 176/24 | honestly 15/19 110/11 |
| 110/21 112/22 114/4 118/20 119/23 121/22 | heard 4/21 37/15 67/16 71/16 91/18 177/19 177/25 | honesty 201/20 |
| 123/12 126/23 129/4 129/9 130/4 131/24 | hearing 5/11 6/4 132/15 170/25 171/2 172/18 172/19 172/20 | hooked 81/9 hope 30/22 30/23 63/15 63/17 |
| | held 106/11 111/25 112/18 118/13 175/3 | hours 52/22 |
| | | House 89/10 |

**H**

how 13/4 13/8 13/21 15/12 16/23 17/7 19/6 27/25 40/9 41/6 41/17 45/11 46/13 63/4 67/3 67/24 68/5 70/19 77/17 81/10 83/16 86/18 93/2 93/7 93/21 100/15 100/19 101/11 101/25 108/15 109/21 110/21 118/6 131/15 135/12 135/17 142/19 142/21 147/24 148/11 150/16 151/3 155/22 156/3 162/15 163/24 173/12 183/22 203/10 203/14 204/11 209/13
however 86/17 105/3 134/25 157/10 200/24
humorous 210/4
husband 66/7

**I**

I -- 17/18 77/11 152/2 190/15
I'd 104/18 111/4
I'll 5/15 7/10 27/11 40/25 42/5 63/9 89/13 99/7 104/9 159/24 192/18 204/15 212/12
I'm 12/15 14/12 15/12 28/10 28/12 39/12 40/18 41/12 44/6 48/4 48/7 49/2 51/23 53/21 60/11 62/16 62/19 63/5 74/24 76/7 79/5 80/5 86/4 91/6 91/20 92/13 97/11 97/14 97/20 99/6 99/13 99/17 103/17 105/17 109/25 110/2 112/8 113/14 114/6 114/23 116/22 117/5 119/2 119/6 123/8 124/24 124/25 126/16 127/7 128/10 130/9 133/9 133/13 134/14 138/9 147/10 150/2 150/14 151/18 153/18 154/5 154/22 158/21 158/23 159/11 163/13 163/23 165/9 168/8 168/16 174/12 175/7 178/11 178/18 178/18 182/8 183/3 185/18 186/12 187/11 188/21 190/11 199/9 203/23 204/22 208/6 209/18 209/20 213/4 217/22
I've 5/16 88/13 108/23 111/13 119/19 121/9 123/11 152/16 165/9 171/15
IA 163/15
IAD 175/12
idea 41/6 79/16 115/21 116/12 116/13 120/3 131/10 135/7 163/24 176/17 220/22 222/4
identification 99/10 112/5 160/14 178/15 188/18 199/25
identified 47/8 77/6 89/11 121/10 165/15 197/6
identifies 113/4
identify 24/9
identifying 117/13 220/7
identities 144/25 145/8
identity 47/5
if -- 105/22 178/11
IGNATZ 3/4 4/22 17/22 45/9 157/23 170/19 170/25
Ignatz's 34/2
Ignatz-5 24/8 152/17 181/16
ignorance 216/8
ignore 202/7
immediate 136/16
immorality 202/17
impartiality 201/20
improper 132/23 133/3
in this 169/18
inaccurate 190/18
incident 24/11 25/3 152/17 202/5
incidents 45/12
include 214/22 217/19
include -- 202/16
includes 28/17
including 12/4 17/3 70/5
inconsistent 115/15 117/10
indicate 9/9 216/8
indicated 8/11 37/17 90/24 92/23 93/13 143/22
indicates 90/12 98/9 113/2 197/18

indicating 170/13
individuals 12/4
influence 69/19 70/8
informant 58/8
information 7/6 14/8 14/20 16/3 19/21 23/23 26/5 42/16 54/12 59/7 60/10 61/12 65/19 81/3 85/5 94/19 104/8 136/6 141/17 144/24 149/16 155/5 155/20 160/17 165/20 165/24 187/22 218/25 219/4 220/6
initially 46/13
inquiry 161/22 161/24 162/2 162/5 162/10 162/22 162/24 163/4
Inside 18/6
insolent 208/4 209/2 209/4 209/8 211/18
instant 200/5
instructing 42/10
instructions 4/21 4/25
insulted 210/8
integrity 201/20
interact 19/6
interaction 24/24 85/8 103/19 119/17
interactions 85/3
interested 224/19
interesting 102/25 106/9 160/21 167/8
interfere 71/17
internal 163/15 215/11 215/16
interpret 18/4 18/12 18/15
interpretation 70/23 94/21
interpreted 18/8 18/10 18/15
interview 101/7 108/13 131/8 180/24 185/5 185/16
interviewed 100/21 101/4 180/19 182/19 185/6 216/3
interviewing 50/20 183/4 184/12
into -- 181/20
investigate 21/2 22/22 22/23 25/18 25/22 26/3 31/25 43/7 109/14
investigated 85/2 86/9 87/19 108/18 108/25 109/6 162/16
investigating 9/2 115/18 134/10 210/2
investigation 28/6 28/15 28/18 35/10 35/17 36/5 37/4 37/20 38/9 39/16 44/23 50/18 77/10 77/12 79/7 82/5 83/13 83/19 85/14 85/23 86/13 87/5 87/16 97/3 98/3 107/2 107/10 108/4 108/5 109/2 109/17 115/24 116/8 117/15 121/12 129/24 130/4 130/25 131/16 133/2 133/10 134/8 135/20 136/17 136/24 136/25 143/21 145/3 145/4 146/24 151/15 152/25 155/7 155/10 156/12 158/12 159/2 159/4 163/4 163/18 163/25 164/8 165/12 169/15 170/22 170/23 172/5 175/12 177/19 178/3 179/11 180/16 181/2 181/18 181/19 182/11 182/22 183/6 183/19 184/2 184/3 184/5 185/16 185/21 189/10 215/14 215/16 218/2
investigations 34/17 35/21 35/23 107/22 107/23 203/11 203/15 215/11 216/21 217/9
investigator 44/24 45/7 45/7 78/16 80/6 89/2 89/5 93/23 95/5 145/7 157/20 185/9
investigators 144/8 172/4 172/15 172/16 173/2
involve 16/18 16/20
involved 20/19 29/25 39/6 43/17 69/14 69/18 69/20 116/7 121/11 129/24 133/15 156/18 157/14 200/6 201/24 202/5
is -- 105/6 195/16 212/7
Isabella 149/4
Isara 149/4
isn't 21/25 26/24 28/25 29/6 35/2 38/25 43/25 45/14 47/24 48/12 48/15 48/21 50/10 50/17 51/21 52/12 53/2 53/4 53/12 61/2 94/2 94/17 94/20 116/18 126/11 134/20 191/10

192/2 196/13 196/22 222/6 222/14 222/18
issue 9/21 143/21
issued 141/23
it -- 50/18 107/20
it's 14/19 14/21 16/14 24/11 36/4 36/9 39/4 40/5 57/14 57/24 61/15 64/20 69/3 70/16 77/25 89/18 89/23 103/4 104/10 105/7 106/18 106/18 116/20 117/9 118/7 118/24 125/19 139/10 140/7 151/10 154/13 155/9 159/3 160/11 161/5 161/7 163/14 163/25 164/20 178/22 178/25 182/15 183/3 183/4 184/21 193/3 193/16 194/19 195/4 215/2 215/4 220/12
its 13/11 14/25 15/6 38/5
itself 204/17

**J**

jail 66/8
January 1/10 156/8 178/8 182/13 182/17 191/8 191/15 206/10 224/9
January -- 72/24
January 1 60/3
January 15 100/3 100/11 182/15
January 2006 192/20
job 25/21 25/22 34/25 36/9 36/10 45/3 45/4 173/13 213/21
John 74/14 137/22 169/16 169/23
joke 208/14
JOSEPH 1/12 4/11 153/22 180/5 224/8
judge 124/11 143/22
Julia 161/8 161/9
July 172/22
July 21 182/9
jump 15/22
jumped 165/3
June 28 151/10 151/11 151/12 156/12 159/17 164/24 177/9 178/5 180/15 180/25 181/15
jurisdiction 61/16 143/5 143/6 143/23
Jurisdictional 7/17
just 20/11 20/22 21/2 25/24 26/10 26/17 38/9 44/13 50/10 52/6 55/9 60/6 60/19 62/6 63/17 71/14 78/25 81/13 88/22 90/20 91/16 95/13 98/21 99/17 103/16 107/4 109/16 113/14 120/5 120/10 125/25 138/9 142/5 151/19 153/19 158/25 163/6 163/6 167/8 181/25 196/17 199/9 220/9
justify 57/24

**K**

keep 8/7 35/8 37/4 37/5 37/11 39/19 44/22 45/21 77/9 97/21 136/8 157/20
keeping 34/16
keeps 36/5 147/25 157/20
kept 33/11 36/14 36/19 37/14 37/18 77/11 79/17 140/25 147/24 154/12 158/12
kicked 182/13
kids 8/13 9/5 9/13 10/16 11/4 11/9 19/10 20/12 21/11 21/21 22/22 23/7 23/16 31/19 31/20 42/2 42/12 42/17 42/21 43/5 45/24 47/22 48/6 48/14 49/5 49/8 49/15 49/18 50/3 50/11 50/20 52/13 52/16 52/20 52/23 53/8 53/13 53/15 53/25 54/20 57/20 61/3 61/5 61/7 61/13 61/21 61/24 62/5 66/7 66/13 69/7 75/23 78/20 81/12 83/2 83/17 84/23 90/13 95/7 123/7 132/20 133/4 133/22 134/5 134/19 134/25 135/24 136/7 140/12 140/15 140/19 141/7 141/12 146/11 148/19 149/21 150/6 172/5 199/17 207/6 207/10 207/14
kids -- 135/10
kids' 21/25 146/2 146/5 148/10 148/12 149/23 150/7 150/10
kind 31/24 37/19 127/25 207/25 211/8 212/4

**K**

knew 10/18 10/25 21/15 23/8 25/24 30/3 46/22 47/4 47/5 52/20 53/13 59/15 71/17 71/25 77/16 80/13 84/5 86/12 123/6 185/23 206/12 220/14
knew -- 59/8
know 8/23 8/25 12/3 12/6 13/5 13/6 13/9 13/10 13/12 13/14 14/22 15/17 15/18 15/19 16/14 21/21 27/25 30/2 30/6 30/14 30/18 30/24 32/7 33/6 33/20 33/23 38/12 40/2 40/3 40/12 40/15 40/18 41/4 42/16 48/4 48/19 48/21 50/22 55/13 56/10 58/14 58/16 59/20 61/23 61/24 62/11 66/11 66/12 66/19 66/21 66/24 67/3 67/16 69/13 69/21 70/10 70/11 70/15 72/4 77/13 77/17 77/20 77/22 81/4 81/14 81/16 82/8 82/10 82/13 84/2 84/3 84/8 84/9 84/11 84/17 84/19 85/17 85/18 86/2 89/15 90/18 91/6 91/14 91/22 91/25 92/12 92/19 93/2 94/13 95/4 95/11 95/22 95/24 96/6 96/20 96/21 101/21 103/21 105/23 106/7 109/21 110/7 111/14 113/22 114/21 115/6 117/4 117/23 119/25 120/5 120/6 120/7 120/9 120/11 120/25 122/19 124/3 124/6 124/14 124/23 124/24 125/2 126/17 126/18 127/3 129/8 135/17 136/21 136/23 137/4 137/8 137/10 137/12 137/13 137/19 137/25 139/23 140/14 141/15 142/8 143/3 143/7 143/11 143/12 143/16 143/17 145/12 145/23 148/11 148/15 149/18 149/25 150/16 151/3 152/8 155/19 155/19 156/16 161/3 161/9 162/23 163/2 164/2 164/6 164/10 164/23 164/25 165/16 165/19 165/23 166/20 166/23 166/24 167/23 169/3 169/8 169/25 170/16 172/21 173/5 173/14 177/4 177/16 178/20 180/18 184/9 186/20 187/19 187/25 188/13 190/11 192/5 192/24 194/19 195/21 195/25 198/23 209/8 212/9 214/8 215/19 216/2 217/23 219/7 219/8 220/24 221/23
know -- 96/17 164/3 164/5
knowing 4/24 21/25 37/2 100/24
knowingly 205/19
knowledge 13/22 60/4 67/10 67/23 68/6 68/10 100/12 163/23 220/21
known 12/7 44/11 50/3 56/23 65/25 135/19 141/6
knows 134/6 137/11

**L**

labled 21/14
language 208/4
Lantern 1/20
last 39/3 51/2 76/18 76/20 76/22 106/4 151/9 160/19 176/24 180/20 181/16 189/21 191/6 191/13
last -- 76/18
late 34/17
laugh 208/10 209/14 218/23
laughed 211/11 211/12 211/19 219/13 219/18 220/5
laughing 208/14 208/17
law 16/7 70/4 71/7 195/18
lawfully 61/7
laws 214/15 214/19
Lawson 145/23 186/25 187/9 187/16 188/7 188/12 189/9 190/6 197/18
Lawson's 190/18 197/5
lawsuit 88/14 154/12 210/22
lawyer 71/10
leafed 97/2
learn 85/12 85/21 99/22 129/16 130/24 131/12 132/8 145/25 146/4 146/7 146/9

learned 7/6 15/15 52/13 83/2 83/5 84/21 85/6 85/16 85/19 87/23 86/8 86/9 86/17 87/8 87/15 98/2 100/16 131/4 131/16 132/13 146/11 148/9 148/12 148/16 148/19
least 14/25 38/17 96/14 119/5 119/11 121/9 148/3 212/13
led 183/6 183/9
left 22/10 66/6
legal 73/2 221/11 221/16
length 177/14
length -- 175/19
less 111/2 111/6 111/6
let 50/25 56/10 75/8 78/7 80/17 98/13 110/16 159/8 173/19 183/20 186/6 200/9 218/16
let's 33/10 38/9 51/23 57/5 57/6 70/7 88/22 111/8 156/9 166/21
letter 38/6 38/8 40/11 40/22 159/18 160/23 164/15 164/18 164/20 164/23 170/9 170/11 175/17 180/13
liable 205/15
license 96/5
lieutenant 4/21 5/5 17/22 34/2 45/9 71/16 74/6 74/8 100/18 101/17 103/22 108/11 109/4 109/22 110/23 128/17 129/19 130/16 131/9 132/17 151/14 153/4 157/23 160/12 170/19 170/24 172/7 180/19 186/4 186/5 220/15
like 20/6 40/19 45/25 70/2 74/23 89/23 95/10 96/5 101/2 110/9 111/22 115/23 117/11 118/10 150/4 156/18 180/18 184/10 204/20 206/7 218/24 219/4
likes 67/12 185/2
limited 94/17 107/22 108/4 163/9 163/25 175/13
line 8/9 179/25
list 169/4
listed 31/21 145/6 153/9 154/8
listen 115/9
listening 30/7
litigation 2/6 67/21 138/7 139/6 156/15 156/19 156/23 158/22 159/7 159/15 177/18 178/2
little 124/12 165/4
live 143/14
lives 80/15
living 123/2 178/12
lobby 19/10 30/4 30/10 30/13 166/12 167/22
local 141/8
locate 23/5 23/7 23/16 31/19 46/8 90/13 95/6 135/23
located 50/3 98/10 101/19 148/20 149/13 150/6
locating 47/22 135/22 149/17
location 39/19 51/13 90/14 165/12 196/10
long 12/7 13/4 15/12 108/15 110/21 110/24 111/2 141/3 158/3 158/4 159/3 178/3 178/5 180/17 180/24 181/18
longer 143/23 158/9
look 50/18 50/25 110/16 118/20 128/14 130/19 139/21 147/11 180/21 182/7 185/11 197/15 217/18 218/2 218/3 219/24 220/19
looked 7/16 9/10 9/11 10/2 148/24 150/18 165/15
looking 17/20 20/12 38/22 48/5 51/2 87/10 90/14 96/4 105/21 116/21 117/5 117/14 119/7 128/10 142/11 145/18 150/17 151/19 151/19 165/23 174/5 182/18 204/22
looks 211/8
lost 85/9
lot 48/10 67/17 71/22 185/2
Lower 100/5
LT 1/8

Luzerne 67/9 141/23 141/25 142/15 142/16 142/22 142/25 147/8 149/11
Lycoming 140/14
Lyle 170/3

**M**

M-C-C-A-N-N 58/6
made 22/18 64/21 64/22 73/11 86/10 90/12 92/6 98/2 100/2 108/9 116/6 119/20 127/17 129/22 132/21 134/8 134/21 136/11 137/23 150/9 150/22 157/16 184/2 184/19 205/24 220/10
made -- 24/2
mailbox 45/24
mailed 110/9
maintain 102/7
major 67/13 67/15 67/16 83/9 132/2 138/7 139/5 139/18 139/20 162/11 171/13 171/19 175/11 178/24 182/8 182/12 184/18 212/17 214/12
majority 204/9
make 6/6 19/15 23/20 23/21 23/22 27/11 29/13 31/10 34/24 35/13 36/9 45/6 61/8 61/11 73/18 73/25 102/9 124/21 125/12 145/10 156/25 157/13 182/11 183/21 186/4 186/7 204/22 205/19 205/23 207/22 209/24 212/12 222/9 222/9
makes 26/6 29/22 164/4 185/3
making 19/10 35/11 37/6 44/23 73/14 102/18 132/11 132/19 220/25
man 31/13
Mansfield 56/19 59/6 158/6 158/9 160/2 168/25 169/5
manual 201/14 203/19
many 13/8 45/11 55/14 55/14 63/4 162/15
mark 99/7 178/12 188/15 199/21
marked 3/8 5/16 24/8 76/8 98/19 99/6 99/9 99/14 112/4 178/14 188/17 188/22 199/24
marshall's 69/17 70/7
matter 88/13 99/4 128/23 143/5 186/11 186/23 205/16
matters 143/6 143/14
Matthew 54/15
may 12/14 15/5 59/21 69/3 71/2 99/15 147/24 152/3 174/24 201/5
maybe 27/11 62/24 161/9 216/17
McCann 58/4 58/6
McCormick 51/20 51/22
McDermott 51/5 54/15 54/19 56/5 58/17 59/3 59/25 60/7 61/25 62/2 62/9 65/6 140/11 141/4 141/11 141/16 141/20 142/3
McDermott -- 58/7
McDermott's 55/24 64/24 140/8 140/9 140/23
me 6/9 10/8 10/16 11/8 11/24 12/12 13/7 14/10 18/15 20/8 21/8 22/5 22/25 23/14 24/10 26/10 26/17 26/25 27/2 27/12 27/20 28/3 28/22 29/4 30/8 30/12 30/16 31/2 31/12 33/2 36/13 37/3 38/4 38/13 38/14 43/10 43/11 48/20 48/23 49/12 49/20 50/9 50/15 52/5 54/12 54/14 57/24 58/7 58/7 59/2 59/18 60/8 61/5 65/9 65/16 70/12 72/10 76/19 78/7 80/21 81/19 84/4 85/9 85/20 86/7 86/11 87/14 91/16 92/15 95/4 98/13 100/15 100/21 101/4 101/13 101/14 103/13 103/24 104/10 104/24 107/9 108/7 108/12 108/13 109/22 114/24 115/19 115/22 116/10 117/3 117/16 119/15 122/23 122/25 124/15 127/8 129/2 131/11 134/9 134/22 135/13 136/20 136/23 137/3 137/8 137/9 139/16 140/2 145/10 146/3 146/22 148/9 149/19 149/25 150/24 152/4 155/21 156/11 157/7 157/19 158/16 159/8 159/19 161/13 163/2 163/13 165/13