**M**
me -- 59/10
mean 25/2 38/19 95/23 96/25 133/14 133/17 133/18 136/21 137/4 180/16 182/22 183/22 212/9
meaning 98/16 189/24 201/18 202/16 205/8 205/10 213/6
means 32/12 124/11 128/25 163/8 213/22
meant 89/16
meeting 74/11 75/4 75/12 114/2 172/7
member 28/4 43/25 97/8 108/22
members 41/20 70/6 90/5 168/19 168/25 169/4 173/16 173/22 173/24 174/3 174/10 174/17 174/17 174/23 201/18 205/9 212/25 213/2 213/5 214/13
memo 151/10 151/13 152/23 158/22 160/17 175/11 175/18 177/10 177/12 180/15 181/15
memories 119/5
memory 119/11 121/24 148/25 175/14
mentioned 89/18 202/19 204/12
merely 155/7
merge 97/22
met 12/2 127/5 170/24 207/3
Mexico 198/10 198/16
might 12/5 25/25 39/9 124/12 151/17
mind 23/2 23/7 79/2 79/4 181/10
mine 52/7 70/24 218/12 218/13
minor 46/4 194/21
minutes 212/15
mirrors 214/9
misconstrue 70/20
missing 18/18 19/11 20/25 21/4 22/3 22/12 22/19 23/17 24/20 28/10 29/15 29/19 31/8 31/15 42/17 42/22 48/14 49/5 49/9 49/19 50/6 50/11 50/21 52/24 53/9 54/13 56/25 58/19 65/24 66/2 75/23 77/6 78/21 80/7 81/2 115/18 122/25 132/20 134/6 134/10 134/18 135/2 135/11 136/3 136/5 136/7 136/9 136/13 137/15 140/12 140/15 140/19 141/7 141/13 141/16 155/15 170/14 170/21 172/16 203/11 216/22 217/8 217/19
misstating 106/21
modify 126/2
moment 36/13 130/11 148/9
moments 165/3
monies 144/21
Monserrate 153/6
Monserrate's 39/18
month 14/25 15/7 45/12 111/6 111/7 111/7 111/8 111/9 111/10
Months 13/8
Montoursville 101/20 151/16 158/11
more 7/9 13/16 13/18 13/19 46/3 85/11 111/3 111/4 111/7 111/9 114/6 129/23 138/15 197/9 204/23
mostly 79/17
mother 21/17 22/2 23/9 49/22 49/23 50/13 56/24 146/15
mother's 191/6 191/13
motor 97/5
move 142/24 148/6 192/17 212/4
moved 133/10
Mr 3/5 53/16 191/17
Mr. Banik 96/12
Mr. Bush 12/7 19/22 21/11 49/8 65/24 81/5 83/12 89/6 93/5 95/15 96/7 96/12 96/20 103/20 103/25 104/2 142/21 146/6
Mr. Bush's 135/22
Mr. Randy 127/25
Mrs. Bush 65/20 66/3 66/6 91/17 92/24 93/2 93/14 93/20 94/4 140/11 141/9 141/19 189/24

much 21/18 23/4 31/19 46/8 139/10 197/3
multiple 43/17
multitude 19/21 20/6
Municipal 5/24 7/17
my 5/9 9/21 12/19 14/17 22/14 31/4 31/10 42/8 45/3 52/12 56/12 60/22 63/17 74/2 79/3 79/3 92/20 96/15 103/19 103/25 105/5 105/9 121/15 121/22 124/2 124/22 133/6 136/24 137/6 140/17 145/11 146/23 147/4 147/7 148/3 155/10 156/3 156/9 157/6 161/12 172/11 180/24 183/11 183/21 184/10 184/23 185/24 186/25 191/17 209/17 211/24 213/16 213/21 214/2 218/17 222/10 224/13 224/13
myself 117/13 121/10

**N**
name 65/20 81/10 90/15 146/6 149/4 161/2 187/3 208/21 209/15
named 88/13
names 145/6 146/2 146/5 146/12 148/10 148/12 149/23 150/7 150/10 150/10 150/11 169/2
national 80/25
natural 50/4
nature 129/2
NCI 87/5 139/21
NCIC 8/14 9/3 9/5 9/10 9/11 10/2 10/4 10/14 10/16 10/20 11/4 48/6 49/15 53/10 53/15 53/25 54/21 57/20 79/21 83/3 85/6 97/24 122/22 129/20 129/23 130/2 130/19 131/2 132/12 132/20 133/23 134/6 150/9 155/22 155/24 166/7 168/12 170/22 171/8 187/17
near 81/8 81/12
necessarily 32/19 109/7
need 78/19 136/21 138/15 151/17 154/19 155/13 155/16 158/13 159/6 159/15 160/8 161/23 177/22
needed 154/19 159/20
negative 86/2
never 9/9 9/11 36/19 53/24 116/14 126/23 127/5 128/3 128/5 132/18 138/6 141/11 155/24 165/9 166/18 207/14 218/6 218/7
never -- 117/7
New 198/10 198/16
Newtown 2/4 79/25 80/13 81/3 81/5 81/15 81/18 87/24 89/4 97/24 111/16 116/6 124/16 126/24 132/10 135/4 149/17 155/8 179/24 209/21
next 14/17 29/3 192/17
nice 40/8 43/21
Nicole 153/6
nine 52/23 200/15
no 1/6 6/16 7/4 9/17 12/15 14/10 14/18 15/24 16/10 19/16 22/10 22/14 22/14 22/19 23/23 25/5 25/7 26/13 26/14 27/24 32/20 33/18 37/10 37/12 39/8 41/5 42/23 43/14 51/17 53/21 56/8 60/2 62/6 64/6 64/6 66/17 66/18 68/4 68/22 69/14 69/24 70/18 71/11 73/2 73/17 73/22 75/17 77/15 78/22 78/23 79/5 79/8 79/16 82/13 83/7 83/10 83/14 84/5 84/13 86/18 87/1 87/24 90/3 91/20 92/25 93/24 94/5 95/2 99/2 99/17 101/23 102/14 102/21 103/2 106/23 106/25 107/9 107/16 111/9 112/11 113/18 113/21 115/3 115/14 115/20 116/11 116/13 116/14 119/10 119/13 119/22 120/2 120/21 121/4 122/2 122/3 122/17 122/19 123/18 124/3 124/19 126/22 127/3 127/11 127/23 128/8 128/9 129/15 130/5 130/14 131/6 131/10 131/14 131/17 131/20 132/7 132/9 133/7 133/18 134/8 134/14 135/7 136/4 137/23 138/10 138/17 139/2

139/11 140/4 140/6 140/22 141/10 142/12 143/19 143/22 143/25 144/10 144/20 144/23 145/15 149/14 152/5 152/12 153/15 153/15 153/15 155/9 157/6 157/8 158/9 160/24 162/9 163/24 165/21 165/25 166/18 169/6 169/20 170/12 170/14 170/16 171/10 171/12 171/24 176/9 176/18 176/20 177/2 177/24 180/22 183/10 184/22 185/18 188/10 188/13 189/25 192/18 193/16 193/25 194/6 194/9 194/16 195/17 196/21 198/7 198/14 198/18 199/15 199/20 201/7 201/12 205/15 206/17 207/7 207/15 207/23 208/16 209/5 209/7 209/12 210/5 210/12 210/16 210/17 210/20 211/23 214/5 215/2 215/4 215/21 217/10 219/16 220/12 220/22 222/2 222/4 222/5 222/13
No -- 88/12
nobody 33/16 60/25 60/25
Nods 110/6
none 5/3 38/3 107/3 116/5
Nope 29/11 69/23 100/9 120/20 149/22 183/16 185/22 218/10
normal 171/16
Norristown 1/14
not 7/6 7/21 8/4 9/4 9/14 10/3 12/14 12/15 12/15 12/23 14/12 14/21 15/3 15/22 20/25 21/16 22/19 26/3 26/9 29/17 30/7 30/9 31/7 31/10 31/14 32/13 32/19 33/9 37/3 37/10 37/13 37/20 37/23 39/5 40/4 40/5 42/11 43/16 44/7 45/3 45/4 45/22 46/7 46/15 48/22 49/18 51/23 51/24 53/22 54/20 55/4 55/6 55/10 55/14 55/16 56/18 57/11 57/19 57/24 59/21 60/9 61/5 62/17 62/22 62/25 64/2 68/7 68/23 70/13 71/8 73/18 74/21 74/24 75/7 75/13 77/25 80/5 80/12 82/13 83/11 83/25 88/10 89/7 90/5 91/6 92/20 97/21 99/6 109/7 109/14 109/25 110/7 110/24 110/25 111/23 117/10 117/10 118/2 118/7 119/5 123/17 123/23 124/4 124/22 124/25 127/7 127/10 128/20 129/9 130/9 130/22 133/9 133/13 133/15 134/14 134/21 136/12 136/24 137/22 137/24 141/9 141/14 141/15 144/14 147/18 150/11 152/19 154/19 158/18 158/24 159/19 160/4 160/10 163/3 164/13 164/14 165/9 167/15 171/5 171/17 173/4 173/15 175/7 178/12 180/16 181/8 184/14 185/12 185/18 185/20 186/12 187/11 193/4 193/17 198/20 199/5 199/13 202/18 203/6 204/13 204/22 207/11 208/3 210/4 212/9 212/24 213/2 216/9 216/15 217/3 217/10 217/22 217/23 218/12 218/13 219/15 219/17 222/16 224/15 224/17 224/18
not -- 57/5 89/3 92/11
Notary 1/18
notation 93/17 96/9 165/4 177/16
note 158/12
noteboke 158/20
noted 74/17 97/8 154/16
notes 73/11 157/13 157/16 157/20 157/21 158/2 158/17 174/13 187/20 189/9 189/11 190/18 197/5 197/11 197/13 197/17 198/4 206/9 219/24
nothing 11/17 64/4 83/20 107/12 146/11 148/6 157/7 161/15
notice 1/13 95/21
noticed 95/16 95/17
notification 166/7
notified 19/8 154/11 164/11
now 8/7 9/3 9/18 15/25 18/21 20/12 31/6 35/8 44/22 47/20 47/24 49/3 49/12 50/17 52/9 61/21 64/9 64/19 65/5 65/10 67/14 67/15 71/6 73/12 73/23 75/22 78/15 79/19 83/8 89/22 91/12 91/22 93/12 95/4 99/22

Now -- 53/18
number 3/8 152/17 187/16 187/17
numbers 76/23 152/21
nutshell 20/22

**O**

o'clock 52/23
oath 9/19 12/13 23/15 26/11 28/22 137/9
object 125/15 125/18
Objection 14/6 125/5 221/10
objections 4/7
obligation 201/19
observed 212/22
obtain 124/11
obtaining 200/21
obviously 84/10 84/12 88/22 111/6 134/6
 135/4 186/24
obviously -- 84/16
occur 39/24
occurred 41/17 41/17 41/18 101/5 113/15
 114/7 114/7 116/5 119/3
occurring 37/3 40/10
October 113/25
October 23 52/21
October 24 167/5
of -- 51/7 93/10 217/4
off 5/4 72/7 79/4 83/18 92/16 106/11 111/25
 112/18 118/13 124/12 175/3 178/20 206/23
 218/19 220/9
offer 124/5 127/8 131/11 140/2
office 2/5 29/5 31/13 38/21 39/5 39/17 42/20
 46/9 56/22 69/18 70/8 87/24 137/14 146/22
 166/6 166/8 166/9 166/16 167/5 167/17
 167/19 167/21 167/21 167/21 167/21 171/21
 172/3 172/13 172/24
officer 95/8 109/8 217/17
officers 7/17 205/9 205/10
offices 1/13
officially 164/11
oh 15/25 21/13 22/15 29/18 39/14 54/3 68/9
 96/18 97/20 99/19 111/4 130/18 158/3 162/7
 184/20 203/22 204/15 210/25 219/20
okay -- 87/16
old 216/12
on -- 54/10
once 154/13 162/18 182/18 183/4 216/21
one 6/2 7/9 12/9 13/25 14/20 22/18 35/24
 35/25 36/14 38/17 45/13 46/3 50/8 51/2
 67/21 69/14 72/23 85/11 86/16 92/13 98/16
 101/5 114/7 114/7 118/3 118/5 119/22 121/6
 127/22 137/11 145/11 146/23 150/20 150/22
 154/23 157/9 158/24 177/14 191/20 192/12
 192/13 192/15 196/16 197/9 200/5 209/23
 214/13 214/13 214/16
one's 211/7
ones 17/13 24/19 64/24 88/13 107/5 124/20
 124/21 169/3 169/7
only 3/16 30/25 60/11 94/3 97/7 97/14
 115/21 116/20 117/11 121/15 123/8 124/5
 136/6 137/11 137/25 154/5 156/17 159/16
 163/23 172/17 184/13 186/3 210/14
operate 97/14
opinion 21/7 22/14 60/9 70/13 91/10 92/16
 124/2 124/5 124/25 137/15 137/17 184/24
opinions 20/14 137/3
opposed 44/15
oral 224/7
order 61/2 66/15 66/20 67/8 69/8 71/24 72/3
 72/5 72/9 72/25 73/5 73/17 79/21 123/13
 123/24 142/2 142/6 142/8 142/17 142/19
 142/22 149/8 149/11 150/5 163/14 188/9

189/22 191/2 191/7 191/10 191/10 191/13
 193/22 193/25 193/15
194/2 194/5 194/7 194/10 194/10 194/14
195/2 195/5 195/9 196/18 196/24 197/7
197/19 197/21 197/23 197/25 198/6 198/9
206/5 206/10 207/9
orders 73/7 124/7 196/6 196/9 196/16
 196/20 196/21 198/9 198/16 198/21 206/8
 206/13
ordinary 196/18
organization 144/16
original 3/15 57/7 63/25
originally 58/15 177/9
other 12/4 14/20 16/7 16/8 20/9 44/19 60/23
 62/25 82/16 87/23 88/5 88/12 88/12 90/9
 90/22 92/7 94/3 95/7 137/13 142/14 144/18
 159/5 159/14 162/21 162/22 163/9 171/16
 178/22 186/11 186/18 186/22
others 211/10
our 12/11 25/22 30/4 61/15 74/7 88/6 88/10
 145/3 170/8 172/6 173/13
out 15/12 15/22 32/4 41/16 42/2 42/11 42/15
 51/7 57/17 61/15 66/13 67/8 67/16 69/8
 88/10 91/3 94/19 107/18 107/20 110/22
 114/6 115/17 119/2 123/9 141/16 141/22
 142/22 149/23 150/7 150/20 154/5 154/13
 159/8 162/12 163/6 166/12 173/12 178/23
 182/13 186/6 198/9 209/25 212/16 213/15
 214/13 222/11
outside 81/18 108/25
over 14/25 15/6 49/21 52/16 67/12 94/8
 125/19 143/6 143/23 147/19 156/13 162/16
 164/9 177/3 177/4 178/3 178/5 178/9 180/17
 181/3 181/18 182/2 182/23 183/4 183/5
 183/7 183/14 183/18 183/19 184/2 184/4
 184/6 184/9 184/21 185/2 185/17 185/23
 186/2 198/13
over -- 143/5
overview 101/3 104/22
own 44/2 149/24

**P**

P-A-T-T-O-N 82/12
p.m 1/16 52/23 223/5
packet 161/18
page 3/3 5/17 8/8 24/10 39/4 39/10 54/23
 75/6 76/18 140/24 151/9 181/16 188/23
 188/25 188/25 189/3 193/12 200/10
page -- 76/20 189/13 193/9
pages 50/25
papers 141/23
paperwork 60/2 98/9 187/5 187/7
paragraph 116/4 116/15 116/21 188/23
 189/15 194/23 200/15
paragraph nine 200/10
paraphrasing 8/12 42/4 42/9
parent 60/5 61/2 196/16
parental 71/18 72/7
parents 56/23
parking 67/17
part 161/21 161/22 161/24 161/25 176/24
 207/20
particular 19/13 35/16 109/12
particular -- 35/19
parties 4/5 224/16
party 39/6 75/8 142/18
party -- 165/5
passed 95/13 110/21 125/14
past 19/20 29/24 90/20
Patton 82/7 82/10 82/11 82/14 112/9 113/2
 115/10 116/3 118/24 119/3 119/16 120/14
 122/14 123/21 124/16 125/3 126/20 127/5
PC 190/2

pending 154/12 156/15
Penn 2/7
Pennsylvania 1/15 1/21 2/4 2/7
 16/12 20/23 28/13 35/14 37/23 41/13 42/10
 43/12 43/16 44/2 50/19 52/19 53/5 53/14
 53/24 54/4 54/6 70/5 72/2 88/8 130/25
 172/15 172/25 199/3 199/12 200/16 201/6
 201/9 214/20 224/6
people 43/17 44/19 62/25 82/16 88/19 88/24
 143/12 173/15 173/24 174/5 174/17 209/14
per 39/16
perform 203/7
performance 216/5 217/18
performances 217/7
period 45/8
periods -- 37/7
person 46/25 47/8 54/13 68/15 94/3 101/6
 101/13 108/25 113/3 115/20 115/22 116/25
 120/2 121/3 121/8 122/16 127/14 155/15
 169/24 179/10 186/3 210/12 210/22 211/2
 211/24 215/15
personal 67/10 67/23 68/5 68/9
personally 43/11 43/22 44/13 44/15 67/7
 88/16 89/25 90/5 137/19 206/17
personally -- 10/5 10/8
personnel 153/11 153/17 153/21 154/9
 160/21 177/15
personnel -- 109/3
persons 82/16 137/15 141/17 217/8
Peters 74/6
PFA 20/6 20/11 20/11 22/9 60/3 60/25 66/8
 72/21 191/18 193/3 193/13 193/15 194/15
 194/19 206/14 206/19 207/4
Philadelphia 2/7 81/9 81/12
phone 24/4 65/18 80/6 81/25 82/18 101/6
 101/22 109/23 113/3 114/7 114/22 115/6
 116/6 116/25 117/19 119/20 120/7 121/5
 121/16 121/25 122/6 122/12 127/17 127/22
 147/19 166/22 167/4 167/6 187/16 190/18
 209/15 209/24 210/3 219/18 219/21
phrase 86/17 86/19
physical 194/16
picked 84/24 149/13
pickup 198/9
pieces 79/16
place 40/22 41/6 66/8 75/13
plaintiff 194/22
Plaintiffs 2/4
play 107/21 134/12
Pleas 143/4
please 6/21 51/25 199/22
plus 159/22
point 57/17 79/19 91/3 137/6 167/8 173/19
 174/14 176/10 176/13 210/10 211/25 212/3
pointed 214/13
police 5/24 7/17 8/25 16/4 16/13 18/22
 20/24 21/9 26/2 28/5 28/14 35/14 37/21
 37/23 41/13 41/21 41/21 42/10 43/13 43/17
 44/2 46/11 47/20 49/4 50/2 50/5 50/19 52/19
 53/5 53/14 53/24 54/4 54/5 54/7 54/12 54/19
 55/4 55/10 57/19 58/11 69/15 69/16 70/5
 72/12 72/15 72/17 73/17 79/25 80/14 81/4
 81/11 84/22 87/25 87/25 88/2 88/9 89/25
 90/17 108/16 111/16 124/17 126/24 131/2
 132/10 135/4 136/20 140/13 140/21 141/8
 141/13 141/21 149/16 149/20 160/6 172/15
 173/2 173/25 175/10 181/3 186/11 186/19
 186/23 187/23 187/25 188/3 195/21 196/23
 199/3 199/6 199/12 199/13 199/16 199/18
 200/16 201/6 201/9 201/18 205/9 205/9
 209/21 214/5
Police's 54/6
policies 47/20 216/18
policy 26/3 28/13

## P

poorly 64/13
positive 95/12
possession 50/4 60/5 61/7
possibility 156/14
possible 39/19
possibly 172/17
poster 166/7
posture 80/24
practice 37/21 37/22 97/19 158/18
prefer 21/8 169/6
premise 134/24
prepare 155/17 156/23
prepared 75/15 128/15
present 4/20 18/21 25/19 33/25 68/3 90/6 137/20 137/24 138/3
presented 23/24 28/2
presently 210/21 210/25
pretty 21/18 23/4 31/19 46/8 214/9
previous 109/5
previously 76/8 142/7
prior 91/7 93/8 139/5 139/24 224/10
privilege 14/8 14/19 14/22 15/4
probable 190/2
probably 33/9 40/8 45/21 102/11 129/25
problem 47/2 118/11 129/22 180/22
problems 129/19
problems -- 129/17
procedures 216/19
proceedings 144/4 223/5
process 124/23 126/4 135/8 135/14 135/15
produce 156/24 164/17 204/16
produced 104/10 104/11
professional 63/22 67/11
prohibition 220/24
prohibitions 207/21
prosecution 32/11 38/10 39/6 75/8
prosecutor 32/14
protected 221/6 221/24 222/14
protection 190/25 191/9 194/5 195/13 195/21 195/25 196/5 196/18 196/24 197/7 197/20
provide 26/4 85/20 87/14 100/23 139/16 144/3 198/20 202/11
provided 10/23 91/11 91/17 92/24 93/7 107/3 107/4 112/10 144/5 146/22 201/17 206/13 218/14
provides 91/4
providing 102/19
provision 215/14
PSP 56/19 59/6 88/24 88/25 129/6 130/17
public 1/18 174/24 212/21
pull 214/3
PURICELLI 2/3 3/5
purport 178/21
purpose 173/11
purposes 67/21
pursuant 1/13
put 8/14 9/5 10/4 53/15 63/19 83/2 110/8 110/18 134/5 150/12 158/13 158/18 160/17 165/20 196/9 209/17
put -- 129/22
puts 173/12
putting 49/14 133/15 211/6

## Q

question 4/8 6/21 15/10 28/11 40/25 42/7 42/8 42/18 48/24 50/7 52/10 52/12 57/7 60/23 63/14 63/24 64/2 64/5 64/14 66/4 73/12 75/17 76/13 96/15 104/15 105/5 105/9 105/18 115/9 118/8 121/22 125/16 133/6 139/12 140/17 156/2 156/3 156/4 156/9 159/8 172/11 176/2 176/7 176/15 176/16 180/12 186/6 194/8 199/6 199/7 199/8 209/19 215/2 215/4 215/6 222/10
question -- 14/17 104/19
questioned 6/18 7/8
questions 5/2 6/3 41/22 79/3 86/20 117/25 128/18 129/13 185/4
quick 136/19 136/22
quite 216/23
quote 108/4 168/12

## R

raised 156/5
ran 96/4
RANDALL 2/6
Randy 74/21 74/22 78/7 86/4 86/25 128/14 147/2 151/17 153/19 162/3 165/3 176/11 183/24 192/15 194/4 195/3 195/11
Randy -- 194/12
rank 34/5 44/3 44/8 209/16
ranks 109/5
rather 202/7
read 8/3 12/23 16/23 17/8 32/21 41/16 42/5 42/24 51/25 54/8 55/13 60/11 60/16 65/10 68/8 77/18 92/23 93/4 93/9 95/4 112/14 112/22 113/6 114/4 131/22 144/9 144/13 153/25 161/6 168/17 192/4 193/23 194/22 200/11
reading 41/8 74/20 76/17 153/19 208/5 208/6 216/11
real 192/23
really 6/7 46/7 126/7 128/23 129/2 137/10 161/15 184/7 222/8
really -- 128/25
reason 43/3 69/6 82/9 84/5 100/7 103/25 124/15 124/15 125/2 125/7 125/9 125/10 125/11 125/22 126/2 126/18 126/19 159/5 159/14 160/16 170/15 181/24 188/11 206/18 219/14 219/16
reasoning 39/18 160/7
reasons 131/12
recall 9/15 11/22 18/11 19/3 20/9 58/22 65/7 65/9 65/12 65/20 71/8 73/6 74/5 74/19 74/20 76/6 76/16 82/2 82/15 83/23 87/22 89/14 93/15 96/23 101/11 101/12 102/6 102/12 102/18 103/7 103/11 103/14 103/18 110/11 111/17 113/10 113/12 114/8 116/9 122/20 127/13 129/11 129/12 130/22 131/4 131/7 131/15 131/18 131/21 131/23 133/5 139/15 141/10 141/15 144/7 144/13 151/6 166/5 166/17 166/25 168/11 168/22 168/23 169/13 169/18 170/10 171/5 171/6 171/17 171/18 171/24 173/4 173/17 178/6 188/5 188/10 190/7 190/10 190/21 198/22 198/25 201/3 207/11 211/19 219/2 219/3 219/9 219/10 219/11 222/16
recall -- 85/25 151/7
recalled 115/12
receive 144/2 144/21 181/4 182/10
received 16/11 23/20 101/16 112/9 113/3 175/14 181/9 189/9
receiving 169/13
recently 20/11
Recess 118/16 146/18
reckless 205/24
recognize 76/10
recognized 187/3
recollection 9/21 15/21 113/4 117/12 123/17 130/16 132/6 148/4 175/21 176/3 176/8 176/14 176/20 176/22 177/6
record 39/15 51/24 59/13 74/24 106/12 112/2 112/19 118/14 147/22 152/2 175/4 206/24 218/20
record -- 106/15 193/24
records 29/14 64/13 90/24 95/4 160/13 175/10
recovered 84/15
recovery 199/17
refer 44/5 99/14 99/15 105/11
reference 75/6 78/17 78/19 103/2 179/6 190/24
referenced 41/14
references 38/20 179/14
referred 44/3
referring 39/14 39/22 48/3 50/23 75/4 82/17 111/2 158/21 165/16 177/12 208/2
refers 189/20
reflecting 201/4
reflects 202/11 202/21
refresh 148/25 175/14 175/21 176/3 176/7 176/14 176/22 177/5
refused 200/25 201/9
reg 160/7 160/7
regardless 44/3
regards 5/2 24/23 38/9 47/22 88/13 146/25 171/8 171/22 186/10 198/17 199/4
registration 95/11
regularly 143/13 204/3
regulation 203/5 215/7 215/11 216/5
regulations 35/14 44/7 202/4 203/10 203/14 205/2 213/10 213/19 216/9 217/4 217/6 217/16 217/20 218/4
related 60/7
relates 213/6
relationship 90/2 90/3 90/7 90/8 96/19 144/16 144/17
relative 73/8 95/10 138/8 171/25 224/16 224/17
relative -- 74/6
relevance 212/7
relevant 28/18 212/3
rely 12/17 30/25 150/8 182/6
relying 15/20 28/2
remain 63/22
remember 14/4 22/8 82/21 95/9 111/18 111/20 111/22 118/4 118/25 119/6 121/2 121/7 121/19 121/21 122/7 122/10 147/23 156/18 170/9 174/12 187/8 188/2 188/6 199/2 208/12 211/9
removing 187/17
render 202/6
repeat 6/21 50/8 57/18 215/6
replied 101/24
reply 103/12 103/15
report 19/15 21/14 24/11 25/3 25/8 27/10 27/17 27/21 27/23 29/9 31/22 32/22 36/3 38/7 38/15 39/3 39/10 41/9 41/16 47/16 49/8 51/4 52/23 54/6 54/7 54/10 54/13 54/18 54/23 55/24 56/10 58/18 59/2 60/9 62/8 64/21 64/24 68/20 68/24 73/14 73/18 74/13 75/6 75/14 75/22 77/6 77/18 78/5 79/7 79/8 79/11 79/13 79/14 79/15 90/11 92/16 92/23 93/13 97/18 102/4 103/3 104/13 105/14 107/2 107/10 107/13 127/17 128/8 140/8 140/9 140/15 140/19 140/24 140/25 141/2 145/14 146/11 148/24 149/15 150/3 150/9 150/19 151/9 151/14 152/12 152/25 154/17 154/20 155/15 156/14 158/14 158/19 159/21 159/22 159/24 160/2 160/8 160/10 165/15 170/8 219/23 220/21
report -- 50/18
reported 18/18 48/15 49/5 60/16 75/24 77/17 77/20 78/15 134/15 140/12 141/8 141/12 146/6 189/23
reporter 1/18 159/10 212/10 224/6 224/25

**R**

REPORTERS 1/20
reports 10/12 20/24 21/10 28/24 31/24 36/6 37/18 41/14 73/11 73/25 75/16 78/20 89/18 93/8 93/9 93/16 97/12 154/12 220/20 220/23
represent 106/25 178/19 189/8
represented 64/20 106/4 107/9 118/23 189/10 200/7
representing 93/19 165/14 197/19
represents 193/22
request 39/17 105/11 152/12 157/4 164/7 220/6
request -- 157/6
requested 156/22 156/24 156/25 159/21 160/11 177/18 187/22 200/19
requesting 152/24 153/11 153/14 153/17 153/21 154/9 154/21 154/23 154/25 156/14 165/4 177/15
requests 146/23 151/13
require 50/4
required 28/4 54/13 202/6
requirements 41/13 202/10
requires 203/5 215/14
reread 40/25
reserved 4/8
residence 69/9
resolved 164/12
respective 4/5
responded 110/4
response 158/22 219/6
responsibilities 203/7
responsibility 33/20 218/12
responsible 34/24
responsive 146/23
rest 52/22
result 20/13 32/7 32/11 82/25 87/19 138/2
return 201/10
review 5/7 5/22 5/25 7/7 9/16 10/12 93/16 95/3 140/24 146/10 199/10
reviewed 5/5 5/9 5/20 6/11 6/20 7/3 12/21 15/21 132/14 140/23 150/3
reviewing 9/15 17/13 72/5
Rice 182/8
Richmond 69/15 69/15 87/25 140/12 140/20 141/13 187/24 188/3 188/6 196/23 199/5 199/12 199/16
right 5/4 7/21 11/5 12/10 17/15 21/22 27/19 33/10 33/16 36/25 46/22 46/24 47/3 54/16 58/12 59/24 61/3 61/4 62/18 63/8 71/18 71/25 85/25 86/21 91/19 94/15 95/3 95/14 96/9 96/10 97/16 99/15 99/20 102/3 107/7 107/11 107/14 109/9 109/11 110/13 111/11 114/9 116/2 118/19 119/14 120/12 120/14 120/19 124/6 126/15 138/5 142/16 146/21 147/12 148/8 150/4 150/23 150/25 151/20 152/23 153/4 157/22 162/19 163/10 167/25 168/6 174/15 174/21 175/9 177/8 177/19 177/22 178/10 179/22 180/9 180/23 183/2 192/16 196/22 204/4 204/8 204/11 210/21 218/11 220/21 221/4 221/9 221/12 222/7
right-hand 100/5 152/18
rights 71/13 72/7 214/7
ring 145/24
risk 193/6
Road 2/3
room 62/25 129/3 158/13
rule 204/17 216/13
rules 35/13 202/19 204/17 216/8 216/8 217/16 217/25
run 10/10
Russell 198/24 198/25 201/5
Russell's 200/7

**S**

S.C 1/8
safe 102/17
said 15/23 23/8 26/7 26/22 29/19 30/5 30/15 36/16 36/19 38/15 38/18 40/14 40/17 40/25 45/16 47/15 54/9 55/9 55/15 57/4 58/14 59/23 60/12 60/17 63/25 65/10 65/10 73/11 75/17 77/16 77/19 81/10 81/14 83/14 83/16 83/18 89/7 90/16 92/12 93/24 103/7 103/18 111/22 113/9 116/18 117/11 120/23 121/3 121/13 122/15 122/22 123/9 123/10 123/14 123/15 127/13 134/20 135/16 136/5 137/20 139/8 142/24 143/2 147/20 155/18 155/23 156/6 156/18 157/24 161/22 165/7 167/10 167/13 167/21 170/17 171/25 172/10 173/22 174/3 174/9 174/16 177/5 178/7 184/10 186/18 186/20 189/6 189/23 190/9 190/13 190/23 199/4 204/20 206/7 208/15 208/21 211/15 211/19 219/5 219/9 219/12 219/13 224/9
said -- 101/8 168/2 219/8
same 9/2 51/9 53/5 57/4 73/19 76/15 147/7 149/16 152/21 190/2 204/18 224/12
Sankey 171/4
Sara 42/11 42/20 43/4 71/25 90/15 97/6 144/25 149/3 153/6 153/7 159/16 198/12 198/16
sat 74/16
saw 67/8 74/21 79/8 79/15 90/24 94/9 95/5 154/16 154/16 155/24
say 7/5 8/2 11/15 14/25 15/22 24/20 27/10 38/10 41/11 43/4 54/10 54/19 54/25 58/3 58/11 58/18 58/20 60/13 60/20 65/14 65/15 70/7 71/3 71/16 74/21 75/12 79/2 89/15 105/11 109/3 110/25 111/4 111/5 117/6 117/8 122/18 122/19 123/3 123/18 124/20 124/21 125/3 126/21 126/21 130/20 130/23 132/17 132/22 133/3 138/2 138/20 138/23 149/15 155/18 155/19 172/22 184/19 192/6 195/16 197/4 205/10 205/11 205/15 210/13 211/10 218/2 219/6
say -- 57/8 67/2 123/9
say I 36/16
saying 9/5 9/16 12/15 19/23 20/9 22/20 25/25 31/17 38/23 43/15 57/25 58/13 65/13 65/16 91/20 94/18 113/14 116/17 116/23 117/2 117/4 122/19 122/20 123/17 167/9 178/6 178/22 185/12 190/17 190/21 210/17 213/4 218/7
saying -- 123/19 125/20
says 23/15 27/13 27/21 30/13 41/25 43/2 59/3 59/22 80/25 120/15 149/3 150/4 153/21 154/18 159/19 160/12 160/20 161/7 173/15 174/23 176/18 179/24 189/22 191/12 193/17 193/25 194/4 194/6 194/10 194/15 194/20 195/8 197/2 206/8 207/14 209/23 213/10 213/10 214/18 215/20
says -- 159/18 189/20
school 12/6 66/13
schools 34/10
sealing 4/6
search 97/5 147/8
search -- 147/2
second 16/2 50/24 53/20 89/13 114/14 114/16 116/15 116/20 117/19 117/25 118/5 120/4 121/5 122/5 129/10 129/13 130/17 131/8 131/13 132/18 166/15 166/21 167/4 167/6 168/3 188/23 188/25 189/2 189/13 200/10 206/21
second -- 123/5
secretary 147/4
section 2/6 17/6 87/10 151/16 201/17 201/17 212/19 214/22 215/8
section -- 147/2 177/20
see 5/16 9/4 10/2 10/12 38/22 50/22 57/12 57/21 57/25 58/2 61/24 63/12 63/19 74/23 74/25 77/4 79/7 80/24 93/17 94/18 98/13 104/12 104/15 104/19 105/22 139/10 140/8 149/9 149/15 150/9 150/21 173/19 180/2 190/3 190/4 192/10 192/12 192/19 200/14 200/18 207/14 219/24
see -- 159/6
seeing 74/19 169/14 169/18 169/21 198/22 199/2 201/4 207/6
Seeing -- 169/19
seek 75/7
seeking 39/5
seems 65/17
seen 17/24 76/13 140/9 165/9
self-explanatory 161/6
send 102/14 148/2 157/2 157/10
sending 197/6 197/19
sent 38/8 65/18 73/16 102/22 110/22 128/16 147/23 147/24 152/13 154/14 197/22
sentence 189/21
separated 154/14
Serene 50/20 52/20 140/11 141/12 149/5 189/23
sergeant 4/18 21/25 23/3 44/8 48/4 48/8 49/25 59/5 66/18 67/5 67/11 69/22 78/22 82/7 82/11 82/13 109/7 112/25 113/2 114/24 115/10 116/3 118/19 118/24 119/2 119/16 120/4 120/14 122/14 123/21 124/16 125/3 126/11 126/20 127/5 136/4 147/9 148/8 153/22 153/23 180/5 195/20 215/5 222/11 222/25
sergeants 34/8
serious 7/12
service 174/5
set 213/14
seven 62/25 75/6
several 38/19
Shakes 148/17
shall 194/16 194/22 202/16 203/6 203/7 212/21 214/18 216/9
share 218/25 219/4
Shawn 171/3
she 21/21 43/3 58/18 65/20 66/10 90/25 91/2 91/20 91/21 92/2 92/7 92/8 93/21 93/22 94/14 140/14 140/18 140/19 141/12 141/21 141/22 145/8 149/7 149/10 150/5 212/11
she's 42/2 42/21 43/5
shelter 89/23
shirk 203/6
shoes 209/17 211/7
short 12/11 121/18
Shorthand 1/18 224/6 224/25
shortly 175/17
should 34/16 40/7 47/21 104/7 106/19 126/13
shouldn't 41/10 41/15
show 5/15 24/7 27/12 27/20 38/4 38/14 49/20 59/2 59/21 63/4 76/7 76/25 78/4 104/9 147/22 175/10 178/11 197/17
showed 110/23
showing 99/13 112/8 178/18 188/21 200/4 206/14
showing -- 17/20
shows 59/13 179/5
sic 76/23 134/19 208/21
side 100/5 148/17 148/17
signed 72/7 124/11
signing 4/5
simple 27/11 156/20
simply 220/7