## S

since 7/16 44/12 44/14 56/22 97/22 192/23 203/25
sir 9/6 45/11 57/5 60/8 70/25 101/23 143/16 171/10 216/11
sister 94/4 95/8 97/6
Sitting 176/19
skill 224/14
slander 205/15
slow 159/12
slowly 7/10
Smith 88/6 94/6 94/7
so 5/19 8/2 9/25 10/11 10/18 10/25 12/17 15/14 17/24 21/24 22/12 22/20 23/14 25/24 27/25 30/22 30/23 31/12 32/15 33/6 33/19 35/4 36/24 37/2 39/14 40/18 41/11 43/7 44/5 44/7 46/18 46/22 48/17 51/23 52/2 57/5 58/13 59/12 60/4 60/22 64/13 69/5 69/19 69/25 71/3 71/3 73/9 74/23 75/11 77/5 77/16 78/22 79/4 79/6 81/5 81/17 84/5 86/3 91/4 93/9 94/23 97/2 97/15 99/7 100/6 101/5 101/16 104/2 104/23 105/11 106/14 108/24 111/12 112/11 116/2 116/24 117/16 119/15 120/5 121/17 123/19 124/6 126/19 127/8 127/20 130/10 133/7 133/21 136/6 136/21 137/12 137/25 141/4 150/23 152/23 153/25 156/13 157/8 157/25 158/25 159/5 159/22 160/9 161/23 162/7 162/19 165/2 166/21 169/9 170/4 174/13 174/15 178/10 178/12 178/21 181/14 182/9 185/15 186/13 187/7 188/2 190/17 197/4 207/16 212/4 213/18 216/12 216/17 217/15 220/4 220/9 220/19
So -- 12/8
some 47/2 76/22 79/19 87/3 91/3 91/14 95/13 101/16 101/18 122/17 122/17 142/5 204/7 205/14 206/9
somebody 10/7 19/15 38/2 67/7 68/7 80/8 84/10 84/11 84/15 84/21 108/14 114/19 119/24 120/9 120/15 122/7 122/11 125/7 131/21 134/5 138/2 141/18 151/22 163/17 184/14 186/14 210/2
somehow 110/5 135/9
someone 44/16 55/18 60/16 61/8 85/12 154/3 201/8
someone's 126/4
someplace 104/8 125/13
something 45/25 55/22 68/25 69/25 72/6 72/8 91/8 99/16 102/15 106/22 125/3 125/7 126/20 131/22 132/17 133/22 135/16 147/18 147/22 148/2 156/19 161/15 174/9 182/17 184/5 185/7 208/18 211/9 212/5 212/10 214/25 218/7
sometime 28/8
Somewhat 215/12
sorry 62/16 86/4
source 132/9
South 2/7
sparring 48/17
speak 80/4 82/3 82/6 82/21 88/4 139/13 206/20
speaking 82/15 204/20
specific 40/18 40/19 46/18 123/16 126/19 129/12 136/21 138/16 216/23
specifically 71/8 77/5 102/12 140/20 202/18 203/14
specifics 93/15 170/12
speech 205/4 205/5 207/22 221/7 221/24 222/15 222/19
split 43/19 51/23
splitting 107/15 107/21
spoke 59/3 59/5 88/15 118/4 122/6 140/10 141/5 208/9 220/15
spoken 138/6 139/5
standard 201/24
standards 201/19
start 5/17 28/8 38/10 136/16
started 5/4 73/9 85/15
starting 51/2
state 16/4 16/13 20/23 25/13 26/2 28/5 28/14 35/14 37/21 37/23 38/20 41/13 41/21 41/21 42/10 43/12 43/16 44/2 46/11 47/20 49/4 50/2 50/5 50/19 52/19 53/5 53/14 53/24 54/4 54/5 54/5 54/6 54/11 54/19 55/4 55/8 55/10 57/19 58/10 70/5 72/12 72/14 72/17 73/17 84/21 88/2 88/9 89/25 90/17 108/16 131/2 136/20 141/21 149/15 149/20 160/6 172/15 173/2 173/25 175/10 181/3 186/11 186/19 186/22 187/23 187/25 195/20 196/11 199/3 199/12 199/18 200/16 201/6 201/9 201/18 205/9 205/12 213/6 214/5 214/6
stated 21/16 31/11 58/8 59/7 59/14 103/9 116/16 119/19 121/9 130/5 172/13 191/6 191/13 206/9
stated -- 58/7
statement 100/24 103/8 104/17 104/21 112/9 112/11 117/6 118/24 119/16 120/22 127/10 127/25 128/8 128/9 137/23 215/24
statements 64/21 64/22 124/18 205/20 205/23 207/17 215/15
states 1/3 81/8 214/19
stating 117/13 122/25
station 18/23 33/15 33/17 33/21 33/24 34/19 34/23 45/12 59/6 74/7 83/22 84/7 90/5 95/6 137/2 143/21 154/13 158/6 168/25 169/5
station -- 160/2
statute 16/24 47/24 48/2 48/12 49/4 49/13 77/14
statutes 16/21 17/24 18/4
stay 110/2
stenographically 224/8
step 81/17
Steve 96/11
STEVEN 3/4
stick 44/14 88/23
still 104/10 166/2 176/20 184/6 201/23 216/13 217/11
still -- 203/24
stipulate 106/15
stipulated 4/3
stop 38/3 48/17
story 178/24
straight 117/20
Street 2/7
strictly 212/22
strike 6/19 129/17 151/7
stuff 20/6 27/4 37/19 95/10 95/12 96/5 132/14 137/3 144/6 158/19 171/16 179/6 193/18 199/10 206/14 216/12
subject 85/14 85/23 99/23 100/12 100/16 100/24 109/17 143/5 154/11 155/6 155/10 211/2 215/16
submits 36/4
submitted 35/12
subordinate 10/13
subsequent 79/24
such 42/14 78/17
sudden 66/12
suddenly 142/24
sued 29/14 44/13
Suffice 14/24
suing 43/21 44/15
Suite 1/20
summary 101/14 103/24
superior 109/9 207/13
supervising -- 53/6
supervisor 18/9 36/4 45/6 78/17 79/18 137/2
supervisors 34/16 34/20 34/21 34/22 34/24 179/25
supervisory 33/12 34/9 162/5 162/10 162/24 163/4 163/8 163/14 164/8
supplemental 36/6
supplied 93/13 216/22
support 181/17 181/23
supports 64/4
supposed 28/13 59/15
sure 6/6 6/22 7/10 20/17 34/24 35/11 35/13 36/10 37/6 41/19 44/4 44/23 45/6 45/15 52/5 56/11 68/19 78/3 80/5 80/20 91/6 97/20 99/7 100/14 105/20 128/20 130/9 133/9 147/10 147/18 147/20 158/24 163/11 164/13 164/14 165/9 182/17 185/14 186/12 187/11 197/10 201/15 202/8 202/23 203/8 203/12 204/2 204/10 204/21 205/13 205/18 214/17 215/9 216/6 216/15 217/13 217/14 218/5 220/8 221/5
surprise 112/12
surprised 80/12
surroundings 129/3
suspect 153/7
suspicious 211/8
sworn 4/12 224/10
system 196/12

## T

take 4/20 20/24 40/22 50/24 52/6 60/10 63/7 63/9 71/25 107/19 133/14 166/3
take -- 21/17
taken 1/13 145/21 224/8
takes 36/3 66/14
talk 37/15 55/18 74/2 74/10 82/20 83/21 95/7 95/8 99/2 114/12 114/15 114/18 115/23 117/14 139/24 141/25 162/11 186/9 186/14 218/17
talked 18/16 26/7 27/13 45/9 51/22 73/24 74/5 74/6 82/19 111/17 111/23 114/8 114/11 114/17 114/19 118/25 120/7 120/9 121/2 122/11 127/14 129/10 139/18 144/19 162/20 166/14 169/24 169/25 170/18 171/3 172/6 179/11 186/4 186/5 186/12 186/22 186/24 201/5
talking 24/6 26/22 83/23 88/14 94/11 95/25 105/8 111/18 113/10 113/13 139/19 142/17 162/8 162/10 162/24 169/7 175/19 177/9 188/2 191/18 209/20 213/5
talks 28/22 38/2 108/22 212/20
tape 129/9
taught 16/23 17/7
telephone 40/13 40/17 41/2 166/14
tell 8/21 13/7 14/10 20/4 20/8 22/25 23/14 29/4 29/21 41/10 49/12 56/13 56/20 58/21 61/25 62/3 65/9 68/15 78/16 80/16 80/21 84/4 86/7 95/4 98/9 100/15 103/23 109/22 119/15 124/15 129/18 136/2 141/4 141/19 142/3 142/23 145/13 149/10 158/16 163/2 163/13 165/13 166/13 169/6 170/2 172/2 172/23 177/25 180/12 181/22 181/23 182/5 185/20 187/17 188/7 190/5 203/18 206/4 207/4 207/8 207/12 219/14 219/16 221/18
telling 10/25 11/24 12/12 21/18 22/5 28/22 31/12 37/3 43/10 50/15 103/17 108/12 117/9 117/16 130/16 137/8 137/9 144/8 176/16 198/5 206/15 214/4 219/25
tells 31/6 31/13 31/14 187/20 195/16
temporary 196/25
ten 212/15

T
tends 202/19
term 21/4 21/8 163/7 168/16
terms 163/9
testified 6/10 6/12 9/19 11/20 11/23 16/9
 34/8 34/15 35/4 36/21 50/11 72/24 93/10
 115/17 130/10 142/8 147/10 147/17 171/11
 187/21
testify 11/16 62/17 130/12
testifying 165/2
testimony 5/9 8/20 9/10 9/25 12/13 13/2
 34/2 36/24 44/20 51/15 79/6 87/4 110/3
 116/3 136/10 138/5 140/7 198/19 208/12
 210/14 224/7 224/11
testimony -- 8/12
than 13/16 13/18 13/19 16/8 20/9 33/16
 34/5 46/3 82/16 87/23 88/5 88/12 90/9 90/22
 92/8 94/3 95/7 111/2 111/3 111/4 111/6
 111/7 111/9 114/7 129/23 137/13 142/14
 144/18 159/14 162/22 171/16 178/22 186/11
 186/18 186/22 202/7 204/23
than -- 111/6
thank 53/17 66/5 68/11 75/20 78/24 108/8
 122/4 125/17 126/15 155/3 187/6 197/3
 213/25
Thanks 5/14
that -- 6/19 8/11 29/21 87/8 108/14 137/4
 186/4 208/7 213/8 216/12
that's 5/19 15/9 15/13 15/22 20/22 21/7
 21/18 25/12 26/10 30/15 31/23 32/2 34/12
 37/19 37/19 39/12 47/15 48/11 49/2 49/24
 49/25 52/22 55/21 58/4 59/22 60/19 61/5
 63/17 65/5 70/20 70/23 70/24 75/13 77/23
 79/2 89/3 89/4 90/10 92/13 92/16 94/2 97/19
 99/18 102/17 105/17 105/24 106/3 106/8
 113/20 114/3 114/23 118/10 119/6 119/14
 127/10 133/6 134/14 134/15 139/8 148/3
 149/7 149/8 150/20 151/2 153/9 154/20
 154/22 157/23 158/14 158/18 163/21 168/22
 174/8 176/15 176/21 180/8 180/23 181/10
 181/15 182/3 184/25 186/25 189/5 197/2
 198/3 203/23 208/5 208/6 209/18 210/9
 211/20 212/25 213/14 215/19 216/13 219/14
 219/17 221/6 221/24 222/23
that's -- 210/7
the -- 14/7
their 22/2 34/24 34/25 49/22 49/23 56/23
 60/6 61/3 61/4 63/19 69/16 69/19 71/18
 91/14 135/7 140/5 146/12 146/15 149/24
 150/10 150/11 169/2 196/17 201/20 203/6
 205/24 209/15 217/18
them 18/8 18/10 18/12 18/15 18/15 23/17
 50/5 51/18 54/5 54/11 55/5 55/10 55/16
 61/17 61/18 61/19 66/14 83/24 95/20 97/7
 115/23 127/22 137/10 137/11 139/21 144/22
 146/13 146/16 149/13 150/16 151/4 154/25
 157/2 157/10 157/11 158/13 168/14 168/20
 187/22 196/11 198/22 203/7 204/3 204/7
 204/9 216/19
then 7/5 7/16 15/21 21/13 28/11 31/14 31/21
 36/5 57/16 58/6 58/8 60/4 66/10 66/12 66/24
 68/9 70/6 78/10 79/2 90/6 99/3 101/3 107/15
 110/4 114/23 117/24 123/25 125/18 131/25
 137/9 137/25 138/20 157/8 158/15 159/24
 161/17 178/19 179/24 180/15 181/15 182/12
 193/17 194/14 194/15 208/8 209/24 213/4
 214/4 216/17
there 10/17 11/6 12/3 12/21 19/17 21/25
 25/25 32/2 35/22 38/7 47/24 48/12 49/14
 49/16 49/21 55/15 56/10 57/15 60/2 60/9
 67/12 69/18 71/24 72/3 72/5 72/6 72/8 72/9
 73/23 74/11 74/12 74/15 74/19 78/25 84/25

85/21 86/6 87/4 90/23 91/8 91/14 91/15
 92/18 93/5 93/20 96/8 96/9 96/10 96/13 97/2
 97/22 103/2 104/7 104/13 106/18 106/18
 107/3 108/3 108/10 109/13 117/7 125/20
 128/8 128/9 128/24 129/16 129/19 129/22
 130/24 131/16 132/9 135/16 141/25 142/5
 143/17 161/2 165/20 168/3 174/18 183/10
 185/2 187/5 189/25 193/18 193/19 198/8
 198/15 203/10 206/4 206/7 206/9 206/18
 208/5 209/25 216/16
there -- 35/20 48/21 54/25
there's 19/19 19/21 21/2 21/24 22/6 38/19
 43/17 49/4 55/14 64/3 75/5 76/22 89/10
 95/20 95/25 98/24 106/25 107/16 107/17
 149/14 162/12 170/7 183/18 203/14 220/5
these 31/7 31/14 31/23 38/16 46/4 60/13
 60/20 64/21 64/22 73/13 124/17 134/13
 139/24 154/12 154/24 156/22 168/23 185/3
 189/8 202/19 202/24 203/20 203/24 204/16
they 11/6 12/5 17/7 17/12 20/24 20/25 21/15
 21/17 22/10 22/12 22/13 23/8 42/21 42/23
 43/7 49/23 50/12 51/10 51/15 53/16 54/9
 54/9 54/11 55/15 55/15 56/24 57/10 58/14
 58/14 65/25 66/2 69/2 69/6 69/8 69/9 69/13
 73/3 73/4 73/6 75/11 81/13 81/19 81/24
 97/13 97/22 114/19 115/19 121/13 134/18
 135/9 136/2 136/5 136/9 141/9 141/14
 141/22 141/24 143/14 144/8 145/5 145/5
 145/18 146/14 149/23 150/6 152/21 157/21
 158/4 159/22 163/24 170/8 170/13 170/16
 173/16 173/25 184/2 184/4 185/6 185/7
 185/8 185/11 185/13 187/22 189/10 192/6
 195/23 196/3 196/5 199/13 202/17 203/21
 203/25 204/2 204/2 209/15 209/25 213/21
 213/23 216/23 217/7 217/10 217/11 217/12
 220/20
they -- 68/16 183/23
they're 22/19 34/17 49/22 64/15 79/4 89/7
 124/7 158/3 162/13 195/24
thing 12/23 36/22 57/3 70/21 73/19 76/15
 102/17 102/25 114/4 193/11
things 31/7 44/24 45/8 60/13 60/20 71/22
 103/16 116/16 137/9 156/6 162/13 185/2
 187/8 205/11 205/11 205/14
think 18/14 19/8 42/16 63/5 63/6 68/18 69/3
 69/5 69/11 70/14 70/15 83/21 84/23 90/10
 92/7 99/5 104/20 105/25 106/21 107/20
 111/12 132/13 133/7 139/8 144/18 145/22
 147/17 147/21 148/21 148/22 148/23 155/2
 157/19 166/4 166/11 167/4 170/8 178/4
 186/21 208/25 209/3 211/21 212/3 222/3
 222/24
think -- 105/22
thinking 50/10 126/25 168/9 184/14
thinks 70/19
this 6/8 13/21 13/23 13/25 19/17 24/23 25/2
 25/3 25/7 25/12 27/3 27/10 27/16 27/21
 27/22 29/12 29/25 31/22 32/4 32/22 33/13
 35/8 35/16 36/14 36/20 37/4 38/5 38/9 38/23
 39/2 39/6 39/15 41/16 45/13 45/16 46/3
 50/17 51/19 52/7 55/14 55/23 56/24 59/2
 64/20 65/11 65/17 67/21 70/14 73/9 74/4
 75/3 75/14 76/17 78/7 78/15 80/24 86/24
 88/14 90/6 91/7 91/12 92/10 92/11 97/18
 97/24 99/7 99/14 99/23 100/2 100/13 100/16
 100/25 103/12 103/15 109/12 109/18 112/10
 112/11 113/10 113/19 113/25 116/10 117/21
 119/15 120/6 120/23 123/21 124/22 127/13
 128/15 129/23 132/14 136/8 136/13 136/16
 136/24 137/3 137/15 138/7 139/5 150/8
 152/23 153/5 155/14 156/12 156/13 156/15
 156/23 158/13 158/22 159/14 159/18 160/14
 160/16 160/23 161/22 161/23 161/24 163/8

170/20 174/22 176/17 178/19 178/23 182/12
 188/15 189/21 192/12 192/15 192/19
 192/23 193/14 193/21 194/4 194/13 195/16
 199/21 210/2 210/18 210/25 224/11 224/17
 224/18 224/19
this -- 112/23 125/14 154/7
thorough 28/6 28/14 38/6 38/16 39/2 41/8
 41/14 190/11
thoroughly 155/17
those 4/24 12/17 17/24 18/4 47/16 60/6
 77/17 77/20 88/5 117/25 144/9 196/9 196/19
 198/20 206/13 207/13 207/16 216/22 217/2
 220/19
though 11/13 120/25 191/2
thought 30/5 30/15 44/10 78/11 98/18
 124/23 126/4 135/7 135/14 135/15 150/18
 162/19 163/5 177/25
three 121/9 179/25
through 17/2 27/7 30/4 56/21 58/9 71/14
 77/24 78/2 78/7 78/10 89/25 91/13 93/8 97/2
 101/12 120/6 148/13 157/4 169/11 177/23
 180/21 187/4 196/11
throughout 196/11 217/7
throw 98/21 185/2
Thursday 1/10 224/9
time 4/9 7/9 9/23 12/7 12/20 17/10 19/2
 19/15 19/18 31/24 35/12 38/2 38/22 38/24
 39/7 66/11 72/8 74/3 79/19 84/12 84/20
 84/25 85/11 87/3 97/23 110/21 110/22
 110/23 113/17 113/24 114/10 114/10 114/14
 114/16 115/16 129/10 132/18 164/6 166/15
 166/17 168/3 168/5 170/2 170/24 172/2
 182/12 184/18 196/6 197/9 201/24 202/4
 203/24 205/3 207/4 220/11
timeframe 79/16
timely 44/24
times 55/14 121/10 162/15
Tioga 22/17 39/4 39/16 69/10 75/7 80/15
 87/23 136/12 143/22 144/4 169/17 169/23
 171/21 172/14 172/24
tired 212/11
to -- 39/14 215/3
today 5/6 5/8 10/2 14/5 17/14 17/19 37/3
 85/20 103/17 176/19
together 12/6
told 4/20 8/13 10/15 11/5 11/8 11/13 11/17
 11/18 14/5 14/13 19/14 19/18 20/15 21/11
 21/20 22/21 23/2 26/4 26/10 26/17 26/23
 26/24 27/2 29/21 36/13 49/23 59/4 60/24
 62/7 62/8 65/2 65/5 65/7 67/7 68/7 68/12
 68/13 68/16 68/21 87/6 91/16 103/22 103/24
 109/16 114/19 114/25 115/5 115/22 120/5
 121/8 122/23 123/12 129/25 131/18 131/21
 136/7 137/13 138/2 141/11 141/12 141/20
 141/22 148/9 150/4 157/9 157/19 158/23
 166/6 168/12 168/14 168/20 175/9 184/14
 199/12 201/3 218/24
told -- 62/7
ton 144/5
too 30/23 95/18 130/2
too -- 158/2
took 26/2 41/6 47/9 61/13 69/7 75/12 81/13
 178/20 208/18
totally 57/2 78/10 85/9
toward 39/6 212/21
towards 75/8
Township 79/25 80/14 81/3 81/5 81/15
 81/19 87/24 89/4 111/16 116/6 124/16
 132/10 155/8 179/25 209/21
track 34/16 35/8 36/6 37/4 37/5 37/11 44/22
 77/9
train 20/24 20/25
trained 41/20

# T

training 16/12 16/17 23/19 71/6 71/9 71/12 222/5 222/13
transcribed 224/13
transcript 3/16 15/13 15/15 89/20 166/3 168/17 224/11 224/12
transcripts 144/3 144/9 144/14
transfer 121/14
transferred 114/20 119/23
transpired 80/10
treat 136/13 173/15 173/22 173/23 174/3 174/4 174/9 174/23
trees 204/23
trial 4/9
tried 82/20 118/9 140/19
tries 196/16
TRIPP 1/12 4/11 4/18 50/2 59/6 62/7 62/8 112/25 118/19 126/11 147/9 148/8 153/22 160/22 180/5 195/20 224/8
Tripp-1 3/9 99/9 99/14
Tripp-2 3/10 112/4 118/20
Tripp-3 3/11 178/14 178/18
Tripp-4 3/12 188/17 188/22
Tripp-5 3/13 199/24
troop 10/13 51/9 53/6 54/19 107/22 140/18 151/16
trooper 25/7 27/17 36/3 43/19 44/3 44/6 55/23 56/4 74/13 77/8 88/6 92/10 94/7 109/5 112/25 126/11 136/24 137/21 141/20 148/13 161/21 189/21 205/12 214/6 217/17
troopers 145/11 168/19 213/6
true 9/20 12/14 12/18 15/23 28/25 29/2 29/6 29/7 29/16 29/17 31/9 38/25 45/14 49/25 50/17 51/21 52/12 53/2 53/4 53/12 61/2 94/2 97/4 116/19 125/4 126/12 127/10 127/12 127/16 132/16 136/18 174/20 184/25 185/6 185/12 185/12 190/20 196/13 196/22 219/15 219/17 224/12
trust 11/23 31/4
truth 11/2 205/25 206/16 219/25
truthful 9/4 10/3 10/19 11/6 11/10 30/19
try 42/2 48/7 86/24 90/12
trying 15/12 23/6 23/14 51/24 62/19 63/21 70/19 109/25 110/2 114/6 116/22 119/2 123/8 135/23 154/5 159/11 174/13
turn 8/8 32/4 39/10 54/22 64/10 198/12
turned 52/16
twice 114/17
twist 214/24
twisting 57/2
two 13/18 13/19 69/16 82/16 95/20 139/24 162/12 162/13 193/12 198/9
type 35/24 45/13 144/20 197/24 206/9
typed 159/19

# U

Uh-huh 26/21 27/6 29/23 30/11 34/14 36/8 40/6 52/15 52/18 53/7 55/11 57/9 61/22 66/9 68/14 74/9 76/21 92/5 96/3 102/10 158/8 194/24 194/25 199/19 203/3 216/24
ultimate 22/18
unable 110/12
unaware 19/22 109/13
under 9/19 10/13 12/13 22/9 23/15 26/2 26/11 28/22 44/2 47/20 49/12 53/5 56/5 56/11 95/6 98/3 108/6 137/9 146/13 160/3 160/6 162/21 195/2 195/4 202/10 207/21 213/17 221/24 224/13
understand 6/7 42/18 45/11 48/23 50/7 56/2 59/20 87/4 92/4 113/12 116/22 136/15 137/5 140/16 150/14 154/17 163/12 164/6 183/11 190/22 199/8

understanding 49/13 173/10 213/19
undocumented 6/13 30/25
undesired 202/16
unfortunately 212/7
unfounded 31/24 32/3 32/5 175/13
unit 18/9 56/9 70/6 84/22 87/24 88/7
unit -- 56/14
UNITED 1/3 214/19
unknown 122/15
unless 13/6 55/12 169/4 204/17
unprotected 205/4 205/5
unquote 108/4 168/12
unsupported 29/13
until 85/22 110/22 131/13 132/14 187/4
untruthful 188/12
unusual 36/21 37/2 45/17
up 6/3 12/10 32/2 35/25 42/14 62/20 62/23 63/12 64/10 65/18 69/20 81/19 84/24 86/4 86/25 101/4 101/10 108/12 110/6 110/23 128/17 128/20 135/14 149/13 168/8
update 204/2
updated 33/11 36/17 37/14 37/18 77/12 79/17
uphill 63/20
upon 26/2 60/24 202/21
upper 152/18
us 10/24 21/11 21/18 48/5 49/23 57/16 63/7 69/7 69/9 73/6 134/8 134/15 135/25 144/5 172/8 206/13
us -- 128/2
use 21/8 57/18 57/18 69/18 70/8
used 21/4 91/2 91/13 103/12 103/15 168/18 178/5
using 147/4 168/16 168/17 207/13 211/6
usually 102/14

# V

vacated 149/8 149/11 150/5
vacuum 178/12
vandalism 45/23
vehicle 97/5
verbiage 173/18 174/12 174/14 204/10 204/12
verified 11/3
verify 11/19 198/5 206/15
verifying 98/13 185/11
version 121/18 204/16
versus 98/24
very 33/23 46/7 48/22 136/19 136/20 136/22 185/10 197/3
victim 77/14 92/2 92/8 97/8 153/6 165/14
view 137/6 210/10 211/25 212/3
violated 37/9
violation 66/8 132/9
violations 20/6 20/11 214/6
violence 20/5 20/10 20/20 21/3 25/17 27/3 90/21 90/23 92/3 92/9 193/3
Virginia 50/5 54/4 54/11 54/20 55/4 55/9 57/19 58/10 61/14 64/2 67/25 68/25 72/17 73/17 88/2 140/20 140/21 141/13 141/21 145/22 150/20 151/2 155/23 186/10 186/11 186/15 186/19 186/22 187/23 187/25
virtue 50/12
visited 128/17
vote 63/7 63/9

# W

wait 53/19 173/21 192/19
waiting 58/10
waived 4/6
waiving 15/3
wall 124/12
want 8/23 8/25 12/22 19/11 22/24 22/25

24/7 37/25 38/14 39/10 40/25 42/15 48/19 63/2 63/10 63/17 64/10 75/18 79/2 86/17 89/20 105/4 106/21 126/7 128/16 135/17 136/20 143/9 156/19 161/9 161/12 169/4 174/24 180/21 192/7 192/19 197/14 202/17 204/15 214/2 222/12
wanted 6/6 47/16 54/12 69/9 78/4 189/24 218/8
wanted -- 54/11
wants 152/7 212/11 221/8 222/8
warrant 69/19
was -- 46/6 91/8 96/8 134/12 139/22 141/16
Washington 2/3
wasn't 46/5 56/9 66/22 72/22 94/23 96/13 106/6 106/7 125/4 134/17 137/15 147/20 155/6 156/7 166/9 167/9 183/11 185/17 222/10
watch 36/14 36/19
way 11/15 13/21 14/20 26/6 31/23 68/16 125/18 130/18 142/18 156/6
we 9/2 15/14 15/25 17/5 18/16 26/4 30/13 31/25 35/18 37/16 39/2 47/23 48/17 49/3 50/24 51/17 54/10 56/20 64/3 64/7 65/18 71/14 73/7 73/9 77/23 78/2 78/3 78/8 78/9 78/11 78/12 78/19 88/25 95/4 105/11 106/14 107/20 109/21 111/2 111/5 117/20 120/5 120/9 134/7 135/19 139/24 146/7 147/8 147/10 148/5 148/24 149/14 150/8 150/12 154/19 154/20 161/11 162/7 166/2 169/11 172/6 172/8 172/8 172/9 173/13 174/15 175/18 177/8 177/11 177/14 178/10 178/20 180/14 181/7 181/14 185/15 188/14 192/21 194/3 197/25 198/3 204/17 204/19 206/8 206/12 212/4 212/12 216/22 216/25 218/14 220/9 222/12
we -- 21/16
We'd 104/14
we'll 15/25 48/10 86/3 121/13 125/13 148/6 150/9 178/11 178/23 212/15
we're 26/6 39/15 46/18 63/21 64/19 86/24 105/8 106/21 107/15 107/20 116/21 126/19 160/9 162/9 178/12 212/9 222/24
we've 88/14 94/8 159/9 174/20
week 13/16 111/2 111/3 111/3 111/4
weeks 13/18 13/20
welfare 31/20
well 11/3 11/16 12/11 13/6 15/20 20/8 21/13 25/18 26/7 26/17 29/18 32/21 38/4 41/12 42/8 44/17 46/6 46/10 46/15 57/14 61/6 63/15 63/18 65/9 65/11 65/23 67/18 70/22 71/2 75/5 84/3 84/11 95/13 100/21 101/8 102/12 105/3 106/20 109/21 114/18 117/24 119/23 123/8 123/25 124/10 129/17 130/6 137/9 138/15 138/24 151/7 151/24 155/6 155/22 156/3 156/7 156/9 156/11 156/22 157/13 161/11 161/14 161/17 167/2 171/18 172/11 174/2 174/11 176/12 182/5 183/6 183/9 183/17 185/10 191/9 191/16 204/9 210/7 212/2 212/6 212/8 212/15 216/13 218/3 219/13
Well -- 36/18 48/9
went 12/5 78/2 90/25 101/15 128/21 148/5 177/14 187/4
were 4/20 6/18 7/8 7/12 7/22 8/4 8/13 8/13 8/17 9/2 9/5 9/13 10/16 11/4 11/6 11/9 13/22 14/5 14/5 14/12 15/15 16/23 17/13 17/19 18/21 19/2 21/12 21/15 21/17 22/12 23/8 23/11 25/18 32/16 33/12 33/25 35/15 37/18 42/17 49/23 50/3 50/3 50/12 50/19 52/16 52/20 53/6 53/14 53/16 56/23 62/9 65/25 66/2 68/3 68/13 69/2 75/23 78/11 84/15 84/23 85/2 85/13 85/22 86/9 87/18 92/12 98/3 98/10 99/23 100/12 100/16 100/24

**W**

were -- 15/25 52/14
weren't 22/13 22/21 24/20 29/15 29/19 37/9 42/21 50/11 51/15 56/24 58/14 65/25 78/13 108/3 134/9 134/25 136/9 138/3 142/18 177/11
what -- 160/3
what's 14/14 24/7 27/9 28/10 30/17 52/10 70/19 76/7 89/16 99/13 115/15 116/18 117/10 121/23 122/13 154/6 156/2 160/18 188/21 215/17
what's -- 105/12
whatever 8/3 19/11 106/16 126/25 128/15 155/14 160/7 160/16 197/24 213/9
Whatever -- 103/21
whatsoever 16/12
Wheeler 10/15 12/4 18/9 19/9 24/4 26/19 26/20 30/12 37/16 74/14 84/9 136/25 169/25
when 11/12 12/2 12/25 14/4 14/12 15/21 17/17 17/19 18/11 18/21 20/24 21/17 23/25 24/3 27/5 33/13 36/6 41/16 41/22 44/5 49/5 52/20 53/13 56/14 58/17 65/20 65/25 66/2 66/6 73/9 74/10 75/12 75/22 77/16 78/15 79/9 80/11 84/11 84/20 89/15 100/21 109/3 110/25 113/16 113/21 115/13 120/8 122/18 123/5 127/17 129/10 130/3 130/10 131/4 137/20 137/22 140/10 140/23 141/3 141/5 142/3 143/14 145/16 145/18 147/25 148/15 154/12 155/19 155/24 156/18 156/24 157/25 158/4 162/11 164/11 165/2 166/6 166/14 172/6 172/22 175/14 175/21 176/5 176/8 176/14 177/3 177/4 181/3 182/7 184/11 187/2 206/12 207/3 208/9 209/15 210/2 217/8 219/20 220/15
whenever 185/16
where 21/11 21/15 21/16 21/21 23/8 27/13 27/21 37/16 37/17 38/7 39/4 39/12 41/17 41/22 48/7 49/14 52/13 52/20 55/13 59/3 64/19 81/4 93/17 94/14 101/19 116/3 123/7 127/3 129/3 149/9 154/22 187/10 197/18 199/4 199/11 200/14 200/18
whereabouts 21/14 22/2 22/22 23/16 24/15 25/11 35/9 42/12 53/13 90/19 94/24
wherever 130/17
whether 9/4 9/13 10/2 25/16 61/6 72/6 91/12 91/21 101/13 101/21 110/7 128/20 129/8 130/12 148/25 154/10 163/25 164/8 166/15 173/14 219/25 220/5 221/24 222/14 222/18
which 26/6 32/12 48/2 64/20 86/16 89/10 97/13 107/4 120/23 127/25 128/25 146/24 147/8 154/19 158/24 169/3 177/12 179/6 180/14 193/4 202/19 213/22
Which -- 104/4 114/10
While 128/14
Whisner 74/12 74/13 77/8 92/10 92/19 137/10 137/21 148/14 165/19
Whisner's 25/7 27/17 92/16 92/22 97/12 136/25
who 8/17 22/18 30/20 31/13 41/22 46/25 58/5 61/19 68/16 69/17 70/6 74/7 74/13 80/4 80/5 80/13 80/21 81/14 82/2 96/6 101/19 111/17 113/3 114/8 114/21 115/6 115/17 115/19 115/23 118/4 118/25 119/6 120/2 120/7 120/11 121/2 121/10 121/11 122/7 131/18 145/23 146/13 149/4 161/9 161/21 164/4 165/16 168/23 174/5 186/12 186/21 201/4 209/20 211/2
who's 27/15 210/22 215/15
whoever 81/24 82/3 82/17 115/24 117/14 127/13 161/8 185/8
whole 12/23 57/3 73/10 79/10 79/13 79/13 91/22 114/4 159/22 193/11
whose -- 1
why 5/25 8/23 21/13 23/6 29/20 31/21 32/2 37/13 40/4 41/23 42/2 42/11 42/15 42/19 42/20 43/3 43/4 44/13 48/11 50/2 50/24 60/19 65/23 68/23 68/24 69/2 69/6 72/25 73/11 77/23 78/2 83/11 83/25 91/10 92/13 92/19 103/25 105/24 114/3 124/15 125/2 125/7 126/19 133/25 134/2 134/4 135/23 145/8 146/11 154/7 154/8 154/20 155/4 155/13 155/15 155/19 158/14 160/25 161/3 161/18 165/13 165/19 165/23 190/15 190/22 203/23 208/6 209/18 216/19
wife 19/20
will 15/2 44/18 74/21 76/25 79/3 107/20 108/17 110/16 147/10 147/22 162/11 202/15 216/17 219/22 222/12
Willard 137/22
willingness 39/19
wishes 172/10
with -- 74/12 88/23 119/8 127/2 171/23
within 37/21 45/8
without 72/4 102/15 150/17 182/18 196/18
witness 3/3 77/15 223/3 224/9
witnesses 64/14
woman 91/7 91/12
women 91/4
women's 89/23
won't 178/21
wondered 98/21
wondering 97/11 199/9
word 83/21 98/21 134/13 168/17
wording 55/15
words 43/19 57/18 103/11 103/14 178/4 207/13
work 158/9 158/11 174/17 204/22
working 19/5 56/17 56/18 56/19 90/8 90/9 144/17 144/18
works 91/12 91/21
world 52/22
worry 184/20 185/21
would 7/5 8/2 8/23 13/19 17/12 23/6 30/22 30/23 33/19 37/15 38/3 40/8 42/15 42/19 43/3 43/20 44/10 44/11 48/2 54/9 54/20 55/4 55/6 55/10 55/16 57/10 57/19 63/15 64/2 65/23 68/24 69/14 69/25 70/9 71/3 80/17 90/18 97/4 100/10 107/12 109/14 115/23 121/17 124/17 125/3 125/7 126/20 127/9 129/21 135/19 141/14 143/4 146/15 148/18 148/24 150/15 155/22 156/3 156/5 156/13 157/8 158/4 158/13 158/15 159/5 159/15 160/4 160/7 163/16 165/13 169/2 169/6 172/17 175/13 175/16 175/16 175/24 178/8 178/9 180/18 180/24 182/10 183/8 183/10 183/15 183/18 183/23 184/2 184/11 190/15 190/15 190/22 199/5 199/13 203/4 203/9 203/13 204/25 207/16 207/20 210/3 210/11 214/22 217/16 217/19 218/2 218/24 219/4 220/20
would -- 163/21 182/18
wouldn't 11/15 23/17 33/22 63/16 120/6 142/8 183/7 183/14 211/7 217/21
wrapped 191/20
write 68/20 68/24 127/10 127/16 160/23 187/15 187/18 219/23 220/22
writes 113/15 116/3 120/22 200/15 200/18
writes -- 117/17
writing 55/19 110/5 110/8 110/22 117/19 124/22 147/9 147/19 147/23 186/25
written 39/4 40/5 62/8 100/23 102/2 102/3 102/8 103/8 104/7 104/13 104/17 104/21 115/10 121/21 122/13 128/15 215/15 215/23
wrong 132/19 133/11 133/14 133/22 135/10 135/16 163/13 184/5
wrote 41/17 62/5 73/13 119/3 151/21 154/3 160/15 160/16 160/21 170/8

**Y**

yeah 11/25 27/5 39/11 43/23 55/20 56/15 59/5 65/17 72/23 76/16 77/4 82/2 83/23 84/8 88/10 88/19 88/25 90/8 90/14 95/20 96/4 96/8 96/11 97/17 98/7 101/11 104/6 114/21 116/22 129/25 132/22 133/20 143/10 145/5 151/3 151/18 153/18 175/25 176/4 176/6 189/14 190/4 190/15 190/21 194/18 197/2 203/20 209/11 213/24 219/11
Year 66/11 66/12
years 22/11 108/17
yelled 159/9
yes 4/23 5/9 5/13 5/14 5/18 5/21 6/13 6/15 7/2 8/10 9/6 9/8 9/22 9/24 10/6 10/9 10/21 10/22 12/20 13/17 14/2 14/3 14/10 16/6 16/15 16/16 16/19 16/22 16/25 17/9 17/21 17/23 18/7 18/24 19/25 20/2 23/13 28/16 32/23 33/5 33/11 39/23 41/24 46/17 46/19 46/21 47/7 48/16 50/16 51/11 51/22 53/3 53/11 55/2 58/16 58/20 59/11 60/21 64/25 65/3 65/4 66/17 66/18 67/6 68/2 69/12 72/18 72/19 76/3 85/4 87/8 87/13 88/18 88/18 89/17 89/19 93/10 94/22 96/16 96/25 98/5 99/25 103/21 108/20 109/10 112/16 112/24 113/7 114/13 118/22 121/4 121/18 121/21 122/2 122/9 122/10 122/11 122/17 125/23 126/8 126/14 131/3 133/12 133/24 134/3 136/4 136/19 137/22 138/9 138/13 138/24 139/8 139/9 139/11 140/15 152/9 152/20 152/22 153/3 153/24 155/9 155/11 155/12 157/12 157/17 157/18 157/24 164/16 169/24 172/10 173/8 173/9 177/21 179/4 179/13 180/3 186/8 186/13 186/16 186/17 189/19 194/8 196/4 197/3 200/17 200/20 200/23 202/2 202/14 203/16 204/5 208/13 208/19 208/24 209/25 214/21 215/2 215/4 216/3 219/20 219/21 220/11 220/12 220/13 220/18 221/20
Yet 29/12
you -- 4/25 29/18
you'd 170/14
you'll 107/18 115/9 162/12 168/7 220/4
you're 14/7 22/4 22/20 28/21 30/7 31/7 31/12 31/16 38/12 38/22 39/14 39/21 41/8 43/9 43/15 43/21 48/5 48/19 49/13 50/8 50/14 50/23 51/2 53/20 54/24 55/17 57/25 58/13 60/8 60/15 62/14 62/20 62/22 70/12 70/19 73/12 75/15 75/18 78/6 82/16 86/19 92/15 95/24 104/21 110/12 112/13 117/4 117/9 123/19 125/6 126/3 134/12 135/13 136/23 137/2 137/8 145/10 149/18 151/19 151/20 154/2 154/11 156/11 160/15 161/14 165/16 176/13 177/4 190/17 198/5 200/5 202/10 208/5 210/21 210/25 216/11 217/8 217/23 219/25 221/6 221/11
you've 15/13 15/14 17/24 29/14 108/24 112/22 118/20 126/23 132/18 138/6 171/11 171/11 199/10 222/5 222/13
your 6/25 7/7 8/4 8/20 9/10 9/16 9/25 12/12 12/25 15/10 15/20 16/3 21/7 21/9 23/2 23/7 25/21 26/17 27/22 29/13 31/13 33/19 33/21 33/24 36/9 42/6 42/18 44/2 44/8 44/14 45/4 47/25 48/23 49/12 50/7 51/15 51/16 52/10 56/5 56/9 56/14 57/7 60/4 63/13 63/15 63/19 63/25 64/5 64/10 64/14 70/6 70/8 70/23 71/4 73/15 75/16 76/25 78/16 79/2 79/4 79/6 79/20 80/23 83/18 83/21 83/22 84/6 85/2 85/8 86/20 87/3 88/22 89/25 90/5 92/14 93/16 94/20 95/3 95/5 95/5 95/6 102/19

Y
your -- 28/10 119/9 134/14
yourself 26/2 42/15 55/23 209/17 211/7