```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID BUSH et al.              :    CIVIL ACTION
                               :
     v.                        :
                               :
S.C. ADAMS, et al.             :    NO. 07-4936
```

ORDER

AND NOW, this 13th day of October, 2010, upon consideration of the Defendants Hill, Ignatz and Tripp's Motion for Summary Judgment (Docket No. 49), the plaintiff's opposition thereto (Docket No. 52), and the defendants' reply (Docket No. 56), IT IS HEREBY ORDERED that the Court will hold oral argument on the above motion on October 21, 2010 at 9:30 a.m. in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```