```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID BUSH et al.              :     CIVIL ACTION
                               :
     v.                        :
                               :
S.C. ADAMS, et al.             :     NO. 07-4936

<u>ORDER</u>

AND NOW, this 18th day of May, 2011, upon consideration of the defendants Hill, Ignatz and Tripp's Motion for Summary Judgment (Docket No. 49), the opposition and reply thereto, and following oral argument held on October 25, 2010, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendants and against the plaintiffs.  This case is closed.


                                   BY THE COURT:


                                   <u>/s/ Mary A. McLaughlin</u>
                                   MARY A. McLAUGHLIN, J.