UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2644
_____

DAVID BUSH;
CHRISTOPHER BUSH,
Appellants

v.

S.C. ADAMS; LT. BRIAN RUSSELL; KENNETH HILL; STEVEN J. IGNATZ;
SERGEANT JOSEPH TRIPP (PENNSYLVANIA STATE POLICE);
SARA NICOLE BUSH, a/k/a Serene Isara Isabella a/k/a Sara Nicole Monserrate a/k/a
Sara Nicole Monserrate Bush

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2:07-cv-04936)
District Judge: Honorable Mary A. McLaughlin

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 8, 2012

Before: McKEE, *Chief Judge*, SCIRICA and AMBRO, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on March 8, 2012. On consideration whereof, it is hereby

ORDERED and ADJUDGED by this Court that the orders of the District Court

entered November 4, 2008, January 28, 2009, and May 19, 2011, respectively, are

AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: August 2, 2012

```
Costs taxed in favor of Appellee Isara Isabella Serene as follows:
Brief.....$162.41

Total.....$162.41
Costs taxed in favor of Appellee Deutsche Bank National Trust Company as
follows:
Brief......$181.39
Appendix...$239.55

Total......$420.94
```

Certified as a true copy and issued in lieu
of a formal mandate on  08/24/12

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit

2